UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA, LLC, <br><br> *Defendants.* | Case No. 1:25-cv-05201-JAV |

**DECLARATION OF ROBERT REFFKIN IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Robert Reffkin, declare as follows:

1. My name is Robert Reffkin and I am the founder, Chief Executive Officer, and Chairman of the Board of Directors at Compass, Inc. ("Compass").

2. I submit this Declaration in support of Plaintiff Compass's Motion for a Preliminary Injunction. I have personal knowledge of the matters set forth in this declaration.

**I.   Creation of Compass and the 3-Phased Marketing Strategy**

3. I founded Compass in 2012 because of my mom, Ruth, who is a real estate agent and has been a real estate agent for the majority of my life.

4. Over the years, I saw my mother struggle to grow her business because the brokerage firms she worked for did not provide the support and technological tools to help her serve her clients and realize her entrepreneurial potential. As technology was advancing at a rapid pace, the real estate industry, and traditional brokerage firms specifically, failed to keep up. Seeking to create a company that would do better for agents like my mom, I founded Compass in 2012 to provide agents with the technology tools, support, programs, and strategies needed to

1

thrive. Compass provides its agents and their clients with several technologies to help facilitate real estate transactions, including an all-digital, end-to-end platform that facilitates the entire homebuying and home-selling process.

5. Compass has also been at the forefront of the industry through its "inventory-based" strategy, meaning that Compass shares its property listings (i.e., its "inventory") internally or publicly on its own platforms for a certain period before launching them on third-party websites like Zillow and local multiple listing services ("MLS"). Compass experimented with this strategy between 2018 and 2019, but beginning around April 2024, Compass decided to expand this strategy as the central pillar of its brand by developing a holistic marketing and sales strategy called 3-Phased Marketing Strategy. As part of this strategy, Compass incorporated some of the best practices of professional home builders and real estate developers, who sell hundreds of thousands of properties each year that never appear on an MLS. Since deciding to lean into the 3-Phased Marketing Strategy, I have worked with other Compass leaders and executives to develop, launch, and execute the strategy, which officially launched in November 2024.

6. The 3-Phased Marketing Strategy is the next big step for Compass. For a long time, I have felt that organized real estate—the private, non-government institutions that set the rules for the residential real estate industry including the National Association of Realtors ("NAR") and local MLSs—have improperly limited and restricted the way that home sellers and their agents can sell their homes. And they have used their power to enforce these rules through fining agents that market outside of the MLS. These rules predominantly benefit and protect organized real estate, which makes money from homeowners' listings.

7.  The traditional go-to-market strategy for a homeowner was to launch her property listing on an MLS immediately (and therefore have the listing be displayed simultaneously and broadly on aggregator home search portals like Zillow). This strategy automatically puts sellers at a disadvantage because these home search platforms like Zillow show negative insights related to the property. These negative insights on Zillow, for example, include: (1) a "Zestimate," which even Zillow admits is an inaccurate estimate of the listed property's actual "value," and is often lower than the home seller's asking price; (2) a "Climate Risks" section, with frequently inaccurate and speculative information predicting the expected impact of natural disasters; and (3) an "Offer Strategies" section, where Zillow recommends a proposed offer price, which like the Zestimate, is often inaccurate, influences price expectations, and always works against the seller's interests. In addition, as soon as the property appears on Zillow, it immediately begins accruing and displaying "days on Zillow" (the number of days the listing has been on the market) and a price reduction history.

8.  Based on the experience and the feedback I have received from agents and their clients, the 3-Phased Marketing Strategy offers numerous benefits to home sellers, home buyers, and their agents. Most importantly, the 3-Phased Marketing Strategy gives sellers choice and control over how they sell their homes. The first two phases of the model, the Private Exclusive phase and Coming Soon phase, allow sellers to generate demand among serious buyers and receive essential feedback on the home and the listing, including price discovery insights, before the listing goes live on all platforms. This phased-marketing approach means a property will be launched multiple times, which builds excitement and demand.

