# EXHIBIT A

 **Glenn** › 

Thu, Apr 10 at 4:41 PM

Hi there Robert. It's Glenn from Redfin. Let me know when you want to catch up? Free from 5 - 6 p.m. EDT today or any time before 1 p.m. EDT Friday, or over the weekend whenever you break free.

> Would be nice to connect. Sunday or Monday works. Would probably be smart to have our counsels on.

Better schedule it then

Why don't you name a time that works for you and your GC and I'll see if ours can make it? As a starting point: best time for me Sunday is after 6 p.m. EDT; best time Monday is before 9 - 11 a.m. EDT.

> Can you share by email and then I can add him. I think that time Sunday works for me

> Maybe we should talk tonight. Could that work?

GC and I are free except 9 - 9:30 p.m. EDT and after 11 p.m. EDT