# **<u>EXHIBIT A</u>**

https://www.compass.com/homes-for-sale/nashville-tn/
Import favorites
For quick access, place your favorites here on the favorites bar. Manage favorites now
COMPASS
Nashville
City, Neighborhood, Address, School, ZIP, Ag
Buy
Rent
Sell
Compass Exclusives
New Development
Agents
Register/Sign In
Draw on Map
Nashville
Clear Map Boundary
Satellite
Keyboard shortcuts
Map data ©2025 Google
Terms
Nashville, TN Homes for Sale & Real Estate
Save Search
$ No Min
$ No Max
Filters
1-41 of 4,810 Homes
Sort by Recommended
COMPASS COMING SOON
OPEN: 6/28 12:00PM - 02:00PM
$849,000
455 Oakley Drive
Nashville, TN 37220
3 Beds
3 Baths
2,242 Sq. Ft.
COMPASS PRIVATE EXCLUSIVES
222 more listings match your search
Learn More
COMPASS COMING SOON
$815,000
832 Brk Holw Road
Nashville, TN 37205
3 Beds
2 Baths
1,613 Sq. Ft.
COMPASS COMING SOON
$849,990
304 Scott Avenue
Nashville, TN 37206
3 Beds
2 Baths
1,669 Sq. Ft.
COMPASS COMING SOON
COMPASS COMING SOON

