# **EXHIBIT T**

| | |
|---|---|
| **From:** | Solh, Chahira |
| **Sent:** | Thursday, June 26, 2025 1:09 PM |
| **To:** | Buffier, Beau; Lau, Bonnie |
| **Subject:** | RE: Compass v. Zillow- Follow up |

Beau and Bonnie,

As I referenced on our last call and in my previous email, here are the general categories of information that Compass is seeking for expedited discovery:

1. Communications between Zillow and Redfin, eXp, and/or other brokerages or platforms
2. Documents regarding the Zillow Ban
3. Documents relating to competition in the home search service market
4. Documents related to Zillow's interactions with certain MLSs
5. Data regarding Zillow's users/traffic
6. Third party datasets that Zillow possesses regarding its users/traffic or other platforms

As discussed on our last call, Compass will file a motion for a preliminary injunction tomorrow seeking to enjoin Zillow's enforcement of the Zillow Ban. If your client is willing to agree to a voluntary injunction, please let me know. We will provide copies of the motion and accompanying materials via email once we are on file.

We are available to meet and confer regarding Compass's proposed schedule and discovery requests at 4:00 pm et today.  If you plan to oppose our request for expedited discovery, please let me know so we can include that in our motion.

Thank you,
Chahira


**Chahira Solh**
Pronouns: she/her/hers
Crowell & Moring LLP
csolh@crowell.com
+1.949.798.1367 direct  |  +1.310.621.1431 mobile

**From:** Solh, Chahira <CSolh@crowell.com>
**Sent:** Wednesday, June 25, 2025 7:16 PM
**To:** Buffier, Beau <bbuffier@wsgr.com>; Lau, Bonnie <blau@wsgr.com>
**Subject:** Compass v. Zillow- Follow up

Beau and Bonnie,

Thanks for taking the time to speak yesterday.  As discussed, I've attached the service waiver request.  Please review and sign at your earliest convenience.

Also, we've put together a suggested schedule for the PI and discovery. Please take a look so we can further discuss.

Tomorrow morning, I will send you the discovery we intend to seek in our request for expedited discovery.

Can you let me know when might be a good time for us to discuss all of this on Thursday? Perhaps at 4:00 pm ET so you can review the attached materials.

Best,
Chahira


**Chahira Solh**
Pronouns: she/her/hers
Crowell & Moring LLP
csolh@crowell.com
+1.949.798.1367 direct  |  +1.310.621.1431 mobile