UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COMPASS, INC.,

                Plaintiff,

                            25-CV-05201 (JAV)

     -v-

                            ORDER

ZILLOW, INC., ZILLOW GROUP, INC.,
and TRULIA, LLC,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On this day, Plaintiff Compass, Inc. ("Plaintiff") filed a Motion for Preliminary Injunction, ECF No. 23, and an accompanying motion for expedited discovery, ECF No. 31. Counsel for all parties shall appear for a conference with the Court on **July 1, 2025,** at **3:00pm** via Microsoft Teams (Meeting ID: 216 095 842 081 4; Passcode: xT2Cs9gM). In advance of the conference, the Court hereby ORDERS that Defendants submit their response to Plaintiff's letter motion for expedited discovery by **noon** on **June 30, 2025**.

       Additionally, the Court ORDERS the parties to meet and confer with respect to the following questions:

1) Whether Defendants will also be seeking expedited discovery in connection with the motion for a preliminary injunction, and if so, the nature of such discovery and the length of time that would be required for such discovery;

2) Should the Court grant Plaintiff's request for expedited discovery, the length of time that would be required for such discovery;

3) Whether any party requests an evidentiary hearing in connection with the motion for a preliminary injunction, and if so, the timing and anticipated length of such a

hearing;

4) If an evidentiary hearing is requested, proposed dates for such a hearing (confirming the availability of any testifying witnesses with respect to such dates);

5) Whether the Court should consolidate a hearing on the preliminary injunction motion with a trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure;

6) Whether Defendants intend to file a motion to dismiss or other dispositive motion, and if so, the anticipated bases of and a proposed briefing schedule for such motion; and

7) If Defendants intend to move to dismiss, whether Plaintiffs would anticipate amending their complaint as of right, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

By **noon** on **June 30, 2025**, the parties should submit a joint letter not to exceed 5 single-spaced pages in length, setting forth the parties' agreement or, if no agreement is reached, their respective positions on each of these questions. The joint letter should address each of these questions separately, in subparts set forth under the reproduced question. The joint letter should also set forth the parties' proposed briefing schedule for the motion for preliminary injunction.

SO ORDERED.

Dated: June 27, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge