# **EXHIBIT A**

*Compass v. Zillow*
**Plaintiff's Proposed Preliminary Injunction Schedule**

| Event Description | Deadline Description |
|---|---|
| Defendants' Response to PI Motion | July 18, 2025 |
| Deadline to serve responses and objections to requests for production | Must serve one week after service |
| Deadline for substantial completion of production of documents | Three weeks after serve responses and objections (four weeks after initial service of RFPs) |
| Parties serve preliminary fact witness lists | Five days after substantial completion of production of documents |
| Parties conduct depositions of fact witnesses | To be scheduled within two weeks after parties serve preliminary fact witness lists |
| Close of fact discovery (except third party discovery) | Two weeks after parties serve preliminary fact witness lists |
| Plaintiff files initial expert reports | Two weeks after substantial completion of production of documents |
| Defendants file opposition expert reports | Two weeks after Plaintiff's expert report |
| Parties conduct expert depositions | Schedule for week after Defendants serve expert rebuttal report |
| Close of expert discovery and third-party discovery; Plaintiff files pre-hearing brief; parties exchange preliminary exhibit list | Two and a half weeks before hearing |
| Defendants file response to Plaintiff's pre-hearing brief | Seven days after Plaintiff files pre-hearing brief |
| Parties file and exchange final fact witness lists; exhibit lists | Twelve days before hearing |
| Plaintiff's reply to Defendants' pre-hearing brief | Seven days before hearing |
| Preliminary injunction hearing begins | Approximately three months after filing complaint |