# EXHIBIT H

Buy | Rent | Sell | Get a mortgage | Find an Agent | Zillow | Manage Rentals | Advertise | Help | Sign In

Zillow Research | Data | Market Trends | Renters | Affordability | Climate Risk | Policy & Industry | Dashboards | Exclusives

FAIR HOUSING, NEWS

# Privately Listed Homes Disproportionately Harm Sellers of Color

Home sellers in communities of color lose $6,000 more on average when selling off the MLS



Treh Manhertz • MAR 24 2025

Share

**RELATED POSTS**

Range-bound Mortgage Rates

Buyers Need a $17,000 Raise to Afford a Typical Home

May 2025 Existing Home Sales Firmer Than Expected, Despite Economic Uncertainty

Uncertainty Keeps The Fed On Hold. Treasury Yields Moved Higher On the News.

May 2025 Housing Starts: Starts Fall To Their Lowest Level In 5 Years

More articles

Home sellers who did not list their properties on the Multiple Listing Service (MLS) — a database that allows listings to be openly marketed to all home buyers and agents — lost out on more than $1 billion collectively over the past two years. The harm to home sellers is greater in communities of color.

In 2023 and 2024, home sellers who opted to sell off the MLS typically lost out on nearly $5,000, selling their home for 1.5% less than those listed on the MLS. The impact was particularly severe in communities of color — ZIP codes where a majority of household heads are Black, Hispanic, Asian American and Pacific Islander or Native American. Homes sold off the MLS in these areas typically sold for 3.2% less than MLS-listed homes — more than double the 1.2% loss in majority white neighborhoods. This equates to $9,850 lost per off-market listing in communities of color, compared to a loss of around $3,700 per home in majority white neighborhoods.

Zillow survey data shows that Hispanic and Black home sellers are more often guided toward listing their homes privately by agents. Among home sellers who worked with an agent to list their home, 74% of Hispanic sellers and 73% of Black sellers said their agent recommended listing on a private listing network, compared to just 24% of white sellers.

Homes in majority Hispanic neighborhoods are affected most, selling for 4% less when sold off the MLS — a difference of roughly $13,730. In majority Black neighborhoods, sellers of off-MLS listings typically left about $5,580 on the table, 3.1% less than the typical on-MLS sale.

These trends underscore how selling off the MLS can cause sellers to miss out on the full potential of their housing wealth, particularly in communities of color. These communities may also miss out on opportunities for homeownership when homes for sale are only available to a select group rather than publicly available to all potential buyers. It is especially critical that buyers see all homes for sale in an inventory-constrained market like today's, where there are 26% fewer homes for sale than before the pandemic.

| Seller Group | Median Sale Price Difference for off-MLS Listings (Percentage) | Median Sale Price Difference for off-MLS Listings (Dollar Amount) |
|---|---|---|
| All home sellers | -1.5% | -$4,975 |
| Sellers in majority white (not Hispanic) neighborhoods | -1.2% | -$3,694 |
| Sellers in communities of color | -3.2% | -$9,851 |
| Sellers in majority Black neighborhoods | -3.1% | -$5,576 |
| Sellers in majority Hispanic neighborhoods | -4.0% | -$13,728 |

**Methodology**

Zillow analyzed a total of 10 million transactions, with 3.79 million meeting our strict inclusion criteria for comparing homes that sold on the MLS with privately listed sales.

Privately listed sales were defined as sales that were marketed privately and were seemingly only submitted to the MLS once a purchase contract was in place. To classify these sales, Zillow identified sales that were reported pending or closed with at most one day active *and* with a buyer and seller represented by the same agent or by agents within the same brokerage office.

Zillow also parsed off-MLS transactions, which were never published to the public MLS after being privately listed. Zillow further narrowed these "off-MLS" transactions into a much smaller set — those with a previous sale in the MLS, which allowed us to verify property details. Only this subset among off-MLS transactions was

as outliers in the analysis.

In both sets — privately listed sales and validated off-MLS transactions — Zillow excluded new construction homes, foreclosure sales, auction sales, non-arms-length transactions, bank/corporate/government acquisitions, invalid quitclaims, and outlier sale prices (below $10,000 or above $10 million).

To determine the impact of listing strategy on the sale price, Zillow started with the Zestimate a full three months prior to sale. If a home was listed at this time it was excluded (validation was conducted to ensure this exclusion was not driving results). To strip out the effect of market-level price movements during this three-month period, Zillow adjusted the Zestimate using movements in the Zillow Home Value Index at the ZIP code level. The ratio of the sale price to the Zestimate-based expectation was then taken. The median of this ratio was compared between listing groups: the on-MLS listings compared to the pocket listings and validated off-MLS listings.

Zillow defined communities of color for this analysis as ZIP codes where a majority of household heads are Black, Hispanic, Asian American and Pacific Islander or Native American.

## Read Next



AFFORDABILITY, MARKET TRENDS, NEWS

**Range-bound Mortgage Rates**



AFFORDABILITY, NEWS

**Buyers Need a $17,000 Raise to Afford a Typical Home**



NEWS

**May 2025 Existing Home Sales Firmer Than Expected, Despite…**

### FEATURED

Zillow: CPI Shelter Forecast, June 2025

Range-bound Mortgage Rates

The National Housing Deficit Grew by 159,000 Homes in 2023, Reaching 4.7 Million

Saying Yes to Pets Helps Landlords Find a Tenant Faster

Buyers Need a $17,000 Raise to Afford a Typical Home

### RECENT

May 2025 Existing Home Sales Firmer Than Expected, Despite Economic Uncertainty

Uncertainty Keeps The Fed On Hold. Treasury Yields Moved Higher On the News.

May 2025 Housing Starts: Starts Fall To Their Lowest Level In 5 Years

Market Tips Toward Balance as Inventory Rises and Competition Eases (May 2025 Market Report)

Rent Growth Cools Slightly, Following For-Sale Market's Lead (May Rent Report)

About us

About  Zestimates  Research  Careers  Careers - U.S. Privacy Notice  Careers - Mexico Privacy Notice  Help  Advertise  Fair Housing Guide  Advocacy  Terms of use  Privacy Notice  Cookie Preference  Learn  AI  Mobile Apps

Trulia  StreetEasy  HotPads  Out East  ShowingTime+

Do Not Sell or Share My Personal Information→

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

Zillow, Inc. holds real estate brokerage licenses in multiple states. Zillow (Canada), Inc. holds real estate brokerage licenses in multiple provinces.
§ 442-H New York Standard Operating Procedures
§ New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #1522444
Contact Zillow, Inc. Brokerage

For listings in Canada, the trademarks REALTOR®, REALTORS®, and the REALTOR® logo are controlled by The Canadian Real Estate Association (CREA) and identify real estate professionals who are members of CREA. The trademarks MLS®, Multiple Listing Service® and the associated logos are owned by CREA and identify the quality of services provided by real estate professionals who are members of CREA. Used under license.



  

© 2006-2025 Zillow

