# EXHIBIT N



Sign In | Subscribe

Agents | Brokerages | MLS/Assn | Tech | Industry | By the Numbers | Consumer

BROKERAGES

## Compass 'has not and will not adhere' to Clear Cooperation

In an email to MLS and NAR leaders, CEO Robert Reffkin says the brokerage is not bound by the CCP and will not ask its agents to comply with the policy.

 Dave Gallagher

July 2, 2025 · 3 mins



*Illustration by Real Estate News/Shutterstock; Compass*

> **Key points:**
> - Reffkin's July 1 letter formalized Compass' "vocal and active" opposition to the CCP, similar to Howard Hanna's rebuke of the policy in May.
> - "Compass will continue to determine on a market-by-market basis whether to require its listing brokers to submit listings on a multiple listing service within any specific timeframe," Reffkin wrote.
> - The brokerage leader also warned of the legal risk of maintaining the CCP, including the possibility of future class-action lawsuits.

Compass has formalized its opposition to the Clear Cooperation Policy, turning up the heat in the ongoing battle over how and when homes should be listed on the MLS.

In a July 1 email to MLS and National Association of Realtors leaders, Compass CEO Robert Reffkin did not mince words, informing the organizations that the brokerage "has never agreed to or with CCP" — and will not ask its agents to follow the policy.

**What Reffkin had to say:** "Compass does not consider the Clear Cooperation Policy or any national NAR MLS rule impacting clients as binding and, accordingly, has not and will not adhere to CCP or any national NAR MLS rule impacting clients as a matter of course," Reffkin wrote in the email shared with Real Estate News.

He noted that the brokerage "has been a vocal and active opponent" of the policy since its inception and was among the companies and real estate leaders that asked NAR's Emerging Issues Committee to eliminate the CCP when the group met last fall.

**How Compass plans to operate:** The brokerage is forging its own path, Reffkin said. "Compass will continue to determine on a market-by-market basis whether to require its listing brokers to submit listings on a multiple listing service within any specific timeframe. These decisions are made based solely on Compass's own business interests, independent of NAR and any other brokerage," he wrote.

**Following Hanna's lead:** Reffkin's email echoes statements made by Howard Hanna Real Estate CEO Hoby Hanna, who, as first reported by Inman, sent a similar email to MLSs and NAR in May. In the letter, Hanna indicated that the brokerage no longer considered itself bound to the CCP and believed the policy deters innovation in the industry.

**'Putting a fine point' on its existing approach:** Compass is not expecting any big changes for agents at this time, Ashton Alexander, senior vice president at the brokerage, told Real Estate News.

"What we're doing in sending this letter is putting a fine point on something that was already the case," said Alexander, emphasizing that the company is simply clarifying that its agents don't have to follow a policy that she said restricts how they work with their clients. "We wanted to make it clear, in writing, and codified that we do not require our agents to comply with CCP at a national level."

**Months of turmoil:** The letter comes at a time when the CCP is under attack on several fronts. On July 1, ThePLS.com — a pocket listing service co-founded by The Agency CEO Mauricio Umansky — reopened a federal antitrust lawsuit against NAR, alleging that the trade association's policy is anticompetitive and forced the company out of the marketplace.

Compass has also been actively pushing back against rules prohibiting private listings and pre-marketing homes, recently taking its fight to the courts. Earlier this year, the brokerage filed separate lawsuits against Zillow and the Northwest Multiple Listing Service, alleging anticompetitive policies.

**A risk to the industry:** In his letter, Reffkin reiterated concerns about the potential legal implications of maintaining Clear Cooperation, warning that it could lead to another round of lawsuits.

"In the coming years, the risk is significant that the industry could face class actions that are distinct from the currently pending compensation-focused cases, with the potential for a significant amount of damages," Reffkin said.

Since it was passed in 2019, Clear Cooperation — which requires Realtor-affiliated MLSs to publish listings within one business day of the property being publicly marketed — has been controversial, and the debate has only intensified in the past year.

Write to Dave Gallagher.



## More Brokerage News



**BROKERAGES**

**KW in the clear after latest telemarketing suit is dropped**

A lawsuit filed last month had accused the brokerage of violating the Telephone Consumer Protection Act — a claim Keller Williams has faced more than once.

Meghan Roos
July 15, 2025



**BROKERAGES**

**Compass invests in data with hiring of Altos Research's Mike Simonsen**

Simonsen, whose data company was bought by HW Media in 2022, will be the brokerage's first chief economist after getting "a very compelling offer" from its CEO.

AJ LaTrace
July 14, 2025



**BROKERAGES**

**7 rules for executing a successful brokerage strategy**

Feeling stuck? It might be time to simplify your approach, reassess priorities and ensure your team is on board — and capable of getting the job done.

Phillip Cantrell
July 14, 2025



Get the latest real estate news delivered to your inbox.

Enter your email address    Sign Up

Real Estate News
An editorially independent division of

**About us**
Our vision
Editorial standards
Our team

**Subscribe**
Why subscribe?
Manage subscription

**Support**
FAQ
Contact us

**Advertise**
Learn more

© 2025 Real Estate News    Privacy Policy    Terms of Use