**EXHIBIT R**

**From:**        Robert Reffkin[robert@compass.com]

**Sent:**        Sat 4/26/2025 4:49:43 PM (UTC)

**To:**          Glenn Kelman[glenn.kelman@redfin.com]

**Cc:**          Errol Samuelson[errol@zillowgroup.com]

**Subject:**     Re: Apparently 714 Chenery was de-listed....do not know if that is a one off however....



Got it. Thanks for checking. I appreciate it. I will let her know its her fault. Oh my!?!?

The 2 I have had the biggest conversations with are crmls (they publically said no in a 7 page white paper) and NWMLS which also said no publicly. I have also asked the below.

Steller
Rebny rls
Fmls
Bright
Mred
East bay
Bareis
Sfar
Themls
Mlspin
Claw
HAR
Unlock mla (austin)
Ntreis
Canopy


Robert Reffkin

Founder & CEO
Compass
917-488-4898


On Sat, Apr 26, 2025 at 12:37 PM Glenn Kelman <glenn.kelman@redfin.com> wrote:

The listing agent suppressed the listing from our feeds. She can change the setting in the MLS. Homes.com and Realtor.com may have ignored the listing agent's wishes. Please let Meredith know, and if you could have your industry-relations person tell us which MLSs you've spoken to about home-owner controls on DOM, we'll follow up. Best, Glenn

Glenn Kelman (he) | Redfin | 206-819-7945 (cell)


---------- Forwarded message ---------
From: **Bridget Frey** <bridget.frey@redfin.com>
Date: Sat, Apr 26, 2025 at 9:00 AM
Subject: Re: Apparently 714 Chenery was de-listed....do not know if that is a one off however....
To: Glenn Kelman <glenn.kelman@redfin.com>
CC: Rohit Misar <rohit.misar@redfin.com>


Looks like the agent set this listing to not display on IDX. If they change these two flags on the listing, we will pick it up (and presumably Zillow will, too).
"InternetEntireListingDisplayYN": change to **true**
"IDXParticipationYN": change to **true** for IDX display or leave **false** for VOW display

We tend to take a very strict view of these flags, respecting how agents want us to use their listing data, but other sites sometimes skip processing certain flags.

Let us know if we can help with any other listings!
-B


On Sat, Apr 26, 2025 at 7:33 AM Glenn Kelman <glenn.kelman@redfin.com> wrote:

Hi there, sorry to bother you on a weekend.
Can we find out why this listing didn't appear on our site?
I'm worried there's a bug somewhere in an importer.
We should treat this with the same urgency as if it were one of our own listings.
Glenn

On Sat, Apr 26, 2025 at 7:03 AM Robert Reffkin <robert@compass.com> wrote:

Thanks. Please me know if you need anything from my side to trouble shoot. I've heard other agents say similar things.


Robert Reffkin
Founder & CEO
Compass
917-488-4898


On Sat, Apr 26, 2025 at 9:57 AM Glenn Kelman <glenn.kelman@redfin.com> wrote:

We haven't built any software to delist properties. So wow, they didn't do it.

Glenn Kelman (he) | Redfin | 206-819-7945 (cell)


On Sat, Apr 26, 2025 at 5:51 AM Robert Reffkin <robert@compass.com> wrote:

Passing along so that you can see. It would be helpful if you could let me know how to respond to agents on this as it's not May yet and this listing is active in the MLS / IDX.  Can you please look into and let us know what's happening?

On Fri, Apr 25, 2025 at 6:24 PM Meredith Martin <meredith.martin@compass.com> wrote:

My clients pinged me about it yesterday see screenshot below and it is in contract now so it doesn't matter to that agent - but it shows as pending on Compass realtor.com, the MLS, and Homes.com and was suddenly de-listed from Redfin and Zillow.


Just an fyi.





**714 Chenery St**

Glen Park

**$2,499,000**

4 BD | 4 BA | 2,497 SF

---

HZ  Han Z                                    10:49 AM

This place shows as delisted from Redfin and Zillow. Do you know what happened?

Meredith M                                   10:50 AM

No checking now

Meredith M                                   10:53 AM

Wow.  They did it.



**4** bds | **4** ba | **2,414** sqft

714 Chenery St, San Francisco, CA 94131

● Off market | Zestimate®: None

Rent Zestimate®: $7,652/mo

2024 assessed: $2,674,078

Est. refi payment: $14,058/mo

**Refinance your loan**



Redfin Estimate



**$-**

**4** bd • **4** ba • **2,4...** s...

714 Chenery St, San Francisco, C...





● Off market

# $2,674,078

🛏 **4** beds   🛁 **4** baths   📐 **2,414** sqft

714 Chenery St, San Francisco, CA 94131

**Est. refi payment:** $17,462/mo

Ⓢ **Refinance your loan**



--

Glenn Kelman (he) | Redfin | 206-819-7945 (cell)

--

**BRIDGET FREY** | **REDFIN** | CTO
bridget.frey@redfin.com | Tel:206-576-5894 | she/her
1099 Stewart Street, Suite 600 | Seattle, WA 98101