# EXHIBIT S

# Newsroom

press@compass.com

Press Releases    Media Coverage    Media Kit

July 11, 2025

## Compass Commits to Sharing All Exclusive Inventory with All Brokerages and All MLSs



Compass is offering to share all exclusive inventory with any brokerage (including small brokerages) or MLS under two conditions meant to protect homeowners and their listing agents:

- The brokerage or MLS agrees not to alter or monetize the homeowners' listings in any way, keeping the listing agent front and center.

- The brokerage or MLS can ensure agents won't be fined or banned for sharing listings with the brokerage or MLS.

If your organization can meet these terms, please reach out directly to **robert@compass.com** to start the conversation.

### About Compass

*Compass is the largest residential real estate brokerage in the United States by sales volume. Founded in 2012 and based in New York City, Compass provides an end-to-end platform that empowers its residential real estate agents to deliver exceptional service to seller and buyer clients. The platform includes an integrated suite of cloud-based software for customer relationship management, marketing, client service, brokerage services and other critical functionality, all custom-built for the real estate industry. Compass agents utilize the platform to grow their business, save time and manage their business more effectively. For more information on how Compass empowers real estate agents, one of the largest groups of small business owners in the country, please visit www.compass.com.*

Return to all Press Releases

## More Press Releases



Compass Commits to Sharing All Exclusive Inventory with All Brokerages



and All MLSs
July 11, 2025
READ MORE

Compass Welcomes PorchLight Real Estate Group, Expanding Presence In Colorado
July 9, 2025
READ MORE

Compass Names David Favret Regional Vice President for Louisiana and Mississippi
July 9, 2025
READ MORE

## Company

About Us
Team
Sales Leadership
Investors
Join as an agent
Careers
Contact Us
Offices
Newsroom

## Explore

Concierge
Private Exclusives
Compass Coming Soon
3-Phased Marketing Strategy
Compass One
Make Me Sell
Compass Luxury
Find an Agent
Mortgage Calculator
Compass Academy
Compass Plus
Compass Cares
Diversity & Inclusion
Neighborhood Guides
New Development
Commercial
Sports & Entertainment
Military
Ranch and Land
External Suppliers Site
Recently Sold Homes
Sitemap

## Mobile Apps

Do Not Sell or Share My Personal Information, Terms of Service, Privacy Center, Scam Avoidance, Responsible Disclosure, Compass is an E-Verify employer, Notice for California Applicants, California COVID-19 Rules of Entry, and Your CA Privacy Rights

Source: April 2025 RealTrends, Closed Residential Sales Volume 2024

COMPASS, the Compass logo, and other various trademarks, logos, designs, and slogans are the registered and unregistered trademarks of Compass, Inc. dba Compass in the U.S. and/or other countries.

Corporate Responsibility. Privacy & Legal Notices: Compass is a licensed real estate broker. Compass is licensed to do business as: Compass in Arizona, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Louisiana, Maryland, Massachusetts, Minnesota, Michigan, Mississippi, Nevada, New Jersey, New York, North Carolina, Rhode Island, Texas, Virginia, and Washington; Compass RE in Delaware, Idaho, Pennsylvania and Tennessee; Compass Real Estate in Washington, DC, Maine, New Hampshire, Vermont, and Wyoming; Compass Realty Group in Missouri and Kansas; and Compass Carolinas, LLC in South Carolina. California License # 01991628, 1527235, 1527365, 1356742, 1443761, 1997075, 1935359, 1961027, 1842987, 1869607, 1866771, 1527205, 1079009, 1272467. No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), which should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity. © Compass 2025. 212-913-9058.

Texas Real Estate Commission Information About Brokerage Services
Texas Real Estate Commission Consumer Protection Notice

New York State Fair Housing Notice
New York State Standard Operating Procedures
Notice of Reasonable Accommodations for Prospective Tenants

Compass does not discriminate against voucher holders pursuant to applicable law and all lawful sources of income are accepted.