# EXHIBIT B

https://www.usatoday.com/story/sponsor-story/real-estate-ausa/2025/07/02/introducing-an-innovative-new-destination-for-home-buying-and-selling/82653032007/

USA TODAY

| USA TODAY SHOPPING | CHECK OUT 'WITNESS' | USA TODAY CROSSWORD | WHAT'S YOUR SIGN? | SUBSCRIBE NOW |
| Prime Day Apple deal 🍎 | Inside criminal minds 🧠 | More ways to play ✏️ | Daily horoscopes 🌙 ⭐ | $1 for the first 6 months |

U.S.   Politics   Sports   Entertainment   Life   Money   Travel   Opinion   Crossword   ⌄   🔍   ☁️ 81°F   Subscribe   Sign In ⌄

Story from **addressUSA**

# Introducing an innovative new destination for home buying and selling

*A new way to buy, sell and research homes on the USA Today Network.*

Mary Beth Eastman, for addressUSA
July 2, 2025, 11:38 a.m. ET

f  𝕏  ✉️  ↗

This is paid for by an advertiser. Members of the editorial and news staff of the USA TODAY Network were not involved in the creation of this content.



Explore real estate with AddressUSA today. *Getty Images, Posed By Models*

A comprehensive new real estate company, addressUSA, has partnered with Gannett to create a new destination for home buyers, sellers and real estate agents. Not only will current and prospective homeowners find the most accurate property pricing information available, but they'll also be able to access the help and insights of real humans for true home valuations, said addressUSA President Paul Huntsman.

"It's a much more personalized approach" to real estate, he said.

**An innovative new digital hub for buyers, sellers and agents**



Find your next home with addressUSA. *Getty Images, Posed By Models*

Today, 100% of buyers use the internet to search for a home, according to a report from the National Association of Realtors.[1] But finding accurate information can be a challenge.

By placing its roots on Gannett's USA Today Network, an affiliation of more than 300 news outlets across the country, addressUSA will provide access to expert-backed real estate information, Huntsman said.

"It's a place where buyers and sellers can get accurate information about properties they want to buy or sell, with real, live real estate professionals providing answers to their questions," he said of the new destination.

Additionally, addressUSA's local and national real estate pages are backed by the company's deep expertise across the real estate technology industry. This experience helps the company provide the most comprehensive source for buying, selling and financing a home, he said.

**Local and national service**

Advertisement



The home search revolution starts here.

Meet the future of real estate where deeper search options lead to your perfect home.

addressUSA   Find your home



*AddressUSA creates a single access point for every participant across the real estate market. Getty Images, Posed By Models*

Huntsman said addressUSA will deliver access to top real estate systems and world-class service all in one place.

Buyers can access local or nationwide real estate listings, connect with verified real estate professionals, financing and other solutions. Sellers can "cut through the noise" to reach their ideal buyers through magazine-quality property listings with broad national reach and the most accurate pricing information on the market, he said.

By combining both audiences and connecting them with experienced real estate agents and service-focused professionals, addressUSA creates a single access point for every participant across the real estate market.

"The big difference is we're geared around actually getting you real human help," he said. "So when you have a question, you're not dealing with formulas, you're not dealing with mystery math. You are actually getting live help if you want it."

**Accurate home values backed by professionals**



*Connect with addressUSA's trusted real estate professionals. Getty Images, Posed By Models*

Unlike other real estate platforms that provide dubious estimates of a property's value, addressUSA taps real home valuation professionals to conduct research, Huntsman said – and there's no charge.

"Instead of just putting in your address and getting a number that is, typically, not particularly accurate, what we do is have someone reach out to you and do actual research based on mathematical models as well as what's actually happening at the ground level," he said. This form of comparative market analysis also uses all publicly available historical property data to give a more accurate home value than other platforms.

Buyers want a deal, sellers want top dollar; addressUSA creates win-win situations for both parties, Huntsman said.

**A deep bench of multi-faceted expertise**

"The four members of the leadership team have well over 100 years of experience in this field combined," Huntsman said, citing the team's decades-long backgrounds in marketing, real estate technology and business systems. This broad base of experience means consumers can complete every task required to find, buy, sell, outfit and enjoy where they live.

"No other program in the real estate marketplace offers people this level of informational depth, vendor access and agent support – in one place – for one of the most challenging situations in their lives," Huntsman said.

Although team members previously consulted for some of the biggest names in home buying and selling, partnering with a journalistic leader like Gannett means it can create better outcomes for all the players involved in a real estate transaction, he said.

As addressUSA launches its new real estate platforms on the USA Today Network, it creates a new destination that serves "all the needs and wants of the real estate community," Huntsman said, from buying to selling to

the living that happens in between.

*To access real estate listings and connect with verified professionals, visit addressUSA's local and national platforms.*

**Footnotes**

[1] https://www.nar.realtor/research-and-statistics/research-reports/highlights-from-the-profile-of-home-buyers-and-sellers

**About**

About Us
Newsroom Staff
Ethical Principles
USA TODAY Network Style Guide
Responsible Disclosure
Request a Correction
Media Room
Accessibility
Sitemap
Subscription Terms & Conditions
Advertiser Acceptance Policy
Terms of Service
Privacy Policy
California Notice at Collection
Your Privacy Choices

**Support**

Contact Us
Help Center
Manage Account
Give Feedback
Get Home Delivery
eNewspaper
USA TODAY Shop
USA TODAY Print Editions
Licensing & Reprints
Advertise With Us
Careers
Internships
Support Local Business

**Stay Connected**

News Tips
Submitting letters to the editor
Podcasts
Newsletters
Mobile Apps
Facebook
X
Instagram
LinkedIn
Threads
YouTube
Reddit
Flipboard

**Our Portfolio**

Real Estate
10BEST
USAT Savings
Shopping
Best-selling Booklist
Southern Kitchen
Jobs
Sports Betting
Sports Weekly
Studio Gannett
Classifieds
Blueprint
WITNESS (True Crime)

© 2025 USA TODAY, a division of Gannett Satellite Information Network, LLC.