# EXHIBIT E

# Compass Agent Sitemap

## Agent Locations by state

Arizona
California
Colorado
Connecticut
Delaware
District of Columbia
Florida
Georgia
Hawaii
Idaho
Illinois
Indiana
Kansas
Louisiana
Maine
Maryland
Massachusetts
Minnesota
Mississippi
Missouri
Nevada
New Hampshire
New Jersey
New York
North Carolina
Oregon
Pennsylvania
Rhode Island
South Carolina
Tennessee
Texas
Virginia
Washington
Wisconsin
Wyoming

Source: April 2025 RealTrends, Closed Residential Sales Volume 2024

COMPASS, the Compass logo, and other various trademarks, logos, designs, and slogans are the registered and unregistered trademarks of Compass, Inc. dba Compass in the U.S. and/or other countries.

Corporate Responsibility, Privacy & Legal Notices: Compass is a licensed real estate broker. Compass is licensed to do business as: Compass in Arizona, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Louisiana, Maryland, Massachusetts, Minnesota, Michigan, Mississippi, Nevada, New Jersey, New York, North Carolina, Rhode Island, Texas, Virginia, and Washington; Compass RE in Delaware, Idaho, Pennsylvania and Tennessee; Compass Real Estate in Washington, DC, Maine, New Hampshire, Vermont, and Wyoming; Compass Realty Group in Missouri and Kansas; and Compass Carolinas, LLC in South Carolina. California License # 01991628, 1527235, 1527365, 1356742, 1443761, 1997075, 1935359, 1961027, 1842987, 1869607, 1866771, 1527205, 1079009, 1272467. No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), such should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity. Â© Compass 2025. 212-913-9058.

Texas Real Estate Commission Information About Brokerage Services
Texas Real Estate Commission Consumer Protection Notice

New York State Fair Housing Notice
New York State Standard Operating Procedures
Notice of Reasonable Accommodations for Prospective Tenants

Compass does not discriminate against voucher holders pursuant to applicable law and all lawful sources of income are accepted.

