# EXHIBIT O

Search    Go    Enter your email for news updates    Sign Up

Real Estate News    Sign In    Subscribe

Agents    Brokerages    MLS/Assn    Tech    Industry    By the Numbers    Consumer

INDUSTRY

# Homes.com aims to one-up Zillow with listings 'boost'

In response to Zillow's ban on publicly marketed but off-MLS properties, Homes.com will provide affected agents with free premium marketing for those listings.

AJ LaTrace

May 9, 2025    3 mins



Illustration by Lanette Behiry/Real Estate News

The portal wars have reignited, and this time it's tied to the debate over private exclusives and pre-marketing.

Homes.com is reportedly aiming to win over agents and sellers in response to Zillow's new policy of barring listings that are publicly marketed but withheld from the MLS and IDX feeds. The play? Offer to promote the listings that Zillow has banned — for free.

**'Boosting' banned listings:** What we know so far is that Homes.com is offering a paid "Boost" feature and marketing package for agents to promote listings — but the company will comp the algorithmic bump for agents whose listing was banned by Zillow, Inman was the first to report. "We don't think it's right to ban people's listings for your economic interest," CoStar CEO Andy Florance told Inman.

Florance previously called out Zillow over its new listing standards in an April 12 letter to agents, arguing that Zillow's policy "isn't about protecting consumers" but instead is "about protecting Zillow's ability to profit from your listings by selling your leads to competing agents."

Agents who aren't paid subscribers to Homes.com will still be able to utilize the premium boost feature. It's unknown how many listings meet Zillow's criteria for being barred and how many could end up on Homes.com.

According to Homes.com, the one-time payment to boost a property could result in additional engagement and more listing views. The site claims that boosted listings are 25% more likely to go under contract in under 10 days compared to those that don't have a premium push behind them. Homes.com monthly subscribers automatically have their listings boosted in the algorithm, the company says.

Real Estate News reached out to CoStar on May 8 and again on May 9 for confirmation and more information on the plan, but the company has not provided further details or comment at the time of publication.

Zillow declined to comment on the Homes.com effort.

**Why it matters:** Homes.com has been competing fiercely with leading home search portals Zillow and Realtor.com, criticizing their business models while making big gains in traffic. CoStar CEO Andy Florance has repeatedly described the established home search sites' model as "lead diversion" — connecting consumers and clients with third-party agents who pay for leads instead of the property's listing agent.

The latest "boost" tactic comes at a time when Homes.com is looking to improve its margins. CoStar announced a "refreshment" of its board in early April, with an increased focus on Homes.com profitability. Along with new additions to the board, a committee was formed to "review the company's ongoing investment in Homes.com and ensure an appropriate timeline for profitability" in the wake of a major $1 billion ad spend which included four Super Bowl spots last year.

Write to AJ LaTrace.



## More Industry News



**INDUSTRY**

**Buyers wary of surprise HOA costs now have a safety net**

HOA Warranty, a growing startup, aims to keep sales on track by offering protection against unexpected special assessments in buildings with low HOA reserves.

Richard Lawson
July 12, 2025



**INDUSTRY**

**Fed official urges July cut to 'restrictive' interest rate**

Internal dissent at the Fed continues. Meanwhile, the president extended his tariff deadline and the FHFA introduced a major credit score policy change.

Meghan Roos
July 11, 2025



**INDUSTRY**

**Midwest market leader elevates brokerage head as CEO steps down**

Greg Mason moves into an advisory role at Edina Realty Home Services after 11 years as the top exec, while Edina Realty President Sharry Schmid takes the helm.

Real Estate News Staff
July 8, 2025

Get the latest real estate news delivered to your inbox.

Enter your email address     Sign Up



An editorially independent division of

**About us**
Our vision
Editorial standards
Our team

**Subscribe**
Why subscribe?
Manage subscription

**Support**
FAQ
Contact us

**Advertise**
Learn more

© 2025 Real Estate News     Privacy Policy     Terms of Use