# **EXHIBIT S**

