# EXHIBIT V

https://www.youtube.com/watch?v=s73v_wy7yH4



listings. You have never had a moment as good as this.

35:20 / 41:50

## 2025 Compass RETREAT: Watch Founder & CEO Robert Reffkin's Keynote from Denver

Compass Real Estate
19.1K subscribers

Subscribe    171    Share    Save    ...

7.5K views  1 month ago
Watch Compass Founder & CEO Robert Reffkin address the Compass community live from Denver RETREAT. Hear his two goals for the future of real estate – 1. That every home seller has the choice of when, where, and how their home is marketed and 2. That every agent has their name, brand, and full contact information back on their listings – and how Compass is working to make sure the future of real estate is in the hands of agents. ...more

### 14 Comments    Sort by

Add a comment...

**@sabinasangha4358**  5 days ago
WOW. This new launch is going to be AMAZING. Well done Compass !!
Reply

**@tritruong6111**  3 weeks ago
Yet I agree with you on NAR, which is a dinosaur that's totally not needed in today world
Reply

**@zuhraarakeri2689**  1 month ago
I thought compass exclusive means we can only show to compass agents. Robert mentioned the listing on compass exclusive had other brokerage agents.
Reply

**@JabbourLuxuryGroup**  1 month ago
But what he did is LEGAL under real estate laws in every state in the united states....it is membership in NAR that makes this a RULE for REALTORS. one does not have to be a realtor
1    Reply

**@markd4331**  3 weeks ago
This only works for a small % of home sellers. Wait until the lawsuits come, not knowing they can ever put it on Zillow, and Compass is the one trying to create a monopoly.
Reply

**@markd4331**  11 days ago
Compass knows this isn't good for consumers, but Robert raised billions claiming he could build a private listings portal. Now he needs to frame Zillow as the enemy so he doesn't face personal liability for misleading investors.
1    Reply

**@markd4331**  3 weeks ago (edited)
Zillow doesnt sell homes ya no shit but that's where they find them.
Reply

**@tritruong6111**  3 weeks ago
Oh Come on, you only want that double ended commission. Nothing else
Reply

**@tritruong6111**  3 weeks ago
Compass is waiting for thousands of lawsuits from sellers who undersold their home due to this private listing BS
Reply

**@robertkozlowski3954**  1 month ago
Love your story about the off market listing. But there is a huge flaw. The seller has no idea if they received the highest and best price they could have gotten in an open and competitive market. They are only thinking the agent and the brokerage is right. Not a proven strategy. Any listing in a limited marketing situation is not good for sellers seeking the best price available. Other reasons might be proven, but not this one.
3    Reply

**@MdMasudRana-v1r6t**  1 month ago
Hello sir, Do you want a professional YouTube thumbnail designer.
1    Reply