# EXHIBIT A

Case No. 1:25-cv-05201-JAV

## OPTION 1:
### DEFENDANTS' PROPOSED SCHEDULE: NO EVIDENTIARY HEARING AND NO DEPOSITIONS OR EXPERTS

| Event Description | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| Expedited Discovery begins | Plaintiff respectfully requests that the Court provide Plaintiff with the opportunity to present evidence at the PI hearing | July 11, 2025 |
| Defendants' Opposition to PI Motion | | July 18, 2025 |
| Deadline to serve responses and objections to requests for production | | July 21, 2025 |
| Deadline to serve objections to interrogatories | | July 28, 2025 |
| Deadline to serve responses to interrogatories | | August 15, 2025 |
| Close of fact discovery (including third party discovery) | | August 22, 2025 |
| Plaintiff's supplemental brief ISO PI Motion | | August 29, 2025 |
| Defendants' response to Plaintiff's supplemental brief | | September 19, 2025 |
| Non-evidentiary hearing on PI Motion | | At Court's convenience |

## OPTION 2:
### PROPOSED SCHEDULE: WITH DEPOSITIONS, WITHOUT EXPERT DISCOVERY

| Event Description | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| Defendants' Opposition to PI Motion | July 18, 2025 | July 18, 2025 |
| Deadline to serve responses and objections to requests for production | July 21, 2025 | July 21, 2025 |
| Deadline to serve objections to interrogatories | July 28, 2025 | July 28, 2025 |
| Deadline for substantial completion of production of documents | August 15, 2025 | August 15, 2025 |
| Deadline for responses to interrogatories | August 15, 2025 | August 15, 2025 |
| Deadline to exchange preliminary witness lists for hearing | August 22, 2025 | August 22, 2025* |

1

Case No. 1:25-cv-05201-JAV

| | | |
|---|---|---|
| Close of fact discovery | August 29, 2025 | September 5, 2025 |
| Close of third-party discovery; parties exchange preliminary exhibit list | August 29, 2025 | September 10, 2025 |
| Parties file and exchange final witness lists; exhibit lists | September 8, 2025 | September 15, 2025* |
| Plaintiff's supplemental brief ISO PI Motion | September 8, 2025 | September 5, 2025 |
| Defendants' response to Plaintiff's supplemental brief | September 22, 2025 | September 25, 2025 |
| Preliminary injunction hearing begins | September 29, 2025 | October 6, 2025* |

*Defendants oppose depositions and believe an evidentiary hearing is unnecessary, for the reasons stated in the joint submission.

## OPTION 3:
## PROPOSED SCHEDULE: WITH DEPOSITIONS AND EXPERT DISCOVERY

| Event Description | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| Defendants' Response to PI Motion | July 18, 2025 | July 18, 2025 |
| Expedited Discovery begins | July 11, 2025 | July 11, 2025 |
| Deadline to serve responses and objections to requests for production | July 21, 2025 | July 21, 2025 |
| Deadline to serve objections to interrogatories | July 28, 2025 | July 28, 2025 |
| Deadline for substantial completion of production of documents | August 15, 2025 | August 15, 2025 |
| Deadline for responses to interrogatories | August 15, 2025 | August 15, 2025 |
| Deadline to exchange preliminary fact witness lists for hearing and identify name of expert witness | August 20, 2025 | August 15, 2025* |
| Parties conduct depositions of fact witnesses | By August 27, 2025 | By August 29, 2025* |
| Close of fact discovery | August 27, 2025 | August 29, 2025 |
| Plaintiff serves opening expert declarations | September 3, 2025 | September 3, 2025* |
| Defendant serves rebuttal expert declarations | September 17, 2025 | September 26, 2025* |

2

Case No. 1:25-cv-05201-JAV

| | | |
|---|---|---|
| Parties conduct expert depositions | By September 24, 2025 | By October 10, 2025* |
| Close of expert discovery and third-party discovery; parties exchange preliminary exhibit list | September 24, 2025 | October 17, 2025 |
| Parties file and exchange final witness lists; exhibit lists | October 1, 2025 | October 24, 2025* |
| Plaintiff files supplemental brief ISO PI Motion | October 1, 2025 | October 10, 2025 |
| Defendants' response to Plaintiff's supplemental brief | October 15, 2025 | October 31, 2025 |
| Preliminary injunction hearing begins | October 20, 2025 | November 2025** |

*Defendants oppose depositions and expert discovery, and believe an evidentiary hearing is unnecessary, for the reasons stated in the joint submission.

**Zillow witnesses could be available Nov. 6-7, 12-14.

3