July 29, 2025

<u>*Via CM/ECF*</u>

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re: <u>*Compass, Inc. v. Zillow, Inc. et al.*, Case No. 1:25-cv-05201-JAV (S.D.N.Y.)</u>**

Dear Judge Vargas:

Plaintiff Compass, Inc., jointly with Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC, respectfully submit this letter requesting the Court's approval of the Parties' Proposed Order Adopting Protocol for the Production of Documents and Electronically Stored Information.

We thank the Court for its attention and consideration of the proposal.

Counsel for the Parties:

| | |
|---|---|
| */s/ Chahira Solh* | */s/ Bonnie Lau* |
| Chahira Solh (admitted *pro hac vice*) | Bonnie Lau (admitted *pro hac vice*) |
| Daniel A. Sasse (admitted *pro hac vice*) | WILSON SONSINI GOODRICH & |
| CROWELL & MORING LLP | ROSATI, P.C. |
| 3 Park Plaza, 20th Floor | One Market Plaza |
| Irvine, CA 92614 | Spear Tower, Suite 3300 |
| Telephone: (949) 263-8400 | San Francisco, CA 94105 |
| csolh@crowell.com | Telephone: 415-947-2414 |
| dsasse@crowell.com | blau@wsgr.com |
| | |
| Kenneth Dintzer (NY Bar No. 2476687) | Beau Buffier (NY Bar No. 3932050) |
| (admitted *pro hac vice*) | WILSON SONSINI GOODRICH & |
| CROWELL & MORING LLP | ROSATI, P.C. |
| 1001 Pennsylvania Avenue, NW | 1301 Avenue of the Americas, 40th Floor |
| Washington, DC 20004 | New York, NY 10019-6022 |
| Telephone: (202) 624-2500 | Telephone: (212) 974-5800 |
| kdintzer@crowell.com | bbuffier@wsgr.com |
| | |
| Luke Taeschler (NY Bar No. 5308325) | Eric P. Tuttle (admitted *pro hac vice*) |
| CROWELL & MORING LLP | WILSON SONSINI GOODRICH & |
| Two Manhattan West | ROSATI, P.C. |
| 375 Ninth Avenue | 701 Fifth Avenue, Suite 5100 |
| New York, NY 10001 | Seattle, WA 98104 |

The Honorable Jeannette A. Vargas
July 19, 2025
Page 2

Telephone: (212) 223-4000　　　　　　　　　Telephone: (206) 883-2513
ltaeschler@crowell.com　　　　　　　　　　eric.tuttle@wsgr.com

*Attorneys for Plaintiff Compass, Inc*　　　　*Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC*

2