UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                               :

COMPASS, INC.,                                          :

                                            Plaintiff,       :
                                                                 :       24-CV-05201 (JAV)
                        -v-                                   :
                                                                 :              ORDER

ZILLOW, INC., ZILLOW GROUP, INC.,         :
and TRULIA, LLC,                                       :

                                          Defendants.     :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       For the reasons stated on the record during the conference held earlier today, the Court holds that Plaintiff's expert witness will be precluded from opining on the topic of irreparable harm suffered by Compass, Inc., but shall be permitted to opine on the potential harm to consumers, including home buyers and sellers.

       It is ORDERED that the evidentiary hearing with respect to Plaintiff's motion for a preliminary injunction will begin on November 18, 2025, and conclude on November 21, 2025, in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The hearings will begin promptly at 9:00 am and end at 4:00 pm each day.

       The Defendants' answer or motion to dismiss shall be due 30 days after the Court rules on the preliminary injunction motion.

       The expedited discovery and hearing schedule shall proceed as follows:

| Event Description | Date |
| --- | --- |
| Deadline to serve responses and objections to requests for production | July 21, 2025 |
| Deadline to serve objections to interrogatories | July 28, 2025 |

| | |
|---|---|
| Deadline for Plaintiff to identify name of expert witness | July 31, 2025 |
| Deadline to exchange list of first-party fact witnesses for hearing | August 8, 2025 |
| Deadline for Defendants to identify name of expert witness | August 14, 2025 |
| Deadline for responses to interrogatories | August 15, 2025 |
| Deadline for substantial completion of production of documents | August 15, 2025 |
| Deadline to conduct depositions of fact witnesses | September 5, 2025 |
| Close of fact discovery | September 5, 2025 |
| Plaintiff serves opening expert declarations | September 12, 2025 |
| Defendant serves rebuttal expert declarations | October 10, 2025 |
| Deadline to conduct expert depositions; close of expert discovery | October 24, 2025 |
| Close of third-party discovery; parties exchange preliminary exhibit lists and final witness lists | October 24, 2025 |
| Plaintiff files supplemental brief ISO PI Motion | October 31, 2025 |
| Parties file final exhibit lists | November 4, 2025 |
| Defendants files response to Plaintiff's supplemental brief | November 12, 2025 |
| Evidentiary Hearing on PI Motion | November 18-21, 2025 |
| Parties file Proposed Findings of Fact and Conclusions of Law | December 5, 2025 |

SO ORDERED.

Dated: July 31, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge