UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                          :

COMPASS, INC.,                                      :

                       Plaintiff,            :         25-CV-05201 (JAV) (SDA)

                -v-                           :         ORDER OF REFERENCE
                                                 :         TO A MAGISTRATE
ZILLOW, INC., ZILLOW GROUP, INC.,    :         JUDGE
and TRULIA, LLC,

                    Defendants.   :
------------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| _X_ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: 8/27/25 – 9/1/25 | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: August 15, 2025
       New York, New York

                                                        _____
                                                         JEANNETTE A. VARGAS
                                                        United States District Judge