# Exhibit 1

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4   COMPASS, INC.,                   )
                                      )
 5                  Plaintiff,        )
                                      ) Case No.
 6      vs.                           )
                                      ) 1:25-cv-05201-JAV
 7   ZILLOW, INC., ZILLOW GROUP,      )
     INC., and TRULIA, LLC,           )
 8                                    )
                    Defendants.       )
 9                                    )
10
11
12     HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
13
14         VIDEOTAPED DEPOSITION OF ERROL SAMUELSON
15                     August 28, 2025
16                    Seattle, Washington
17
18
19
20
21
22   Reporter: Teri Simons, CCR, RMR, CRR
23
24
25
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Errol Samuelson
Conducted on August 28, 2025                                      119

| | | |
|---|---|---|
| 1 | I am sure you have used the product. | 12:00:50 |
| 2 | Based on permissions, right? | 12:00:52 |
| 3 | Q   Sure. | 12:00:54 |
| 4 | Do you see the comments that are listed on | 12:00:56 |
| 5 | the right-hand column of the second page of | 12:00:58 |
| 6 | Exhibit No. 122? | 12:01:01 |
| 7 | A   I haven't read them, but I do see them, | 12:01:01 |
| 8 | yes. | 12:01:05 |
| 9 | Q   I am going to draw your attention to | 12:01:05 |
| 10 | Comment No. 3, and I'm just going to ask you-- you | 12:01:07 |
| 11 | can read it to yourself or I can read it to you, | 12:01:10 |
| 12 | but was that your comment? | 12:01:12 |
| 13 | A   It was not. | 12:01:15 |
| 14 | Q   Okay.  And do you have an idea of who | 12:01:16 |
| 15 | Lloyd might be, referred to in that comment? | 12:01:18 |
| 16 | A   I do. | 12:01:20 |
| 17 | Q   Who is Lloyd? | 12:01:21 |
| 18 | A   "Lloyd" is referring to "Lloyd Frink" who | 12:01:22 |
| 19 | is one of the cofounders of Zillow. | 12:01:26 |
| 20 | Q   And do you have contact with Mr. Frink on | 12:01:28 |
| 21 | a regular basis? | 12:01:31 |
| 22 | A   Not-- it depends on what you mean by | 12:01:32 |
| 23 | "regular," but I wouldn't characterize it as | 12:01:39 |
| 24 | regularly. | 12:01:41 |
| 25 | Both he and his cofounder have stepped | 12:01:44 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Errol Samuelson
Conducted on August 28, 2025                                              120

| | | |
|---|---|---|
| 1 | back quite a bit from the business. | 12:01:46 |
| 2 |     It's primarily Jeremy Wacksman and the | 12:01:49 |
| 3 | leadership team that I would interface with. | 12:01:52 |
| 4 |     I see him occasionally. | 12:01:55 |
| 5 |   Q  And in this comment it says, "Chatting | 12:01:57 |
| 6 | with Lloyd at the Z retreat." | 12:01:59 |
| 7 |     Do you go to the Z retreat? | 12:02:01 |
| 8 |   A  So a Z retreat-- I will try to keep this | 12:02:05 |
| 9 | short. | 12:02:11 |
| 10 |     Now that we have gone to remote work, | 12:02:12 |
| 11 | teams get together in person a couple times a | 12:02:14 |
| 12 | year, and those are referred to as Z retreats. | 12:02:18 |
| 13 |   Q  Okay. | 12:02:20 |
| 14 |   A  Given the comment and given the timing, I | 12:02:24 |
| 15 | think this particular Z retreat was one that sort | 12:02:25 |
| 16 | of senior people in the company, VPs and so on, | 12:02:30 |
| 17 | that we had in early December in Scottsdale of | 12:02:37 |
| 18 | last year-- I think that's this-- | 12:02:41 |
| 19 |   Q  Did you go to it? | 12:02:45 |
| 20 |   A  I did go to it. | 12:02:46 |
| 21 | ████████████████████████████████████████ | 12:02:50 |
| 22 | ████████████████████████████████████████ | 12:02:53 |
| 23 | ████████████████████████████████████████ | 12:02:55 |
| 24 | ██████████████ | 12:02:58 |
| 25 |     ████████████████ | 12:03:00 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Errol Samuelson
Conducted on August 28, 2025

