# Exhibit 2

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF NEW YORK

3

4  COMPASS, INC.,                    )
                                     )
5                   Plaintiff,       )
                                     ) Case No.
6        vs.                         )
                                     ) 1:25-cv-05201-JAV
7  ZILLOW, INC., ZILLOW GROUP,       )
   INC., and TRULIA, LLC,            )
8                                    )
                    Defendants.      )
9                                    )

10

11        VIDEOTAPED DEPOSITION OF JEREMY HOFMANN

12

13                  August 29, 2025

14               Seattle, Washington

15

16    HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

17

18

19

20

21

22

23

24

25        Reporter: Teri Simons, CCR, RMR, CRR

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Hofmann
Conducted on August 29, 2025                    130

| | | |
|---|---|---|
| 1 | place where we could figure out a way to work | 12:05:00 |
| 2 | together rather than be at odds. | 12:05:02 |
| 3 | Q  To have him change his private listing | 12:05:04 |
| 4 | network? | 12:05:07 |
| 5 | A  I think we had a pretty firm disagreement | 12:05:07 |
| 6 | on what we thought the merits of the private | 12:05:13 |
| 7 | listing network that he was running-- we just | 12:05:19 |
| 8 | don't agree with it.  We haven't agreed with it | 12:05:22 |
| 9 | the whole time. | 12:05:26 |
| 10 | But we thought there were ways to work | 12:05:27 |
| 11 | together. | 12:05:29 |
| 12 | Q  You respond, "FYI, let's chat on this | 12:05:30 |
| 13 | tomorrow AM," and then you start listing Errol, | 12:05:35 |
| 14 | JW-- is that "Jeremy Wacksman"? | 12:05:39 |
| 15 | A  Yes. | 12:05:40 |
| 16 | Q  JH, you, Lloyd Frink; is that right? | 12:05:41 |
| 17 | And Brad Owens? | 12:05:44 |
| 18 | A  Yes. | 12:05:46 |
| 19 | Q  And "meeting Reffkin 4/1 in Seattle," do | 12:05:47 |
| 20 | you see that? | 12:05:52 |
| 21 | So are those the folks that did attend the | 12:05:52 |
| 22 | meeting in Seattle? | 12:05:54 |
| 23 | A  Yes. | 12:05:55 |
| 24 | Q  And it included Mr. Frink? | 12:05:56 |
| 25 | A  It did. | 12:05:58 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Hofmann
Conducted on August 29, 2025                              131

| | | |
|---|---|---|
| 1 | Q  And did you chat internally on this | 12:05:59 |
| 2 | tomorrow AM-- so this is March 19th. | 12:06:04 |
| 3 |     Do you recall chatting about this | 12:06:07 |
| 4 | internally after you sent this e-mail? | 12:06:09 |
| 5 | A  I don't have perfect recall, but if I said | 12:06:11 |
| 6 | "We should chat on this tomorrow morning," I | 12:06:18 |
| 7 | assume we chatted about it. | 12:06:20 |
| 8 | Q  And this is with Ms. Berroth? | 12:06:22 |
| 9 | A  Yes. | 12:06:24 |
| 10 | Q  Did you chat with Mr. Frink about the | 12:06:24 |
| 11 | pre-meeting at all? | 12:06:29 |
| 12 | A  About the pre-meeting? | 12:06:30 |
| 13 | Q  Sorry, this is called a Zoom pre-meeting | 12:06:32 |
| 14 | with Reffkin, this chain-- | 12:06:36 |
| 15 | A  Got it. | 12:06:37 |
| 16 | Q  So I'm just wondering, did you ever have | 12:06:38 |
| 17 | discussions with Mr. Frink about a pre-meeting | 12:06:42 |
| 18 | with Mr. Reffkin? | 12:06:45 |
| 19 | A  I don't remember. | 12:06:45 |
| 20 | Q  Did you have any conversations with | 12:06:46 |
| 21 | Mr. Frink about Compass's private listing network? | 12:06:47 |
| 22 | A  We had conversations with-- yeah. | 12:06:51 |
| 23 | Q  In what context? | 12:06:56 |
| 24 | A  He was-- you know, as we were developing | 12:06:57 |
| 25 | the listing standards, it was obviously a topic | 12:07:01 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Hofmann
Conducted on August 29, 2025                           132

```
 1   that was important to the company, so he would get       12:07:04

 2   briefed from time to time.                               12:07:06

 3       Q   "Time to time" meaning--                         12:07:07

 4       A   Hard to be super specific.                       12:07:09

 5       Q   Weekly?  Daily?                                  12:07:13

 6       A   Definitely not daily.                            12:07:15

 7           I don't think weekly.                            12:07:17

 8           There was that industry meeting that we          12:07:19

 9   had on a pretty much weekly basis that he gets           12:07:21

10   invited to but doesn't always attend.                    12:07:25

11       Q   Why would he be involved in a meeting with       12:07:27

12   Mr. Reffkin?                                             12:07:30

13       A   I think we felt like-- I think Robert felt       12:07:30

14   like he was at the wrong altitude of relationship        12:07:40

15   with Zillow, so he was interfacing with,                 12:07:42

16   primarily, TG Gaullaudet.                                12:07:45

17           When Robert requested the meeting, we            12:07:49

18   wanted to make sure that he knew we were serious,        12:07:51

19   and he had, from the highest levels of the               12:07:55

20   organization, that we were looking to figure out a       12:07:58

21   way to partner, and Lloyd is included in that.           12:08:00

22   ██████████████████████████████████                       12:08:04

23   ████████████████████████████████████████████            12:08:07

24   ██████████                                               12:08:11

25       █████████████                                        12:08:12
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Hofmann
Conducted on August 29, 2025                                   139

| | | |
|---|---|---|
| 1 | A   Yeah, I mean, "national" is a shorthand | 12:15:46 |
| 2 | for just "not in a few markets," so that's why I | 12:15:49 |
| 3 | say "broader national partnership." | 12:15:53 |
| 4 | It's "Hey, can we figure out something to | 12:15:55 |
| 5 | do that is broader than a few markets," that he | 12:15:57 |
| 6 | had talked about a week or two ago. | 12:16:00 |
| 7 | Q   And you forward the e-mail internally to | 12:16:03 |
| 8 | Rich Barton. | 12:16:06 |
| 9 | Who is that? | 12:16:07 |
| 10 | A   Rich is another co-executive chairman and | 12:16:07 |
| 11 | cofounder. | 12:16:12 |
| 12 | Q   And Lloyd Frink as well? | 12:16:12 |
| 13 | Why did you forward this e-mail to Rich | 12:16:15 |
| 14 | Barton and Lloyd Frink? | 12:16:18 |
| 15 | A   To keep them up to speed on what we were | 12:16:19 |
| 16 | doing. | 12:16:22 |
| 17 | Rich and Lloyd, over the past year-plus, | 12:16:22 |
| 18 | had started to step back in day-to-day operations | 12:16:27 |
| 19 | as Jeremy Wacksman became the CEO, so our forms of | 12:16:30 |
| 20 | communication, they were just less operationally | 12:16:35 |
| 21 | involved, but we would find points in time where | 12:16:38 |
| 22 | we thought it was relevant for them, to make sure | 12:16:39 |
| 23 | they understood what was going on, and this was | 12:16:40 |
| 24 | one of those. | 12:16:42 |
| 25 | Q   Why was this one of those? | 12:16:43 |