```
 1                  UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF NEW YORK
 3   COMPASS, INC.,                       )
 4                                        )
 5                     Plaintiff,         )
 6                                        )   Case No.
 7        vs.                             )
 8                                        )   1:25-cv-05201-JAV
 9   ZILLOW, INC., ZILLOW GROUP, INC.,    )
10   and TRULIA, LLC,                     )
11                                        )
12                     Defendants.        )
13                                        )
14
15      HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
16
17           VIDEOTAPED DEPOSITION OF JEREMY WACKSMAN
18                       August 26, 2025
19                      Seattle, Washington
20
21      Reporter: Teri Simons, CCR, RMR, CRR
22
23
24
25
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    9

| | | |
|---|---|---|
| 1 | A  We began formulating those standards | 09:04:01 |
| 2 | probably as early as January of 2025. | 09:04:07 |
| 3 | Q  And other than yourself, who in your group | 09:04:10 |
| 4 | was working on those standards? | 09:04:13 |
| 5 | A  A variety of folks in our leadership team | 09:04:15 |
| 6 | were working on those standards. | 09:04:18 |
| 7 | Errol Samuelson, our chief industry | 09:04:19 |
| 8 | development officer-- | 09:04:19 |
| 9 | (Court Reporter asks for clarification.) | 09:04:19 |
| 10 | A  A variety of folks. | 09:04:26 |
| 11 | Most specifically, Errol Samuelson, who is | 09:04:28 |
| 12 | our chief industry development officer; Jeremy | 09:04:32 |
| 13 | Hofmann, who is our chief financial officer; Katie | 09:04:35 |
| 14 | Berroth, who leads corporate strategy; and a | 09:04:41 |
| 15 | handful of folks on their teams. | 09:04:45 |
| 16 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09:04:47 |
| 17 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09:04:50 |
| 18 | ▉▉▉▉▉▉▉▉▉▉▉ | 09:04:53 |
| 19 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09:04:55 |
| 20 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09:04:57 |
| 21 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09:05:00 |
| 22 | ▉▉▉▉▉▉▉▉▉▉▉▉ | 09:05:03 |
| 23 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09:05:05 |
| 24 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09:05:07 |
| 25 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09:05:09 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                                          42

| # | | Time |
|---|---|---|
| 1 | ████████████████████████ | 09:43:19 |
| 2 | ████████████████ | 09:43:22 |
| 3 | ██████ | 09:43:26 |
| 4 | ██ | 09:43:27 |
| 5 | ████████████████ | 09:43:27 |
| 6 | ██████████████████ | 09:43:30 |
| 7 | ████████████ | 09:43:33 |
| 8 | ██████████████████████ | 09:43:35 |
| 9 | ████████████████████████ | 09:43:38 |
| 10 | ████████ | 09:43:40 |
| 11 | ██████████ | 09:43:41 |
| 12 | ██████████ | 09:43:43 |
| 13 | ████████ | 09:43:45 |
| 14 | ██████████ | 09:43:48 |
| 15 | ████████████ | 09:43:50 |
| 16 | ████ | 09:43:51 |
| 17 | ██████████████ | 09:43:52 |
| 18 | ██████████████████████ | 09:43:58 |
| 19 | ████████ | 09:44:00 |
| 20 | ██████ | 09:44:01 |
| 21 | ████████████████████ | 09:44:03 |
| 22 | ████████████████████ | 09:44:07 |
| 23 | ██████████████ | 09:44:09 |
| 24 | ████████████████ | 09:44:10 |
| 25 | ████████ | 09:44:15 |

|    |                                                          |          |
|----|----------------------------------------------------------|----------|
| 1  | Q   And is that by phone?                                | 09:58:17 |
| 2  | A   Yeah, sometimes over Zoom, sometimes over            | 09:58:19 |
