```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
COMPASS, INC.,                                                    :
                                                                  :
                              Plaintiff,                          :    25-CV-5201 (JAV)
                                                                  :
              -v-                                                 :    ORDER
                                                                  :
ZILLOW, INC., ZILLOW GROUP, INC.,                                 :
and TRULIA, LLC,                                                  :
                                                                  :
                              Defendants.                         :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

On September 12, 2025, the parties submitted a joint letter with supporting exhibits relating to Plaintiff's request to compel the deposition of Lloyd Frink, Co-Founder, President, and Co-Executive Chairman of the Board of Directors of Zillow Group.  ECF No. 77-5.  Plaintiff seeks to depose Mr. Frink and claims that he "is not an apex witness" and that he has "unique and important information that no other witness can provide."  ECF No. 77-5 at 1.  Defendants' claim Plaintiff has not demonstrated that deposing Mr. Frink would "elicit unique information pertinent to [Plaintiff's] motion for a preliminary injunction."  *Id.* at 4.  Upon review of the parties' submissions, the Court finds that Plaintiff has adequately established Mr. Frink possesses unique and personal knowledge relevant to the pending preliminary injunction motion.  Accordingly, the Court **GRANTS** Plaintiff's request to compel and the deposition of Mr. Frink shall proceed on September 24, 2025.

Defendants' request for permission to redact portions of the contemporaneously filed Joint Discovery Letter and supporting Exhibits relating to Plaintiff's request to compel the deposition of Lloyd Frink is **GRANTED**.  Defendants have made a sufficient showing that the information they seek to seal contains confidential, competitively sensitive commercial

2

information.  ECF No. 77.  The Court finds that, in this instance, Defendant's interest in protecting commercially sensitive information outweighs the presumption of public access to judicial documents.  *See, e.g. Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).  The parties shall file the redacted documents on ECF under the appropriate filing events.

    The Clerk of Court is respectfully directed to terminate ECF No. 77.

    SO ORDERED.

Dated: September 19, 2025  
      New York, New York

                                                   JEANNETTE A. VARGAS  
                                                   United States District Judge