# Exhibit 2

```
 1                    UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF NEW YORK

 3

 4    COMPASS, INC.,                      )
                                          )
 5                        Plaintiff,      )
                                          ) Case No.
 6         vs.                            )
                                          ) 1:25-cv-05201-JAV
 7    ZILLOW, INC., ZILLOW GROUP,         )
      INC., and TRULIA, LLC,              )
 8                                        )
                          Defendants.     )
 9                                        )

10

11          VIDEOTAPED DEPOSITION OF JEREMY HOFMANN

12

                         August 29, 2025
13

14                       Seattle, Washington

15

16     HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

17

18

19

20

21

22

23

24

25
         Reporter: Teri Simons, CCR, RMR, CRR
```

| | | |
|---|---|---|
| 1 | place where we could figure out a way to work | 12:05:00 |
| 2 | together rather than be at odds. | 12:05:02 |
| 3 | Q  To have him change his private listing | 12:05:04 |
| 4 | network? | 12:05:07 |
| 5 | A  I think we had a pretty firm disagreement | 12:05:07 |
| 6 | on what we thought the merits of the private | 12:05:13 |
| 7 | listing network that he was running-- we just | 12:05:19 |
| 8 | don't agree with it.  We haven't agreed with it | 12:05:22 |
| 9 | the whole time. | 12:05:26 |
| 10 | But we thought there were ways to work | 12:05:27 |
| 11 | together. | 12:05:29 |
| 12 | Q  You respond, "FYI, let's chat on this | 12:05:30 |
| 13 | tomorrow AM," and then you start listing Errol, | 12:05:35 |
| 14 | JW-- is that "Jeremy Wacksman"? | 12:05:39 |
| 15 | A  Yes. | 12:05:40 |
| 16 | Q  JH, you, Lloyd Frink; is that right? | 12:05:41 |
| 17 | And Brad Owens? | 12:05:44 |
| 18 | A  Yes. | 12:05:46 |
| 19 | Q  And "meeting Reffkin 4/1 in Seattle," do | 12:05:47 |
| 20 | you see that? | 12:05:52 |
| 21 | So are those the folks that did attend the | 12:05:52 |
| 22 | meeting in Seattle? | 12:05:54 |
| 23 | A  Yes. | 12:05:55 |
| 24 | Q  And it included Mr. Frink? | 12:05:56 |
| 25 | A  It did. | 12:05:58 |

| | | |
|---|---|---|
| 1 | Q   And did you chat internally on this | 12:05:59 |
| 2 | tomorrow AM-- so this is March 19th. | 12:06:04 |
| 3 |     Do you recall chatting about this | 12:06:07 |
| 4 | internally after you sent this e-mail? | 12:06:09 |
| 5 | A   I don't have perfect recall, but if I said | 12:06:11 |
| 6 | "We should chat on this tomorrow morning," I | 12:06:18 |
| 7 | assume we chatted about it. | 12:06:20 |
| 8 | Q   And this is with Ms. Berroth? | 12:06:22 |
| 9 | A   Yes. | 12:06:24 |
| 10 | Q   Did you chat with Mr. Frink about the | 12:06:24 |
| 11 | pre-meeting at all? | 12:06:29 |
| 12 | A   About the pre-meeting? | 12:06:30 |
| 13 | Q   Sorry, this is called a Zoom pre-meeting | 12:06:32 |
| 14 | with Reffkin, this chain-- | 12:06:36 |
| 15 | A   Got it. | 12:06:37 |
| 16 | Q   So I'm just wondering, did you ever have | 12:06:38 |
| 17 | discussions with Mr. Frink about a pre-meeting | 12:06:42 |
| 18 | with Mr. Reffkin? | 12:06:45 |
| 19 | A   I don't remember. | 12:06:45 |
| 20 | Q   Did you have any conversations with | 12:06:46 |
| 21 | Mr. Frink about Compass's private listing network? | 12:06:47 |
| 22 | A   We had conversations with-- yeah. | 12:06:51 |
| 23 | Q   In what context? | 12:06:56 |
| 24 | A   He was-- you know, as we were developing | 12:06:57 |
| 25 | the listing standards, it was obviously a topic | 12:07:01 |

| | | |
|---|---|---|
| 1 | that was important to the company, so he would get | 12:07:04 |
| 2 | briefed from time to time. | 12:07:06 |
| 3 |    Q   "Time to time" meaning-- | 12:07:07 |
| 4 |    A   Hard to be super specific. | 12:07:09 |
| 5 |    Q   Weekly?  Daily? | 12:07:13 |
| 6 |    A   Definitely not daily. | 12:07:15 |
| 7 |        I don't think weekly. | 12:07:17 |
| 8 |        There was that industry meeting that we | 12:07:19 |
| 9 | had on a pretty much weekly basis that he gets | 12:07:21 |
| 10 | invited to but doesn't always attend. | 12:07:25 |
| 11 |    Q   Why would he be involved in a meeting with | 12:07:27 |
| 12 | Mr. Reffkin? | 12:07:30 |
| 13 |    A   I think we felt like-- I think Robert felt | 12:07:30 |
| 14 | like he was at the wrong altitude of relationship | 12:07:40 |
| 15 | with Zillow, so he was interfacing with, | 12:07:42 |
| 16 | primarily, TG Gaullaudet. | 12:07:45 |
| 17 |        When Robert requested the meeting, we | 12:07:49 |
| 18 | wanted to make sure that he knew we were serious, | 12:07:51 |
| 19 | and he had, from the highest levels of the | 12:07:55 |
| 20 | organization, that we were looking to figure out a | 12:07:58 |
| 21 | way to partner, and Lloyd is included in that. | 12:08:00 |
| 22 | ███████████████████████████████████████ | 12:08:04 |
| 23 | ████████████████████████████████████████████ | 12:08:07 |
| 24 | ████████████ | 12:08:11 |
| 25 | ███████████████████ | 12:08:12 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Hofmann
Conducted on August 29, 2025                                      139

```
1      A   Yeah, I mean, "national" is a shorthand          12:15:46
2   for just "not in a few markets," so that's why I        12:15:49
3   say "broader national partnership."                     12:15:53
4          It's "Hey, can we figure out something to        12:15:55
5   do that is broader than a few markets," that he        12:15:57
6   had talked about a week or two ago.                     12:16:00
7      Q   And you forward the e-mail internally to        12:16:03
8   Rich Barton.                                            12:16:06
9          Who is that?                                     12:16:07
10     A   Rich is another co-executive chairman and       12:16:07
11  cofounder.                                              12:16:12
12     Q   And Lloyd Frink as well?                         12:16:12
13         Why did you forward this e-mail to Rich          12:16:15
14  Barton and Lloyd Frink?                                 12:16:18
15     A   To keep them up to speed on what we were         12:16:19
16  doing.                                                  12:16:22
17         Rich and Lloyd, over the past year-plus,         12:16:22
18  had started to step back in day-to-day operations       12:16:27
19  as Jeremy Wacksman became the CEO, so our forms of     12:16:30
20  communication, they were just less operationally        12:16:35
21  involved, but we would find points in time where        12:16:38
22  we thought it was relevant for them, to make sure       12:16:39
23  they understood what was going on, and this was         12:16:40
24  one of those.                                           12:16:42
25     Q   Why was this one of those?                       12:16:43
```