# Exhibit 3

```
 1                    UNITED STATES DISTRICT COURT
 2                   SOUTHERN DISTRICT OF NEW YORK
 3    COMPASS, INC.,                      )
 4                                        )
 5                       Plaintiff,       )
 6                                        )  Case No.
 7         vs.                            )
 8                                        )  1:25-cv-05201-JAV
 9    ZILLOW, INC., ZILLOW GROUP, INC.,   )
10    and TRULIA, LLC,                    )
11                                        )
12                       Defendants.      )
13                                        )
14
15       HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
16
17           VIDEOTAPED DEPOSITION OF JEREMY WACKSMAN
18                         August 26, 2025
19                       Seattle, Washington
20
21       Reporter: Teri Simons, CCR, RMR, CRR
22
23
24
25
```

| | | |
|---|---|---|
| 1 | A   We began formulating those standards | 09:04:01 |
| 2 | probably as early as January of 2025. | 09:04:07 |
| 3 | Q   And other than yourself, who in your group | 09:04:10 |
| 4 | was working on those standards? | 09:04:13 |
| 5 | A   A variety of folks in our leadership team | 09:04:15 |
| 6 | were working on those standards. | 09:04:18 |
| 7 | Errol Samuelson, our chief industry | 09:04:19 |
| 8 | development officer-- | 09:04:19 |
| 9 | (Court Reporter asks for clarification.) | 09:04:19 |
| 10 | A   A variety of folks. | 09:04:26 |
| 11 | Most specifically, Errol Samuelson, who is | 09:04:28 |
| 12 | our chief industry development officer; Jeremy | 09:04:32 |
| 13 | Hofmann, who is our chief financial officer; Katie | 09:04:35 |
| 14 | Berroth, who leads corporate strategy; and a | 09:04:41 |
| 15 | handful of folks on their teams. | 09:04:45 |
| 16 | [REDACTED] | 09:04:47 |
| 17 | [REDACTED] | 09:04:50 |
| 18 | [REDACTED] | 09:04:53 |
| 19 | [REDACTED] | 09:04:55 |
| 20 | [REDACTED] | 09:04:57 |
| 21 | [REDACTED] | 09:05:00 |
| 22 | [REDACTED] | 09:05:03 |
| 23 | [REDACTED] | 09:05:05 |
| 24 | [REDACTED] | 09:05:07 |
| 25 | [REDACTED] | 09:05:09 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025

