**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMPASS, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA, LLC,<br><br>   Defendants. | Case No. 1:25-cv-05201-JAV |

## PROOF OF SERVICE

I, Bonnie Lau, affirm that the following document was served on Plaintiff Compass, Inc. ("Compass"):

- Defendants' sealed, unredacted Letter Motion regarding the Scope of the PI Evidentiary Hearing, ECF No. 86.

The foregoing document was served, with Compass's consent, via e-mail to all counsel of record who have appeared in this action:

- Chahira Solh, csolh@crowell.com
- Kenneth Dintzer, kdintzer@crowell.com
- Daniel Allen Sasse, dsasse@crowell.com
- Sima Namiri-Kalantari, snamiri@crowell.com
- Luke Taeschler, ltaeschler@crowell.com

Dated: October 6, 2025　　　　　　　　Respectfully submitted,

               */s/ Bonnie Lau*
              Bonnie Lau (admitted pro hac vice)

              WILSON SONSINI GOODRICH & ROSATI, P.C.
              One Market Plaza
              Spear Tower, Suite 3300
              San Francisco, CA 94105
              415.947.2414
              blau@wsgr.com