UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                               :
COMPASS, INC.,                               :
                        Plaintiff,            :
                                              :      25-CV-05201 (JAV)
                   -v-                               :
                                              :             <u>ORDER</u>
ZILLOW, INC., ZILLOW GROUP, INC.,       :
and TRULIA, LLC,                             :
                                              :
                       Defendants.         :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        The Court is in receipt of the parties' joint letter dated October 1, 2025 (ECF No. 83). Defendants' request for leave to serve Plaintiff with supplemental discovery requests is GRANTED IN PART AND DENIED IN PART.

        With respect to Defendants' proposed Requests for the Production of Documents, much of the requested discovery is too attenuated from the issues to be decided in connection with the pending preliminary injunction motion to justify reopening discovery. The Court does find, however, that certain discrete categories of documents are potentially relevant. Specifically, disclosures made by Plaintiff to Anywhere Real Estate, Inc. ("Anywhere"), regarding this litigation or the impact Zillow's Listing Access Standards is anticipated to have on Plaintiff's business bear directly on the issue of irreparable harm.

        Accordingly, the Court will permit Defendants to serve Plaintiff with the following Requests for the Production of Document:

        (1) All disclosures made by You to Anywhere in connection with the Transaction regarding Zillow's Listing Access Standards.

        (2) All Communications between You and Anywhere regarding Zillow's Listing Access

Standards, including, but not limited to, the current impact or expected future impact of the Listing Access Standards on Your business or on the value of Your stock.

(3) All Communications regarding this Action between You and Anywhere.

Defendants' request for leave to conduct an additional two-hour deposition of Mr. Reffkin is DENIED. Defendants have not demonstrated good cause for the reopening of this deposition.

SO ORDERED.

Dated: October 6, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge