```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
COMPASS, INC.,                                                    :
                                                                  :
                            Plaintiff,                            :
                                                                  :     25-CV-05201 (JAV)
              -v-                                                 :
                                                                  :     ORDER
ZILLOW, INC., ZILLOW GROUP, INC.,                                 :
and TRULIA, LLC,                                                  :
                                                                  :
                            Defendants.                           :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of Defendants' letter dated October 6, 2025 (ECF No. 86). Defendants' request to limit the scope of the upcoming preliminary injunction hearing, and for the Court to decide issues related to irreparable harm and the Section 2 claims based upon the papers, is DENIED. Defendants previously opposed an evidentiary hearing with respect to the pending preliminary injunction motion, arguing that the Section 2 claims could be resolved as a matter of law and Plaintiff had failed to show irreparable harm. ECF No. 57. The Court has already rejected these arguments. As previously articulated by the Court during the conference on July 21, 2025, Plaintiff's motion for a preliminary injunction potentially implicates disputed issues of fact. *See* ECF No. 61. Moreover, it would not be an efficient use of judicial resources to adjudicate the preliminary injunction motion in the piecemeal fashion suggested by Defendants. While the Court is open to arguments regarding ways in which to narrow the need for the presentation of evidence at the hearing (such as, for example, appropriate stipulations of fact or other agreements by the parties as to the facts in dispute), the Court is not inclined to rule on any aspect of the preliminary injunction motion prior to the evidentiary hearing.

2

Defendants' request to postpone the evidentiary hearing on Plaintiff's motion for a preliminary injunction is likewise DENIED. The parties have been in receipt of the schedule regarding supplemental briefs and the evidentiary hearing since July 2025. *See* ECF No. 65.

It is hereby ORDERED that Plaintiff and Defendants appear for a conference before this Court on **November 10, 2025**, at **2:30 P.M.**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. On **November 7, 2025**, the parties shall submit a joint letter which shall set forth (i) any proposals that the parties may have regarding the conduct of the evidentiary hearing, including the appropriate division of time; (ii) any evidentiary disputes that the parties wish the Court to resolve prior to the hearing.

The Clerk of Court is directed to terminate ECF Nos. 84 and 86.

SO ORDERED.

Dated: October 9, 2025
      New York, New York

                                                    JEANNETTE A. VARGAS
                                                    United States District Judge