# EXHIBIT C

| | |
|---|---|
| **From:** | Stein, Gerald <GeraldStein@dwt.com> |
| **Sent:** | Wednesday, October 22, 2025 4:43 PM |
| **To:** | Fleming, Lauren; Solh, Chahira; Namiri-Kalantari, Sima; Dintzer, Kenneth; Fanchiang, Eric; Taeschler, Luke |
| **Cc:** | Maguire, Robert; Almeida, MaryAnn; Parsons, Emily |
| **Subject:** | RE: Compass v. Zillow |

Dear Counsel,

As discussed, below is the privilege log with respect to the transmittal of the draft blogs.

| Draft Created | Transmittal Date/Time | To | From | Privilege Claim |
|---|---|---|---|---|
| April 10, 2025 | 2025-04-10 21:26:35 UTC | Anthony Kappus (attorney); Alina Ptaszynski;  Christian Taubman; Joe Rath | Glenn Kelman | Legal advice requested and provided. Attorney Client Privilege |
| April 13, 2025 | April 13, 2025 8:47 AM | Anthony Kappus (attorney);Kelly Lennox (attorney); Christian Taubman; Joe Rath; Jason Aleem; Alina Ptaszynski | Glenn Kelman | Legal advice requested and provided; Attorney Client Privilege |

**Gerald A. Stein**
**Partner,** Davis Wright Tremaine LLP
Antitrust and Competition Litigation

**P** 212.402.4095  **C** 917.599.8156  **E** geraldstein@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Fleming, Lauren <LFleming@crowell.com>
**Sent:** Tuesday, October 21, 2025 10:20 AM
**To:** Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>; Stein, Gerald <GeraldStein@dwt.com>; Maguire, Robert <robmaguire@dwt.com>; Parsons, Emily <EmilyParsons@dwt.com>
**Cc:** Solh, Chahira <CSolh@crowell.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Dintzer, Kenneth <KDintzer@crowell.com>; Fanchiang, Eric <EFanchiang@crowell.com>; Taeschler, Luke <LTaeschler@crowell.com>
**Subject:** RE: Compass v. Zillow

**[EXTERNAL]**

Counsel,

Please let us know your availability to meet and confer today regarding these issues. Are you available between 3-4 pm PT/6-7 pm ET?

Thank you,

**Lauren Fleming**
Crowell & Moring LLP
lfleming@crowell.com
+1.202.624.2727 direct

---

**From:** Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Sent:** Monday, October 20, 2025 7:50 PM
**To:** Fleming, Lauren <LFleming@crowell.com>; Stein, Gerald <GeraldStein@dwt.com>; Maguire, Robert <robmaguire@dwt.com>; Parsons, Emily <EmilyParsons@dwt.com>
**Cc:** Solh, Chahira <CSolh@crowell.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Dintzer, Kenneth <KDintzer@crowell.com>; Fanchiang, Eric <EFanchiang@crowell.com>; Taeschler, Luke <LTaeschler@crowell.com>
**Subject:** RE: Compass v. Zillow

Counsel,
Please see the attached correspondence.

Best regards,
MaryAnn

**MaryAnn Almeida**  She/Her/Hers
Davis Wright Tremaine LLP

**P** 206.757.8187   **E** maryannalmeida@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Fleming, Lauren <LFleming@crowell.com>
**Sent:** Friday, October 17, 2025 10:29 AM
**To:** Stein, Gerald <GeraldStein@dwt.com>; Maguire, Robert <robmaguire@dwt.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>; Parsons, Emily <EmilyParsons@dwt.com>
**Cc:** Solh, Chahira <CSolh@crowell.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Dintzer, Kenneth <KDintzer@crowell.com>; Fanchiang, Eric <EFanchiang@crowell.com>; Taeschler, Luke <LTaeschler@crowell.com>
**Subject:** Compass v. Zillow

[EXTERNAL]

Good morning,

Please see the attached correspondence.

Thank you,

**Lauren Fleming**

2

lfleming@crowell.com
+1.202.624.2727 direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

# Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.