

October 24, 2025

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *Compass, Inc. v. Zillow, Inc. et al*, Case No. 1:25-cv-05201 (S.D.N.Y.)

Dear Judge Vargas:

    Plaintiff Compass, Inc. ("Compass") respectfully requests permission to provisionally redact portions of Compass's contemporaneously filed letter motion and provisionally file Exhibits A and B under seal. Compass moves to compel third-party Redfin Corporation ("Redfin") to produce three documents in response to Compass's subpoenas *duces tucum*. This provisional sealing was requested by Redfin and relate to material produced in this action that Redfin designated as confidential. Compass met and conferred with Redfin pursuant to section 10(C)(i) of Your Honor's Individual Rules and Practices in Civil Cases, and Compass understands that Redfin intends to file a letter explaining the basis to maintain these materials under seal.

 /s/ *Chahira Solh*
───────────────────────────
Chahira Solh (*admitted pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com