UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
COMPASS, INC., :
:
Plaintiff, :
: 25-CV-05201 (JAV)
-v- :
: ORDER
ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA, :
LLC, :
:
Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On October 24, 2025, Plaintiff moved to compel third-party Redfin Corporation ("Redfin") to produce three documents in response to Plaintiff's subpoenas *duces tucum*. ECF No. 94 at 1. At Redfin's request, Plaintiff provisionally redacted its motion and filed exhibits under seal with the understanding that "Redfin intend[ed] to file a letter explaining the basis to maintain these materials under seal." ECF No. 95 at 1. To date, the Court has not received any letters from Redfin explaining the basis to maintain these materials under seal. Accordingly, Plaintiff is **ORDERED** to serve Redfin via e-mail with this order, directing Redfin to file its letter explaining the basis to maintain these materials under seal no later than **October 30, 2025** at **5 P.M.** Plaintiff is **FURTHER ORDERED** to file proof of service on the docket no later than **October 29, 2025**.

      SO ORDERED.

Dated: October 29, 2025
       New York, New York
                                            JEANNETTE A. VARGAS
                                            United States District Judge