UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
COMPASS, INC.,                                              :
:
Plaintiff,                           :
:                    25-CV-05201 (JAV)
-v-                                              :
:                    ORDER
ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA,  :
LLC,                                                        :
:
Defendants.                          :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On October 24, 2025, Plaintiff filed a motion to compel third-party Redfin Corporation ("Redfin") to produce three documents in response to Compass's subpoenas *duces tucum* seeking (1) copies of Mr. Kelman's two draft blog posts prepared between April 10, 2025 and April 14, 2025 and (2) an unredacted copy of the Rental Agreement between Redfin and Zillow. ECF No. 94 at 1. Plaintiff's motion to compel is **DENIED**.

A party may issue subpoenas to third parties seeking discovery regarding "any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1); *see id.* 45(a)(1)(A)(iii). Under Rule 45, however, the subpoena must be enforced by the "court for the district where compliance is required." *Id.* 45(d)(2)(B)(i). Since both Plaintiff's subpoenas list the place of compliance as Bellevue, Washington (ECF No. 103-1 at 2; ECF No. 103-2 at 2), then the court for the district where compliance is required is the Western District of Washington. *See, e.g.*, *City of Almaty, Kazakhstan v. Ablyazov*, No 15-CV-05345 (AJN) (KHP), 2018 WL 11451336, at *1 (S.D.N.Y. 2018) (holding that the district of compliance for a subpoena brought in the Southern District of New York was the Eastern District of Pennsylvania because the "subpoena identifie[d] the place of compliance as Philadelphia"). Consequently, this Court lacks jurisdiction to adjudicate Plaintiff's motion to compel, unless Plaintiff had first filed its motion in the Western District of Washington and then transferred that motion to the Southern District of New York. *See, e.g.*, *United States ex rel. Ortiz v. Mount Sinai Hosp.*, 169 F. Supp. 3d 538, 543-46 (S.D.N.Y. 2016).

Accordingly, Plaintiff's motion to compel is **DENIED**. The Clerk of the Court is directed to terminate ECF No. 94.

SO ORDERED.

Dated: October 29, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge