**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

COMPASS, INC.,

        Plaintiff,

    -against-

ZILLOW, INC., ZILLOW GROUP, INC., and
TRULIA, LLC,

        Defendants.

---

Case No.:  1:25-cv-05201-JAV

## <u>DEFENDANTS' PRELIMINARY INJUNCTION HEARING EXHIBIT LIST</u>

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX001 | CZ_COMP_000006593 | CZ_COMP_000006596 | |
| DX004 | N/A | N/A | 2025.07.30, Compass Press Release: Compass, Inc. Reports Record Second quarter 2025 Results |
| DX005 | N/A | N/A | 2025.07.00, Compass Powerpoint Presentation: 3Q 2024 Business Update & Supplementary Information |
| DX006 | N/A | N/A | 2025.07.30, Compass, Inc. FQ2 2025 Earnings Call Transcript |
| DX007 | N/A | N/A | 2025.04.10, NYSE Stock Price Chart for Compass Inc. |
| DX008 | N/A | N/A | 2025.08.15, NYSE Stock Price Chart for Compass Inc. for June 30, 2025 - August 15, 2025 |
| DX009 | N/A | N/A | 2025.06.26, Compass, Inc. v. Zillow, Declaration of Soham Bhonsle in Support of Plaintiff's Motion for a Preliminary Injunction |
| DX010 | N/A | N/A | 2025.08.04, Compass, Inc. Q2 2025 Form 10-Q |
| DX013 | N/A | N/A | 2025.06.27, Compass, Inc. v. Zillow, Declaration of E. Ashton Alexander in Support of Plaintiff's Motion for a Preliminary Injunction |
| DX014 | N/A | N/A | 2025.08.15, Compass, Inc. v. Zillow, Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories |
| DX015 | N/A | N/A | 2025.08.25, Compass, Inc. v. Zillow, Plaintiff's First Supplemental Responses and Objections to Defendants' First Set of Interrogatories |
| DX016 | CZ_COMP_000002013 | CZ_COMP_000002015 | |
| DX017 | CZ_COMP_000004771 | CZ_COMP_000004774 | |
| DX018 | CZ_COMP_000111585 | CZ_COMP_000111661 | |
| DX019 | CZ_COMP_000025787 | CZ_COMP_000025787 | |
| DX020 | CZ_COMP_000001650 | CZ_COMP_000001650 | |
| DX021 | CZ_COMP_000046443 | CZ_COMP_000046444 | |
| DX022 | CZ_COMP_000036662 | CZ_COMP_000036699 | |
| DX023 | CZ_COMP_000043302 | CZ_COMP_000043305 | |
| DX024 | CZ_COMP_000084901 | CZ_COMP_000084901 | |
| DX025 | CZ_COMP_000008220 | CZ_COMP_000008221 | |
| DX027 | CZ_COMP_000120639 | CZ_COMP_000120639 | |
| DX028 | CZ_COMP_000036427 | CZ_COMP_000036429 | |
| DX029 | CZ_COMP_000041819 | CZ_COMP_000041821 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---------|-------------|-----------|---------------------------------------------|
| DX030 | N/A | N/A | 2025.07.11, Compass Press Release: Compass Commits to Sharing All Exclusive Inventory with All Brokerages and All MLSs |
| DX031 | CZ_COMP_000121199 | CZ_COMP_000121200 | |
| DX032 | CZ_COMP_000121201 | CZ_COMP_000121202 | |
| DX033 | CZ_COMP_000002127 | CZ_COMP_000002130 | |
| DX034 | CZ_COMP_000045205 | CZ_COMP_000045212 | |
| DX035 | CZ_COMP_000104344 | CZ_COMP_000104353 | |
| DX036 | N/A | N/A | 2025.07.17, Compass Agent Sitemap |
| DX037 | CZ_COMP_000002613 | CZ_COMP_000002616 | |
| DX038 | N/A | N/A | 2025.07.17, Homes for Sale & Real Estate in Salt Lake City, Utah |
| DX039 | CZ_COMP_000011010 | CZ_COMP_000011012 | |
| DX040 | CZ_COMP_000018096 | CZ_COMP_000018097 | |
| DX041 | CZ_COMP_000002270 | CZ_COMP_000002271 | |
| DX042 | CZ_COMP_000042913 | CZ_COMP_000042948 | |
| DX043 | CZ_COMP_000030183 | CZ_COMP_000030205 | |
| DX044 | CZ_COMP_000097365 | CZ_COMP_000097365 | |
| DX045 | CZ_COMP_000121716 | CZ_COMP_000122037 | |
| DX046 | N/A | N/A | 2025.07.08, YouTube Video: How Top Agents Maximize Results With Compass' 3-Phased Marketing Strategy |
| DX047 | N/A | N/A | 2025.08.15, Instragam Reel Screenshot: List as a Compass Coming Soon |
| DX051 | CZ_COMP_000077065 | CZ_COMP_000077085 | |
| DX053 | CZ_COMP_000005017 | CZ_COMP_000005017 | |
| DX055 | CZ_COMP_000016467 | CZ_COMP_000016469 | |
| DX058 | CZ_COMP_000013715 | CZ_COMP_000013715 | |
| DX061 | CZ_COMP_000010776 | CZ_COMP_000010779 | |
| DX063 | CZ_COMP_000002165 | CZ_COMP_000002168 | |
| DX064 | CZ_COMP_000013280 | CZ_COMP_000013315 | |
| DX067 | CZ_COMP_000041843 | CZ_COMP_000041846 | |
| DX068 | CZ_COMP_000004596 | CZ_COMP_000004596 | |
| DX069 | CZ_COMP_000017921 | CZ_COMP_000017921 | |
| DX070 | CZ_COMP_000002679 | CZ_COMP_000002682 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX075 | CZ_COMP_000106911 | CZ_COMP_000106987 | |
| DX076 | CZ_COMP_000083672 | CZ_COMP_000083681 | |
| DX078 | N/A | N/A | Spreadsheet containing MLS Impact |
| DX081 | CZ_COMP_000031032 | CZ_COMP_000031086 | |
| DX082 | CZ_COMP_000035491 | CZ_COMP_000035528 | |
