UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPASS, INC.,

    *Plaintiff*,

    v.

ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA, LLC,

    *Defendants*.

Case No. 1:25-cv-05201-JAV

**DECLARATION OF BEAU BUFFIER IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A <u>PRELIMINARY INJUNCTION</u>**

I, Beau Buffier, hereby declare as follows:

1. I am a partner at Wilson Sonsini Goodrich Rosati PC, counsel for Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC ("Zillow" or "Defendants") in this action.

2. I submit this Declaration in support of Defendants' Supplemental Brief in Opposition to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters set forth in this declaration and could and would testify competently to them.

3. Attached as Exhibit A is a true and correct copy of excerpts of the Deposition Transcript of Robert Reffkin, taken on September 5, 2025.

4. Attached as Exhibit B is a true and correct copy of excerpts of the Deposition Transcript of Kerry Carr, taken on November 7, 2025.

5. Attached as Exhibit C is a true and correct copy of excerpts of the Deposition Transcript of Errol Samuelson, taken on August 28, 2025.

6. Attached as Exhibit D is a true and correct copy of excerpts of the Deposition Transcript of Jeremy Wacksman, taken on August 26, 2025.

7. Attached as Exhibit E is a true and correct copy of excerpts of the Deposition Transcript of Jeremy Hofmann, taken on August 29, 2025.

8. Attached as Exhibit F is a true and correct copy of excerpts of the Deposition Transcript of Rory Golod, taken on August 29, 2025.

9. Attached as Exhibit G is a true and correct copy of excerpts of the Deposition Transcript of Elizabeth Alexander, taken on August 26, 2025.

10. Attached as Exhibit H is a true and correct copy of excerpts of the Deposition Transcript of Glenn Kelman, taken on October 9, 2025.

11. Attached as Exhibit I is a true and correct copy of excerpts of the Deposition Transcript of Debra Aron, Ph.D., taken on October 22, 2025.

12. Attached as Exhibit J is a true and correct copy of excerpts of the Deposition Transcript of Soham Bhonsle, taken on August 19, 2025.

13. Attached as Exhibit K is a true and correct copy of excerpts of the Deposition Transcript of Neda Navab-Bosheri, taken on September 3, 2025.

14. Attached as Exhibit L is a true and correct copy of excerpts of the Deposition Transcript of Leo Pareja, taken on October 15, 2025.

15. Also attached to this declaration are true and correct copies of the following exhibits:

| Exhibit Number | Beginning Bates Number | Description |
|---|---|---|
| DX010 | N/A | Compass, Inc. Q2 2025 Form 10-Q |
| DX019 | CZ_COMP_000025787 | |
| DX021 | CZ_COMP_000046443 | |
| DX022 | CZ_COMP_000036662 | |

| | | |
|---|---|---|
| DX027 | CZ_COMP_000120639 | |
| DX033 | CZ_COMP_000002127 | |
| DX041 | CZ_COMP_000002270 | |
| DX076 | CZ_COMP_000083672 | |
| DX084 | CZ_COMP_000091900 | |
| DX094 | CZ_COMP_000092057 | |
| DX097 | CZ_COMP_000003923 | |
| DX100 | CZ_COMP_000121180 | Zillow webpage re. Zillow's Listing Access Standards: What Agents Need to Know |
| DX162 | CZ_COMP_000025879 | |
| DX168 | CZ_COMP_000033664 | |
| DX169 | CZ_COMP_000033781 | |
| DX171 | CZ_COMP_000111290 | |
| DX200 | REDFIN_CZ00000662 | |
| DX215 | REDFIN_CZ00000405 | |
| DX239 | EXP_SUBP_0000020 | |
| DX302 | ZG-00033356 | |
| DX319 | ZG-00026436 | Jan. 22, 2025 Inman Article, Zillow CEO Jeremy Wacksman: 'Everyone wins' with CCP in place |
| DX328 | CZ_COMP_000001441 | |
| DX354 | ZG-00017773 | |
| DX355 | ZG-00017774 | |
| DX371 | ZG-00022388 | |
| DX372 | ZG-00028842 | |

| | | |
|---|---|---|
| DX379 | ZG-00016844 | |
| DX388 | ZG-00011618 | |
| DX410 | CZ_COMP_000030086 | |
| DX414 | CZ_COMP_000124947 | |
| DX424 | CZ_COMP_000035984 | |
| DX464 | N/A | Compass, Inc., Q2 2025 Earnings Call Transcript |
| DX523 | CZ_COMP_000126100 | |
| DX528 | N/A | Sept. 22, 2025 Press Release: Compass Announces Combination with Anywhere Real Estate in All-Stock Transaction |
| DX531 | N/A | Plaintiff Compass, Inc.'s Responses and Objections to Defendants' Second Set of Requests for Production |
| DX532 | N/A | |
| DX541 | CZ_COMP_000034873 | |
| DX576 | ZG-00032648 | |
| DX590 | CZ_COMP_000092320 | |
| DX591 | ZG-00027029 | |
| DX601 | CZ_COMP_000110708 | |
| DX602 | CZ_COMP_000117459 | |
| DX614 | N/A | Q3 2025 Compass Earnings Deck, Business Update & Supplementary Information |
| DX615 | N/A | Q3 2025 Compass Earnings Release, Compass Reports Record Third Quarter 2025 Results |
| DX617 | N/A | Q4 & FY 2024 Compass Earnings Deck, Business Update & Supplementary Information |
| DX619 | CZ_COMP_000022062 | |
| DX620 | CZ_COMP_000030650 | |
| DX621 | CZ_COMP_000038543 | |

4

| | | |
|---|---|---|
| DX655 | N/A | Compass, Inc. Q3 2025 Earnings Call Transcript, S&P Global |
| DX657 | N/A | ████████ |
| DX658 | N/A | ████████ |
| DX659 | N/A | Compass, Inc. Q3 2025 Form 10-Q |
| PX-001 | ZG-00030111 | ████████ |
| PX-006 | ZG-00017550 | ████████ |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2025.

                                              */s/ Beau W. Buffier*

Beau W. Buffier (NY Bar No. 3932050)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bbuffier@wsgr.com