**DECLARATION OF BEAU BUFFIER**
<u>**LIST OF EXHIBITS FILED UNDER SEAL**</u>

1. Exhibit A, excerpts of the Deposition Transcript of Robert Reffkin, taken on September 5, 2025.

2. Exhibit B, excerpts of the Deposition Transcript of Kerry Carr, taken on November 7, 2025.

3. Exhibit C, excerpts of the Deposition Transcript of Errol Samuelson, taken on August 28, 2025.

4. Exhibit D, excerpts of the Deposition Transcript of Jeremy Wacksman, taken on August 26, 2025.

5. Exhibit E, excerpts of the Deposition Transcript of Jeremy Hofmann, taken on August 29, 2025.

6. Exhibit F, excerpts of the Deposition Transcript of Rory Golod, taken on August 29, 2025.

7. Exhibit G, excerpts of the Deposition Transcript of Ashton Alexander, taken on August 26, 2025.

8. Exhibit H, excerpts of the Deposition Transcript of Glenn Kelman, taken on October 9, 2025.

9. Exhibit I, excerpts of the Deposition Transcript of Debra Aron, Ph.D., taken on October 22, 2025.

10. Exhibit J, excerpts of the Deposition Transcript of Soham Bhonsle, taken on August 19, 2025.

11. Exhibit K, excerpts of the Deposition Transcript of Neda Navab-Bosheri, taken on September 3, 2025.

12. Exhibit L, excerpts of the Deposition Transcript of Leo Pareja, taken on October 15, 2025.

13. The following exhibits:

| Exhibit Number | Beginning Bates Number |
|---|---|
| DX019 | CZ_COMP_000025787 |
| DX021 | CZ_COMP_000046443 |
| DX022 | CZ_COMP_000036662 |
| DX027 | CZ_COMP_000120639 |
| DX033 | CZ_COMP_000002127 |
| DX041 | CZ_COMP_000002270 |
| DX076 | CZ_COMP_000083672 |
| DX084 | CZ_COMP_000091900 |
| DX094 | CZ_COMP_000092057 |
| DX097 | CZ_COMP_000003923 |
| DX162 | CZ_COMP_000025879 |
| DX168 | CZ_COMP_000033664 |
| DX169 | CZ_COMP_000033781 |
| DX171 | CZ_COMP_000111290 |
| DX200 | REDFIN_CZ00000662 |
| DX215 | REDFIN_CZ00000405 |
| DX239 | EXP_SUBP_0000020 |
| DX302 | ZG-00033356 |
| DX328 | CZ_COMP_000001441 |
| DX354 | ZG-00017773 |
| DX355 | ZG-00017774 |
| DX371 | ZG-00022388 |
| DX372 | ZG-00028842 |
| DX379 | ZG-00016844 |
| DX388 | ZG-00011618 |
| DX410 | CZ_COMP_000030086 |
| DX414 | CZ_COMP_000124947 |
| DX424 | CZ_COMP_000035984 |
| DX523 | CZ_COMP_000126100 |
| DX532 | N/A |
| DX541 | CZ_COMP_000034873 |

| | |
|---|---|
| DX576 | ZG-00032648 |
| DX590 | CZ_COMP_000092320 |
| DX591 | ZG-00027029 |
| DX601 | CZ_COMP_000110708 |
| DX602 | CZ_COMP_000117459 |
| DX619 | CZ_COMP_000022062 |
| DX620 | CZ_COMP_000030650 |
| DX621 | CZ_COMP_000038543 |
| DX657 | N/A |
| DX658 | N/A |
| PX-001 | ZG-00030111 |
| PX-006 | ZG-00017550 |