# Exhibit A



**Chahira Solh**
CSolh@crowell.com
(949) 798-1367  direct

Crowell & Moring LLP
3 Park Plaza
20th Floor
Irvine, CA 92614
+1.949.263.8400  main
+1.949.263.8414  fax

November 11, 2025

**VIA E-MAIL**

Bonnie Lau
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
blau@wsgr.com

Eric P. Tuttle
Nicholas R. Sidney
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
eric.tuttle@wsgr.com
nsidney@wsgr.com

Beau Buffier
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
bbuffier@wsgr.com

RE:     ***Compass, Inc. v. Zillow, Inc. et al.*, Case No. 1:25-cv-05201-JAV (S.D.N.Y.);**
        **Non-Public Zillow Documents To Be Used During Hearing**

Counsel:

As ordered by the Court yesterday, for the purpose of determining whether the Parties have any disputes regarding the confidentiality of documents to be used in court during the upcoming preliminary injunction hearing, Compass, Inc. ("Compass") lists below the Zillow documents that it may use as exhibits during the upcoming hearing that Zillow has designated as Confidential or above under the Protective Order (ECF No. 49).  Compass reserves the right to add additional documents or otherwise modify the below list.

Compass wishes to resolve any confidentiality disputes immediately so that a limited number of individuals at Compass can engage more fulsomely in preparations for the hearing.  At a minimum, Compass may need to show these documents to the following Compass individuals: Ethan Glass, Robert Reffkin, Neda Nevab, and Ashton Alexander.  Please let us know by tomorrow, November 12, at 5 pm ET whether Zillow will seek to maintain the current confidentiality designations for any of the below documents.  If Zillow will be seeking to maintain the confidentiality designations for any of them, Compass plans to ask the Court to resolve any disputes on an expedited basis.  Please let us know when you are available to meet and confer on these issues.

Zillow documents designated Confidential or above that may be used during the hearing by Compass:

1.     ZG-00003012 (PX-035)

2.     ZG-00003232 (PX-017)

![Crowell logo]

3.      ZG-00003434 (PX-058)

4.      ZG-00005457 (PX-020)

5.      ZG-00006860 (PX-003)

6.      ZG-00008900 (PX-027)

7.      ZG-00009383 (PX-037)

8.      ZG-00009459 (PX-036)

9.      ZG-00009621 (PX-023)

10.     ZG-00010122 (PX-019)

11.     ZG-00010302 (PX-016)

12.     ZG-00010306 (PX-009)

13.     ZG-00010426 (PX-039)

14.     ZG-00012740 (PX-025)

15.     ZG-00013760 (PX-060)

16.     ZG-00015340 (PX-015)

17.     ZG-00015762 (PX-059)

18.     ZG-00016027 (PX-029)

19.     ZG-00016316 (PX-031)

20.     ZG-00016691 (PX-038)

21.     ZG-00016802 (PX-018)

22.     ZG-00016809 (PX-013)

23.     ZG-00016844 (PX-033)

24.     ZG-00017540 (PX-064)

25.     ZG-00017550 (PX-006)

26.     ZG-00017562 (PX-008)

27.     ZG-00017714 (PX-012)

28.     ZG-00017728 (PX-014)

crowell.com
IRACTIVE-12996859.2

**Crowell**

29.     ZG-00021934 (PX-011)

30.     ZG-00024747 (PX-021)

31.     ZG-00025169 (PX-024)

32.     ZG-00026158 (PX-002)

33.     ZG-00027721 (PX-010)

34.     ZG-00030111 (PX-001)

35.     ZG-00030327 (PX-004)

36.     ZG-00031093 (PX-005)

37.     ZG-00032295 (PX-046)

38.     ZG-00032392 (PX-147)

39.     ZG-00033962 (PX-028)

40.     ZG-00033989 (PX-007)

41.     ZG-00033992 (PX-049)

42.     ZG-00017663 [1]

43.     October 22, 2025 Letter from Wilson Sonsini "regarding Zillow's enforcement of the Listing Access Standards as of October 15, 2025" (PX-056)

Sincerely,

/s/*Chahira Solh*

Chahira Solh

---

[1] This document is a duplicate of a document that is already on Compass's exhibit list, REDFIN_CZ00000612 (PX-127).  Compass will be adding ZG-00017663 to its exhibit list as an additional exhibit.

3

crowell.com
IRACTIVE-12996859.2