# Exhibit B

**Fanchiang, Eric**

| | |
|---|---|
| **From:** | Fanchiang, Eric |
| **Sent:** | Wednesday, November 12, 2025 9:00 PM |
| **To:** | Sidney, Nick; Smith, Robin; Solh, Chahira |
| **Cc:** | Lau, Bonnie; Buffier, Beau; Tuttle, Eric; Namiri-Kalantari, Sima; Taeschler, Luke; Fleming, Lauren; WSGR - Zillow-Compass WSGR Internal |
| **Subject:** | RE: Compass v. Zillow - Confidentiality of Zillow Documents |

Nick,

As mentioned in my earlier e-mail, Compass needs to be able to properly prepare for the upcoming hearing. To do so, Compass executives, including Compass's Chief Legal Officer, need to understand the key case documents to fully understand and weigh in on litigation issues and decisions. Our compromise proposal is limited to a small number of individuals who need to weigh in on litigation issues and decisions.

Based on your last e-mail, Compass believes we are at an impasse and will proceed with its filing. Please let us know immediately if Zillow will change its position.

Best,

Eric Fanchiang


**Eric Fanchiang**
Pronouns: he/him/his
Crowell & Moring LLP
efanchiang@crowell.com
+1.949.798.1338 direct

---

**From:** Sidney, Nick <nsidney@wsgr.com>
**Sent:** Wednesday, November 12, 2025 3:54 PM
**To:** Fanchiang, Eric <EFanchiang@crowell.com>; Smith, Robin <robin.smith@wsgr.com>; Solh, Chahira <CSolh@crowell.com>
**Cc:** Lau, Bonnie <blau@wsgr.com>; Buffier, Beau <bbuffier@wsgr.com>; Tuttle, Eric <eric.tuttle@wsgr.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Taeschler, Luke <LTaeschler@crowell.com>; Fleming, Lauren <LFleming@crowell.com>; WSGR - Zillow-Compass WSGR Internal <zillowcompass-WSGR@wsgr.com>
**Subject:** RE: Compass v. Zillow - Confidentiality of Zillow Documents

Eric,

The Court rejected Ken's request at the hearing that Zillow be ordered to respond within 24 hours, recognizing that Zillow's supplemental brief is due today and that the parties have other exchange deadlines this week. 11/10 Tr. 17:6-14, 20:6-21:5. Your proposed "compromise" is not responsive to the Court's ruling.

There is also no basis for this manufactured emergency: Compass has had these documents for quite some time and there is no reason why Compass could not have raised this in the preceding weeks, in the Nov. 7 letter, or at the hearing

1

on Monday. Further, the Protective Order—which Compass agreed to—delineates the people who may receive confidential materials, and you have not identified any reason why Zillow's confidential documents need to be shown to Compass executives in a manner that is inconsistent with the Protective Order. If you have an explanation, please share it so that we can meaningfully assess your position.

As we have said, Zillow will comply with the schedule the Court imposed. We will meet and confer regarding the substance of your requests this week and will brief any remaining disputes on Saturday.

Nick

---

**From:** Fanchiang, Eric <EFanchiang@crowell.com>
**Sent:** Wednesday, November 12, 2025 2:43 PM
**To:** Sidney, Nick <nsidney@wsgr.com>; Smith, Robin <robin.smith@wsgr.com>; Solh, Chahira <CSolh@crowell.com>
**Cc:** Lau, Bonnie <blau@wsgr.com>; Buffier, Beau <bbuffier@wsgr.com>; Tuttle, Eric <eric.tuttle@wsgr.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Taeschler, Luke <LTaeschler@crowell.com>; Fleming, Lauren <LFleming@crowell.com>
**Subject:** RE: Compass v. Zillow - Confidentiality of Zillow Documents

EXT - efanchiang@crowell.com

---

Nick,

Compass is willing to offer a compromise position.  Compass is willing to not file a motion tomorrow morning if Zillow agrees that Mr. Glass, Mr. Reffkin, Ms. Navab, and Ms. Alexander are allowed to see the below documents.  The confidentiality designations would otherwise be unaffected until the Court rules on any disputes, until the Parties are able to meet and confer on their designations, or until the documents are used during the hearing.
- ZG-00033987 (PX-048)
- ZG-00003232 (PX-017)
- ZG-00009383 (PX-037)
- ZG-00009459 (PX-036)
- ZG-00010306 (PX-009)
- ZG-00015340 (PX-015)
- ZG-00016027 (PX-029)
- ZG-00016316 (PX-031)
- ZG-00016809 (PX-013)
- ZG-00016844 (PX-033)
- ZG-00017550 (PX-006)
- ZG-00017562 (PX-008)
- ZG-00016809 (PX-013)
- ZG-00016844 (PX-033)
- ZG-00017550 (PX-006)
- ZG-00017562 (PX-008)
- ZG-00024747 (PX-021)
- ZG-00026158 (PX-002)
- ZG-00027721 (PX-010)
- ZG-00033962 (PX-028)

- ZG-00033989 (PX-007)
- ZG-00033992 (PX-049)
- ZG-00017663
- October 22, 2025 Letter from Wilson Sonsini "regarding Zillow's enforcement of the Listing Access Standards as of October 15, 2025" (PX-056)

Please let us know if Zillow agrees to the proposal by 9:00 am ET. Otherwise, we will view the parties as at an impasse and we will seek relief from the Court.

