UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS, INC.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>ZILLOW, INC.; ZILLOW GROUP, INC.; and TRULIA, LLC,<br><br>   *Defendants*. | **DECLARATION OF TIMOTHEA LETSON IN SUPPORT OF MOTION TO SEAL DOCUMENTS IDENTIFIED BY PLAINTIFF FOR USE AT THE PRELIMINARY INJUNCTION HEARING**<br><br>Case No: 1:25-cv-05201-JAV |

**DECLARATION OF TIMOTHEA LETSON**

I, Timothea Letson, declare the following under penalty of perjury:

  1.  I am Deputy General Counsel at Plaintiff Compass, Inc. ("Plaintiff").

  2.  Zillow has indicated that it intends to use certain documents at the PI hearing that Compass produced with confidentiality designations pursuant to the Court's Protective Order (the "Confidential Documents").

  3.  I personally reviewed each of the Confidential Documents relevant to Zillow's request. The table below sets forth the protection that I believe is necessary for each document. The attachments to this declaration contain yellow highlighting indicating Compass's proposed redactions.

| Exhibit Number | Bates Number | Compass' Rationale for Sealing |
|---|---|---|
| DX018 | CZ_COMP_000111585 | The portions of this document Compass seeks to redact contain competitively sensitive prospective business strategy, the disclosure of which could risk harm to Compass's business and allow competitors to take unfair advantage. |
| DX165 | CZ_COMP_000122043 | The portions of this document Compass seeks to redact contain competitively sensitive prospective business strategy, the disclosure of which could risk harm to Compass's business and allow competitors to take unfair advantage. |
| DX175 | CZ_COMP_000054337 | The portions of this document Compass seeks to redact contain competitively sensitive prospective business |

1

| Exhibit Number | Bates Number | Compass' Rationale for Sealing |
|---|---|---|
| | | strategy, the disclosure of which could risk harm to Compass's business and allow competitors to take unfair advantage. |
| DX265 | CZ_COMP_000127015 | Compass seeks to redact only PII and similar information. |
| DX268 | CZ_COMP_000128834 | Compass seeks to redact only PII and similar information. |
| DX269 | CZ_COMP_000126986 | Compass seeks to redact only PII and similar information. |
| DX270 | CZ_COMP_000128785 | Compass seeks to redact only PII and similar information. |
| DX272 | CZ_COMP_000127011 | Compass seeks to redact only sensitive financial information of a non-party. |
| DX273 | CZ_COMP_000128847 | Compass seeks to redact only sensitive financial information of non-party. |
| DX658 | Compass Third Supp. Interrogatory Responses (11/4/25) | Compass seeks to redact only PII and similar information. |

4. As set forth above, several Confidential Documents contain Compass' competitively sensitive strategy and financial information. This is information that Compass keeps highly confidential in the regular course of its business and would not typically disclose to Compass or to the general public. Disclosure of this information to Zillow or the public would present a substantial risk of serious harm to Compass because it would allow Compass's competitors to make similar plans or gain an unfair advantage in the market.

5. As set forth above, a few Confidential Documents contain a non-party's personal financial information. This information should be kept confidential to protect the non-party.

6. As set forth above, several Confidential Documents contain non-public email addresses, physical address, and other personally identifying information of a similar nature related to individuals not testifying at the hearing—such as the home seller clients of Compass agents. This information should be kept confidential to protect these individuals from undue harassment and other risks to their privacy and security.

7. As set forth above, several Confidential Documents contain private information with little or no relevance to Compass's motion for a preliminary injunction.

8. The attachments to this declaration contain true and correct copies of the Confidential Documents.

3

9. Having reviewed the Confidential Documents and Compass's proposed redactions, I believe that there is no narrower set of redactions that would be adequate.

Executed: November 15, 2025

Timothea Letson