**Documents Submitted Under Seal**

DX018
DX165
DX175
DX265
DX268
DX269
DX270
DX270
DX273
DX658