UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
COMPASS, INC.,                                                         :
                                                                       :
                                Plaintiff,                   :        25-CV-05201 (JAV)
                                                                       :
                 -v-                                       :        <u>ORDER</u>
                                                                       :
ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA,                          :
LLC,                                                                   :
                                                                       :
                               Defendants.                   :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On November 13, 2025, Plaintiff filed a letter motion requesting the Court grant Mr. Ethan Glass permission to access forty-three Zillow documents that Plaintiff identified as likely to be used at the upcoming preliminary injunction ("PI") hearing. ECF No. 129 at 3. Thirty-eight of these documents were designated by Defendants as Highly Confidential – Outside Counsel's Eyes Only ("OCEO") and five were designated by Defendants as Highly Confidential – Attorneys' Eyes Only ("AEO"). *Id.* at 2. That same day, the Court granted Plaintiff's request subject to Defendants filing a motion to seal before 12:00 PM EST on November 14, 2025. ECF No. 131 at 3.

       Before 12:00 PM EST on November 14, 2025, Defendants filed a motion to seal. ECF No. 132. Among other requests, Defendants requested that Mr. Glass be denied access to any Zillow information designated OCEO unless and until that material is later made public at the PI hearing. *Id.* at 1. Defendants simultaneously downgraded the designations on eleven of the forty-three documents to AEO and downgraded the designations on twenty-five of the forty-three documents to simply Confidential. *Id.* at 4. Accordingly, under the Protective Order, ECF No. 49, Mr. Glass and others may now access documents designated AEO or Confidential if they agree to be bound by the Non-Disclosure Agreement set forth in the Protective Order. *See* ECF No. 49, ¶¶ 8-9.

       Upon review of the papers, including the description of the documents at issue, the Court denies Mr. Glass permission to access to any Zillow information designated OCEO unless and until that material is later made public at the PI hearing.

       SO ORDERED.

Dated: November 14, 2025
       New York, New York                                JEANNETTE A. VARGAS
                                                                  United States District Judge