**WILSON SONSINI**

Bonnie Lau
blau@wsgr.com
O: 415-947-2000

Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

**VIA ECF**                             December 16, 2025

The Honorable Jeannette A. Vargas
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

    Re:    *Compass, Inc. v. Zillow, Inc. et al*, Case No. 1:25-cv-05201-JAV (S.D.N.Y.)

Dear Judge Vargas:

    Pursuant to Local Rule 7.1 and the sealing procedure approved by the Court for the parties' preliminary injunction briefing, Dkts. 99 & 107, Zillow hereby re-files its Supplemental Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction and the supporting attachments, which were previously filed provisionally under seal. Dkt. 127.

    The re-filed documents contain redactions to material that Zillow, Compass, or Redfin intends to move to permanently seal. Such motions to seal are due by December 22, 2025. *See* Dkts. 99 & 107.

    Documents previously filed under seal which no party seeks to maintain under seal have been re-filed without redactions.

                                   Sincerely,

                                   */s/ Bonnie Lau*
                                   Bonnie Lau (admitted pro hac vice)
                                   Beau Buffier (NY Bar No. 3932050)
                                   Eric P. Tuttle (admitted pro hac vice)
                                   Nicholas R. Sidney (admitted pro hac vice)
                                   WILSON SONSINI GOODRICH & ROSATI, P.C.

                                   *Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC*