UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS, INC., *Plaintiff*, v. ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA, LLC, *Defendants*. | Case No. 1:25-cv-05201-JAV |

**DECLARATION OF BEAU BUFFIER IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Beau Buffier, hereby declare as follows:

1. I am a partner at Wilson Sonsini Goodrich Rosati PC, counsel for Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC ("Zillow" or "Defendants") in this action.

2. I submit this Declaration in support of Defendants' Supplemental Brief in Opposition to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters set forth in this declaration and could and would testify competently to them.

3. Attached as Exhibit A is a true and correct copy of excerpts of the Deposition Transcript of Robert Reffkin, taken on September 5, 2025.

4. Attached as Exhibit B is a true and correct copy of excerpts of the Deposition Transcript of Kerry Carr, taken on November 7, 2025.

5. Attached as Exhibit C is a true and correct copy of excerpts of the Deposition Transcript of Errol Samuelson, taken on August 28, 2025.

6. Attached as Exhibit D is a true and correct copy of excerpts of the Deposition Transcript of Jeremy Wacksman, taken on August 26, 2025.

1

7. Attached as Exhibit E is a true and correct copy of excerpts of the Deposition Transcript of Jeremy Hofmann, taken on August 29, 2025.

8. Attached as Exhibit F is a true and correct copy of excerpts of the Deposition Transcript of Rory Golod, taken on August 29, 2025.

9. Attached as Exhibit G is a true and correct copy of excerpts of the Deposition Transcript of Elizabeth Alexander, taken on August 26, 2025.

10. Attached as Exhibit H is a true and correct copy of excerpts of the Deposition Transcript of Glenn Kelman, taken on October 9, 2025.

11. Attached as Exhibit I is a true and correct copy of excerpts of the Deposition Transcript of Debra Aron, Ph.D., taken on October 22, 2025.

12. Attached as Exhibit J is a true and correct copy of excerpts of the Deposition Transcript of Soham Bhonsle, taken on August 19, 2025.

13. Attached as Exhibit K is a true and correct copy of excerpts of the Deposition Transcript of Neda Navab-Bosheri, taken on September 3, 2025.

14. Attached as Exhibit L is a true and correct copy of excerpts of the Deposition Transcript of Leo Pareja, taken on October 15, 2025.

15. Also attached to this declaration are true and correct copies of the following exhibits:

| **Exhibit Number** | **Beginning Bates Number** | **Description** |
|---|---|---|
| DX010 | N/A | Compass, Inc. Q2 2025 Form 10-Q |
| DX019 | CZ_COMP_000025787 | April 2025 Compass Board Meeting Talking Points |
| DX021 | CZ_COMP_000046443 | Email from R. Golod cc N. Navab; J. Wells bcc nationalsalesleaders@compass.com |
| DX022 | CZ_COMP_000036662 | Compass Powerpoint Presentation re. What's Next: Zillow's New Listing Standards |

| | | |
|---|---|---|
| DX027 | CZ_COMP_000120639 | Email from A. Alexander to R. Reffkin cc B. Serwin; W. Hardy; N. Navab; R. Golod; D. Crosby; H. Marks; N. Walker; K. Reelitz |
| DX033 | CZ_COMP_000002127 | Email from A. Alexander to E. Samuelson; J. Hofmann cc R. Reffkin; R. Valiouline; K. Reelitz bcc W. Hardy |
| DX041 | CZ_COMP_000002270 | Email from R. Golod to communications@compass.com bcc SLT@compass.com |
| DX076 | CZ_COMP_000083672 | Email from L. George to R. Reffkin cc W. Hardy |
| DX084 | CZ_COMP_000091900 | Email from J. Bilek to W. Hardy |
| DX094 | CZ_COMP_000092057 | Email from L. Piccolomini to W. Hardy cc M. Valdez |
| DX097 | CZ_COMP_000003923 | Email from R. Reffkin to P. D'Arc cc R. Mason |
| DX100 | CZ_COMP_000121180 | Zillow webpage re. Zillow's Listing Access Standards: What Agents Need to Know |
| DX162 | CZ_COMP_000025879 | Compass Powerpoint Presentation re. Compass 3 Phased Marketing Impact Measures |
| DX168 | CZ_COMP_000033664 | Email from. R. Reffkin to S. Bhonsle |
| DX169 | CZ_COMP_000033781 | Compass Prep Notes for JP Morgan TMT Conference Fireside Chat |
| DX171 | CZ_COMP_000111290 | 3-Phased Marketing Strategy: Portal & Non-Portal Guides |
| DX200 | REDFIN_CZ00000662 | Email from J. Rath to A. Ptaszynski cc G. Kelman; C. Taubman; A. Kappus |
| DX215 | REDFIN_CZ00000405 | Email from J. Rath to G. Kelman cc J. Aleem; L. Taylor; P. Red |
| DX239 | EXP_SUBP_0000020 | eXp Realty Form re. Seller Advisory: Risks of Limited Market Exposure |
| DX302 | ZG-00033356 | April 2021 Zillow Powerpoint Presentation re. Drivers of First Preference |
| DX319 | ZG-00026436 | Jan. 22, 2025 Inman Article, Zillow CEO Jeremy Wacksman: 'Everyone wins' with CCP in place |
| DX328 | CZ_COMP_000001441 | Email from W. Hardy to R. Golod cc D. Gribbel |
| DX354 | ZG-00017773 | Comscore Data Media Trend – Redfin, Redfin Network, United States, Feb. 2024–Feb. 2025 |
| DX355 | ZG-00017774 | Comscore Data Media Trend – Real Estate, United States, Feb. 2021–Feb. 2025 |
| DX371 | ZG-00022388 | April 2025 Zillow Powerpoint Presentation re. Listing Transparency Update |
| DX372 | ZG-00028842 | Zillow Powerpoint Presentation re. Dream & Shop 2025 Initiative Review |

