# EXHIBIT A

1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4   COMPASS, INC.,                    )
                                      )
5        Plaintiff,                   )
                                      )
6        -vs-                         ) Case No.
                                      ) 1:25-cv-05201-JAV
7   ZILLOW, INC., ZILLOW GROUP,       )
    INC., and TRULIA, LLC,            )
8                                     )
         Defendants.                  )
9   _____      )
    _

10

11

12              ** HIGHLY CONFIDENTIAL **

13          ** OUTSIDE COUNSELS' EYES ONLY **

14      _____

15

16              VIDEO RECORDED EXAMINATION

                    OF ROBERT REFFKIN

17      _____

18

                        TAKEN ON

19

20          FRIDAY, SEPTEMBER 5, 2025

21

22

    CERTIFIED STENOGRAPHER:
23    JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
      CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24    CCR-WA (No. 21007264), CSR-CA (No. 14420),
      REALTIME SYSTEMS ADMINISTRATOR
25    JOB NO.:  995182

95

```
 1                 R. REFFKIN - 09/05/2025

 2    referring to Compass's market share in

 3    online home search?

 4              ATTORNEY SOLH:  Objection to

 5         form.

 6              THE WITNESS:  It says:  Organic

 7         quarterly market share grew 40 percent

 8         points year over year in total

 9         closing --

10              THE STENOGRAPHER:  Excuse me.  I

11         can't understand you.

12              THE WITNESS:  It said:  Organic

13         quarterly market share grew 40 percent

14         base points.  It has a footnote to 5

15         organic market share based on the

16         total -- total dollar value of

17         transactions closed excludes market

18         share attributable to the acquisitions

19         completed since April 1, 2024.

20    BY ATTORNEY LAU:

21         Q.   And my question is:  Does that

22    market share refer to Compass's market

23    share in online home search?

24              ATTORNEY SOLH:  Objection to

25         form.
```

Case 1:25-cv-05201-JAV-SDA    Document 163-3    Filed 12/16/25    Page 4 of 37
COMPASS, INC. v                                                          Robert Reffkin
ZILLOW, INC.                          Outside Counsel Only              September 05, 2025

96

1                    R. REFFKIN - 09/05/2025

2              THE WITNESS:  This market share

3         reflects the -- the total dollar value

4         of transactions closed.

5    BY ATTORNEY LAU:

6         Q.   So the answer to my question is

7    no?

8         A.   The answer to your question is

9    it -- that the total market share -- the

10   market share reflects total dollar value of

11   transactions closed.

12        Q.   Does Compass measure its market

13   share in online home search based on total

14   dollar value of transactions closed?

15             ATTORNEY SOLH:  Objection to

16        form.

17             THE WITNESS:  Does -- Compass

18        does measure market share in home

19        search?  You know, we see those

20        numbers.

21   BY ATTORNEY LAU:

22        Q.   Okay.  What is Compass's market

23   share in online home search?

24        A.   I don't know what that is.

25        Q.   Okay.  Do you know whether that

Case 1:25-cv-05201-JAV-SDA    Document 163-3    Filed 12/16/25    Page 5 of 37
COMPASS, INC. v                                                          Robert Reffkin
ZILLOW, INC.                           Outside Counsel Only            September 05, 2025

97

```
 1                R. REFFKIN - 09/05/2025

 2   market share is increasing or decreasing?

 3        A.   I don't believe that it's moving

 4   in a meaningful way.

 5        Q.   You said that you measure

 6   Compass's market share in online home

 7   search.

 8             How do you measure it?

 9        A.   I don't know.

10        Q.   Do you look at any data on web

11   traffic?

12        A.   I don't know where the numbers

13   come from.

14        Q.   Does Compass subscribe to any

15   third-party data analytics or other

16   providers to measure web traffic?

17        A.   I don't know.

18        Q.   Does Compass measure online home

19   search data for Sotheby's?

20             ATTORNEY SOLH:  Objection to

21        form.

22             THE WITNESS:  I don't know the

23        specific brokerages that are measured.

24   BY ATTORNEY LAU:

25        Q.   Okay.  Have you ever seen data on
```

