# EXHIBIT B

Attorneys Eyes Only                    Kerry Carr - November 07, 2025

                                                                    1

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
2
     ------------------------------
3    COMPASS, INC.,                   :
                                      :Case No.
4           Plaintiff,                :1:25-cv-05201-
     vs.                              :JAV
5                                     :
     ZILLOW, INC.; ZILLOW GROUP,      :
6    INC. and TRULIA, LLC,            :
                                      :
7           Defendants.               :
     ------------------------------
8

9                Oral deposition of KERRY MAJOR

10          CARR, taken at the offices of HANGLEY

11          ARONCHICK SEGAL PUDLIN & SCHILLER, One

12          Logan Square, 27th Floor, Philadelphia,

13          Pennsylvania, beginning at 9:59 a.m.,

14          reported stenographically by Margaret M.

15          Reihl, CCR-NJ, CRR, RPR.

16

17

18

19

20

21

22

23

24

7

1    oath today?

2         A.    Yes.

3         Q.    Okay.  And any reason you can't

4    give truthful and accurate testimony today?

5         A.    No.

6         Q.    Do you think home buyers

7    generally benefit from the broad sharing of

8    listings through the MLS and online?

9              MS. SOLH:  Objection to form.

10             THE WITNESS:  Yes.

11   BY MR. TUTTLE:

12        Q.    How?

13        A.    How do they benefit?

14        Q.    Yes.

15        A.    That's usually where they can

16   find listings and their agent can find listings.

17        Q.    How about sellers, do home

18   sellers generally benefit from the broad sharing

19   of listings through the MLS and online?

20             MS. SOLH:  Objection to form.

21             THE WITNESS:  It depends.

22   BY MR. TUTTLE:

23        Q.    Explain.

24        A.    I would say there are times when

8

1   a seller benefits and at times when they don't

2   benefit from being on the MLS before they're

3   ready or in certain circumstances that they

4   might want to sell it a different way.

5           Q.    Do you agree that for most

6   sellers it makes sense to market the listing to

7   the broadest possible audience of potential

8   buyers?

9               MS. SOLH:  Objection to form.

10              THE WITNESS:  "Most" is a

11          confusing word.  I don't know that.

12          Like I don't think it's a number.  I

13          don't have a number in my mind.

14  BY MR. TUTTLE:

15          Q.    Okay.  Have you, as an agent,

16  benefited from the broad sharing of listings

17  through the MLS and online?

18          A.    Yes.

19          Q.    How?

20          A.    That's where we find listings for

21  our clients at times, through the MLS.

22          Q.    So the sharing of listings allows

23  you to be able to show your buyer clients all

24  the available listings; is that fair?

9

1          A.     Yes.

2          Q.     And from Zillow having access to

3    a lot of available listings, you get leads; is

4    that right?

5          A.     That is correct.

6          Q.     That is another way you benefit

7    from the broad sharing of listings?

8          A.     Yes.

9          Q.     When a listing is in a private

10   exclusive program at one brokerage, are there

11   potential buyers out there who aren't going to

12   know about it?

13         A.     Yes.

14         Q.     Private exclusive listings

15   generally only reach a small subset of buyers,

16   right?

17              MS. SOLH:  Objection to form.

18              THE WITNESS:  I don't know what

19        small -- I don't have a number.

20   BY MR. TUTTLE:

21         Q.     Is it fair to say that a home

22   listed through a private exclusive could be

23   someone's dream home and they wouldn't even know

24   about it?

Attorneys Eyes Only                Kerry Carr - November 07, 2025

10

1          MS. SOLH:  Objection to form.

2          THE WITNESS:  Yeah, that's

3      probably the case, I would guess.

4  BY MR. TUTTLE:

5      Q.    Isn't it more fair for all buyers

6  to have the same chance to see and bid on a home

7  for sale?

8          MS. SOLH:  Objection to form.

9          THE WITNESS:  Not necessarily.

10  BY MR. TUTTLE:

11      Q.    Why not?

12      A.    There might be reasons that the

13  listing isn't ready to go on the market yet and

14  thus, it would be best to be kept in a different

15  stage till the MLS is ready to show it in its

16  best form.

17      Q.    But in general, would you agree

18  that it's more fair if all buyers have the same

19  chance to see and bid on a home for sale?

20          MS. SOLH:  Objection to form.

21          THE WITNESS:  In general -- can

22      you repeat the question?

