# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF NEW YORK
 3
 4   COMPASS, INC.,                 )
                                    )
 5              Plaintiff,          )
                                    ) Case No.
 6     vs.                          )
                                    ) 1:25-cv-05201-JAV
 7   ZILLOW, INC., ZILLOW GROUP,    )
     INC., and TRULIA, LLC,         )
 8                                  )
                Defendants.         )
 9                                  )
10
11
12    HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
13
14       VIDEOTAPED DEPOSITION OF ERROL SAMUELSON
15                    August 28, 2025
16                   Seattle, Washington
17
18
19
20
21
22   Reporter: Teri Simons, CCR, RMR, CRR
23
24
25
```

Transcript of Errol Samuelson
Conducted on August 28, 2025                                   30

| | | |
|---|---|---|
| 1 | talked about in March and early April, is that | 09:29:54 |
| 2 | when you sort of pitched this deal or did that | 09:29:58 |
| 3 | come later? | 09:30:03 |
| 4 |     MR. BUFFIER:  Objection. | 09:30:04 |
| 5 |   A  The earliest conversations were simply | 09:30:09 |
| 6 | getting feedback. | 09:30:10 |
| 7 |   Q  On the listing standards? | 09:30:12 |
| 8 |   A  On the listing standards. | 09:30:13 |
| 9 |     Once it seemed like most brokerages | 09:30:16 |
| 10 | understood what we were thinking of doing and | 09:30:20 |
| 11 | understood the benefits of broad exposure for | 09:30:26 |
| 12 | their listings in the Multiple Listing Service, | 09:30:29 |
| 13 | once it seemed like most brokers were more or less | 09:30:32 |
| 14 | okay with our listing access standards, that's | 09:30:35 |
| 15 | when I started talking about trying to get | 09:30:38 |
| 16 | agreements in place. | 09:30:40 |
| 17 |   Q  And when you were talking to the | 09:30:41 |
| 18 | brokerages about-- you know, getting their | 09:30:50 |
| 19 | feedback about the access standards in March and | 09:30:52 |
| 20 | April, did you give them a sense of that other | 09:30:56 |
| 21 | brokerages were in favor of these and coming | 09:31:00 |
| 22 | along? | 09:31:02 |
| 23 |     MR. BUFFIER:  Objection to form. | 09:31:03 |
| 24 |   Q  Go ahead, sir. | 09:31:05 |
| 25 |   A  I believe what I referred to actually was | 09:31:14 |

| | | |
|---|---|---|
| 1 | some of the public statements that brokers had | 09:31:16 |
| 2 | been making about the fact that MLS is good, we | 09:31:19 |
| 3 | need to protect and ensure that all consumers have | 09:31:23 |
| 4 | access to listings. | 09:31:26 |
| 5 |    Q  So when you were talking to the brokerages | 09:31:27 |
| 6 | in March and April, getting their feedback about | 09:31:31 |
| 7 | the proposed outlines of the standards and who | 09:31:33 |
| 8 | they would be, you cited to them public statements | 09:31:36 |
| 9 | that other brokerages had made about their | 09:31:40 |
| 10 | concerns? | 09:31:42 |
| 11 |      MR. BUFFIER:  Objection to form. | 09:31:43 |
| 12 |    A  I mean, this had been a very hot topic in | 09:31:51 |
| 13 | the industry. | 09:31:54 |
| 14 |      There was a well-attended panel session | 09:31:58 |
| 15 | that Robert Reffkin was on, I was on at the | 09:32:01 |
| 16 | National Association of Realtors conference in | 09:32:04 |
| 17 | November, a couple large brokerages were on that | 09:32:07 |
| 18 | panel as well, a big MLS was on that panel-- and | 09:32:11 |
