# EXHIBIT D

1             UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3    COMPASS, INC.,                    )

4                                      )

5                  Plaintiff,          )

6                                      )   Case No.

7         vs.                          )

8                                      )   1:25-cv-05201-JAV

9    ZILLOW, INC., ZILLOW GROUP, INC., )

10   and TRULIA, LLC,                  )

11                                     )

12             Defendants.             )

13                                     )

14

15      HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

16

17       VIDEOTAPED DEPOSITION OF JEREMY WACKSMAN

18                 August 26, 2025

19               Seattle, Washington

20

21      Reporter: Teri Simons, CCR, RMR, CRR

22

23

24

25

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    13

| | | |
|---|---|---|
| 1 | buyer and seller wants most is the most complete | 09:08:13 |
| 2 | picture of the available inventory in the market, | 09:08:16 |
| 3 | so as much information, both the homes that are | 09:08:18 |
| 4 | for sale and information about the homes that are | 09:08:20 |
| 5 | for sale, as possible so they can start their home | 09:08:22 |
| 6 | search. | 09:08:25 |
| 7 | Q  The more listings that-- for-- if I use | 09:08:25 |
| 8 | the term "listing," will you understand that a | 09:08:29 |
| 9 | listing is a listing for a home sale? | 09:08:31 |
| 10 | A  Yes. | 09:08:33 |
| 11 | Q  Okay.  The more listings that Zillow has | 09:08:34 |
| 12 | on its home search website, the more listings it | 09:08:37 |
| 13 | can monetize, correct? | 09:08:40 |
| 14 | MR. TUTTLE:  Objection to form. | 09:08:42 |
| 15 | A  Zillow's monetization doesn't come from | 09:08:44 |
| 16 | number of listings.  It comes from introducing | 09:08:46 |
| 17 | buyers and sellers to agents and having them | 09:08:50 |
| 18 | transact together. | 09:08:52 |
| 19 | Having the majority or as many listings as | 09:08:53 |
| 20 | possible allows us to attract those buyers and | 09:08:57 |
| 21 | sellers. | 09:09:00 |
| 22 | We don't monetize those listings directly. | 09:09:00 |
| 23 | Q  If there's a listing that would-- that | 09:09:03 |
| 24 | could be-- strike that. | 09:09:06 |
| 25 | Zillow monetizes its listings by selling | 09:09:07 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    14

| | | |
|---|---|---|
| 1 | leads; is that right? | 09:09:12 |
| 2 | MR. TUTTLE:  Objection to form. | 09:09:13 |
| 3 | A   Again, Zillow doesn't monetize listings | 09:09:14 |
| 4 | directly. | 09:09:17 |
| 5 | Zillow monetizes its website.  Its website | 09:09:18 |
| 6 | is powered by listings. | 09:09:21 |
| 7 | One of the ways we monetize our website is | 09:09:21 |
| 8 | by selling connections or leads, buyers and | 09:09:24 |
| 9 | sellers who are interested in talking to an agent, | 09:09:27 |
| 10 | to an agent who wants to pay for advertising. | 09:09:30 |
| 11 | Q   Before-- strike that. | 09:09:36 |
| 12 | In the time before the announcement of the | 09:09:37 |
| 13 | Zillow listing standards, was Zillow looking for | 09:09:40 |
| 14 | brokerages that would publicly say they would | 09:09:42 |
| 15 | follow the standards? | 09:09:45 |
| 16 | A   In developing our standards, we were | 09:09:46 |
| 17 | talking with brokerages to make sure they were | 09:09:48 |
| 18 | supportive of the standards we were developing. | 09:09:51 |
| 19 | Q   And were you asking those brokerages to | 09:09:54 |
| 20 | sign agreements to follow the standards? | 09:09:58 |
| 21 | A   We did approach many brokerages about our | 09:10:00 |
| 22 | standards, and we asked them to work with us on | 09:10:05 |
| 23 | both the incentives and disincentives and sign | 09:10:07 |
| 24 | agreements with us. | 09:10:11 |
| 25 | Q   And sign agreements that they would follow | 09:10:11 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    15

| | | |
|---|---|---|
| 1 | the standards? | 09:10:13 |
| 2 | A  Part of the agreement was adopting and | 09:10:13 |
| 3 | supporting our listing access standards. | 09:10:16 |
| 4 | Q  What's a broker feed? | 09:10:18 |
| 5 | MR. TUTTLE:  Objection to form. | 09:10:21 |
| 6 | A  The way I would define a broker feed is a | 09:10:26 |
| 7 | feed of all the listings that broker sources that | 09:10:30 |
| 8 | is given to MLS participants and given to other | 09:10:33 |
| 9 | partners. | 09:10:38 |
| 10 | Q  Has Zillow signed agreements with | 09:10:39 |
| 11 | brokerages that would give it access to broker | 09:10:42 |
| 12 | feeds? | 09:10:44 |
| 13 | A  Part of our listing access standards | 09:10:45 |
| 14 | agreement includes a provision where if the feed | 09:10:47 |
| 15 | is interrupted from the MLS, it would still be | 09:10:52 |
| 16 | provided to Zillow via a direct broker feed. | 09:10:55 |
| 17 | Q  And so if there was anything in the broker | 09:10:56 |
| 18 | feed that was not provided to the MLS, Zillow | 09:10:59 |
| 19 | would still get it? | 09:11:02 |
| 20 | MR. TUTTLE:  Objection to form. | 09:11:04 |
| 21 | A  I can't think of a case where that would | 09:11:06 |
| 22 | be. | 09:11:09 |
| 23 | The idea of a broker feed is in case an | 09:11:09 |
| 24 | MLS feed were interrupted, that brokerage could | 09:11:13 |
| 25 | still ensure that their listing content was | 09:11:16 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    16

| | | |
|---|---|---|
| 1 | displayed on Zillow. | 09:11:19 |
| 2 | Q  And that was part of the contract, that | 09:11:20 |
| 3 | Zillow would ensure that it would get the broker | 09:11:21 |
| 4 | feed, correct? | 09:11:24 |
| 5 | A  Part of Zillow's listing access standards | 09:11:24 |
| 6 | contracts included a provision such that in case | 09:11:27 |
| 7 | our MLS feed was interrupted, we could still | 09:11:30 |
| 8 | access those listings from a broker via a feed | 09:11:33 |
| 9 | directly. | 09:11:37 |
| 10 | Q  eXp was one of the brokerages that signed | 09:11:37 |
| 11 | a listing-- well, you tell me, what was the name | 09:11:42 |
| 12 | of the agreements? | 09:11:44 |
| 13 | A  eXp is one of the partnerships that signed | 09:11:45 |
| 14 | an agreement with us, yes. | 09:11:49 |
| 15 | Q  And part of the agreement with eXp is that | 09:11:50 |
| 16 | they would provide a broker feed? | 09:11:53 |
| 17 | A  eXp-- | 09:11:55 |
| 18 | MR. TUTTLE:  Objection to form. | 09:11:57 |
| 19 | A  eXp signed a partnership with us to adopt | 09:11:58 |
| 20 | our listing access standards, and as part of that | 09:12:00 |
| 21 | agreement, in cases where an MLS feed was | 09:12:03 |
| 22 | interrupted, we would be able to access their | 09:12:06 |
| 23 | listings via a direct feed. | 09:12:08 |
| 24 | Q  Under the agreement with eXp, eXp promises | 09:12:10 |
| 25 | to follow Zillow's listing access standards, | 09:12:14 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              29

| | | |
|---|---|---|
| 1 | Q  But as you sit here today, other than | 09:26:45 |
| 2 | Redfin calling you directly about the brokerage | 09:26:47 |
| 3 | feed issue, you can't name any other source that | 09:26:49 |
| 4 | specifically contacted Zillow before it made the | 09:26:52 |
| 5 | public change? | 09:26:56 |
| 6 | MR. TUTTLE:  Objection to form. | 09:26:57 |
| 7 | THE WITNESS:  I can't say whether they did | 09:26:59 |
| 8 | or did not. | 09:27:00 |
| 9 | I know many on the industry team talked to | 09:27:01 |
| 10 | many of those partners every day and had | 09:27:04 |
| 11 | conversations after we announced those standards, | 09:27:06 |
| 12 | so it stands to reason many companies were in | 09:27:08 |
| 13 | discussion with us about it. | 09:27:12 |
| 14 | I personally was not in those | 09:27:13 |
| 15 | conversations, so I can't tell you who and in | 09:27:15 |
| 16 | which order. | 09:27:17 |
| 17 | Q  Okay.  Now, you said that Redfin contacted | 09:27:18 |
| 18 | you. | 09:27:20 |
| 19 | Who at Redfin contacted you about the | 09:27:20 |
| 20 | brokerage feed issue? | 09:27:23 |
| 21 | A  Glenn Kelman, their CEO. | 09:27:24 |
| 22 | Q  And how long have you known Mr. Kelman? | 09:27:27 |
| 23 | A  A couple years. | 09:27:30 |
| 24 | Q  And did he text you or did he call you | 09:27:33 |
| 25 | about the brokerage feed issue? | 09:27:42 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    30

| | | |
|---|---|---|
| 1 | A  We had a phone conversation about it. | 09:27:43 |
| 2 | Q  And he initiated-- Mr. Kelman initiated | 09:27:45 |
| 3 | the phone call about the brokerage feed issue? | 09:27:49 |
| 4 | A  He did. | 09:27:51 |
| 5 | Q  Do you know if he initiated that phone | 09:27:51 |
| 6 | call on or around May 20th, the publication date | 09:27:54 |
| 7 | of Exhibit No. 101? | 09:27:57 |
| 8 | A  Yes.  It would have been around the time | 09:27:59 |
| 9 | we published our standards, yes. | 09:28:03 |
| 10 | Q  And what do you remember about that phone | 09:28:05 |
| 11 | call? | 09:28:09 |
| 12 | I am going to ask you to tell me | 09:28:09 |
| 13 | everything you remember about that phone call. | 09:28:11 |
| 14 | A  Sure. | 09:28:13 |
| 15 | He called asking for clarification about | 09:28:14 |
| 16 | the provision in our listing standards about | 09:28:20 |
| 17 | accepting a feed and wanting to understand when | 09:28:23 |
| 18 | and the situations we would accept a feed and | 09:28:29 |
| 19 | would that replace the MLS or would that be a | 09:28:32 |
| 20 | backup to the MLS, so that's what he called about. | 09:28:35 |
| 21 | Q  And did he express concern about that? | 09:28:37 |
| 22 | MR. TUTTLE:  Objection to form. | 09:28:39 |
| 23 | A  He was looking for clarification, so I | 09:28:42 |
| 24 | don't know-- I don't know if he was concerned. | 09:28:44 |
| 25 | He was asking because it was unclear how | 09:28:45 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    31

| | | |
|---|---|---|
| 1 | the standards and how the feed related to the | 09:28:52 |
| 2 | standards because we had not published that. | 09:28:56 |
| 3 | Q  If Zillow accepted direct brokerage feed | 09:28:58 |
| 4 | under the standard, then Redfin wouldn't get | 09:29:01 |
| 5 | access to that feed, would it? | 09:29:05 |
| 6 | MR. TUTTLE:  Objection to form. | 09:29:07 |
| 7 | A  Ask your question differently. | 09:29:10 |
| 8 | Q  Sure. | 09:29:12 |
| 9 | Redfin sources listings from MLSs, just | 09:29:12 |
| 10 | like Zillow, right? | 09:29:15 |
| 11 | MR. TUTTLE:  Objection to form. | 09:29:17 |
| 12 | A  Yes. | 09:29:18 |
| 13 | Q  So if a listing goes to an MLS, both | 09:29:19 |
| 14 | Zillow and Redfin have access to that listing, | 09:29:22 |
| 15 | correct? | 09:29:25 |
| 16 | A  I see. | 09:29:25 |
| 17 | Yes. | 09:29:26 |
| 18 | The primary way all portals source their | 09:29:27 |
| 19 | listings is first through an IDX or VOW feed from | 09:29:30 |
| 20 | the MLSs. | 09:29:34 |
| 21 | Q  Now, Zillow also accepts for-sale-by-owner | 09:29:38 |
| 22 | listings, right? | 09:29:43 |
| 23 | A  Correct, Zillow has other types of non-MLS | 09:29:43 |
| 24 | source listings. | 09:29:46 |
| 25 | Q  Right. | 09:29:47 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                           32

