# EXHIBIT E

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF NEW YORK

 3

 4   COMPASS, INC.,                   )
                                      )
 5                      Plaintiff,    )
                                      ) Case No.
 6        vs.                         )
                                      ) 1:25-cv-05201-JAV
 7   ZILLOW, INC., ZILLOW GROUP,      )
     INC., and TRULIA, LLC,           )
 8                                    )
                        Defendants.   )
 9                                    )

10

11          VIDEOTAPED DEPOSITION OF JEREMY HOFMANN

12

                         August 29, 2025
13

14                       Seattle, Washington

15

16     HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

17

18

19

20

21

22

23

24

25
         Reporter: Teri Simons, CCR, RMR, CRR
```

| | | |
|---|---|---|
| 1 | that said that ultimately you are leaving money on | 10:32:33 |
| 2 | the table, selling homes for less. | 10:32:36 |
| 3 |     These private listing networks-- and | 10:32:39 |
| 4 | nobody was really making the-- giving-- nobody was | 10:32:41 |
| 5 | really giving the industry another path forward. | 10:32:45 |
| 6 |     It felt like folks were feeling like maybe | 10:32:48 |
| 7 | they would have to go down that road of doing | 10:32:51 |
| 8 | these anti-consumer private listing networks, and | 10:32:53 |
| 9 | we wanted to give another path forward, and we | 10:32:55 |
| 10 | wanted to do it very publicly. | 10:32:57 |
| 11 |   Q  And it was Zillow's position to give the | 10:32:58 |
| 12 | industry that path forward? | 10:33:00 |
| 13 |     MR. TUTTLE:  Objection to form. | 10:33:02 |
| 14 |   A  Our position was we wanted to give folks | 10:33:04 |
| 15 | an ability to know that there was somebody on the | 10:33:08 |
| 16 | other side, in a public way on the other side of | 10:33:10 |
| 17 | the argument, because of the concerns we had | 10:33:16 |
| 18 | across the board on what was going on. | 10:33:19 |
| 19 | ███████████████████████████████████████ | 10:33:20 |
| 20 | ████████████████████████████████████████ | 10:33:25 |
| 21 | █████████████████████████ | 10:33:28 |
| 22 | ██████████████████████████████████ | 10:33:31 |
| 23 | ████████████████████████████████ | 10:33:34 |
| 24 | ███████████████████████ | 10:33:37 |
| 25 |     Do you see that? | 10:33:39 |

| | | |
|---|---|---|
| 1 | A   I do. | 10:33:39 |
| 2 | Q   What is that referencing? | 10:33:40 |
| 3 | A   With our listing access standards, we | 10:33:42 |
| 4 | basically set it up in a particular way where you | 10:33:44 |
| 5 | can do private listings, you can do it via office | 10:33:47 |
| 6 | exclusives, you can do coming soons via the way | 10:33:51 |
| 7 | MLSs are done-- | 10:33:51 |
| 8 | (Court Reporter asks for clarification) | 10:33:57 |
| 9 | A   You can do office exclusives, which are | 10:33:58 |
| 10 | true privates.  You can do coming soons via MLS | 10:34:00 |
| 11 | rules, and many of the MLSs-- it's obviously a | 10:34:04 |
| 12 | local market-- market-by-market basis, but you can | 10:34:07 |
| 13 | do coming soons and expose those coming soons to | 10:34:08 |
| 14 | all participants, and then you can publicly | 10:34:11 |
| 15 | market. | 10:34:14 |
| 16 | So all of that exists in the market today. | 10:34:15 |
| 17 | What we were-- and what the policy | 10:34:18 |
| 18 | ultimately is, is for private listings that are | 10:34:22 |
| 19 | marketed to some but not marketed to all, we made | 10:34:25 |
| 20 | the policy be if you decide to go down that route, | 10:34:29 |
