# EXHIBIT F

1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3    ---------------------------------------X

4    COMPASS, INC.,

5                        Plaintiff,

6          v.          Case No.  1:25-cv-05201-JAV

7    ZILLOW, INC., ZILLOW GROUP,
     INC., and TRULIA, LLC,

8

9                        Defendants.

10   ---------------------------------------

11

12              ** VIDEOTAPED DEPOSITION**

13                   RORY GOLOD

14              Friday, August 29, 2025

15

16

17

18   Reported by:

19   Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR

20   Job 2025-995811

21

22

23

24

25

COMPASS, INC. v                                                    Rory Golod
ZILLOW, INC.

13

1        Q.    And why does Compass pursue walk-overs?

2              MS. SOLN:  Objection to form.

3        A.    Walk-overs are no different than pursuing

4    really an agent team.  They're really a large team,

5    and they're, you know, an opportunity for us to

6    grow.

7    BY MR. SIDNEY:

8        Q.    It's more like a group of agents rather

9    than an individual agent?

10       A.    A walk-over would be a group of agents,

11   correct.  It would be fair to classify as a company.

12   They're just smaller companies than those that would

13   reach the level of traditional M&A transaction.

14       Q.    Do you over see growth for Compass

15   nationally or in a particular region?

16       A.    Nationally.

17       Q.    Okay.  You said you oversee a team of

18   employees at Compass that work on growth?

19       A.    That's right.

20       Q.    About how many people are on that team?

21       A.    About 120.

22       Q.    And at a high level, what do they do?

23       A.    They are responsible for identifying,

24   contacting, and coordinating with those agents to

25   meet with us.  They're responsible for actually

14

1    meeting with those agents and walking them through

2    the Compass value proposition.  They're responsible

3    for then the logistics of actually bringing those

4    agents to Compass, inclusive of their contracts, and

5    all of the items that are administrative as well.

6    And they're responsible for the planning, the

7    strategy, the projections, all of the reporting

8    that's done for that team and its performance.

9        Q.    Okay.

10            And do you have any projections for agent

11   growth for this year?

12       A.    For this year?  What -- there's a number

13   of them.  You have to be more specific.

14       Q.    Well, you said there's some projections

15   for agent recruiting, right?

16       A.    Uh-huh.

17       Q.    What types of metrics do you track in that

18   regard?

19       A.    We track the number of agents who come to

20   Compass.  We track the amount of business they do.

21   We track where they're located.  We track the

22   economics of their agreement with Compass, and what

23   that looks like.  Those -- that's pretty much it.

24       Q.    Okay.

25            In terms of number of agents then, do you

COMPASS, INC. v                                                    Rory Golod
ZILLOW, INC.

15

1    have any particular goals for how many agents you

2    hope to recruit in 2025?

3         A.    Yes.

4         Q.    What are those goals?

5         A.    For the year, by quarter?

6         Q.    How about we break it down by quarter?

7         A.    By quarter?  Starting with the first

8    quarter?

9         Q.    Sure.

10        A.    I don't know the exact numbers, but it's

11   somewhere in the 600-or-so range, throughout the

12   year.  It kind of varies between low to high 600s.

13        Q.    And is that somewhere in that 600 range

14   per quarter?

15             MS. SOLN:  Objection to form.

16        A.    Per quarter, yes.

17   BY MR. SIDNEY:

18        Q.    And so I think we started with Q1, would

19   it be that same range for Q2?

20        A.    Yes, but in Q2 we -- so there's the

21   targets that our team has, but then there are

22   internal targets that myself and senior leader hold,

23   and those start to shift a little bit around Q2.  We

24   start to set higher targets for ourself for Q2,

25   knowing that we needed to sort of work harder and do

1    more to have certain effects but overachieve.

2         Q.   Why do you have to overachieve?

3         A.   Because the noise and confusion that the

4    Zillow ban created, required us to have to, one,

5    work harder and do more to try to hit our goals, but

6    two, put more pressure on us to have to try to

7    overachieve those goals to attempt to send a message

8    to the agent population that we were able to

9    continue to be successful.

10        Q.   Do you track Compass' progress towards

11   your agent-recruiting goals?

