# EXHIBIT G

1

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4   COMPASS, INC.,                )
                                  )
5        Plaintiff,               )
                                  )
6        -vs-                     ) Case No.
                                  ) 1:25-cv-05201-JAV
7   ZILLOW, INC., ZILLOW GROUP,   )
    INC., and TRULIA, LLC,        )
8                                 )
         Defendants.              )
9   _____  )
    _

10

11

12            ** HIGHLY CONFIDENTIAL **

13         ** OUTSIDE COUNSELS' EYES ONLY **

14    _____

15

16            VIDEO RECORDED EXAMINATION

           OF ELIZABETH ASHTON ALEXANDER

17    _____

18                  TAKEN ON

19

20          TUESDAY, AUGUST 26, 2025

21

22
    CERTIFIED STENOGRAPHER:
23    JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
      CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24    CCR-WA (No. 21007264), CSR-CA (No. 14420),
      REALTIME SYSTEMS ADMINISTRATOR
25    JOB NO.:  995179

34

1              E. ALEXANDER - 08/26/2025

2        Q.   Okay.  And you write that, quote:

3   Zillow has refused to revise the Zillow LAS

4   to permit Compass to continue to employ the

5   three-phased marketing strategy.

6            Is that a truthful and accurate

7   statement?

8        A.   Yes.

9        Q.   Okay.  As of today, is it still

10  your understanding that Zillow's LAS

11  prohibits all of Compass's private

12  exclusive listings?

13       A.   Can you repeat the question,

14  please?

15            ATTORNEY LAU:  Could you read it

16       back?

17            (The following question was read

18            back:

19            "QUESTION:  Okay.  As of today,

20            is it still your understanding

21            that Zillow's LAS prohibits all

22            of Compass's private exclusive

23            listings?")

24            THE WITNESS:  It is my

25       understanding still, yes, that as

35

1          E. ALEXANDER - 08/26/2025

2          written and as currently implemented,

3          Compass private exclusives would be

4          banned by Zillow's -- Zillow ban or

5          listing access standards.

6     BY ATTORNEY LAU:

7          Q.   As of today, is it still your

8     understanding that Zillow's LAS prohibits

9     all of Compass's coming soon listings?

10               ATTORNEY SOLH:  Objection to

11          form.

12               THE WITNESS:  It is my

13          understanding that the Zillow listing

14          access standards rule would limit or

15          ban any Compass coming soon that is

16          publicly marketed for more than one

17          business day or that was previously a

18          private exclusive, yes.

19     BY ATTORNEY LAU:

20          Q.   Since you signed this

21     declaration, has Zillow made any statements

22     either to Compass or publicly that have

23     changed your understanding of what the LAS

24     prohibited?

25          A.   Since the 26th of June, I don't

36

1              E. ALEXANDER - 08/26/2025

2    recall any public statements from Zillow or

3    conversations with employees at Zillow that

4    would change that understanding.  I don't

5    believe so.

6         Q.   Okay.  Can you turn now to

7    Page 3, Paragraph 9?

8         A.   Yes.

9         Q.   And in the middle of that

10   paragraph, you write that the model,

11   meaning Compass's three-phased marketing

12   strategy, has begun to gain popularity in

13   the industry and spread beyond Compass.

14             Is it your understanding that

15   other brokerages have we begun to roll out

16   private listing networks?

17             ATTORNEY SOLH:  Objection to

18        form.

19             THE WITNESS:  Sorry.  I'm just

20        going to read the full section to get

21        context --

22   BY ATTORNEY LAU:

23        Q.   Please.

24        A.   -- for the statement you made.

25             (Pause for reading/reviewing.)

89

1           E. ALEXANDER - 08/26/2025

2       moves into Phase 3, which generally

3       means it's going into active status on

4       the MLS, generally speaking, I believe

5       that there is no price history

6       associated with that listing in the

7       active status on the MLS.

8   BY ATTORNEY LAU:

9       Q.   Yes or no:  When a listing -- a

10  Compass listing moves to being displayed in

11  Phase 3 of 3PM, it typically has no price

12  history associated with that listing?

13          ATTORNEY SOLH:  Objection to

14      form.

