# EXHIBIT H

```
 1                UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3      - - - - - - - - - - - - - -x

 4   COMPASS, INC.            :

 5           Plaintiff,      :

 6     v.                    :   Civil Action No.

 7   ZILLOW, INC., ZILLOW    :   1:25-cv-05201-JAV

 8   GROUP, INC., AND        :

 9   TRULIA, LLC,            :

10           Defendants.     :

11                           :

12                           :

13      - - - - - - - - - - - - - -x

14          Videotaped Deposition of GLENN KELMAN

15   *** HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY ***

16                 Seattle, Washington

17               Thursday, October 9, 2025

18                    10:00 a.m.

19

20   Job No.: 602426

21   Pages: 1 - 257

22   Reported By: Connie Recob, CCR 2631, RMR, CRR

23

24

25
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    29

| | | |
|---|---|---|
| 1 | Q  Sir, you've been handed what's been marked | 10:28:44 |
| 2 | as Exhibit 196. | 10:28:46 |
| 3 | A  Uh-huh. | 10:28:48 |
| 4 | Q  It is Bates numbered Redfin_CZ0608. | 10:28:49 |
| 5 | Do you see that? | 10:28:56 |
| 6 | A  I do. | 10:28:57 |
| 7 | Q  And the second page is a text chain that | 10:28:57 |
| 8 | you all produced to us. | 10:29:03 |
| 9 | Do you see that? | 10:29:05 |
| 10 | A  Yep. | 10:29:05 |
| 11 | Q  Okay.  And do you see that the text chain | 10:29:06 |
| 12 | in Exhibit 196, that this takes place March 13th, | 10:29:09 |
| 13 | the day after Exhibit 195, when somebody suggested | 10:29:16 |
| 14 | that you -- that you develop a strategy for CCP? | 10:29:23 |
| 15 | A  I see that. | 10:29:26 |
| 16 | Q  Okay.  And -- and you write, "Jeremy, it's | 10:29:31 |
| 17 | Glenn.  Can you call if you have a minute?" | 10:29:37 |
| 18 | Do you see that? | 10:29:40 |
| 19 | A  Oh, sure. | 10:29:40 |
| 20 | Q  Was this the first time that you texted | 10:29:41 |
| 21 | Mr. Waxman? | 10:29:45 |
| 22 | A  Again, I don't know.  It might have been. | 10:29:45 |
| 23 | Q  Okay.  And then you work -- I won't go | 10:29:51 |
| 24 | through the chain, but you -- you set on a time | 10:29:56 |
| 25 | that you'll call? | 10:29:59 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    30

| | | |
|---|---|---|
| 1 | A   Uh-huh. | 10:30:00 |
| 2 | Q   Did you and Mr. Waxman end up having a | 10:30:00 |
| 3 | call after this e-mail chain? | 10:30:03 |
| 4 | A   We did. | 10:30:04 |
| 5 | Q   Okay.  And did you call him or did he call | 10:30:05 |
| 6 | you? | 10:30:07 |
| 7 | A   I don't know. | 10:30:08 |
| 8 | Q   Okay.  So on March 13th when you talked to | 10:30:10 |
| 9 | Mr. Waxman, what did you talk about? | 10:30:13 |
| 10 | A   My hatred of pocket listings. | 10:30:15 |
| 11 | Q   Other than that, do you recall anything | 10:30:19 |
| 12 | else of your conversation, anything with | 10:30:22 |
| 13 | Mr. Waxman on March 13th? | 10:30:26 |
| 14 | A   I can recall at a high level ███████ | 10:30:31 |
| 15 | ████████████████████████████████ | 10:30:37 |
| 16 | █████████████████████████████████████ | 10:30:42 |
| 17 | █████████████████████████████████████ | 10:30:46 |
| 18 | ███████████████████████████████████████ | 10:30:52 |
| 19 | ██████████████████████████████ | 10:30:55 |
| 20 | ████████████████████████████████████ | 10:30:58 |
| 21 | ██████████████████████████████████████ | 10:31:02 |
| 22 | You know, my basic position on this is | 10:31:08 |
| 23 | that cooperation on fees to keep fees high is | 10:31:13 |
| 24 | wrong.  We're very clear on that.  And we just | 10:31:17 |
| 25 | also have a long history of saying that | 10:31:21 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    31

| # | | Time |
|---|---|---|
| 1 | corporation to share listing data so the home | 10:31:25 |
| 2 | buyers can see all the homes for sale is right. | 10:31:28 |
| 3 | Q  And other than -- during your March 13th | 10:31:31 |
| 4 | call with Mr. Waxman, other than your hatred of | 10:31:34 |
| 5 | pocket listings and -- ████████████████████ | 10:31:37 |
| 6 | ████████████████████ -- remember anything else | 10:31:43 |
| 7 | that you discussed with Mr. Waxman in that call? | 10:31:45 |
| 8 | A  I can't.  I'm not saying that there | 10:31:48 |
| 9 | weren't other matters discussed, but that was the | 10:31:57 |
| 10 | main thrust. | 10:32:01 |
| 11 | Q  Did you take notes during that call? | 10:32:03 |
| 12 | A  No. | 10:32:04 |
| 13 | Q  Was anyone else on the call with you and | 10:32:05 |
| 14 | Mr. Waxman March 13th, 2025? | 10:32:07 |
| 15 | A  No. | 10:32:09 |
| 16 | Q  Okay.  No further questions on | 10:32:10 |
| 17 | Exhibit 196, sir. | 10:32:14 |
| 18 | And why did you want to talk to him? | 10:32:20 |
| 19 | A  Well, Redfin has had a fractious | 10:32:24 |
| 20 | relationship with the National Association of | 10:32:30 |
| 21 | Realtors.  It's a long story, maybe you know about | 10:32:33 |
| 22 | it, but the National Association of Realtors got | 10:32:37 |
| 23 | involved in a sexual harassment lawsuit, had other | 10:32:40 |
| 24 | issues.  Redfin announced that we were planning to | 10:32:44 |
| 25 | step back from the National Association of | 10:32:48 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    32

| | | |
|---|---|---|
| 1 | Realtors, and we still struggle, Redfin does, with | 10:32:51 |
| 2 | how to influence that body.  They drive us crazy. | 10:32:54 |
| 3 |     Q  So was that part of your call with | 10:33:01 |
| 4 | Mr. Waxman, how to influence the NAR? | 10:33:04 |
| 5 |     A  It's a fair question.  It might have been, | 10:33:11 |
| 6 | but generally, because we are not a part of NAR, | 10:33:15 |
| 7 | we -- we are not as engaged with NAR.  We still | 10:33:20 |
| 8 | have to -- it's a long story again, but... | 10:33:23 |
| 9 |     Q  Since my time is limited, I'm going to ask | 10:33:25 |
| 10 | you to just focus on my question. | 10:33:28 |
| 11 |     A  I know.  I'm trying.  I'm trying. | 10:33:32 |
| 12 |     Q  I appreciate that, sir. | 10:33:34 |
| 13 |     A  Since we are not as engaged with the | 10:33:34 |
| 14 | National Association of Realtors, part of my job | 10:33:39 |
| 15 | as a CEO is to gather as much information as I can | 10:33:40 |
| 16 | about what is going on with this policy and with | 10:33:44 |
| 17 | pocket listings. | 10:33:46 |
| 18 |     And so I focused in my answer to your | 10:33:49 |
| 19 | earlier question about what I said to Jeremy.  You | 10:33:51 |
| 20 | know, but if you want to know what information was | 10:33:58 |
| 21 | I trying to gather, I was trying to gather what do | 10:34:00 |
| 22 | you know about the National Association of | 10:34:02 |
| 23 | Realtors in this policy. | 10:34:04 |
| 24 |     Q  Okay.  So when NAR announced its new CCP | 10:34:05 |
| 25 | policy -- | 10:34:19 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    33

| | | |
|---|---|---|
| 1 | A  Uh-huh. | 10:34:19 |
| 2 | Q  -- did you then meet with your top people | 10:34:20 |
| 3 | to try to figure out how Redfin would respond? | 10:34:24 |
| 4 | A  Undoubtedly. | 10:34:28 |
| 5 | Q  Do you remember those meetings? | 10:34:29 |
| 6 | A  I couldn't say the date and the time and | 10:34:30 |
| 7 | who was in attendance, but I am sure that we ended | 10:34:34 |
| 8 | up talking about it. | 10:34:40 |
| 9 | Q  Do you recall if after NAR announced | 10:34:41 |
| 10 | changes to CCP whether Redfin developed a strategy | 10:34:45 |
| 11 | on how it would operate going forward? | 10:34:50 |
| 12 | A  I cannot remember a distinct strategy. | 10:34:54 |
| 13 | And just to elaborate on that for a moment, | 10:35:06 |
| 14 | generally we have taken a principal position | 10:35:10 |
| 15 | against this policy, and generally there has been | 10:35:16 |
| 16 | this more tactical question of, sure, but if the | 10:35:19 |
| 17 | policy is overturned and the rule has changed | 10:35:24 |
| 18 | despite your longstanding opposition, then what | 10:35:28 |
| 19 | are you going to do? | 10:35:31 |
| 20 | And what I want to convey to you is that | 10:35:33 |
| 21 | there are different opinions within Redfin about | 10:35:37 |
| 22 | that and we have taken different policies at | 10:35:39 |
| 23 | different times about that.  So my guess is that | 10:35:43 |
| 24 | that meeting was about, all right, the policy is | 10:35:47 |
| 25 | what it is.  Now what? | 10:35:53 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    60

| | | |
|---|---|---|
| 1 | Q  I'm just asking you what you're saying | 11:20:56 |
| 2 | there, sir. | 11:20:57 |
| 3 | A  Could you restate the question then? | 11:20:59 |
| 4 | Q  Sure. | 11:21:01 |
| 5 | When you told Mr. Rodriguez on April 1st, | 11:21:01 |
| 6 | 2025, "when you're punched in the face, punch | 11:21:07 |
| 7 | back," you were referring to the idea that if -- | 11:21:10 |
| 8 | if brokerages withheld listings from Redfin, | 11:21:14 |
| 9 | Redfin would do the same to them? | 11:21:17 |
| 10 | ATTORNEY TUTTLE:  Objection to form. | 11:21:19 |
| 11 | THE WITNESS:  It wasn't a threat and it | 11:21:20 |
| 12 | wasn't a definitive plan.  I was saying that there | 11:21:24 |
| 13 | is one approach which is how I characterize it | 11:21:29 |
| 14 | here, high and mighty, and there is another | 11:21:32 |
| 15 | approach which is to fight fire with fire, and I | 11:21:34 |
| 16 | was reflecting the true reality that we were | 11:21:38 |
| 17 | debating this within Redfin.  I was debating | 11:21:42 |
| 18 | myself what to do, but to represent that as a | 11:21:45 |
| 19 | decision or a plan, no. | 11:21:49 |
| 20 | BY ATTORNEY DINTZER: | 11:21:51 |
| 21 | Q  Okay.  But you did say what Mr. Rodriguez | 11:21:51 |
| 22 | quoted you as saying, correct? | 11:21:55 |
| 23 | A  It sounds like something I would say. | 11:21:57 |
| 24 | Q  Okay.  No further questions on | 11:22:00 |
| 25 | Exhibit 199. | 11:22:05 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                                    61

| | | |
|---|---|---|
| 1 | Now, you're familiar with Zillow's listing | 11:22:11 |
| 2 | standards; is that right? | 11:22:14 |
| 3 | A  Mostly. | 11:22:18 |
| 4 | Q  I don't understand what that means, sir. | 11:22:19 |
| 5 | Are you not familiar with Zillow's listing | 11:22:22 |
| 6 | standards? | 11:22:24 |
| 7 | A  I agree -- I under- -- agree? -- I | 11:22:26 |
| 8 | understand the principles of it.  Every detail of | 11:22:29 |
| 9 | the policy, no. | 11:22:33 |
| 10 | Q  And on April 9th, Mr. Waxman contacted you | 11:22:35 |
| 11 | before Zillow publicly announced the standards, | 11:22:46 |
| 12 | right? | 11:22:49 |
| 13 | A  Yes. | 11:22:50 |
| 14 | Q  Okay.  And how long was that conversation | 11:22:51 |
| 15 | that you had with Mr. Waxman on April 9th? | 11:22:53 |
| 16 | A  Not long. | 11:22:56 |
| 17 | Q  He told you about their plan to announce | 11:22:57 |
| 18 | the standards on April 9th; is that correct? | 11:23:00 |
| 19 | ATTORNEY TUTTLE:  Objection to form. | 11:23:04 |
| 20 | THE WITNESS:  Yes. | 11:23:06 |
| 21 | BY ATTORNEY DINTZER: | 11:23:07 |
| 22 | Q  And what did you tell Mr. Waxman on | 11:23:08 |
| 23 | April 9th on your call with him in response to | 11:23:12 |
| 24 | his -- his plan to announce the Zillow listing | 11:23:15 |
| 25 | standards? | 11:23:18 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                         62

| | | |
|---|---|---|
| 1 | A  It was an idea that hadn't occurred to us | 11:23:21 |
| 2 | before, that we were generally aligned about | 11:23:23 |
| 3 | opposing pocket listings but that we had to figure | 11:23:27 |
| 4 | out our own approach to it. | 11:23:29 |
| 5 | Q  And did you tell Mr. Waxman in your call | 11:23:34 |
| 6 | on April 9th that Redfin would likely adopt | 11:23:37 |
| 7 | similar standards? | 11:23:40 |
| 8 | A  I told him we would make our own decision | 11:23:43 |
| 9 | and that I was still processing it but that I | 11:23:50 |
| 10 | thought it was a good idea. | 11:23:52 |
| 11 | Q  And -- and I think you touched on this: | 11:23:57 |
| 12 | We looked through all the documents that were | 11:24:00 |
| 13 | produced by Redfin.  Before you were on the phone | 11:24:02 |
| 14 | with Mr. Waxman on April 9th, there was no | 11:24:05 |
| 15 | internal discussion at Redfin about adopting | 11:24:08 |
| 16 | listing standards like the kind that Zillow | 11:24:12 |
| 17 | ultimately adopted? | 11:24:15 |
| 18 | A  It hadn't occurred to us. | 11:24:16 |
| 19 | Q  And so -- | 11:24:17 |
| 20 | (Exhibit No. 200 marked | 11:24:17 |
| 21 | for identification.) | 11:25:01 |
| 22 | BY ATTORNEY DINTZER: | 11:25:01 |
| 23 | Q  This is No. 200. | 11:25:02 |
| 24 | A  Uh-huh. | 11:25:03 |
| 25 | Q  Sir, you've been handed what's been marked | 11:25:04 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                          63

| | | |
|---|---|---|
| 1 | as Exhibit 200, Bates No. Redfin_CZ00662. | 11:25:07 |
| 2 | Do you see that?  It's a series of | 11:25:14 |
| 3 | e-mails. | 11:25:18 |
| 4 | A  Uh-huh. | 11:25:18 |
| 5 | Q  And we're going to talk about the bottom | 11:25:19 |
| 6 | one, the April 10th one first. | 11:25:21 |
| 7 | Do you see that? | 11:25:23 |
| 8 | A  April 10th? | 11:25:23 |
| 9 | Q  The very bottom of the chain. | 11:25:25 |
| 10 | A  Oh, now I see it. | 11:25:26 |
| 11 | Q  By Alina Ptaszynski.  When was the last | 11:25:28 |
| 12 | time you saw this e-mail, sir? | 11:25:35 |
| 13 | A  Yesterday. | 11:25:37 |
| 14 | Q  And -- and she writes to you -- well, she | 11:25:38 |
| 15 | writes to a group of people.  She writes to you, | 11:25:46 |
| 16 | Mr. Taubman. | 11:25:48 |
| 17 | Who's Joe Rath? | 11:25:49 |
| 18 | A  Joe Rath runs industry relations for | 11:25:51 |
| 19 | Redfin.  He's a one-man band.  He also runs our | 11:25:55 |
| 20 | brokers, but he's the only industry relations | 11:25:59 |
| 21 | person at Redfin. | 11:26:01 |
| 22 | Q  And actually we're going to go to the very | 11:26:02 |
| 23 | bottom e-mail.  That's the one that you sent.  Do | 11:26:07 |
| 24 | you see that on April 10th at 8:07 p.m. on | 11:26:09 |
| 25 | Exhibit 200? | 11:26:17 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                     69

| | | |
|---|---|---|
| 1 | you did not read Mr. Rath's e-mail in Exhibit 200, | 11:31:36 |
| 2 | that you never read it? | 11:31:40 |
| 3 | A  No.  My position is I don't remember | 11:31:40 |
| 4 | having read it. | 11:31:43 |
| 5 | Q  Okay.  And do you know if you responded to | 11:31:43 |
| 6 | Mr. Rath and his e-mail in Exhibit 200, if you | 11:31:47 |
| 7 | called him, talked to him, did anything to address | 11:31:52 |
| 8 | his concerns? | 11:31:54 |
| 9 | A  I don't know. | 11:31:55 |
| 10 | Q  Okay.  And so when he writes, ███████ | 11:31:58 |
| 11 | ████████████████████████ | 11:32:02 |
| 12 | ████████████████████████ | 11:32:04 |
| 13 | █████████████████████████ | 11:32:07 |
| 14 | ████████████████████████ | 11:32:10 |
| 15 | █████████████████ | 11:32:14 |
| 16 | A  Well, I didn't respond to him by e-mail. | 11:32:16 |
| 17 | You asked me if I called him.  I don't remember | 11:32:18 |
| 18 | doing that.  It's possible that I did, but I'd be | 11:32:22 |
| 19 | surprised. | 11:32:26 |
| 20 | Q  Okay.  ████████████████ | 11:32:26 |
| 21 | ████████████████████████ | 11:32:32 |
| 22 | ██████████████████ | 11:32:36 |
| 23 | ████████████████████ | 11:32:41 |
| 24 | █████████████████████████ | 11:32:44 |
| 25 | ███████████ | 11:32:46 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    70

| | | |
|---|---|---|
| 1 | A  I disagreed with them. | 11:32:48 |
| 2 | ATTORNEY MAGUIRE:  Let me just be clear, | 11:32:49 |
| 3 | do not reveal privileged communications. | 11:32:51 |
| 4 | Mr. Kappus is also involved in this. | 11:32:53 |
| 5 | BY ATTORNEY DINTZER: | 11:32:56 |
| 6 | Q  So no further questions on that document, | 11:32:56 |
| 7 | sir.  And -- and -- so no further questions on | 11:32:58 |
| 8 | 200. ███████████████████████████ | 11:33:10 |
| 9 | ██████████████████████████████ | 11:33:13 |
| 10 | ██████████████████████████████ | 11:33:18 |
| 11 | ██████████████████████████████ | 11:33:21 |
| 12 | ATTORNEY MAGUIRE:  Objection.  Form. | 11:33:26 |
| 13 | ATTORNEY TUTTLE:  Objection to form. | 11:33:27 |
| 14 | BY ATTORNEY DINTZER: | 11:33:27 |
| 15 | Q  Go ahead. | 11:33:28 |
| 16 | A  I just disagree with framing it as ███ | 11:33:28 |
| 17 | ██████ | 11:33:31 |
| 18 | Q  Okay.  So when did you decide that | 11:33:32 |
| 19 | Redfin -- strike that. | 11:33:39 |
| 20 | Redfin eventually announced standards | 11:33:40 |
| 21 | about excluding pre marketed items from its | 11:33:42 |
| 22 | website; is that right? | 11:33:45 |
| 23 | A  That's part of what we announced. | 11:33:49 |
| 24 | Q  Okay.  And you announced that on | 11:33:51 |
| 25 | April 14th; is that right? | 11:33:54 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                                    71

| | | |
|---|---|---|
| 1 | A  I'm sure you know the date better than I | 11:33:56 |
| 2 | do. | 11:33:59 |
| 3 | Q  And I'll be showing you the announcement | 11:34:00 |
| 4 | in just a minute. | 11:34:02 |
| 5 | A  Sure. | 11:34:02 |
| 6 | Q  But I'll stipulate -- I'll represent -- | 11:34:03 |
| 7 | A  I'm comfortable with that too. | 11:34:04 |
| 8 | Q  Okay.  So if you announced on April 14th, | 11:34:06 |
| 9 | when did you decide that Zillow would -- strike | 11:34:09 |
| 10 | that. | 11:34:13 |
| 11 | When did you decide that Redfin would go | 11:34:13 |
| 12 | ahead with an announcement about limiting | 11:34:17 |
| 13 | premarketed listings on the Redfin site? | 11:34:20 |
| 14 | A  Probably minutes or hours before we | 11:34:24 |
| 15 | published it. | 11:34:28 |
| 16 | Q  ████████████████████████████ | 11:34:32 |
| 17 | ████████████████████████ | 11:34:34 |
| 18 | ██████████████████████████████ | 11:34:38 |
| 19 | ████████████████████████████ | 11:34:41 |
| 20 | ████ | 11:34:47 |
| 21 | ATTORNEY MAGUIRE:  Objection.  Form. | 11:34:49 |
| 22 | THE WITNESS:  I want to make sure I | 11:34:50 |
| 23 | understand the question. | 11:34:52 |
| 24 | BY ATTORNEY DINTZER: | 11:34:52 |
| 25 | Q  Sure. | 11:34:53 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                72

| | | |
|---|---|---|
| 1 | A  Were there people at Redfin who shared | 11:34:53 |
| 2 | Joe's view? | 11:34:55 |
| 3 | Q  Yes, as expressed in Exhibit 200. | 11:34:56 |
| 4 | A  Who were talking to me? | 11:35:00 |
| 5 | Q  As expressed in Exhibit 200, yes, sir. | 11:35:01 |
| 6 | ATTORNEY TUTTLE:  Objection to form. | 11:35:04 |
| 7 | THE WITNESS:  I can't think of any. | 11:35:04 |
| 8 | BY ATTORNEY DINTZER: | 11:35:11 |
| 9 | Q  Okay.  And was there a way that you told | 11:35:11 |
| 10 | people -- strike that. | 11:35:17 |
| 11 | Okay.  No further questions on that | 11:35:19 |
| 12 | document, sir. | 11:35:29 |
| 13 | (Exhibit No. 201 marked | 11:35:29 |
| 14 | for identification.) | 11:36:04 |
| 15 | BY ATTORNEY DINTZER: | 11:36:04 |
| 16 | Q  Sir, you've been handed what's been marked | 11:36:10 |
| 17 | as Exhibit 201.  It's not Bates numbered.  It | 11:36:11 |
| 18 | is -- it is downloaded from Redfin's site, and the | 11:36:17 |
| 19 | title is "Buyers should see all the listings. | 11:36:20 |
| 20 | Sellers should control how their listings appear | 11:36:23 |
| 21 | online." | 11:36:25 |
| 22 | Do you see that? | 11:36:26 |
| 23 | A  I do.  I don't want to slow you down.  I | 11:36:27 |
| 24 | wonder if anyone has a copy with a larger font? | 11:36:30 |
| 25 | Q  I don't. | 11:36:34 |

| | | |
|---|---|---|
| 1 | A  I'll work it out.  I'll work it out. | 11:36:35 |
| 2 | ATTORNEY DINTZER:  Let's go -- let's go | 11:36:37 |
| 3 | off the record.  Let's go off the record. | 11:36:38 |
| 4 | THE VIDEOGRAPHER:  Stand by.  Stand by. | 11:36:40 |
| 5 | We are going off the record.  The time is 11:36. | 11:36:44 |
| 6 | (Recess 11:36-11:40.) | 11:40:41 |
| 7 | (Exhibit No. 202 marked | 11:40:41 |
| 8 | for identification.) | 11:40:51 |
| 9 | THE VIDEOGRAPHER:  We are -- we are back | 11:40:51 |
| 10 | on the record.  The time is 11:40. | 11:40:59 |
| 11 | | 11:40:59 |
| 12 | EXAMINATION (Continuing) | 11:41:02 |
| 13 | BY ATTORNEY DINTZER: | 11:41:02 |
| 14 | Q  Okay.  Sir, so we've handed you what's | 11:41:02 |
| 15 | Exhibit 202, which is a blow-up -- | 11:41:07 |
| 16 | A  Yes. | 11:41:09 |
| 17 | Q  -- of the relevant portion of 201. | 11:41:10 |
| 18 | A  Thank you. | 11:41:13 |
| 19 | Q  Do you see that?  Of course.  And you're | 11:41:13 |
| 20 | able to read this one? | 11:41:15 |
| 21 | A  100 percent. | 11:41:16 |
| 22 | Q  Okay.  And so -- and so this was the blog | 11:41:17 |
| 23 | post that ultimately got published by Redfin; is | 11:41:22 |
| 24 | that right, in 202? | 11:41:26 |
| 25 | A  Yes. | 11:41:27 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    74

