# EXHIBIT J

1

1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4     --------------------------------X
      COMPASS, INC.,
5
                          Plaintiff,
6
                   VS.            Case No. 1:25-cv-05201-JAV
7
      ZILLOW, INC., ZILLOW GROUP, INC.,
8     and TRULIA, LLC,

9                         Defendants.
      --------------------------------X
10

11

12    ***H I G H L Y   C O N F I D E N T I A L***

13          ***OUTSIDE COUNSEL ONLY***

14          VIDEOTAPED DEPOSITION

15                    OF

16            SOHAM BHONSLE

17       Tuesday, August 19, 2025

18       1301 Avenue of the Americas

19          New York, New York

20

21

22

23

24            Reported by:
        AYLETTE GONZALEZ, RPR, CLR, CCR
25          JOB NO. 2025-994831

```
 1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

 2    strategy?

 3              MS. SOLH:  Objection to form.

 4         A.    I have not used those words

 5    with investors.

 6         Q.    Because it's not true; right?

 7              MS. SOLH:  Objection to form.

 8         A.    I have not used those words.

 9    It's something that we are using as

10    accelerant to our core strategy going

11    forward and that's the way that I framed it

12    to investors.

13         Q.    But you've never told an

14    investors that Compass has staked its

15    future on the three-phased marketing

16    strategy; right?

17         A.    I personally have not used

18    those words.

19         Q.    If you could flip to '785.

20         A.    Yep.

21         Q.    There's a subbullet that says,

22    "We've attracted almost 700 agents per

23    quarter for the past 3 quarters and we feel

24    good about that range going forward."

25              Do you see that?
```

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2         A.    Yes.

3         Q.    So the fireside chat was about

4    a month after Zillow announced the listing

5    access standards; right?

6         A.    I believe so, yes.  It was in

7    May.

8         Q.    And the listing access

9    standards were announced in April; right?

10        A.    Yes.

11        Q.    And so the message from Compass

12   to investors about a month after the

13   listing access standards were announced was

14   that Compass felt good about recruiting

15   about 700 agents per quarter going into the

16   future; right?

17        A.    Yes.  I mean we were recruiting

18   700 on and about that range for the last

19   few quarters, and from my understanding, it

20   was just a growth team and the sort of

21   motion that they've built in order to

22   continue to bringing agents here, and so

23   yes, we've provided a range of 6 to 700

24   going forward agents gross adds going

25   forward, that's our goal.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

1

2       Q.    Does Compass continue to feel

3   good about that goal going forward?

4             MS. SOLH:  Objection to form.

5       A.    We've communicated to investors

6   that 6 to 700 is sort of the right range to

7   think about going forward.

8       Q.    And you haven't decreased the

9   range since Zillow announced its listing

10  access standards in April; right?

11      A.    We've not decreased the range.

12      Q.    Could you flip to '789.

13            At the top, there's a question

14  that reads:  "I have to ask, Zillow has

15  also taken a public stance on this with

16  their Listing standards... How does their

17  decision affect Compass?"

18            Do you see that?

19      A.    Yes.

20      Q.    And the second bullet is, "The

21  most important thing though is:  the

22  Compass 3-phased marketing strategy can

23  continue."

24            Do you see that?

25      A.    Yes, but I would also read the

84

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    first and second one, which says, "Look, we

3    are trying to work with them to find a

4    solution that is mutually beneficial."  And

5    the third bullet, which, "Again, we come

6    back to homeowner choice - we believe

7    homeowners should have a choice on how to

8    list their home."

9         Q.    But Mr. Reffkin's message to

10   investors about a month after Zillow

11   announced the listing access standards was

12   "the Compass's 3-phased marketing strategy

13   can continue"; correct?

14             MS. SOLH:  Objection to form.

15        A.    It can continue in the

16   curtailed way that we discussed earlier.

17        Q.    But Mr. Reffkin wasn't telling

18   investors that it could continue in a

19   curtailed way, he says it can continue;

20   right?

21             MS. SOLH:  Objection to form.

22        A.    It can continue, but again,

23   it's within the bounds of what Zillow would

24   allow, right, which is, again, private

25   exclusives, stay within Compass, shared one

154

 1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

 2   BY MR. SIDNEY:

 3        Q.    Do you recognize this as the

 4   Form 10-Q submitted by Compass to the SEC

 5   for the quarter ending June 30, 2025?

