# EXHIBIT K

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 2 of 10
COMPASS, INC. v ZILLOW, INC.   Outside Counsel Only   Neda Navab-Boshehri   September 03, 2025

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4   COMPASS, INC.,                    )
                                       )
 5        Plaintiff,                   )
                                       )
 6        -vs-                         ) Case No.
                                       ) 1:25-cv-05201-JAV
 7   ZILLOW, INC., ZILLOW GROUP,       )
     INC., and TRULIA, LLC,            )
 8                                     )
          Defendants.                  )
 9   _____   )
     _
10

11

12             ** HIGHLY CONFIDENTIAL **

13         ** OUTSIDE COUNSELS' EYES ONLY **

14         _____

15
             VIDEO RECORDED EXAMINATION
16
                OF NEDA NAVAB-BOSHEHRI
17
           _____
18
                        TAKEN ON
19

20          WEDNESDAY, SEPTEMBER 3, 2025

21

22
     CERTIFIED STENOGRAPHER:
23     JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
       CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24     CCR-WA (No. 21007264), CSR-CA (No. 14420),
       REALTIME SYSTEMS ADMINISTRATOR
25     JOB NO.:  995181
```

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 3 of 10
COMPASS, INC. v                                          Neda Navab-Boshehri
ZILLOW, INC.           Outside Counsel Only           September 03, 2025

110

```
 1              N. NAVEB - 09/03/2025
 2   This could directly impact our agents'
 3   ability to differentiate and secure
 4   listings?
 5        A.   If a brokerage competitor were to
 6   create the illusion that they had a program
 7   similar to the three-phased marketing
 8   strategy, it would impact our agents'
 9   ability to explain and differentiate their
10   premarketing strategy for homeowners when
11   they're pitching business to earn new
12   listings.
13        Q.   I'm handing you what's been
14   marked Exhibit 59, Bates labeled
15   CZ_COMP_1732.
16             (Whereupon, Exhibit 59 is marked
17              for identification.)
18             (Pause for reading/reviewing.)
19             THE WITNESS:  Okay.
20   BY ATTORNEY LAU:
21        Q.   And you sent both emails in this
22   document, correct?
23        A.   Yes.
24        Q.   Okay.  The top email you sent to
25   senior leadership at Compass?
```

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 4 of 10
COMPASS, INC. v                                              Neda Navab-Boshehri
ZILLOW, INC.           Outside Counsel Only           September 03, 2025

111

1             N. NAVEB - 09/03/2025

2        A.   Yes.

3        Q.   Do you recall who received the

4   lower email?

5        A.   I don't.

6        Q.   Okay.  Looking at your second

7   substantive paragraph, it reads:  This

8   advantage won't last forever.  Every week

9   we are seeing brokerages try to compete by

10  offering copycats of the Compass

11  three-phased marketing strategy.

12            It doesn't matter that their

13  offerings have less substance.  The reality

14  is that their agents are starting to pitch

15  programs that sound similar enough for a

16  buyer or seller to what our agents are

17  pitching.

18            Did I read that correctly?

19       A.   Yes.

20       Q.   Does this refresh your

21  recollection with respect to the timing of

22  other brokerages rolling out copycat

23  premarketing programs?

24            ATTORNEY SOLH:  Objection to

25       form.

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 5 of 10
COMPASS, INC. v                                          Neda Navab-Boshehri
ZILLOW, INC.            Outside Counsel Only             September 03, 2025

112

```
 1               N. NAVEB - 09/03/2025
 2               THE WITNESS:  Based on this
 3        email, it sounds like in the time
 4        leading up to April 1, there were
 5        brokerages that had rolled out programs
 6        that sounded like the Compass
 7        three-phased marketing strategy.
 8   BY ATTORNEY LAU:
 9        Q.   And why did you write:  This
10   advantage won't last forever?
11        A.   If agents at other brokerages
12   have a program that sounds like
13   three-phased marketing strategy, a seller
14   may not understand the difference between
15   the value they would get hiring a Compass
16   agent who has the Compass three-phased
17   marketing strategy available to them and a
18   program that sounds like that, that does
19   not have any of the substance or capability
20   or agent network behind it.
21        Q.   And so did you understand the
22   other brokerages copycat premarketing
23   strategies to erode the advantage that
24   Compass had and ability to differentiate
25   itself through 3PM?
```

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 6 of 10
COMPASS, INC. v                                          Neda Navab-Boshehri
ZILLOW, INC.           Outside Counsel Only              September 03, 2025

113

