# EXHIBIT L

```
1               UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT COURT OF NEW YORK

3     -------------------------------------------------X

4     COMPASS, INC.,

5                         Plaintiff,

6                         Civil Action No. .:

7     1:25-cv-05201-JAV

8              -against-

9

10    ZILLOW, INC., ZILLOW GROUP, INC., AND TRULIA, LLC

11                     Defendants.

12    -------------------------------------------------X

13        RESTRICTED - OUTSIDE COUNSELS' EYES ONLY

14             VIDEOTAPED DEPOSITION OF

15                  LEO PAREJA

16             CORAL GABLES, FLORIDA

17               October 15, 2025

18

19    REPORTED BY:  KIARA MILLER

20    FILE NO.:  602428

21

22

23

24

25
```

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Leo Pareja

Conducted on October 15, 2025                                    108

| | | |
|---|---|---|
| 1 | will, in fact, provide Zillow their listings | 11:55:43 |
| 2 | within 24 hours of publicly marketing them? | 11:55:48 |
| 3 | A    The listings are owned by the brokerage. | 11:55:51 |
| 4 | Q    So EXP, regardless of what the agent | 11:55:53 |
| 5 | wants to do, has the ability the send the | 11:55:57 |
| 6 | listing directly to Zillow at any point? | 11:56:00 |
| 7 | MR. SIEGEL:  Objection to form. | 11:56:03 |
| 8 | A    In the brokerage relationship, the | 11:56:04 |
| 9 | broker owns the listings. | 11:56:06 |
| 10 | Q    So you've agreed to provide those | 11:56:08 |
| 11 | listings to Zillow, despite the fact the some | 11:56:11 |
| 12 | of EXP agents may not want to provide the | 11:56:16 |
| 13 | listing within 24 hours of publicly marketing | 11:56:20 |
| 14 | those listings, correct? | 11:56:23 |
| 15 | MR. TAESCHLER:  Objection to form. | 11:56:25 |
| 16 | MR. SIEGEL:  Objection to form. | 11:56:25 |
| 17 | A    Our policy is we want, once a property | 11:56:26 |
| 18 | is publicly marketed, to be as widely | 11:56:28 |
| 19 | available as possible. | 11:56:33 |
| 20 | MR. TAESCHLER:  Let's go off the | 11:56:35 |
| 21 | record.  And I will pass the witness, | 11:56:36 |
| 22 | reserving the remainder of my time for | 11:56:38 |
| 23 | reexamination after Zillow's counsel | 11:56:38 |
| 24 | examines the witness. | 11:56:43 |
| 25 | VIDEOGRAPHER:  Going off the record at | 11:56:46 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                                109

| | | |
|---|---|---|
| 1 | 11:56 a.m. | 11:56:47 |
| 2 | (Whereupon, a recess was taken | 11:56:50 |
| 3 | from 11:56 AM until 1:06 PM.) | 11:56:50 |
| 4 | VIDEOGRAPHER:  We're back on the | 01:05:51 |
| 5 | record.  The time is 1:06 p.m. | 01:05:53 |
| 6 | EXAMINATION BY | 01:05:54 |
| 7 | MS. LAU: | 01:05:55 |
| 8 | Q    Welcome back, Mr. Pareja.  How are you? | 01:05:57 |
| 9 | A    Thank you.  I'm good. | 01:05:59 |
| 10 | Q    Great.  Do you understand that the | 01:06:00 |
| 11 | Compass' lawsuit against Zillow accuses EXP | 01:06:01 |
| 12 | and Zillow of entering into a conspiracy to | 01:06:04 |
| 13 | boycott Compass? | 01:06:10 |
| 14 | A    I believe so. | 01:06:15 |
| 15 | Q    Did EXP enter into a conspiracy or | 01:06:17 |
| 16 | agreement with Zillow to boycott Compass? | 01:06:24 |
| 17 | MR. TAESCHLER:  Objection to the form. | 01:06:29 |
| 18 | A    No, we did not. | 01:06:29 |
| 19 | Q    Have you ever entered into a conspiracy | 01:06:31 |
| 20 | or agreement to boycott Compass with Redfin? | 01:06:37 |
| 21 | MR. TAESCHLER:  Objection to the form. | 01:06:42 |
| 22 | A    No, I have not. | 01:06:42 |
| 23 | Q    Have you ever entered into a conspiracy | 01:06:44 |
| 24 | or agreement to boycott Compass with any of | 01:06:46 |
| 25 | the other brokerages? | 01:06:50 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    110

```
1        MR. TAESCHLER:  Objection to the form.       01:06:52

2   A    No, I have not.                              01:06:52

3   Q    Have you orchestrated any conspiracy         01:06:53

4   among brokerages to boycott Compass?             01:06:58

5        MR. TAESCHLER:  Objection to the form.       01:07:02

6   A    No, I have not.                              01:07:03

7   Q    Have you entered into any conspiracy or      01:07:04

8   agreement to boycott Compass with Donny          01:07:06

9   Samson or Samson Properties?                     01:07:09

10       MR. TAESCHLER:  Objection to the form.       01:07:12

11  A    No, I have not.                              01:07:12

12  Q    Have you entered into any conspiracy or      01:07:14

13  agreement to boycott Compass, with Anthony       01:07:15

14  Lamacchia or Lamacchia Realty?                   01:07:20

15       MR. TAESCHLER:  Objection to the form.       01:07:23

16  A    No, I have not.                              01:07:23

17  Q    Have you ever entered into any               01:07:24

18  conspiracy or agreement to boycott Compass       01:07:26

19  with Tamir Poleg or Real Brokerage?              01:07:29

20       MR. TAESCHLER:  Objection to the form.       01:07:33

21  A    No, I have not.                              01:07:33

22  Q    Have you ever entered into any               01:07:35

23  conspiracy or agreement to boycott Compass       01:07:38

24  with any other entity?                           01:07:40

25       MR. TAESCHLER:  Objection to the form.       01:07:41
```