9.  I already have heard stories from agents about how much they and their clients love the 3-Phased Marketing Strategy. For example, in April 2025, I visited an open house for a

listing that had just launched as a Private Exclusive. It was the first time the listing agent had tried the 3-Phased Marketing Strategy. The strategy was a great fit for the seller because the seller wanted to test an aspirational price for the listing. The agent shared the listing with top agents across brokerages and was able to generate demand and excitement for the open house. The buyer, represented by an agent from a different brokerage, put in an offer that day matching the seller's aspirational price, and even offered to cover the New York City Transfer Tax. When I was leaving the open house, there was an agent from another brokerage with their client outside the front door who I heard say "this is going to go quick" because the Compass listing agent had generated so much demand and had buyer agents bring their buyers in back-to-back scheduled showings. The Compass agent, and most importantly his client, praised the 3-Phased Marketing Strategy and credited it for helping sell the listing so quickly and at the client's desired price point. The buyer was thrilled that they found the property of their dreams and was able to submit an offer before the property went to a wider audience. The Compass agent said that his client called him "a magician" for being able to market the property so successfully.

**II.     Compass's April 1, 2025 Meeting with Zillow and My April 9, 2025 Phone Call with Zillow's Chief Financial Officer**

10.    On Tuesday, April 1, 2025, I attended a meeting at Zillow's headquarters in Seattle, Washington to discuss the 3-Phased Marketing Strategy and how it had been impacting Zillow's business. Brad Serwin, General Counsel of Compass, attended the meeting with me. Several Zillow Group C-suite executives were present including Lloyd D. Frink (Co-Executive Chairman, Co-founder, and President), Jeremy Wacksman (Chief Executive Officer), Errol Samuelson (Chief Industry Development Officer), Jun Choo (Chief Operating Officer), Jeremy Hofmann (Chief Financial Officer), and Brad Owens (General Counsel). During the meeting, Mr. Wacksman and Mr. Hofmann warned us multiple times that Zillow "will not allow Compass

to have listings that are not on Zillow." I informed the Zillow executives that other brokerages also have expanded the use of private listings that are not on Zillow, pointing to Douglas Elliman, Corcoran, and Sotheby's as having recently launched their own internal listings systems with listings that are not on Zillow. Mr. Hofmann repeated "we will not allow that to happen." I then said the largest private listing network is not Compass, it is the sixth largest MLS in the country, MRED (in the state of Illinois), which created its own private listing network. I pointed out that many listings in the state of Illinois are starting off in MRED's private listing network and are therefore not syndicated to Zillow. Mr. Hoffman then reiterated "we will no longer allow that to happen."  When I asked how Zillow planned to prevent home sellers from choosing to market off Zillow, Mr. Hoffman said that Zillow was "making the bet" that they could force home sellers to fall in line when they are "forced to choose" between using Zillow or pre-marketing strategies like Compass's 3-Phased Marketing Strategy.  Mr. Frink also stated that "Compass would have to choose" whether it wanted to be "a partner of Zillow or not be a partner of Zillow" and Mr. Wacksman suggested that Zillow and Compass schedule weekly follow-up meetings to strike a deal through which Compass would ensure its listings were routed to Zillow.

11. On April 9, 2025, I had a phone call with Zillow's Chief Financial Officer, Jeremy Hofmann. On the call, Mr. Hoffman again brought up the idea of Compass partnering with Zillow. He outlined potential partnership ideas, which would be conditional on Compass agreeing to stop or curtail the 3-Phased Marketing Strategy. He acknowledged that stopping or curtailing the program would be a loss for Compass.  In exchange, Mr. Hoffman claimed Zillow could potentially "double [Compass's] market share" through the prospective partnership.

III. **The Zillow Listing Access Standards**

12. I read about Zillow's Listing Access Standards (the "Zillow LAS") when Zillow publicly announced the Zillow LAS on April 10, 2025. Fundamentally, I view the Zillow LAS as

5

an attempt to restrict sellers' choices for how to market their homes and ensure Zillow continues receiving listings created by agents and provided by MLSs.

### IV. Compass's Call with Redfin the Night of the Zillow LAS Announcement and Compass's Meeting with Zillow the Following Day

13.   On April 10, 2025, at 4:41 pm ET, Glenn Kelman, texted me asking to speak. I do not have regular communications with Mr. Kelman, so it was unexpected that he was reaching out. I agreed to have a call but suggested that Compass's counsel attend. Attached as **Exhibit A** is a true and correct copy of this text message exchange.

14.   That evening, at around 10:30 p.m. ET, I spoke with Mr. Kelman. Attached as **Exhibit B** is a true and correct copy of the Google Meet invite for this call. Ashton Alexander, Compass's Senior Vice President of Operations and Strategy, Brad Serwin, Compass's General Counsel, and Anthony Kappus, Redfin's Chief of Legal Affairs and Digital Revenue, were on the call as well. The call lasted approximately forty-five minutes.