121

| # | | Time |
|---|---|---|
| 1 | ███████████████ | 12:03:00 |
| 2 | ████████████████████ | 12:03:01 |
| 3 | ██████████████████████ | 12:03:04 |
| 4 | ████████████████████████ | 12:03:07 |
| 5 | ██████████████████████████ | 12:03:10 |
| 6 | █████████████████████████ | 12:03:12 |
| 7 | ████████████████████ | 12:03:16 |
| 8 | ██████████████████████ | 12:03:19 |
| 9 | █████████████████████ | 12:03:21 |
| 10 | ████████████████████ | 12:03:24 |
| 11 | ██████████████ | 12:03:29 |
| 12 | ███ | 12:03:31 |
| 13 | █████████████████ | 12:03:32 |
| 14 | ██████████ | 12:03:33 |
| 15 | ████████████ | 12:03:34 |
| 16 | ███████████████████ | 12:03:35 |
| 17 | ██████████ | 12:03:38 |
| 18 | ████ | 12:03:41 |
| 19 | ██████████████████████ | 12:03:41 |
| 20 | ██████████████████████████ | 12:03:43 |
| 21 | ██ | 12:03:46 |
| 22 | ████████████████████ | 12:03:47 |
| 23 | ███████████ | 12:03:57 |
| 24 | ██████████████ | 12:03:58 |
| 25 | ████ | 12:04:02 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Errol Samuelson
Conducted on August 28, 2025

122

| # | Text | Time |
|---|---|---|
| 1 | [redacted] | 12:04:04 |
| 2 | [redacted] | 12:04:06 |
| 3 | [redacted] | 12:04:11 |
| 4 | [redacted] | 12:04:14 |
| 5 | [redacted] | 12:04:16 |
| 6 | [redacted] | 12:04:19 |
| 7 | [redacted] | 12:04:47 |
| 8 | [redacted] | 12:04:50 |
| 9 | [redacted] | 12:04:54 |
| 10 | [redacted] | 12:04:54 |
| 11 | [redacted] | 12:05:04 |
| 12 | [redacted] | 12:05:10 |
| 13 | [redacted] | 12:05:13 |
| 14 | [redacted] | 12:05:13 |
| 15 | [redacted] | 12:05:16 |
| 16 | [redacted] | 12:05:18 |
| 17 | [redacted] | 12:05:20 |
| 18 | [redacted] | 12:05:22 |
| 19 | [redacted] | 12:05:24 |
| 20 | [redacted] | 12:05:31 |
| 21 | [redacted] | 12:05:33 |
| 22 | [redacted] | 12:05:35 |
| 23 | [redacted] | 12:05:37 |
| 24 | [redacted] | 12:05:38 |
| 25 | [redacted] | 12:05:41 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Errol Samuelson
Conducted on August 28, 2025