| 3  | phone.                                                   | 09:58:21 |
| 4  | Q   Okay.  So before the April 10th                      | 09:58:22 |
| 5  | announcement of the access standards, did you have       | 09:58:26 |
| 6  | a Zoom or a phone call with Mr. Frink about the          | 09:58:28 |
| 7  | standards?                                               | 09:58:31 |
| 8  | A   You know, I honestly don't remember.                 | 09:58:31 |
| 9  |     He wasn't part of the decision body, so it           | 09:58:35 |
| 10 | was more of an FYI, so I don't know when I talked        | 09:58:43 |
| 11 | to him about it.                                         | 09:58:45 |
| 12 | [REDACTED]                                               | 09:58:45 |
| 13 | [REDACTED]                                               | 09:58:46 |
| 14 | [REDACTED]                                               | 09:58:49 |
| 15 | [REDACTED]                                               | 09:58:51 |
| 16 | [REDACTED]                                               | 09:58:55 |
| 17 | [REDACTED]                                               | 09:58:57 |
| 18 | [REDACTED]                                               | 09:59:01 |
| 19 | [REDACTED]                                               | 09:59:03 |
| 20 | [REDACTED]                                               | 09:59:06 |
| 21 | [REDACTED]                                               | 09:59:07 |
| 22 | [REDACTED]                                               | 09:59:10 |
| 23 | [REDACTED]                                               | 09:59:12 |
| 24 | [REDACTED]                                               | 09:59:14 |
| 25 | [REDACTED]                                               | 09:59:15 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    107

| # | | Time |
|---|---|---|
| 1 | ██ | 11:25:43 |
| 2 | ████████████████ | 11:25:49 |
| 3 | ████████████████████████ | 11:25:50 |
| 4 | ████████████ | 11:25:52 |
| 5 | ████████████████████ | 11:25:53 |
| 6 | ██████ | 11:26:00 |
| 7 | ████████ | 11:26:01 |
| 8 | ████████████ | 11:26:01 |
| 9 | ████████████████████ | 11:26:03 |
| 10 | ██████████████████████ | 11:26:05 |
| 11 | ████████████████████████ | 11:26:08 |
| 12 | ████ | 11:26:11 |
| 13 | ██████████████████ | 11:26:13 |
| 14 | ████████████████ | 11:26:18 |
| 15 | ██████████████████ | 11:26:22 |
| 16 | ██████████████ | 11:26:25 |
| 17 | ████████████ | 11:26:27 |
| 18 | ██████████████████ | 11:26:29 |
| 19 | ████████████████ | 11:26:34 |
| 20 | ████████████████████████ | 11:26:37 |
| 21 | ██████████████████████ | 11:26:41 |
| 22 | ████████████████████ | 11:26:45 |
| 23 | ██████████████████████ | 11:26:48 |
| 24 | ████████████████████████ | 11:26:52 |
| 25 | ██ | 11:26:58 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025

108

| | | |
|---|---|---|
| 1 | ■■■■■■■■■■ | 11:26:59 |
| 2 | ■■■■■■■■ | 11:26:59 |
| 3 | ■■■■■■■■■■■■■■■■■ | 11:27:00 |
| 4 | ■■■■■■■■■■■■■■■■■■■■ | 11:27:03 |
| 5 | ■■■■■■■■■■■ | 11:27:06 |
| 6 | ■■■■■■■■■■ | 11:27:10 |
| 7 | ■■■■■■■■ | 11:27:11 |
| 8 | ■■■■■■■■■■■■■■■ | 11:27:12 |
| 9 | ■ | 11:27:14 |
| 10 | ■■■■■■■■■■■■ | 11:27:14 |
| 11 | ■■■■■■■■■■■■■■■ | 11:27:17 |
| 12 | ■■■■■■■■■■■■■ | 11:27:21 |
| 13 | ■■■■■■■■■■■■■■■ | 11:27:24 |
| 14 | ■■■■■■■■■■■■■■■■ | 11:27:29 |
| 15 | ■■■■■■■■■ | 11:27:32 |
| 16 | ■■■■■■■■■■■■■■■ | 11:27:34 |
| 17 | ■■ | 11:27:37 |
| 18 | ■■■■■■■■■■■■ | 11:27:38 |
| 19 | ■■■■■■■■■■■ | 11:27:47 |
| 20 | ■■■■■■■■■■■■■ | 11:27:50 |
| 21 | ■■■■■■■■■■■■■ | 11:27:54 |
| 22 | ■■■ | 11:27:57 |
| 23 | ■■■■■■■■■■■ | 11:27:57 |
| 24 | ■■■■■■■■■■■■ | 11:27:59 |
| 25 | ■■■■ | 11:28:04 |