42

| # | Text | Time |
|---|---|---|
| 1 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 09:43:19 |
| 2 | ■■■■■■■■■■■■■■■■■■■■ | 09:43:22 |
| 3 | ■■■■■■■■■■ | 09:43:26 |
| 4 | ■■■ | 09:43:27 |
| 5 | ■■■■■■■■■■■■■■■■■■■■ | 09:43:27 |
| 6 | ■■■■■■■■■■■■■■■■■■■■■■■ | 09:43:30 |
| 7 | ■■■■■■■■■■■■■■■■ | 09:43:33 |
| 8 | ■■■■■■■■■■■■■■■■■■■■■■■■■■ | 09:43:35 |
| 9 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 09:43:38 |
| 10 | ■■■■■■■■■■ | 09:43:40 |
| 11 | ■■■■■■■■■■■■■■■■ | 09:43:41 |
| 12 | ■■■■■■■■■■■■■■■■ | 09:43:43 |
| 13 | ■■■■■■■■■■■■■ | 09:43:45 |
| 14 | ■■■■■■■■■■■■■■■■■■ | 09:43:48 |
| 15 | ■■■■■■■■■■■■■■■■■■■ | 09:43:50 |
| 16 | ■■■■■■ | 09:43:51 |
| 17 | ■■■■■■■■■■■■■■■■■■■■■■ | 09:43:52 |
| 18 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | 09:43:58 |
| 19 | ■■■■■■■■■■ | 09:44:00 |
| 20 | ■■■■■■■ | 09:44:01 |
| 21 | ■■■■■■■■■■■■■■■■■■■■■■■■ | 09:44:03 |
| 22 | ■■■■■■■■■■■■■■■■■■■■■■■■■■ | 09:44:07 |
| 23 | ■■■■■■■■■■■■■■■■ | 09:44:09 |
| 24 | ■■■■■■■■■■■■■■■■■■■■ | 09:44:10 |
| 25 | ■■■■■■■■ | 09:44:15 |

```
1        Q   And is that by phone?                        09:58:17
2        A   Yeah, sometimes over Zoom, sometimes over    09:58:19
3    phone.                                               09:58:21
4        Q   Okay.  So before the April 10th              09:58:22
5    announcement of the access standards, did you have   09:58:26
6    a Zoom or a phone call with Mr. Frink about the      09:58:28
7    standards?                                           09:58:31
8        A   You know, I honestly don't remember.         09:58:31
9            He wasn't part of the decision body, so it   09:58:35
10   was more of an FYI, so I don't know when I talked    09:58:43
11   to him about it.                                     09:58:45
12   ███████████████████████████████████████              09:58:45
13   ███████████████████████████████████████              09:58:46
14   ████████████████████                                 09:58:49
15       █████████████████████████                        09:58:51
16   ████████████████████████████████████████████         09:58:55
17   ███████████████████████████████████████              09:58:57
18   ███████████████████████████████████████              09:59:01
19   ███████████████████████████████████                  09:59:03
20   ████                                                 09:59:06
21       ██████████████████████████████████               09:59:07
22   ██████████████████████████████████████               09:59:10
23   ████████████████████                                 09:59:12
24   █████████████████████████████████                    09:59:14
25   ██████████████████████████████████████               09:59:15
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025

107

| # | Text | Time |
|---|------|------|
| 1 | ███ | 11:25:43 |
| 2 | ████████████████ | 11:25:49 |
| 3 | ████████████████████████ | 11:25:50 |
| 4 | ██████████ | 11:25:52 |
| 5 | ███████████████████ | 11:25:53 |
| 6 | ██████ | 11:26:00 |
| 7 | ██████████ | 11:26:01 |
| 8 | ███████████████ | 11:26:01 |
| 9 | ████████████████████ | 11:26:03 |
| 10 | █████████████████████ | 11:26:05 |
| 11 | ████████████████████████ | 11:26:08 |
| 12 | ████ | 11:26:11 |
| 13 | ███████████████████ | 11:26:13 |
| 14 | ██████████████████ | 11:26:18 |
| 15 | ██████████████████ | 11:26:22 |
| 16 | █████████████ | 11:26:25 |
| 17 | ██████████████ | 11:26:27 |
| 18 | ██████████████████ | 11:26:29 |
| 19 | ███████████████ | 11:26:34 |
| 20 | ████████████████████████ | 11:26:37 |
| 21 | ███████████████████ | 11:26:41 |
| 22 | ████████████████████ | 11:26:45 |
| 23 | ████████████████████ | 11:26:48 |
| 24 | ████████████████████████ | 11:26:52 |
| 25 | ██ | 11:26:58 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025					108

| | | |
|---|---|---|
| 1 | ■■■■■■■■■■■■■ | 11:26:59 |
| 2 | ■■■■■■■■■ | 11:26:59 |
| 3 | ■■■■■■■■■■■■■■■■■■■■■ | 11:27:00 |
| 4 | ■■■■■■■■■■■■■■■■■■■■■■■■ | 11:27:03 |
| 5 | ■■■■■■■■■■■■■ | 11:27:06 |
| 6 | ■■■■■■■■■■■ | 11:27:10 |
| 7 | ■■■■■■■■■■ | 11:27:11 |
| 8 | ■■■■■■■■■■■■■■■■■■■ | 11:27:12 |
| 9 | ■ | 11:27:14 |
| 10 | ■■■■■■■■■■■■■■■■ | 11:27:14 |
| 11 | ■■■■■■■■■■■■■■■■■■■ | 11:27:17 |
| 12 | ■■■■■■■■■■■■■■■■■ | 11:27:21 |
| 13 | ■■■■■■■■■■■■■■■■■■ | 11:27:24 |
| 14 | ■■■■■■■■■■■■■■■■■■■■ | 11:27:29 |
| 15 | ■■■■■■■■■■■■ | 11:27:32 |
| 16 | ■■■■■■■■■■■■■■■■■■■ | 11:27:34 |
| 17 | ■■■ | 11:27:37 |
| 18 | ■■■■■■■■■■■■■■■ | 11:27:38 |
| 19 | ■■■■■■■■■■■■■ | 11:27:47 |
| 20 | ■■■■■■■■■■■■■■■■ | 11:27:50 |
| 21 | ■■■■■■■■■■■■■■■ | 11:27:54 |
| 22 | ■■■ | 11:27:57 |
| 23 | ■■■■■■■■■■■■■ | 11:27:57 |
| 24 | ■■■■■■■■■■■■■■ | 11:27:59 |
| 25 | ■■■■■ | 11:28:04 |