| DX084 | CZ_COMP_000091900 | CZ_COMP_000091904 | |
| DX087 | CZ_COMP_000122041 | CZ_COMP_000122042 | |
| DX088 | CZ_COMP_000074147 | CZ_COMP_000074194 | |
| DX089 | CZ_COMP_000021113 | CZ_COMP_000021120 | |
| DX090 | N/A | N/A | 2025.05.27, Compass Disclosure Regarding The Compass Three-Phased Marketing Strategy |
| DX091 | CZ_COMP_000100941 | CZ_COMP_000100944 | |
| DX092 | N/A | N/A | 2025.07.11, Compass Newsroom Article titled Compass Commits to Sharing All Exclusive Inventory with All Brokerages and ALL MLSs |
| DX093 | CZ_COMP_000093653 | CZ_COMP_000093655 | |
| DX094 | CZ_COMP_000092057 | CZ_COMP_000092060 | |
| DX095 | CZ_COMP_000030160 | CZ_COMP_000030182 | |
| DX097 | CZ_COMP_000003923 | CZ_COMP_000003925 | |
| DX098 | CZ_COMP_000008899 | CZ_COMP_000008963 | |
| DX100 | CZ_COMP_000121180 | CZ_COMP_000121188 | |
| DX105 | ZG-00017562 | ZG-00017564 | |
| DX143 | ZG-00007566 | ZG-00007567 | |
| DX161 | N/A | N/A | 2025.08.04, Compass, Inc. Form 10-Q for the quarterly period ended June 30, 2025 filed on August 4, 2025 |
| DX162 | CZ_COMP_000025879 | CZ_COMP_000025883 | |
| DX163 | CZ_COMP_000107816 | CZ_COMP_000107831 | |
| DX165 | CZ_COMP_000122043 | CZ_COMP_000122143 | |
| DX166 | N/A | N/A | 2025.09.02, Exclusive Inventory Update and Zillow's Catch-22 |
| DX168 | CZ_COMP_000033664 | CZ_COMP_000033664 | |
| DX169 | CZ_COMP_000033781 | CZ_COMP_000033791 | |
| DX170 | N/A | N/A | 2025.05.14, S&P Global Market Intelligence - Compass, Inc. Company Conference Presentation |
| DX171 | CZ_COMP_000111290 | CZ_COMP_000111291 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX172 | CZ_COMP_000104024 | CZ_COMP_000104026 | |
| DX173 | N/A | N/A | 2025.02.25, Compass, Inc. Form 10-K for the fiscal year ended December 31, 2024 |
| DX174 | N/A | N/A | 2025.07.17, Zillow Memorandum of Law in Opposition of Motion Exhibit F |
| DX175 | CZ_COMP_000054337 | CZ_COMP_000054383 | |
| DX176 | CZ_COMP_000037940 | CZ_COMP_000037942 | |
| DX195 | REDFIN_CZ00000009 | REDFIN_CZ00000013 | |
| DX196 | REDFIN_CZ00000608 | REDFIN_CZ00000609 | |
| DX197 | REDFIN_CZ00000105 | REDFIN_CZ00000107 | |
| DX198 | REDFIN_CZ00000114 | REDFIN_CZ00000114 | |
| DX199 | N/A | N/A | 2025.04.09, Discourse Real Estate, The golden age of house hunting is over |
| DX200 | REDFIN_CZ00000662 | REDFIN_CZ00000663 | |
| DX201 | N/A | N/A | 2025.04.14, Redfin News, Buyers Should See All the Listings, Sellers Should Control How Their Listing Appears Online |
| DX202 | N/A | N/A | 2025.04.14, Screenshot of Redfin News, Buyers Should See All the Listings, Sellers Should Control How Their Listing Appears Online |
| DX203 | REDFIN_CZ00000209 | REDFIN_CZ00000209 | |
| DX204 | REDFIN_CZ00000230 | REDFIN_CZ00000233 | |
| DX205 | REDFIN_CZ00000622 | REDFIN_CZ00000623 | |
| DX206 | REDFIN_CZ00000612 | REDFIN_CZ00000613 | |
| DX207 | REDFIN_CZ00000618 | REDFIN_CZ00000619 | |
| DX208 | N/A | N/A | 2025.07.01, Redfin News, We All Support Fair Housing, So Why Are Pocket Listings Up 67%? |
| DX209 | REDFIN_CZ00000251 | REDFIN_CZ00000263 | |
| DX210 | N/A | N/A | 2025.07.31, Brokerage article titled: Redfin's Glenn Kelman spills details on bittersweet transition to Rocket |
| DX211 | REDFIN_CZ00000055 | REDFIN_CZ00000055 | |
| DX212 | N/A | N/A | 2025.07.01, Redfin News, Why We Should All Support Clear Cooperation |
| DX213 | N/A | N/A | 2025.07.01, Redfin News, Don't End Clear Cooperation |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---------|-------------|-----------|--------------------------------------------|
| DX214 | N/A | N/A | 2025.07.01, Redfin News, In a World Without Clear Cooperation, Big Brokers Win, Agents and Consumers Lose |
| DX215 | REDFIN_CZ00000405 | REDFIN_CZ00000407 | |
| DX216 | REDFIN_CZ00000333 | REDFIN_CZ00000339 | |
| DX217 | REDFIN_CZ00000616 | REDFIN_CZ00000617 | |
| DX239 | EXP_SUBP_0000020 | EXP_SUBP_0000020 | |
| DX240 | N/A | N/A | 2025.09.18, Screenshot from eXp Realty re condo for sale in Washington, DC |
| DX241 | N/A | N/A | 2025.09.24, Screenshot from eXp Realty re house for sale in Selbyville, DE |
| DX242 | N/A | N/A | 2025.09.24, Screenshot from eXp Realty re house for sale in Bethesda, MD |
| DX243 | N/A | N/A | 2025.09.24, Screenshot from eXp Realty re condo for sale in Washington, DC |
| DX250 | N/A | N/A | Pricing Chart, Aron Deposition Exhibit 250 |
| DX300 | N/A | N/A | 2019.12.00, Samuelson Declaration - Exhibit F - Fair Housing Solutions: Overcoming Real Estate Sales Discrimination - NFHA |