Best,

Eric Fanchiang


**Eric Fanchiang**
Pronouns: he/him/his
Crowell & Moring LLP
efanchiang@crowell.com
+1.949.798.1338 direct

---

**From:** Fanchiang, Eric <efanchiang@crowell.com>
**Sent:** Wednesday, November 12, 2025 10:26 AM
**To:** Sidney, Nick <nsidney@wsgr.com>; Smith, Robin <robin.smith@wsgr.com>; Solh, Chahira <CSolh@crowell.com>
**Cc:** Lau, Bonnie <blau@wsgr.com>; Buffier, Beau <bbuffier@wsgr.com>; Tuttle, Eric <eric.tuttle@wsgr.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Taeschler, Luke <LTaeschler@crowell.com>; Fleming, Lauren <LFleming@crowell.com>
**Subject:** RE: Compass v. Zillow - Confidentiality of Zillow Documents

Nick,

Given that the preliminary injunction hearing begins next week, the Parties do not have time to wait on this issue. We are also surprised by your position that Zillow will be maintaining its confidentiality designations unless and until a particular document is used in open court. Doing so prevents Compass from being able to fully discuss its case strategy with vital members of the Compass team, such as Compass's Chief Legal Officer. If Zillow is unwilling to meet and confer today, tomorrow morning Compass will be filing a motion with the Court seeking an expedited hearing on confidentiality disputes.

Best,

Eric Fanchiang


**Eric Fanchiang**
Pronouns: he/him/his
Crowell & Moring LLP
efanchiang@crowell.com

3

+1.949.798.1338 direct

---

**From:** Sidney, Nick <nsidney@wsgr.com>
**Sent:** Tuesday, November 11, 2025 6:01 PM
**To:** Smith, Robin <robin.smith@wsgr.com>; Fanchiang, Eric <efanchiang@crowell.com>; Solh, Chahira <csolh@crowell.com>
**Cc:** Lau, Bonnie <blau@wsgr.com>; Buffier, Beau <bbuffier@wsgr.com>; Tuttle, Eric <eric.tuttle@wsgr.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Taeschler, Luke <ltaeschler@crowell.com>; Fleming, Lauren <lfleming@crowell.com>
**Subject:** Re: Compass v. Zillow - Confidentiality of Zillow Documents

Counsel,

For the avoidance of doubt, Zillow maintains its confidentiality designations under the Protective Order unless and until a document is used in open court, and Zillow reserves the right to request that the court seal portions of documents, if necessary. As such, Zillow objects to Compass disclosing Zillow's confidential information with anyone not permitted to receive it under the Protective Order.

Finally, is no basis for Compass to impose a response deadline of 5pm tomorrow. As Robin noted below, we will meet and confer later this week after we and our client have had an opportunity to review the documents.

Thanks,
Nick

---

**From:** Smith, Robin <robin.smith@wsgr.com>
**Sent:** Tuesday, November 11, 2025 3:37:17 PM
**To:** Fanchiang, Eric <efanchiang@crowell.com>; Solh, Chahira <csolh@crowell.com>
**Cc:** Lau, Bonnie <blau@wsgr.com>; Sidney, Nick <nsidney@wsgr.com>; Buffier, Beau <bbuffier@wsgr.com>; Tuttle, Eric <eric.tuttle@wsgr.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Taeschler, Luke <ltaeschler@crowell.com>; Fleming, Lauren <lfleming@crowell.com>
**Subject:** RE: Compass v. Zillow - Confidentiality of Zillow Documents

Counsel,

Please see the attached correspondence. We will revert with our availability to meet and confer after we have reviewed the documents identified in your letter.

Best,
Robin

**WILSON SONSINI**

Robin Smith

Associate
direct: 202.973.8806
robin.smith@wsgr.com

4

**Wilson Sonsini Goodrich & Rosati**
1700 K Street NW
Washington, DC 20006-3814

www.wsgr.com



---

**From:** Fanchiang, Eric <EFanchiang@crowell.com>
**Sent:** Tuesday, November 11, 2025 12:43:41 PM
**To:** Lau, Bonnie <blau@wsgr.com>; Sidney, Nick <nsidney@wsgr.com>; Tuttle, Eric <eric.tuttle@wsgr.com>; Buffier, Beau <bbuffier@wsgr.com>
**Cc:** Solh, Chahira <CSolh@crowell.com>; Namiri-Kalantari, Sima <snamiri@crowell.com>; Taeschler, Luke <LTaeschler@crowell.com>; Fleming, Lauren <LFleming@crowell.com>
**Subject:** Compass v. Zillow - Confidentiality of Zillow Documents

EXT - efanchiang@crowell.com

---

Bonnie and all,

Please see the attached correspondence regarding Zillow documents that Compass may use during the upcoming hearing.  We are available to meet and confer tomorrow at 3:30 PT/6:30 ET.  If that time does not work for you, please propose some times that do work.  Thank you.

Best,

Eric Fanchiang


**Eric Fanchiang**
Pronouns: he/him/his
efanchiang@crowell.com
+1.949.798.1338 direct

Crowell & Moring LLP
3 Park Plaza
20th Floor
Irvine, CA 92614

# Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.