| | | |
|---|---|---|
| DX379 | ZG-00016844 | Slack thread between K. Berroth; M. Brooks; E. Samuelson; J. Hofmann; J. Wacksman; J. Mohr |
| DX388 | ZG-00011618 | Email thread from M. Hendricks to B. Owens; J. Mohr cc E. Samuelson; J. Wacksman; J. Hofmann; J. Choo; M. Brooks |
| DX410 | CZ_COMP_000030086 | Email from R. Reffkin to SLT@compass.com |
| DX414 | CZ_COMP_000124947 | May 7, 2025 Transcript of Compass Google Meet call re. Zillow/Redfin Dialogue and Info |
| DX424 | CZ_COMP_000035984 | Email from J. Barrish to R. Reffkin |
| DX464 | N/A | Compass, Inc., Q2 2025 Earnings Call Transcript |
| DX523 | CZ_COMP_000126100 | Compass Flyer: Your Home. Your Choice. |
| DX528 | N/A | Sept. 22, 2025 Press Release: Compass Announces Combination with Anywhere Real Estate in All-Stock Transaction |
| DX531 | N/A | Plaintiff Compass, Inc.'s Responses and Objections to Defendants' Second Set of Requests for Production |
| DX532 | N/A | Oct. 22, 2025 Zillow letter re. Enforcement Data |
| DX541 | CZ_COMP_000034873 | Compass Disclosure Regarding the Compass Three-Phased Marketing Strategy |
| DX576 | ZG-00032648 | Zillow's 2025 Shopping Strategy |
| DX590 | CZ_COMP_000092320 | Compass Analysis re. Zillow Policy Change Impacts |
| DX591 | ZG-00027029 | Clear Cooperation Policy Changes: Zillow Strategy Overview & Read-in Document |
| DX601 | CZ_COMP_000110708 | Compass Powerpoint Presentation re. Open Discussion: Zillow impact on Seller Options & 3 Phased Marketing |
| DX602 | CZ_COMP_000117459 | Compass Call Transcript re. Robert & Kalani Appreciation Call for Sales Leaders and BOR's |
| DX614 | N/A | Q3 2025 Compass Earnings Deck, Business Update & Supplementary Information |
| DX615 | N/A | Q3 2025 Compass Earnings Release, Compass Reports Record Third Quarter 2025 Results |
| DX617 | N/A | Q4 & FY 2024 Compass Earnings Deck, Business Update & Supplementary Information |
| DX619 | CZ_COMP_000022062 | Email from R. Reffkin to W. Hardy cc A. Alexander |
| DX620 | CZ_COMP_000030650 | Compass Flier re. The Risk of Your Home on a Portal |
| DX621 | CZ_COMP_000038543 | Compass ATX Powerpoint Presentation re. Business Briefing – Industry Update |

| | | |
|---|---|---|
| DX655 | N/A | Compass, Inc. Q3 2025 Earnings Call Transcript, S&P Global |
| DX657 | N/A | Expert Declaration of Lawrence Wu, Ph.D. |
| DX658 | N/A | Plaintiff's Third Supplemental Responses and Objections to Defendants' First Set of Interrogatories |
| DX659 | N/A | Compass, Inc. Q3 2025 Form 10-Q |
| PX-001 | ZG-00030111 | April 2025 Zillow Powerpoint Presentation re. AOP 2026 & Strategy Planning |
| PX-006 | ZG-00017550 | Text messages between R. Barton, K. Berroth, J. Wacksman, J. Hofmann |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2025.

*/s/ Beau W. Buffier*

Beau W. Buffier (NY Bar No. 3932050)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bbuffier@wsgr.com

5