98

```
 1              R. REFFKIN - 09/05/2025
 2   the market's share percentages for other
 3   brokerages like Sotheby's for online home
 4   search market share?
 5        A.   I believe I would have, but I
 6   don't know for certain.
 7        Q.   And in what context would you
 8   have looked at such market share data?
 9        A.   I think we would have looked at
10   it -- home search data in the context of
11   any combination of our home search -- home
12   search technology efforts or in listing
13   presentation materials to -- that highlight
14   our home search traffic to sellers.
15        Q.   Does Compass subscribe to
16   Comscore?
17        A.   I don't know if Compass
18   subscribes to Comscore.
19        Q.   Does Compass track the number of
20   users who visit Redfin?
21        A.   I don't know if Compass tracks
22   the number of users that go to Redfin.
23        Q.   How about for Homes.com?
24        A.   I don't know if Compass tracks
25   the number of users that go to Homes.com.
```

112

```
 1                R. REFFKIN - 09/05/2025
 2        Q.   Is Compass still using black box
 3   today?
 4        A.   Compass -- the black box is --
 5   the Compass -- Compass still has a black
 6   box.  We are here partially because of the
 7   black box.
 8        Q.   Explain to me what you mean by:
 9   We're here today partially because of the
10   black box?
11        A.   Zillow is telling every homeowner
12   in the country that if you don't give me
13   your listing in one day, I will ban you.
14   And the only way I will not ban you is if
15   you are hidden, if no one can find you, if
16   no one even knows you exist, not even on a
17   black box.
18        Q.   Recognizing that the black box
19   has said different things over different
20   times, what does the black box say today?
21        A.   I don't know what the black box
22   says today.
23        Q.   And do you know what the black
24   box said in April 2025?
25        A.   I don't know exactly what the
```

113

| | |
|---|---|
| 1 | R. REFFKIN - 09/05/2025 |
| 2 | black box said in April 2025. |
| 3 | Q.   Who has been in charge of what |
| 4 | language the black box contains? |
| 5 | A.   The black box.  Who's been in |
| 6 | charge of the black box? |
| 7 | I don't think there's been a |
| 8 | single point of accountability for the |
| 9 | black box. |
| 10 | Q.   Is Compass still doing private |
| 11 | exclusives today? |
| 12 | A.   Compass is still doing Compass |
| 13 | private exclusives today. |
| 14 | Q.   Is Compass still doing Compass |
| 15 | coming soons today? |
| 16 | A.   Homeowners are still choosing to |
| 17 | work with Compass agents to do coming soons |
| 18 | today. |
| 19 | Q.   And then let's turn to 122059 |
| 20 | together, which is Slide 86. |
| 21 | To your knowledge, how many |
| 22 | Compass listings have been delisted from |
| 23 | Zillow's platform? |
| 24 | ATTORNEY SOLH:  Objection to |
| 25 | form. |

114

```
 1                R. REFFKIN - 09/05/2025

 2                THE WITNESS:  I don't know

 3         exactly how many times Zillow has

 4         delisted properties from American

 5         homeowners, because those homeowners

 6         chose to market for more than, I guess,

 7         a day off of their platform.

 8    BY ATTORNEY LAU:

 9         Q.   And in the presentation to the

10    board on July 31, looking at the

11    second-to-last bullet on this page, how

12    many listings did you report had been

13    delisted from Zillow's platforms?

14                ATTORNEY SOLH:  Objection to

15         form.

16                THE WITNESS:  The second-to-last

17         bullet point, you're saying the initial

18         bans bullet point?

19    BY ATTORNEY LAU:

20         Q.   One active listing is now banned

21    and appears off market on Zillow.

22                Do you see that language?

23         A.   I hear -- I hear --

24                ATTORNEY SOLH:  Objection to

25         form.
```

121

```
 1              R. REFFKIN - 09/05/2025

 2       coming soon on -- on Compass.com.

 3   BY ATTORNEY LAU:

 4       Q.   Have any Compass private

 5   exclusive or coming soon listings been

 6   removed or blocked from Compass.com because

 7   of Zillow's listing access standards?

 8              ATTORNEY SOLH:  Objection to

 9          form.

10              THE WITNESS:  I'm sorry.  This

11          is -- if you can please -- do that

12          question again.  It's the -- can you

13          please ask that question again?  Yeah.

14              ATTORNEY LAU:  Could you read it

15          back?

16              (The following question was read

17              back:

18              "QUESTION:  Have any Compass

19              private exclusive or coming soon

20              listings been removed or blocked

21              from Compass.com because of

22              Zillow's listing access

23              standards?")

24              THE WITNESS:  Removed or blocked

25          from Compass.com.  Have any Compass
```

122

1             R. REFFKIN - 09/05/2025

2        coming -- private exclusive or coming

3        soons been removed or blocked?