23  BY MR. TUTTLE:

24      Q.    Yeah.

Attorneys Eyes Only                Kerry Carr - November 07, 2025

11

1                 In general, would you agree that

2     it's more fair if all buyers have the same

3     chance to bid on and see a home that's for sale?

4                 MS. SOLH:  Same objection.

5                 THE WITNESS:  Yes.

6     BY MR. TUTTLE:

7          Q.    If a lot of different brokerages

8     have their own private exclusive programs, a

9     buyer might need to contact many different

10    brokerages to see all the listings that are

11    available; is that fair?

12         A.    Is that fair?

13         Q.    Let me withdraw.

14                Am I right that if a lot of

15    brokerages have their own private exclusive

16    programs, a buyer might need to go to many

17    different brokerages to see all the listings

18    that are available?

19         A.    Yes, they might.

20         Q.    And wouldn't that be a worse

21    situation for buyers, compared to when they can

22    see all the listings on their favorite portal?

23                MS. SOLH:  Objection to form.

24                THE WITNESS:  Sorry, what was the

```
                                                       12
 1         question again?

 2  BY MR. TUTTLE:

 3         Q.    I said if buyers have to contact

 4  many different brokerages to see all the private

 5  exclusives, isn't that a worse situation for

 6  buyers compared to when they can see all the

 7  listings on their favorite portal?

 8              MS. SOLH:  Same objection.

 9              THE WITNESS:  I don't know if

10         it's worse.  It just would take more

11         time.

12  BY MR. TUTTLE:

13         Q.    Makes it harder for the buyer?

14         A.    Yes.

15         Q.    If a lot of brokerages have their

16  own private exclusive programs, could that

17  impact your ability to show your buyer clients

18  all the listings that are on the market?

19         A.    Yes.

20         Q.    How?

21         A.    Well, if we're not allowed to go

22  to those sites and look it up, then I wouldn't

23  be able to show them.  But if their brokerages

24  allow us to contact the agent about the house,
```

13

1  then I think it would allow.

2          Q.    If a lot of brokerages have their

3  own private exclusive programs, could that

4  reduce your buyer leads from Zillow?

5              MS. SOLH:  Objection to form.

6              THE WITNESS:  I don't know the

7          answer to that.

8  BY MR. TUTTLE:

9          Q.    If a lot of brokerages are using

10  private exclusive programs, could that make you

11  more dependent on Compass for leads?

12              MS. SOLH:  Objection to form.

13              THE WITNESS:  Make me more

14          dependent on Compass for leads.  I don't

15          know.  I'm not dependent on Compass for

16          leads right now.

17  BY MR. TUTTLE:

18          Q.    Currently you're not, but in a

19  world where -- in a world where all the

20  brokerages have their own exclusive inventory --

21          A.    Okay.

22          Q.    -- in that world, do you think

23  you would be more dependent on Compass for

24  leads?

Attorneys Eyes Only                Kerry Carr - November 07, 2025

14

1                    MS. SOLH:  Objection to form.

2                    THE WITNESS:  I might be able to

3            go to several sources like Google or

4            Homes.com or Realtor.com or Compass.com.

5    BY MR. TUTTLE:

6            Q.    Sure.  But compared to the world

7    today, in a world where a lot of brokerages have

8    their own private listing networks, do you see

9    yourself potentially being more dependent on

10   Compass for leads?

11                   MS. SOLH:  Object, object to

12           form.

13                   THE WITNESS:  I think I would

14           find a different lead source.

15   BY MR. TUTTLE:

16           Q.    If private exclusive programs

17   become prevalent, what impact do you think that

18   would have on small or independent brokers?

19                   MS. SOLH:  Objection to form.

20                   THE WITNESS:  I don't know.  I

21           don't know any small independent

22           brokerages.

23   BY MR. TUTTLE:

24           Q.    Is it fair to say that there's

18

1    and sellers?

2            A.    I don't know the exact number,

3    but as of today it's a little less than half,

4    probably 40% sellers and 60% buyers.

5            Q.    Where do most of your buyer leads

6    come from?

7            A.    Most of our team buyer leads come

8    from Zillow Flex program.

9            Q.    How about you personally?  Where

10   do your buyer leads come from?

11           A.    I am a repeat and referral.  I

12   call it SOI, sphere of influence.

13           Q.    Meaning referrals from other

14   clients that you've had?