| 19 | so it was fairly well known that there was a large | 09:32:16 |
| 20 | group of brokerages in the industry who thought | 09:32:18 |
| 21 | that the wide dissemination of listings was a good | 09:32:20 |
| 22 | idea. | 09:32:25 |
| 23 |      I referenced the fact that there was | 09:32:25 |
| 24 | general industry support for this. | 09:32:28 |
| 25 |      On the other hand, there was a group of | 09:32:29 |

Transcript of Errol Samuelson
Conducted on August 28, 2025                    32

| | | |
|---|---|---|
| 1 | brokers who thought that keeping listings off the | 09:32:32 |
| 2 | MLS was a good strategy and eliminating the clear | 09:32:37 |
| 3 | cooperation policy would be a good thing. | 09:32:41 |
| 4 |     Robert Reffkin actually-- when I submitted | 09:32:43 |
| 5 | my letter to NAR, Robert Reffkin submitted a | 09:32:46 |
| 6 | letter to NAR too, where he listed all the | 09:32:49 |
| 7 | brokerages that he had spoken with to try to get | 09:32:51 |
| 8 | their support to go along with his proposal to | 09:32:53 |
| 9 | eliminate CCP. | 09:32:56 |
| 10 |     There were two camps.  I think people | 09:32:57 |
| 11 | understood that. | 09:32:59 |
| 12 |     I did reference the fact that I thought | 09:33:00 |
| 13 | this was an important thing to ensure fair access | 09:33:02 |
| 14 | to listings, and that a number of brokers, a | 09:33:04 |
| 15 | number of MLSs, agreed with us on this, and I was | 09:33:08 |
| 16 | wanting to see if this particular company that I | 09:33:10 |
| 17 | was speaking to, you know, felt the same way. | 09:33:13 |
| 18 |   Q  Okay.  And so I just want to make sure I | 09:33:16 |
| 19 | understand. | 09:33:18 |
| 20 |     When you were talking to these brokerages | 09:33:18 |
| 21 | in March and April, you reference the fact that | 09:33:20 |
| 22 | you thought it was an important thing to ensure | 09:33:24 |
| 23 | fair access and that a number of brokers and a | 09:33:26 |
| 24 | number of MLSs agreed with Zillow on this point, | 09:33:29 |
| 25 | right? | 09:33:33 |

| | | |
|---|---|---|
| 1 | A   Along the lines of that, not necessarily | 09:33:33 |
| 2 | those exact words, but yes. | 09:33:38 |
| 3 | Q   Okay.  So I have this list. | 09:33:43 |
| 4 | Do you know-- actually, I am going to put | 09:33:49 |
| 5 | that to the side for just a second. | 09:33:53 |
| 6 | Now, let me just ask you about Zillow's | 09:33:55 |
| 7 | search product for a couple minutes. | 09:33:58 |
| 8 | A   I'm sorry, about Zillow's-- | 09:34:00 |
| 9 | Q   Zillow's search product. | 09:34:02 |
| 10 | I understand that Zillow has different | 09:34:03 |
| 11 | things that they offer, so I just want to focus | 09:34:05 |
| 12 | on-- and we can call it whatever you want, I've | 09:34:07 |
| 13 | been calling it "home search," but the box-- you | 09:34:11 |
| 14 | put in an address, and you can find for-sale | 09:34:13 |
| 15 | listings, okay? | 09:34:16 |
| 16 | If I call that "home search," will you | 09:34:17 |
| 17 | understand what I mean? | 09:34:19 |
| 18 | A   Yes. | 09:34:20 |
| 19 | Q   And so if I'm in New York and I'm | 09:34:20 |
| 20 | searching for for-sale listings in Florida, I | 09:34:29 |
| 21 | can-- from my apartment in New York, I can put in | 09:34:32 |
| 22 | an address in Florida and see whether that, or | 09:34:35 |
| 23 | things around it, are for sale, right? | 09:34:38 |
| 24 | A   Yeah. | 09:34:40 |
| 25 | I mean, the first step that most consumers | 09:34:44 |