| | | |
|---|---|---|
| 1 | And Zillow does not apply the listing | 09:29:48 |
| 2 | standards to for-sale-by-owner listings, right? | 09:29:50 |
| 3 | A  Zillow's listing access standards apply to | 09:29:52 |
| 4 | for-sale-by-agent listings only. | 09:30:01 |
| 5 | Q  So the answer is no, they don't apply to | 09:30:03 |
| 6 | for-sale-by-owner? | 09:30:05 |
| 7 | A  They don't apply to for-sale-by-owner. | 09:30:06 |
| 8 | They don't apply to new construction | 09:30:09 |
| 9 | listings. | 09:30:11 |
| 10 | They don't apply to rental listings. | 09:30:11 |
| 11 | Q  And if Zillow gets a for-sale-by-owner | 09:30:14 |
| 12 | listing directly from an owner, then Redfin | 09:30:15 |
| 13 | wouldn't get access to that listing because Zillow | 09:30:18 |
| 14 | got it directly from the individual and not the | 09:30:22 |
| 15 | MLS. | 09:30:25 |
| 16 | MR. TUTTLE:  Objection to form. | 09:30:26 |
| 17 | Q  Correct? | 09:30:28 |
| 18 | A  There is a set of listings on Zillow that | 09:30:28 |
| 19 | are not sourced from the MLS, and those listings | 09:30:30 |
| 20 | are not then available to other MLS participants | 09:30:33 |
| 21 | because they are not coming from the MLS. | 09:30:36 |
| 22 | Q  So they would not be available to Redfin? | 09:30:38 |
| 23 | MR. TUTTLE:  Objection to form. | 09:30:40 |
| 24 | A  Those listings are available to any other | 09:30:41 |
| 25 | competitor that wants to go sign them up, and many | 09:30:47 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    55

| | | |
|---|---|---|
| 1 | Q  And is that by phone? | 09:58:17 |
| 2 | A  Yeah, sometimes over Zoom, sometimes over | 09:58:19 |
| 3 | phone. | 09:58:21 |
| 4 | Q  Okay.  So before the April 10th | 09:58:22 |
| 5 | announcement of the access standards, did you have | 09:58:26 |
| 6 | a Zoom or a phone call with Mr. Frink about the | 09:58:28 |
| 7 | standards? | 09:58:31 |
| 8 | A  You know, I honestly don't remember. | 09:58:31 |
| 9 | He wasn't part of the decision body, so it | 09:58:35 |
| 10 | was more of an FYI, so I don't know when I talked | 09:58:43 |
| 11 | to him about it. | 09:58:45 |
| 12 | ████████████████████████████ | 09:58:45 |
| 13 | ██████████████████████████████ | 09:58:46 |
| 14 | ████████████████ | 09:58:49 |
| 15 | MR. TUTTLE:  Objection to form. | 09:58:51 |
| 16 | ██████████████████████████████ | 09:58:55 |
| 17 | ████████████████████████████ | 09:58:57 |
| 18 | ████████████████████████████ | 09:59:01 |
| 19 | ███████████████████████████ | 09:59:03 |
| 20 | ███ | 09:59:06 |
| 21 | ██████████████████████████████ | 09:59:07 |
| 22 | ███████████████████████████ | 09:59:10 |
| 23 | █████████ | 09:59:12 |
| 24 | ████████████████████████ | 09:59:14 |
| 25 | ██████████████████████████ | 09:59:15 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    56

| Line | | Time |
|---|---|---|
| 1 | ███████████████ | 09:59:17 |
| 2 | ████████████████████████ | 09:59:18 |
| 3 | ██████████████████████████████ | 09:59:27 |
| 4 | █████████████████ | 09:59:34 |
| 5 | Q  Okay.  The-- so on April 9th you talked to | 09:59:35 |
| 6 | Mr. Kelman at Redfin? | 09:59:44 |
| 7 | A  I did. | 09:59:45 |
| 8 | Q  Okay.  How did that call come about? | 09:59:46 |
| 9 | A  The day before we published our | 09:59:48 |
| 10 | announcements, we pre-briefed both media and | 09:59:53 |
| 11 | partners about the standards, and I pre-briefed | 09:59:59 |
| 12 | Mr. Kelman. | 10:00:05 |
| 13 | Q  Okay.  "Pre-brief" means you call to talk | 10:00:06 |
| 14 | to somebody, and you told them about the | 10:00:09 |
| 15 | standards, right? | 10:00:13 |
| 16 | MR. TUTTLE:  Objection to form. | 10:00:14 |
| 17 | A  We-- yes, we gave them a heads-up as to | 10:00:17 |
| 18 | what was being published that next morning. | 10:00:21 |
| 19 | Q  Okay.  And so we'll put the media aside | 10:00:24 |
| 20 | for a second. | 10:00:29 |
| 21 | Other than Mr. Kelman, on April 9th, who | 10:00:30 |
| 22 | else did you personally pre-brief about the | 10:00:34 |
| 23 | listing standards? | 10:00:37 |
| 24 | A  I think my list was Redfin, Anywhere the | 10:00:38 |
| 25 | brokerage, and I think Realtor.com.  I think those | 10:00:48 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              57

| | | |
|---|---|---|
| 1 | were my three. | 10:00:54 |
| 2 | We have a whole list of everyone who | 10:00:55 |
| 3 | called everybody. | 10:00:58 |
| 4 | Q  Sure. | 10:00:58 |
| 5 | And so is-- Anywhere.com, they run a home | 10:00:59 |
| 6 | search website as well, right? | 10:01:08 |
| 7 | MR. TUTTLE:  Objection to form. | 10:01:13 |
| 8 | A  Well, Anywhere is a little bit more | 10:01:14 |
| 9 | complicated because they are a consortium of | 10:01:18 |
| 10 | brokerages and franchisees. | 10:01:23 |
| 11 | They have, to your question, home search | 10:01:25 |
| 12 | portals in their brands somewhere. | 10:01:28 |
| 13 | Q  So like Coldwell Banker? | 10:01:31 |
| 14 | A  Yes. | 10:01:33 |
| 15 | Q  That's one of their brands? | 10:01:33 |
| 16 | A  That's right. | 10:01:35 |
| 17 | Q  And if I go to Coldwell Banker, I can do a | 10:01:35 |
| 18 | home search on Coldwell Banker's website, right? | 10:01:38 |
| 19 | A  You can. | 10:01:41 |
| 20 | Q  And Realtor.com has a home search | 10:01:42 |
| 21 | function? | 10:01:47 |
| 22 | A  That's correct. | 10:01:47 |
| 23 | Q  And on Redfin and Anywhere and | 10:01:47 |
| 24 | Realtor.com, if I plug in a house in Nebraska, I | 10:01:54 |
| 25 | can find out if that house is for sale, correct? | 10:01:59 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    58

| | | |
|---|---|---|
| 1 | A  Mm-hm. | 10:02:03 |
| 2 | Q  I need you to answer with words, sir. | 10:02:04 |
| 3 | A  Sorry. | 10:02:06 |
| 4 | Yes, my belief is any home search website | 10:02:07 |
| 5 | works such that you can type in an address and | 10:02:10 |
| 6 | find that listing. | 10:02:12 |
| 7 | Q  And if you type in an address in | 10:02:13 |
| 8 | Compass.com, you can find that same house and see | 10:02:15 |
| 9 | if it's for sale, correct? | 10:02:18 |
| 10 | MR. TUTTLE:  Objection to form. | 10:02:20 |
| 11 | A  My understanding is that their website | 10:02:23 |
| 12 | would work the same as the others, yes. | 10:02:25 |
| 13 | Q  Okay.  And does Zillow do any research to | 10:02:28 |
| 14 | see that if somebody goes on one of these other | 10:02:33 |
| 15 | websites and finds a home for sale on one of them, | 10:02:36 |
| 16 | whether that affects the individual's decision to | 10:02:40 |
| 17 | then come to Zillow? | 10:02:44 |
| 18 | MR. TUTTLE:  Objection to form. | 10:02:45 |
| 19 | A  Sorry, ask your question-- do we do any | 10:02:46 |
| 20 | research-- | 10:02:49 |
| 21 | Q  Sure. | 10:02:50 |
| 22 | I assume Zillow does a whole lot of | 10:02:50 |
| 23 | research about sort of where its customers come | 10:02:54 |
| 24 | from, correct? | 10:02:56 |
| 25 | MR. TUTTLE:  Objection to form. | 10:02:57 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    59

| | | |
|---|---|---|
| 1 | A  We do a lot of research on what consumers | 10:02:58 |
| 2 | desire and which site they will use. | 10:03:02 |
| 3 | Q  Okay.  Does Zillow get-- does Zillow pay | 10:03:04 |
| 4 | for advertising on Google and Bing? | 10:03:07 |
| 5 | A  Yes. | 10:03:10 |
| 6 | Q  Okay.  So it gets some traffic from Zillow | 10:03:10 |
| 7 | (sic.) and Bing, right? | 10:03:13 |
| 8 | A  It gets some traffic from Google-- | 10:03:14 |
| 9 | Q  I'm sorry, I screwed up my question. | 10:03:17 |
| 10 | A  That's okay. | 10:03:20 |
| 11 | Q  Let me withdraw it. | 10:03:21 |
| 12 | Zillow gets some traffic from Bing and | 10:03:22 |
| 13 | Google, correct? | 10:03:25 |
| 14 | A  Google for sure. | 10:03:26 |
| 15 | I don't know specifically if we advertise | 10:03:27 |
| 16 | on Bing. | 10:03:29 |
| 17 | Yes, part of our advertising is search | 10:03:31 |
| 18 | engines, which for sure includes Google. | 10:03:34 |
| 19 | Q  Has Zillow done any research to see that | 10:03:38 |
| 20 | if a home searcher, Fred, goes on a rival home | 10:03:41 |
| 21 | search engine, whether that will affect Fred's | 10:03:48 |
| 22 | decision making to then visit Zillow? | 10:03:51 |
| 23 | A  I see. | 10:03:53 |
| 24 | When you say "affect," what do you mean by | 10:03:54 |
| 25 | that question? | 10:04:01 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    60

| | | |
|---|---|---|
| 1 | Q  Reduce the likelihood that Fred will visit | 10:04:02 |
| 2 | Zillow. | 10:04:05 |
| 3 | A  I see. | 10:04:05 |
| 4 | No, our research shows that consumers, | 10:04:06 |
| 5 | like Fred, are going to visit multiple websites | 10:04:09 |
| 6 | when they shop for homes, and they are going to | 10:04:12 |
| 7 | use multiple websites to look for content. | 10:04:15 |
| 8 | Q  Are you familiar with the term | 10:04:18 |
| 9 | "multi-homing"? | 10:04:21 |
| 10 | A  Yes. | 10:04:22 |
| 11 | Q  Is that what you're talking about? | 10:04:23 |
| 12 | A  Yes. | 10:04:24 |
| 13 | Q  And so-- but if Fred looks for that | 10:04:25 |
| 14 | specific house in Nebraska, have you done any | 10:04:28 |
| 15 | research to see if Fred is then going to look for | 10:04:32 |
| 16 | that same house on Zillow? | 10:04:35 |
| 17 | He may visit Zillow.  That's a different | 10:04:38 |
| 18 | question. | 10:04:41 |
| 19 | A  Yeah. | 10:04:41 |
| 20 | Q  My question is whether he's going to then | 10:04:41 |
| 21 | look for the same house on Zillow. | 10:04:43 |
| 22 | MR. TUTTLE:  Objection to form. | 10:04:46 |
| 23 | A  I think I understand your question. | 10:04:49 |
| 24 | It's not how we look at it. | 10:04:50 |
| 25 | Whether you do an internet address search | 10:04:55 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                          61

| | | |
|---|---|---|
| 1 | or not is not something we have found to be highly | 10:04:58 |
| 2 | predictive of which sites you tend to visit more. | 10:05:02 |
| 3 | What tends-- what we focus our research | 10:05:06 |
| 4 | on, to your question, is what are the tools and | 10:05:10 |
| 5 | services that you offer buyers in and around their | 10:05:12 |
| 6 | listing search to make their home shopping | 10:05:15 |
| 7 | experience better, and that's what we find drives | 10:05:18 |
| 8 | preference for one brand over the other. | 10:05:22 |
| 9 | Q  So on April 9th you called the CEO of | 10:05:25 |
| 10 | Anywhere, correct? | 10:05:30 |
| 11 | A  Yes. | 10:05:32 |
| 12 | Q  What is that person's name? | 10:05:32 |
| 13 | A  Ryan Schneider. | 10:05:33 |
| 14 | Q  And Zillow had been trying to get Anywhere | 10:05:35 |
| 15 | to sign a brokerage feed agreement, correct? | 10:05:39 |
| 16 | A  We had been working with Anywhere, Errol | 10:05:42 |
| 17 | Samuelson had, and others had, and I just-- the | 10:05:48 |
| 18 | reason I'm pausing on your question is I don't | 10:05:51 |
| 19 | know when we shared and were working through-- I | 10:05:53 |
| 20 | believe it was at the same time that we were | 10:05:56 |
| 21 | offering them listing access standards as well, I | 10:05:58 |
| 22 | believe. | 10:06:01 |
| 23 | Q  And did they end up signing one? | 10:06:01 |
| 24 | A  They have not signed a partnership with | 10:06:03 |
| 25 | us. | 10:06:05 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    62