| 21 | that listing will not be on Zillow. | 10:34:32 |
| 22 | Q   And that's better for consumers to never | 10:34:36 |
| 23 | be on Zillow? | 10:34:39 |
| 24 | A   We don't necessarily think of it that way. | 10:34:40 |
| 25 | I think the way that we thought about it | 10:34:49 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Hofmann
Conducted on August 29, 2025                 69

| | | |
|---|---|---|
| 1 | was sellers need to be educated, so what was being | 10:34:51 |
| 2 | pitched to these sellers and these anti-consumer | 10:34:56 |
| 3 | private listing networks is this is effectively a | 10:34:59 |
| 4 | free option, "You can try to market your home to | 10:35:01 |
| 5 | some.  We'll get it in network. | 10:35:05 |
| 6 | "The only way you are going to see this | 10:35:07 |
| 7 | inventory is you need to sign up with us," so you | 10:35:10 |
| 8 | are hooking a consumer into a relationship that | 10:35:12 |
| 9 | really is just to see inventory and then not | 10:35:14 |
| 10 | exposing it to all buyers. | 10:35:17 |
| 11 | "And then, guess what, if that doesn't end | 10:35:17 |
| 12 | up working, you can then market on Zillow, on | 10:35:19 |
| 13 | other sites like Zillow, and kind of have your | 10:35:24 |
| 14 | cake and eat it too," and just free ride off the | 10:35:30 |
| 15 | rest of the system. | 10:35:32 |
| 16 | We don't think that was the right answer. | 10:35:33 |
| 17 | That's why we came with our listing access | 10:35:35 |
| 18 | standards. | 10:35:40 |
| 19 | We wanted to be really public with respect | 10:35:40 |
| 20 | to that. | 10:35:44 |
| 21 | Q   And so are you trying to save the sellers | 10:35:44 |
| 22 | from making a bad choice?  Is that accurate? | 10:35:47 |
| 23 | MR. TUTTLE:  Objection to form. | 10:35:51 |
| 24 | A   We think about it as the entire | 10:35:52 |
| 25 | marketplace. | 10:35:55 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Hofmann
Conducted on August 29, 2025                              70

| | | |
|---|---|---|
| 1 | So I think the most transparent, the most | 10:35:55 |
| 2 | liquid marketplace tends to benefit buyers because | 10:36:00 |
| 3 | they can see the most inventory, sellers because | 10:36:05 |
| 4 | they can maximize price because they're getting it | 10:36:07 |
| 5 | out to the most people, and then ultimately agents | 10:36:11 |
| 6 | and brokerages, just given the fact that they have | 10:36:13 |
| 7 | a fiduciary duty to maximize price for folks. | 10:36:15 |
| 8 | Q But just focusing on the "never on Zillow" | 10:36:19 |
| 9 | piece, is a seller-- by never on Zillow, are they | 10:36:22 |
| 10 | achieving what you just mentioned about getting it | 10:36:25 |
| 11 | out to the most people? | 10:36:28 |
| 12 | MR. TUTTLE: Objection to form. | 10:36:29 |
| 13 | A Sellers can make the choice that they | 10:36:32 |
| 14 | want to make. | 10:36:35 |
| 15 | If they want to go through a private | 10:36:37 |
| 16 | listing, they can do that in the current | 10:36:39 |
| 17 | environment, and if they want to do coming soons, | 10:36:43 |
| 18 | they can do it in the current environment. | 10:36:45 |
| 19 | If they want to go through Compass's | 10:36:47 |
| 20 | three-phase marketing, they can do that. | 10:36:49 |
| 21 | We wanted folks to understand that there | 10:36:51 |
| 22 | is a real danger to that, another one being that | 10:36:56 |
| 23 | if a seller ends up getting an offer during this | 10:36:59 |
| 24 | pre-marketing period, there's a real chance | 10:37:03 |
| 25 | they're leaving money on the table, and that we | 10:37:06 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Hofmann