12             MS. SOLN:  Objection to form.

13        A.   Yes.

14   BY MR. SIDNEY:

15        Q.   And what is the progress as of today?

16        A.   For what period of time?

17        Q.   For year to date 2025?

18        A.   Year to date on which of the metrics?

19        Q.   The number of agents.

20        A.   On the number of agents, we are ahead of

21   our number of agents expected between now and year

22   to date.  So yeah, year to date.

23        Q.   And how about year-to-date progress in

24   terms of the -- I think you said it was the amount

25   of business those agents bring in?

1          MS. SOLN:  Objection to form.

2      A.   Yeah, when -- when you say "amount of

3  business," you mean their production?

4  BY MR. SIDNEY:

5      Q.   Well, what does production mean to you?

6      A.   Their sales volume and their gross

7  commission income.

8      Q.   Okay.

9          So in terms of sales volume, where --

10 where is Compass year to date in terms of that goal?

11     A.   We're pacing a little behind.

12     Q.   Do you know how much?

13     A.   I don't know for sales volume or gross

14 commission how far behind.  Off the top of my head,

15 no, but we're pacing a little behind.

16     Q.   Do you have any projections for what the

17 sales volume will be at the end of the year?

18     A.   We do.  Yes, we do.

19     Q.   And do you expect to meet those

20 projections?

21     A.   ████████████████████████████████

22 ██████████████████████████████████████

23 ██████

24     Q.   Do you know, relative to the target, where

25 you expect Compass to come in, in terms of sales

COMPASS, INC. v
ZILLOW, INC.

Rory Golod

62

1    Do you see that in the lower right?

2    A.    Yes.

3    Q.    And this is an email from you dated

4    April 4, 2025, correct?

5    A.    Correct.

6    Q.    And the first email in this thread is --

7    it starts at the bottom of the first page.  It's

8    from Ms. Navab, and it's actually dated April 5th,

9    but I think there might be a time zone issue here.

10    Does that look right?

11    A.    Yep.

12    Q.    And Ms. Navab is describing a marketing

13    incentive for Compass' sales teams, right?

14    MS. SOLN:  Objection to form.

15    A.    She's describing an incentive for Compass'

16    employee teams.

17    BY MR. SIDNEY:

18    Q.    I see.

19    And I guess if you need to look at the

20    second page, feel free, but what are AEs and MAs?

21    A.    AEs are agent experience managers and MAs

22    are marketing advisors.

23    Q.    So Compass was offering a bonus to AEs and

24    MAs to increase adoption of 3-Phased Marketing,

25    right?

COMPASS, INC. v
ZILLOW, INC.

Rory Golod

63

1    A.    That's correct.

2    Q.    And then you send -- forward this email to

3 Leland Nislow and Cris Nelson, right?

4    A.    That's correct.

5    Q.    And you BCC Jacob Wells, right?

6    A.    Yes.

7    Q.    Who are Leland Nislow and Cris Nelson?

8         MS. SOLN:  Objection to form.

9    A.    Leland Nislow is our Operations Leader in

10 Pacific Northwest, and Cris is our Regional Vice

11 President for Pacific Northwest.

12 BY MR. SIDNEY:

13    Q.    You say in your email:

14         "As discussed, the below bonus structure

15 will apply to your employees in Idaho and Wyoming.

16 However, for Washington your AEs and marketers will

17 complete the activities outlined in the Q1 bonus

18 structure and will be eligible for the $250

19 incentive when they complete them for 90 percent of

20 their rosters," right?

21    A.    Yeah.

22    Q.    Why was the bonus structure different for

23 employees in Washington compared to Idaho and

24 Wyoming?

25         MS. SOLN:  Objection to form.

COMPASS, INC. v                                        Rory Golod
ZILLOW, INC.

64

1        A.   Washington doesn't allow the first phase

2   of the 3-Phased Marketing Strategy.

3   BY MR. SIDNEY:

4        Q.   In what sense does Washington not allow

5   the first phase of the 3-Phased Marketing Strategy?

6            MS. SOLN:  Objection to form.

7        A.   The Northwest MLS has banned off-market

8   listings.

9   BY MR. SIDNEY:

10       Q.   And your email is dated April 4, that's

11  about a week before Zillow announced the Listing

12  Access Standards, right?

13       A.   That's correct.

14       Q.   And has Washington -- strike that.

15           Has the Northeast MLS changed its rules

16  such that the first phase of the 3-Phased Marketing

17  Strategy would now be allowed today?

18           MS. SOLN:  Objection to form.

19       A.   Have they changed their rules, no.

20  BY MR. SIDNEY:

21       Q.   Okay.  And so even if Zillow's Listing

22  Access Standards didn't apply in Washington, Compass

23  still would not be able to implement the first phase

24  of the 3-Phased Marketing Strategy in Washington,

25  right?