15          THE WITNESS:  Yes, I believe that

16      is true.

17          ATTORNEY LAU:  Let's go ahead and

18      take -- let's go off the record.

19          THE VIDEOGRAPHER:  The time right

20      now is 10:22 a.m.  We're off the

21      record.

22          (Whereupon, a recess was taken at

23          10:22 a.m.)

24          THE VIDEOGRAPHER:  The time right

25      now is 10:41 a.m.

90

```
 1                 E. ALEXANDER - 08/26/2025
 2                 We are back on the record.
 3    BY ATTORNEY LAU:
 4        Q.   Does Zillow's LAS impact or limit
 5    any other brokerage's ability to display
 6    Compass listings?
 7                 ATTORNEY SOLH:  Objection to
 8         form.
 9                 THE WITNESS:  And so I want to
10         think through this for a moment.  I
11         want to make sure I understand the
12         question.
13                 Does Zillow's LAS impact any
14         other ability -- any other brokerage's
15         ability --
16    BY ATTORNEY LAU:
17        Q.   Yeah.  On their own portals, does
18    it impact their ability to display Compass
19    listings?
20                 ATTORNEY SOLH:  Objection to
21         form.
22                 THE WITNESS:  So I don't know
23         that I would say every brokerage has a
24         portal or a home search platform, but I
25         think you're asking for those that
```

91

1          E. ALEXANDER - 08/26/2025

2      might.  Does it impact their ability to

3      display a Compass listing?

4          I don't think explicitly, no.  I

5      think it would be up to that other

6      portal, whoever that portal is, whether

7      it's owned by a brokerage or not.  So

8      they would be deciding whether or not

9      they were adopting a similar rule set.

10          I don't know that it directly

11      impacts them, no.

12  BY ATTORNEY LAU:

13      Q.   Okay.  Does Zillow's LAS impact

14  or limit Compass's ability to show its

15  private exclusives -- I'm sorry, not

16  private exclusives -- ability -- strike

17  that.

18          Does Zillow's LAS impact or limit

19  Compass's ability to show its coming soon

20  listings on Compass.com?

21          ATTORNEY SOLH:  Objection to

22      form.

23          THE WITNESS:  Sorry.  I just want

24      to make sure I understand the question.

25          Does Zillow's LAS impact

92

1          E. ALEXANDER - 08/26/2025
2     Compass's ability to show its coming
3     soons on its own website?
4          Yes.  To the extent that Zillow's
5     banned -- or Zillow's LAS policy
6     results in fewer sellers choosing to
7     use Compass coming soons or it likely
8     impacts -- it definitely impacts the
9     duration of time that a seller may
10    choose to have their listing be a
11    Compass coming soon.
12         So the Zillow ban does impact
13    both, I believe, the number and the
14    duration of Compass coming soons being
15    displayed on Compass's website on
16    Compass.com.
17  BY ATTORNEY LAU:
18    Q.  Does Zillow's LAS impact or limit
19  EXP's ability to display Compass listings
20  on its own website?
21         ATTORNEY SOLH:  Objection to
22    form.
23         THE WITNESS:  I'm sorry.  I'm
24    going to play this through.  I just
25    want to make sure I'm answering

102

1              E. ALEXANDER - 08/26/2025

2         reviewed the document -- or the

3         singular page of the document.

4    BY ATTORNEY LAU:

5         Q.   Okay.  I would like you to turn

6    to the first bullet which reads:  Compass

7    private exclusives are not impacted, as we

8    are able to continue to privately market

9    listings.

10             Is that a truthful and accurate

11   statement?

12        A.   That is what is written on this

13   slide.  The context that made that a

14   truthful and accurate statement at the time

15   was, if recollection serves, Zillow had

16   announced the Zillow ban on April 10.

17             That announcement was very high

18   level.  It lacked meaningful details for

19   us, for participants in the industry to

20   fully understand what the Zillow ban would

21   encompass.

22             Subsequently, Zillow released

23   additional policy details publicly on, I

24   believe, May 20.