```
1        Q  Okay.  And -- and so when we talk about a        11:41:27

2    blog post, this is what it would look like?            11:41:30

3        A  This is it.                                      11:41:32

4        Q  Okay.  And -- and you write -- well, you         11:41:33

5    can see what you write.                                 11:41:40

6        A  Yep.                                             11:41:41

7        Q  "Because we believe," and then it goes on.       11:41:42

8           This is Redfin announcing a policy that it       11:41:44

9    will not publish any listings that have been            11:41:48

10   publicly marketed before being shared with real         11:41:51

11   estate websites via the MLS.                            11:41:54

12          Do you see that?                                 11:41:56

13       A  I do.                                            11:41:57

14       Q  Okay.  And that's -- that's an                   11:41:57

15   announcement of a new policy for Redfin.                11:41:58

16       A  Yes.  It has two components, and that's          11:42:00

17   one.                                                    11:42:03

18       Q  And has Redfin implemented the policy            11:42:04

19   described in 202?                                       11:42:09

20       A  No.                                              11:42:12

21       Q  And when you announced it, the plan was to       11:42:12

22   implement the policy in 202 in September; is that       11:42:16

23   right?                                                  11:42:20

24       A  I don't know what month.                         11:42:20

25       Q  Why has Redfin decided not to implement          11:42:24
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    75

| | | |
|---|---|---|
| 1 | the policy announced in 202? | 11:42:28 |
| 2 | A  I wouldn't say that we formally decided | 11:42:30 |
| 3 | that, but basically Rocket acquired Redfin, and so | 11:42:35 |
| 4 | part of this is that there's more software work we | 11:42:39 |
| 5 | have to do to support the integration, but part of | 11:42:42 |
| 6 | it is that we have a corporate parent that wants | 11:42:44 |
| 7 | to assess the strategy. | 11:42:47 |
| 8 | Q  Has Redfin made a subsequent blog post or | 11:42:49 |
| 9 | anything else expressly announcing that they would | 11:42:55 |
| 10 | not be implementing the policy described in 202? | 11:42:58 |
| 11 | A  No, because again, we haven't come to a | 11:43:01 |
| 12 | different decision. | 11:43:05 |
| 13 | Q  If -- if I'm selling properties out in the | 11:43:08 |
| 14 | world, do I have any information to tell me that | 11:43:10 |
| 15 | Redfin won't ban me if I premarket them? | 11:43:14 |
| 16 | ATTORNEY TUTTLE:  Objection to form. | 11:43:18 |
| 17 | ATTORNEY MAGUIRE:  Same.  I'll join in the | 11:43:20 |
| 18 | objection. | 11:43:21 |
| 19 | THE WITNESS:  I believe that most people | 11:43:24 |
| 20 | know we haven't implemented this policy on our | 11:43:29 |
| 21 | site. | 11:43:32 |
| 22 | BY ATTORNEY DINTZER: | 11:43:32 |
| 23 | Q  And based on...? | 11:43:33 |
| 24 | A  Based on what? | 11:43:35 |
| 25 | Q  Yes. | 11:43:35 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman

Conducted on October 9, 2025                    76

| | | |
|---|---|---|
| 1 | A  Based on the real estate agents who asked | 11:43:40 |
| 2 | me about it. | 11:43:43 |
| 3 | Q  Other than the real estate agents who | 11:43:45 |
| 4 | asked you about the policy described in | 11:43:48 |
| 5 | Exhibit 202, is there any other way that the | 11:43:51 |
| 6 | public or real estate agents throughout the | 11:43:53 |
| 7 | country would know that Redfin has not implemented | 11:43:56 |
| 8 | the policy described in Exhibit 202? | 11:43:59 |
| 9 | A  By looking on our site. | 11:44:01 |
| 10 | Q  How so? | 11:44:03 |
| 11 | A  They would see listings of all types.  The | 11:44:04 |
| 12 | supposition these agents have, it's not that I've | 11:44:08 |
| 13 | answered their question.  They come to me already | 11:44:11 |
| 14 | seeming to know that we haven't done it.  So | 11:44:15 |
| 15 | within the industry people just notice when your | 11:44:17 |
| 16 | website changes. | 11:44:20 |
| 17 | Q  Has there been any discussion within | 11:44:21 |
| 18 | Redfin about withdrawing the policy described in | 11:44:24 |
| 19 | Exhibit 202? | 11:44:29 |
| 20 | A  I want to be careful about this.  I would | 11:44:30 |
| 21 | say it's more accurate to say between Redfin and | 11:44:33 |
| 22 | Rocket.  It depends on how you define the | 11:44:36 |
| 23 | corporate entity. | 11:44:39 |
| 24 | Q  Okay.  And so has -- strike that.  Let me | 11:44:40 |
| 25 | try again. | 11:44:45 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    99

| | | |
|---|---|---|
| 1 | Q  And the second one there says, "Can a | 12:55:52 |
| 2 | broker fee be sent instead of MLS participation?" | 12:55:56 |
| 3 | Do you see that? | 12:56:00 |
| 4 | A  Yes. | 12:56:01 |
| 5 | Q  Okay.  And it says, "We will accept the | 12:56:04 |
| 6 | independent brokerage fee in the event the MLS | 12:56:07 |
| 7 | doesn't send an IDX or VOW fee with all coming | 12:56:10 |
| 8 | soon delayed marketing or active listings.  It | 12:56:14 |
| 9 | cannot be used at the broker's discretion to | 12:56:18 |
| 10 | supercede the MLS." | 12:56:20 |
| 11 | Do you understand what's being said in | 12:56:22 |
| 12 | that paragraph? | 12:56:23 |
| 13 | A  Not yet.  Do you want me to think about it | 12:56:24 |
| 14 | more? | 12:56:29 |
| 15 | Q  If you don't understand it, sir, you can | 12:56:29 |
| 16 | just tell me you don't understand it. | 12:56:31 |
| 17 | A  One minute. | 12:56:34 |
| 18 | Q  Of course.  Take your time. | 12:56:35 |
| 19 | A  I think I do. | 12:56:50 |
| 20 | Q  Okay.  What's being said there? | 12:56:51 |
| 21 | A  If an MLS isn't sending a full feed, the | 12:57:05 |
| 22 | broker can send that feed directly to Zillow, but | 12:57:11 |
| 23 | the broker cannot choose to send that feed if the | 12:57:18 |
| 24 | MLS already provides it. | 12:57:25 |
| 25 | Q  If a broker only sent their feed directly | 12:57:31 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    100