 6        A.    Yes.

 7        Q.    And that's Q2 2025; right?

 8        A.    Yes.

 9        Q.    Do you review Compass's 10-Q as

10   part of your role as head of investor

11   relations?

12        A.    I review it but I don't play a

13   part in writing the Q.

14        Q.    For what reason then do you

15   review it?

16        A.    I believe I have to sign off as

17   one of its -- I'm an assignee, I guess.  I

18   don't know like legal term for it, but I'm

19   an assignee of the 10-Q before it goes out.

20        Q.    So before Compass files it, you

21   approve it in essence?

22        A.    I go over it, yes.  I go over

23   it.

24        Q.    And the reason you go over it

25   is to ensure that it's accurate; right?

155

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2        A.   Yes.

3        Q.   Okay.  Could you turn to

4   page 42 of this document.

5        A.   Yep.

6        Q.   Okay.  And there's a section

7   titled "Item 1A.  Risk Factors."

8             Do you see that?

9        A.   Yes.

10       Q.   And Compass is required to

11  disclose any risk factors that may be

12  material to investors in Item 1A of the

13  10-Q; right?

14       A.   Yes.

15       Q.   And Compass has not disclosed

16  anything related to Zillow's listing access

17  standards in its Q2 2025 10-Q; right?

18       A.   I would have to go through it.

19  I don't recall every risk factor.  There's

20  a lot of risk factors that we state.

21       Q.   Well, the risk factor section

22  starts on page 42; right?

23       A.   Yes, but where are the

24  remaining risk factors?

25       Q.   Well, why don't we go back to

Case 1:25-cv-05201-JAV-SDA    Document 163-12    Filed 12/16/25    Page 9 of 27
COMPASS, INC. v                                                                Soham Bhonsle
ZILLOW, INC.                              Outside Counsel Only                  August 19, 2025

156

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    page 42, maybe I can help orient you a

3    little bit.

4        A.    Yeah.   I'm there.

5        Q.    Okay.   So the paragraph right

6    under Risk Factors, the second sentence

7    reads:  "You should read carefully the

8    following inform-" -- "read carefully the

9    information appearing in Part I, Item 1A,

10   Risk Factors in our 2024 Form 10-K.   There

11   have been no material changes to the risk

12   factors set forth in our 2024 Form 10-K,

13   except for the addition of the following

14   risk factor (which was previously included

15   in Part II, Item 1A in our Quarterly Report

16   on Form 10-K for the quarter ended

17   March 31, 2025)."

18            Do you see that?

19       A.    Yes.

20       Q.    And so the 2024 Form 10-K would

21   have been submitted back in February

22   covering the 2024 financial year; right?

23       A.    Yes.

24       Q.    And so that's well before the

25   Zillow listing access standards had even

157

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    been publicly announced; right?

3         A.    The 10-K, yes, would have been

4    before.

5         Q.    Right.  And so the -- and the

6    quarterly report for Q1, that would have

7    been covering January, February, and March

8    of 2025; right?

9         A.    Yes.

10        Q.    Okay.  And that's also before

11   the Zillow listing access standards had

12   been allowanced; correct?

13        A.    Yes.

14        Q.    Okay.  So now we're on the

15   Q2 10-K, and that's the first --

16        A.    Q2 10-Q.

17        Q.    Q2, thank you for correcting

18   me.

19             So 2025 Q2 10-Q is the first

20   10-Q that Compass filed since the Zillow

21   listing access standards had been

22   announced; right?

23        A.    Yes.

24        Q.    Okay.  And the risk factor

25   that's disclosed here is in bold, in

158

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    italics and it says, "Recent changes in

3    U.S. tariff policies may have an adverse

4    effect on our business, financial condition

5    and results of operations"; right?

6         A.    Yes.

7         Q.    And there's no risk factor

8    listed here relating to Zillow's listing

9    access standards; right?

10        A.    Not that I can see on this

11   page.

12        Q.    And the reason for that is that

13   Compass had determined that Zillow's

14   listing access standards would not have a

15   material impact on its business; right?

16             MS. SOLH:  Objection to form.

17        A.    With regard to materiality,

18   it's under the purview of our legal

19   counsel, so they would decide what's

20   material or not.

21        Q.    When you reviewed this document

22   before it was filed, did you raise to

23   anyone in the company the absence of

24   Zillow's listing access standards as a risk

25   factor?

159

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2         A.    I don't recall.  We have -- we

3    have risk factor meetings, but I don't

4    recall me -- me bringing it up at the

5    moment.