```
 1              N. NAVEB - 09/03/2025
 2       A.   Based on this email, my view was
 3   that our agents' differentiation in the
 4   living room would become harder to convey
 5   as other brokerages described programs that
 6   could sound similar to the three-phased
 7   marketing strategy.
 8       Q.   I'm handing you what's been
 9   marked Exhibit 60, which is Bates labeled
10   CZ_COMP_18589.
11             (Whereupon, Exhibit 60 is marked
12             for identification.)
13             (Pause for reading/reviewing.)
14             THE WITNESS:  Okay.
15   BY ATTORNEY LAU:
16       Q.   Okay.  And you sent this email?
17       A.   Yes.
18       Q.   Who is Courtney Parker?
19       A.   My chief of staff.
20       Q.   And if you look at your second
21   paragraph, it reads:  Over the course of
22   the last three weeks, we have seen nearly
23   every major competitor announce a version
24   of Compass three-phased marketing strategy.
25             Do you see that language?
```

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 7 of 10
COMPASS, INC. v                                                 Neda Navab-Boshehri
ZILLOW, INC.           Outside Counsel Only        September 03, 2025

114

```
 1                  N. NAVEB - 09/03/2025
 2        A.   Yes.
 3        Q.   And when you refer to "every
 4   major competitor," you mean other
 5   brokerages?
 6        A.   I am referring to other
 7   brokerages.
 8        Q.   Okay.  And then you have a list
 9   of four brokerages in the next section.
10             Do you see that?
11        A.   Yes.
12        Q.   And that is just a few examples,
13   not a list of, quote, nearly every major
14   competitor?
15        A.   Those are four examples.
16        Q.   Okay.  And does this email where
17   you say:  Over the course of the last three
18   weeks, refresh your recollection as to the
19   timing of Sotheby's, Elliman and Corcoran
20   rolling out their versions of 3PM?
21        A.   Based on this email, it sounds
22   like they pushed their phased marketing
23   strategies in the lead-up to April 7.
24        Q.   And does Zillow's listing access
25   standards apply to, for example, Elliman's
```

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 8 of 10
COMPASS, INC. v                                                   Neda Navab-Boshehri
ZILLOW, INC.              Outside Counsel Only                September 03, 2025

115

1                N. NAVEB - 09/03/2025
2    copycat version of 3PM?
3               ATTORNEY SOLH:  Objection to
4        form.
5               THE WITNESS:  I don't know the
6        details of what Elliman's version of
7        3PM includes.  I don't know the details
8        of the strategy.
9    BY ATTORNEY LAU:
10       Q.   But is it your understanding that
11   Zillow's listing access standards apply to
12   Elliman?
13       A.   The way the Zillow ban was
14   announced, it impacts the public marketing
15   and sharing of a private exclusive outside
16   of the walls of a brokerage uniformly to
17   any brokerage that has a private exclusive
18   that they can actively market.
19       Q.   Okay.  So just to take a step
20   back.
21           Zillow's listing access standards
22   apply to all brokerages?
23       A.   The Zillow ban would apply to a
24   private exclusive at any brokerage.
25   Compass's -- the Compass private exclusive

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 9 of 10
COMPASS, INC. v                                          Neda Navab-Boshehri
ZILLOW, INC.          Outside Counsel Only              September 03, 2025

116

```
 1              N. NAVEB - 09/03/2025
 2   uniquely had premarketing activities that
 3   are distinctly impacted.  I can't speak to
 4   what a private exclusive at any of these
 5   brokerages in substance actually entailed.
 6        Q.   Okay.  But the Zillow listing
 7   access standards apply to any private
 8   exclusive at any brokerage?
 9        A.   The Zillow ban was described as
10   applying to -- and limiting the public
11   marketing of a private exclusive
12   irrespective of the brokerage.
13        Q.   And if other brokerages, new
14   other brokerages now develop a premarketing
15   program that's similar to 3PM, LAS would
16   apply to that program as well, correct?
17             ATTORNEY SOLH:  Objection to
18        form.
19             THE WITNESS:  The Zillow ban
20        would limit the public marketing of any
21        private exclusive where premarketing
22        and gathering feedback for more than
23        24 hours during the private exclusive
24        phase were a component of that phase.
25   ///
```

Case 1:25-cv-05201-JAV-SDA   Document 163-13   Filed 12/16/25   Page 10 of 10
COMPASS, INC. v                                          Neda Navab-Boshehri
ZILLOW, INC.              Outside Counsel Only           September 03, 2025

117

1                N. NAVEB - 09/03/2025

2    BY ATTORNEY LAU:

3         Q.   Okay.  And if other brokerages

4    were to develop a private listing network,

5    Zillow's listing access standards would

6    apply to that program as well, correct?

7         A.   I'm not sure I know what you mean

8    by "a private listing network."

9         Q.   If a brokerage develops a private

10   listing network, Zillow's listing access

11   standards would apply to that brokerage's

12   program as well, correct?

13        A.   I don't know what you mean by the

14   phrase "private listing network."

15        Q.   Have you ever heard of a private

16   listing network?

17        A.   I've heard of the phrase.

18        Q.   And what is your understanding of

19   what a private listing network is?

20        A.   It's not my area of expertise.  A

21   private listing network -- it's not

22   something that I -- I oversee.  I don't do

23   research on private listing networks.

24   That's why I don't understand what you mean

25   by it.