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                           111

| | | |
|---|---|---|
| 1 | A    No, I have not. | 01:07:42 |
| 2 | Q    Thank you, Mr. Pareja. | 01:07:43 |
| 3 |      Is EXP a customer of Zillow's? | 01:07:44 |
| 4 | A    Yes. | 01:07:48 |
| 5 | Q    What products or services does EXP | 01:07:49 |
| 6 | purchase from Zillow? | 01:07:51 |
| 7 | A    We purchase Follow Up Boss and | 01:07:54 |
| 8 | enterprise relationship.  We support Zillow's | 01:08:00 |
| 9 | flex teams, that work directly with Zillow | 01:08:02 |
| 10 | flex in the fulfillment of transactions.  We | 01:08:05 |
| 11 | work directly with them in Canada, and a | 01:08:09 |
| 12 | couple of other places.  They're a vendor in | 01:08:11 |
| 13 | the space for us. | 01:08:13 |
| 14 | Q    Other than the products and services | 01:08:14 |
| 15 | that you've already identified, do EXP agents | 01:08:17 |
| 16 | purchase any further products or services | 01:08:21 |
| 17 | from Zillow? | 01:08:23 |
| 18 | A    They absolutely could. | 01:08:27 |
| 19 | Q    Does EXP supply listings to Zillow? | 01:08:31 |
| 20 | A    Mechanically, I think they go to the MLS | 01:08:37 |
| 21 | directly to Zillow. | 01:08:39 |
| 22 | Q    And EXP entered into an agreement with | 01:08:43 |
| 23 | Zillow in April of 2025; is that correct? | 01:08:47 |
| 24 | A    Restate the question, Bonnie. | 01:08:52 |
| 25 | Q    Did EXP enter into an agreement with | 01:08:55 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                              112

| | | |
|---|---|---|
| 1 | Zillow in April 2025? | 01:08:58 |
| 2 | A    Yes.  We did. | 01:09:00 |
| 3 | Q    I'm handing you what's been marked | 01:09:02 |
| 4 | Exhibit 235. | 01:09:04 |
| 5 | (Whereupon, Listing Feed | 01:09:05 |
| 6 | Agreement (ZG-00024576) was | 01:09:05 |
| 7 | marked as Exhibit 235 for | 01:09:05 |
| 8 | identification as of this date.) | 01:09:05 |
| 9 | Q    The Bates label is ZG-00024576.  Take a | 01:09:16 |
| 10 | moment to look at that document. | 01:09:23 |
| 11 | Do you recognize this document? | 01:10:11 |
| 12 | A    I do, Bonnie. | 01:10:12 |
| 13 | Q    What is the agreement between EXP and | 01:10:14 |
| 14 | Zillow, as reflected in Exhibit 235? | 01:10:16 |
| 15 | MR. TAESCHLER:  Objection to the form. | 01:10:20 |
| 16 | A    Exhibit 235, is that a paragraph?  What | 01:10:27 |
| 17 | am I looking at? | 01:10:30 |
| 18 | Q    Oh, that's the document. | 01:10:31 |
| 19 | A    Oh, that's the document? | 01:10:33 |
| 20 | Q    What is this agreement? | 01:10:34 |
| 21 | A    This is the listing standards agreement, | 01:10:35 |
| 22 | where we would provide all of our listings | 01:10:39 |
| 23 | that are publicly marketed within 24 hours. | 01:10:42 |
| 24 | Q    And I believe you may have misspoken. | 01:10:45 |
| 25 | This is the listings feed agreement; is | 01:10:48 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    114

| | | |
|---|---|---|
| 1 | to do, regarding a backup data feed of EXP | 01:12:14 |
| 2 | listings? | 01:12:18 |
| 3 | MR. TAESCHLER:  Objection to the form. | 01:12:20 |
| 4 | A    Provider grants Zillow a nonexclusive | 01:12:23 |
| 5 | perpetual role by royalty free license and | 01:12:25 |
| 6 | rights, but no obligation to access use and | 01:12:27 |
| 7 | reproduce, distribute, publicly display and | 01:12:30 |
| 8 | create derivatives and derivative works of | 01:12:30 |
| 9 | the listing data. | 01:12:34 |
| 10 | Q    And in plain English, what do you | 01:12:37 |
| 11 | understand that to require EXP to do? | 01:12:38 |
| 12 | A    That we would provide all of our | 01:12:40 |
| 13 | publicly marketed information as soon as we | 01:12:44 |
| 14 | make it available to everybody else. | 01:12:47 |
| 15 | Q    And what does the listings feed | 01:12:48 |
| 16 | agreement require EXP to do regarding | 01:12:51 |
| 17 | Zillow's listing access standards? | 01:13:05 |
| 18 | A    I don't know off the top of my head what | 01:13:07 |
| 19 | paragraph you're referring to. | 01:13:10 |
| 20 | Q    If you can turn to the next page, take a | 01:13:11 |
| 21 | look at Paragraph 2B, please. | 01:13:13 |
| 22 | A    Provider agrees to comply with Zillow's | 01:13:17 |
| 23 | listing access standards set forth in | 01:13:19 |
| 24 | Exhibit C, and the requirement to make all | 01:13:21 |
| 25 | non-publicly marketed listings as defined in | 01:13:24 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    115