15.   On the call, Mr. Kelman explained that, although he agreed with some of Compass's points regarding pre-marketing and Zillow's negative insights, Redfin had agreed to follow Zillow's lead and would publicly announce as much. Mr. Kelman asked me whether I had spoken to Zillow's CEO before Zillow's announcement and implied that Mr. Kelman had spoken to Zillow before the announcement. Mr. Kelman then pushed me to listen to Zillow, telling me that it is "not good when Zillow and Compass are warring" and suggesting that Zillow or his company, Redfin, would reward Compass with pre-marketing options. Mr. Kelman also suggested that Zillow would make it up to Compass financially if Compass were to change or slow its pre-marketing strategies or follow the policies.

V. **Impact of the Zillow LAS on Compass**

16. If Zillow is allowed to enforce its Zillow LAS, it will cause irreparable damage to Compass and home seller and home buyers, stifling innovation and restricting choice. With respect to Compass specifically, Compass has spent years building a reputation as an innovator, and it has invested millions of dollars to develop and launch the 3-Phased Marketing Strategy. I envision and believe that the 3-Phased Marketing Strategy is essential to the future of Compass and its growth. It is one of the essential strategies and branding efforts Compass will use to differentiate itself from its competition. It is critical to how we plan to grow our market share by attracting new agents and home seller and buyer clients, getting more listings, and growing our home search platform as a destination in the industry. Our value proposition for agents and clients has always been to offer them technology, choice, and freedom. The Zillow LAS prevents us from delivering on that value proposition.

17. The damage to Compass's goodwill amongst its agents and clients is irreversible. Compass's agents and home seller clients have current listings in the 3-Phased Marketing Strategy that are at risk of being banned from Zillow. As of June 16, 2025, Compass has approximately 6,701 listings in the Private Exclusive phase and 1,352 listings in the Coming Soon phase. It is my understanding that all of these listings are at risk of being banned from Zillow once Zillow begins enforcing its ban on June 30, 2025. Those agents have spent significant time and resources cultivating strong relationships with their clients. These relationships often take years to build. Sellers often perceive Zillow as a necessary tool to market their homes and find buyers, and I have heard from agents that their clients now fear that their listings could be banned from Zillow because they are using a Compass agent. If the Zillow LAS takes effect, it will undermine the trust that forms the basis of these relationships, which cannot be easily restored. And it likewise will make it more difficult for agents to build trust with new,

7

prospective clients when they are pitching for their business, forced to defend against misinformation and address concerns about how working with Compass may result in the seller's listings being banned from Zillow and its massive userbase of prospective buyers.

18. The Zillow LAS also threatens Compass's goodwill with its investors. Compass's investors and industry analysts have celebrated the 3-Phased Marketing Strategy and commented on the model's potential to accelerate Compass's growth, differentiate itself from other brokerages, and help it grow as a real estate search platform. I have spoken with several investors who have told me that they are worried about the impact of the Zillow LAS on Compass (and, therefore, their investment in Compass). This uncertainty and confusion has caused Compass's investors to doubt the soundness of their investment and the future growth of the company.

19. Compass will lose business opportunities because of the Zillow LAS. I have already heard from Compass agents that competing agents are using the uncertainty surrounding the Zillow LAS to tell sellers that if they list with a Compass agent their listing could be banned from Zillow. I also have heard that competing brokerages are using the Zillow LAS as a tactic to recruit our agents to join their firm instead. At least one Compass region lost its top performing team of agents because the team was fearful that the Zillow LAS would negatively impact their business if they stayed with Compass.

20. The Zillow LAS harms competition as a whole. Compass is trying to bring innovation and new ideas to an industry that is entrenched in its traditional ways. Compass may have been the first to deliver these innovations at scale and in such a broad scope, but it is not the only brokerage using these strategies. Other brokerages have noticed Compass's success with the 3-Phased Marketing Strategy and have been launching similar initiatives, including Douglas Elliman's "Black Label Private Listings," Sotheby's "Quiet Exclusives," and Corcoran's

"Reserve Listings." If Zillow and other entrenched players are allowed to stifle and ultimately block these innovations, brokerages will lack the incentive to experiment and invest in new strategies, and competing home search platforms will lack the ability to differentiate with and compete for listings. Compass will be held up as an example of what happens to a brokerage when it tries something new: it gets attacked and blocked by powerful players in the real estate industry.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of June 2025.

Robert Reffkin