125

| | | |
|---|---|---|
| 1 | A    I mean, taking the example of Compass, | 12:08:22 |
| 2 | that would be a true statement, I think. | 12:08:30 |
| 3 | Given it's couched in the "majority of | 12:08:33 |
| 4 | brokerages" language in the previous sentence, I | 12:08:38 |
| 5 | don't think the majority of brokerages are looking | 12:08:40 |
| 6 | to keep their listing off the MLS or pitch price | 12:08:45 |
| 7 | testing to their sellers. | 12:08:47 |
| 8 | I think most-- in my opinion, most brokers | 12:08:49 |
| 9 | recognize the value of broad exposure. | 12:08:54 |
| 10 | Q   Some brokerages believe that they would | 12:08:56 |
| 11 | get an advantage if they kept some of their | 12:08:58 |
| 12 | listings off the MLS? | 12:09:01 |
| 13 | A   Yes. | 12:09:04 |
| 14 | Q   Okay.  No further questions on that | 12:09:07 |
| 15 | document, sir. | 12:09:09 |
| 16 | With respect to Mr. Frink, he's also | 12:09:11 |
| 17 | Zillow's-- on Zillow's board of directors, right? | 12:09:16 |
| 18 | A   I believe so, yes. | 12:09:20 |
| 19 | Q   And given his role as the founder and also | 12:09:21 |
| 20 | on the board of directors, his opinion is | 12:09:25 |
| 21 | something that the executives at Zillow care | 12:09:28 |
| 22 | about? | 12:09:32 |
| 23 | MR. BUFFIER:  Objection to form. | 12:09:34 |
| 24 | A   So Lloyd is not tremendously active in a | 12:09:41 |
| 25 | lot of the discussions that we have.  That was | 12:09:47 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Errol Samuelson
Conducted on August 28, 2025

126

| | | |
|---|---|---|
| 1 | true-- I should say he was much more involved when | 12:09:51 |
| 2 | I joined the company 11 or so years ago. | 12:09:54 |
| 3 | Generally speaking, most of the decisions | 12:09:59 |
| 4 | are made fairly collaboratively but made | 12:10:02 |
| 5 | ultimately by the senior leadership team. | 12:10:06 |
| 6 | Lloyd will occasionally attend one of | 12:10:09 |
| 7 | those meetings.  If he has a point of view, he is | 12:10:11 |
| 8 | certainly listened to.  People hear his opinion. | 12:10:16 |
| 9 | It's one voice of many. | 12:10:21 |
| 10 |     Q  Okay.  The Zillow listing standards in | 12:10:24 |
| 11 | draft form, were those previewed to the board of | 12:10:26 |
| 12 | directors-- I'm sorry, let me ask, do you attend | 12:10:30 |
| 13 | board of director meetings? | 12:10:33 |
| 14 |     A  Occasionally, but not often. | 12:10:35 |
| 15 |     Q  Were the Zillow listing standards, in | 12:10:37 |
| 16 | draft form, previewed to the board of directors? | 12:10:42 |
| 17 |     A  I don't know, but it would surprise me if | 12:10:44 |
| 18 | they were. | 12:10:49 |
| 19 | It's not the level of detail, as far as I | 12:10:49 |
| 20 | understand, that we would normally provide to the | 12:10:52 |
| 21 | board. | 12:10:54 |
| 22 | (Exhibit No. 123 marked | 12:10:54 |
| 23 | for identification.) | 12:10:54 |
| 24 |     Q  Okay.  Sir, you have been handed Exhibit | 12:10:54 |
| 25 | No. 123, Bates numbered ZG-00009526. | 12:12:00 |

| | | |
|---|---|---|
| 1 | there is a list of numbered points. | 13:20:55 |
| 2 |     I assume that these are the points that | 13:20:58 |
| 3 | were going to be made during the Compass-Zillow | 13:20:59 |
| 4 | meeting; is that right? | 13:21:03 |
| 5 |    A  I'm sorry, can you repeat that again? | 13:21:04 |
| 6 |    Q  Of course. | 13:21:06 |
| 7 |     The second page of Exhibit No. 125, | 13:21:06 |
| 8 | there's five numbered points. | 13:21:08 |
| 9 |    A  I see. | 13:21:11 |
| 10 |    Q  Are these points that were to be made | 13:21:12 |
| 11 | during the Compass-Zillow meeting? | 13:21:15 |
| 12 |    A  Yes, I believe so. | 13:21:18 |
| 13 |    Q  And were you the lead for Zillow on that | 13:21:19 |
| 14 | meeting? | 13:21:21 |
| 15 |    A  I was definitely a participant.  I | 13:21:22 |
| 16 | wouldn't describe myself as the lead. | 13:21:29 |
| 17 |    Q  Who had lead for Zillow in that meeting? | 13:21:30 |
| 18 |    A  I would say it was Jeremy Wacksman, our | 13:21:33 |
| 19 | CEO, with-- there was commentary by Jeremy Hofmann | 13:21:37 |
| 20 | and me during that meeting as well.  Lloyd made a | 13:21:43 |
| 21 | few comments as well.  He also attended the | 13:21:45 |
| 22 | meeting. | 13:21:49 |
| 23 |    Q  What was Mr. Frink's role in the | 13:21:49 |
| 24 | Compass-Zillow meeting on April 1st? | 13:21:53 |
| 25 |    A  I will give you my point of view. | 13:21:55 |