| DX301 | N/A | N/A | 2019.12.00, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-6 - Fair Housing Solutions: Overcoming Real Estate Sales Discrimination |
| DX302 | ZG-00033356 | ZG-00033375 | |
| DX303 | N/A | N/A | 2022.08.00, Samuelson Declaration - Exhibit D - On MLS Study - Measuring the Benefits of an Open Marketplace |
| DX304 | N/A | N/A | 2022.08.00, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-4 - On MLS Study, Measuring the Benefits of an Open Marketplace |
| DX305 | N/A | N/A | 2022.11.11, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-14 - Compass article: Market Share - Compass is #1 |
| DX306 | ZG-00033348 | ZG-00033348 | |
| DX307 | N/A | N/A | 2023.08.00, Samuelson Declaration - Exhibit E - On-MLS Study - Measuring the Benefits of an Open and Transparent Housing Marketplace |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---------|-------------|-----------|---------------------------------------------|
| DX308 | N/A | N/A | 2023.08.00, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-5 - On MLS Study, Measuring the Benefits of an Open and Transparent Housing Marketplace |
| DX309 | ZG-00033199 | ZG-00033271 | |
| DX310 | N/A | N/A | 2024.00.00, CoStar Group - Third Quarter 2024 - Investor Presentation |
| DX311 | N/A | N/A | 2024.00.00, News Corp - Annual Report 2024 |
| DX312 | N/A | N/A | 2024.00.00, Redfin - A Technology-Powered Real Estate Company - Investor Presentation 2024 |
| DX313 | N/A | N/A | 2024.00.00, Hofmann Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 52-1 - 2024 Zillow Group Annual Report |
| DX314 | ZG-00033272 | ZG-00033347 | |
| DX315 | N/A | N/A | 2024.10.30, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-13 - Compass (COMP) Q3 2024 Earnings Call Transcript |
| DX316 | N/A | N/A | 2025.00.00, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-22 - YouTube video: 2025 Compass RETREAT: Watch Founder & CEO Robert Reffkin's Keynote from Denver |
| DX317 | N/A | N/A | 2025.01.21, Samuelson Declaration - Exhibit I - Article on zillow.com, Home Sellers and Private Listing Networks: Insight From a Recent Survey |
| DX318 | N/A | N/A | 2025.01.21, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-9 - Zillow article: Home Sellers and Private Listing Networks: Insights From a Recent Survey |
| DX319 | ZG-00026436 | ZG-00026443 | |
| DX320 | CZ_COMP_000011662 | CZ_COMP_000011670 | |
| DX321 | N/A | N/A | 2025.02.11, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-10 - Zillow Group Press Release: Zillow Group Reports Fourth-Quarter and Full-Year 2024 Financial Results |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX322 | N/A | N/A | 2025.02.11, Hofmann Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 52-3 - Redfin Press Release: Zillow and Redfin partner to make apartment hunting easier and give listings more exposure |
| DX323 | N/A | N/A | 2025.02.11, Zillow 2024 10-K (https://d18rn0p25nwr6d.cloudfront.net/CIK-0001617640/7204bf7d-e80a-4f24-8e69-5a1264c2df17.pdf) |
| DX324 | N/A | N/A | 2025.02.14, Off-MLS Home Sellers Left More Thank $1 Billion on the Table the Past Two Years |
| DX325 | N/A | N/A | 2025.02.14, Samuelson Declaration - Exhibit G - Article on zillow.com, Off-MLS Home Sellers Left More Than $1 Billion on the Table the Past Two Years |
| DX326 | N/A | N/A | 2025.02.14, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-7 - Zillow article: Off-MLS Home Sellers Left More Than $1 Billion on the Table the Past Two Years |
| DX327 | N/A | N/A | 2025.02.18, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-9 - Compass Press Release: Compass, Inc. Reports Fourth Quarter and Full-Year 2024 Results |
| DX328 | CZ_COMP_000001441 | CZ_COMP_000001445 | |
| DX329 | CZ_COMP_000002661 | CZ_COMP_000002663 | |
| DX330 | CZ_COMP_000002687 | CZ_COMP_000002688 | |
| DX331 | CZ_COMP_000007880 | CZ_COMP_000007886 | |
| DX332 | CZ_COMP_000047654 | CZ_COMP_000047658 | |
| DX333 | CZ_COMP_000007931 | CZ_COMP_000007936 | |
| DX334 | CZ_COMP_000000251 | CZ_COMP_000000253 | |
| DX335 | CZ_COMP_000010685 | CZ_COMP_000010687 | |
| DX336 | CZ_COMP_000011007 | CZ_COMP_000011009 | |
| DX337 | CZ_COMP_000011025 | CZ_COMP_000011028 | |
| DX338 | CZ_COMP_000050821 | CZ_COMP_000050822 | |
| DX339 | CZ_COMP_000011073 | CZ_COMP_000011078 | |
| DX340 | CZ_COMP_000011869 | CZ_COMP_000011869 | |
| DX341 | CZ_COMP_000000449 | CZ_COMP_000000455 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX342 | CZ_COMP_000000456 | CZ_COMP_000000462 | |