4             Are you saying removed or blocked

5        by Zillow or are you saying removed or

6        blocked by the fear of Zillow?

7             Are you saying, like, Zillow went

8        into our site and removed or blocked?

9             Are you saying the policy -- the

10       policy created so much fear that it

11       removed or blocked?

12            Or -- I'm just not clear exactly

13       to -- because I don't think you're

14       saying did Zillow physically go into

15       our site and remove or block.

16            And so I'm not really sure what

17       you're asking.

18   BY ATTORNEY LAU:

19       Q.   My question is not about Zillow's

20   conduct.

21       A.   Yeah.

22       Q.   My question is:  Has Compass

23   removed or blocked any of its private

24   exclusive or coming soon listings from

25   Compass.com because of Zillow's listing

123

1              R. REFFKIN - 09/05/2025

2    access standards?

3              ATTORNEY SOLH:  Objection to

4         form.

5              THE WITNESS:  When you say,

6         "Compass," you mean, like, the company,

7         me?  I'm not a slave to Zillow, so I

8         don't think I would, like, say, yes,

9         Zillow, I'm going -- that doesn't seem

10        like something I would do.

11             But our homeowners saying that

12        they're terrified or agents saying that

13        they're absolutely terrified by the

14        Zillow ban and the fear, they feel like

15        they have a gun to their head, saying

16        if you don't give me a listing in 24

17        hours, you market anywhere else, I will

18        ban you, and do they take it off

19        because of that?  Yes, they're

20        terrified.  But does -- do I --

21   BY ATTORNEY LAU:

22        Q.   Which specific homeowner has

23   removed their listing from Compass.com

24   because of Zillow's listing access

25   standards?  Give me a name.

124

R. REFFKIN - 09/05/2025

1

2        ATTORNEY SOLH:  Objection to

3    form.

4        THE WITNESS:  I do not have the

5    name memorized, but there is -- there

6    are people.  And as an example -- gosh,

7    you know, when I speak -- I travel

8    across the country.

9  BY ATTORNEY LAU:

10     Q.  I would like a specific name of

11  one homeowner that has removed their

12  private exclusive or coming soon listing

13  from Compass.com because of Zillow's

14  listing access standards.

15        ATTORNEY SOLH:  Objection to

16    form.

17        THE WITNESS:  One homeowner that

18    removed their listing from Compass.com

19    because of the Zillow ban?

20  BY ATTORNEY LAU:

21     Q.  Yes.

22     A.  I don't have a photographic

23  memory.

24     Q.  Okay.  So as you sit here today,

25  you cannot identify a single homeowner by

125

```
 1                    R. REFFKIN - 09/05/2025

 2     name who has removed their Compass private

 3     exclusive or coming soon listing from

 4     Compass.com as a result of Zillow's listing

 5     access standards?

 6               ATTORNEY SOLH:  Objection to

 7          form.

 8               THE WITNESS:  Yeah, I -- I don't

 9          have a photographic memory to remember

10          the name of what you're asking.

11               ATTORNEY SOLH:  Ms. Lau, if

12          you're close to being done with this

13          line of questioning, because we've been

14          going an hour and 10 minutes; so...

15               ATTORNEY LAU:  We can go off the

16          record.

17               ATTORNEY SOLH:  Okay.

18               THE VIDEOGRAPHER:  The time right

19          now is 11:30 a.m.

20               We're off the record.

21               (Whereupon, a recess was taken at

22               11:30 a.m.)

23               THE VIDEOGRAPHER:  The time right

24          now is 11:46 a.m.

25               We're back on the record.
```

1        R. REFFKIN - 09/05/2025

2    BY ATTORNEY LAU:

3        Q.   Does Zillow's listing access

4    standards limit or impact eXp's ability to

5    display Compass listings?