15           A.    Or friends or family.

16           Q.    Okay.  Where else do you and your

17   team's leads come from?

18           A.    We get our leads from many

19   different sources.  One source is other Compass

20   agents referring to our area.  One source is

21   Zillow Flex.  Another source is past clients.

22   Another source is sphere of influence.  Another

23   source is calls on our listing signs, sign

24   calls.  And I have a couple more smaller groups

19

1    like networking groups, BNIs, and then

2    occasionally we'll get a call through our

3    website.

4          Q.      Which website?

5          A.      My personal website.

6          Q.      Do you get many leads from

7    Compass.com?

8          A.      We have gotten, I think, two

9    leads that have closed.  One to two.  It hasn't

10   been much.

11         Q.      Over what period of time?

12         A.      Last two years.

13         Q.      Just so I'm clear, in the last

14   two years, your team has gotten maybe one or two

15   leads from Compass.com that closed?

16         A.      That closed.  I know of -- let me

17   rephrase.  I know of one lead personally that I

18   closed from the Compass.com lead system.

19         Q.      Do you have a sense that your

20   buyer clients are generally using Compass.com to

21   search for homes?

22         A.      I think that at first they search

23   for homes on other sites till they meet us, and

24   then we get them on Compass.com to search in our

20

1   collections.

2           Q.      How do you get them on

3   Compass.com?

4           A.      We invite them to our -- to their

5   client portal.

6           Q.      Do the buyers you work with, from

7   what you can tell, think of Compass.com and

8   Zillow.com as interchangeable?

9           A.      No.

10          Q.      Why not?

11          A.      I think they're just very

12  different platforms.

13          Q.      How so, specifically for buyers?

14          A.      Specifically for buyers, I just

15  think the interface on the phone is different on

16  how they search.  In Compass.com we might have a

17  very specified search set up for them that tells

18  them how many beds, how many baths, neighborhood

19  choices, square footage, and they might not have

20  that same search setup in Zillow.  It's just set

21  up in a different manner.

22          Q.      From your perspective, is

23  Compass.com more of a tool for home search like

24  Zillow for buyers or more of a tool for

21

```
 1    customers to work with Compass agents?
 2                  MS. SOLH:  Objection to form.
 3                  THE WITNESS:  Well, there's two
 4           parts.  Which part are you talking
 5           about?
 6    BY MR. TUTTLE:
 7           Q.    I'm trying to understand from
 8    your working with buyers --
 9           A.    Yeah.
10           Q.    -- how they're using Compass.com
11    predominantly.  Is it a tool to work with you as
12    their agent, or is it a tool they're mostly
13    using for home search?
14                  MS. SOLH:  Objection to form.
15                  THE WITNESS:  Yeah, I can just
16           speak for my buyers that I work with.
17           They use it in two different ways, in
18           different stages.  They use it for
19           searching at the beginning.  And then
20           when they're under contract, everything
21           is in the Compass One platform.  All the
22           documents and the next steps and our
23           E-signing and a checklist of things to
24           do comes from Compass.com, so I think
```

22

```
 1          they switch from one part of Compass.com

 2          to the next.

 3  BY MR. TUTTLE:

 4          Q.    How many total buyers and sellers

 5  have you and your team represented this year

 6  roughly?

 7          A.    This year, I don't know the exact

 8  breakdown of the number.  We have under contract

 9  and pending and closed 207 buyers and sellers

10  combined.

11          Q.    And you don't know how many you

12  have, just an exclusive -- on the seller's side,

13  how many you have an exclusive seller agreement

14  with?

15          A.    No, I do not have that number.

16          Q.    How about you personally?  How

17  many total buyers and sellers have you

18  represented this year, roughly?

19          A.    I am at 35 -- either closed or

20  pending to be closed -- total, and I'd have to

21  look it up what the number is.  I'm more --

22  definitely more sellers than buyers of that

23  number.

24          Q.    So I guess what's your breakdown,
```