| | | |
|---|---|---|
| 1 | Q   And you reached out to Realtor.com. | 10:06:05 |
| 2 |     Who did you reach out to there? | 10:06:11 |
| 3 | A   Damian Eales, the CEO. | 10:06:12 |
| 4 | Q   Did you offer Damian Eales a feed | 10:06:15 |
| 5 | agreement? | 10:06:20 |
| 6 |     MR. TUTTLE:  Objection to form. | 10:06:21 |
| 7 | A   We did not-- Realtor.com doesn't operate a | 10:06:22 |
| 8 | brokerage and doesn't have any listings. | 10:06:26 |
| 9 | Q   And then you talked to Mr. Kelman, | 10:06:30 |
| 10 | correct? | 10:06:32 |
| 11 | A   I did. | 10:06:32 |
| 12 | Q   Tell me everything you remember about that | 10:06:33 |
| 13 | conversation. | 10:06:35 |
| 14 | A   Sure. | 10:06:35 |
| 15 |     I outlined the standards that we were | 10:06:36 |
| 16 | going to be publishing that next morning. | 10:06:41 |
| 17 |     I shared the timeline of when that was | 10:06:45 |
| 18 | going to happen, and he expressed support. | 10:06:48 |
| 19 |     I think he was surprised that we were | 10:06:57 |
| 20 | going to take as strong a position as we did, and | 10:07:00 |
| 21 | he said he would-- they would have to consider | 10:07:06 |
| 22 | what we were going to do, but that they would | 10:07:10 |
| 23 | likely come out and support and maybe do the same. | 10:07:12 |
| 24 | Q   So you outlined the standards, so in your | 10:07:16 |
| 25 | conversation with Mr. Kelman on April 9th, you | 10:07:19 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    63

| | | |
|---|---|---|
| 1 | told him what the new Zillow listing standards | 10:07:24 |
| 2 | would be? | 10:07:27 |
| 3 | A  At the level we had them at the time. | 10:07:27 |
| 4 | Q  Had you talked to him about those | 10:07:29 |
| 5 | standards before or about your plan? | 10:07:32 |
| 6 | A  No. | 10:07:34 |
| 7 | Q  So your testimony is on April 9th | 10:07:34 |
| 8 | Mr. Kelman knew nothing about Zillow's thinking | 10:07:36 |
| 9 | about, planning, considering adopting these Zillow | 10:07:39 |
| 10 | listing standards? | 10:07:44 |
| 11 | A  On April 9th, to my knowledge, we had | 10:07:44 |
| 12 | never shared with Redfin the details or our plans | 10:07:49 |
| 13 | to support listing access standards. | 10:07:53 |
| 14 | We had had conversations about both being | 10:08:01 |
| 15 | proponents and supporters of clear cooperation | 10:08:03 |
| 16 | before April 9th. | 10:08:07 |
| 17 | Q  When you say "we," you specifically had | 10:08:08 |
| 18 | talked to Mr. Kelman about supporting CCP? | 10:08:10 |
| 19 | A  I had had a couple conversations with | 10:08:13 |
| 20 | Mr. Kelman, and I believe others at Zillow had had | 10:08:18 |
| 21 | conversations with Redfin, about-- and Redfin had | 10:08:23 |
| 22 | also publicly stated their support for clear | 10:08:24 |
| 23 | cooperation. | 10:08:28 |
| 24 | Q  The second thing you said, you talked | 10:08:28 |
| 25 | about the timeline. | 10:08:30 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    64

| | | |
|---|---|---|
| 1 | You told Mr. Kelman on April 9th what the | 10:08:31 |
| 2 | timeline was for Zillow to implement the Zillow | 10:08:34 |
| 3 | listing standards, correct? | 10:08:37 |
| 4 | A  Yep. | 10:08:38 |
| 5 | Q  And why were you telling a competitor your | 10:08:39 |
| 6 | plans? | 10:08:44 |
| 7 | A  Well, Redfin is as much a partner as they | 10:08:44 |
| 8 | are a competitor, and as a partner and as a | 10:08:48 |
| 9 | competitor, we wanted to make sure everyone | 10:08:53 |
| 10 | understood what the standards were because a big | 10:08:56 |
| 11 | part of the standards is education and making sure | 10:08:58 |
| 12 | the media was going to write about it, the | 10:09:02 |
| 13 | brokerages that had agents that were going to hear | 10:09:06 |
| 14 | about it, the employees of these companies | 10:09:09 |
| 15 | understood what we were enabling and trying to do | 10:09:12 |
| 16 | with these standards. | 10:09:14 |
| 17 | So we do this with every major | 10:09:15 |
| 18 | announcement we make, we take time to educate and | 10:09:17 |
| 19 | share our details ahead of the announcement going | 10:09:22 |
| 20 | live so that people understand the details. | 10:09:26 |
| 21 | As you can see, it's complicated, and so | 10:09:29 |
| 22 | as we're working through all the details, we want | 10:09:31 |
| 23 | to make sure that people have good communication. | 10:09:35 |
| 24 | Q  Zillow and Redfin have a relationship | 10:09:43 |
| 25 | regarding rental properties, apartments, correct? | 10:09:46 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                 65

| | | |
|---|---|---|
| 1 | A  We do. | 10:09:48 |
| 2 | Q  Other than that, does Zillow have a | 10:09:48 |
| 3 | partnership agreement with Redfin in any other | 10:09:52 |
| 4 | areas? | 10:09:55 |
| 5 | MR. TUTTLE:  Objection to form. | 10:09:55 |
| 6 | A  We do-- | 10:09:56 |
| 7 | Q  Go ahead. | 10:09:58 |
| 8 | A  Yes. | 10:09:58 |
| 9 | We have a partnership for new | 10:09:59 |
| 10 | construction, and we are one of their providers of | 10:10:06 |
| 11 | media services. | 10:10:08 |
| 12 | Q  Okay.  So new construction, media | 10:10:09 |
| 13 | services, and apartments. | 10:10:14 |
| 14 | Zillow does not have a partnership or | 10:10:16 |
| 15 | relationship with Redfin with respect to home | 10:10:19 |
| 16 | search, correct? | 10:10:22 |
| 17 | A  That's correct. | 10:10:22 |
| 18 | Q  You compete against Redfin in home search? | 10:10:23 |
| 19 | A  That's correct. | 10:10:26 |
| 20 | Q  And on April 9th you called Redfin, and | 10:10:27 |
| 21 | during that phone call Mr. Kelman told you that he | 10:10:32 |
| 22 | and Redfin supported Zillow's position, correct? | 10:10:38 |
| 23 | A  What Mr. Kelman said was he was pleased | 10:10:41 |
| 24 | and that they would likely support that position, | 10:10:51 |
| 25 | but that he had to go and talk to his team and | 10:10:57 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                66

| | | |
|---|---|---|
| 1 | think about it. | 10:10:59 |
| 2 | Q  Okay.  And when Mr. Kelman said, on | 10:11:00 |
| 3 | April 9th, that he was pleased, he was pleased | 10:11:04 |
| 4 | that Zillow was adopting the Zillow listing | 10:11:07 |
| 5 | standards, correct? | 10:11:09 |
| 6 | A  He was pleased that we were enacting the | 10:11:09 |
| 7 | listing standards and standing up for listing | 10:11:12 |
| 8 | transparency. | 10:11:17 |
| 9 | Q  During your conversation with Mr. Kelman, | 10:11:18 |
| 10 | was there any reference-- we will get to a break | 10:11:21 |
| 11 | in like two minutes because I know I promised one | 10:11:24 |
| 12 | every hour. | 10:11:27 |
| 13 | During the conversation with Mr. Kelman, | 10:11:27 |
| 14 | was the word "Compass" mentioned at all? | 10:11:29 |
| 15 | A  Not that I recall. | 10:11:32 |
| 16 | I can't say it was or wasn't, but not that | 10:11:38 |
| 17 | I recall. | 10:11:41 |
| 18 | Q  Do you recall anything else about your | 10:11:41 |
| 19 | conversation with Mr. Kelman on April 9th that you | 10:11:43 |
| 20 | have not said on the record here? | 10:11:46 |
| 21 | A  No. | 10:11:48 |
| 22 | MR. DINTZER:  So let's go off the record. | 10:11:50 |
| 23 | MR. TUTTLE:  That's fine with me. | 10:11:53 |
| 24 | VIDEOGRAPHER:  We are going off the | 10:11:55 |
| 25 | record.  The time is 10:11 a.m. | 10:11:57 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    67

| | | |
|---|---|---|
| 1 | (Recess 10:11 to 10:35 a.m.) | 10:32:45 |
| 2 | VIDEOGRAPHER:  We are going on the record. | 10:33:13 |
| 3 | The time is 10:35 a.m. | 10:35:30 |
| 4 | Q  (By Mr. Dintzer)  Sir, I think you | 10:35:37 |
| 5 | mentioned that you like to pre-brief important | 10:35:39 |
| 6 | calls to the public, to competitors. | 10:35:46 |
| 7 | Can you tell me what other Zillow | 10:35:50 |
| 8 | strategic announcements you have run by Mr. Kelman | 10:35:55 |
| 9 | at Redfin? | 10:35:59 |
| 10 | A  I don't know what else we have pre-briefed | 10:35:59 |
| 11 | Redfin on. | 10:36:13 |
| 12 | My relationship with Redfin, as a primary | 10:36:14 |
| 13 | point of contact, is new, since I took the CEO | 10:36:16 |
| 14 | job, so we would have potentially pre-briefed them | 10:36:19 |
| 15 | before on other topics in our history, but that | 10:36:23 |
| 16 | was the only one that I pre-briefed them on. | 10:36:25 |
| 17 | Q  And as you sit here, you are not aware of | 10:36:28 |
| 18 | any other instances where Zillow specifically | 10:36:30 |
| 19 | pre-briefed Redfin on a strategic announcement? | 10:36:33 |
| 20 | A  We likely did. | 10:36:37 |
| 21 | When we did pre-briefs on other topics, we | 10:36:40 |
| 22 | likely pre-briefed Redfin. | 10:36:43 |
| 23 | I specifically was not the point of | 10:36:45 |
| 24 | contact to Redfin and to their CEO for those. | 10:36:46 |
| 25 | Q  And since you pre-briefed Redfin on | 10:36:49 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                        68

| | | |
|---|---|---|
| 1 | April 9th about Zillow listing standards, have you | 10:36:52 |
| 2 | pre-briefed Redfin on any other strategic | 10:36:56 |
| 3 | announcement since then? | 10:36:59 |
| 4 | A  No, not that I recall. | 10:37:00 |
| 5 | I don't think we have done an announcement | 10:37:02 |
| 6 | that we have done extensive pre-briefings on since | 10:37:04 |
| 7 | April. | 10:37:07 |
| 8 | Q  Okay.  Now-- before you were CEO, who | 10:37:07 |
| 9 | would have been the prior person pre-briefing | 10:37:19 |
| 10 | Redfin? | 10:37:21 |
| 11 | MR. TUTTLE:  Objection to form. | 10:37:25 |
| 12 | A  It might have varied. | 10:37:29 |
| 13 | It might have been Rich, our prior CEO, or | 10:37:30 |
| 14 | Spencer, our prior CEO.  It might have been Jeremy | 10:37:37 |
| 15 | Hofmann, our CEO.  It might have been Errol | 10:37:42 |
| 16 | Samuelson. | 10:37:46 |
| 17 | We can go back and look.  We definitely | 10:37:46 |
| 18 | kept records of any time we pre-briefed around | 10:37:50 |
| 19 | major announcements-- like a plan of who we were | 10:37:55 |
| 20 | pre-briefing, and we would have had it written | 10:37:56 |
| 21 | down somewhere. | 10:37:58 |
| 22 | Q  Do you-- what role did you have before you | 10:37:59 |
| 23 | were CEO? | 10:38:01 |
| 24 | A  Chief operating officer. | 10:38:02 |
| 25 | Q  Did you ever pre-brief one of Zillow's | 10:38:03 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    69