Conducted on August 29, 2025                              71

| | | |
|---|---|---|
| 1 | wanted to make sure it was a discussion for | 10:37:08 |
| 2 | sellers entering into what we think is a fairly | 10:37:13 |
| 3 | predatory relationship. | 10:37:16 |
| 4 |    Q   You've mentioned, I think, the entire | 10:37:20 |
| 5 | marketplace at some point. | 10:37:22 |
| 6 |       That's national? | 10:37:24 |
| 7 |       MR. TUTTLE:  Objection to form. | 10:37:26 |
| 8 |    A   When I think about-- I don't necessarily | 10:37:28 |
| 9 | split it out national, local. | 10:37:30 |
| 10 |       Real estate functions in a very local way | 10:37:32 |
| 11 | in the country. | 10:37:36 |
| 12 |       I will give you a few examples, and then-- | 10:37:38 |
| 13 |    Q   No, I understand what you mean. | 10:37:41 |
| 14 |       You are talking about the real estate | 10:37:42 |
| 15 | market, but I am just saying right now you were | 10:37:42 |
| 16 | describing the marketplace, and you were just-- | 10:37:45 |
| 17 | the discussion we just had about-- you said the | 10:37:48 |
| 18 | entire marketplace.  I am just trying to | 10:37:50 |
| 19 | understand, you mean national marketplace? | 10:37:52 |
| 20 |       MR. TUTTLE:  Objection to form. | 10:37:55 |
| 21 |    A   I don't think of the entire marketplace | 10:37:57 |
| 22 | as a national marketplace. | 10:37:59 |
| 23 |       It's not a one-size-fits-all market. | 10:38:00 |
| 24 |       Every market is different, so what works | 10:38:02 |
| 25 | here in Seattle works-- may not work in Tampa Bay. | 10:38:04 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Hofmann
Conducted on August 29, 2025          72

| | | |
|---|---|---|
| 1 | I do think the principles of these | 10:38:09 |
| 2 | predatory actions that were going on apply to any | 10:38:14 |
| 3 | consumer, but I don't necessarily think of the-- | 10:38:19 |
| 4 | when I say "the marketplace," I think of them as | 10:38:23 |
| 5 | marketplaces that are geographic-by-geographic-by- | 10:38:26 |
| 6 | geographic, just given the way the real estate | 10:38:29 |
| 7 | industry works here. | 10:38:32 |
| 8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:38:33 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:38:35 |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:38:38 |
| 11 | ▮▮▮▮▮▮▮▮ | 10:38:42 |
| 12 | ▮▮▮▮▮▮▮▮▮ | 10:38:44 |
| 13 | ▮▮ | 10:38:45 |
| 14 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 10:38:45 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:38:47 |
| 16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:38:54 |
| 17 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:38:59 |
| 18 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:39:02 |
| 19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:39:04 |
| 20 | ▮▮ | 10:39:06 |
| 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:39:06 |
| 22 | ▮▮ | 10:39:09 |
| 23 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:39:09 |
| 24 | ▮▮ | 10:39:12 |
| 25 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:39:13 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Hofmann
Conducted on August 29, 2025

139

| | | |
|---|---|---|
| 1 | A   Yeah, I mean, "national" is a shorthand | 12:15:46 |
| 2 | for just "not in a few markets," so that's why I | 12:15:49 |
| 3 | say "broader national partnership." | 12:15:53 |
| 4 | It's "Hey, can we figure out something to | 12:15:55 |
| 5 | do that is broader than a few markets," that he | 12:15:57 |
| 6 | had talked about a week or two ago. | 12:16:00 |
| 7 | ███████████████████████████████ | 12:16:03 |