65

1              MS. SOLN:  Objection to form.

2         A.   Well, not necessarily.  I mean, there

3    are -- among brokerages they say that there are ways

4    that you can get around it and do what is

5    technically an off-market listing.  And this is

6    actually -- we should probably be clear, I don't

7    know if it's actually all of Washington.  It's just

8    Seattle so it's just one in one city where we have a

9    couple hundred agents.

10             But so I don't know if that's necessarily

11   the case.  I don't think I wrote this email,

12   actually.

13   BY MR. SIDNEY:

14        Q.   The email is from you, right?

15        A.   Yeah, but my -- my executive assistant has

16   access to my email and Jacob, who is listed here, is

17   my chief of staff, and so they will send emails on

18   my behalf to our teams sometimes.

19        Q.   And do you disagree that the bonus

20   structure would be implemented differently in

21   Washington?

22        A.   No.  No, it would be implemented

23   differently.

24        Q.   And you said that you thought it was

25   actually specific to Seattle.  Is that because the

82

1          "Actually, I believe this will strengthen

2    adoption of the Compass 3-Phased Marketing Strategy,

3    because it shines a brighter light on how this isn't

4    only a strategy, but an existential battle for the

5    future of our industry."

6          Do you see that?

7      A.   Yes.

8      Q.   Why did you think Zillow's Listing Access

9    Standards would strengthen adoption of the Compass

10   3-Phased Marketing Strategy?

11     A.   Well, at the time of this email, I thought

12   that Zillow -- the overreach that Zillow was

13   engaging in by banning listings would be something

14   that would rally agents as a massive infringement

15   upon their ability to do their job and, effectively,

16   a line that was crossed that would rally agents and

17   make them incensed.  But it -- but it wasn't -- it

18   wasn't 100 percent clear.  That was just my personal

19   guess at that point that that's what would happen.

20     Q.   But as of the time you wrote this email,

21   on April 20th, you thought that Zillow's Listing

22   Access Standards would strengthen adoption of the

23   3-Phased Marketing Strategy, right?

24     A.   I thought there was a chance it could.  I

25   thought there was a chance it could.

83

1        Q.    The next paragraph starts:

2              "We have already solved for all the

3    benefits that an aggregator might offer an agent or

4    an agent's client."

5              Do you see that?

6        A.    Yes.

7        Q.    By "aggregator" in this email, do you mean

8    the same type of aggregator that we discussed

9    earlier this morning?

10             MS. SOLN:  Objection to form.

11       A.    Yes.

12   BY MR. SIDNEY:

13       Q.    And so as you're using the term

14   "aggregator" in this email, you're referring to

15   sites like, Zillow, or Redfin or Homes.com, right?

16             MS. SOLN:  Objection to form.

17       A.    That's correct.

18   BY MR. SIDNEY:

19       Q.    And so as of April 20th of this year,

20   Compass had already solved for all of the benefits

21   that an aggregator might offer an agent or agent's

22   client, correct?

23             MS. SOLN:  Objection to form.

24       A.    Well, I think what I meant there was that

25   the things that an agent would need for their seller

COMPASS, INC. v                                              Rory Golod
ZILLOW, INC.

84

1    if a seller was not able to list their own home

2    potentially on a aggregator's website, that the

3    agent at Compass could provide similar benefits to

4    them, potentially.

5    BY MR. SIDNEY:

6         Q.   So as of April 20th of this year, Compass

7    could provide agents similar benefits to what an

8    aggregator such as Zillow or Redfin could provide,

9    right?

10        MS. SOLN:  Objection to form.

11        A.   Possibly.  It would really depend on the

12   agent and their knowledge and ability of our tools

13   and our platform and their ability to use those.

14   And, you know, could they leverage them in a way

15   that could try to compete with the benefits that an

16   aggregator provides.  It doesn't mean it would be as

17   good, it just means that we could do similar things.

18            If you go on, the next sentence is, "the

19   promise for both exposure and lead generation."

20   That doesn't mean we're as good as those aggregators

21   at exposure and lead generation, and definitionally

22   we couldn't be because we're a lot smaller, but we

23   have similar things that they could use.