25             So this board meeting occurred in

103

1              E. ALEXANDER - 08/26/2025

2    between the releases of Zillow of different

3    sets of information.  At the time in which

4    this board meeting occurred, our

5    information was based solely off of the

6    initial very high-level announcement that

7    Zillow had made about the ban.

8              And at that time, it was our

9    understanding or belief that office

10   exclusives, private exclusives, which we

11   believe are privately marketed, would not

12   be subject to the ban.

13             Unfortunately, when the policy

14   details were released in May 20, with

15   significantly more detail provided, it

16   became clear to us that private exclusives

17   would be subject to the ban and would not

18   be allowed as Zillow deems our

19   implementation, our -- the way in which we

20   do Compass private exclusives to be

21   publicly marketed.

22             Which is not our perspective, but

23   I believe it's what they clarified in the

24   May 20 announcement.

25        Q.   Turning to the second bullet, it

104

```
 1                E. ALEXANDER - 08/26/2025
 2    reads:  This will change nothing in markets
 3    representing 50 percent of our listing
 4    volume where Compass coming soons already
 5    can only be marketed for one business day
 6    based on MLS rules.
 7              Do you see that language?
 8         A.   I do see that language.  And,
 9    again --
10         Q.   The question was just:  Do you
11    see that language.
12              Does 50 percent of Compass's
13    listing volume occur in regions with MLS
14    rules where coming soons already can only
15    be publicly marketed for one business day?
16              ATTORNEY SOLH:  Objection.  Form.
17              THE WITNESS:  So using rough
18         numbers, about 50 percent of our
19         listing volume are in markets where
20         MLSes have mechanisms available, and
21         they're called different things, and
22         they have slightly different rule sets,
23         but mechanisms available in the MLS via
24         the MLS that allow for Compass coming
25         soons to be marketed for more than one
```

105

```
1              E. ALEXANDER - 08/26/2025
2         business day.
3                Conversely, in about 50 percent
4         of our listing volume MLSes, those
5         MLSes implement a clear cooperation,
6         which the clear cooperation requirement
7         is that all listings that are publicly
8         marketed must be submitted to the MLS
9         and input into the MLS within one
10        business day.
11               And in those markets, a Compass
12        coming soon, as a result, would only be
13        able to be marketed for one business
14        day.  If it extended beyond one
15        business day in those markets, it would
16        likely be out of compliance with MLS
17        rules, which could result in a fine
18        from the MLS to the Compass agent.
19   BY ATTORNEY LAU:
20        Q.   So for Phase 2 of LAS 3PM --
21   excuse me.
22        A.   Sorry.  Okay.
23        Q.   For Phase 2 of Compass's 3PM --
24        A.   Okay.
25        Q.   -- that is not affected by
```

106

1                E. ALEXANDER - 08/26/2025

2    Zillow's LAS in markets representing

3    50 percent of Compass's listing volume,

4    correct?

5              ATTORNEY SOLH:  Objection to

6         form.

7              THE WITNESS:  I would not

8         characterize it in that way, no.

9    BY ATTORNEY LAU:

10        Q.   Okay.  How would you characterize

11   it?

12        A.   So I think there are a few

13   important components in order for me to

14   fully answer your question.

15              The first is that this document

16   was written and shared with the board

17   before Zillow released the detailed policy

18   implications or announcement on May 20.

19              So my understanding of what the

20   Zillow ban would look like, entail,

21   et cetera, was quite limited at the time in

22   which this was written, and it was based

23   off of my current understanding.

24              Your question, though, if I

25   answer your question based off of the

122

1          E. ALEXANDER - 08/26/2025

2     we've just discussed, so I do not see

3     the privilege attaches, and so I'm

4     asking her to answer substantively.

5          ATTORNEY SOLH:  Mindful of the

6     fact that -- there -- you cannot

7     disclose anything that counsel had said

8     on that call, did you -- you can answer

9     Ms. Lau's question.

10          THE WITNESS:  So at prior board

11     meeting, my counsel was not present.

12     At the board meeting that you're

13     referencing in July, counsel would have

14     been present to discuss related

15     matters.

16          During that conversation, yes, I

17     clarified with the board what were then

18     my accurate understandings of the

19     Zillow listing access ban as it related

20     to Compass private exclusives, which

21     was informed by the public statements

22     made by Zillow providing policy details

23     for their implementation and

24     enforcement.