| | |
|---|---|
| 1 | to Zillow and not to the MLS, Zillow would still | 12:57:35 |
| 2 | have that feed, right? | 12:57:39 |
| 3 |     ATTORNEY TUTTLE:  Objection to form. | 12:57:42 |
| 4 | BY ATTORNEY DINTZER: | 12:57:43 |
| 5 |   Q  Go ahead, sir.  Do you understand my | 12:57:43 |
| 6 | question? | 12:57:56 |
| 7 |   A  I do.  And it's not that I have an answer | 12:57:56 |
| 8 | that I'm editing.  I am trying to figure out what | 12:58:00 |
| 9 | the heck this means. | 12:58:03 |
| 10 |   Q  Let me rephrase the question, sir. | 12:58:04 |
| 11 |     If a brokerage sends the -- its listings | 12:58:06 |
| 12 | directly to Zillow and not to the MLS, then Redfin | 12:58:10 |
| 13 | wouldn't have access to them, correct? | 12:58:15 |
| 14 |     ATTORNEY TUTTLE:  Objection to form. | 12:58:18 |
| 15 |     THE WITNESS:  I think that is true. | 12:58:19 |
| 16 | BY ATTORNEY DINTZER: | 12:58:21 |
| 17 |   Q  Okay.  Was there ever a time where you | 12:58:22 |
| 18 | raised concerns with Zillow about that happening? | 12:58:26 |
| 19 |   A  I think so. | 12:58:31 |
| 20 |   Q  Okay.  Tell me how you raised that concern | 12:58:33 |
| 21 | with Zillow. | 12:58:37 |
| 22 |   A  ██████████████████████████ | 12:58:38 |
| 23 | ████████████████████████ | 12:58:48 |
| 24 | ██████████████████████████ | 12:58:52 |
| 25 | ██████████████████████████ | 12:58:57 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                                  101

| | | |
|---|---|---|
| 1 | | 12:59:02 |
| 2 | | 12:59:02 |
| 3 | | 12:59:05 |
| 4 | | 12:59:07 |
| 5 | | 12:59:13 |
| 6 | | 12:59:17 |
| 7 | | 12:59:20 |
| 8 | | 12:59:21 |
| 9 | | 12:59:23 |
| 10 | | 12:59:28 |
| 11 | | 12:59:30 |
| 12 | | 12:59:33 |
| 13 | | 12:59:39 |
| 14 | | 12:59:44 |
| 15 | | 12:59:44 |
| 16 | | 12:59:48 |
| 17 | | 12:59:52 |
| 18 | BY ATTORNEY DINTZER: | 12:59:54 |
| 19 |     Q  You did not know that Zillow said -- | 12:59:56 |
| 20 | strike that. | 12:59:58 |
| 21 |     Did Zillow tell Redfin either through you | 12:59:58 |
| 22 | or through someone else that it would modify what | 13:00:01 |
| 23 | is Exhibit 206 to reflect the fact that it did not | 13:00:06 |
| 24 | want to get direct feeds from brokers and cut out | 13:00:12 |
| 25 | the other websites? | 13:00:15 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    102

| | | |
|---|---|---|
| 1 | ATTORNEY TUTTLE:  Objection to form. | 13:00:17 |
| 2 | THE WITNESS:  I am positive that Zillow | 13:00:18 |
| 3 | didn't tell me.  I'd be -- Jeremy didn't say that | 13:00:21 |
| 4 | in a call to me.  I just would have remembered | 13:00:27 |
| 5 | that. | 13:00:29 |
| 6 | Whether Zillow told somebody else at | 13:00:32 |
| 7 | Redfin, I guess that's possible, but I hadn't | 13:00:34 |
| 8 | heard of that either. | 13:00:36 |
| 9 | BY ATTORNEY DINTZER: | 13:00:38 |
| 10 | Q  Okay.  So if you could put 206 aside for a | 13:00:38 |
| 11 | few minutes, sir. | 13:00:48 |
| 12 | A  Sure.  You mean 100? | 13:00:49 |
| 13 | Q  Thank you, sir.  I apologize.  We've been | 13:00:50 |
| 14 | looking at Exhibit 100 with the FAQ, correct? | 13:00:53 |
| 15 | A  Yes. | 13:01:00 |
| 16 | Q  Okay.  I just wanted to make sure the | 13:01:01 |
| 17 | record is clear. | 13:01:04 |
| 18 | (Exhibit No. 207 marked | 13:01:43 |
| 19 | for identification.) | 13:01:56 |
| 20 | ATTORNEY DINTZER:  207. | 13:01:56 |
| 21 | BY ATTORNEY DINTZER: | 13:01:58 |
| 22 | Q  Sir, you've been handed what's been marked | 13:02:06 |
| 23 | as Exhibit 207 -- | 13:02:07 |
| 24 | A  Uh-huh. | 13:02:07 |
| 25 | Q  -- Bates numbered Redfin_CZ00618. | 13:02:09 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    109

| | | |
|---|---|---|
| 1 | to read it, then it might give you some more | 13:09:53 |
| 2 | information. | 13:09:56 |
| 3 | You -- you write, "There are good reasons | 13:09:56 |
| 4 | for homeowners to limit how listings are | 13:09:58 |
| 5 | marketed." | 13:10:00 |
| 6 | Okay. You wrote that? | 13:10:01 |
| 7 | A  I did. | 13:10:02 |
| 8 | Q  And you believed that that was true? | 13:10:03 |
| 9 | A  I wanted to provide the context for it, | 13:10:05 |
| 10 | because the clear intent of this paragraph and it | 13:10:08 |
| 11 | is explicitly stated is, I really agree with | 13:10:13 |
| 12 | Compass that we should -- that -- excuse me, | 13:10:17 |
| 13 | listing brokers and homeowners should be able to | 13:10:21 |
| 14 | control how a listing is marketed. I disagree | 13:10:24 |
| 15 | that we should be able to say who a listing is | 13:10:29 |
| 16 | marketed to. | 13:10:32 |
| 17 | Q  Do you know what a Zestimate is? | 13:10:34 |
| 18 | A  Of course. | 13:10:36 |
| 19 | Q  Do you think they're accurate? | 13:10:37 |
| 20 | ATTORNEY TUTTLE:  Objection to form. | 13:10:39 |
| 21 | THE WITNESS:  Mostly, but not 100 percent | 13:10:40 |
| 22 | of the time. | 13:10:45 |
| 23 | BY ATTORNEY DINTZER: | 13:10:46 |
| 24 | Q  Sometimes? | 13:10:47 |
| 25 | A  The Redfin estimate is better, in my | 13:10:47 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    110

| | | |
|---|---|---|
| 1 | opinion. | 13:10:51 |
| 2 | Q  And the Zestimate sometimes understates | 13:10:52 |
| 3 | the value of a property, right? | 13:10:55 |
| 4 | ATTORNEY TUTTLE:  Objection to form. | 13:10:56 |
| 5 | THE WITNESS:  Sometimes over, sometimes | 13:10:57 |
| 6 | under. | 13:10:59 |
| 7 | BY ATTORNEY DINTZER: | 13:10:59 |
| 8 | Q  If you're the seller with a property with | 13:10:59 |
| 9 | an understated Zestimate, that can make it harder | 13:11:02 |
| 10 | to sell, right? | 13:11:05 |
| 11 | A  This is where -- | 13:11:06 |
| 12 | Q  Sir, I just -- just need you to answer my | 13:11:06 |
| 13 | question. | 13:11:08 |
| 14 | That can make it harder to sell, right? | 13:11:09 |
| 15 | A  Yes. | 13:11:10 |
| 16 | Q  So going back to what you wrote in | 13:11:14 |
| 17 | Exhibit 208, "Coming soon listings build | 13:11:18 |
| 18 | excitement while a home is being repaired.  You | 13:11:26 |
| 19 | can test a price range or limit how many buyers | 13:11:29 |
| 20 | troop through the home during a pandemic," okay. | 13:11:32 |
| 21 | And then it goes on, which I will get to. | 13:11:34 |
| 22 | But those are some of the benefits that | 13:11:37 |
| 23 | you write about for coming soon listings; is that | 13:11:38 |
| 24 | right? | 13:11:42 |
| 25 | A  Yes.  But I have to insist here that I | 13:11:42 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                                    111

| | | |
|---|---|---|
| 1 | just completely quote this article because it says | 13:11:47 |
| 2 | that there are good arguments for some of the | 13:11:52 |
| 3 | kinds of listing controls that Compass has argued | 13:11:56 |
| 4 | for, but we need to stop short of deciding who we | 13:11:59 |
| 5 | are marketing a listing to. | 13:12:05 |
| 6 | The bright line that we drew in our 2025 | 13:12:07 |
| 7 | post and here is that you have every right to | 13:12:11 |
| 8 | limit the information published about your home | 13:12:16 |
| 9 | when you're trying to sell it to prevent the | 13:12:18 |
| 10 | estimate, to prevent days on market. I support | 13:12:21 |
| 11 | that in a way that Zillow, as far as I know, does | 13:12:24 |
| 12 | not, but when you start saying that we're going to | 13:12:27 |
| 13 | sell -- we're only going to market it to these | 13:12:30 |
| 14 | people and not to those people, that's when I take | 13:12:33 |
| 15 | strong exception to it. That's just my position. | 13:12:35 |
| 16 | Q  When a seller's listing goes on Zillow, | 13:12:38 |
| 17 | the seller doesn't have any control about whether | 13:12:45 |
| 18 | days on market, price drops, global warming | 13:12:49 |
| 19 | impacts. They don't have any control over that, | 13:12:53 |
| 20 | do they? | 13:12:55 |
| 21 | A  Well, the position that we have taken is | 13:12:56 |
| 22 | that the MLS has created rules in some places that | 13:12:59 |
| 23 | do create those controls. The answer to your | 13:13:04 |
| 24 | question is that it depends. There are some | 13:13:06 |
| 25 | markets where information about climate change can | 13:13:09 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                              112

| | | |
|---|---|---|
| 1 | be suppressed.  There are some markets, many | 13:13:15 |
| 2 | markets where you can suppress whether a Zestimate | 13:13:17 |
| 3 | appears next to the listing, and Redfin has been | 13:13:21 |
| 4 | an advocate for giving sellers those controls. | 13:13:24 |
| 5 | Because we don't just run a real estate website. | 13:13:28 |
| 6 | We are also a listing broker. | 13:13:30 |
| 7 | We have sat in the living room of the | 13:13:32 |
| 8 | people who are worried about that, and we | 13:13:34 |
| 9 | understand those concerns.  But that does not | 13:13:36 |
| 10 | extend so far as I want to sell my home only to | 13:13:39 |
| 11 | this group of people and not to that group of | 13:13:41 |
| 12 | people.  That's the bright line. | 13:13:43 |
| 13 | Q  That's -- that's where you disagree with | 13:13:45 |
| 14 | Compass? | 13:13:47 |
| 15 | A  That is 100 percent right. | 13:13:47 |
| 16 | Q  Okay.  You write in Exhibit 208, "If your | 13:13:51 |
| 17 | client is Oprah Winfrey, you can tell other agents | 13:13:58 |
| 18 | about the listing without putting her bathroom | 13:14:01 |
| 19 | photos on the internet." | 13:14:04 |
| 20 | You believe that's one type of seller who | 13:14:05 |
| 21 | might not want their stuff put on the internet, | 13:14:07 |
| 22 | right? | 13:14:10 |
| 23 | A  Well, once again, the MLS allows to you | 13:14:10 |
| 24 | market a listing without posting photos of the | 13:14:13 |
| 25 | bathroom. | 13:14:14 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                              125

| | | |
|---|---|---|
| 1 | questions at this time.  As per what I've | 13:40:22 |
| 2 | discussed with counsel before we started, I'm | 13:40:24 |
| 3 | going to reserve the rest of my time for cross.  I | 13:40:26 |
| 4 | understand that I used two hours and 21 minutes of | 13:40:30 |
| 5 | time.  And with that, I pass the witness. | 13:40:34 |
| 6 | | 13:40:34 |
| 7 | EXAMINATION | 13:40:34 |
| 8 | BY ATTORNEY TUTTLE: | 13:40:34 |
| 9 | Q  Good afternoon, Mr. Kelman. | 13:40:37 |
| 10 | A  Hello. | 13:40:38 |
| 11 | Q  My name is Eric Tuttle, and I represent | 13:40:40 |
| 12 | Zillow in this litigation that Compass has brought | 13:40:43 |
| 13 | against Zillow.  I'm going to ask you a few | 13:40:46 |
| 14 | questions today.  I'm going to try to be efficient | 13:40:48 |
| 15 | with your time.  There are times I may go back | 13:40:50 |
| 16 | over things that were discussed earlier today, and | 13:40:53 |
| 17 | if I do that, it's not because I wasn't listening. | 13:40:55 |
| 18 | It's because I need to revisit them -- | 13:40:57 |
| 19 | A  I understand. | 13:40:59 |
| 20 | Q  -- and ask the questions the way I would | 13:41:00 |
| 21 | ask them.  Is that okay? | 13:41:01 |
| 22 | A  Understood. | 13:41:02 |
| 23 | Q  Okay.  Do you understand that Compass's | 13:41:04 |
| 24 | lawsuit accuses Redfin and Zillow of entering into | 13:41:07 |
| 25 | a conspiracy to boycott Compass? | 13:41:10 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    126

| | | |
|---|---|---|
| 1 | ATTORNEY DINTZER:  Objection.  Leading. | 13:41:13 |
| 2 | THE WITNESS:  Do you want me to answer it? | 13:41:15 |
| 3 | BY ATTORNEY TUTTLE: | 13:41:18 |
| 4 | Q  Yes. | 13:41:19 |
| 5 | A  That's my understanding. | 13:41:19 |
| 6 | Q  Okay.  Did Redfin conspire with Zillow to | 13:41:20 |
| 7 | boycott Compass? | 13:41:23 |
| 8 | A  Absolutely not. | 13:41:24 |
| 9 | Q  Okay.  What's your reaction to Compass's | 13:41:26 |
| 10 | allegation that Redfin and Zillow conspired to | 13:41:28 |
| 11 | boycott Compass? | 13:41:30 |
| 12 | A  It's a total crock. | 13:41:31 |
| 13 | Q  Why do you say that? | 13:41:33 |
| 14 | A  I hate Zillow.  I have come to respect the | 13:41:34 |
| 15 | people who work there.  It isn't personal.  But | 13:41:44 |
| 16 | Redfin fights for traffic every day against | 13:41:48 |
| 17 | Zillow.  And I do not have a personal beef with | 13:41:51 |
| 18 | Robert, with Compass.  I am a true believer on | 13:41:58 |
| 19 | pocket listings.  We have done business with | 13:42:02 |
| 20 | Zillow, but every executive knows that it has been | 13:42:05 |
| 21 | hard for me to do it because we have been | 13:42:11 |
| 22 | competing with them for so long. | 13:42:13 |
| 23 | Q  Okay.  I'm going to come back to that | 13:42:17 |
| 24 | topic, but before I do, I want to start by walking | 13:42:20 |
| 25 | you through a few pieces that you've published | 13:42:23 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    127

| | | |
|---|---|---|
| 1 | about the Clear Cooperation Policy that's been the | 13:42:25 |
| 2 | subject of discussion today so that we can | 13:42:28 |
| 3 | understand your position on that. | 13:42:30 |
| 4 | Can we mark as 212, thank you, Tab 1. | 13:42:33 |
| 5 | (Exhibit No. 212 marked | 13:42:49 |
| 6 | for identification.) | 13:42:54 |
| 7 | BY ATTORNEY TUTTLE: | 13:42:54 |
| 8 | Q  Mr. Kelman, Exhibit 212, this is, I guess, | 13:43:01 |
| 9 | a blog post called "Why we should all support | 13:43:04 |
| 10 | Clear Cooperation" that you published on | 13:43:09 |
| 11 | November 6, 2019, correct? | 13:43:11 |
| 12 | A  Apparently. | 13:43:13 |
| 13 | Q  That was almost six years ago? | 13:43:15 |
| 14 | A  Uh-huh.  Correct. | 13:43:16 |
| 15 | Q  And was this to -- was this written to | 13:43:17 |
| 16 | urge support for the National Association of | 13:43:22 |
| 17 | Realtors adoption of the Clear Cooperation Policy? | 13:43:26 |
| 18 | A  Yes, but at the time I didn't necessarily | 13:43:28 |
| 19 | know that there would be an office-exclusive | 13:43:32 |
| 20 | exception.  That was late-breaking news for us, | 13:43:36 |
| 21 | and we were dismayed by it. | 13:43:38 |
| 22 | Q  Okay.  If I could have you turn to the | 13:43:41 |
| 23 | second page of this, there's a heading that says | 13:43:45 |
| 24 | "Redfin supports Clear Cooperation"? | 13:43:48 |
| 25 | A  Uh-huh. | 13:43:51 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                           128