6         Q.    Do you recall anyone discussing

7    Zillow's listing access standards as a risk

8    factor at any of those meetings?

9              MS. SOLH:  Objection.

10             I just want to make sure

11        there's no privilege discussion

12        that's happening in the risk factor

13        meetings.

14             THE WITNESS:  There is.

15             MS. SOLH:  Okay.

16             THE WITNESS:  Around general

17        risks of the company.

18             MS. SOLH:  Okay.

19        Q.    Does Compass's counsel

20    participate in those meetings?

21        A.    Yes.

22        Q.    And --

23        A.    He leads the meetings.

24        Q.    Is there a discussion among

25    non-lawyers in the meeting of what risk

160

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    factors Compass is experiencing?

3        A.    Yes.

4        Q.    And among the discussion

5    between non-lawyers, has anyone ever raised

6    Zillow's listing access standards as a

7    material risk to the company?

8            MS. SOLH:  If those discussions

9        weren't happening when a lawyer

10       wasn't with them.

11       A.    The lawyer was there the whole

12   time.

13           MR. SIDNEY:  Are you asserting

14       privilege over the entire meeting?

15           MS. SOLH:  Yes.  There's a

16       discussion about risk factors and the

17       advice from counsel about what to

18       include in there.

19           MR. SIDNEY:  Okay.  Well, I'll

20       ask my question again and if you want

21       to instruct him not to answer, then

22       you may.

23       Q.    While you were participating in

24   risk factor meetings, has there been any

25   discussion between non-lawyers regarding

161

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2   whether or not Zillow's listing access

3   standards were a material risk to the

4   company?

5           MS. SOLH:  I'll object based on

6       privilege.  If there were lawyers

7       there providing advice, then I

8       instruct you not to answer.

9           THE WITNESS:  Okay.

10      Q.    And are you following your

11  counsel's instruction?

12      A.    Yes.

13      Q.    Okay.  Outside of risk factor

14  meetings, are you aware of any other

15  discussions at Compass of whether or not

16  Zillow's listing access standards pose a

17  material risk to Compass?

18      A.    I mean I'll stick to the

19  conversation that I had with investors,

20  which is where I focus on, again, going

21  back to the potential impact that it could

22  have on coming soons and the impact on

23  private exclusives as well consistent with

24  what I've said before.

25      Q.    What about internally with

162

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    other employees of Compass, have you

3    discussed whether or not the listing access

4    standards have material impact on the

5    company?

6            A.    I've discussed the potential

7    impact that it would have to the company,

8    yes.

9            Q.    But have you discussed whether

10   or not that impact is material?

11               MS. SOLH:  Objection to form.

12           A.    The words material have not

13   come up in those discussions.

14           Q.    Have you discussed with anyone

15   at Compass whether or not it should be

16   disclosed as a risk factor in Compass's

17   10-Q?

18               MS. SOLH:  I'm going to object

19          and also caution you to not disclose

20          any discussions with counsel on this.

21           A.    I will follow my lawyer's

22   advice.

23           Q.    I think my question was broad

24   enough that you could still answer, but

25   I'll try to rephrase it.

                                                                    163

 1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

 2              Have you ever discussed with

 3   any non-lawyers at Compass whether or not

 4   Zillow's listing access standards should be

 5   disclosed as a risk factor in Compass's

 6   10-Q?

 7              MS. SOLH:  The same objection.

 8         You're asking for a discussion with

 9         non-lawyers, but if a lawyer was

10         there, it would have been privileged,

11         so.

12              MR. SIDNEY:  I still disagree

13         that the presence of a lawyer makes a

14         conversation privileged in all

15         circumstances but....

16              MS. SOLH:  A lawyer was there

17         and was actually providing advice on

18         this.

19         Q.   So setting aside the risk

20   factor meetings that we already discussed

21   where a lawyer was present, have you ever

22   discussed with anyone else at Compass who's

23   not a lawyer whether or not Zillow's

24   listing access standards should be

25   disclosed as a material risk in its 10-Q?

                                                                            164

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2         A.    I have not.

3         Q.    Do you think Zillow's listing

4    access standards should be disclosed as a

5    material risk in Compass's 10-Q?

6               MS. SOLH:  Objection to form.

7         A.    I think it could have a

8    potential impact in the future and are able

9    to have the three-phased marketing strategy

10   as an accelerant to what we're doing in the

11   core strategy, core business.