| | | |
|---|---|---|
| 1 | Exhibit C, available to Zillow.  Continue | 01:13:28 |
| 2 | provision of data -- of all data, listings | 01:13:31 |
| 3 | data shall constitute acceptance of the | 01:13:34 |
| 4 | listings acts of standard, as it may be | 01:13:34 |
| 5 | updated by Zillow from time to time. | 01:13:36 |
| 6 | Zillow reserves the right to suspend or | 01:13:38 |
| 7 | terminate a provider's access to the provider | 01:13:38 |
| 8 | benefits outlined in the group if provider | 01:13:39 |
| 9 | does not comply with the listings acts of | 01:13:41 |
| 10 | standards. | 01:13:44 |
| 11 | Q    In plain English, what do you understand | 01:13:46 |
| 12 | this term to require EXP to do? | 01:13:47 |
| 13 | A    That we would send all non-publicly | 01:13:54 |
| 14 | marketed listings, as defined in Exhibit C, | 01:13:58 |
| 15 | available to Zillow. | 01:14:02 |
| 16 | Q    Does this term of the listings feed | 01:14:03 |
| 17 | agreement impact what listings EXP may | 01:14:08 |
| 18 | display on its own website, EXPrealty.com? | 01:14:13 |
| 19 | MR. TAESCHLER:  Objection to the form. | 01:14:21 |
| 20 | A    Ask it differently, please. | 01:14:21 |
| 21 | Q    Does the listings feed agreement in any | 01:14:24 |
| 22 | way control or limit what listings EXP may | 01:14:26 |
| 23 | display on its own website? | 01:14:31 |
| 24 | MR. TAESCHLER:  Same objection. | 01:14:37 |
| 25 | A    Our website displays all publicly | 01:14:37 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    116

| | | |
|---|---|---|
| 1 | marketed properties. | 01:14:40 |
| 2 | Q    So EXP is free to continue displaying | 01:14:42 |
| 3 | other brokerage's listings on EXP's website, | 01:14:47 |
| 4 | even if those other listings violate Zillow's | 01:14:51 |
| 5 | listing access standards; is that right? | 01:14:56 |
| 6 |      MR. TAESCHLER:  Objection to the form. | 01:15:00 |
| 7 | A    We received about and/or IDX, and we | 01:15:01 |
| 8 | display everything that comes through. | 01:15:09 |
| 9 | Q    What does the listings feed agreement | 01:15:11 |
| 10 | provide to EXP, with regard to bulk pricing | 01:15:15 |
| 11 | for Zillow's Follow Up Boss product? | 01:15:17 |
| 12 | A    On Exhibit B, it's one of the products | 01:15:33 |
| 13 | that I would get discounts on, if I recall | 01:15:36 |
| 14 | correctly.  I don't know the exact paragraph | 01:15:39 |
| 15 | to quote. | 01:15:41 |
| 16 | Q    Okay.  If I might point your attention | 01:15:42 |
| 17 | to the second page, Paragraph 2A. | 01:15:44 |
| 18 | A    "Provider shall receive preferential | 01:15:47 |
| 19 | pricing for products and services outlined in | 01:15:50 |
| 20 | Exhibit B for a period for up to 3 years. | 01:15:52 |
| 21 | The specific products and services pricing | 01:15:55 |
| 22 | details and terms of access shall be defined | 01:15:57 |
| 23 | in Exhibit B which may be updated by Zillow | 01:15:58 |
| 24 | from time to time.  Preferential pricing | 01:16:02 |
| 25 | shall only be -- shall only to the provider | 01:16:04 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                              117

| | | |
|---|---|---|
| 1 | and nontransferable to any third party. | 01:16:06 |
| 2 | Nothing in this section obligates provider to | 01:16:08 |
| 3 | purchase Zillow's services and any such | 01:16:11 |
| 4 | purchases shall be subject to a separate | 01:16:14 |
| 5 | agreement between Zillow and the provider." | 01:16:17 |
| 6 | Q    If I can direct your attention to | 01:16:19 |
| 7 | Exhibit B, which is Bates stamp ending in | 01:16:23 |
| 8 | '583.  What Zillow services are listed on | 01:16:27 |
| 9 | Exhibit B? | 01:16:32 |
| 10 | A    Follow Up Boss plan. | 01:16:32 |
| 11 | Q    When did the negotiations for the Follow | 01:16:38 |
| 12 | Up pricing begin? | 01:16:40 |
| 13 | MR. TAESCHLER:  Objection to the form. | 01:16:42 |
| 14 | A    I don't remember the exact date. | 01:16:45 |
| 15 | Q    Do you recall if the negotiations for | 01:16:48 |
| 16 | the Follow Up Boss plan preceded negotiations | 01:16:50 |
| 17 | for the listing feed agreement? | 01:16:56 |
| 18 | A    I wanted it and probably requested it | 01:17:00 |
| 19 | earlier on in the year. | 01:17:05 |
| 20 | Q    Would you have pursued this Follow Up | 01:17:11 |
| 21 | Boss partnership with Zillow regardless of | 01:17:14 |
| 22 | whether EXP executed the listings feed | 01:17:17 |
| 23 | agreement? | 01:17:19 |
| 24 | MR. TAESCHLER:  Objection to the form. | 01:17:20 |
| 25 | A    I did.  I would have. | 01:17:21 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    128