Transcript of Errol Samuelson
Conducted on August 28, 2025

147

| | | |
|---|---|---|
| 1 | I believe part of it was to demonstrate to | 13:21:57 |
| 2 | Compass how serious we were about trying to find a | 13:22:01 |
| 3 | solution and reach agreement with them and work | 13:22:04 |
| 4 | together, and by having one of our cofounders | 13:22:06 |
| 5 | there, it sort of underscored the fact that we | 13:22:10 |
| 6 | were really serious on trying to work on a | 13:22:13 |
| 7 | solution. | 13:22:15 |
| 8 | Q   And the solution that Zillow was looking | 13:22:15 |
| 9 | for was a situation where Compass would take down | 13:22:19 |
| 10 | the elements on its website and its marketing that | 13:22:22 |
| 11 | violated the Zillow rule, and in exchange Zillow | 13:22:25 |
| 12 | would find a way to increase its partnering with | 13:22:30 |
| 13 | Compass? | 13:22:34 |
| 14 | MR. BUFFIER:  Objection to form. | 13:22:36 |
| 15 | A   The goal here was to encourage Compass to | 13:22:38 |
| 16 | support listing transparency, that listings that | 13:22:42 |
| 17 | weren't truly private and publicly marketed would | 13:22:45 |
| 18 | be entered into the Multiple Listing Service. | 13:22:49 |
| 19 | We also wanted to demonstrate to Compass | 13:22:52 |
| 20 | that if you look at Bullet Point No. 3, we already | 13:22:55 |
| 21 | do a great deal to benefit Compass, and the | 13:22:59 |
| 22 | comment was made in the meeting, might be in this | 13:23:03 |
| 23 | document too, that we think there is more we could | 13:23:05 |
| 24 | do to help Compass grow, be successful. | 13:23:07 |
| 25 | Our hope is that Mr. Reffkin would see the | 13:23:10 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Errol Samuelson
Conducted on August 28, 2025

154

| # | | Time |
|---|---|---|
| 1 | ████████████████████████ | 13:31:40 |
| 2 | ██████████ | 13:31:47 |
| 3 | ██████████████████████████████ | 13:31:48 |
| 4 | ████████████████████████████ | 13:31:52 |
| 5 | ██████████████████████████ | 13:31:57 |
| 6 | ████████████ | 13:32:01 |
| 7 | ████████████ | 13:32:02 |
| 8 | ███ | 13:32:03 |
| 9 | ██████████████ | 13:32:04 |
| 10 | ████████████████████ | 13:32:05 |
| 11 | ██████████████████████████ | 13:32:10 |
| 12 | ██████████████████████████████ | 13:32:13 |
| 13 | ████████████████████████████ | 13:32:16 |
| 14 | ██████████████████████████████ | 13:32:19 |
| 15 | ████████████████████ | 13:32:21 |
| 16 | ████████████████ | 13:32:23 |
| 17 | ██████████████████████ | 13:32:32 |
| 18 | ████████████████████████████ | 13:32:35 |
| 19 | ████████████████ | 13:32:39 |
| 20 | ██████████████████████ | 13:32:41 |
| 21 | ██████████████████████████ | 13:32:47 |
| 22 | ██████████████████████████ | 13:32:50 |
| 23 | ██████████████████████████ | 13:32:55 |
| 24 | ████████████████████████ | 13:32:58 |
| 25 | ██████████████ | 13:33:02 |