| DX343 | CZ_COMP_000000471 | CZ_COMP_000000477 | |
| DX344 | CZ_COMP_000000478 | CZ_COMP_000000484 | |
| DX345 | CZ_COMP_000000500 | CZ_COMP_000000504 | |
| DX346 | CZ_COMP_000000537 | CZ_COMP_000000542 | |
| DX347 | CZ_COMP_000000545 | CZ_COMP_000000550 | |
| DX348 | CZ_COMP_000000551 | CZ_COMP_000000557 | |
| DX349 | CZ_COMP_000000558 | CZ_COMP_000000564 | |
| DX350 | CZ_COMP_000000565 | CZ_COMP_000000570 | |
| DX351 | CZ_COMP_000012910 | CZ_COMP_000012918 | |
| DX352 | CZ_COMP_000013022 | CZ_COMP_000013023 | |
| DX353 | ZG-00017771 | ZG-00017772 | |
| DX354 | ZG-00017773 | ZG-00017773 | |
| DX355 | ZG-00017774 | ZG-00017774 | |
| DX356 | CZ_COMP_000013647 | CZ_COMP_000013651 | |
| DX357 | CZ_COMP_000013685 | CZ_COMP_000013685 | |
| DX358 | CZ_COMP_000054300 | CZ_COMP_000054304 | |
| DX359 | CZ_COMP_000013927 | CZ_COMP_000013931 | |
| DX360 | CZ_COMP_000001012 | CZ_COMP_000001014 | |
| DX361 | CZ_COMP_000001185 | CZ_COMP_000001188 | |
| DX362 | N/A | N/A | 2025.03.24, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. H (51-8) - Zillow article: Privately Listed Homes Disproportionately Harm Sellers of Color |
| DX363 | ZG-00033769 | ZG-00033773 | |
| DX364 | CZ_COMP_000001332 | CZ_COMP_000001334 | |
| DX365 | CZ_COMP_000014645 | CZ_COMP_000014646 | |
| DX366 | ZG-00008874 | ZG-00008881 | |
| DX367 | CZ_COMP_000016133 | CZ_COMP_000016147 | |
| DX368 | CZ_COMP_000016634 | CZ_COMP_000016638 | |
| DX369 | CZ_COMP_000021972 | CZ_COMP_000021974 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX370 | N/A | N/A | 2025.04.00, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-11 - Consumer Advocates in American Real Estate article: Zillow's Stand Against Private Listing Networks, Exposes Harm to Sellers, Buyers, and Market Competition |
| DX371 | ZG-00022388 | ZG-00022405 | |
| DX372 | ZG-00028842 | ZG-00028942 | |
| DX373 | CZ_COMP_000001732 | CZ_COMP_000001733 | |
| DX374 | N/A | N/A | 2025.04.04, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-13 - USA Today article: As new real estate listings rules take effect, will buyers and sellers benefit? |
| DX375 | CZ_COMP_000018589 | CZ_COMP_000018589 | |
| DX376 | N/A | N/A | 2025.04.09, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-17 - Listings Feed Agreement between Zillow and eXp Realty, Inc. |
| DX377 | ZG-00000108 | ZG-00000109 | |
| DX378 | ZG-00010820 | ZG-00010828 | |
| DX379 | ZG-00016844 | ZG-00016850 | |
| DX380 | ZG-00024576 | ZG-00024587 | |
| DX381 | N/A | N/A | 2025.04.10, Zillow Press Release titled: If a listing is online, it should be online everywhere: Zillow's new listing access standards |
| DX382 | CZ_COMP_000001892 | CZ_COMP_000001893 | |
| DX383 | CZ_COMP_000001963 | CZ_COMP_000001972 | |
| DX384 | CZ_COMP_000021181 | CZ_COMP_000021182 | |
| DX385 | REDFIN_CZ00000202 | REDFIN_CZ00000202 | |
| DX386 | ZG-000007713 | ZG-000007714 | |
| DX387 | CZ_COMP_000022015 | CZ_COMP_000022016 | |
| DX388 | ZG-00011618 | ZG-00011621 | |
| DX389 | CZ_COMP_000004018 | CZ_COMP_000004022 | |
| DX390 | CZ_COMP_000004129 | CZ_COMP_000004129 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX391 | N/A | N/A | 2025.04.14, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-10 - New Zillow Policy Will Help Protect Home Buyers and Sellers From Anti-Consumer Private Listing Networks |
| DX392 | CZ_COMP_000023148 | CZ_COMP_000023151 | |
| DX393 | ZG-00010596 | ZG-00010603 | |
| DX394 | CZ_COMP_000024162 | CZ_COMP_000024163 | |
| DX395 | CZ_COMP_000002217 | CZ_COMP_000002220 | |
| DX396 | CZ_COMP_000024452 | CZ_COMP_000024455 | |
| DX397 | N/A | N/A | 2025.04.17, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-12 - NAHREP article: NAHREP: The Real Estate Market is on the Cusp of the Worst Fair Housing Crisis Since the 1960s |
| DX398 | CZ_COMP_000005455 | CZ_COMP_000005456 | |
| DX399 | CZ_COMP_000025851 | CZ_COMP_000025851 | |
| DX400 | CZ_COMP_000077221 | CZ_COMP_000077223 | |
| DX401 | N/A | N/A | 2025.04.26, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-18 - Email from R. Reffkin to G. Kelman cc E. Samuelson |
| DX402 | N/A | N/A | 2025.04.28, Compass Launches Enhanced Seller Disclosure |
| DX403 | CZ_COMP_000079474 | CZ_COMP_000079477 | |
| DX404 | CZ_COMP_000002545 | CZ_COMP_000002555 | |
| DX405 | CZ_COMP_000028516 | CZ_COMP_000028519 | |
| DX406 | CZ_COMP_000081224 | CZ_COMP_000081225 | |
| DX407 | CZ_COMP_000109107 | CZ_COMP_000109131 | |