6        A.   I don't -- I don't know.

7        Q.   Is Compass aware of any of its

8    listings being blocked by eXp since

9    April 2025?

10        A.   If you're an eXp agent working

11    with a buyer that -- and you or your -- the

12    eXp agent or the eXp agent's buyer is

13    searching Zillow, then that agent and their

14    buyer would not be able to see the Compass

15    listing that's banned.

16        Q.   My question is different.

17             On eXp's own brokerage website

18    showing listings, are you aware of eXp

19    blocking any Compass listing from eXp's

20    website since April 2025?

21        A.   I am not aware of any listing

22    that eXp has blocked from Compass being on

23    their site.

24        Q.   Does Zillow's listing access

25    standards limit or impact any other

127

1              R. REFFKIN - 09/05/2025

2    brokerages' ability to display Compass

3    listings?

4         A.   Their agreement with Redfin

5    results in the Redfin ban and the Zillow

6    ban, which both block listings that aren't

7    on their platforms.

8         Q.   Let's put Redfin aside for a

9    moment.

10             Does Zillow's listing access

11   standards impact any other brokerages'

12   ability to display Compass listings?

13             ATTORNEY SOLH:  Objection to

14        form.

15             THE WITNESS:  I believe it does.

16        There are MLSes that let us -- that let

17        Compass share listings on brokerages

18        internal sites with them -- with them

19        not being on the public consumer sites.

20   BY ATTORNEY LAU:

21        Q.   Are you aware of any other

22   brokerage blocking any Compass listing from

23   their own brokerage websites since

24   April 2025?

25             ATTORNEY SOLH:  Objection to

128

```
 1            R. REFFKIN - 09/05/2025

 2       form.

 3            THE WITNESS:  I am not aware of

 4       any brokerage blocking; however, there

 5       are brokerages that would have had

 6       access to listings they now cannot have

 7       access to because of the Zillow ban.

 8   BY ATTORNEY LAU:

 9       Q.   Are you aware of Redfin blocking

10   any Compass listing on Redfin.com since

11   April 2025?

12            ATTORNEY SOLH:  Objection to

13       form.

14            THE WITNESS:  I am aware of

15       listings that did not show up on

16       Redfin.  I've heard of -- I've heard of

17       listings that have not shown up on

18       Redfin, but I don't know if that was

19       their -- the Redfin ban or just a

20       technology error on someone's part.

21   BY ATTORNEY LAU:

22       Q.   To your understanding, has Redfin

23   implemented any listing access standards

24   following its April 14 announcement?

25       A.   To my understanding, Redfin has
```

129

```
 1              R. REFFKIN - 09/05/2025

 2   not implemented the Redfin ban following --

 3   has not implemented the Redfin ban and

 4   expects to implement the Redfin ban in

 5   September.

 6        Q.   I'm handing you what's been

 7   marked Exhibit 167, which is Bates labeled

 8   CZ_COMP_111479.

 9              (Whereupon, Exhibit 167 is marked

10              for identification.)

11              THE WITNESS:   Thank you.

12   BY ATTORNEY LAU:

13        Q.   And, for the record, this is an

14   email chain between Compass and CoStar

15   dated between June 23 and July 14.

16              Mr. Reffkin, CoStar owns

17   Homes.com; is that right?

18        A.   I believe CoStar owns Homes.com.

19        Q.   And I'm going to direct your

20   attention to 111487.

21        A.   1487.

22        Q.   And at the top of the page, we

23   see that on June 23, Sibi Ravi Shanthi

24   writes in the second sentence:   As

25   discussed, attached is an example output of
```

130

```
 1              R. REFFKIN - 09/05/2025

 2   listings we expect to be banned by Zillow

 3   based on the number of days they were

 4   premarketed as coming soon.

 5           Did I read that correctly?

 6      A.   I believe it says:  As discussed,

 7   attached is an example output of listings

 8   we expect to be banned by Zillow based on

 9   the number of days that they were

10   premarketed as coming soon.

11      Q.   Okay.  And then can you read

12   Ms. Sibi's third paragraph that begins:  To

13   be clear?

14      A.   To be clear, going forward, we

15   will be sending a daily list of the active

16   listings from only the previous day that

17   were premarketed as Compass coming soon for

18   more than one business day to ensure timely

19   boost for agents.  Please let us know --

20   I'll stop there.

21      Q.   Thank you.

22           So Compass has a process in place

23   to push to Homes.com the listings that

24   Compass believed would violate Zillow's

25   listing access standards?
```