23

```
1    sellers and buyers?
2            A.     Yeah, that's what I was talking
3    about, my breakdown.
4            Q.     Because you said earlier 40%
5    sellers, 60% buyers for your team?
6            A.     Yes.
7            Q.     And you personally, what's your
8    breakdown?
9            A.     I'm higher sellers than buyers
10   this year.
11           Q.     Could you ballpark the breakdown?
12           A.     I would be guessing, but I would
13   say maybe 60/40.
14           Q.     Okay.  Do you -- do you do
15   Compass coming soons for your listings?
16           A.     Sometimes.
17           Q.     Roughly what portion of your
18   listings go through Compass coming soons?
19           A.     I don't know the answer to that.
20           Q.     What are the circumstances where
21   you do Compass coming soons or where you
22   recommend it versus where you don't?
23           A.     Compass coming soon is really
24   just a brief stage between, you know, being off
```

```
                                                        32
1              A.     Sorry, I'm guessing.
2              Q.     Did you have other listings in
3    Phase I where the seller got an offer but didn't
4    take it?
5              A.     Yes.
6              Q.     How many times did that happen?
7              A.     That happened once.
8              Q.     Why didn't the seller take it?
9              A.     It wasn't good enough.
10             Q.     How do they know?
11             A.     They have an idea in their mind
12   that we discuss before going to private
13   exclusive.  We call it their dream price and
14   their dream terms.  If someone walked in off the
15   street and said, "I'll give you a million
16   dollars for your home, and you don't have to
17   move out for a year, would you take that," that
18   would be an example of a dream price and dream
19   terms.
20             Q.     Does Compass offer agents
21   incentives to use three-phase marketing?
22             A.     I don't think so.  We have a
23   Compass digital ad that the -- Compass coming
24   soon phase.  They do a hundred dollars of
```

33

1    marketing.

2            Q.     Any other incentives that you can

3    think that you receive?

4            A.     No.

5            Q.     You're aware that Zillow

6    announced back in April that it would have a

7    listing access -- set of listing access

8    standards under which it would not carry

9    listings that were marketed selectively for more

10   than a day before being shared with the MLS; is

11   that right?

12                  MS. SOLH:  Objection to form.

13                  THE WITNESS:  I am aware that

14            Zillow access standards in April said

15            they would not put listings that were

16            publicly marketed before the MLS, before

17            they went in the MLS on Zillow.

18   BY MR. TUTTLE:

19            Q.     For more than a day?

20            A.     For the MLS rules, yeah.  It was

21   confusing at first.

22            Q.     Did you get any guidance from

23   Compass about whether Compass's three-phase

24   marketing program was consistent with or would

34

1   violate Zillow's standards?

2           A.     Yes.

3           Q.     What was that guidance?

4           A.     Well, we were confused at first

5   what that meant because we are not publicly

6   marketing it in private exclusives, so we asked

7   "does this affect us?"  And Compass said no.

8           Q.     Who said no?

9           A.     Compass leadership, management,

10  brokerage, brokers of record.

11          Q.     So do you remember when you got

12  that guidance?

13          A.     I think there was -- we had a lot

14  of collaboration meetings about it in May or

15  June.

16          Q.     And in those May and June

17  meetings, they told you that the Compass

18  three-phase marketing program would not violate

19  Zillow's listing access standards?

20              MS. SOLH:  Objection to form.

21              THE WITNESS:  Yes, they said

22          something to that effect, that it was

23          not -- at least that's how I'm

24          interpreting it -- that it was not going

35

1              to violate it because we do not public

2              market it in private exclusive.

3    BY MR. TUTTLE:

4         Q.     So I guess I want to -- focusing

5    on private exclusives specifically.

6         A.     Okay.

7         Q.     That would be helpful.

8                What was the guidance about

9    whether a listing put through Phase I private

10   exclusive would violate Zillow's listing access

11   standards?

12        A.     According to the listing access

13   standards we got at that time, it did not

14   violate it.

15        Q.     And what's the time that you're

16   talking about?

17        A.     May and June.

18        Q.     And did Compass' guidance to you

19   about whether Phase I complies with the listing

20   access standards ever change?

21        A.     Has it changed?  I think

22   everybody is confused when Zillow started

23   flagging listings as being publicly marketed in

24   private exclusive when they weren't.  That's

36

1    happened in the last couple months.

2              Q.     And have you asked Compass

3    whether the private exclusives comply or don't

4    comply with Zillow's listing access standards?

5              A.     Yes.

6              Q.     And what have they told you?

7              A.     I think that they are confused as

8    well because we're not publicly marketing it,

9    and that's what Zillow access standards said.

10   I'm confused too.

11             Q.     When did you -- when did you

12   first hear from Compass that there was confusion

13   about -- let me back up.

14                    You said you got guidance in May

15   and June that the listing -- that the private

16   exclusives complied with the listing access

17   standards?