| | | |
|---|---|---|
| 1 | competitors about a strategic announcement as | 10:38:06 |
| 2 | chief operating officer? | 10:38:09 |
| 3 | MR. TUTTLE:  Objection to form. | 10:38:10 |
| 4 | A  My role before COO did not have much | 10:38:11 |
| 5 | external facing relationship management, so I was | 10:38:16 |
| 6 | not primary point of contact for pre-briefing | 10:38:19 |
| 7 | before I took the CEO job. | 10:38:22 |
| 8 | Q  Now, did you talk to Mr. Kelman in March? | 10:38:26 |
| 9 | A  Yes. | 10:38:38 |
| 10 | Q  And do you recall that he texted you, and | 10:38:38 |
| 11 | then you set up a phone call? | 10:38:44 |
| 12 | A  Yes, that sounds correct. | 10:38:46 |
| 13 | Q  Okay.  And the March-- was it one call or | 10:38:47 |
| 14 | more than one call that you had with Mr. Kelman? | 10:38:52 |
| 15 | MR. TUTTLE:  Objection to form. | 10:38:57 |
| 16 | A  It was either one or two.  I can't | 10:38:59 |
| 17 | remember offhand. | 10:39:02 |
| 18 | Q  What do you recall about your one or two | 10:39:03 |
| 19 | phone calls with Mr. Kelman in March of 2025? | 10:39:06 |
| 20 | A  Our conversation in March was discussing | 10:39:11 |
| 21 | the potential changes to clear cooperation policy. | 10:39:18 |
| 22 | Q  Okay.  So potential changes. | 10:39:24 |
| 23 | And so he called you, right? | 10:39:25 |
| 24 | A  I believe he requested a call, yes. | 10:39:28 |
| 25 | Q  Okay.  And so what did he want to talk | 10:39:31 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              70

| | | |
|---|---|---|
| 1 | about regarding possible changes to CCP? | 10:39:33 |
| 2 | A  Yeah, I believe in March he wanted to make | 10:39:37 |
| 3 | us aware that there were lobbying efforts underway | 10:39:44 |
| 4 | to remove or relax the CCP rules that NAR had in | 10:39:48 |
| 5 | place. | 10:39:53 |
| 6 | Q  Okay.  Other than him telling you about | 10:39:53 |
| 7 | lobbying efforts to move or relax CCP, what else | 10:39:57 |
| 8 | did he want to convey to you during your March | 10:40:04 |
| 9 | call with Mr. Kelman? | 10:40:06 |
| 10 | MR. TUTTLE:  Objection to form. | 10:40:08 |
| 11 | A  I am sure we caught up on our partnership | 10:40:13 |
| 12 | efforts, our rental partnership, and our other | 10:40:18 |
| 13 | existing partnerships. | 10:40:18 |
| 14 | (Court Reporter asks for clarification.) | 10:40:18 |
| 15 | THE WITNESS:  I am sure we also | 10:40:21 |
| 16 | discussed-- I am reasonably sure we also discussed | 10:40:23 |
| 17 | our partnership efforts. | 10:40:25 |
| 18 | Q  So other than potential changes to CCP, | 10:40:28 |
| 19 | lobbying efforts to remove or change the rules, | 10:40:30 |
| 20 | and your partnerships with Redfin, can you think | 10:40:36 |
| 21 | of anything else that you discussed in your | 10:40:40 |
| 22 | March 2025 call with Mr. Kelman? | 10:40:44 |
| 23 | A  Those are the topics I remember from the | 10:40:47 |
| 24 | March call. | 10:40:50 |
| 25 | Q  Did Mr. Kelman explain why he wanted to | 10:40:50 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    71

| | | |
|---|---|---|
| 1 | talk to you about these issues? | 10:40:53 |
| 2 | A  Not specifically, no. | 10:40:55 |
| 3 | Q  Did Mr. Kelman give you an action item, | 10:41:01 |
| 4 | something he would like Zillow to do? | 10:41:04 |
| 5 | A  No. | 10:41:07 |
| 6 | Q  Did you give Mr. Kelman an action item? | 10:41:08 |
| 7 | A  We did not give-- no. | 10:41:11 |
| 8 | Q  Did Zillow and Redfin, in this March call, | 10:41:13 |
| 9 | agree to work together to keep CCP in place? | 10:41:15 |
| 10 | MR. TUTTLE:  Objection to form. | 10:41:18 |
| 11 | A  No. | 10:41:22 |
| 12 | The call was simply making us aware of | 10:41:22 |
| 13 | information they had heard. | 10:41:27 |
| 14 | Q  That Redfin had heard? | 10:41:28 |
| 15 | A  Correct. | 10:41:29 |
| 16 | Q  And did you understand that Mr. Kelman had | 10:41:30 |
| 17 | a history of updating Redfin about things that he | 10:41:34 |
| 18 | heard in the industry? | 10:41:38 |
| 19 | A  Updating Redfin? | 10:41:39 |
| 20 | Q  I'm sorry.  Strike that. | 10:41:41 |
| 21 | Did you understand that Mr. Kelman had a | 10:41:43 |
| 22 | history of updating Zillow about things he heard | 10:41:45 |
| 23 | in the industry? | 10:41:49 |
| 24 | MR. TUTTLE:  Objection to form. | 10:41:49 |
| 25 | A  We have had conversations with Redfin over | 10:41:56 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    72

| | | |
|---|---|---|
| 1 | the years when major topics come up, so in the | 10:41:58 |
| 2 | course of connecting on various topics, we share | 10:42:01 |
| 3 | information. | 10:42:05 |
| 4 | Q  Can you tell me any specific topic, | 10:42:06 |
| 5 | other-- prior to this March 2025 call, where you | 10:42:12 |
| 6 | discussed the industry, not your relationships | 10:42:15 |
| 7 | with Redfin but the industry? | 10:42:20 |
| 8 | MR. TUTTLE:  Objection to form. | 10:42:23 |
| 9 | A  I wasn't the primary Redfin relationship | 10:42:26 |
| 10 | before August of 2024, so I can't comment on | 10:42:30 |
| 11 | Redfin and Zillow's connection on industry topics | 10:42:36 |
| 12 | before that. | 10:42:40 |
| 13 | Q  Okay.  So between August 2024 and | 10:42:40 |
| 14 | March 2025, can you recall texting, e-mailing, or | 10:42:43 |
| 15 | talking to Mr. Kelman about any industry-related | 10:42:49 |
| 16 | topics? | 10:42:54 |
| 17 | A  Not anything outside of what we've already | 10:42:54 |
| 18 | discussed. | 10:43:00 |
| 19 | Q  Okay.  So other than the partnerships | 10:43:01 |
| 20 | that-- strike that. | 10:43:06 |
| 21 | Did you talk with Mr. Kelman between | 10:43:07 |
| 22 | August and March about the Zillow-Redfin | 10:43:09 |
| 23 | partnerships? | 10:43:16 |
| 24 | A  I don't think I did. | 10:43:18 |
| 25 | Q  So was your March 2025 call the first time | 10:43:24 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Wacksman

Conducted on August 26, 2025                    73

| # | | |
|---|---|---|
| 1 | you spoke to Mr. Kelman? | 10:43:27 |
| 2 | A  No. | 10:43:28 |
| 3 | Yeah, I can't recall offhand when, but we | 10:43:30 |
| 4 | would have talked about the rental partnership at | 10:43:33 |
| 5 | some point, and we would have talked about our | 10:43:35 |
| 6 | media partnership, so I'm sure I talked to him | 10:43:38 |
| 7 | sometime between August and March. | 10:43:41 |
| 8 | Q  But you can't recall anything else outside | 10:43:42 |
| 9 | of the rental and media partnerships? | 10:43:45 |
| 10 | A  No. | 10:43:47 |
| 11 | Q  Okay.  So anything else that you recall | 10:43:47 |
| 12 | about that March 2025 call that you had with | 10:43:50 |
| 13 | Mr. Kelman? | 10:43:54 |
| 14 | A  No. | 10:43:54 |
| 15 | (Exhibit No. 103 marked | 10:43:54 |
| 16 | for identification.) | 10:44:19 |
| 17 | Q  Sir, you have been handed what's been | 10:44:19 |
| 18 | marked as Exhibit No. 103, Bates numbered | 10:44:27 |
| 19 | ZG-00017550. | 10:44:30 |
| 20 | Do you understand that this is a text | 10:44:39 |
| 21 | stream that you were on, dated March 14th, 2025? | 10:44:43 |
| 22 | A  Yes. | 10:44:47 |
| 23 | Q  And what text system, just so we are | 10:44:47 |
| 24 | clear, are you using here?  Do you know? | 10:44:53 |
| 25 | A  I assume this is iMessage. | 10:44:54 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Wacksman

Conducted on August 26, 2025                          74

| | | |
|---|---|---|
| 1 | Q  And you are texting Mr. Hofmann as well as | 10:44:58 |
| 2 | these other people listed at the top of the page | 10:45:03 |
| 3 | of Exhibit No. 103; is that right? | 10:45:06 |
| 4 | A  That's correct. | 10:45:08 |
| 5 | Q  And it says, "Nothing Earth shattering. | 10:45:09 |
| 6 | Topic 1 was rentals - wanted to make sure 4/30 | 10:45:17 |
| 7 | wasn't at risk for go live and pleaded to go | 10:45:20 |
| 8 | sooner but knows our team said not likely," so | 10:45:23 |
| 9 | that was the first topic that you spoke about with | 10:45:26 |
| 10 | Mr. Kelman; is that right? | 10:45:30 |
| 11 | A  Yes. | 10:45:31 |
| 12 | Q  And this is just you updating your team | 10:45:31 |
| 13 | about your conversation; is that right? | 10:45:33 |
| 14 | A  Yes. | 10:45:35 |
| 15 | Q  Okay.  And Topic 2 of Exhibit No. 103 "Was | 10:45:37 |
| 16 | Compass and CCP, and unsurprisingly he's | 10:45:46 |
| 17 | culturally aligned with our approach." | 10:45:49 |
| 18 | Do you see that? | 10:45:51 |
| 19 | A  I do. | 10:45:52 |
| 20 | Q  So what was said about Compass in your | 10:45:53 |
| 21 | March 2025 call with Mr. Kelman? | 10:45:56 |
| 22 | A  Mr. Kelman let us know that he had heard | 10:46:00 |
| 23 | that Compass was lobbying to remove CCP and that | 10:46:05 |
| 24 | he does not want to remove CCP. | 10:46:09 |
| 25 | Q  "He" being "Mr. Kelman"? | 10:46:12 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    75

| | | |
|---|---|---|
| 1 | A  "He" being "Mr. Kelman and Redfin." | 10:46:14 |
| 2 | Q  And in that way Mr. Kelman was culturally | 10:46:16 |
| 3 | aligned with Zillow as far as not removing CCP, | 10:46:19 |
| 4 | right? | 10:46:25 |
| 5 | A  Yes. | 10:46:25 |
| 6 | I believe when I say "culturally aligned | 10:46:28 |
| 7 | with our approach," it means supporting and | 10:46:32 |
| 8 | strengthening CCP. | 10:46:37 |
| 9 | Q  In this conversation did you indicate in | 10:46:37 |
| 10 | any way-- and I mean that as broadly as you can | 10:46:39 |
| 11 | interpret it, in any way, that Zillow was | 10:46:42 |
| 12 | preparing a response if CCP was changed? | 10:46:44 |
| 13 | A  When you say "response," what do you mean? | 10:46:47 |
| 14 | Q  Take it as broad of a question as you can. | 10:46:54 |
| 15 | Did you in any way say, state, imply that | 10:46:56 |
| 16 | Zillow-- if CCP was changed, Zillow was preparing | 10:47:00 |
| 17 | a response? | 10:47:05 |
| 18 | A  We shared that we were lobbying to | 10:47:06 |
| 19 | maintain and strengthen CCP. | 10:47:13 |
| 20 | Q  Other than that? | 10:47:18 |
| 21 | A  No.  We shared that we were strongly | 10:47:19 |
| 22 | opposed to CCP going away, and that's where we | 10:47:26 |
| 23 | understood we were culturally aligned. | 10:47:30 |
| 24 | Q  So-- I mean, we have seen documents, and | 10:47:32 |
| 25 | you have testified, that within Zillow you were | 10:47:35 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    76

| | | |
|---|---|---|
| 1 | considering alternative scenarios, correct? | 10:47:38 |
| 2 | A   Mm-hm. | 10:47:41 |
| 3 | Q   I'm sorry, I just-- | 10:47:42 |
| 4 | A   "Yes." | 10:47:43 |
| 5 | Q   And so did you indicate to Mr. Kelman, in | 10:47:44 |
| 6 | that call, any indication at all about these | 10:47:47 |
| 7 | scenarios that Zillow was considering? | 10:47:52 |
| 8 | MR. TUTTLE:   Objection to form. | 10:47:54 |
| 9 | A   We did not. | 10:47:55 |
| 10 | Q   When you say "we"-- | 10:47:58 |
| 11 | A   Sorry, I did not on this call. | 10:48:00 |
| 12 | Q   You were the only person on this call? | 10:48:02 |
| 13 | A   Yeah.  Yeah. | 10:48:06 |
| 14 | Q   And you already knew that Compass was | 10:48:07 |
| 15 | opposed to CCP, right, before Mr. Kelman called | 10:48:22 |
| 16 | you? | 10:48:25 |
| 17 | A   Somewhere around March is when we learned | 10:48:25 |
| 18 | that they were lobbying aggressively to remove | 10:48:31 |
| 19 | CCP, so I don't know exactly when we could say | 10:48:35 |
| 20 | that for sure, but somewhere around this time. | 10:48:38 |
| 21 | Q   Who is Mr. Reffkin? | 10:48:41 |
| 22 | A   The CEO of Compass. | 10:48:44 |
| 23 | Q   And you had conversations with him from | 10:48:46 |
| 24 | time to time? | 10:48:48 |
| 25 | A   I have met with him, yes. | 10:48:49 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                            103