| 8 | ████████ | 12:16:06 |
| 9 | ██████████ | 12:16:07 |
| 10 | ████████████████████████████████ | 12:16:07 |
| 11 | █████ | 12:16:12 |
| 12 | ███████████████████ | 12:16:12 |
| 13 | ██████████████████████ | 12:16:15 |
| 14 | ████████████ | 12:16:18 |
| 15 | ████████████████████████████ | 12:16:19 |
| 16 | ██ | 12:16:22 |
| 17 | ████████████████████████ | 12:16:22 |
| 18 | ████████████████████████████████ | 12:16:27 |
| 19 | █████████████████████████████████ | 12:16:30 |
| 20 | ██████████████████████████████ | 12:16:35 |
| 21 | ██████████████████████████████ | 12:16:38 |
| 22 | ████████████████████████████████ | 12:16:39 |
| 23 | █████████████████████████████ | 12:16:40 |
| 24 | ██████ | 12:16:42 |
| 25 | ██████████████████ | 12:16:43 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Jeremy Hofmann
Conducted on August 29, 2025

140

| | | |
|---|---|---|
| 1 | ███████████████████████████ | 12:16:45 |
| 2 | ███████████████████████████ | 12:16:51 |
| 3 | ███████████████████████████ | 12:16:55 |
| 4 | ███████████████████████████ | 12:16:58 |
| 5 | ███████████████████████████ | 12:17:01 |
| 6 | ███████████████████████████ | 12:17:04 |
| 7 | Q   Okay.  And in your top e-mail, dated | 12:17:05 |
| 8 | April 9th, 2025, at 7:33 p.m.-- just to orient | 12:17:10 |
| 9 | ourselves here, had the announcement been made on | 12:17:15 |
| 10 | the Zillow listing access standards and the eXp | 12:17:18 |
| 11 | agreement at this point? | 12:17:22 |
| 12 | A   The public announcement had not been made, | 12:17:23 |
| 13 | but I and we thought it was in good form to give | 12:17:26 |
| 14 | Robert a heads-up beforehand so he understood what | 12:17:29 |
| 15 | we were doing. | 12:17:31 |
| 16 | Q   About both the eXp agreement and the | 12:17:32 |
| 17 | Zillow listing access standards? | 12:17:36 |
| 18 | A   It was about the listing access-- I gave | 12:17:38 |
| 19 | him the heads-up on the listing access standards. | 12:17:41 |
| 20 | Q   Did you mention the deal with eXp? | 12:17:41 |
| 21 | A   I don't recall. | 12:17:43 |
| 22 | I don't think it-- I don't know if I did | 12:17:50 |
| 23 | or didn't. | 12:17:53 |
| 24 | It wasn't as relevant though because I | 12:17:54 |
| 25 | felt like the listing access thing was the thing | 12:17:56 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Jeremy Hofmann
Conducted on August 29, 2025

141

| | | |
|---|---|---|
| 1 | that was going to be something he was going to get | 12:17:58 |
| 2 | a lot of questions about. | 12:18:03 |
| 3 | Q  And you write, "FYI here, called him back | 12:18:04 |
| 4 | this afternoon." | 12:18:09 |
| 5 | Is that Mr. Reffkin? | 12:18:09 |
| 6 | A  Yes. | 12:18:10 |
| 7 | Q  "To tell him we were looking to move fast | 12:18:11 |
| 8 | on NYC and also a heads-up that we are going to be | 12:18:14 |
| 9 | very public tomorrow on listings access." | 12:18:17 |
| 10 | Is that the Zillow listing access | 12:18:21 |
| 11 | standards? | 12:18:23 |
| 12 | A  Yes. | 12:18:23 |
| 13 | Q  So this was the day before Zillow | 12:18:23 |
| 14 | announced its partnership with eXp and the listing | 12:18:24 |
| 15 | access standards, right? | 12:18:28 |
| 16 | A  Yes. | 12:18:29 |
| 17 | ████████████████████████████████ | 12:18:29 |
| 18 | ██████████████████████████████████ | 12:18:31 |
| 19 | ██████████████████ | 12:18:33 |
| 20 | ████████████████████████████████ | 12:18:36 |
| 21 | ████ | 12:18:39 |
| 22 | ████████████████████████████████████ | 12:18:39 |
| 23 | ████████████████████ | 12:18:47 |
| 24 | ██████████████████████████ | 12:18:49 |
| 25 | ██████████████████████████████████ | 12:18:52 |