24   BY MR. SIDNEY:

25        Q.   Well, what you wrote was that Compass has

COMPASS, INC. v                                    Rory Golod
ZILLOW, INC.

                                                                85

1    "already solved for the benefits of an aggregator."

2    You didn't use the word "possibly," right?

3         A.   Yes, I wrote "we already solved."

4         Q.   Okay.  And so in April of this year,

5    Compass had solved for the benefits of an

6    aggregator, right?

7              MS. SOLN:  Objection to form.

8         A.   No, we have them.  So we interpret

9    "solved" as we built the similar things.  So that

10   doesn't mean they're as good.  That doesn't mean

11   they're as powerful or as effective.

12   BY MR. SIDNEY:

13        Q.   Well, you wrote in the next sentence:

14             "We provide our agents with tools that

15   outperform the aggregators," right?

16             MS. SOLN:  Objection to form.

17        A.   Outperform what they promise.

18   BY MR. SIDNEY:

19        Q.   Right.  So as of April of this year,

20   Compass had already built tools for agents that

21   outperform what aggregators such as Zillow and

22   Redfin promised agents, correct?

23             MS. SOLN:  Objection to form.

24        A.   Depending on the agent.  If the agent just

25   simply has a listing and puts it into Compass --

86

1    puts it on Compass.com, let's say, it's not going to

2    outperform.  If the agent engages in all sorts of

3    aggressive marketing and is able to attract

4    different exposure, then it could, but not the case

5    altogether.

6    BY MR. SIDNEY:

7        Q.   What you're saying is that an agent can

8    use the tools that Compass provides to outperform

9    what aggregators such as Zillow promised agents,

10   right?

11           MS. SOLN:  Objection to form.

12       A.   Potentially.  Based on what we knew on

13   April 20th, I thought that we had comparable tools.

14   But that was just my -- if I were an agent and I

15   were doing this, I would think that.  But I'm

16   speaking for me and not speaking for what our 40,000

17   agents think.

18   BY MR. SIDNEY:

19       Q.   Right.  I mean, you keep adding the word

20   "potentially," but I'm just going by what you wrote.

21   On April 20th, you wrote that Compass had "solved

22   for the benefits of an aggregator."  Was that a

23   false statement?

24           MS. SOLN:  Objection to form.

25       A.   I don't think it was a false statement.  I

Case 1:25-cv-05201-JAV-SDA    Document 163-8    Filed 12/16/25    Page 17 of 26
COMPASS, INC. v                                                    Rory Golod
ZILLOW, INC.

87

1    just think I was, again, as I said earlier,

2    attempting to give our team confidence that we have

3    the same sorts of things that aggregators do.  And

4    should aggregators like Zillow start banning

5    listings from their website, that there were things

6    that agents could use that could help mitigate that

7    and potentially get to the outcome they wanted.

8              But again, on April 20th, that's what the

9    knowledge I had then.

10   BY MR. SIDNEY:

11        Q.   So you believed at the time that Compass

12   had tools that agents could use to help mitigate any

13   impacts of Zillow removing an agent's listing?

14             MS. SOLN:  Objection to form.

15        A.   Yes, based on what I knew on April 20th, I

16   thought that.

17   BY MR. SIDNEY:

18        Q.   And then, when you say that Compass

19   provides our agents with tools that outperform what

20   the aggregators promised, you're communicating that

21   agents are capable of performing the benefits of an

22   aggregator such as Zillow, correct?

23             MS. SOLN:  Objection to form.

24        A.   Based on what metric?

25

1   BY MR. SIDNEY:

2       Q.   Well, you say in your email, that:

3            "Compass' tools outperform what the

4   aggregators promise for both exposure and lead

5   generation."

6            Do you see that?

7       A.   Yes.

8       Q.   What does "exposure" mean?

9       A.   It can mean a lot of things.

10      Q.   Well, how were you using it -- the term

11  "exposure" in your email?

12      A.   I think exposure -- meaning, getting the

13  listing in all sorts of places across the Internet.

14      Q.   And so at the time, Compass provided

15  agents with tools that allowed them to get their

16  listing exposure across the Internet?

17           MS. SOLN:  Objection to form.

18      A.   Yes, at the time, Compass agents had tools

19  where they could market listings across different

20  social media websites and other websites.