25  ///

123

1          E. ALEXANDER - 08/26/2025

2     BY ATTORNEY LAU:

3          Q.    And how did you describe how the

4     Zillow listing access standards would apply

5     to Compass private exclusives?

6          A.    I don't recall the specific words

7     that I would have used or may have been on

8     a slide.

9               But from a substance perspective,

10    I would have conveyed to the board the same

11    thing that I'm conveying now, which is with

12    the benefit of the written policy provided

13    by Zillow on May 20, my understanding and

14    belief is that Compass private exclusives

15    will violate the Zillow listing access

16    standards, because they are deemed by

17    Zillow as publicly marketed.

18               One way in which they deem them

19    to be publicly marketed is the black box on

20    Compass's website.

21               Zillow has expressed that it does

22    express that in the written policy

23    documents and has verbally articulated that

24    to me and representatives of Compass.  And

25    I would have conveyed that to the board.

124

```
 1              E. ALEXANDER - 08/26/2025
 2       Q.   What was the date of this board
 3  meeting?
 4       A.   I don't recall offhand the exact
 5  date, but I believe it was in later July.
 6       Q.   And would there have been a board
 7  presentation along the lines of Exhibit 18
 8  prepared?
 9       A.   There -- I believe, if
10  recollection serves, that counsel had
11  prepared materials that they used during
12  that section of the board meeting.
13       Q.   Okay.  And did you prepare any
14  talking points for the statements that you
15  made to the board?
16       A.   I always prepare these -- similar
17  format talking points just to sort of
18  prepare myself.  And so I absolutely would
19  have prepared them for this board meeting
20  as well.
21       Q.   Okay.
22            ATTORNEY LAU:  And we'd request,
23       Counsel, that those talking points be
24       produced as well as any PowerPoint to
25       the extent not privileged.
```

215

1                    E. ALEXANDER - 08/26/2025

2      who they were from.

3           Q.   And with respect to The Real, did

4      Compass share its exclusive inventory with

5      The Real?

6           A.   To my knowledge, Compass has not

7      and is not currently sharing exclusive

8      inventory with The Real.

9           Q.   Okay.  Looking at the first

10     bullet, one of the two conditions for this

11     policy, how does Compass define alter for

12     purposes of this July 11 policy?

13               ATTORNEY SOLH:  Objection to

14          form.

15               THE WITNESS:  I don't know what

16          is intended by this statement.  I

17          didn't draft it, and I wasn't part of

18          the conversations and I -- I generally

19          don't know exactly what it intends to

20          mean.

21     BY ATTORNEY LAU:

22          Q.   Okay.  Do you have personal

23     knowledge of any conspiracy or agreement

24     between Zillow and Redfin to boycott

25     Compass?

216

1      E. ALEXANDER - 08/26/2025

2          ATTORNEY SOLH:  Objection to

3   form.

4          THE WITNESS:  Can you ask the

5   question one more time?  I'm not sure I

6   understand.

7          ATTORNEY LAU:  Can you read it

8   back?

9          (The following question was read

10          back:

11          "QUESTION:  Do you have personal

12          knowledge of any conspiracy or

13          agreement between Zillow and

14          Redfin to boycott Compass?")

15          THE WITNESS:  I believe the

16   personal knowledge you may be

17   referencing or that I can think of is I

18   was on a call between Redfin's CEO

19   Glenn Kelman and Robert Reffkin as well

20   as I believe it was general counsels

21   from both organizations.

22          Compass's general counsel was on

23   that call, and I believe some legal

24   representative from Redfin was on the

25   call as well.

217

1          E. ALEXANDER - 08/26/2025

2               That's the -- I think that's what

3          you're asking me for in this question.

4     BY ATTORNEY LAU:

5          Q.   Uh-huh.

6               Did you participate in the phone

7     call between Glenn Reffkin -- I'm sorry,

8     Glenn Kelman of Redfin and Zillow?

9          A.   To my knowledge, I had never been

10    on a call where Zillow and Redfin were both

11    participants.  I participated on a call the

12    same day that the Zillow listing access

13    standards were announced at 10:30 -- I

14    believe it was at 10:00 or 10:30 p.m.