| | | |
|---|---|---|
| 1 | Q  It says, "We hope it's approved.  After | 13:43:52 |
| 2 | years of getting Redfin.com visitors early | 13:43:55 |
| 3 | exclusive access to Redfin listings, we | 13:43:58 |
| 4 | wholeheartedly support this policy." | 13:44:01 |
| 5 | And then I'll skip the next sentence just | 13:44:05 |
| 6 | to not read too much, but it says, "We -- but we | 13:44:08 |
| 7 | know that the policy is a crucial protection for | 13:44:11 |
| 8 | consumers, especially members of minority groups | 13:44:13 |
| 9 | who research shows are often the last to find out | 13:44:17 |
| 10 | about pocket listings." | 13:44:19 |
| 11 | Do you see that? | 13:44:20 |
| 12 | A  I do. | 13:44:21 |
| 13 | Q  So how does the Clear Cooperation Policy | 13:44:22 |
| 14 | provide crucial protection for consumers? | 13:44:26 |
| 15 | A  A home buyer should be able to see all the | 13:44:28 |
| 16 | homes for sale, whether she's using Realtor.com or | 13:44:31 |
| 17 | Zillow.com or Redfin.com.  You shouldn't have to | 13:44:34 |
| 18 | know the secret handshake to see all the homes for | 13:44:37 |
| 19 | sale.  There is a long and sorted history of | 13:44:39 |
| 20 | properties being selectively marketed to different | 13:44:44 |
| 21 | groups of people based on the property and the | 13:44:47 |
| 22 | person, and it's wrong. | 13:44:48 |
| 23 | Q  Why is that important to you as the CEO of | 13:44:53 |
| 24 | Redfin? | 13:44:56 |
| 25 | A  Well, we're all here to make a buck, but | 13:44:58 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    129

| | | |
|---|---|---|
| 1 | at some point you've made enough money in your | 13:45:03 |
| 2 | life and you want to feel like your business is | 13:45:05 |
| 3 | trying to make its industry better.  And Redfin | 13:45:08 |
| 4 | has defined itself as an advocate for consumers, | 13:45:12 |
| 5 | so I think this is an easy way to be a consumer | 13:45:17 |
| 6 | advocate. | 13:45:23 |
| 7 | Q  If I could have you go to the next heading | 13:45:24 |
| 8 | on that same page, it says, "Coming soon listings | 13:45:26 |
| 9 | are fine.  Just let everyone see them." | 13:45:29 |
| 10 | Do you see that? | 13:45:32 |
| 11 | A  I do. | 13:45:32 |
| 12 | Q  I'm going to skip -- I'm going to go to | 13:45:33 |
| 13 | the next page, to the first full sentence that | 13:45:37 |
| 14 | begins on the next page.  It says, "A coming soon | 13:45:39 |
| 15 | listing can build excitement about the home while | 13:45:42 |
| 16 | it's still being repaired and staged.  It lets you | 13:45:44 |
| 17 | test a price range.  But these are reasons to make | 13:45:48 |
| 18 | sure the whole market and not just one group of | 13:45:50 |
| 19 | privileged buyers sees coming soon listings." | 13:45:53 |
| 20 | Do you see that? | 13:45:56 |
| 21 | A  I do. | 13:45:56 |
| 22 | Q  Why should the whole market and not just | 13:45:57 |
| 23 | one group of privileged buyers see coming soon | 13:45:59 |
| 24 | listings? | 13:46:02 |
| 25 | A  Because everyone deserves a shot at buying | 13:46:02 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                          130

| | | |
|---|---|---|
| 1 | their dream home.  So this is consistent with what | 13:46:04 |
| 2 | I was saying earlier in the deposition, that I do | 13:46:12 |
| 3 | think there should be controls, and this is a | 13:46:13 |
| 4 | point where I differ with Zillow, on how a listing | 13:46:15 |
| 5 | is marketed.  We should be allowed to market a | 13:46:18 |
| 6 | property without tracking days on market or the | 13:46:21 |
| 7 | price estimate if that's what the seller wants, | 13:46:26 |
| 8 | but deciding that you're only going to sell it to | 13:46:29 |
| 9 | one group of people and not another group of | 13:46:32 |
| 10 | people, that's where we ought to draw the line. | 13:46:34 |
| 11 | Q  In addition to benefitting -- | 13:46:37 |
| 12 | A  Can I say something that I've been worried | 13:46:38 |
| 13 | about? | 13:46:40 |
| 14 | Q  Sure. | 13:46:41 |
| 15 | A  I don't like using the word "hate."  I | 13:46:41 |
| 16 | compete very aggressively with Zillow.  I don't | 13:46:44 |
| 17 | hate them.  I feel ashamed of saying that. | 13:46:46 |
| 18 | Q  Okay.  I appreciate -- | 13:46:49 |
| 19 | A  Fine. | 13:46:50 |
| 20 | Q  I appreciate the clarification from | 13:46:50 |
| 21 | earlier. | 13:46:52 |
| 22 | A  It's been bothering me. | 13:46:52 |
| 23 | Q  I understood it as hyperbole, but I | 13:46:53 |
| 24 | appreciate that. | 13:46:57 |
| 25 | A  Yeah, yeah. | 13:46:57 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    131

| | | |
|---|---|---|
| 1 | Q  In addition to letting all the buyers see | 13:46:58 |
| 2 | the coming-soons, does showing the coming-soons to | 13:47:01 |
| 3 | everybody, can that benefit sellers? | 13:47:04 |
| 4 | A  Yes.  So a seller wants as many possible | 13:47:05 |
| 5 | bids as she can get in most cases, because once | 13:47:14 |
| 6 | you have a bidding war, you're going to sell the | 13:47:17 |
| 7 | home at a premium.  And, you know, I know I'm | 13:47:19 |
| 8 | preaching to the choir here, but I really believe | 13:47:27 |
| 9 | it.  There are sellers who will occasionally ask | 13:47:30 |
| 10 | to privately market a listing, and often I want to | 13:47:36 |
| 11 | make sure their agent has told them that that is a | 13:47:42 |
| 12 | tactic recommended by agents usually to benefit | 13:47:47 |
| 13 | the agent and not you.  You should want as many | 13:47:49 |
| 14 | buyers as possible to see your home.  And there's | 13:47:55 |
| 15 | just so much data behind it. | 13:48:01 |
| 16 | Q  What's the data you're referring to? | 13:48:05 |
| 17 | A  Bright MLS did a study.  I think homes | 13:48:06 |
| 18 | sell for about $50,000 more when it is marketed | 13:48:10 |
| 19 | broadly instead of marketed selectively.  You are | 13:48:14 |
| 20 | more likely to create a bidding war. | 13:48:17 |
| 21 | Q  Let's look at the next heading on that | 13:48:20 |
| 22 | same page.  It says, "Clear Cooperation is | 13:48:24 |
| 23 | consumer friendly."  I'm going to skip to the last | 13:48:27 |
| 24 | sentence that begins at the bottom of that page. | 13:48:31 |
| 25 | It says, "MLSs that have tried to limit pocket | 13:48:34 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    134

| | | |
|---|---|---|
| 1 | work well for it even though it has no market | 13:51:02 |
| 2 | share in Seattle.  And so you could say, well, | 13:51:05 |
| 3 | Howard Hanna has tiny national market share.  What | 13:51:07 |
| 4 | are you worried about?  It's because you can get | 13:51:10 |
| 5 | significant share within a market and then buyers | 13:51:13 |
| 6 | come to a real estate website like Homes.com, | 13:51:19 |
| 7 | Redfin.com, Zillow.com and they can't see those | 13:51:22 |
| 8 | listings and that suddenly becomes unbearable. | 13:51:25 |
| 9 | And I do think that pocket listings have | 13:51:29 |
| 10 | become significantly more popular as a brokerage | 13:51:32 |
| 11 | strategy at the same time that commissions came | 13:51:37 |
| 12 | under pressure. | 13:51:40 |
| 13 | It is not a coincidence agents have put so | 13:51:41 |
| 14 | much pressure on the industry trying to keep | 13:51:45 |
| 15 | commissions high, they're asking brokerages for | 13:51:47 |
| 16 | higher splits.  Why does the brokerage exist? | 13:51:50 |
| 17 | The brokerage, one reason you should stay | 13:51:53 |
| 18 | at one of these brokerages with large share in a | 13:51:55 |
| 19 | market is because if you leave you're not going to | 13:51:59 |
| 20 | be able to see all the homes for sale. | 13:52:02 |
| 21 | So they say that to their agents to be | 13:52:04 |
| 22 | able to take more money from the agent and then | 13:52:07 |
| 23 | the agent says that to the customer to be able to | 13:52:10 |
| 24 | take more money from the customer, and if we had a | 13:52:13 |
| 25 | truly liquid transparent market, it would put more | 13:52:16 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    135

| | | |
|---|---|---|
| 1 | pressure on fees and give consumers a better deal. | 13:52:19 |
| 2 | Q  So you've said several times you're a true | 13:52:24 |
| 3 | believer, this is something you care about? | 13:52:27 |
| 4 | A  Yeah. | 13:52:29 |
| 5 | Q  How long have you cared about this or been | 13:52:29 |
| 6 | a true believer? | 13:52:31 |
| 7 | A  A long time.  You know, you have this blog | 13:52:32 |
| 8 | post as Exhibit 212 and it has a picture of | 13:52:38 |
| 9 | Elizabeth Korver-Glenn.  She's an academic.  We | 13:52:43 |
| 10 | invited her to speak about fair housing at Redfin | 13:52:47 |
| 11 | sometime in the teens.  This isn't the only post | 13:52:50 |
| 12 | that I've written about her.  And we're waiting to | 13:52:52 |
| 13 | go on stage and I say, "What else should I be | 13:52:57 |
| 14 | doing to support fair housing?" | 13:53:00 |
| 15 | And she said, "You number one, number two | 13:53:02 |
| 16 | and number three priorities should be to stop | 13:53:05 |
| 17 | pocket listings."  And -- | 13:53:07 |
| 18 | ATTORNEY DINTZER:  Objection.  Hearsay. | 13:53:10 |
| 19 | THE WITNESS:  She said it to me. | 13:53:12 |
| 20 | ATTORNEY DINTZER:  Go ahead. | 13:53:15 |
| 21 | THE WITNESS:  Oh, I don't understand. | 13:53:18 |
| 22 | BY ATTORNEY TUTTLE: | 13:53:19 |
| 23 | Q  No, it's okay.  You can finish your | 13:53:19 |
| 24 | answer.  You said "and"... | 13:53:20 |
| 25 | A  Well, it had an emotional impact on me. | 13:53:21 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    136

| | | |
|---|---|---|
| 1 | You don't want to get to the end of your career | 13:53:24 |
| 2 | and feel that you did something to run the table | 13:53:26 |
| 3 | as a business that actually didn't make the | 13:53:31 |
| 4 | industry better.  And I worry that pocket listings | 13:53:34 |
| 5 | can be a strategy that is good for a business and | 13:53:41 |
| 6 | bad for the world. | 13:53:45 |
| 7 |     Q  I'll show you another document we'll mark | 13:53:48 |
| 8 | as 213. | 13:53:52 |
| 9 |             (Exhibit No. 213 marked | 13:53:54 |
| 10 |              for identification.) | 13:54:08 |
| 11 | BY ATTORNEY TUTTLE: | 13:54:08 |
| 12 |     Q  Exhibit 213, sir, is another blog post | 13:54:09 |
| 13 | that you published in September -- September 12th, | 13:54:14 |
| 14 | 2024, called "Don't end Clear Cooperation.  " | 13:54:18 |
| 15 |     Right? | 13:54:20 |
| 16 |     A  Yes. | 13:54:21 |
| 17 |     Q  And this -- you wrote this in response to | 13:54:22 |
| 18 | proposals that were circulating at this time to | 13:54:27 |
| 19 | end Clear Cooperation Policy? | 13:54:29 |
| 20 |     A  Yes. | 13:54:31 |
| 21 |     Q  Let's take a look at the heading on the | 13:54:31 |
| 22 | first page:  Listing corporation creates an open | 13:54:39 |
| 23 | fair market. | 13:54:41 |
| 24 |     Under that it says -- it's -- oh, sorry, | 13:54:42 |
| 25 | on the very first page. | 13:54:45 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    146

| | | |
|---|---|---|
| 1 | A  100 percent. | 14:04:48 |
| 2 | Q  And how does being bigger matter more than | 14:04:49 |
| 3 | being better when brokerages don't share their | 14:04:52 |
| 4 | listings? | 14:04:55 |
| 5 | A  Well, ███████████████████ | 14:04:55 |
| 6 | ██████████████████████ | 14:05:00 |
| 7 | ███████████████████████ | 14:05:02 |
| 8 | ██████████████████████ | 14:05:06 |
| 9 | ███████████████████ | 14:05:10 |
| 10 | ███████████████████████ | 14:05:12 |
| 11 | █████████████████████ | 14:05:18 |
| 12 | █████████████████████ | 14:05:23 |
| 13 | ██████████████████████ | 14:05:28 |
| 14 | ████████████████ Well, | 14:05:32 |
| 15 | there has to be an answer, and part of that answer | 14:05:36 |
| 16 | is that I have to join this other brokerage | 14:05:39 |
| 17 | because I want access to their pocket listings. | 14:05:42 |
| 18 | And this is not some speculative theory. | 14:05:46 |
| 19 | This is what has happened to Redfin.  And it | 14:05:50 |
| 20 | hasn't been just Compass. ██████████████ | 14:05:53 |
| 21 | ██████████████████████ | 14:05:58 |
| 22 | █████████████████████ | 14:06:02 |
| 23 | ████████████████████ | 14:06:05 |
| 24 | █████ I know colored words -- agents who could | 14:06:08 |
| 25 | make more money somewhere else feel instead that | 14:06:11 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                           147

| | | |
|---|---|---|
| 1 | they have to join this brokerage charging a higher | 14:06:15 |
| 2 | split, taking more money from the agent. | 14:06:20 |
| 3 | So when we ask ourselves, why hasn't | 14:06:23 |
| 4 | technology made real estate more efficient, why | 14:06:26 |
| 5 | are these new companies that have come along not | 14:06:32 |
| 6 | lowered the commissions paid by real estate | 14:06:34 |
| 7 | consumers, it's because actually the accumulation | 14:06:36 |
| 8 | of capital and power has made it harder for the | 14:06:39 |
| 9 | agent to earn a living and harder for the consumer | 14:06:43 |
| 10 | to get a good deal.  And that's why I got into | 14:06:46 |
| 11 | this racket in the first place. | 14:06:50 |
| 12 | Q  I'm going to have you turn one more page, | 14:06:54 |
| 13 | to Page 5.  There's a heading that says -- it's in | 14:06:58 |
| 14 | the middle of the page -- "A compromise that's | 14:07:01 |
| 15 | just another way to kill the MLS." | 14:07:03 |
| 16 | Do you see that one? | 14:07:05 |
| 17 | A  Yeah. | 14:07:06 |
| 18 | Q  I'm going to direct your attention to the | 14:07:07 |
| 19 | last sentence of that section.  It says, "An MLS | 14:07:09 |
| 20 | of only stale listings isn't an MLS at all." | 14:07:12 |
| 21 | Do you see that? | 14:07:15 |
| 22 | A  I do. | 14:07:16 |
| 23 | Q  Can you explain to me what you meant by | 14:07:16 |
| 24 | that? | 14:07:18 |
| 25 | A  Well, would you shop in a grocery store | 14:07:18 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025          148

| | | |
|---|---|---|
| 1 | that only had week-old bread?  You wouldn't. | 14:07:22 |
| 2 | Would you visit a real estate website that only | 14:07:27 |
| 3 | had the homes for sale that someone had tried to | 14:07:30 |
| 4 | sell through every other means and through every | 14:07:33 |
| 5 | other channel?  Probably not. | 14:07:35 |
| 6 | So we're not asking brokers to do anything | 14:07:40 |
| 7 | that we don't do.  The difference between Zillow | 14:07:45 |
| 8 | and Redfin, and this is a real beef with Zillow, | 14:07:47 |
| 9 | is that we contribute to the MLS.  When we sign a | 14:07:51 |
| 10 | listing agreement, we've done the work.  We've | 14:07:54 |
| 11 | photographed the house.  We've measured the | 14:07:58 |
| 12 | perimeters of the property and we market it | 14:08:01 |
| 13 | online.  We share that listing with our enemies, | 14:08:03 |
| 14 | with Douglas Elliman and Coldwell Banker and eXp | 14:08:06 |
| 15 | and Real and Compass, and that's because they | 14:08:11 |
| 16 | share in return. | 14:08:14 |
| 17 | And so if you really want to create | 14:08:17 |
| 18 | competition, what you would do is you would let | 14:08:22 |
| 19 | any real estate website who agrees to those rules | 14:08:26 |
| 20 | access to that information.  And you could argue, | 14:08:31 |
| 21 | does that really allow competition?  I can't think | 14:08:34 |
| 22 | of another industry where somebody came in | 14:08:36 |
| 23 | 15 years late the way CoStar did with Homes.com, | 14:08:40 |
| 24 | got access to all the listings that Zillow does | 14:08:43 |
| 25 | and all the listings that Redfin does and all the | 14:08:46 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman

Conducted on October 9, 2025                    149

| | | |
|---|---|---|
| 1 | listings that Realtor.com does and spent a billion | 14:08:48 |
| 2 | dollars in marketing and became one of the largest | 14:08:52 |
| 3 | real estate websites.  It seems like competition | 14:08:54 |
| 4 | online is alive and well. | 14:08:57 |
| 5 |    Q  Okay.  Going back to this -- this issue | 14:09:02 |
| 6 | about stale listings for a moment, is it -- does | 14:09:05 |
| 7 | it -- what's the impact to Redfin if the listings | 14:09:11 |
| 8 | it's receiving through the MLS or other brokerages | 14:09:14 |
| 9 | are only -- are only the stale ones? | 14:09:17 |
| 10 |    A  Well, no home buyers will want to come to | 14:09:20 |
| 11 | our website.  No home buyers will want to work | 14:09:23 |
| 12 | with our agents because they would prefer to work | 14:09:25 |
| 13 | with an agent who can give them early access to a | 14:09:27 |
| 14 | home. | 14:09:31 |
| 15 |      So there's this idea that, hey, we're not | 14:09:32 |
| 16 | pocketing it.  We're only showing it early.  But | 14:09:35 |
| 17 | let's say it's just a week.  Somebody makes an | 14:09:41 |
| 18 | offer on that house.  It's never making it into | 14:09:48 |
| 19 | the MLS.  It's never making it on to Redfin.com. | 14:09:50 |
| 20 | Redfin customers never see it.  And by the way, | 14:09:54 |
| 21 | that seller never finds out that there might have | 14:09:56 |
| 22 | been a buyer out there willing to pay a lot more. | 14:09:58 |
| 23 |      And so to me, the difference between early | 14:10:02 |
| 24 | access and just no access is a distinction without | 14:10:08 |
| 25 | a difference. | 14:10:12 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    150

```
1        Q  Would -- are the -- are -- are the newest        14:10:16
2   listings, in general, the most valuable ones?           14:10:19
3           ATTORNEY DINTZER:  Objection.  Form.            14:10:22
4           THE WITNESS:  Yes.                               14:10:25
5   BY ATTORNEY TUTTLE:                                      14:10:27
6        Q  Why do you say that?                             14:10:27
7        A  Everyone wants to see new inventory.  When       14:10:28
8   a new shoe drops, when a new album comes out, when       14:10:33
9   a new product is for sale, that's what's in the          14:10:37
10  window of the store.  And like I said, about a           14:10:40
11  third of the homes in America are extremely              14:10:46
12  desirable, where as soon as they go on the market,       14:10:51
13  there will be somebody who wants to buy them.            14:10:55
14          And the way you know there's a correction        14:10:57
15  in the market is there's this middle third that in       14:10:59
16  a good market are easy to sell and in a hard             14:11:03
17  market are hard to sell, but there is a                  14:11:05
18  significant portion of inventory that even in a          14:11:09
19  bad market, it's the corner lot, in a great school      14:11:12
20  district, with plenty of sunshine on a quiet             14:11:15
21  street, and a listing agent knows that is gold and       14:11:19
22  can decide to hoard that listing, saying I'll            14:11:23
23  probably sell it anyway, and I can use this to           14:11:27
24  build my business.                                       14:11:29
25          And, yeah, you probably will sell it             14:11:30
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                          151

| | | |
|---|---|---|
| 1 | anyway.  But I would argue that you'd sell it for | 14:11:31 |
| 2 | a higher price if all the buyers got to see it | 14:11:37 |
| 3 | instead of just your buyers. | 14:11:41 |
| 4 | Q  I want to go back a moment to what you | 14:11:43 |
| 5 | just said a few moments ago about it seems like | 14:11:45 |
| 6 | competition online is alive and well.  I wanted to | 14:11:48 |
| 7 | finish the stale questions first, but going back | 14:11:52 |
| 8 | to that, what did you mean when you said it seems | 14:11:54 |
| 9 | like online competition -- or competition online | 14:11:58 |
| 10 | is alive and well? | 14:11:59 |
| 11 | A  I mean, there are so many factors here. | 14:12:00 |
| 12 | But basically it's been Zillow, Realtor and Redfin | 14:12:07 |
| 13 | for 15, 20 years, and then CoStar decided to | 14:12:15 |
| 14 | compete as a for sale website with Homes.com.  And | 14:12:17 |
| 15 | if this were a market like Airbnb or Uber where | 14:12:22 |
| 16 | one company has access to all the inventory, there | 14:12:27 |
| 17 | isn't going to be another Uber in the United | 14:12:31 |
| 18 | States.  There isn't going to be another Airbnb in | 14:12:34 |
| 19 | the United States.  It is going to be either one | 14:12:37 |
| 20 | company or an oligopoly of a small number of | 14:12:40 |
| 21 | companies who have got exclusive access to most of | 14:12:44 |
| 22 | the inventory, and it's just going to make it very | 14:12:47 |
| 23 | hard for a competitor like Homes.com to have the | 14:12:50 |
| 24 | rise that it has. | 14:12:54 |
| 25 | And of course I don't like Homes.com | 14:12:56 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    152

| | | |
|---|---|---|
| 1 | either.  I wish they didn't exist.  But to me it | 14:12:57 |
| 2 | is a testament to the fact that the MLS let's the | 14:13:02 |
| 3 | best website win. | 14:13:05 |
| 4 | Q  How does the MLS let the best website win? | 14:13:09 |
| 5 | ATTORNEY DINTZER:  Objection.  Foundation. | 14:13:12 |
| 6 | THE WITNESS:  Well, if you are a software | 14:13:13 |
| 7 | engineer and you want to compete by building | 14:13:17 |
| 8 | better software but if instead it is just based on | 14:13:20 |
| 9 | who has the most listings, what's the point of | 14:13:23 |
| 10 | investing in software?  You know, there could be | 14:13:27 |
| 11 | an AI revolution in how we hail car services, but | 14:13:32 |
| 12 | so many drivers are aligned with Uber that it | 14:13:39 |
| 13 | would be hard to displace Uber.  So many people | 14:13:42 |
| 14 | renting their properties are aligned with Airbnb | 14:13:45 |
| 15 | that it would be hard to displace them. | 14:13:48 |
| 16 | So just having an MLS that let's all the | 14:13:49 |
| 17 | real estate websites access all the listings makes | 14:13:53 |
| 18 | it easier for somebody who wants to build a better | 14:13:57 |
| 19 | website to compete. | 14:14:00 |
| 20 | BY ATTORNEY TUTTLE: | 14:14:02 |
| 21 | Q  One more question on this Document 2 -- | 14:14:04 |
| 22 | 214.  If we could go to Page 6. | 14:14:06 |
| 23 | A  Yeah. | 14:14:10 |
| 24 | Q  Page 6 of 7.  There's a heading that | 14:14:11 |
| 25 | says -- in the middle, that says, "The MLS is the | 14:14:17 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    153

| | | |
|---|---|---|
| 1 | best way to protect homeowner privacy." | 14:14:19 |
| 2 | I want to focus on a sentence that begins | 14:14:21 |
| 3 | towards the end, towards the right side, halfway | 14:14:23 |
| 4 | down that says, "Brokers have tried before..." | 14:14:25 |
| 5 | Are you there? | 14:14:28 |
| 6 | A  Uh-huh. | 14:14:28 |
| 7 | Q  It says, "Brokers have tried before to | 14:14:29 |
| 8 | protect our client's privacy outside the MLS by | 14:14:31 |
| 9 | playing Whac-A-Mole with dozens of real estate | 14:14:34 |
| 10 | websites.  It was a disaster." | 14:14:37 |
| 11 | Do you see that? | 14:14:40 |
| 12 | A  Yes. | 14:14:40 |
| 13 | Q  What were you referring to there? | 14:14:41 |
| 14 | A  Price estimates as an example.  So we have | 14:14:42 |
| 15 | had people e-mail us saying, we want you to | 14:14:46 |
| 16 | suppress the price estimate on this house, and | 14:14:48 |
| 17 | it's a very moving appeal.  We're under financial | 14:14:51 |
| 18 | pressure.  Your estimate seems wrong.  It is | 14:14:56 |
| 19 | really important to us that we sell this house for | 14:14:59 |
| 20 | more money. | 14:15:01 |
| 21 | And we would take down the estimate. | 14:15:05 |
| 22 | Sometimes we did, sometimes we didn't.  But there | 14:15:07 |
| 23 | would be 15 other websites with estimates, and | 14:15:10 |
| 24 | that's when we realized what's the best way to do | 14:15:15 |
| 25 | this?  We need to talk to the MLS, go to the | 14:15:17 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                        156

| | | |
|---|---|---|
| 1 | sale and we recommend the former as the most | 14:18:18 |
| 2 | effective way to sell a home." | 14:18:20 |
| 3 | Do you see that? | 14:18:22 |
| 4 | A  Uh-huh. | 14:18:22 |
| 5 | Q  And then you'll see that attached -- well, | 14:18:23 |
| 6 | I'll represent that it was produced next in order | 14:18:27 |
| 7 | as the attachment to this e-mail.  There's a | 14:18:29 |
| 8 | document, it's the third page of the exhibit, that | 14:18:31 |
| 9 | says, "Redfin, your listings options as a home | 14:18:34 |
| 10 | seller." | 14:18:38 |
| 11 | Do you see that? | 14:18:39 |
| 12 | A  I do. | 14:18:39 |
| 13 | Q  Are you familiar with this attachment, | 14:18:40 |
| 14 | the -- the seller disclosure? | 14:18:45 |
| 15 | A  No. | 14:18:47 |
| 16 | Q  Okay. | 14:18:48 |
| 17 | A  I mean, I have directed our brokerage to | 14:18:53 |
| 18 | make sure that we tell sellers what their options | 14:18:57 |
| 19 | are and that they really understand the | 14:19:02 |
| 20 | implications of each one and not to BS them, and I | 14:19:04 |
| 21 | would assume this is the result of that. | 14:19:11 |
| 22 | Q  And why do you tell your brokerage or | 14:19:14 |
| 23 | brokers to make sure that sellers are told what | 14:19:18 |
| 24 | their options are and that they really understand | 14:19:21 |
| 25 | the implications? | 14:19:24 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    157

| | | |
|---|---|---|
| 1 | A  Because we're their fiduciary. | 14:19:25 |
| 2 | Q  So if we if we -- if we look at the -- if | 14:19:27 |
| 3 | we look at this disclosure, the exhibit there, the | 14:19:30 |
| 4 | last page of the exhibit, under the heading "Your | 14:19:32 |
| 5 | listings option as a home seller," it says, "When | 14:19:35 |
| 6 | selling your home, you get to choose whether to | 14:19:38 |
| 7 | market it publicly or privately." | 14:19:40 |
| 8 | Do you see that? | 14:19:42 |
| 9 | A  Uh-huh. | 14:19:42 |
| 10 | Q  And is that -- is it -- is it -- does | 14:19:46 |
| 11 | Redfin offer sellers the choice between a public | 14:19:49 |
| 12 | and a private marketing strategy? | 14:19:52 |
| 13 | A  As you can see we do. | 14:19:53 |
| 14 | Q  And then under the heading listing | 14:19:55 |
| 15 | publicly, it says, "The most effective way to sell | 14:19:58 |
| 16 | your home and reach as many buyers as possible is | 14:20:00 |
| 17 | to list it publicly in the Multiple Listing | 14:20:02 |
| 18 | Service, MLS." | 14:20:05 |
| 19 | Do you see that? | 14:20:07 |
| 20 | A  Uh-huh. | 14:20:07 |
| 21 | Q  Do you think that's an accurate | 14:20:08 |
| 22 | disclosure? | 14:20:10 |
| 23 | A  I do. | 14:20:11 |
| 24 | ATTORNEY DINTZER:  Objection.  Foundation. | 14:20:11 |
| 25 | BY ATTORNEY TUTTLE: | 14:20:12 |

| | | |
|---|---|---|
| 1 | Q  It says in the next paragraph, "Listing on | 14:20:14 |
| 2 | the MLS ensures your home appears not only on | 14:20:16 |
| 3 | Redfin but on other major home search sites like | 14:20:19 |
| 4 | Zillow, Realtor.com and more.  Most home sellers | 14:20:22 |
| 5 | list publicly to help maximize competition, get | 14:20:26 |
| 6 | the best price and terms and sell quickly." | 14:20:30 |
| 7 | Do you see that? | 14:20:33 |
| 8 | A  I do. | 14:20:33 |
| 9 | Q  As someone who's been running a brokerage | 14:20:34 |
| 10 | for 20 years, do you believe that statement? | 14:20:37 |
| 11 | ATTORNEY DINTZER:  Objection.  Form and | 14:20:39 |
| 12 | foundation. | 14:20:40 |
| 13 | THE WITNESS:  100 percent. | 14:20:40 |
| 14 | BY ATTORNEY TUTTLE: | 14:20:43 |
| 15 | Q  Is that for the reasons we have already | 14:20:44 |
| 16 | been discussing this morning -- this afternoon? | 14:20:45 |
| 17 | ATTORNEY DINTZER:  Objection.  Vague. | 14:20:47 |
| 18 | THE WITNESS:  100 percent. | 14:20:48 |
| 19 | BY ATTORNEY TUTTLE: | 14:20:49 |
| 20 | Q  Okay.  And then there's a heading that | 14:20:49 |
| 21 | says, "Listing privately," and it says, "We think | 14:20:52 |
| 22 | you'll get the best results when your home is | 14:20:55 |
| 23 | marketed on every real estate site and available | 14:20:57 |
| 24 | to every buyer, but we know some sellers need | 14:21:01 |
| 25 | extra privacy or are uncomfortable with a broad | 14:21:04 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                      159

| | | |
|---|---|---|
| 1 | listing strategy and are willing to miss out on | 14:21:07 |
| 2 | the significant value of public marketing | 14:21:10 |
| 3 | described above." | 14:21:12 |
| 4 | Do you see that? | 14:21:14 |
| 5 | A  I do. | 14:21:14 |
| 6 | Q  And in your experience over these 20 years | 14:21:15 |
| 7 | are there some sellers for whom a private listing | 14:21:17 |
| 8 | can make sense? | 14:21:19 |
| 9 | A  Yes. | 14:21:20 |
| 10 | Q  Is that a high proportion of sellers in | 14:21:20 |
| 11 | your experience? | 14:21:22 |
| 12 | ATTORNEY DINTZER:  Objection.  Foundation. | 14:21:23 |
| 13 | THE WITNESS:  It's very low. | 14:21:23 |
| 14 | BY ATTORNEY TUTTLE: | 14:21:25 |
| 15 | Q  Why do you say that? | 14:21:25 |
| 16 | A  Most people would rather get as many | 14:21:26 |
| 17 | buyers as possible to bid on their property so | 14:21:29 |
| 18 | they can choose the highest bid and play them off | 14:21:31 |
| 19 | against each other. | 14:21:34 |
| 20 | Q  And it goes on to say, "In those cases you | 14:21:35 |
| 21 | can list your home as a Redfin exclusive.  With | 14:21:39 |
| 22 | Redfin exclusives we'll market your home | 14:21:42 |
| 23 | internally to Redfin agents and their buyers only. | 14:21:44 |
| 24 | We won't list your home on Redfin, submit it to | 14:21:47 |
| 25 | the MLS or promote it in any public marketing." | 14:21:50 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    160

| | |
|---|---|
| 1 | Do you see that? | 14:21:53 |
| 2 | A  Yes. | 14:21:53 |
| 3 | Q  And is that consistent with the program | 14:21:54 |
| 4 | you described for me earlier today? | 14:21:55 |
| 5 | ATTORNEY DINTZER:  Objection.  Form. | 14:21:57 |
| 6 | THE WITNESS:  Yes. | 14:21:57 |
| 7 | BY ATTORNEY TUTTLE: | 14:22:00 |
| 8 | Q  Okay.  Do you think this is a good | 14:22:00 |
| 9 | disclosure to sellers of their options? | 14:22:02 |
| 10 | ATTORNEY DINTZER:  Objection.  Form and | 14:22:04 |
| 11 | foundation. | 14:22:05 |
| 12 | THE WITNESS:  100 percent. | 14:22:05 |
| 13 | BY ATTORNEY TUTTLE: | 14:22:08 |
| 14 | Q  Do you think it does a good job of | 14:22:09 |
| 15 | explaining the benefits of public versus private | 14:22:10 |
| 16 | marketing? | 14:22:13 |
| 17 | ATTORNEY DINTZER:  Objection.  Foundation. | 14:22:14 |
| 18 | THE WITNESS:  Yes.  I'm puzzled by -- | 14:22:15 |
| 19 | well, yes. | 14:22:21 |
| 20 | BY ATTORNEY TUTTLE: | 14:22:22 |
| 21 | Q  Okay.  Why do you think it's a good | 14:22:22 |
| 22 | disclosure? | 14:22:24 |
| 23 | ATTORNEY DINTZER:  Objection.  Foundation. | 14:22:25 |
| 24 | THE WITNESS:  Just based on our ample | 14:22:26 |
| 25 | experience, we believe that reaching as many | 14:22:34 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                                 161

| | | |
|---|---|---|
| 1 | buyers as possible gets the higher price, and we | 14:22:41 |
| 2 | have found that when sellers do not see all of the | 14:22:45 |
| 3 | options, they become worried that we aren't being | 14:22:51 |
| 4 | straightforward. | 14:22:56 |
| 5 | So we present all of the options and the | 14:22:58 |
| 6 | seller makes an informed choice, and I can live | 14:23:01 |
| 7 | with myself if someone has read about the benefits | 14:23:07 |
| 8 | of listing publicly and still chooses to list | 14:23:12 |
| 9 | privately.  I understand this point that one size | 14:23:14 |
| 10 | doesn't fit all, but broad public marketing is | 14:23:18 |
| 11 | best for the vast majority of listing customers. | 14:23:24 |
| 12 | BY ATTORNEY TUTTLE: | 14:23:32 |
| 13 | Q  I'm going to switch gears.  You can set | 14:23:32 |
| 14 | that document aside.  I want to talk for a moment | 14:23:35 |
| 15 | about the April 9th call that you had with Jeremy | 14:23:39 |
| 16 | Waxman of Zillow -- | 14:23:42 |