12        Q.    And for that reason, is it your

13   testimony that Zillow's listing access

14   standards don't need to be disclosed as

15   material risk in Compass's 10-Q?

16              MS. SOLH:  Objection to form.

17        A.    The concept of materiality is

18   under the purview of our legal counsel, so

19   I don't make the call there.

20        Q.    You don't have any view one way

21   or the other whether or not the 10-Q should

22   disclose Zillow's listing access standards?

23        A.    I believe that it will -- it

24   will have an impact on how we can run our

25   full three-phased marketing strategy,

165

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    that's my view.

3         Q.    But you don't have any sense of

4    whether or not that's a material impact to

5    Compass; right?

6         A.    The concept materiality is

7    under the purview of our counsel.

8         Q.    In the risk factor meetings,

9    was Zillow listings -- Zillow listing

10   access standards discussed, just yes or no,

11   not the substance of the discussion?

12        A.    I don't recall specifically.

13        Q.    Okay.  You can set that aside.

14             MR. SIDNEY:  Okay.  Marking

15        Exhibit 11.

16             (Exhibit 11, press release

17        entitled "Compass Submits to Sharing

18        All Exclusive Inventory With All

19        Brokerages and All MLSs" was marked.)

20   BY MR. SIDNEY:

21        Q.    Okay.  Exhibit 11 is a document

22   dated July 11, 2025, and it has the title

23   "Compass Commits to Sharing All Exclusive

24   Inventory with All Brokerages and All

25   MLSs"; is that right?

166

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2         A.    Yes.

3         Q.    Have you reviewed this document

4    before?

5         A.    I have seen this when it went

6    out.

7         Q.    This is a Compass press

8    release; right?

9         A.    Yes, but I didn't have a part

10   in writing the press release.

11        Q.    Before this press release was

12   published, did you have any understanding

13   of what Compass was announcing here?

14        A.    No.

15        Q.    How about after the press

16   release?

17        A.    After the press release went

18   out, I did reach out to people within the

19   company to understand better what the goals

20   were here.

21        Q.    And who did you reach out to?

22        A.    I believe it was Will Hardy and

23   Ashton.

24        Q.    And what did you ask Mr. Hardy?

25        A.    What's the right way to sort of

191

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    users find compass.com?

3         A.    No.

4         Q.    Do you have any understanding

5    of what investments Compass has made to

6    attract more users to compass.com?

7         A.    I don't know the specific

8    investments that we've made.

9         Q.    What about in general?

10        A.    In general, yes.

11        Q.    What's your understanding?

12        A.    The extent of my knowledge is

13   we're trying to, with the three-phased

14   marketing strategy, drive more SEO search,

15   that's one of the benefits of going through

16   the three-phased marketing strategy where

17   eliciting that goes through that strategy

18   gets sorted to the top of SEO search.

19        Q.    What do you mean by SEO search?

20        A.    It would be something like on

21   Google where a Compass listing that goes on

22   compass.com first would sort to the top

23   above other sort of portals and websites.

24        Q.    And are you using the acronym

25   SEO, search engine optimization?

192

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2         A.    Yes.

3         Q.    How does the three-phased

4    marketing strategy relate to search engine

5    optimization?

6         A.    My understanding, you may have

7    to ask someone with more technical

8    knowledge, but my understanding of it is if

9    you have more proprietary data and just the

10   algorithms, the way that they work is if

11   it's your own content, it sorts to the top,

12   that's my understanding of it.

13        Q.    Does Compass invest in

14   advertising the existence of compass.com to

15   users?

16        A.    I don't know around the

17   specifics of how much or if we have

18   invested on compass.com, you would have to

19   ask someone else.

20        Q.    Do you know just as a general

21   matter, if Compass's investments in

22   drinking users to compass.com have

23   increased, decreased, or stayed the same?

24             MS. SOLH:  Objection to form.

25        A.    No, I have not seen those

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    stats.

3         Q.    Does Compass track how many

4    users go to compass.com?

5         A.    I believe we do, but I'm not in

6    charge of tracking the number -- the amount

7    of traffic on the website.

8         Q.    Do you see any reports about

9    how many users go to Compass?

10        A.    I have not seen specific

11   reports, but I've seen general numbers that

12   have been advertised out there.

13        Q.    What do you mean by that?

14        A.    I think just at the company,

15   I've seen a screen somewhere where it says

16   we have I believe in the range of 20-odd

17   million users that have come to the

18   website.  I forget if it's annually or

19   monthly, but that's the number that I've

20   seen.