| | | |
|---|---|---|
| 1 | A    I do. | 01:29:52 |
| 2 | Q    Why do you believe that limiting the | 01:29:52 |
| 3 | distribution of listings data would be a | 01:29:54 |
| 4 | travesty? | 01:29:57 |
| 5 | MR. TAESCHLER:  Objection to the form. | 01:29:59 |
| 6 | A    I think so much of what we do in this | 01:30:00 |
| 7 | country is taken for granted, the definition | 01:30:02 |
| 8 | of a bedroom.  In other countries that's not | 01:30:06 |
| 9 | standardized. | 01:30:10 |
| 10 | One argument I hear often is public | 01:30:10 |
| 11 | record data.  Public record data fields could | 01:30:13 |
| 12 | be as little as six or seven fields versus | 01:30:15 |
| 13 | MLS data could be 180 fields with photos and | 01:30:19 |
| 14 | descriptions. | 01:30:22 |
| 15 | So I grew up in the northeast in a house | 01:30:24 |
| 16 | built in 1960 that's un-renovated and a | 01:30:27 |
| 17 | property that's renovated sell for hundreds | 01:30:31 |
| 18 | of thousand of dollars different.  Without | 01:30:34 |
| 19 | this complete third party data, if you will, | 01:30:37 |
| 20 | it literally affects our ability to comp | 01:30:38 |
| 21 | property and get financing. | 01:30:42 |
| 22 | Q    Turning to the remainder of that | 01:30:46 |
| 23 | sentence, you're quoted saying, "creating | 01:30:47 |
| 24 | separate sets of inventory?" | 01:30:51 |
| 25 | A    I'm sorry, where are you reading that? | 01:30:53 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    129

| | | |
|---|---|---|
| 1 | Q    Just where I left off in the middle of | 01:30:55 |
| 2 | that top paragraph. | 01:30:58 |
| 3 |     So you're quoted saying, "Creating | 01:30:59 |
| 4 | separate sets of inventory for select groups | 01:31:03 |
| 5 | to access creates a much worse experience and | 01:31:07 |
| 6 | potentially fair housing violations." | 01:31:12 |
| 7 |     Do you see that language? | 01:31:15 |
| 8 | A    I do. | 01:31:16 |
| 9 | Q    Why does compromising that complete | 01:31:17 |
| 10 | dataset create a much worse experience, can | 01:31:20 |
| 11 | you describe what you mean there? | 01:31:25 |
| 12 |     MR. TAESCHLER:  Objection to the form. | 01:31:26 |
| 13 | A    Yes.  Currently, if a consumer goes to | 01:31:26 |
| 14 | any portal or company website in a local | 01:31:30 |
| 15 | market, they will see the complete dataset | 01:31:34 |
| 16 | versus having to go to multiple places to | 01:31:39 |
| 17 | piecemeal what is available and for sale in a | 01:31:43 |
| 18 | set area, like it is in other countries. | 01:31:49 |
| 19 | Q    And if inventory becomes available for | 01:31:51 |
| 20 | only select groups to access, how would that | 01:31:54 |
| 21 | potentially create fair housing violations? | 01:31:58 |
| 22 | A    If certain protected groups, from the | 01:32:01 |
| 23 | 1968 Fair Housing Act, do not have access, by | 01:32:03 |
| 24 | definition, we would create an access | 01:32:08 |
| 25 | problem. | 01:32:11 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                                    130

| 1 | MR. TAESCHLER:  Just for the record, I | 01:32:12 |
| 2 | want to interpose objection there, I | 01:32:13 |
| 3 | couldn't get it out before the witness | 01:32:16 |
| 4 | answered. | 01:32:17 |
| 5 | THE WITNESS:  Sorry. | 01:32:19 |
| 6 | MR. TAESCHLER:  It's okay. | 01:32:20 |
| 7 | Q    Explain how that could potentially be a | 01:32:21 |
| 8 | fair housing violation? | 01:32:23 |
| 9 | A    Sure.  There are -- so at the federal | 01:32:25 |
| 10 | level, there's seven protected groups, each | 01:32:26 |
| 11 | state has the ability to create more.  Off | 01:32:29 |
| 12 | the top of my head, I don't know exactly, | 01:32:31 |
| 13 | in 2025, I think D.C. has 11 more.  That's -- | 01:32:33 |
| 14 | the last time I took a test in D.C., that's | 01:32:36 |
| 15 | what it was.  Maryland has like seven more. | 01:32:40 |
| 16 | If everyone doesn't have access to the | 01:32:44 |
| 17 | same information, I don't see how it's not. | 01:32:46 |
| 18 | Q    And is the concern that if inventory is | 01:32:51 |
| 19 | only available to select groups, that | 01:32:55 |
| 20 | disadvantaged or underprivileged or minority | 01:32:59 |
| 21 | homeowners, would be those individuals not | 01:33:03 |
| 22 | provided access to this select inventory? | 01:33:07 |
| 23 | MR. TAESCHLER:  Objection to the form. | 01:33:11 |
| 24 | A    Yes.  And at disproportionate levels. | 01:33:13 |
| 25 | Q    Right underneath that, a company | 01:33:21 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    131