| DX408 | CZ_COMP_000029359 | CZ_COMP_000029376 | |
| DX409 | N/A | N/A | 2025.05.01, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-11 - Compass Press Release - Compass Launches Compass Private Exclusives Book, Accessible to All Agents |
| DX410 | CZ_COMP_000030086 | CZ_COMP_000030088 | |
| DX411 | CZ_COMP_000030397 | CZ_COMP_000030400 | |
| DX412 | CZ_COMP_000084152 | CZ_COMP_000084154 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX413 | CZ_COMP_000031543 | CZ_COMP_000031543 | |
| DX414 | CZ_COMP_000124947 | CZ_COMP_000124966 | |
| DX415 | CZ_COMP_000032655 | CZ_COMP_000032661 | |
| DX416 | N/A | N/A | 2025.05.09, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-15 - Real Estate News article: Homes.com aims to one-up Zillow with listings 'boost' |
| DX417 | N/A | N/A | 2025.05.09, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-8 - Compass, Inc. Q1 2025 Form 10-Q |
| DX418 | CZ_COMP_000033336 | CZ_COMP_000033339 | |
| DX419 | CZ_COMP_000087384 | CZ_COMP_000087401 | |
| DX420 | CZ_COMP_000033587 | CZ_COMP_000033588 | |
| DX421 | N/A | N/A | 2025.05.14, Compass Conference Transcript |
| DX422 | CZ_COMP_000034855 | CZ_COMP_000034858 | |
| DX423 | CZ_COMP_000034908 | CZ_COMP_000034908 | |
| DX424 | CZ_COMP_000035984 | CZ_COMP_000035985 | |
| DX425 | CZ_COMP_000090308 | CZ_COMP_000090327 | |
| DX426 | CZ_COMP_000036293 | CZ_COMP_000036294 | |
| DX427 | CZ_COMP_000091849 | CZ_COMP_000091852 | |
| DX428 | N/A | N/A | 2025.05.20, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-16 - Zillow article: Zillow's Listing Access Standards: What Agents Need to Know |
| DX429 | ZG-00033989 | ZG-00033989 | |
| DX430 | CZ_COMP_000092636 | CZ_COMP_000092647 | |
| DX431 | CZ_COMP_000038915 | CZ_COMP_000038922 | |
| DX432 | ZG-00021167 | ZG-00021169 | |
| DX433 | CZ_COMP_000039461 | CZ_COMP_000039464 | |
| DX434 | CZ_COMP_000039779 | CZ_COMP_000039783 | |
| DX435 | CZ_COMP_000040207 | CZ_COMP_000040210 | |
| DX436 | CZ_COMP_000098084 | CZ_COMP_000098084 | |
| DX437 | CZ_COMP_000041831 | CZ_COMP_000041833 | |
| DX438 | N/A | N/A | 2025.06.09, Video: 2025 Compass Retreat: Watch Founder & CEO Robert Reffkin's Keynote from Denver |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---------|-------------|-----------|---------------------------------------------|
| DX439 | ZG-00033040 | ZG-00033055 | |
| DX440 | CZ_COMP_000045459 | CZ_COMP_000045462 | |
| DX441 | CZ_COMP_000045506 | CZ_COMP_000045507 | |
| DX442 | CZ_COMP_000046426 | CZ_COMP_000046426 | |
| DX443 | CZ_COMP_000046469 | CZ_COMP_000046470 | |
| DX444 | CZ_COMP_000046602 | CZ_COMP_000046602 | |
| DX445 | CZ_COMP_000046690 | CZ_COMP_000046690 | |
| DX446 | N/A | N/A | 2025.06.26, Declaration of Robert Reffkin in Support of Plaintiff's Motion for a Preliminary Injunction, ECF No. 25 |
| DX447 | ZG-00033143 | ZG-00033197 | |
| DX448 | N/A | N/A | 2025.07.01, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-17 - Redfin News article: Why We Should All Support Clear Cooperation |
| DX449 | N/A | N/A | 2025.07.01, Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-18 - Redfin News article: Buyers Should See All the Listings, Sellers Should Control How Their Listing Appears Online |
| DX450 | N/A | N/A | 2025.07.02, Hofmann Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 52-2 - USA Today article: Introducing an innovative new destination for home buying and selling |
| DX451 | N/A | N/A | 2025.07.02, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-14 Real Estate News article: Compass 'has not and will not adhere' to Clear Cooperation |
| DX452 | ZG-00033014 | ZG-00033035 | |
| DX453 | CZ_COMP_000111407 | CZ_COMP_000111408 | |
| DX454 | CZ_COMP_000120632 | CZ_COMP_000120632 | |
| DX455 | N/A | N/A | 2025.07.11, inman.com article titled: Compass agrees to share its exclusive listingswith 2 caveats |
| DX456 | N/A | N/A | 2025.07.11, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-19 - Compass article: Compass Commits to Sharing All Exclusive Inventory with All Brokerages and All MLSs |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX457 | N/A | N/A | 2025.07.11, Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-20 - Inman article: Compass agrees to share its exclusive listings, with 2 caveats |
| DX458 | CZ_COMP_000111461 | CZ_COMP_000111465 | |
| DX459 | CZ_COMP_000125674 | CZ_COMP_000125677 | |
| DX460 | ZG-00033036 | ZG-00033039 | |