Robert Reffkin
September 05, 2025

131

```
 1                R. REFFKIN - 09/05/2025

 2                ATTORNEY SOLH:  Objection to

 3          form.

 4                THE WITNESS:  "Violate."  Yeah,

 5          I'm sorry.  It's hard for me to say

 6          that sentence.  The Zillow ban -- yeah.

 7          Like, you have to -- I'm sorry.  You

 8          have to reread the question.  When you

 9          said the word "violate," I

10          completely -- I think I forgot

11          everything.

12     BY ATTORNEY LAU:

13          Q.   Compass had a process in place to

14     share with Homes.com the listings that it

15     believed might be taken down by Zillow; is

16     that correct?

17                ATTORNEY SOLH:  Objection to

18          form.

19                THE WITNESS:  Look, I don't know

20          what this is.  I didn't -- I don't

21          think I'm on this email.  So I just

22          don't know what this is.

23     BY ATTORNEY LAU:

24          Q.   Okay.

25          A.   I don't believe I know who Brian
```

132

```
 1              R. REFFKIN - 09/05/2025
 2   is at Homes.com or -- I don't believe I
 3   know Andy Stearns.
 4        Q.   Are you aware that Homes.com
 5   offered to boost Compass listings that were
 6   impacted by Zillow's listing access
 7   standards?
 8        A.   I'm aware that Homes.com did what
 9   any competitor should want to do, which
10   Redfin did not do.  They took -- took the
11   opportunity to tell the world, we have
12   something that Zillow doesn't have.
13           Again, that's what any competitor
14   would naturally do, which I thought Redfin
15   would have done, unless your -- in
16   conclusion.  But, yeah, that's what --
17   Homes.com is boosting listings banned by
18   Zillow.
19           And in so -- doing so, not just
20   helping the individual American homeowner
21   fight it -- against a monopolist and create
22   choice versus control, but also Homes.com
23   in doing so is garnering the respect and --
24   and appreciation from the agent community
25   who doesn't want to -- who doesn't believe
```

133

```
 1              R. REFFKIN - 09/05/2025

 2    that Zillow should dictate how every

 3    individual American homeowner and their

 4    agent have to market homes.

 5         Q.   And did Homes.com, in fact, boost

 6    Compass listings that were impacted by

 7    Zillow's listing access standards?

 8         A.   I -- I know of -- of one case

 9    where they boosted.

10         Q.   Do you know if Compass is

11    continuing to communicate with Homes.com to

12    help boost threatened Compass listings?

13         A.   I do not know if home -- if

14    Compass is currently in communication with

15    Homes.com about boost.

16         Q.   To your knowledge, Homes.com has

17    not withdrawn its offer to boost Compass

18    listings that are impacted by LAS?

19         A.   To -- to my knowledge, Homes.com

20    has not -- has not withdrawn its support of

21    the individual American homeowner and their

22    agent in boosting listings that are banned

23    by the monopolist Zillow.

24         Q.   In or around May 14, 2025, did

25    you participate in a fireside chat at
```

134

```
 1            R. REFFKIN - 09/05/2025

 2   J.P. Morgan?

 3        A.   I don't know the exact date that

 4   there was a fireside chat with J.P. Morgan,

 5   but I do believe I went to a J.P. Morgan

 6   conference.  And -- and I do believe there

 7   was a fireside chat with the J.P. Morgan

 8   analyst.

 9        Q.   Okay.  And did you present or

10   speak at that J.P. Morgan fireside chat to

11   investors and analysts?

12        A.   I believe there was -- there was

13   a fireside chat where it was me and the

14   analyst and call it maybe 15 to 20 people.

15        Q.   And it's important to be accurate

16   and truthful when you are presenting to

17   investors and analysts, correct?

18        A.   I believe it's important to be

19   accurate and truthful when speaking to

20   analysts and investors.

21        Q.   And did you prepare talking

22   points for that fireside chat with

23   Mr. Soham Bhonsle?

24        A.   There were talking points for

25   that fireside chat.
```