18             A.     Yes.

19             Q.     When did you first hear that

20   that -- from Compass that that might not be the

21   case?

22             A.     I don't think I was hearing from

23   Compass.  It was hearing that we got warning

24   letters.

37

1          Q.      And when did you hear about that?

2          A.      When people started getting

3    warning letters.  Probably September, October.

4          Q.      So in the September and October

5    timeframe, you heard about people getting

6    warning letters for private exclusives?

7          A.      Yes.

8          Q.      And then did you at that time ask

9    Compass what was going on?

10          A.      Yes.

11          Q.      And what did they tell you at

12    that time?

13          A.      I think everybody was confused as

14    to why Zillow is considering that public

15    marketing when we're not public marketing it.

16    So they just said, "Hang tight, and we'll try to

17    get some clarification from Zillow."

18          Q.      So the Compass representatives

19    you talked to said they didn't know why Zillow

20    was treating those private exclusives as

21    violating the standards?

22          A.      Correct.

23          Q.      Do you know -- and who at Compass

24    were you talking to about that?

38

```
 1          A.     John Bilek.

 2          Q.     Who is John Bilek?

 3          A.     He is a regional vice president,

 4   I think, of our region.

 5          Q.     And is he someone that --

 6   actually, sorry, I'll come back to that.  I

 7   forgot my question.

 8                 Anyone else that gave you -- that

 9   told you they didn't know why?

10          A.     I think it was just in general.

11   We just asked questions of all of our managers,

12   and it didn't make sense to us.

13          Q.     Did you also get -- did you get

14   into contact with Will Hardy at Compass?

15          A.     Not at that time, no.

16          Q.     Did you get in touch with him

17   more recently in October?

18          A.     When I got my own listing

19   flagged.

20          Q.     Right.  And did you also

21   understand from him that he did not understand

22   why your listing was flagged?

23          A.     We talked about it, about the

24   possible reasons because I went through
```

Attorneys Eyes Only                  Kerry Carr - November 07, 2025

55

1    upper right of the right-hand side there's a

2    black box.

3                  Do you see that?

4         A.    Yes.

5         Q.    And it says "Compass private

6    exclusives, unlock 121 (2%) more homes you won't

7    find anywhere else.  Listings are only private

8    online.  All buyers and agents can access in our

9    offices or by contacting Compass."

10                 And then there's a button that

11   says "See Private Exclusives"; do you see that?

12        A.    Yes.

13        Q.    For consumers to click on?

14        A.    Yes.

15        Q.    Okay.  Prior to me just showing

16   you now, are you familiar with that thing that

17   I'm calling the black box?

18        A.    No.

19        Q.    Have you ever, to your knowledge,

20   gotten a serious buyer inquiry from someone

21   clicking on that black box?

22        A.    I don't know.

23        Q.    Okay.  Do you know if showing up

24   in that black box is mandatory for all Compass

56

1   private exclusive listings in Phase I, or can a

2   seller choose to not have it show up in the

3   black box?

4                   MS. SOLH:  Objection to form.

5                   THE WITNESS:  I don't know.

6   BY MR. TUTTLE:

7           Q.    Has anyone from Compass told you

8   that Zillow considers the inclusion of a listing

9   in the black box to be public marketing of the

10  listing?

11          A.    I don't know what listings are

12  shown here.  I thought you click on this to get

13  connected to an agent.

14          Q.    And I appreciate that, but my

15  question is a little different.

16          A.    Okay.

17          Q.    Has anyone from Compass told you

18  that Zillow considers the inclusion of a listing

19  in that black box to be a public marketing of

20  the listing?

21          A.    No.

22          Q.    Are you aware that Zillow's

23  position is that including a Compass private

24  exclusive listing in that black box violates the

57

1  listing access standards?

2          A.      So when I got the flag letter and

3  I kept going back to Zillow to ask how it was

4  publicly marketing, they referred me to

5  frequently asked questions that I've never seen

6  before in the Zillow access standards.  And

7  under the frequently asked questions, I believe

8  it does say that if there is a button on a

9  website that you can press to see them, which

10  isn't exactly true, but that would be considered

11  public marketing.

12          Q.      So prior to seeing the FAQs from

13  Zillow -- this was in October?

14          A.      Yes.

15          Q.      Prior to that, were you aware

16  that Zillow's position was that including a

17  Compass private exclusive listing in the black

18  box results violates Zillow's listing access

19  standards?