1    agreement to provide a feed of listings.          11:20:29

2        Q   That's what eXp signed?                   11:20:31

3        A   eXp signed a partnership with us.         11:20:33

4            Part of that partnership was to make      11:20:38

5    available a listing agreement.                    11:20:39

6        Q   The other part was that they would follow 11:20:41

7    the Zillow listing standards?                     11:20:44

8            MR. TUTTLE:  Objection to form.           11:20:45

9        A   ████████████████████████████             11:20:46

10   ██████████████████████                            11:20:49

11           They would broadly support our standards  11:20:51

12   and make sure when they marketed their listings,  11:20:54

13   they marketed their listings to the entire        11:20:57

14   internet not selectively.                         11:21:00

15       Q   Could the existence of PLNs erode traffic 11:21:04

16   to Zillow?                                         11:21:09

17           MR. TUTTLE:  Objection to form.           11:21:10

18       A   We don't believe that missing some        11:21:15

19   listings would erode traffic or brand trust to    11:21:19

20   Zillow.                                            11:21:24

21           We would be concerned if the database that 11:21:25

22   all participants use to share all listings were to 11:21:29

23   erode, that it would make it more challenging for  11:21:33

24   buyers and sellers to find those listings.         11:21:36

25       Q   On Zillow?                                 11:21:39

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                                   104

| | | |
|---|---|---|
| 1 | A   Anywhere. | 11:21:40 |
| 2 | Q   I am asking specifically about Zillow. | 11:21:41 |
| 3 | A   We are confident in our ability to track | 11:21:45 |
| 4 | buyers and sellers as long as we have a large | 11:21:50 |
| 5 | share of listings. | 11:21:53 |
| 6 | Q   So you personally, as CEO of Zillow, was | 11:21:57 |
| 7 | not concerned that the existence of PLNs would | 11:22:01 |
| 8 | erode traffic to Zillow? | 11:22:04 |
| 9 | MR. TUTTLE:  Objection to form. | 11:22:07 |
| 10 | A   We are concerned that if the proliferation | 11:22:08 |
| 11 | of private listing networks that harm consumers | 11:22:11 |
| 12 | and harm agents creates fracture databases of | 11:22:15 |
| 13 | listings, that it would make it harder for | 11:22:19 |
| 14 | consumers to find those listings on any of our | 11:22:21 |
| 15 | websites. | 11:22:25 |
| 16 | Q   If Compass has listings that Zillow | 11:22:30 |
| 17 | doesn't, people may go to Compass's website or app | 11:22:33 |
| 18 | instead of Zillow? | 11:22:36 |
| 19 | MR. TUTTLE:  Objection to form. | 11:22:37 |
| 20 | A   Sorry, what was the question? | 11:22:42 |
| 21 | Q   Sure. | 11:22:44 |
| 22 | If Compass has listings that Zillow | 11:22:44 |
| 23 | doesn't, people may go to Compass's website or app | 11:22:48 |
| 24 | instead of Zillow? | 11:22:51 |
| 25 | MR. TUTTLE:  Objection to form. | 11:22:53 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    105

| | | |
|---|---|---|
| 1 | A   Well, it's not "instead." | 11:22:54 |
| 2 |     If listings start to fracture and you can | 11:22:57 |
| 3 | only find them in certain places, consumers will | 11:23:01 |
| 4 | have to spend more time on more websites to find | 11:23:04 |
| 5 | all available inventory, so it would be an "in | 11:23:07 |
| 6 | addition" not an "instead." | 11:23:14 |
| 7 |     (Exhibit No. 106 marked | 11:23:14 |
| 8 |      for identification.) | 11:23:14 |
| 9 | Q   Sir, you have been handed what's been | 11:23:48 |
| 10 | marked as Exhibit No. 106, Bates No. ZG-00026158. | 11:23:49 |
| 11 |     This was a document that was found in your | 11:23:55 |
| 12 | files. | 11:24:01 |
| 13 |     Do you recognize it? | 11:24:01 |
| 14 | A   I do. | 11:24:03 |
| 15 | Q   What is it? | 11:24:09 |
| 16 | A   This was an early strategy document to | 11:24:10 |
| 17 | consider plans in a world of clear cooperation | 11:24:13 |
| 18 | changes. | 11:24:20 |
| 19 |     It looks like it started in December of | 11:24:20 |
| 20 | 2024. | 11:24:22 |
| 21 | Q   And was this sort of a group document that | 11:24:22 |
| 22 | people could add to and comment on? | 11:24:24 |
| 23 | A   This was. | 11:24:27 |
| 24 | Q   What system does Zillow use for something | 11:24:28 |
| 25 | like this? | 11:24:31 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    106

| | | |
|---|---|---|
| 1 | A   This is a Google Doc. | 11:24:31 |
| 2 | Q   Are some of these comments I see on the | 11:24:34 |
| 3 | right, are any of those yours? | 11:24:39 |
| 4 | A   They could be.  I don't know. | 11:24:41 |
| 5 | Q   Okay.  We'll look at some specifically, | 11:24:47 |
| 6 | and you can tell me. | 11:24:50 |
| 7 | The third comment here says, "Chatting | 11:24:51 |
| 8 | with Lloyd at Z-retreat.  His view seemed to be | 11:24:59 |
| 9 | that this is the most important objective." | 11:25:04 |
| 10 | Do you see that? | 11:25:06 |
| 11 | A   I do see that. | 11:25:07 |
| 12 | Q   And the "Lloyd," who would that be? | 11:25:11 |
| 13 | A   That's Lloyd Frink, our cofounder. | 11:25:13 |
| 14 | Q   And what is Z-retreat? | 11:25:15 |
| 15 | A   A Z-retreat is a meeting.  It's a | 11:25:16 |
| 16 | gathering. | 11:25:20 |
| 17 | Because we are a remote company, when we | 11:25:21 |
| 18 | do in-person meetings instead of primary virtual | 11:25:23 |
| 19 | meetings, if they're coordinated and organized, we | 11:25:27 |
| 20 | will call them a Z-retreat. | 11:25:31 |
| 21 | So you will see it referred to as | 11:25:34 |
| 22 | "Z-retreat" when it's like a larger in-person | 11:25:37 |
| 23 | gathering of people. | 11:25:39 |
| 24 | Q   And do you remember the Z-retreat with | 11:25:40 |
| 25 | Mr. Frink? | 11:25:43 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                        118

| | | |
|---|---|---|
| 1 | It is a series of chats, texts, which I | 11:59:37 |
| 2 | believe you are on, dated April 17th. | 11:59:40 |
| 3 | Am I correct that that's what this is? | 11:59:42 |
| 4 | A  Give me a second to read it. | 11:59:44 |
| 5 | Q  Of course. | 11:59:49 |
| 6 | A  Yes. | 12:00:18 |
| 7 | Q  Is that your phone number, 971-312-7696? | 12:00:18 |
| 8 | A  No.  My phone number is 847-271-1826. | 12:00:24 |
| 9 | Q  Thank you. | 12:00:34 |
| 10 | Okay.  And this is dated April 17th, so | 12:00:35 |
| 11 | this is about a week after the public announcing | 12:00:40 |
| 12 | of the standards. | 12:00:43 |
| 13 | Do you see that? | 12:00:44 |
| 14 | A  Yes, I do see that. | 12:00:45 |
| 15 | Q  And so on the second page of Exhibit | 12:00:47 |
| 16 | No. 107, Bates 307, in the middle you text, "We | 12:00:56 |
| 17 | are largely getting support, even if we aren't | 12:01:00 |
| 18 | getting deals signed that fast." | 12:01:02 |
| 19 | Do you see that? | 12:01:04 |
| 20 | A  I do. | 12:01:05 |
| 21 | Q  And you are referring to the Zillow | 12:01:08 |
| 22 | listing standards there, right? | 12:01:10 |
| 23 | A  Your question and what I'm referring to-- | 12:01:11 |
| 24 | do you mean the support? | 12:01:17 |
| 25 | Q  Yes. | 12:01:19 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                         119

| | | |
|---|---|---|
| 1 | A   Yeah, the support is public support for | 12:01:19 |
| 2 | our listing access standards that we had just | 12:01:22 |
| 3 | published. | 12:01:25 |
| 4 | Q   Okay.  And the deals that you aren't | 12:01:25 |
| 5 | getting, those are the ones with brokerages for | 12:01:29 |
| 6 | the broker feeds; is that right? | 12:01:31 |
| 7 | MR. TUTTLE:  Objection to form. | 12:01:34 |
| 8 | A   The deals are similar to the eXp and | 12:01:34 |
| 9 | NextHome partnerships, partnerships where a | 12:01:39 |
| 10 | brokerage signals support for our standards and | 12:01:42 |
| 11 | wants access to our incentives. | 12:01:47 |
| 12 | Q   And the incentives create profitability | 12:01:51 |
| 13 | for the brokerage? | 12:01:53 |
| 14 | MR. TUTTLE:  Objection to form. | 12:01:54 |
| 15 | A   The incentives allow them to grow their | 12:01:55 |
| 16 | business however they might want to. | 12:01:57 |
| 17 | ███████████████████████ | 12:01:58 |
| 18 | ███████ | 12:02:00 |
| 19 | ██████████████████ | 12:02:01 |
| 20 | It would be endorsement that they stand | 12:02:03 |
| 21 | for transparency the same way we stand for | 12:02:06 |
| 22 | transparency, which is a way for them to recruit | 12:02:09 |
| 23 | agents. | 12:02:12 |
| 24 | It is a variety of things that are | 12:02:13 |
| 25 | directly monetized and not directly monetized. | 12:02:15 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    120

| | | |
|---|---|---|
| 1 | ████████████████████████ | 12:02:19 |
| 2 | █████████████████████████ | 12:02:21 |
| 3 | ████████████████████ | 12:02:24 |
| 4 | ██████████████████████ | 12:02:26 |
| 5 | ███████████████████████████ | 12:02:37 |
| 6 | ██████████████████████████ | 12:02:39 |
| 7 | ████████████████████████ | 12:02:42 |
| 8 | █████████████████████████ | 12:02:44 |
| 9 | ████████████████████████████ | 12:02:48 |
| 10 | ████████████████████████████ | 12:02:53 |
| 11 | █████████████████ | 12:02:55 |
| 12 | ████████████████ | 12:02:57 |