21  BY MR. SIDNEY:

22      Q.   Including aggregators like Homes.com or

23  Realtor.com, right?

24           MS. SOLN:  Objection to form.

25      A.   Meaning, we have tools that help them work

103

1   we'll call that step 1, okay?

2          MS. SOLN:  Objection to form.

3   BY MR. SIDNEY:

4      Q.   Does that sound right?

5      A.   As a potential step 1?

6      Q.   Sure.

7      A.   Yes.

8      Q.   And then there may be some premarketing,

9   but eventually the Compass agent will enter the home

10  into the MLS in phase 3 of the 3-Phased Marketing

11  Strategy, right?

12         MS. SOLN:  Objection to form.

13     A.   Well, in step 1, though, it wasn't clear

14  that they were going to do the 3-Phased Strategy.

15  So are they doing the 3-Phased Strategy or not?

16  BY MR. SIDNEY:

17     Q.   Let's try it a different way.

18         Compass agents put home sale listings into

19  their local MLS, correct?

20         MS. SOLN:  Objection to form.

21     A.   Well, if you're asking me do they?

22  Sometimes, sometimes they do.

23  BY MR. SIDNEY:

24     Q.   I think you've used the statistic that

25  94 percent of listings in the 3-Phased Marketing

104

1    Strategy end up on the MLS, right?

2              MS. SOLN:  Objection to form.

3        A.   94 percent of listings that go through the

4    Compass 3-Phased Strategy end up going through all

5    three phases, so yes, would end up on the MLS.

6    BY MR. SIDNEY:

7        Q.   And Compass has somewhere in the

8    neighborhood of 50,000 listings on the MLS today,

9    right?

10             MS. SOLN:  Objection to form.

11       A.   I don't know the exact amount.  I don't

12   know how many listings we have, but sure.

13   BY MR. SIDNEY:

14       Q.   I mean, tens of thousands of listings in

15   the MLS, right?

16             MS. SOLN:  Objection to form.

17       A.   We have tens of thousands of listings, I

18   believe, yes.

19   BY MR. SIDNEY:

20       Q.   Okay.  If Zillow removes from its own

21   website a Compass listing, the listing stays in the

22   MLS, correct?

23             MS. SOLN:  Objection to form.

24       A.   Technically, the listing would remain in

25   the MLS assuming the agent was complying with the

COMPASS, INC. v                                                    Rory Golod
ZILLOW, INC.

105

1   MLS rules, yes.

2   BY MR. SIDNEY:

3       Q.   Okay.  And another aggregator such as

4   Realtor.com or Homes.com could display the listing

5   from the MLS, correct?

6           MS. SOLN:  Objection to form.

7       A.   If they chose to, yes, they could.

8   BY MR. SIDNEY:

9       Q.   Okay.

10          And then, the second bullet on this page,

11  it says:

12          And Zillow views don't equal results.

13  200 million people visit Zillow every month but only

14  4.2 million homes were sold in 2024.

15          Do you see that?

16      A.   Yes.

17      Q.   And I take it that that's 4.2 million

18  homes were sold in the entire country in 2024,

19  right?

20          MS. SOLN:  Objection to form.

21      A.   I believe, yes, 4.2 million was the

22  approximate number of homes sold in the U.S. in

23  2024.

24  BY MR. SIDNEY:

25      Q.   Okay.  That's not 4.2 million homes sold

106

1    via Zillow, right?

2              MS. SOLN:  Objection to form.

3        A.   No, I don't believe that all 4.2 million

4    of those homes were sold via Zillow, no.

5    BY MR. SIDNEY:

6        Q.   And so do you have any understanding of

7    the proportion of homes sold in the U.S. that -- for

8    which Zillow was involved in the transaction?

9              MS. SOLN:  Objection to form.

10       A.   I believe in 2021 they put out a stat that

11   said they were involved in 3 percent of the

12   transactions.

13   BY MR. SIDNEY:

14       Q.   Okay.  So the vast majority of homes sold

15   in the U.S. are transactions in which Zillow is not

16   involved, right?

17             MS. SOLN:  Objection to form.

18       A.   Well, what do you mean by "involved"?  Are

19   you saying are they a party to the transaction?  Are

20   they representing the buyer and seller?

21   BY MR. SIDNEY:

22       Q.   Well, your answer a moment ago was that

23   Zillow put out a stat they were involved in

24   3 percent of the transactions?