15    Eastern time with Mr. Kelman, who is the

16    CEO of Redfin, with Robert Reffkin, who is

17    the CEO of Compass, as well as the general

18    counsels or someone from the legal team at

19    Redfin.

20               That's the call that I'm

21    referencing.

22         Q.   Got it.

23               So I'm going to come back to that

24    call.  I just want to clarify.

25               So you did not have any personal

218

1            E. ALEXANDER - 08/26/2025

2     knowledge of what Redfin and Zillow said to

3     one another on their one-on-one phone call?

4              ATTORNEY SOLH:  Objection to

5          form.

6              THE WITNESS:  I have not

7          personally been on a call where both

8          Redfin and Zillow were participants.

9     BY ATTORNEY LAU:

10         Q.   Uh-huh.

11         A.   To the extent that I have any

12    information about what might have been

13    discussed between Zillow and Redfin, it

14    would be based off of either public

15    statements, for example, they have public

16    announcements of partnerships --

17         Q.   Uh-huh.

18         A.   -- or it would be based off of

19    the conversation that I referenced, the

20    call with Mr. Kelman.

21         Q.   So you describe this phone call

22    in your declaration.

23              Do you have any further testimony

24    that you anticipate offering at the PI

25    hearing beyond what is articulated in your

```
                                             219
1              E. ALEXANDER - 08/26/2025
2    declaration?
3              ATTORNEY SOLH:  Objection to
4         form.
5              THE WITNESS:  I would probably
6         want to be refreshed as to exactly
7         what --
8    BY ATTORNEY LAU:
9         Q.   Uh-huh.
10        A.   -- I say in my declaration.
11        Q.   You're welcome to --
12        A.   I obviously generally remember
13   it, but I...
14        Q.   Okay.  Thank you.
15             Why don't I point you to
16   Paragraph 12 of your declaration.
17        A.   Thank you.  I'll just take a
18   quick read.
19             (Pause for reading/reviewing.)
20             THE WITNESS:  Okay.  I've read
21        this.  Do you want to ask me the
22        question again?
23   BY ATTORNEY LAU:
24        Q.   The question is:  Do you have any
25   further information regarding this call
```

220

```
 1              E. ALEXANDER - 08/26/2025
 2    that you either recall as you sit here
 3    today or plan to offer at the preliminary
 4    hearing --
 5              ATTORNEY SOLH:  Objection to
 6         form.
 7    BY ATTORNEY LAU:
 8         Q.  -- preliminary injunction
 9    hearing?
10              ATTORNEY SOLH:  Objection to
11         form.
12              THE WITNESS:  Nothing specific
13         comes to mind incremental to the call,
14         although it was a 45-minute call, so
15         certainly there were many things
16         discussed.  I'm highlighting my
17         recollection and what I believe to be
18         the most relevant.
19    BY ATTORNEY LAU:
20         Q.  Uh-huh.
21         A.  I -- you know, counsel -- this
22    was drafted in collaboration with counsel.
23    So details that were relevant, I assume
24    they were -- you know, counseling me to
25    include here.  It was a 45-minute call, so
```

221

```
 1              E. ALEXANDER - 08/26/2025
 2   there were other elements discussed.
 3           So that's sort of --
 4       Q.   And I'll just caution you not to
 5   say what counsel told you to include in the
 6   declaration.
 7       A.   Okay.
 8       Q.   So when you answer, try not to
 9   reveal what counsel told you.  But it's
10   fine to answer my question.
11       A.   Yes.  Sorry.  I'm just saying
12   counsel drafted this with me, and so, you
13   know, I'm assuming I'm pulling out the most
14   relevant elements.
15           I'm not sure what should or would
16   be included in some sort of future hearing.
17   I'm not a lawyer, so I don't know what's
18   relevant or would be included in a future
19   legal proceeding.
20       Q.   Okay.  Let me ask it differently.
21           Are there any other salient
22   portions of that 45-minute phone call that
23   relate to any alleged conspiracy between
24   Zillow and Redfin?
25               ATTORNEY SOLH:  Objection to
```