| 17 | A  Yeah. | 14:23:43 |
| 18 | Q  -- that was covered earlier this morning | 14:23:44 |
| 19 | with counsel for Compass.  Do you recall | 14:23:47 |
| 20 | testifying earlier about a call with Mr. Waxman on | 14:23:51 |
| 21 | April 9th where Mr. Waxman told you about a | 14:23:54 |
| 22 | listing policy that Zillow was going to announce | 14:23:57 |
| 23 | the next day? | 14:23:59 |
| 24 | A  I do. | 14:24:00 |
| 25 | Q  Okay.  Prior to that call, had you heard | 14:24:00 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                  162

| | | |
|---|---|---|
| 1 | anything about Zillow developing a policy like | 14:24:05 |
| 2 | that? | 14:24:07 |
| 3 | A  No. | 14:24:07 |
| 4 | Q  When you heard the policy in the way | 14:24:08 |
| 5 | Mr. Waxman described it, did you view it as | 14:24:14 |
| 6 | consistent or inconsistent with the public stance | 14:24:17 |
| 7 | that you had taken for years? | 14:24:20 |
| 8 | A  100 percent consistent. | 14:24:23 |
| 9 | Q  Why? | 14:24:25 |
| 10 | A  Everyone at Redfin, every agent, every | 14:24:25 |
| 11 | engineer knows how I feel about pocket listings. | 14:24:30 |
| 12 | Now, it may be that Rocket decides to take a | 14:24:33 |
| 13 | different stance and that is part of joining a | 14:24:37 |
| 14 | larger company, but everyone at Redfin knows how I | 14:24:39 |
| 15 | feel about it, and I can only assume that the | 14:24:43 |
| 16 | people at Zillow probably knew how I felt about it | 14:24:48 |
| 17 | to the extent they pay attention to Redfin.  So, | 14:24:51 |
| 18 | of course, a policy that supports sharing listings | 14:24:55 |
| 19 | broadly via the MLS is one that I'm likely to | 14:24:59 |
| 20 | support. | 14:25:02 |
| 21 | Q  On that call, did Mr. Waxman pressure you | 14:25:02 |
| 22 | to have Redfin adopt a similar policy? | 14:25:07 |
| 23 | ATTORNEY DINTZER:  Objection.  Hearsay. | 14:25:10 |
| 24 | THE WITNESS:  No.  No.  What was | 14:25:11 |
| 25 | remarkable to me about the call is how clear | 14:25:13 |

| | | |
|---|---|---|
| 1 | Jeremy was.  He started the call by saying, "This | 14:25:18 |
| 2 | is one of a series of partners that we are | 14:25:22 |
| 3 | calling, industry leaders, what have you.  It's | 14:25:27 |
| 4 | only a few hours before we make the announcement," | 14:25:30 |
| 5 | and I did feel like I was one in a long line of | 14:25:32 |
| 6 | people he was calling because in part, the call | 14:25:36 |
| 7 | was short.  Then he explained the position and I | 14:25:38 |
| 8 | said, "All right then.  We've got to make up our | 14:25:46 |
| 9 | own mind about what you're going to do, but you | 14:25:50 |
| 10 | probably know how I feel about pocket listings. | 14:25:53 |
| 11 | So directionally this sounds like something that | 14:25:55 |
| 12 | we can support but we're going to come up with our | 14:25:58 |
| 13 | own policy." | 14:26:03 |
| 14 | And the reason I was explicit about our | 14:26:04 |
| 15 | coming up with our own policy is that you're just | 14:26:07 |
| 16 | careful as a public company CEO, you never want to | 14:26:10 |
| 17 | tell somebody, I'm behind you 100 percent | 14:26:13 |
| 18 | especially on the spot when you compete and when | 14:26:17 |
| 19 | you have different interests.  And I need to be | 14:26:21 |
| 20 | specific here because I've been trying to make | 14:26:26 |
| 21 | this point and it's come up both in your questions | 14:26:28 |
| 22 | and Compass counsel questions. | 14:26:31 |
| 23 | We are not 100 percent aligned with | 14:26:33 |
| 24 | Zillow.  We have sat in people's houses, talked to | 14:26:35 |
| 25 | them about the estimate, the price history and all | 14:26:40 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                          164

| | | |
|---|---|---|
| 1 | this other information that Redfin, Realtor and | 14:26:42 |
| 2 | Zillow provide, and we know that it would be | 14:26:46 |
| 3 | better, in our opinion, if the MLS, broadly, in | 14:26:50 |
| 4 | every market, supported controls over that so that | 14:26:54 |
| 5 | every seller always wanted their listing on Redfin | 14:26:58 |
| 6 | and on these other sites. | 14:27:03 |
| 7 | And so our position is different than | 14:27:05 |
| 8 | Zillow's insofar as we want more seller control | 14:27:08 |
| 9 | over how a listing is marketed.  That is, I think, | 14:27:11 |
| 10 | very similar to the Compass position.  It is | 14:27:14 |
| 11 | similar with Zillow in that we want every buyer to | 14:27:18 |
| 12 | see all the homes for sale. | 14:27:21 |
| 13 | So that is the place where I knew we would | 14:27:23 |
| 14 | be likely to diverge with the Zillow position. | 14:27:26 |
| 15 | But I didn't get into it with Jeremy on the call. | 14:27:31 |
| 16 | I just said, thanks for letting us know. | 14:27:33 |
| 17 | BY ATTORNEY TUTTLE: | 14:27:38 |
| 18 | Q  And I do want to come back to the -- the | 14:27:39 |
| 19 | other aspect of Redfin's position, so I'll do that | 14:27:41 |
| 20 | in a moment.  But -- but just to stay on the topic | 14:27:45 |
| 21 | of the -- | 14:27:47 |
| 22 | A  Call. | 14:27:48 |
| 23 | Q  -- of the -- of that call on -- on | 14:27:48 |
| 24 | April 9th for now, did -- did Mr. Waxman indicate | 14:27:50 |
| 25 | to you that this was an announcement that Zillow | 14:27:56 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    165

| | | |
|---|---|---|
| 1 | was going to go forward with? | 14:27:58 |
| 2 | A  Yeah, he told me it was happening the next | 14:27:59 |
| 3 | morning, I think. | 14:28:01 |
| 4 | Q  Did -- did Mr. Waxman indicate that | 14:28:02 |
| 5 | Zillow's decision of whether to announce that | 14:28:04 |
| 6 | policy or not was dependent in any way on what | 14:28:06 |
| 7 | Redfin was going to do? | 14:28:09 |
| 8 | A  No.  It definitely had a different tone, | 14:28:10 |
| 9 | which was take it or leave it.  Here it is. | 14:28:16 |
| 10 | Jeremy wasn't looking for input, wasn't building a | 14:28:21 |
| 11 | coalition or a caucus.  He was telling me what | 14:28:25 |
| 12 | Zillow had decided to do.  And honestly, I was | 14:28:28 |
| 13 | surprised. | 14:28:34 |
| 14 | Sometimes I have wondered if Zillow, | 14:28:39 |
| 15 | because of its size, would bypass the MLS, cut a | 14:28:44 |
| 16 | side deal with every brokerage and lock out every | 14:28:51 |
| 17 | other real estate website.  When you are the | 14:28:53 |
| 18 | number three website, which I think we are in for | 14:28:57 |
| 19 | sale, you worry about that.  And so the idea that, | 14:29:00 |
| 20 | you know, Zillow is going to allow -- or support | 14:29:06 |
| 21 | the MLS and the broad distribution of listings to | 14:29:11 |
| 22 | Zillow but also Realtor and Redfin homes and also | 14:29:17 |
| 23 | all the competitors, that's good news.  Even if I | 14:29:21 |
| 24 | weren't a true believer on pocket listing, just | 14:29:24 |
| 25 | from a tactical competitive perspective, that's | 14:29:26 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    166

| | | |
|---|---|---|
| 1 | good news for Redfin. | 14:29:30 |
| 2 | Q  I think this is implicit in what you said | 14:29:31 |
| 3 | earlier, but just to make it explicit, did you | 14:29:35 |
| 4 | promise Mr. Waxman on that call that Redfin would | 14:29:38 |
| 5 | adopt a similar -- a similar policy? | 14:29:41 |
| 6 | ATTORNEY DINTZER:  Objection.  Foundation. | 14:29:43 |
| 7 | THE WITNESS:  No. | 14:29:44 |
| 8 | BY ATTORNEY TUTTLE: | 14:29:45 |
| 9 | Q  Why not? | 14:29:46 |
| 10 | A  Because I was just hearing about it, | 14:29:47 |
| 11 | because I'm instinctively collaborative where, you | 14:29:54 |
| 12 | know, immediately you're just thinking, gosh, I | 14:30:00 |
| 13 | need to discus the implications of this with the | 14:30:02 |
| 14 | Redfin team.  I knew, for example, that Jason | 14:30:06 |
| 15 | Aleem, our sales leader, had a different point of | 14:30:09 |
| 16 | view.  And so we're not just a real estate website | 14:30:12 |
| 17 | the way that Zillow is.  We're also a real estate | 14:30:18 |
| 18 | brokerage.  And almost every policy position we | 14:30:20 |
| 19 | take splits, because as a listing brokerage, we | 14:30:24 |
| 20 | think about buyers and sellers working with real | 14:30:30 |
| 21 | estate agents.  I shouldn't have said "listing | 14:30:33 |
| 22 | brokerage," but it's a brokerage.  And that as a | 14:30:36 |
| 23 | real estate website, we just think about the | 14:30:39 |
| 24 | online audience. | 14:30:41 |
| 25 | So I had to go back and square what we | 14:30:42 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    167

| | | |
|---|---|---|
| 1 | were going to do not just with how to build a | 14:30:45 |
| 2 | great website but how are we going to handle a | 14:30:48 |
| 3 | seller who does want an exclusive?  How are we | 14:30:51 |
| 4 | going to handle a dozen different corner cases | 14:30:55 |
| 5 | that come up when you run a brokerage in 50 | 14:30:58 |
| 6 | states? | 14:31:01 |
| 7 | And maybe the last point is that -- I just | 14:31:01 |
| 8 | don't know how to say it.  It would be so craven | 14:31:05 |
| 9 | and out of character for me to do that.  I've been | 14:31:12 |
| 10 | competing with Zillow for 20 years.  We are | 14:31:17 |
| 11 | guarded when we talk to each other. | 14:31:22 |
| 12 | Q  And did you get the views of other people | 14:31:30 |
| 13 | at Redfin? | 14:31:32 |
| 14 | A  Yes. | 14:31:32 |
| 15 | Q  Let's take a look again at Exhibit 202. | 14:31:33 |
| 16 | It's the blow-up -- | 14:31:45 |
| 17 | A  I got it. | 14:31:46 |
| 18 | Q  It's the giant -- | 14:31:47 |
| 19 | A  It's not that big.  Don't make me feel | 14:31:49 |
| 20 | worse than I already do. | 14:31:54 |
| 21 | Q  No, no.  Oh, yeah, there you go.  It's -- | 14:31:54 |
| 22 | it's about twice the size of a normal piece of | 14:31:55 |
| 23 | paper. | 14:31:57 |
| 24 | A  I know.  I know. | 14:31:57 |
| 25 | Q  Let's see.  I want to take a look -- | 14:31:57 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    168

| | | |
|---|---|---|
| 1 | this -- this was your announcement that you made | 14:31:58 |
| 2 | about Redfin's listing publication policy on | 14:32:00 |
| 3 | April 14th. | 14:32:03 |
| 4 |    A  Yeah. | 14:32:03 |
| 5 |    Q  Correct? | 14:32:04 |
| 6 |    A  Correct. | 14:32:04 |
| 7 |    Q  So the headline, as I think you keep | 14:32:05 |
| 8 | trying to say, has two parts to it, right?  Buyers | 14:32:08 |
| 9 | should see all the listings.  Sellers should | 14:32:10 |
| 10 | control how their listing appears online, correct? | 14:32:13 |
| 11 |    A  That is correct. | 14:32:15 |
| 12 |    Q  Okay.  Let's -- I promise we'll get to the | 14:32:16 |
| 13 | second part.  Briefly, on the first part, buyers | 14:32:21 |
| 14 | should see all the listings -- actually, can I | 14:32:25 |
| 15 | just step back? | 14:32:29 |
| 16 |      Was anyone from Zillow involved in | 14:32:30 |
| 17 | Redfin's decision to announce this listing policy? | 14:32:33 |
| 18 |    A  No. | 14:32:35 |
| 19 |    Q  Why did you decide to announce this | 14:32:36 |
| 20 | policy? | 14:32:39 |
| 21 |    A  Because Clear Cooperation was going down | 14:32:40 |
| 22 | the tubes.  The new NAR update had turned it into | 14:32:45 |
| 23 | a joke, and it just felt like corporation was on | 14:32:50 |
| 24 | the verge of collapse.  I think what is most | 14:32:55 |
| 25 | likely to happen over the next five years is that | 14:33:00 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    169

| | | |
|---|---|---|
| 1 | people will have to go to many different websites | 14:33:06 |
| 2 | to see as many of the homes for sale as they | 14:33:08 |
| 3 | possibly can, and they are going to have to worry | 14:33:11 |
| 4 | that they can never see all of them.  It really | 14:33:15 |
| 5 | bums me out. | 14:33:19 |
| 6 | Q  And if that were to happen, what you just | 14:33:21 |
| 7 | described, that consumers have to go to many | 14:33:24 |
| 8 | different websites to see listings that are out | 14:33:26 |
| 9 | there, is that a positive or a negative | 14:33:28 |
| 10 | development for consumers? | 14:33:31 |
| 11 | ATTORNEY DINTZER:  Objection.  Foundation. | 14:33:32 |
| 12 | THE WITNESS:  I think it's terrible on two | 14:33:34 |
| 13 | fronts.  First of all, you're always going to have | 14:33:37 |
| 14 | this feeling that somebody else has the inside | 14:33:41 |
| 15 | angle, the secret handshake to see a home for sale | 14:33:44 |
| 16 | that you can't.  And America is already | 14:33:49 |
| 17 | bifurcated, stratified and split up in so many | 14:33:55 |
| 18 | different ways.  The American dream should be | 14:33:57 |
| 19 | available to everybody.  I know that sounds like | 14:33:59 |
| 20 | I'm on my high horse, but I really believe it. | 14:34:04 |
| 21 | And then the other part that, you know, I | 14:34:07 |
| 22 | probably differ with everybody in this room about | 14:34:09 |
| 23 | except for Kelly is that I think when you have a | 14:34:11 |
| 24 | transparent, liquid marketplace, you are more | 14:34:13 |
| 25 | likely to lower fees.  Why would I pay a real | 14:34:16 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    170

| | | |
|---|---|---|
| 1 | estate agent half my down payment?  You spend | 14:34:20 |
| 2 | about ten percent on the agent, the lender, the | 14:34:25 |
| 3 | title company to buy a house and you put 20 down. | 14:34:27 |
| 4 | Why would I do that when I can see all the homes | 14:34:30 |
| 5 | for sale on any website? | 14:34:32 |
| 6 | So maybe the last piece is that I'm a | 14:34:36 |
| 7 | software person, and I just want to be able to | 14:34:42 |
| 8 | build the best software and win that way instead | 14:34:45 |
| 9 | of playing reindeer games with inventory. | 14:34:48 |
| 10 | BY ATTORNEY TUTTLE: | 14:34:54 |
| 11 | Q  Okay.  I now want to talk about the second | 14:34:54 |
| 12 | part of your announcement that I think you wanted | 14:34:57 |
| 13 | to talk about earlier today. | 14:34:59 |
| 14 | A  All right.  All right. | 14:35:00 |
| 15 | Q  And -- and you weren't able to. | 14:35:01 |
| 16 | Sellers should control how their listing | 14:35:03 |
| 17 | appears online.  And then there's a second | 14:35:05 |
| 18 | paragraph to your announcement, right? | 14:35:08 |
| 19 | A  Yeah.  Well, credit where credit is due. | 14:35:10 |
| 20 | Somebody at Redfin sent me a post that Robert | 14:35:13 |
| 21 | shared in this period.  He's the CEO of Compass. | 14:35:16 |
| 22 | And he talked about his experience with sellers | 14:35:21 |
| 23 | who were worried about a Redfin price estimate, a | 14:35:25 |
| 24 | Zillow price estimate, a Redfin price history, a | 14:35:29 |
| 25 | Zillow price history, who show the days on market | 14:35:33 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    181

| | | |
|---|---|---|
| 1 | BY ATTORNEY TUTTLE: | 15:03:22 |
| 2 | Q  I understand you're concerned about a | 15:03:22 |
| 3 | kiss-and-tell, but I guess we're going to have a | 15:03:23 |
| 4 | hearing about this and this conversation is going | 15:03:25 |
| 5 | to feature.  So I guess I'd like to ask a little | 15:03:27 |
| 6 | bit more about the sort of emotional and personal | 15:03:32 |
| 7 | turn that the conversation took at a level you're | 15:03:40 |
| 8 | comfortable describing. | 15:03:43 |
| 9 | A  Robert was visibly upset, and I wasn't | 15:03:45 |
| 10 | prepared for that.  And you compete ferociously. | 15:03:53 |
| 11 | Every day I have to call a Redfin agent who is | 15:04:09 |
| 12 | being recruited to join Compass and every day | 15:04:12 |
| 13 | Robert has to do the same if we're lucky because | 15:04:14 |
| 14 | Redfin's recruiting a Compass agent.  We lose | 15:04:18 |
| 15 | customers to each other, and you just come in, as | 15:04:21 |
| 16 | I said about my conversation with Jeremy, in a | 15:04:24 |
| 17 | very guarded position.  And that's especially true | 15:04:27 |
| 18 | if counsel is there.  You assume that it will be a | 15:04:31 |
| 19 | very circumscribed call, and instead, it seemed | 15:04:34 |
| 20 | like Robert was genuinely upset. | 15:04:41 |
| 21 | He was worried about the prospects of his | 15:04:47 |
| 22 | business.  I think he has bet it all on a pocket | 15:04:49 |
| 23 | listing strategy, and he took the position that, | 15:04:54 |
| 24 | you know, Zillow was doing something | 15:05:02 |
| 25 | anticompetitive with Compass, and I said, "No, you | 15:05:03 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                        182