21        Q.    Have you seen any trends or

22   historical data for how that information

23   has changed over time?

24        A.    I have not.

25        Q.    Have you seen any forecasts for

                                                                           194

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    how Compass expects its user to have

3    engagement to changed in the future?

4          A.    I have not.

5          Q.    Do you have any understanding

6    of how -- how much compass.com user traffic

7    has changed since Zillow announced its

8    listing access standards on April 10th?

9          A.    I don't.

10         Q.    How about since the standards

11   were enforced on June 30th?

12         A.    I have not seen those reports.

13         Q.    Do you ever talk to investors

14   about Compass's home search platform?

15         A.    Yes.

16         Q.    What do you say about it?

17         A.    Generally that we believe if we

18   have Compass coming soons that stay on our

19   website for longer that we'd be able to get

20   more traffic on our website.

21         Q.    Why do you want more traffic on

22   your website?

23              MS. SOLH:  Objection to form.

24         A.    For -- I think one benefit of

25   getting more traffic is, like we talked

195

```
 1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

 2   about, getting more leads to our agents,

 3   which comes at a higher split, and also if

 4   we get more traffic, we're viewed

 5   differently in the marketplace rather than

 6   just being a brokerage, and that's sort of

 7   how we, I think, think about it.

 8        Q.   Do you ever talk to investors

 9   about Compass's market share in market for

10   online home search?

11        A.   I have not.

12        Q.   Have you talked to anybody

13   about Compass's market share in a market

14   for online home search?

15        A.   I have not.

16        Q.   Why not?

17        A.   It's never been asked and I

18   never looked into that deeply.

19        Q.   Does Compass have any internal

20   initiatives around increasing its market

21   share in a market for online home search?

22           MS. SOLH:  Objection to form.

23        A.   I'm not aware.  You would have

24   to ask someone else.

25        Q.   Who would I ask about that?
```

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2         A.    It would probably be Ashton

3    who's driving some of the leads program.

4    She's in charge of that program.

5         Q.    Do you know what Compass's

6    current market share is in the market for

7    online home search?

8         A.    I do not.

9         Q.    Have you ever known that?

10        A.    Nope.

11        Q.    Do you know what Zillow's

12   market share is in the market for online

13   home search?

14        A.    How do you define market share.

15        Q.    Well, you were just answering

16   my questions about Compass's market share.

17   Do you know what Zillow's market share is?

18        A.    I have not reason anything on

19   market share and I don't even how you

20   define market share in this context.

21        Q.    Do you know if anyone at

22   Compass is tracking Zillow's market share

23   in a market for online home search?

24        A.    I'm not aware.

25        Q.    Do you ever report information

197

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

2    to investors about Compass's market share

3    in a market for online home search?

4             MS. SOLH:  Objection.  Form.

5         A.   We currently do not.

6         Q.   Why not?

7         A.   It's just not been something

8    that's come up in investor conversations in

9    terms of the questions that they ask on

10   home search.  I mean we've been asked about

11   whether the three-phased market strategy

12   will benefit traffic, but we haven't given

13   any stats around the actual search traffic.

14        Q.   You also haven't seen any

15   statistics on whether or not three-phased

16   marketing strategy benefits traffic to

17   compass.com; right?

18             MS. SOLH:  Objection to form.

19        A.   I personally have not seen any

20   stats so far.

21        Q.   So I think we talked a little

22   bit earlier about the listings on Compass's

23   website.  Do you recall that?

24        A.   Can you be more explicit.

25        Q.   That's fair.

 1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

 2              Do you recall if Compass shows

 3   home listings in all 50 states?

 4        A.    Sorry, can you repeat that

 5   again.

 6        Q.    Can prospective home buyers

 7   look for homes in -- on compass.com in

 8   states where Compass does not operate as a

 9   brokerage?

10        A.    I don't know.  I don't know if

11   we show it in all 50 states or just the

12   states that we operate in currently.  I

13   would have to look online.

14        Q.    Okay.  You're just not sure one

15   way or the other?

16        A.    Yeah, I just don't know.  I

17   would have to look.

18        Q.    Okay.  Have you ever seen any

19   analyses within Compass of sort of what

20   percentage of all home sale listings

21   compass.com displays on its websites?

22        A.    I have not.

23        Q.    Have you ever discussed that

24   with anyone at Compass?

25        A.    No.