| | | |
|---|---|---|
| 1 | spokesperson is quoted as saying: | 01:33:24 |
| 2 | "Removing clear corporation would | 01:33:27 |
| 3 | negatively impact consumers who would | 01:33:30 |
| 4 | be forced into a pay-to-play scenario." | 01:33:33 |
| 5 | Do you see that language? | 01:33:37 |
| 6 | A    I do. | 01:33:39 |
| 7 | Q    Tell me more about the negative impact | 01:33:39 |
| 8 | on consumers and a potential pay-to-play | 01:33:41 |
| 9 | scenario. | 01:33:45 |
| 10 | MR. TAESCHLER:  Objection to the form. | 01:33:46 |
| 11 | A    If any one company controls the | 01:33:47 |
| 12 | inventory that people don't have access to, | 01:33:51 |
| 13 | they could affect who gets to see it.  What | 01:33:55 |
| 14 | rates they have to pay.  What splits agents | 01:33:58 |
| 15 | have to have. | 01:34:01 |
| 16 | Currently, today in the US, we compete | 01:34:08 |
| 17 | on value and service and what we charge | 01:34:11 |
| 18 | consumers and agents, because we have the | 01:34:14 |
| 19 | same level playing field.  If someone corners | 01:34:16 |
| 20 | a market, I don't think that would be the | 01:34:19 |
| 21 | same level of transparency and ability to | 01:34:21 |
| 22 | compete. | 01:34:26 |
| 23 | Q    You can put that document aside. | 01:34:27 |
| 24 | In your view, if numerous brokerages | 01:34:38 |
| 25 | expanded their private listing networks, how | 01:34:45 |

| | | |
|---|---|---|
| 1 | titled, "Morality, Trust and Legal Risk. | 01:39:30 |
| 2 | EXP's CEO on Private Listings." | 01:39:33 |
| 3 | A    I see that. | 01:39:37 |
| 4 | Q    I'm going to draw your attention to the | 01:39:39 |
| 5 | bullet at the top of Page 2, which reads: | 01:39:40 |
| 6 | "While EXP has its own exclusive | 01:39:47 |
| 7 | channel, Pareja said it accounts for | 01:39:51 |
| 8 | well below 1 percent of listings.  'We | 01:39:54 |
| 9 | don't teach it and we don't encourage | 01:39:57 |
| 10 | it in any way, shape, or form.'" | 01:40:00 |
| 11 | The percentage of well below | 01:40:04 |
| 12 | 1 percent of listings, is that | 01:40:06 |
| 13 | representative of your experience with | 01:40:08 |
| 14 | sellers affirmatively seeking a private | 01:40:10 |
| 15 | option? | 01:40:14 |
| 16 | MR. TAESCHLER:  Objection to the form. | 01:40:15 |
| 17 | A    You're asking me in my personal | 01:40:21 |
| 18 | experience? | 01:40:23 |
| 19 | Q    I guess EXP's experience. | 01:40:23 |
| 20 | MR. TAESCHLER:  Objection to the form. | 01:40:25 |
| 21 | A    I believe so, and my personal | 01:40:26 |
| 22 | experience. | 01:40:28 |
| 23 | Q    And why does EXP not encourage | 01:40:29 |
| 24 | exclusives in any way, shape, or form? | 01:40:32 |
| 25 | MR. TAESCHLER:  Objection to the form. | 01:40:36 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    137

| | | |
|---|---|---|
| 1 | A    Because the data shows, overwhelmingly, | 01:40:37 |
| 2 | that that would hurt sellers financially and | 01:40:41 |
| 3 | leave money on the table. | 01:40:45 |
| 4 | Q    Can you elaborate a little bit more on | 01:40:47 |
| 5 | why it hurts sellers financially? | 01:40:50 |
| 6 | A    Yes.  If you are trying to sell any | 01:40:54 |
| 7 | product on this planet, you try get it in | 01:40:59 |
| 8 | front of as many eyeballs as possible.  The | 01:41:03 |
| 9 | less reach, the less probability that you | 01:41:06 |
| 10 | will get the most amount of money. | 01:41:08 |
| 11 | Q    Does EXP provide any disclosures to home | 01:41:10 |
| 12 | sellers who are the considering a private or | 01:41:13 |
| 13 | off market listing? | 01:41:16 |
| 14 | A    We do. | 01:41:18 |
| 15 | Q    And what does EXP provide those sellers? | 01:41:19 |
| 16 | A    We have a plain English written | 01:41:24 |
| 17 | disclosure form that stipulates the risk that | 01:41:28 |
| 18 | they are taking. | 01:41:36 |
| 19 |      May I put this one aside? | 01:41:47 |
| 20 | Q    Yes, you can. | 01:41:50 |
| 21 |            (Whereupon, Seller Advisory: | 01:41:50 |
| 22 |            Risks of Limited Market Exposure | 01:41:50 |
| 23 |            (EXP_SUBP_0000020) was marked as | 01:41:50 |
| 24 |            Exhibit 239 for identification | 01:41:50 |
| 25 |            as of this date.) | 01:41:50 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                          138