| DX461 | N/A | N/A | 2025.07.22, inman.com article titled: Homes.com just signed up thousands of agents sold scores of boosted listings |
| DX462 | CZ_COMP_000111974 | CZ_COMP_000111976 | |
| DX463 | N/A | N/A | 2025.07.30, Compass Inc. Q2 2025 Earnings Release |
| DX464 | N/A | N/A | 2025.07.30, Compass, Inc., Q2 2025 Earnings Call Trancript |
| DX465 | N/A | N/A | 2025.07.30, inman.com article titled: Compass boasts 10 all-time high metrics in 2nd quarter earnings |
| DX466 | N/A | N/A | 2025.07.31, inman.com article titled: Andy Florance declares victory in portal wars says Homescom is now No 1 |
| DX467 | N/A | N/A | 2025.07.31, inman.com article titled: Realtorcom CEO is ready to turn off Clear Cooperation debate |
| DX468 | ZG-00033377 | ZG-00033381 | |
| DX469 | ZG-00033382 | ZG-00033386 | |
| DX470 | ZG-00033387 | ZG-00033391 | |
| DX471 | ZG-00033392 | ZG-00033396 | |
| DX472 | ZG-00033397 | ZG-00033401 | |
| DX473 | ZG-00033402 | ZG-00033406 | |
| DX474 | ZG-00033407 | ZG-00033411 | |
| DX475 | ZG-00033412 | ZG-00033416 | |
| DX476 | ZG-00033417 | ZG-00033421 | |
| DX477 | ZG-00033422 | ZG-00033426 | |
| DX478 | ZG-00033427 | ZG-00033431 | |
| DX479 | ZG-00033432 | ZG-00033436 | |
| DX480 | ZG-00033437 | ZG-00033441 | |
| DX481 | ZG-00033442 | ZG-00033446 | |
| DX482 | ZG-00033447 | ZG-00033451 | |
| DX483 | ZG-00033452 | ZG-00033456 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---------|-------------|-----------|--------------------------------------------|
| DX484 | ZG-00033457 | ZG-00033461 | |
| DX485 | ZG-00033462 | ZG-00033466 | |
| DX486 | ZG-00033467 | ZG-00033471 | |
| DX487 | ZG-00033472 | ZG-00033476 | |
| DX488 | ZG-00033477 | ZG-00033481 | |
| DX489 | ZG-00033482 | ZG-00033486 | |
| DX490 | ZG-00033487 | ZG-00033491 | |
| DX491 | ZG-00033492 | ZG-00033496 | |
| DX492 | ZG-00033497 | ZG-00033501 | |
| DX493 | ZG-00033502 | ZG-00033506 | |
| DX494 | ZG-00033507 | ZG-00033511 | |
| DX495 | ZG-00033512 | ZG-00033516 | |
| DX496 | ZG-00033517 | ZG-00033521 | |
| DX497 | ZG-00033522 | ZG-00033526 | |
| DX498 | ZG-00033527 | ZG-00033531 | |
| DX499 | ZG-00033532 | ZG-00033536 | |
| DX500 | ZG-00033537 | ZG-00033541 | |
| DX501 | ZG-00033542 | ZG-00033546 | |
| DX502 | ZG-00033547 | ZG-00033551 | |
| DX503 | ZG-00033552 | ZG-00033556 | |
| DX504 | ZG-00033557 | ZG-00033561 | |
| DX505 | ZG-00033562 | ZG-00033566 | |
| DX506 | ZG-00033567 | ZG-00033571 | |
| DX507 | ZG-00033572 | ZG-00033576 | |
| DX508 | ZG-00033577 | ZG-00033581 | |
| DX509 | ZG-00033582 | ZG-00033586 | |
| DX510 | ZG-00033587 | ZG-00033591 | |
| DX511 | ZG-00033592 | ZG-00033596 | |
| DX512 | ZG-00033597 | ZG-00033601 | |
| DX513 | ZG-00033602 | ZG-00033606 | |
| DX514 | ZG-00033607 | ZG-00033611 | |
| DX515 | ZG-00033612 | ZG-00033616 | |
| DX516 | ZG-00033617 | ZG-00033621 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---------|-------------|-----------|--------------------------------------------|
| DX517 | ZG-00033622 | ZG-00033626 | |
| DX518 | ZG-00033627 | ZG-00033631 | |
| DX519 | ZG-00033632 | ZG-00033636 | |
| DX520 | ZG-00033637 | ZG-00033641 | |
| DX521 | ZG-00033642 | ZG-00033646 | |
| DX522 | ZG-00033647 | ZG-00033651 | |
| DX523 | CZ_COMP_000126100 | CZ_COMP_000126109 | |
| DX524 | N/A | N/A | 2025.09.00, Douglas Elliman Launches Elliman Private Listings |
| DX525 | N/A | N/A | 2025.09.22, Compass Form 8-K |
| DX526 | N/A | N/A | 2025.09.22, inman.com article titled: Compass agents see play for Anywhere as a power move |
| DX527 | N/A | N/A | 2025.09.22, M&A Update: Compass to Combine with Anywhere Real Estate |
| DX528 | N/A | N/A | 2025.09.22, Compass and Anywhere press release titled: Compass Announces Combination with Anywhere Real Estate in All-Stock Transaction |
| DX529 | N/A | N/A | 2025.09.25, inman.com article titled: Does the Compass-Anywhere deal set the stage for a private listings culture clash |
| DX530 | N/A | N/A | 2025.09.25, Real Estate News article titled: Douglas Elliman formally enters the private listings game |
| DX531 | N/A | N/A | 2025.10.21, Plaintiff Compass Inc.'s Responses and Objections to Defendants' Second Set of Requests for Production |
| DX532 | N/A | N/A | 2025.10.22, Zillow letter re Enforcement Data |
| DX533 | CZ_COMP_000000590 | CZ_COMP_000000596 | |
| DX534 | CZ_COMP_000014045 | CZ_COMP_000014090 | |
| DX535 | CZ_COMP_000018685 | CZ_COMP_000018694 | |
| DX536 | CZ_COMP_000025884 | CZ_COMP_000025908 | |
| DX537 | CZ_COMP_000030076 | CZ_COMP_000030077 | |