176

```
 1                R. REFFKIN - 09/05/2025

 2        A.   I, Robert Reffkin, certify that:

 3   1, I have reviewed this quarterly report on

 4   Form 10-Q of Compass Inc.; 2, based on my

 5   knowledge, this report does not contain any

 6   untrue statements of material fact or omit

 7   to state a material fact necessary to make

 8   the statements made in light of the

 9   circumstances under which such statements

10   were made, not misleading with respect to

11   the period covered by this report.

12        Q.   And at the bottom of the page,

13   that is your electronic signature?

14        A.   That is my electronic signature.

15        Q.   And the date of your

16   certification is on or about August 4,

17   2025?

18        A.   The date of the signature is on

19   or about August 4.

20        Q.   And you certified the

21   completeness and accuracy of all of the

22   information in this quarterly 10-Q on

23   August 4, 2025?

24             ATTORNEY SOLH:  Objection to

25        form.
```

177

```
 1                 R. REFFKIN - 09/05/2025

 2              THE WITNESS:  What I said is:  I

 3         have reviewed this quarterly report on

 4         Form 10-Q of Compass Inc.; and, 2,

 5         based on my knowledge, this report does

 6         not contain any untrue statement of

 7         material fact or omit to state a

 8         material fact necessary to make the

 9         statements made in light of the

10         circumstances under which such

11         statements was made, not misleading

12         with respect to period covered by the

13         report.

14     BY ATTORNEY LAU:

15         Q.   And as you sit here today, do you

16     have any reason to believe that the

17     information contained in this 10-Q

18     securities filing is not accurate and

19     complete?

20         A.   I -- there's nothing that I know

21     of, to my understanding, that makes this

22     10-Q inaccurate.

23         Q.   Okay.  I'm going to turn your

24     attention to Page 42 of this document, and

25     the same section, Item 1(a) Risk Factors,
```

178

```
 1                R. REFFKIN - 09/05/2025

 2    please.

 3         A.   I'm there.

 4         Q.   Okay.  This was the first

 5    opportunity for Compass to disclose the

 6    Zillow listing access standards as a risk

 7    factor since their announcement in

 8    April 2025; is that right?

 9              ATTORNEY SOLH:  Objection to

10         form.

11              THE WITNESS:  Can you -- I'm

12         sorry.  There was a lot.  Can you

13         please ask the question again or repeat

14         the question?

15    BY ATTORNEY LAU:

16         Q.   This is Compass's first

17    securities filing since Zillow announced

18    its listing access standards; is that

19    correct?

20              ATTORNEY SOLH:  Objection to

21         form.

22              THE WITNESS:  This is Q1,

23         August -- no -- let me see.  When was

24         the first one?

25              So this was August, so July...
```

179

```
 1                    R. REFFKIN - 09/05/2025

 2              We had -- no, there was another

 3        one before this.

 4   BY ATTORNEY LAU:

 5        Q.    Which one was that?

 6        A.    It was the Q -- it was the 10-Q

 7   ending on -- on -- in the end of Q1.  So it

 8   was -- it would have ended in Q1, and it

 9   would have been certified instead of

10   August for three months earlier, three

11   months earlier would be May --

12        Q.    Uh-huh.

13        A.    -- I believe and then May is

14   after the April 10 announcement.

15        Q.    Okay.  So looking at Item 1(a),

16   Risk Factors.

17        A.    I'm there.

18        Q.    In that prefatory paragraph, and

19   I'm looking at the last sentence of it, it

20   says:  There have been no material changes

21   to the risk factors set forth in our 2024

22   Form 10-K except for the decision of the

23   following risk factor.

24              Do you see that language?

25        A.    I see this language.
```

180

1              R. REFFKIN - 09/05/2025

2        Q.   And it lists recent changes in

3    U.S. tariff policies.

4              Do you see that?

5                ATTORNEY SOLH:  Objection to

6        form.

7                THE WITNESS:  I see that.

8    BY ATTORNEY LAU:

9        Q.   Are Zillow's listing access

10   standards identified as an additional risk

11   factor here?

12               ATTORNEY SOLH:  Objection to

13       form.

14               THE WITNESS:  Let me just take

15       the time to read it.

16               (Pause for reading/reviewing.)

17               THE WITNESS:  I don't see Zillow

18       mentioned here.