20              MS. SOLH:  Objection to form.

21              THE WITNESS:  No.

22  BY MR. TUTTLE:

23          Q.      Has anyone from Compass ever told

24  you that all Compass private exclusive listings

58

1  violate Zillow listing access standards?

2          A.    No.

3          Q.    Would it have made a difference

4  to you to know that Zillow considers all Compass

5  private exclusive listings to violate the

6  listing access standards because of the black

7  box?

8                MS. SOLH:  Objection to form.

9                THE WITNESS:  Yes.

10  BY MR. TUTTLE:

11          Q.    How?

12          A.    Well, then I would be afraid to

13  put that in private exclusives for the fear it

14  wouldn't show up on Zillow.

15          Q.    You would certainly want to

16  disclose that information to your sellers,

17  right?

18          A.    Yeah, and I would tell them not

19  to do it.

20          Q.    If you knew that Compass

21  considers all Compass -- sorry, let me start

22  over.

23                If you knew that Zillow considers

24  all Compass private exclusives to violate the

59

```
 1   listing access standards if they show up in

 2   those black boxes, is that something that you

 3   would want to update the disclosure form to tell

 4   customers?

 5            MS. SOLH:  Objection to form.

 6            THE WITNESS:  I have nothing to

 7        do with the disclosure forms that I'm

 8        forced to sign, but I verbally try to

 9        summarize everything in there as clear

10        as possible to my sellers, and I would

11        disclose that verbally.

12   BY MR. TUTTLE:

13        Q.    What would be your reaction to

14   finding out that Compass's executives have known

15   since at least May that Compass private

16   exclusives violate Zillow's listing access

17   standards because of the black box?

18        A.    I don't know.

19        Q.    How does that make you feel?

20            MS. SOLH:  Objection to form.

21            THE WITNESS:  I don't know.

22   BY MR. TUTTLE:

23        Q.    Would that be surprising to you?

24        A.    Well, I think that I would be
```

66

1    listing, correct?

2            A.    Yes.

3            Q.    Okay.  And so you then

4    recommended moving forward to the next stage of

5    public market as soon as you could?

6            A.    Yes.

7            Q.    And there they would be able to

8    do a marketing blitz on all social platforms and

9    over 700 websites?

10           A.    Yes.

11           Q.    The sellers were disappointed to

12   hear that there had been no interest in the home

13   in the private exclusive phase, right?

14           A.    Yes.

15           Q.    And you told them that that was

16   normal?

17           A.    At the price they put it up as,

18   yes.

19           Q.    So let's take a look at what you

20   wrote in your top e-mail.  You see that you're

21   responding to an e-mail from the seller that

22   says "somewhat disappointing to hear."

23                 Do you see that?  On the first

24   page there's an e-mail that begins near the

67

1    bottom?

2            A.     Oh, yes.

3            Q.     I'm trying not to use the name,

4    but there's a Mr. N --

5            A.     Yes.

6            Q.     -- who says "somewhat

7    disappointing to hear," right?

8            A.     Yes.

9            Q.     And then you respond with the

10   time that works for you, and you say "This is

11   not unexpected as sometimes this stage works and

12   other times we need to speed it up to get it on

13   the market publicly to the entire market."

14               Do you see that?

15           A.     Yes.

16           Q.     Okay.  So it was not unexpected

17   that a private exclusive would not attract

18   offers?

19               MS. SOLH:  Objection to form.

20               THE WITNESS:  Yes, because

21         this -- most sellers try to put it up at

22         a higher price than what the market can

23         bear.

24

68

```
 1   BY MR. TUTTLE:
 2          Q.    And you told the sellers you had
 3   only done off-market sales in five to 10% of
 4   your listings over the past year, right?
 5          A.    Yes.
 6          Q.    And that's true, right, because
 7   you didn't lie to the sellers?
 8          A.    I didn't lie but I put a number
 9   in there that I think is a good range.
10          Q.    Right.  That's a fair statement,
11   right?
12          A.    Yes.
13          Q.    Okay.  And you also wrote "Please
14   keep in mind that private exclusive only exposes
15   it to a small subsection - trial size -- as
16   opposed to when we expose it to everyone this
17   week."
18                Do you see that?
19          A.    Yes.
20          Q.    Okay.  So it's true, isn't it,
21   that private exclusives only expose the listing
22   to a small subset of buyers?
23          A.    Yes.
24          Q.    And when you put on it the MLS,
```