13      Q   And then it says, "We aren't getting deals      12:02:59

14   signed that fast," so were you disappointed at the      12:03:06

15   rate that Zillow was getting brokerages to sign      12:03:09

16   up?      12:03:12

17      A   We were hopeful that we would have a set      12:03:13

18   of brokerages supporting and endorsing our      12:03:20

19   standards that we had just announced, and one of      12:03:24

20   the ways to show support was signing partnership      12:03:27

21   agreements with us, and we were-- in the week we      12:03:30

22   had launched the listing access standards, we took      12:03:35

23   a decent amount of risk in publishing these      12:03:39

24   standards, and we were unsure as to how most      12:03:42

25   brokerages would respond.      12:03:44

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              121

| | | |
|---|---|---|
| 1 | We were looking for signals of support, | 12:03:45 |
| 2 | and one of those signals would be partnering with | 12:03:48 |
| 3 | us on a partnership. | 12:03:52 |
| 4 | Q  How many partners did Zillow sign up | 12:03:52 |
| 5 | before it implemented the standards? | 12:03:56 |
| 6 | A  I believe we signed two partners before we | 12:03:59 |
| 7 | announced. | 12:04:03 |
| 8 | Q  eXp? | 12:04:04 |
| 9 | A  And NextHome. | 12:04:05 |
| 10 | I believe those were the only two we | 12:04:08 |
| 11 | signed before we announced. | 12:04:10 |
| 12 | Q  Since then, how many have you signed? | 12:04:11 |
| 13 | A  I don't have the number offhand, but there | 12:04:13 |
| 14 | have been a handful more. | 12:04:16 |
| 15 | Q  You said that Zillow took a risk in | 12:04:17 |
| 16 | publishing the standards. | 12:04:20 |
| 17 | Describe that risk. | 12:04:22 |
| 18 | A  Yeah, sure. | 12:04:24 |
| 19 | Zillow has never been in the business of | 12:04:24 |
| 20 | adopting and publishing and managing standards. | 12:04:28 |
| 21 | You know, it was uncertain how the | 12:04:32 |
| 22 | industry was going to respond to that. | 12:04:35 |
| 23 | We had confidence that many brokerages had | 12:04:37 |
| 24 | made public statements, similar to us, about | 12:04:41 |
| 25 | supporting pro-consumer benefits, pro-agent | 12:04:44 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                                    122

| | | |
|---|---|---|
| 1 | benefits, and supporting transparency, so we were | 12:04:48 |
| 2 | hopeful that the statements that they had made | 12:04:51 |
| 3 | publicly would show their support even after we | 12:04:53 |
| 4 | announced the standards, but we didn't know for | 12:04:58 |
| 5 | sure. | 12:05:00 |
| 6 | So one of the ways we were looking to | 12:05:00 |
| 7 | garner support was to have more and more | 12:05:02 |
| 8 | brokerages align with us, either via their words | 12:05:05 |
| 9 | and verbal support, written support, or via a | 12:05:08 |
| 10 | partnership, so that's what we were looking for in | 12:05:12 |
| 11 | the weeks in which we published and the weeks | 12:05:14 |
| 12 | after we published the standards. | 12:05:17 |
| 13 | Q  And then further down it says-- whoever is | 12:05:19 |
| 14 | at the 609 area code says, "Not a lot of new PLN | 12:05:26 |
| 15 | announcements this week." | 12:05:30 |
| 16 | Do you see that? | 12:05:32 |
| 17 | A  I do see that. | 12:05:33 |
| 18 | Q  So in the week after Zillow issued its | 12:05:33 |
| 19 | standards-- do you know who the 609 was? | 12:05:37 |
| 20 | That's okay. | 12:05:48 |
| 21 | A  Let me see if I can figure it out from | 12:05:49 |
| 22 | context. | 12:05:51 |
| 23 | I don't. | 12:05:53 |
| 24 | Q  It's okay, sir. | 12:05:53 |
| 25 | Is it your understanding that that was a | 12:05:54 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    123

| | | |
|---|---|---|
| 1 | true statement-- | 12:05:57 |
| 2 | A  That might be Marissa-- if it's important, | 12:06:06 |
| 3 | we can-- | 12:06:10 |
| 4 | Q  We'll get it figured out. | 12:06:10 |
| 5 | Do you understand that it was true that in | 12:06:18 |
| 6 | the week after Zillow announced its standards, not | 12:06:20 |
| 7 | a lot of new PLN announcements were made? | 12:06:23 |
| 8 | A  Yeah, in the week after we announced our | 12:06:27 |
| 9 | standards, we did not see very many brokerages | 12:06:29 |
| 10 | make announcements about new private listing | 12:06:33 |
| 11 | networks. | 12:06:38 |
| 12 | Q  And then one of your colleagues writes, | 12:06:38 |
| 13 | "That was our goal, to stop the PLNs." | 12:06:44 |
| 14 | Do you see that? | 12:06:47 |
| 15 | A  I do. | 12:06:48 |
| 16 | Q  And that is on Page 308 of Exhibit | 12:06:48 |
| 17 | No. 107. | 12:06:52 |
| 18 | Did you agree that that was Zillow's goal, | 12:06:54 |
| 19 | to stop the PLNs? | 12:06:56 |
| 20 | A  Our goal, with our listing access | 12:06:57 |
| 21 | standards, was to not have the anti-consumer | 12:07:06 |
| 22 | private listing networks that are selectively | 12:07:09 |
| 23 | marketing and harming buyers and sellers become a | 12:07:11 |
| 24 | growing and larger share. | 12:07:17 |
| 25 | Our goal was to enable brokerages that did | 12:07:19 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    124

| | | |
|---|---|---|
| 1 | not want to create those networks, but felt like | 12:07:22 |
| 2 | they had to create those networks to compete, to | 12:07:25 |
| 3 | have the ability to not offer that service. | 12:07:28 |
| 4 | Part of that was evaluating whether | 12:07:29 |
| 5 | brokerages were standing up or announcing these or | 12:07:32 |
| 6 | not. | 12:07:34 |
| 7 | Q  So one of the goals-- I am reading right | 12:07:34 |
| 8 | here, one of the goals for the Zillow listing | 12:07:38 |
| 9 | network was to stop the PLNs; is that correct? | 12:07:41 |
| 10 | MR. TUTTLE:  Objection to form; asked and | 12:07:47 |
| 11 | answered. | 12:07:48 |
| 12 | A  One of our goals, in publishing our | 12:07:48 |
| 13 | listing access standards, was to ensure that the | 12:07:51 |
| 14 | anti-consumer private listing networks, that's one | 12:07:54 |
| 15 | type of private listing network, were not growing | 12:07:59 |
| 16 | in volume and not a tool that brokerages felt like | 12:08:02 |
| 17 | they had to offer even when they were saying | 12:08:06 |
| 18 | publicly they did not want to offer them. | 12:08:09 |
| 19 | So one of the evaluation criteria that we | 12:08:11 |
| 20 | had around our listing access standards, in | 12:08:18 |
| 21 | addition to brokerage supports, to consumer | 12:08:21 |
| 22 | advocacy group supports, to agent feedback, was | 12:08:24 |
| 23 | whether brokerages who said publicly they did not | 12:08:28 |
| 24 | want to enable PLNs would have to create their | 12:08:32 |
| 25 | own. | 12:08:36 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              125

| | | |
|---|---|---|
| 1 | Q  Okay.  I am going to ask you about that | 12:08:36 |
| 2 | sir, but I need you to answer my question. | 12:08:38 |
| 3 | The person who wrote this, the 602 area | 12:08:40 |
| 4 | code, they didn't say pro-consumer or | 12:08:44 |
| 5 | anti-consumer PLNs. | 12:08:46 |
| 6 | They just wrote, "That was our goal, to | 12:08:48 |
| 7 | stop the PLNs," and I just need you to answer the | 12:08:50 |
| 8 | question-- | 12:08:58 |
| 9 | A  It does, referring further down the page | 12:09:00 |
| 10 | where the person in the conversation says, "Stop | 12:09:08 |
| 11 | the floodgates, given how atrocious they are for | 12:09:11 |
| 12 | consumers." | 12:09:16 |
| 13 | I was pointing that out in the string. | 12:09:17 |
| 14 | Q  So the goal-- given how atrocious Zillow | 12:09:19 |
| 15 | believed that PLNs were for consumers, the goal | 12:09:22 |
| 16 | was to stop them, right? | 12:09:27 |
| 17 | MR. TUTTLE:  Objection to form. | 12:09:28 |
| 18 | A  One of the goals of our listing access | 12:09:29 |
| 19 | standards was to enable brokerages to create | 12:09:31 |
| 20 | strategies to grow their business without | 12:09:36 |
| 21 | resorting to creating an anti-consumer private | 12:09:38 |
| 22 | listing network. | 12:09:42 |
| 23 | Q  And your concern, Zillow's concern, was | 12:09:43 |
| 24 | that competition might force these brokerages to | 12:09:45 |
| 25 | start PLNs when they didn't want to? | 12:09:49 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                146

| | | |
|---|---|---|
| 1 | Q  I'm not defining it. | 12:34:22 |
| 2 | A  Sure. | 12:34:23 |
| 3 | Q  I'm asking you, can pre-marketing, in the | 12:34:23 |
| 4 | way that you defined it earlier, by in some way | 12:34:26 |
| 5 | making it public, before it is available on an | 12:34:31 |
| 6 | MLS, does that have value for an agent or consumer | 12:34:35 |
| 7 | in figuring out the price-- | 12:34:39 |
| 8 | MR. TUTTLE:  Objection to form; asked and | 12:34:41 |
| 9 | answered three or four times. | 12:34:43 |
| 10 | Go ahead. | 12:34:44 |
| 11 | A  Also, let's clarify your question because | 12:34:45 |
| 12 | Zillow's definition of "pre-marketing" is not | 12:34:47 |
| 13 | before the MLS. | 12:34:50 |
| 14 | That's part of why I was trying to | 12:34:51 |
| 15 | clarify-- | 12:34:53 |
| 16 | Q  So let me focus on that. | 12:34:53 |
| 17 | Zillow uses "pre-market" after it's on the | 12:34:54 |
| 18 | MLS, right? | 12:34:58 |
| 19 | A  It's just orthogonal. | 12:34:58 |
| 20 | Zillow uses "pre-market" as not ready to | 12:35:02 |
| 21 | be shown, not active as an active status on the | 12:35:05 |
| 22 | market, the same way the MLS does. | 12:35:08 |
| 23 | The MLS has a coming soon status.  The MLS | 12:35:11 |
| 24 | has the ability to say, "This home is not yet | 12:35:23 |
| 25 | ready to be shown and seen and toured," and the | 12:35:27 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                          147

| | | |
|---|---|---|
| 1 | market-- the products that we are looking at | 12:35:29 |
| 2 | exploring partner with that status, and to your | 12:35:31 |
| 3 | earlier conversation, that's why we are waiting to | 12:35:35 |
| 4 | see how those statuses are going to be rolled out | 12:35:37 |
| 5 | in all of the local MLSs to figure out how can we | 12:35:40 |
| 6 | partner with them. | 12:35:43 |
| 7 | MR. DINTZER:  Why don't we take a break. | 12:35:50 |
| 8 | MR. TUTTLE:  Do you want to go off the | 12:35:59 |
| 9 | record? | 12:36:00 |
| 10 | MR. DINTZER:  Let's go off the record. | 12:36:01 |
| 11 | MR. TUTTLE:  Okay. | 12:36:03 |
| 12 | VIDEOGRAPHER:  We are going off the | 12:36:06 |
| 13 | record.  The time is 12:36 p.m. | 12:36:07 |
| 14 | (Recess 12:36 to 1:11 p.m.) | 13:11:06 |
| 15 | VIDEOGRAPHER:  We are going on the record. | 13:11:06 |
| 16 | The time is 1:11 p.m. | 13:11:16 |
| 17 | Q  (By Mr. Dintzer)  Sir, do you know if | 13:11:20 |
| 18 | Zillow ever offered Compass a deal to try to get | 13:11:22 |
| 19 | them to comply with the Zillow listing standards? | 13:11:25 |
| 20 | MR. TUTTLE:  Objection to form. | 13:11:28 |
| 21 | A  Zillow has explored the partnership | 13:11:30 |
| 22 | agreement that we've been offering many brokerages | 13:11:33 |
| 23 | with Compass as well. | 13:11:36 |
| 24 | Q  And what specifically did Zillow offer | 13:11:37 |
| 25 | Compass? | 13:11:42 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              148

| | | |
|---|---|---|
| 1 | A  We offered them, and continue to offer | 13:11:42 |
| 2 | them, a variety of incentives and partnership | 13:11:53 |
| 3 | benefits, things like access to our advertising | 13:11:58 |
| 4 | products, things like ability to help them recruit | 13:12:02 |
| 5 | agents with our flex program, ███████████ | 13:12:06 |
| 6 | ██████, similar to what you have seen in the | 13:12:11 |
| 7 | exhibits we've talked about with other brokerages. | 13:12:14 |
| 8 | Q  Is anything that you have given the | 13:12:16 |
| 9 | brokerages in their brokerage feed, slash, ZLAS | 13:12:18 |
| 10 | agreements, not available to the other brokerages | 13:12:25 |
| 11 | who haven't signed the agreements? | 13:12:27 |
| 12 | MR. TUTTLE:  Objection to form. | 13:12:29 |
| 13 | A  The partnerships we signed with eXp and | 13:12:32 |
| 14 | with NextHome, and with a handful of others, which | 13:12:35 |
| 15 | include brokerage benefits as well as adoption of | 13:12:38 |
| 16 | our listing access standards, I believe all the | 13:12:42 |
| 17 | ones we have signed to date include products and | 13:12:46 |
| 18 | services that are available to all brokerages. | 13:12:49 |
| 19 | Q  So what exactly is Zillow giving eXp that | 13:12:51 |
| 20 | is not available to all other brokerages in those | 13:12:57 |
| 21 | agreements? | 13:13:02 |
| 22 | ████████████████████ | 13:13:02 |
| 23 | ████████████████████████ | 13:13:06 |
| 24 | ████████████████████ | 13:13:10 |
| 25 | ████████████████████████ | 13:13:12 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                     149