25       A.   Yes, that was -- "involved" in that

COMPASS, INC. v
ZILLOW, INC.

Rory Golod

155

1    BY MR. SIDNEY:

2        Q.   Well, you said that you've told agents

3    that the strategy has had to shift significantly.

4    What does it mean to shift the strategy?

5        A.   It means that you can't do the actual

6    initial or -- sorry -- the original 3-Phased

7    Marketing Strategy as it was conceived, so you now

8    need to adjust.  You can't do a Coming Soon for more

9    than one day.  In many cases that renders a Coming

10   Soon not effective at all.  So that effectively

11   eliminates 1-phase of the strategy.

12           We've had to shift now because now one of

13   the most common rebuttals now that our agents get is

14   if I list with Compass my listing won't show up on

15   Zillow.  So now they have to explain that and

16   explain that away.  There -- now because of Coming

17   Soon also being 24 hours, in many cases not only is

18   it not effective -- well, logistically doesn't

19   always make sense for an agent now anymore and so in

20   some cases we've told people to just cut the second

21   phase out completely.  I've shared that with a

22   number of -- of our teams that we should probably

23   abandon that and focus on really just the first

24   phase.

25           So those are all the things that I've

COMPASS, INC. v
ZILLOW, INC.

Rory Golod

156

1  communicated to agents and, you know, around this.

2      Q.   When you say you can't do a Coming Soon

3  for more than one day, what you mean is that the

4  Coming Soon phase needs to be limited to one

5  business day in order for the listing to appear on

6  Zillow, right?

7      A.   Yes, that's correct.

8      Q.   But a seller sitting here today, could do

9  a Coming Soon listing for more than one day if they

10  don't mind if the listing is removed from Zillow,

11  right?

12          MS. SOLN:  Objection to form.

13      A.   They theoretically could but none would

14  because it would be insanely detrimental to not have

15  your listing on there in the eyes of many -- in the

16  vast majority of sellers in this country.  So the

17  number of sellers that are going to potentially

18  agree to do a Coming Soon but not have their home

19  show up on Zillow is probably almost zero.

20  BY MR. SIDNEY:

21      Q.   But I think you said earlier that there's

22  something like 700 MLSs throughout country, right?

23      A.   Yes.

24      Q.   And about half of the MLSs that Compass

25  operates in limit Coming Soon listings to one

1   business day, right?

2        A.   Half of the MLSs limit Coming Soons to --

3   yes, about a little less than half do.

4        Q.   Okay.  Do you know how much less than

5   half?

6        A.   My guess is probably 55 to 60 percent of

7   the MLSs allow Coming Soons for more than one day.

8        Q.   Okay.  So the one business day duration of

9   the Coming Soon period is -- that limit is required

10  in I guess 40 to 45 percent of MLSs where Compass

11  operates?

12       A.   Yes, approximately.  But it's nowhere near

13  the barrier to adopting a strategy like this that

14  the Zillow ban is.

15            MR. SIDNEY:  Next document will be

16       Exhibit 47.

17            (Exhibit 47 was received and marked for

18  identification, as of this date.)

19  BY MR. SIDNEY:

20       Q.   There's two screenshots in this document,

21  in this exhibit.

22            Do you recognize these?

23       A.   (Witness reviews document.)

24            Yeah.

25       Q.   Do you recognize them as screenshots from

COMPASS, INC. v                                    Rory Golod
ZILLOW, INC.

158

1    your Instagram account?

2         A.   Yes.

3         Q.   And the first one is dated August 15,

4    right?

5         A.   Yes.

6         Q.   And you were promoting in this August 15th

7    post that buyers should list a Compass Coming Soon,

8    correct?

9         A.   Yes.

10        Q.   And you don't say anything in the sub-text

11   under the post that would have any impact on whether

12   or not the listing would appear on Zillow, right?

13             MS. SOLN:  Objection to form.

14        A.   No, it's not my job to tell people what

15   Zillow's rules are.  It's my job to share

16   information with our agents and their clients about

17   the things that Compass offers.

18   BY MR. SIDNEY:

19        Q.   Okay.

20             And then, if you turn to the second page,

21   there's another post dated August 18, right?

22        A.   Yes.

23        Q.   So just last week you're also again

24   promoting that sellers should list their home as a

25   Compass Coming Soon, correct?