```
 1   know what I think is happening here is it's not        15:05:09
 2   Compass that's at issue, it's pocket listings that     15:05:11
 3   are at issue, and there are other ways to solve        15:05:14
 4   this problem and I think you ought to give it up.      15:05:16
 5   I think you ought to give up that position.  I         15:05:19
 6   think it's bad for consumers.  I think you are         15:05:22
 7   going to regret it.  I think it is bad for Compass     15:05:24
 8   over time."                                            15:05:27
 9        But it was at such an emotional pitch that        15:05:27
10   I was just surprised.                                  15:05:38
11      Q  Was this a -- this was a video call?             15:05:41
12      A  Uh-huh.                                          15:05:43
13      Q  Did you -- during that conversation, did         15:05:47
14   you tell Mr. Reffkin that Redfin had reached an        15:05:54
15   agreement with Zillow?                                 15:05:57
16      A  No.  I never would.                              15:05:59
17      Q  Did you -- did you tell Mr. Reffkin that         15:06:05
18   Redfin had made a decision about what it was going     15:06:12
19   to announce?                                           15:06:15
20      A  No, but I think in fairness it's important       15:06:18
21   to say that I told Robert, "You know how I feel        15:06:23
22   about pocket listings.  We are likely to do            15:06:25
23   something that supports putting listings in the        15:06:28
24   MLS.  I think that what Zillow did is a good idea,     15:06:37
25   and I wanted you to hear it from me before reading     15:06:42
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                          183

| | | |
|---|---|---|
| 1 | about it because at some point we have to make a | 15:06:46 |
| 2 | decision.  And I also wanted to give you a chance | 15:06:48 |
| 3 | to tell me what you think." | 15:06:53 |
| 4 | And that's where we started talking about | 15:06:56 |
| 5 | this issue that's so important at least to me | 15:06:58 |
| 6 | which is that I think Compass has a real point | 15:07:01 |
| 7 | around how listings are marketed and what | 15:07:06 |
| 8 | information we can suppress without suppressing | 15:07:08 |
| 9 | the entire listing, and I tried to persuade Robert | 15:07:11 |
| 10 | that there was a way to solve this problem that | 15:07:19 |
| 11 | wouldn't hurt consumers, that there was a way that | 15:07:22 |
| 12 | he and I could find common ground.  And so we | 15:07:27 |
| 13 | heard each other out, but I don't think we found | 15:07:31 |
| 14 | common ground. | 15:07:33 |
| 15 | Q  And the way you're describing is the -- | 15:07:34 |
| 16 | this notion that MLSs should allow sellers to | 15:07:37 |
| 17 | determine what information appears in their | 15:07:41 |
| 18 | listing? | 15:07:43 |
| 19 | ATTORNEY DINTZER:  Objection.  Leading. | 15:07:44 |
| 20 | BY ATTORNEY TUTTLE: | 15:07:45 |
| 21 | Q  Let me -- let me withdraw. | 15:07:46 |
| 22 | A  But that isn't -- | 15:07:47 |
| 23 | Q  Let me withdraw since I got the objection. | 15:07:48 |
| 24 | What was the -- what was the -- what was | 15:07:51 |
| 25 | the -- what was the way to solve this problem that | 15:07:57 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    184

| | | |
|---|---|---|
| 1 | wouldn't hurt consumers that you -- that you | 15:08:01 |
| 2 | raised with Mr. Reffkin? | 15:08:04 |
| 3 | A  Have the MLSs support controls over how a | 15:08:05 |
| 4 | listing is marketed, not who it's marketed to. | 15:08:10 |
| 5 | And the case that I made to Robert is that Redfin | 15:08:15 |
| 6 | is small compared to Compass, and your standing | 15:08:18 |
| 7 | within an MLS depends in large part on your size, | 15:08:23 |
| 8 | that if two companies like us agreed on this | 15:08:29 |
| 9 | issue, the MLSs would support it.  That's what I | 15:08:32 |
| 10 | believe. | 15:08:37 |
| 11 | Q  And what was Mr. Reffkin's reaction to | 15:08:39 |
| 12 | that? | 15:08:41 |
| 13 | A  I don't remember exactly, but I remember | 15:08:41 |
| 14 | feeling that he was not enthusiastic about it. | 15:08:49 |
| 15 | Q  Did you offer to reward Compass with | 15:08:54 |
| 16 | premarketing options if Compass changed its | 15:09:02 |
| 17 | position? | 15:09:06 |
| 18 | A  No, but I want to be clear on this point. | 15:09:06 |
| 19 | This is a difference or a beef that I have with | 15:09:12 |
| 20 | Zillow. | 15:09:14 |
| 21 | I have published many posts, we can dig | 15:09:16 |
| 22 | them up if you like, saying that we ought to give | 15:09:18 |
| 23 | the listing agent a better deal.  And this again | 15:09:21 |
| 24 | comes back to our position as both a website | 15:09:23 |
| 25 | operator and a brokerage.  The listing agent | 15:09:26 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                        185

| | | |
|---|---|---|
| 1 | photographs the house, gets the square footage, | 15:09:29 |
| 2 | does the marketing remarks and posts the listing | 15:09:31 |
| 3 | on websites like Redfin, Zillow and Realtor.  And | 15:09:34 |
| 4 | what the listing agent wants is for everyone to | 15:09:38 |
| 5 | know, I'm the listing agent, and if you want to | 15:09:43 |
| 6 | contact me instead of your own representative, you | 15:09:46 |
| 7 | can. | 15:09:51 |
| 8 | And I believe that the MLS should require | 15:09:52 |
| 9 | Zillow, Redfin, Realtor to give the listing agent | 15:10:00 |
| 10 | a better deal.  I have told Zillow that.  They | 15:10:04 |
| 11 | have disagreed.  They have thought I'm a kook and | 15:10:07 |
| 12 | a conspiracy theorist.  They have thought I've | 15:10:10 |
| 13 | been trying to run a Google racket.  It has been | 15:10:13 |
| 14 | feisty. | 15:10:16 |
| 15 | But that is the position that I have had, | 15:10:17 |
| 16 | because if the listing agent feels like a sucker | 15:10:22 |
| 17 | for putting the listing on our websites, sooner or | 15:10:25 |
| 18 | waiter -- sooner or later, excuse me, they are | 15:10:29 |
| 19 | going to find a way to play these games with the | 15:10:32 |
| 20 | inventory even at the detriment of their own | 15:10:34 |
| 21 | client, which is exactly what has happened. | 15:10:37 |
| 22 | Q  And did you discuss that topic with | 15:10:38 |
| 23 | Mr. Reffkin on this call? | 15:10:41 |
| 24 | A  I think so. | 15:10:42 |
| 25 | Q  And did -- did you discuss Zillow's | 15:10:45 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    186

| | |
|---|---|
| 1 | position on that during the call with Mr. Reffkin? | 15:10:47 |
| 2 | A  I don't know about that, but what I told | 15:10:49 |
| 3 | him is that I think at some level what this is | 15:10:55 |
| 4 | about is that you want to give listing agents a | 15:10:58 |
| 5 | better deal.  I get that.  I have written about | 15:11:05 |
| 6 | that.  I run a website where if we gave listings | 15:11:10 |
| 7 | agents a better deal, it would hurt our revenue in | 15:11:16 |
| 8 | the short term, but long term we would be able to | 15:11:18 |
| 9 | make this cooperation, this broad access to | 15:11:22 |
| 10 | housing work for everyone. | 15:11:27 |
| 11 | So there's so many ways we can make this | 15:11:30 |
| 12 | work, and the way that I think Compass has chosen | 15:11:33 |
| 13 | just to pocket the listings is the wrong way, and | 15:11:37 |
| 14 | that's what we came back to.  So we explored one | 15:11:44 |
| 15 | compromise which was let the MLSs suppress some of | 15:11:46 |
| 16 | the information about how a listing is marketed | 15:11:52 |
| 17 | but not who it's marketed to. | 15:11:54 |
| 18 | And then we talked about another one, | 15:11:55 |
| 19 | which instead of addressing the homeowner's | 15:11:57 |
| 20 | concern, explicitly addressed what's in it for me | 15:12:00 |
| 21 | as a listing agent.  And neither one of those | 15:12:03 |
| 22 | seemed very satisfactory to -- to Compass. | 15:12:08 |
| 23 | Because they have their own strategy, and they | 15:12:14 |
| 24 | have that right to have a three-phase marketing | 15:12:16 |
| 25 | strategy.  I understand that point, but to me it | 15:12:18 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    200

| | | |
|---|---|---|
| 1 | display on its site? | 15:30:32 |
| 2 | ATTORNEY DINTZER:  Objection.  Foundation. | 15:30:33 |
| 3 | THE WITNESS:  No.  I mean, if we decided | 15:30:34 |
| 4 | that we weren't going to display listings from | 15:30:43 |
| 5 | people who were black or in neighborhoods that we | 15:30:46 |
| 6 | didn't like, of course not.  But that is kind of | 15:30:48 |
| 7 | what we're deciding in the other way.  I don't | 15:30:53 |
| 8 | know. | 15:30:57 |
| 9 | BY ATTORNEY TUTTLE: | 15:30:57 |
| 10 | Q  What do you mean by that's "what we're | 15:30:58 |
| 11 | deciding in the other way"? | 15:30:59 |
| 12 | A  When we withhold listings, we decide what | 15:31:00 |
| 13 | kinds of buyers don't get to buy them.  And I just | 15:31:03 |
| 14 | think there is an element of this that's a wholly | 15:31:06 |
| 15 | trust and you shouldn't play games with inventory. | 15:31:08 |
| 16 | So in this case, you know, Compass maybe | 15:31:11 |
| 17 | thinks we're playing a game, but to me it seems | 15:31:14 |
| 18 | pretty obvious that we think they are. | 15:31:18 |
| 19 | So look, we're all free to do our own | 15:31:20 |
| 20 | thing.  That's the answer you're looking for and I | 15:31:23 |
| 21 | understand that point.  I just think there are | 15:31:30 |
| 22 | laws about being anticompetitive, and I actually | 15:31:34 |
| 23 | think hoarding inventory is where I have the | 15:31:38 |
| 24 | problem. | 15:31:41 |
| 25 | Q  So I understand you, you have the problem | 15:31:42 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    201