| | | |
|---|---|---|
| 1 | Q    I'm handing you what's been marked | 01:42:03 |
| 2 | Exhibit 239, which is titled, "Seller | 01:42:05 |
| 3 | Advisory Risk of Limited Market Exposure," | 01:42:11 |
| 4 | and Bates-labeled EXP_SUBP_20. | 01:42:14 |
| 5 | A    I recognize this. | 01:42:21 |
| 6 | Q    Mr. Pareja, what is this document? | 01:42:22 |
| 7 | A    This is the form we drafted for sellers | 01:42:23 |
| 8 | to understand what a private exclusive -- a | 01:42:29 |
| 9 | property not on the MLS may experience. | 01:42:36 |
| 10 | Q    And I see a signature line there for | 01:42:43 |
| 11 | Seller 1 and Seller 2.  Does EXP or its | 01:42:45 |
| 12 | agents have sellers sign this form when they | 01:42:51 |
| 13 | choose to engage in a private or off market | 01:42:54 |
| 14 | listing? | 01:42:58 |
| 15 | A    I believe so. | 01:43:00 |
| 16 | Q    You did a really good job of the plain | 01:43:02 |
| 17 | English part for this form. | 01:43:06 |
| 18 |      Can we walk-through that?  What was the | 01:43:08 |
| 19 | purpose of No. 1, the limited buyer exposure | 01:43:11 |
| 20 | term? | 01:43:15 |
| 21 |      MR. TAESCHLER:  Objection to the form. | 01:43:15 |
| 22 | A    Sorry, limited buyer exposure, a large | 01:43:16 |
| 23 | pool of qualified buyers may learn that your | 01:43:20 |
| 24 | property is listed for sale, because your | 01:43:22 |
| 25 | property has not been given full market | 01:43:27 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                      139

| | | |
|---|---|---|
| 1 | exposure.  With reduced market exposure, | 01:43:29 |
| 2 | comes reduced visibility and with reduced | 01:43:31 |
| 3 | visibility comes reduced demand for your | 01:43:33 |
| 4 | property. | 01:43:33 |
| 5 | A large pool of qualified, may never | 01:43:36 |
| 6 | learn. | 01:43:44 |
| 7 | Q    Great. | 01:43:44 |
| 8 | And explain the purpose of including | 01:43:44 |
| 9 | this term? | 01:43:46 |
| 10 | A    In plain English, we'd like to convey | 01:43:47 |
| 11 | that limited exposure reduces the pool of | 01:43:49 |
| 12 | qualified buyers that may be in the market at | 01:43:53 |
| 13 | that time. | 01:43:57 |
| 14 | Q    Could you read the second financial risk | 01:43:57 |
| 15 | disclosure? | 01:43:59 |
| 16 | A    With reduced market exposure comes | 01:44:01 |
| 17 | reduced visibility.  And with reduced | 01:44:03 |
| 18 | visibility, comes reduced demand for your | 01:44:06 |
| 19 | property. | 01:44:09 |
| 20 | Q    Oh, I'm sorry.  Let me direct to No. 2, | 01:44:10 |
| 21 | financial risk. | 01:44:13 |
| 22 | Do you see that there? | 01:44:14 |
| 23 | A    I do. | 01:44:15 |
| 24 | Q    Could you read the financial risk | 01:44:15 |
| 25 | disclosure? | 01:44:16 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    140

| | | |
|---|---|---|
| 1 | A    Limited market exposure may and likely | 01:44:17 |
| 2 | will result in reduced competition for your | 01:44:19 |
| 3 | property.  And reduced competition means you | 01:44:22 |
| 4 | lessen your chances for the highest sales | 01:44:25 |
| 5 | price and best terms on your property. | 01:44:27 |
| 6 | Q    And what was the purpose of including | 01:44:29 |
| 7 | the financial risk disclosure? | 01:44:30 |
| 8 | A    We wanted to convey in plain English | 01:44:33 |
| 9 | that there are real financial risks. | 01:44:34 |
| 10 | Q    Turning to No. 3, longer time on market. | 01:44:37 |
| 11 | Could you read the disclosure? | 01:44:40 |
| 12 | A    Sure. | 01:44:42 |
| 13 |     In many markets, residential properties | 01:44:42 |
| 14 | listed with limited market exposure tend to | 01:44:45 |
| 15 | stay on the market longer than those given | 01:44:47 |
| 16 | full market exposure.  This reality may | 01:44:52 |
| 17 | inversely impact or otherwise frustrate plans | 01:44:53 |
| 18 | to sell your property for the highest price | 01:44:57 |
| 19 | and the best terms within the shortest period | 01:45:00 |
| 20 | of time. | 01:45:02 |
| 21 | Q    And what was the purpose of the longer | 01:45:03 |
| 22 | time or market disclosure? | 01:45:05 |
| 23 | A    I think we were referencing studies that | 01:45:08 |
| 24 | show properties with limited exposure tend to | 01:45:09 |
| 25 | sit on the market much longer. | 01:45:14 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                              141

| | | |
|---|---|---|
| 1 | Q    Turning last to No. 4, no public | 01:45:16 |
| 2 | portals. | 01:45:19 |
| 3 |     Could you read that disclosure? | 01:45:20 |
| 4 | A    I can. | 01:45:22 |
| 5 |     Withholding your property listing from | 01:45:22 |
| 6 | public portals such as Zillow's, Realtor.com, | 01:45:23 |
| 7 | Redfin, and Homes, may reduce its visibility, | 01:45:26 |
| 8 | limit the pool of potential buyers, and | 01:45:30 |
| 9 | negatively affect your chances of achieving | 01:45:32 |
| 10 | optimal sales terms and net proceeds. | 01:45:36 |
| 11 | Q    And what was your purpose of including | 01:45:39 |
| 12 | the no public portals disclosure? | 01:45:40 |
| 13 | A    We were explaining that if your property | 01:45:43 |
| 14 | is not syndicated to public portals, it will | 01:45:45 |
| 15 | also affect the amount of people it can | 01:45:49 |
| 16 | reach, and negatively affect your chances of | 01:45:51 |
| 17 | obtaining the price you're looking for. | 01:45:54 |
| 18 | Q    And why did you chose to list not only | 01:45:56 |
| 19 | Zillow, but also Realtor, Redfin, and Homes | 01:45:59 |
| 20 | in the disclosure? | 01:46:02 |
| 21 | A    I believe they're the top four most | 01:46:05 |
| 22 | visited websites in America. | 01:46:07 |
| 23 | Q    Does EXP make this form generally | 01:46:09 |
| 24 | available on the internet? | 01:46:11 |
| 25 | A    Yes.  I open source all my forms. | 01:46:13 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                           142