| DX538 | CZ_COMP_000030114 | CZ_COMP_000030136 | |
| DX539 | CZ_COMP_000031865 | CZ_COMP_000031869 | |
| DX540 | CZ_COMP_000034122 | CZ_COMP_000034127 | |
| DX541 | CZ_COMP_000034873 | CZ_COMP_000034873 | |
| DX542 | CZ_COMP_000035036 | CZ_COMP_000035040 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX543 | CZ_COMP_000035468 | CZ_COMP_000035469 | |
| DX544 | CZ_COMP_000036347 | CZ_COMP_000036348 | |
| DX545 | CZ_COMP_000037689 | CZ_COMP_000037692 | |
| DX546 | CZ_COMP_000083154 | CZ_COMP_000083160 | |
| DX547 | CZ_COMP_000092536 | CZ_COMP_000092537 | |
| DX548 | CZ_COMP_000106274 | CZ_COMP_000106274 | |
| DX549 | CZ_COMP_000117382 | CZ_COMP_000117392 | |
| DX550 | CZ_COMP_000120597 | CZ_COMP_000120598 | |
| DX551 | CZ_COMP_000121053 | CZ_COMP_000121059 | |
| DX552 | EXP_SUBP_0000051 | EXP_SUBP_0000063 | |
| DX553 | N/A | N/A | Compass 3-Phased Marketing Strategy |
| DX554 | N/A | N/A | Long & Foster Real Estate, Private Real Estate Listings |
| DX555 | N/A | N/A | Robert Reffkin LinkedIn (Oct. 7, 2025) |
| DX556 | N/A | N/A | Sotheby's International Realty, Luxury Real Estate and Homes for Sale |
| DX557 | N/A | N/A | Three-Phased Marketing Disclosure Updated May 27 [Public] |
| DX558 | N/A | N/A | Zillow Study re GRS AA Test Deep Dive |
| DX559 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-1 - Screenshot of Zillow listing |
| DX560 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-12 - Screenshot from Compass Website - Compass Private Exclusives |
| DX561 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-16 - eXp Realty Screenshot of 1981 Wilbur Ave., San Diego, CA listing |
| DX562 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-19 - Screenshot of Instagram post re a Compass Private Exclusive listing |
| DX563 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-2 - Screenshot of Compass listing |
| DX564 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-20 - Screenshot of Compass Exclusives listings |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX565 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-21 - Screenshot of New to Market homes on Homes.com |
| DX566 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-3 - Screenshot of Homes.com listing |
| DX567 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-4 - Screenshot of Realtor.com listing |
| DX568 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-5 - Screenshot of Compass Agent Sitemap |
| DX569 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-6 - Screenshot of Homes for Sale & Real Estate in Salt Lake City, Utah |
| DX570 | N/A | N/A | Buffier Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 54-7 - Screenshot of Homes for Sale & Real Estate in San Diego, CA |
| DX571 | N/A | N/A | Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-1 - Zillow Website Screenshot of Real Estate and Homes for Sale I Washington |
| DX572 | N/A | N/A | Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-15 - Zillow Website Screenshot: Zillow Listing Access Standards |
| DX573 | N/A | N/A | Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-2 - Zillow App Screenshot of Real Estate and Homes for Sale I Washington |
| DX574 | N/A | N/A | Samuelson Declaration in Support of Opposition to Motion for Preliminary Injunction, Ex. 51-3 - Zillow Help Center FAQ Screenshot: My home on Zillow is listed by my agent.  How can I edit my listing? |
| DX575 | N/A | N/A | YouTube Video: The Real Fight Behind the Zillow Ban |
| DX576 | ZG-00032648 | ZG-00032656 | |
| DX577 | ZG-00033198 | ZG-00033198 | |
| DX578 | ZG-00033349 | ZG-00033349 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

November 4, 2025
Defendants' Exhibit List For Evidentiary Hearing
on Motion for a Preliminary Injunction
Compass Inc. v. Zillow, Inc. et al.,
Case No. 1:25-cv-05201

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX579 | ZG-00033350 | ZG-00033355 | |
| DX580 | ZG-00033376 | ZG-00033376 | |
| DX581 | ZG-00033774 | ZG-00033774 | |
| DX582 | ZG-00033775 | ZG-00033775 | |
| DX583 | ZG-00033776 | ZG-00033776 | |
| DX584 | ZG-00033777 | ZG-00033777 | |
| DX585 | ZG-00033778 | ZG-00033778 | |
| DX586 | ZG-00033779 | ZG-00033779 | |
| DX587 | ZG-00033780 | ZG-00033780 | |
| DX588 | ZG-00033781 | ZG-00033781 | |
| DX589 | ZG-00033994 | ZG-00033994 | |
| DX590 | CZ_COMP_000092320 | CZ_COMP_000092320 | |
| DX591 | ZG-00027029 | ZG-00027036 | |