19   BY ATTORNEY LAU:

20       Q.   If Compass had deemed Zillow's

21   listing access standards to be a material

22   risk factor, Compass was required by

23   securities laws to disclose it to

24   investors; is that correct?

25               ATTORNEY SOLH:  Objection to

181

```
 1              R. REFFKIN - 09/05/2025
 2         form.
 3              THE WITNESS:  This is what I --
 4         this is what I rely on lawyers for.
 5         But we did disclose everything to
 6         investors in our lawsuit.  It was very
 7         public, and I think we outlined
 8         everything -- I don't think there was
 9         an investor that doesn't know about our
10         claims.
11    BY ATTORNEY LAU:
12         Q.  My question, again, is:  If
13    Compass had deemed Zillow's listing access
14    standards to be a material risk factor, it
15    was required by securities laws to disclose
16    it to investors in this securities filing,
17    correct?
18              ATTORNEY SOLH:  Objection to
19         form.
20              THE WITNESS:  I'm not a
21         securities lawyer.  This is what I
22         count on our lawyers for.
23    BY ATTORNEY LAU:
24         Q.  And do you believe that your
25    securities lawyers would have counseled you
```

                                                                    182

 1                    R. REFFKIN - 09/05/2025

 2    to violate securities law?

 3                    ATTORNEY SOLH:  Objection to

 4          form.

 5                    THE WITNESS:  Again, this is what

 6          I have lawyers for.  We have a really

 7          good team of in-house lawyers about how

 8          -- external lawyers.  This is what I

 9          rely on them for.

10    BY ATTORNEY LAU:

11          Q.    Okay.

12          A.    I'm not an expert in risk factors

13    for -- for 10-Qs and 10-Ks.

14          Q.    And do you trust that your

15    securities in-house and outside lawyers

16    would have helped you understand your

17    obligation to disclose to investors all

18    material risk factors in this 10-Q filing?

19                    ATTORNEY SOLH:  Objection to

20          form.

21                    THE WITNESS:  Again, we have a

22          great team of lawyers internally.  We

23          have great external lawyers.  And I

24          have confidence in these lawyers.

25    ///

183

```
 1              R. REFFKIN - 09/05/2025

 2   BY ATTORNEY LAU:

 3       Q.   You can put those aside.

 4            Do you have personal knowledge of

 5   an agreement between Zillow and Redfin to

 6   boycott Compass?

 7       A.   The day of the Zillow ban, within

 8   less than an hour afterwards, the CEO of

 9   Redfin text me and asked to get on a call.

10   We then -- which I thought was very

11   surprising, because I don't talk to him

12   regularly.

13            That call was -- ended up being

14   at 10:30 at night with my general counsel,

15   his equivalent and our head of strategy.

16            On that call, he said that he

17   agreed to follow -- to implement the Redfin

18   ban.  And -- yeah, there's more in my

19   declaration on that topic.

20       Q.   Did Mr. Kelman use the word

21   "conspiracy" to describe what transpired

22   between Zillow and Redfin during your

23   April 10 phone call?

24            ATTORNEY SOLH:  Objection to

25        form.
```

                                                              184

1                      R. REFFKIN - 09/05/2025

2               THE WITNESS:  I don't remember

3        Mr. Kelman using the word "conspiracy."

4   BY ATTORNEY LAU:

5        Q.   Did Mr. Kelman say there was an

6   agreement to boycott Compass during your

7   April 10 telephone call?

8               ATTORNEY SOLH:  Objection to

9        form.

10              THE WITNESS:  Mr. Kelman did not

11       say the word "boycott."

12  BY ATTORNEY LAU:

13       Q.   What specific words did

14  Mr. Kelman use to describe the agreement

15  between Zillow and Redfin?

16              ATTORNEY SOLH:  Objection to

17       form.

18              THE WITNESS:  You know, this was

19       now many, many months ago.  That was

20       closer to memory when I wrote the

21       declaration.  If I can look at the

22       declaration.

23  BY ATTORNEY LAU:

24       Q.   Yeah, I'm interested in what you

25  recall now.  We'll look at the declaration

185

| 1 | R. REFFKIN - 09/05/2025 |

2    in a minute.

3          What specific words do you

4    recall, as you sit here today?

5                ATTORNEY SOLH:  Objection to

6          form.