| | | |
|---|---|---|
| 1 | ███████████████████ | 13:13:15 |
| 2 | ████████████████████ | 13:13:17 |
| 3 | █████████████████████ | 13:13:21 |
| 4 | ███████████ | 13:13:25 |
| 5 | MR. TUTTLE:  Objection to form. | 13:13:28 |
| 6 | ██████████████ | 13:13:30 |
| 7 | █████████████ | 13:13:31 |
| 8 | ██████████████ | 13:13:33 |
| 9 | ████████████████████ | 13:13:36 |
| 10 | ███████████████ | 13:13:41 |
| 11 | ███ | 13:13:44 |
| 12 | MR. TUTTLE:  Objection to form. | 13:13:44 |
| 13 | ████████████████████ | 13:13:45 |
| 14 | ███████████████████████ | 13:13:51 |
| 15 | ██████████████████ | 13:13:54 |
| 16 | ████████████████ | 13:13:58 |
| 17 | █████████████ | 13:14:00 |
| 18 | ██████████████████ | 13:14:03 |
| 19 | ███████████ | 13:14:06 |
| 20 | █████████████ | 13:14:08 |
| 21 | ████████████████████ | 13:14:12 |
| 22 | ████████████████████ | 13:14:15 |
| 23 | ██████████ | 13:14:17 |
| 24 | █████████████ | 13:14:18 |
| 25 | ████████████████████ | 13:14:25 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    154

| | | |
|---|---|---|
| 1 | MR. TUTTLE:  Objection to form. | 13:20:21 |
| 2 | THE WITNESS:  I believe the eXp agreement | 13:20:25 |
| 3 | applies in all the places where eXp has agents, | 13:20:27 |
| 4 | but I don't know how many markets that is. | 13:20:29 |
| 5 | Q  You don't know if it's throughout the | 13:20:31 |
| 6 | country? | 13:20:33 |
| 7 | A  I know that they are in many markets, but | 13:20:34 |
| 8 | I don't know that-- I don't believe they're in all | 13:20:36 |
| 9 | markets. | 13:20:38 |
| 10 | Q  You are saying "markets." | 13:20:38 |
| 11 | I need you to answer the question I'm | 13:20:39 |
| 12 | asking. | 13:20:41 |
| 13 | Do you know if it applies throughout the | 13:20:41 |
| 14 | country? | 13:20:43 |
| 15 | MR. TUTTLE:  Objection to form. | 13:20:43 |
| 16 | A  The eXp agreement, and any of these | 13:20:45 |
| 17 | agreements, will cover a brokerage in all the | 13:20:47 |
| 18 | markets in which they do business. | 13:20:52 |
| 19 | Q  So that could be a nationwide agreement? | 13:20:54 |
| 20 | MR. TUTTLE:  Objection to form. | 13:20:58 |
| 21 | A  The goal with a brokerage partnership is | 13:21:00 |
| 22 | enable all their agents in all the places that | 13:21:02 |
| 23 | they serve consumers, which is multi-state and | 13:21:05 |
| 24 | multi-market, but it is specific to the markets | 13:21:09 |
| 25 | they're in. | 13:21:12 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                          155

| | | |
|---|---|---|
| 1 | And that is one of the challenges in these | 13:21:13 |
| 2 | brokerage conversations, is some of these brokers | 13:21:15 |
| 3 | are regional, some of them have heavier | 13:21:17 |
| 4 | concentration in certain markets than others, some | 13:21:20 |
| 5 | are in many markets, but very few of them are | 13:21:22 |
| 6 | everywhere, and so it's usually bespoke to where | 13:21:26 |
| 7 | are they doing business because that's where | 13:21:34 |
| 8 | they're looking to grow their agent teams and | 13:21:36 |
| 9 | their transactions. | 13:21:39 |
| 10 | Q  The Zillow listing standards apply | 13:21:40 |
| 11 | throughout the country, correct? | 13:21:42 |
| 12 | A  The Zillow listing standards are designed | 13:21:43 |
| 13 | to be able to work across all 520 MLSs as much as | 13:21:50 |
| 14 | they can, with the recognition that we cannot | 13:21:55 |
| 15 | implement the rules specifically without taking | 13:22:00 |
| 16 | into account the differences of these MLSs. | 13:22:04 |
| 17 | Q  Each MLS has their own rules, right? | 13:22:06 |
| 18 | A  That is correct. | 13:22:09 |
| 19 | Q  Some MLSs allow as much pre-marketing as a | 13:22:09 |
| 20 | company wants, correct? | 13:22:13 |
| 21 | A  Each MLS has their own version of what a | 13:22:15 |
| 22 | coming soon status might look like, what-- how | 13:22:22 |
| 23 | their feeds behave, what their opt in and opt out | 13:22:27 |
| 24 | rules are for various data fields. | 13:22:31 |
| 25 | So each MLS has a model set of rules that | 13:22:32 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    156

| | | |
|---|---|---|
| 1 | they then implement locally. | 13:22:35 |
| 2 | We take all 500-plus MLS rule sets and | 13:22:38 |
| 3 | implement them, to the best of our ability, on our | 13:22:43 |
| 4 | site. | 13:22:46 |
| 5 | Q  But your Zillow listing standards applies | 13:22:47 |
| 6 | uniformly in Los Angeles, in New York, in | 13:22:51 |
| 7 | Poughkeepsie, in San Luis Obispo-- it applies | 13:22:56 |
| 8 | everywhere in the United States, correct? | 13:23:00 |
| 9 | MR. TUTTLE:  Objection to form. | 13:23:02 |
| 10 | A  Our goal with the standards is to have | 13:23:03 |
| 11 | consistency where we can on the principles of the | 13:23:06 |
| 12 | standards, so things like selective marketing | 13:23:08 |
| 13 | being a violation of the standards is something we | 13:23:12 |
| 14 | look to be as consistent as possible. | 13:23:15 |
| 15 | However, any rule set or partnership or | 13:23:18 |
| 16 | feed agreement you do in real estate has to take | 13:23:23 |
| 17 | into account the regional and local differences of | 13:23:26 |
| 18 | an MLS market or a brokerage relationship, and so | 13:23:30 |
| 19 | there's only so much that you can have that spans | 13:23:34 |
| 20 | those markets. | 13:23:36 |
| 21 | Q  Okay.  So I need you to answer my | 13:23:37 |
| 22 | question, sir. | 13:23:38 |
| 23 | A  I did. | 13:23:39 |
| 24 | Q  Is the ZLS, the Zillow listing standard, | 13:23:40 |
| 25 | is it exactly the same as written and as applied | 13:23:44 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    157

| | | |
|---|---|---|
| 1 | in every single place in this country? | 13:23:49 |
| 2 | It's a "yes" or "no," sir. | 13:23:51 |
| 3 | MR. TUTTLE:  Objection to form. | 13:23:53 |
| 4 | A  Well, it's not as simple as "yes" or "no." | 13:23:54 |
| 5 | That's part of why I said what I said. | 13:23:57 |
| 6 | It's we have goals for how we want the | 13:23:59 |
| 7 | standard to show to consumers and to agents, and | 13:24:02 |
| 8 | then we have to implement the details of those | 13:24:06 |
| 9 | standards in accordance with the MLS rules, which | 13:24:09 |
| 10 | are variable. | 13:24:12 |
| 11 | And so the goal is to have consistency | 13:24:13 |
| 12 | where we can, but the standards will not be able | 13:24:16 |
| 13 | to be uniform across all the markets. | 13:24:18 |
| 14 | Q  So where does Zillow, on its website, list | 13:24:21 |
| 15 | how it's different-- the differential in its | 13:24:24 |
| 16 | approach, you know, MLS by MLS? | 13:24:28 |
| 17 | Does it detail that? | 13:24:33 |
| 18 | A  I don't know that we have shared MLS | 13:24:34 |
| 19 | specific rules and regulations as part of our | 13:24:38 |
| 20 | policy publicly. | 13:24:41 |
| 21 | Q  Has Zillow told anyone about specifically | 13:24:42 |
| 22 | what it's doing in each MLS around the country? | 13:24:47 |
| 23 | MR. TUTTLE:  Objection to form. | 13:24:52 |
| 24 | A  Let's see, we for sure have had | 13:24:55 |
| 25 | conversations with various MLSs, and I assume, | 13:25:00 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    158

| | | |
|---|---|---|
| 1 | though I haven't been part of them, with | 13:25:05 |
| 2 | brokerages, about some of the local specific | 13:25:08 |
| 3 | nuances of the modified MLS rules. | 13:25:10 |
| 4 | An example of that would be the new | 13:25:13 |
| 5 | deferred marketing status. | 13:25:18 |
| 6 | Some MLSs are enabling it as written or as | 13:25:20 |
| 7 | suggested. | 13:25:24 |
| 8 | Some MLSs are going to modify how they | 13:25:25 |
| 9 | enable it. | 13:25:28 |
| 10 | Some MLSs are saying they are not going to | 13:25:29 |
| 11 | enable it and they are going to train their | 13:25:31 |
| 12 | members to not use that status. | 13:25:34 |
| 13 | We have had conversations with some of | 13:25:35 |
| 14 | those MLSs, and brokers in those MLSs, about how | 13:25:37 |
| 15 | might we work in that fractured rule set because, | 13:25:40 |
| 16 | again, to your question, it sounds great to say, | 13:25:44 |
| 17 | "There's a deferred marketing status, that's a new | 13:25:47 |
| 18 | thing," but there's going to be 500 | 13:25:50 |
| 19 | implementations of that that shake out | 13:25:53 |
| 20 | differently, so we can't implement receiving that | 13:25:55 |
| 21 | deferred marketing status the same way. | 13:25:57 |
| 22 | In situations like that, we have had | 13:26:02 |
| 23 | conversations with MLSs and, I believe, with | 13:26:04 |
| 24 | brokers about how we might implement that as we're | 13:26:07 |
| 25 | learning how they're going to implement these | 13:26:10 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    159

| | | |
|---|---|---|
| 1 | suggested rules. | 13:26:16 |
| 2 | Q  And I'm asking not about future changes to | 13:26:17 |
| 3 | the MLSs.  I'm saying right now, today, sir. | 13:26:20 |
| 4 | As you sit here, does Zillow apply the | 13:26:24 |
| 5 | Zillow listing standards uniformly around the | 13:26:28 |
| 6 | country? | 13:26:30 |
| 7 | MR. TUTTLE:  Objection to form. | 13:26:31 |
| 8 | A  We apply the standards per MLS and per MLS | 13:26:35 |
| 9 | rule set.  That is how we implement the standards. | 13:26:38 |
| 10 | There is some consistency to some of the | 13:26:40 |
| 11 | MLS rules, and we benefit from having that | 13:26:43 |
| 12 | consistency, and there is quite a bit of | 13:26:45 |
| 13 | fracturing of how those MLS rules are implemented | 13:26:48 |
| 14 | that we have to respect and implement. | 13:26:51 |
| 15 | Q  So if-- are you familiar with Pittsburgh | 13:26:53 |
| 16 | and their MLS rules in Pittsburgh? | 13:26:56 |
| 17 | Are you aware that some MLSs allow as much | 13:27:03 |
| 18 | pre-marketing as the brokerages want? | 13:27:06 |
| 19 | A  I am aware that some of the MLSs have | 13:27:08 |
| 20 | different timeframes for how long a listing can | 13:27:13 |
| 21 | sit in the MLS and not be marked as active. | 13:27:16 |
| 22 | Q  Okay.  How about-- and does Zillow change | 13:27:18 |
| 23 | its Zillow policy, its standard, to allow for | 13:27:21 |
| 24 | that? | 13:27:25 |
| 25 | A  Does Zillow-- | 13:27:25 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              160