| | | |
|---|---|---|
| 1 | with hoarding inventory in terms of being | 15:31:43 |
| 2 | anticompetitive? | 15:31:46 |
| 3 | A  Yeah. | 15:31:47 |
| 4 | Q  And so I'm clear, at this point Redfin had | 15:31:48 |
| 5 | not built any software to suppress listings? | 15:31:56 |
| 6 | A  No, we haven't. | 15:32:00 |
| 7 | Q  And it still hasn't; is that correct? | 15:32:01 |
| 8 | A  No, we haven't. | 15:32:02 |
| 9 | Q  Okay.  Does Redfin make its own decisions | 15:32:03 |
| 10 | about what listings to display on its website? | 15:32:13 |
| 11 | A  Rocket does. | 15:32:18 |
| 12 | Q  Rocket. | 15:32:20 |
| 13 | Does Zillow control what listings are | 15:32:21 |
| 14 | available on Redfin's sites? | 15:32:23 |
| 15 | A  No.  Not for sale listings. | 15:32:25 |
| 16 | Q  Thank you for clarifying that. | 15:32:30 |
| 17 | Has Redfin to date blocked any listings | 15:32:32 |
| 18 | from Compass that have come through the MLS? | 15:32:35 |
| 19 | A  No. | 15:32:38 |
| 20 | Q  Has Redfin blocked any listings based on | 15:32:38 |
| 21 | its pocket listing policy to date? | 15:32:45 |
| 22 | A  No. | 15:32:47 |
| 23 | Q  We'll mark one more.  This is Exhibit 216. | 15:32:47 |
| 24 | THE REPORTER:  17. | 15:33:11 |
| 25 | ATTORNEY TUTTLE:  17, I'm sorry. | 15:33:13 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                              202

| | | |
|---|---|---|
| 1 | (Exhibit No. 217 marked | 15:33:14 |
| 2 | for identification.) | 15:33:20 |
| 3 | BY ATTORNEY TUTTLE: | 15:33:20 |
| 4 | Q  Exhibit 217 you'll see this is a -- this | 15:33:21 |
| 5 | is a text message involving you, right, | 15:33:25 |
| 6 | Mr. Kelman? | 15:33:29 |
| 7 | A  It is. | 15:33:29 |
| 8 | Q  And this is a text exchange that you had | 15:33:30 |
| 9 | with Mr. Reffkin? | 15:33:35 |
| 10 | A  It is.  When I wrote "what a crock," | 15:33:36 |
| 11 | Robert had switched numbers at some point and I | 15:33:49 |
| 12 | didn't have his name in my phone anymore, so | 15:33:52 |
| 13 | somebody sent this to me and I wrote back without | 15:33:57 |
| 14 | realizing it was him. | 15:33:59 |
| 15 | So I often get random text messages and | 15:34:04 |
| 16 | e-mails from real estate agents, and I thought | 15:34:08 |
| 17 | this was another random person contacting me, and | 15:34:12 |
| 18 | I was probably too dismissive.  But it is an | 15:34:18 |
| 19 | accurate portrait of how I really feel. | 15:34:22 |
| 20 | Q  Okay.  We'll -- we'll go through that, all | 15:34:24 |
| 21 | right.  But I understand that you -- just to | 15:34:26 |
| 22 | summarize, you initially did not realize this was | 15:34:29 |
| 23 | Mr. Reffkin -- | 15:34:32 |
| 24 | A  Yeah. | 15:34:33 |
| 25 | Q  -- and then subsequently realized it; is | 15:34:33 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Transcript of Glenn Kelman
Conducted on October 9, 2025                    214

| | | |
|---|---|---|
| 1 | and your technology. | 15:48:56 |
| 2 | Q  And -- | 15:48:56 |
| 3 | A  Yeah. | 15:48:57 |
| 4 | Q  -- you know, as -- as the CEO controls the | 15:48:57 |
| 5 | strategy of the company -- and I understand | 15:49:00 |
| 6 | there's now an acquisition, but is it -- is it | 15:49:01 |
| 7 | your -- do you think that -- do you think that | 15:49:05 |
| 8 | building that better website is important to your | 15:49:06 |
| 9 | ability to compete in this space? | 15:49:09 |
| 10 | A  Oh, yeah. | 15:49:12 |
| 11 | ATTORNEY DINTZER:  Objection.  Form. | 15:49:13 |
| 12 | BY ATTORNEY TUTTLE: | 15:49:15 |
| 13 | Q  Why -- and why do you say that? | 15:49:15 |
| 14 | A  Look, if I could control one number at | 15:49:16 |
| 15 | Redfin how many homes we sold, how many agents we | 15:49:21 |
| 16 | recruited, it would be how much traffic do we have | 15:49:26 |
| 17 | on our website.  If you told me that that number | 15:49:30 |
| 18 | was going up, I would say everything else is going | 15:49:34 |
| 19 | to be all right. | 15:49:39 |
| 20 | I used to imagine before we got acquired | 15:49:40 |
| 21 | that somebody would be reading the monthly visitor | 15:49:43 |
| 22 | report to me on my death bed and I could die | 15:49:46 |
| 23 | happy.  So that is important, and the corollary to | 15:49:51 |
| 24 | that is that if we could take down one competitor | 15:49:55 |
| 25 | be it Compass, Douglas Elliman, Howard Hanna | 15:50:01 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    215

| | | |
|---|---|---|
| 1 | anywhere, Zillow, CoStar, Zillow. | 15:50:04 |
| 2 | Q  Why do you say that? | 15:50:09 |
| 3 | A  Traffic is our lifeblood.  Zillow is our | 15:50:09 |
| 4 | worst competitor for traffic.  And by "worst" I | 15:50:18 |
| 5 | mean the toughest to beat. | 15:50:20 |
| 6 | Q  And -- well, I guess let's just back up. | 15:50:23 |
| 7 | In the -- in the -- in the market for | 15:50:26 |
| 8 | online home search is Zillow a competitor? | 15:50:27 |
| 9 | A  Of course. | 15:50:30 |
| 10 | Q  Okay.  And how would you describe the | 15:50:31 |
| 11 | competition between Redfin and Zillow for online | 15:50:37 |
| 12 | home search? | 15:50:41 |
| 13 | ATTORNEY DINTZER:  Objection.  Form. | 15:50:41 |
| 14 | THE WITNESS:  Fierce. | 15:50:42 |
| 15 | BY ATTORNEY TUTTLE: | 15:50:46 |
| 16 | Q  Why do you say that? | 15:50:47 |
| 17 | A  Because Zillow is technically capable, | 15:50:47 |
| 18 | well-funded, high brand recognition, well-run. | 15:50:50 |
| 19 | Q  And what about Redfin? | 15:50:56 |
| 20 | A  I can't comment on well-run, but we're now | 15:50:57 |
| 21 | owned by Rocket.  We have access to more money. | 15:51:06 |
| 22 | We're technically capable.  We want to win. | 15:51:11 |
| 23 | Q  Does Redfin look for every way to beat | 15:51:16 |
| 24 | Zillow in home search? | 15:51:19 |
| 25 | ATTORNEY DINTZER:  Objection.  Form. | 15:51:20 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    216

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes.  Every fair way. | 15:51:20 |
| 2 | BY ATTORNEY TUTTLE: | 15:51:29 |
| 3 | Q  Fair point. | 15:51:29 |
| 4 | If Zillow were to degrade its home search | 15:51:31 |
| 5 | experience for users, how would Redfin react? | 15:51:34 |
| 6 | ATTORNEY DINTZER:  Objection. | 15:51:37 |
| 7 | Hypothetical. | 15:51:37 |
| 8 | BY ATTORNEY TUTTLE: | 15:51:39 |
| 9 | Q  Or respond? | 15:51:39 |
| 10 | A  Joyously. | 15:51:39 |
| 11 | Q  Why? | 15:51:40 |
| 12 | A  I tried to have an abundance mindset, but | 15:51:41 |
| 13 | I don't.  I want our enemies to suffer, and Zillow | 15:51:54 |
| 14 | is a partner for us.  They provide us with rental | 15:52:01 |
| 15 | listings.  We have a new construction deal too.  I | 15:52:04 |
| 16 | have grudgingly agreed to do those, but, you know, | 15:52:09 |
| 17 | we do deals with all sorts of brokerages we | 15:52:15 |
| 18 | compete with too.  Every day we're on one side of | 15:52:18 |
| 19 | a home sale and the other brokerage is on the | 15:52:20 |
| 20 | other side, and I'm a very, very competitive | 15:52:23 |
| 21 | person. | 15:52:27 |
| 22 | Q  So beyond the emotional reaction if Zillow | 15:52:28 |
| 23 | were to degrade its services, what -- what would | 15:52:31 |
| 24 | you expect Redfin to do if Zillow were to degrade | 15:52:33 |
| 25 | its user experience? | 15:52:37 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    217

| | | |
|---|---|---|
| 1 | ATTORNEY DINTZER:  Objection.  Form. | 15:52:38 |
| 2 | THE WITNESS:  To take advantage. | 15:52:39 |
| 3 | BY ATTORNEY TUTTLE: | 15:52:42 |
| 4 | Q  How? | 15:52:43 |
| 5 | A  By telling the world that we have an | 15:52:43 |
| 6 | advantage over Zillow and everyone should use our | 15:52:46 |
| 7 | site. | 15:52:48 |
| 8 | So, for example, there was a time when | 15:52:48 |
| 9 | Zillow didn't have as many homes for sale as we | 15:52:50 |
| 10 | did by a wide margin and it was this very venomous | 15:52:54 |
| 11 | period of competition between Redfin and Zillow, | 15:53:02 |
| 12 | and we were merciless, pounding away at study | 15:53:04 |
| 13 | after study showing that Zillow was missing all | 15:53:09 |
| 14 | these homes for sale. ▮▮▮▮▮▮▮▮▮▮ | 15:53:11 |
| 15 | ▮▮▮▮▮▮▮▮ | 15:53:16 |
| 16 | Q  In your experience is the quality of the | 15:53:24 |
| 17 | user experience important in terms of the ability | 15:53:26 |
| 18 | to attract users? | 15:53:29 |
| 19 | ATTORNEY DINTZER:  Objection.  Leading. | 15:53:30 |
| 20 | THE WITNESS:  (Witness nods head up and | 15:53:31 |
| 21 | down.) | 15:53:34 |
| 22 | BY ATTORNEY TUTTLE: | 15:53:34 |
| 23 | Q  Or is it not important, sir?  You tell me. | 15:53:34 |
| 24 | ATTORNEY DINTZER:  Objection.  Still | 15:53:36 |
| 25 | leading. | 15:53:37 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    218

| | | |
|---|---|---|
| 1 | THE WITNESS:  No, it's important.  Sorry, | 15:53:37 |
| 2 | I nodded.  You know, our thesis is that we've | 15:53:40 |
| 3 | competed for 20 years because we can build a | 15:53:42 |
| 4 | better mousetrap and even though we have far less | 15:53:45 |
| 5 | marketing dollars, we can grow our business. | 15:53:48 |
| 6 | Redfin has grown probably for 18 of our 20 years | 15:53:52 |
| 7 | or something like that. | 15:53:58 |
| 8 | But if you're asking me is it a pure | 15:54:04 |
| 9 | technology battle, no.  It's a marketing battle. | 15:54:06 |
| 10 | It's a resources battle, and Zillow has | 15:54:10 |
| 11 | considerably more marketing and resources than we | 15:54:14 |
| 12 | do. | 15:54:16 |
| 13 | BY ATTORNEY TUTTLE: | 15:54:17 |
| 14 | Q  Does Realtor.com also display home | 15:54:17 |
| 15 | listings? | 15:54:21 |
| 16 | A  Uh-huh, yes. | 15:54:21 |
| 17 | Q  And is Realtor.com an important competitor | 15:54:22 |
| 18 | in home search from your perspective? | 15:54:25 |
| 19 | ATTORNEY DINTZER:  Objection.  Leading. | 15:54:26 |
| 20 | THE WITNESS:  Yes. | 15:54:28 |
| 21 | BY ATTORNEY TUTTLE: | 15:54:29 |
| 22 | Q  Why do you say that? | 15:54:29 |
| 23 | A  Because they're number two and we're | 15:54:30 |
| 24 | number three. | 15:54:32 |
| 25 | Q  Is CoStar through its Homes.com site -- | 15:54:32 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    219

```
1    let me strike that.                              15:54:40
2          Does CoStar through Homes.com also display  15:54:42
3    home sale listings?                              15:54:45
4       A  Yes.                                        15:54:48
5       Q  How do you view them as a competitor?      15:54:49
6          ATTORNEY DINTZER:  Objection.  Leading.    15:54:51
7          THE WITNESS:  Extremely well-funded.       15:54:52
8    Formidable.                                       15:54:54
9    BY ATTORNEY TUTTLE:                               15:54:55
10      Q  Have they grown significantly in the last  15:54:55
11   few years?                                        15:54:57
12         ATTORNEY DINTZER:  Objection.  Leading.    15:54:58
13         THE WITNESS:  They have.                    15:54:58
14   BY ATTORNEY TUTTLE:                               15:55:00
15      Q  Let me re-ask because I got the objection. 15:55:01
16         How would you describe Homes.com's growth? 15:55:02
17      A  I don't want to say significant.  Sorry.   15:55:06
18   They've grown fast.                               15:55:12
19      Q  Other than the ones we've just discussed,  15:55:17
20   are there any other important competitors that   15:55:19
21   you -- that you think of in online home search?  15:55:22
22      A  No.                                         15:55:25
23         ATTORNEY DINTZER:  Objection.  Form.       15:55:25
24   Foundation.                                       15:55:26
25   BY ATTORNEY TUTTLE:                               15:55:27
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Transcript of Glenn Kelman
Conducted on October 9, 2025                    220

| | | |
|---|---|---|
| 1 | Q  Does Redfin have offices with agents in | 15:55:33 |
| 2 | all 50 states? | 15:55:36 |
| 3 |    A  No. | 15:55:37 |
| 4 |    Q  Do you consider Redfin to be stronger in | 15:55:37 |
| 5 | some regions of the United States than others? | 15:55:42 |
| 6 |    A  Yes.  So the history of that is that | 15:55:45 |
| 7 | Redfin launched market by market whereas Zillow | 15:55:47 |
| 8 | launched nationwide.  We had better data in the | 15:55:52 |
| 9 | markets that we launched in.  Zillow built a | 15:55:55 |
| 10 | national brand. | 15:55:58 |
| 11 |    Those first ten markets that we launched | 15:55:59 |
| 12 | in have significantly more traffic where we | 15:56:01 |
| 13 | compete much better than we do in many of the | 15:56:04 |
| 14 | other markets.  So if you go to Birmingham, | 15:56:08 |
| 15 | Alabama, nobody's heard of us.  Seattle, | 15:56:12 |
| 16 | Washington, we are a much better competitor. | 15:56:15 |
| 17 |    Q  As the founder CEO of Redfin -- | 15:56:22 |
| 18 |    A  I'm not the founder. | 15:56:26 |
| 19 |    Q  Sorry, sorry, sorry.  Let me -- let me ask | 15:56:28 |
| 20 | a better question. | 15:56:29 |
| 21 |    A  That's important. | 15:56:30 |
| 22 |    Q  Let me ask a better question. | 15:56:30 |
| 23 |    As someone who's been at Redfin for | 15:56:32 |
| 24 | 20 years? | 15:56:34 |
| 25 |    A  I have. | 15:56:34 |