| | | |
|---|---|---|
| 1 | Q    And what is the purpose of open sourcing | 01:46:15 |
| 2 | this seller disclosure form? | 01:46:18 |
| 3 | A    I believe sellers should have | 01:46:20 |
| 4 | transparency in case a brokerage and/or MLS | 01:46:22 |
| 5 | doesn't have one, which happens throughout | 01:46:26 |
| 6 | the country.  I gave ours away, because I | 01:46:27 |
| 7 | think transparency to the American consumer | 01:46:31 |
| 8 | is paramount to have a liquid functional | 01:46:33 |
| 9 | housing system. | 01:46:37 |
| 10 | Q    You can put that document aside. | 01:46:38 |
| 11 | Mr. Pareja, when did you first learn | 01:46:42 |
| 12 | about Zillow's listing access standards? | 01:46:44 |
| 13 | A    When? | 01:46:49 |
| 14 | Q    Um-hmm. | 01:46:50 |
| 15 | A    I don't remember. | 01:46:51 |
| 16 | Q    How did you first learn about Zillow's | 01:46:51 |
| 17 | listing access standards? | 01:46:55 |
| 18 | A    I would assume Errol told me. | 01:46:57 |
| 19 | Q    What did Mr. Samuelson tell you when he | 01:47:04 |
| 20 | told you about Zillow's listing access | 01:47:07 |
| 21 | standards? | 01:47:09 |
| 22 | A    That you all had -- that they all had a | 01:47:13 |
| 23 | policy coming. | 01:47:16 |
| 24 | Q    Did Mr. Samuelson explain his purpose in | 01:47:17 |
| 25 | sharing that the listing access standards | 01:47:21 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    143

| | | |
|---|---|---|
| 1 | were coming? | 01:47:25 |
| 2 | A    One more time, Bonnie? | 01:47:30 |
| 3 | Q    Did Mr. Samuelson explain why he shared | 01:47:31 |
| 4 | with you that the listing access standards | 01:47:35 |
| 5 | policy was coming? | 01:47:38 |
| 6 | A    Why?  I don't remember. | 01:47:40 |
| 7 | Q    Did Mr. Samuelson tell you whether | 01:47:44 |
| 8 | Zillow was telling other of its brokerage | 01:47:46 |
| 9 | partners in advance that the listing access | 01:47:49 |
| 10 | standards were coming? | 01:47:52 |
| 11 |     MR. TAESCHLER:  Objection to the form. | 01:47:54 |
| 12 | A    I do remember him saying. | 01:47:55 |
| 13 | Q    Okay.  What is your understanding of | 01:47:58 |
| 14 | Zillow's listing access standards? | 01:48:00 |
| 15 |     MR. TAESCHLER:  Objection to the form. | 01:48:03 |
| 16 | A    One more time, Bonnie? | 01:48:10 |
| 17 | Q    What is your understanding of Zillow's | 01:48:12 |
| 18 | listing access standards? | 01:48:14 |
| 19 | A    It's the rules that they laid out in | 01:48:15 |
| 20 | their documents of how they would treat | 01:48:18 |
| 21 | listings. | 01:48:21 |
| 22 | Q    And are Zillow's listing access | 01:48:22 |
| 23 | standards consistent with your views about | 01:48:24 |
| 24 | the listing transparency? | 01:48:26 |
| 25 | A    I believe so. | 01:48:29 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    145

| | | |
|---|---|---|
| 1 | Q    From your understanding, do Zillow's | 01:49:31 |
| 2 | listing access standards apply to all | 01:49:34 |
| 3 | brokerages who wish to display their listings | 01:49:37 |
| 4 | on Zillow's platforms? | 01:49:42 |
| 5 | A    I do. | 01:49:44 |
| 6 | Q    So Zillow's listing access standards | 01:49:44 |
| 7 | apply to EXP's listing; is that right? | 01:49:45 |
| 8 | A    They do. | 01:49:51 |
| 9 | Q    So if an EXP listing violated Zillow's | 01:49:52 |
| 10 | listing access standards, Zillow would not | 01:49:57 |
| 11 | display that EXP listing on Zillow's | 01:49:59 |
| 12 | platforms, correct? | 01:50:04 |
| 13 | MR. TAESCHLER:  Objection to the form. | 01:50:05 |
| 14 | A    That's correct. | 01:50:06 |
| 15 | Q    Do Zillow's listing access standards | 01:50:11 |
| 16 | govern or limit what's displayed on | 01:50:14 |
| 17 | non-Zillow websites, apps, or platforms? | 01:50:18 |
| 18 | MR. TAESCHLER:  Objection to the form. | 01:50:23 |
| 19 | A    Non-Zillow, I don't believe so. | 01:50:28 |
| 20 | Q    And so Zillow's listing access standards | 01:50:29 |
| 21 | do not restrict what is displayed on EXP's | 01:50:32 |
| 22 | own website, correct? | 01:50:36 |
| 23 | MR. TAESCHLER:  Objection to the form. | 01:50:37 |
| 24 | A    Not at all. | 01:50:39 |
| 25 | Q    And EXP can still display listings, even | 01:50:40 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    146