| DX592 | N/A | N/A | Sothebys - 902 T ST NW #A Washington, District Of Columbia, United States – Home For Sale |
| DX593 | N/A | N/A | Compass - 902 T St NW, Unit A, Washington, DC 20001 _ MLS #DCDC2215638 _ Compass |
| DX594 | N/A | N/A | Homes.com - 902 T St NW Unit A, Washington, DC 20001 _ Homes.com |
| DX595 | N/A | N/A | Realtor.com - 902 T St NW Apt A, Washington, DC 20001 |
| DX596 | N/A | N/A | Redfin - 902 T St NW Unit A, Washington, DC 20001 _ For Sale ($699,900) _ MLS# DCDC2215638 _ Redfin |
| DX597 | CZ_COMP_000123445 | CZ_COMP_000123446 | |
| DX598 | CZ_COMP_000123651 | CZ_COMP_000123652 | |
| DX599 | ZG-00003348 | ZG-00003355 | |
| DX600 | ZG-00033376 | ZG-00033376 | |
| DX601 | CZ_COMP_000110708 | CZ_COMP_000110728 | |
| DX602 | CZ_COMP_000117459 | CZ_COMP_000117472 | |
| DX603 | CZ_COMP_000121099 | CZ_COMP_000121099 | |
| DX604 | N/A | N/A | Innovative Insights - Transit Scores (Screenshot) |
| DX605 | N/A | N/A | Innovative Insights - Zestimate (Screenshot) |
| DX606 | N/A | N/A | Regional - Coldwell Banker (Screenshot) |
| DX607 | N/A | N/A | Regional - Elliman (Screenshot) |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---------|-------------|-----------|---------------------------------------------|
| DX608 | N/A | N/A | Regional - eXp (Screenshot) |
| DX609 | N/A | N/A | Regional - Homes (Screenshot) |
| DX610 | N/A | N/A | Regional - Realtor (Screenshot) |
| DX611 | N/A | N/A | Regional - Redfin (Screenshot) |
| DX612 | ZG-00023300 | ZG-00023300 | |
| DX613 | ZG-00023348 | ZG-00023348 | |
| DX614 | N/A | N/A | Q3 2025 Compass Earnings Deck, Business Update & Supplementary Information |
| DX615 | N/A | N/A | Q3 2025 Compass Earnings Release, Compass Reports Record Third Quarter 2025 Results |
| DX616 | ZG-00000341 | ZG-00000346 | |
| DX617 | N/A | N/A | Q4 & FY 2024 Compass Earnings Deck, Business Update & Supplementary Information |
| DX618 | N/A | N/A | Plaintiff's Second Supplemental Responses and Objections to Defendants' First Set of Interrogatories |
| DX619 | CZ_COMP_000022062 | CZ_COMP_000022064 | |
| DX620 | CZ_COMP_000030650 | CZ_COMP_000030651 | |
| DX621 | CZ_COMP_000038543 | CZ_COMP_000038582 | |
| DX622 | CZ_COMP_000042877 | CZ_COMP_000042912 | |
| DX623 | CZ_COMP_000124578 | CZ_COMP_000124579 | |
| DX624 | CZ_COMP_000026482 | CZ_COMP_000026486 | |
| DX625 | CZ_COMP_000038506 | CZ_COMP_000038507 | |
| DX626 | CZ_COMP_000081994 | CZ_COMP_000081998 | |
| DX627 | ZG-00014458 | ZG-00014461 | |
| DX628 | ZG-00031093 | ZG-00031159 | |
| DX629 | CZ_COMP_000000344 | CZ_COMP_000000346 | |
| DX630 | CZ_COMP_000005639 | CZ_COMP_000005641 | |
| DX631 | CZ_COMP_000010554 | CZ_COMP_000010558 | |
| DX632 | CZ_COMP_000010606 | CZ_COMP_000010608 | |
| DX633 | CZ_COMP_000010655 | CZ_COMP_000010659 | |
| DX634 | CZ_COMP_000010663 | CZ_COMP_000010666 | |
| DX635 | CZ_COMP_000010674 | CZ_COMP_000010675 | |
| DX636 | CZ_COMP_000010708 | CZ_COMP_000010709 | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.

| EX. NO. | BEGIN BATES | END BATES | DESCRIPTION OF NON-BATES NUMBERED EXHIBITS |
|---|---|---|---|
| DX637 | CZ_COMP_000014906 | CZ_COMP_000014907 | |
| DX638 | CZ_COMP_000017273 | CZ_COMP_000017282 | |
| DX639 | CZ_COMP_000019150 | CZ_COMP_000019151 | |
| DX640 | CZ_COMP_000019555 | CZ_COMP_000019558 | |
| DX641 | CZ_COMP_000019580 | CZ_COMP_000019582 | |
| DX642 | CZ_COMP_000026393 | CZ_COMP_000026395 | |
| DX643 | CZ_COMP_000026462 | CZ_COMP_000026465 | |
| DX644 | CZ_COMP_000031015 | CZ_COMP_000031016 | |
| DX645 | CZ_COMP_000031026 | CZ_COMP_000031028 | |
| DX646 | CZ_COMP_000031218 | CZ_COMP_000031221 | |
| DX647 | CZ_COMP_000031607 | CZ_COMP_000031609 | |
| DX648 | CZ_COMP_000036442 | CZ_COMP_000036443 | |
| DX649 | CZ_COMP_000045158 | CZ_COMP_000045159 | |
| DX650 | CZ_COMP_000045213 | CZ_COMP_000045214 | |
| DX651 | CZ_COMP_000045669 | CZ_COMP_000045669 | |
| DX652 | CZ_COMP_000064504 | CZ_COMP_000064505 | |
| DX653 | CZ_COMP_000091746 | CZ_COMP_000091747 | |
| DX654 | CZ_COMP_000111153 | CZ_COMP_000111154 | |
| DX655 | N/A | N/A | 2025.11.04, Compass Q3 2025 Earnings Call Transcript, S&P Global |
| DX656 | ZG-00012837 | ZG-00012840 | |
| DX657 | N/A | N/A | 2025.10.10 Expert Declaration of Lawrence Wu, Ph.D. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Defendants reserve all rights to add to or modify this exhibit list. Defendants further reserve the right to use
any document, whether or not disclosed, for purposes of impeachment, rebuttal, and/or refreshing recollection.