7                THE WITNESS:  It was closer to my

8          memory, but I do remember him saying

9          that he agreed.  I do remember him

10         saying it's not good when Compass and

11         Zillow are warring.

12              I do remember him saying that

13         although -- he said that I change his

14         mind on days of market drop history.  I

15         had spoken to him, I believe six months

16         earlier or more, and I asked him -- I

17         said, days on market and price drop

18         history aren't fair to not give sellers

19         an option to not have that on these

20         sites.  They should have an option.

21              I told him days on market is the

22         killer of value.  Price drop history is

23         the killer of value.  And I said there

24         should be another option.  In September

25         he said that he didn't believe in that

186

1          R. REFFKIN - 09/05/2025

2    and he wouldn't do it.

3          But then on this call, he said

4    that he would -- which was surprising

5    to me, because that's what Zillow was

6    saying just in the previous week.  So

7    it was surprising to me that he said he

8    would do something that Zillow said

9    literally the -- in the preceding days.

10         And that's what they said in the

11   August 1 meeting with all the

12   management team.  So I just -- I was

13   very shocked that he was saying the

14   same thing.

15         I was also shocked that how could

16   you get -- to say that you've agreed --

17   like, you couldn't agree in those 41

18   minutes.

19         And, you know, to get a board

20   to -- like, to put something in, like,

21   as the Redfin ban, you have to go to

22   your board.  Like, that's not an easy

23   thing to do.  It's, like, how did he

24   get everyone so quickly?  It didn't

25   make sense.

187

```
 1              R. REFFKIN - 09/05/2025

 2   BY ATTORNEY LAU:

 3        Q.   Mr. Reffkin, I'm going to

 4   redirect you to my question --

 5        A.   Okay.

 6        Q.   -- which is what specific words

 7   did Mr. Kelman use to describe the

 8   agreement between Zillow and Redfin?

 9              ATTORNEY SOLH:  Objection.  Form.

10              THE WITNESS:  He used the word

11        "agreed."

12   BY ATTORNEY LAU:

13        Q.   Okay.  Agreed to what?

14        A.   Again, it was closer to memory,

15   many months ago when I wrote this.  And so

16   I would like to see my declaration.

17        Q.   Okay.  So other than what's

18   contained in your declaration, you don't

19   have any other additional testimony to

20   offer with respect to the description of

21   the agreement between Zillow and Redfin?

22              ATTORNEY SOLH:  Objection to

23        form.

24              THE WITNESS:  Not that I

25        remember.
```

188

```
 1              R. REFFKIN - 09/05/2025

 2   BY ATTORNEY LAU:

 3       Q.   Okay.  And is the reason you want

 4   to rely on your declaration as opposed to

 5   your memory because your counsel helped you

 6   draft your declaration?

 7              ATTORNEY SOLH:  Objection to

 8        form.  Argumentative.

 9              THE WITNESS:  That is not a

10        reason.  This was many, many months

11        ago.

12   BY ATTORNEY LAU:

13       Q.   Did you write down any notes of

14   the April 10 phone call?

15       A.   I don't have any notes of the

16   April 10 phone call.

17       Q.   Redfin announced Redfin's own

18   listing access policies on April 14, 2025.

19              Do you recall that?

20              ATTORNEY SOLH:  Objection to

21        form.

22              THE WITNESS:  I do recall that.

23   BY ATTORNEY LAU:

24       Q.   How do Redfin's announced listing

25   access policies target or boycott or in any
```

189

```
 1              R. REFFKIN - 09/05/2025

 2   way penalize Compass specifically?

 3              ATTORNEY SOLH:  Objection to

 4         form.

 5              THE WITNESS:  Compass is in the

 6         business of giving agents and their

 7         sellers more options, more choices,

 8         more solutions so they can sell their

 9         homes in a better way.  And so agents

10         can win more listings from those

11         sellers.

12              Those options include the Compass

13         three-phased marketing, so you don't

14         have to deal with days on market and

15         price drop history.  And you have prior

16         concerns, again, if you're in the

17         legal --

18   BY ATTORNEY LAU:

19         Q.   Mr. Reffkin --

20         A.   -- and --

21         Q.   -- my question is:  How do

22   Reffkin -- strike that.

23              How do Redfin's announced listing

24   access policies target or boycott or

25   penalize Compass specifically?  I do not
```