| | | |
|---|---|---|
| 1 | Q  Does Zillow apply a different rule for | 13:27:28 |
| 2 | those different MLS rules? | 13:27:31 |
| 3 | MR. TUTTLE:  Objection to form. | 13:27:33 |
| 4 | A  Let's see, Zillow's standards on public | 13:27:37 |
| 5 | marketing are consistent, but the status before | 13:27:40 |
| 6 | "active" in those MLSs oftentimes is not public | 13:27:47 |
| 7 | marketing, so that's the difference I think in | 13:27:50 |
| 8 | your question. | 13:27:54 |
| 9 | Our standards are about when a listing is | 13:27:54 |
| 10 | selectively publicly marketed to consumers. | 13:27:59 |
| 11 | Q  And not yet given to the MLS? | 13:28:02 |
| 12 | A  And-- not yet made available to all MLS | 13:28:04 |
| 13 | members, which is different because some MLSs will | 13:28:08 |
| 14 | allow for the listing to be registered, but it is | 13:28:10 |
| 15 | not yet an active listing.  It is not yet shared | 13:28:15 |
| 16 | with any consumers. | 13:28:19 |
| 17 | Q  Can you give me an example of one that | 13:28:19 |
| 18 | does that? | 13:28:21 |
| 19 | A  I won't get the name right offhand, but | 13:28:22 |
| 20 | there are a handful of MLSs-- like actually, | 13:28:25 |
| 21 | California MLS is one where they would like all | 13:28:28 |
| 22 | the listings registered in the database no matter | 13:28:31 |
| 23 | what status they're in, and then often those | 13:28:35 |
| 24 | listings won't be available to the rest of the | 13:28:39 |
| 25 | market for some period of time, but that's not a | 13:28:41 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              161

| | | |
|---|---|---|
| 1 | public marketing of that listing. | 13:28:43 |
| 2 | Q  So even though the California MLS will | 13:28:45 |
| 3 | allow the registering of the listing, Zillow will | 13:28:47 |
| 4 | apply the Zillow listing standard to that listing | 13:28:52 |
| 5 | because it's not been made publicly available? | 13:28:56 |
| 6 | MR. TUTTLE:  Objection to form. | 13:28:59 |
| 7 | THE WITNESS:  So the California-- the | 13:29:00 |
| 8 | CRMLS, so it's the California regional MLS, when | 13:29:05 |
| 9 | they collect listings that are not yet ready to be | 13:29:08 |
| 10 | marketed, those listings are not marketed to | 13:29:12 |
| 11 | consumers, and therefore they're not a violation | 13:29:16 |
| 12 | of clear cooperation policy or our listing | 13:29:19 |
| 13 | standards, but the MLS knows that the listings are | 13:29:21 |
| 14 | coming, and they are not made available to anyone | 13:29:24 |
| 15 | outside that brokerage in that case. | 13:29:28 |
| 16 | So that's an example where that MLS has a | 13:29:31 |
| 17 | set of rules about collecting listing types that | 13:29:33 |
| 18 | doesn't conflict with our listing access | 13:29:37 |
| 19 | standards. | 13:29:41 |
| 20 | Q  So if Fred's brokerage registered the | 13:29:41 |
| 21 | listings on the California MLS, they were not | 13:29:47 |
| 22 | public, and Fred's brokerage spent a couple weeks | 13:29:52 |
| 23 | showing these listings to people, and then told | 13:29:56 |
| 24 | the California MLS, "Okay.  We are going public | 13:30:00 |
| 25 | now," that would or would not violate the Zillow | 13:30:03 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                                162

| | | |
|---|---|---|
| 1 | listing standard? | 13:30:06 |
| 2 | MR. TUTTLE:  Objection to form. | 13:30:08 |
| 3 | A  It would depend on the activities that the | 13:30:09 |
| 4 | agent took and if any of those activities | 13:30:11 |
| 5 | constituted public marketing. | 13:30:14 |
| 6 | So the normal version of that scenario is | 13:30:16 |
| 7 | a listing is going to be a private sale and it's | 13:30:20 |
| 8 | never going to be publicly marketed, and so it's | 13:30:23 |
| 9 | registered with the database to say, "This is a | 13:30:26 |
| 10 | home that's going to transact, and we are not | 13:30:29 |
| 11 | going to use MLS marketing, we are not going to | 13:30:31 |
| 12 | put it on the internet," and there's nothing wrong | 13:30:33 |
| 13 | with that sale situation. | 13:30:37 |
| 14 | Q  They put out signs, post it on Instagram-- | 13:30:39 |
| 15 | A  Yeah, so examples of yard signs, social | 13:30:42 |
| 16 | media marketing, that would be an example where | 13:30:45 |
| 17 | the listing would be publicly marketed, and if | 13:30:47 |
| 18 | that listing was not given to all MLS | 13:30:50 |
| 19 | participants, at that point that would be a | 13:30:53 |
| 20 | violation. | 13:30:55 |
| 21 | There are MLSs that have created statuses | 13:30:56 |
| 22 | where you can be fully compliant with CCP and our | 13:31:00 |
| 23 | listing access standards and use the MLS. | 13:31:05 |
| 24 | Q  But a brokerage can be fully compliant | 13:31:07 |
| 25 | with the MLS and still violate the Zillow listing | 13:31:10 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              163

| | | |
|---|---|---|
| 1 | standards? | 13:31:14 |
| 2 | A  I don't know if that statement-- the way | 13:31:14 |
| 3 | to think about it is a brokerage has to use the | 13:31:24 |
| 4 | MLS system to make their listing available to all | 13:31:31 |
| 5 | members, and if they're going to market that | 13:31:34 |
| 6 | listing, which is a subset of all these things we | 13:31:36 |
| 7 | are talking about-- if they're going to market | 13:31:39 |
| 8 | that listing, then that is what they must make | 13:31:41 |
| 9 | available to all members within 24 hours. | 13:31:44 |
| 10 | (Exhibit No. 110 marked | 13:31:44 |
| 11 | for identification.) | 13:31:47 |
| 12 | Q  We can go to Exhibit No. 110. | 13:31:47 |
| 13 | Sir, you have been handed what's been | 13:32:07 |
| 14 | marked as Exhibit No. 110, Bates numbered | 13:32:09 |
| 15 | ZG-00017714, a series of texts with you and with | 13:32:13 |
| 16 | others; is that right? | 13:32:21 |
| 17 | A  It looks like one other maybe. | 13:32:22 |
| 18 | Q  Okay.  And this is about the discussions | 13:32:26 |
| 19 | with Compass; is that right? | 13:32:38 |
| 20 | A  Let me read it real quick.  Yeah, I think | 13:32:39 |
| 21 | it's just me and one other. | 13:33:46 |
| 22 | I think this is probably Errol Samuelson. | 13:33:47 |
| 23 | Q  And he's reporting back about the | 13:33:50 |
| 24 | discussions with Compass; is that right? | 13:33:52 |
| 25 | A  Yes.  It looks like after a call he had | 13:33:55 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              164

| 1  | with Ashton. | 13:33:57 |
| 2  | Q   The Zillow listing standards, if somebody | 13:34:02 |
| 3  | puts a yard sign out, goes on social media without | 13:34:04 |
| 4  | making their listing available through the MLS to | 13:34:09 |
| 5  | the general public, then that rule applies | 13:34:15 |
| 6  | uniformly throughout the country, right? | 13:34:20 |
| 7  | MR. TUTTLE:  Objection to form. | 13:34:23 |
| 8  | A   Again, none of our rules can apply | 13:34:26 |
| 9  | uniformly. | 13:34:30 |
| 10 | The goal is if selective marketing, so the | 13:34:30 |
| 11 | examples you gave, a yard sign, social media | 13:34:36 |
| 12 | marketing, putting it on your own website-- if | 13:34:40 |
| 13 | there is selective marketing of a listing | 13:34:44 |
| 14 | happening in that market and it is not made | 13:34:46 |
| 15 | available to all market participants, then that | 13:34:49 |
| 16 | listing we consider a violation of our listing | 13:34:53 |
| 17 | access standards. | 13:34:56 |
| 18 | Q   Right. | 13:34:57 |
| 19 | Is there any city or state in this country | 13:34:57 |
| 20 | where the selective marketing is not enforced | 13:35:00 |
| 21 | under the Zillow listing standard? | 13:35:05 |
| 22 | MR. TUTTLE:  Objection to form. | 13:35:06 |
| 23 | A   Well, we've been rolling this out market | 13:35:08 |
| 24 | by market, and so far we've been able to have | 13:35:10 |
| 25 | consistency on the selective marketing of an | 13:35:13 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                              179

| 1  | this approach.  Almost daily we see another PLN. | 13:52:59 |
| 2  | We need to give people pause." | 13:53:02 |
| 3  |        Do you see that? | 13:53:04 |
| 4  |    A  I do. | 13:53:07 |
| 5  |    Q  And then he posts something about | 13:53:08 |
| 6  | Sotheby's, right? | 13:53:14 |
| 7  |    A  Yes.  It looks like he posts a website | 13:53:15 |
| 8  | from Sotheby's Realty. | 13:53:18 |
| 9  |    Q  About private exclusives, right? | 13:53:20 |
| 10 |    A  I assume that's their private exclusives, | 13:53:21 |
| 11 | yeah. | 13:53:24 |
| 12 |    Q  So you understood what he meant when he | 13:53:24 |
| 13 | said, "We need to give people pause," right? | 13:53:27 |
| 14 |    A  My read of that text from Errol Samuelson | 13:53:29 |
| 15 | was as we were discussing when and how to announce | 13:53:35 |
| 16 | the standards, we were seeing brokerages feel like | 13:53:39 |
| 17 | they had to announce competing private listing | 13:53:42 |
| 18 | networks to have an alternative, and so we were | 13:53:47 |
| 19 | looking to move faster to announce our standards | 13:53:51 |
| 20 | to help them see that private listing networks | 13:53:54 |
| 21 | that were anti-consumer would be in violation of | 13:53:58 |
| 22 | those standards. | 13:54:00 |
| 23 |    Q  And you wanted to save them from having to | 13:54:01 |
| 24 | do that? | 13:54:04 |
| 25 |        MR. TUTTLE:  Objection to form. | 13:54:05 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025                    180

| | | |
|---|---|---|
| 1 | A  We wanted to make sure the brokerages that | 13:54:06 |
| 2 | we had understood were not interested in | 13:54:08 |
| 3 | developing private listing networks, but felt they | 13:54:11 |
| 4 | had to make announcements or have a position, had | 13:54:13 |
| 5 | the benefit of our listing access standards | 13:54:16 |
| 6 | showing there was a disincentive to an | 13:54:18 |
| 7 | anti-consumer private listing network. | 13:54:20 |
| 8 | Q  And so when Mr. Samuelson says, "We need | 13:54:23 |
| 9 | to give people pause," he means, "We need to give | 13:54:26 |
| 10 | brokerages pause from announcing another PLN," | 13:54:32 |
| 11 | right? | 13:54:35 |
| 12 | A  I think what Errol Samuelson means there | 13:54:35 |
| 13 | is we need to enable folks to see that there is a | 13:54:41 |
| 14 | disincentive from running an anti-consumer private | 13:54:44 |
| 15 | listing network and free riding off the MLS. | 13:54:48 |
| 16 | So by having our standards announced, | 13:54:51 |
| 17 | which I believe is what he means there, it will | 13:54:53 |
| 18 | help folks show that there is a disincentive to | 13:54:56 |
| 19 | trying to run a selective marketing program. | 13:54:59 |
| 20 | Q  And the disincentive was the Zillow | 13:55:01 |
| 21 | listing standards? | 13:55:03 |
| 22 | A  The disincentive in that case would be | 13:55:04 |
| 23 | that if you ran selective marketing as a private | 13:55:07 |
| 24 | network, that there would be listing standards | 13:55:09 |
| 25 | that would suppress your listings. | 13:55:12 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Wacksman
Conducted on August 26, 2025

181

| | | |
|---|---|---|
| 1 | Q  On Zillow? | 13:55:14 |
| 2 | A  On Zillow, correct. | 13:55:15 |
| 3 | ██████████████████████ | 13:55:16 |
| 4 | ███████████████████ | 13:55:24 |
| 5 | █████████████ | 13:55:26 |
| 6 | ██████████████████████ | 13:55:28 |
| 7 | █ | 13:55:34 |
| 8 | █████ | 13:55:34 |
| 9 | ████████████████████ | 13:55:35 |
| 10 | ███████ | 13:56:16 |
| 11 | █████████████████ | 13:56:17 |
| 12 | ████████████████ | 13:56:27 |
| 13 | ████████████████████████ | 13:56:30 |
| 14 | █████ | 13:56:34 |
| 15 | ████ | 13:56:35 |
| 16 | ████████ | 13:56:37 |
| 17 | ████████████████ | 13:56:41 |
| 18 | ████████████████ | 13:56:44 |
| 19 | ████████████ | 13:56:47 |
| 20 | █████████ | 13:56:53 |
| 21 | █████████████████ | 13:56:54 |
| 22 | ███████████████████ | 13:56:59 |
| 23 | █████████████████ | 13:57:03 |
| 24 | ██████████████ | 13:57:06 |
| 25 | ████████████ | 13:57:08 |