| | | |
|---|---|---|
| 1 | if they violate Zillow's listing access | 01:50:45 |
| 2 | standards, on EXP's website? | 01:50:49 |
| 3 |     MR. TAESCHLER:  Objection to the form. | 01:50:52 |
| 4 | A   We display what comes over from the | 01:50:53 |
| 5 | MLSs, at scale. | 01:50:56 |
| 6 | Q   Does EXP have any policy regarding how | 01:50:57 |
| 7 | quickly listings must be posted to an MLS | 01:51:03 |
| 8 | after being publicly marketed, in order for | 01:51:06 |
| 9 | them to be displayed on EXP's website? | 01:51:11 |
| 10 |     MR. TAESCHLER:  Objection to the form. | 01:51:17 |
| 11 | A   One more time, Bonnie? | 01:51:32 |
| 12 |     MS. LAU:  Could you read that back? | 01:51:35 |
| 13 |         (Whereupon, the requested | 01:51:38 |
| 14 |         testimony was read by the court | 01:51:38 |
| 15 |         reporter.) | 01:51:38 |
| 16 |     MR. TAESCHLER:  Same objection. | 01:51:38 |
| 17 | A   No.  We do not. | 01:51:40 |
| 18 | Q   Has anyone at Zillow ever requested that | 01:51:41 |
| 19 | EXP enact such a policy for EXP's own | 01:51:44 |
| 20 | website? | 01:51:50 |
| 21 |     MR. TAESCHLER:  Objection. | 01:51:52 |
| 22 | A   No.  They have not. | 01:51:52 |
| 23 | Q   Does EXP have any policy regarding what | 01:51:54 |
| 24 | listing it will host on its own website? | 01:51:56 |
| 25 |     MR. TAESCHLER:  Objection. | 01:52:00 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    147

| | | |
|---|---|---|
| 1 | A    No.  We do not.  Just what comes over in | 01:52:01 |
| 2 | the MLS data. | 01:52:03 |
| 3 | Q    Does EXP have any plan to enact such a | 01:52:05 |
| 4 | policy? | 01:52:09 |
| 5 | MR. TAESCHLER:  Objection. | 01:52:10 |
| 6 | A    No.  We do not. | 01:52:11 |
| 7 | Q    Does EXP display Compass listings on its | 01:52:12 |
| 8 | website today? | 01:52:16 |
| 9 | A    We currently display every listing that | 01:52:19 |
| 10 | comes through on an MLS feed. | 01:52:23 |
| 11 | Q    And to your knowledge has EXP removed or | 01:52:24 |
| 12 | taken down any Compass listing from EXP's | 01:52:28 |
| 13 | website? | 01:52:32 |
| 14 | MR. TAESCHLER:  Objection to the form. | 01:52:33 |
| 15 | A    To my knowledge, we've removed no | 01:52:35 |
| 16 | listings from our website. | 01:52:37 |
| 17 | Q    And that applies to all brokerages, not | 01:52:39 |
| 18 | just Compass? | 01:52:41 |
| 19 | A    Correct. | 01:52:41 |
| 20 | Q    I'm handing you what's been marked | 01:52:43 |
| 21 | Exhibit 240 which is a EXP website print out | 01:52:45 |
| 22 | of a listing in Washington D.C. for 902 T | 01:52:56 |
| 23 | Street Northwest. | 01:53:02 |
| 24 | (Whereupon, 602 T Street, NW, | 01:53:03 |
| 25 | Washington DC, EXP Listing was | 01:53:03 |

RESTRICTED - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Leo Pareja
Conducted on October 15, 2025                    148

| | | |
|---|---|---|
| 1 | marked as Exhibit 240 for | 01:53:03 |
| 2 | identification as of this date.) | 01:53:03 |
| 3 | Q   And I can represent to you that this is | 01:53:04 |
| 4 | a print out from EXP's website taken on | 01:53:39 |
| 5 | September 18, 2025.  Does this appear to be a | 01:53:48 |
| 6 | true and accurate copy of a listing from | 01:53:52 |
| 7 | EXP's website? | 01:53:59 |
| 8 | A   I don't have a reason to believe that | 01:54:00 |
| 9 | it's not. | 01:54:01 |
| 10 | Q   You can put that aside.  I'm handing | 01:54:02 |
| 11 | what's been marked Exhibit 241 which is an | 01:54:04 |
| 12 | EXP website print out of a listing in | 01:54:07 |
| 13 | Delaware for 3 Tara Court. | 01:54:10 |
| 14 | (Whereupon, 3 Tara Ct, | 01:54:12 |
| 15 | Selbyville, DE, EXP Listing was | 01:54:12 |
| 16 | marked as Exhibit 241 for | 01:54:12 |
| 17 | identification as of this date.) | 01:54:12 |
| 18 | Q   In Selbyville. | 01:54:14 |
| 19 | And I can represent to you that this is | 01:54:27 |
| 20 | a print out from EXP's website taken on | 01:54:29 |
| 21 | September 24, 2025.  Does this appear to be a | 01:54:33 |
| 22 | true and correct copy of an EXP website print | 01:54:41 |
| 23 | out? | 01:54:45 |
| 24 | A   I don't have any reason to believe it's | 01:54:45 |
| 25 | not. | 01:54:47 |