# EXHIBIT DX019

## April 2025 | Board Meeting Talking Points
### Final Slides

### Slide 9
- Thanks Robert.
- This time last year we did a deep dive on the macro-economic environment and Compass' positioning
- We came away from that work with the following 5 findings --- and as we evaluate the environment we're in today, all five of them still stand to be true.
- Brokerage is a historically profitable business model with a large, underserved customer base (agents) who remain central to the real estate transaction & sit at the center of a vast referral economy.
- Housing continues to be a massive $2Tr industry that has seen consistent growth over time.
- Transactions are cyclical, but TTV continues to move steadily up & to the right
- We've seen a sluggish recovery towards midcycle norms of >5M with ~4.3M projected homes sold in 2025 according to NAR's seasonally adjusted annual rate

### Slide 10
- As a result, our strategy remains unchanged
- Proven ability to recruit agents without incentives and acquire brokerages using all or mostly equity
- Proven ability to increase net company dollar (variable margin) by winning back agent opex
- Technology differentiation only getting wider vs. incumbent brokerages

### Slide 11
- The two driving forces since our last Strategy review are 1) increasing macroeconomic uncertainty and 2) evolving inventory dynamics
- On the evolving inventory dynamics, the landscape has evolved significantly in recent months
- We will spend the next ~15 minutes outlining actions taken in initially by NAR and Zillow, and the subsequent positions taken by MLSs, other portals, and the brokerage community
- As Robert mentioned, we are looking to have an open discussion on the strategic tradeoffs as we navigate a path forward

### Slide 12
- As we anticipated, NAR made their decision on the future of Clear Cooperation Policy in late March
- They announced that Clear Cooperation will remain in place, requiring listing submission to the MLS after one business day of off-MLS public marketing
- Private Exclusives are preserved, with a new clarification allowing 1:1 agent-to-agent sharing across brokerages
- With this announcement, NAR also introduced a new 'Multiple Listing Options for Sellers' policy to "provide sellers and their agents more options and choice when marketing a property"
- By and large, this announcement was a "no change, change" and does nothing material to our inventory strategy except for deflecting legal risk from NAR to the MLSs which created additional leverage for our MLS engagement work

### Slide 13
- As a result, we gave very little oxygen to this announcement and continued our focus on Compass 3-phased marketing with the field
- On the MLS engagement front, as I mentioned, NAR's deflection of legal risk to the MLSs gave us an opportunity to reach out to these leaders and advocate for rule changes where there is still improvement opportunity





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000025787

## Slide 14

- Then came Zillow's announcement just a little over two weeks later
- Zillow announced new 'listing access standards' that effectively mirrors NAR's Clear Cooperation Policy
- Within one business day of publicly marketing a listing, it must be posted on Zillow in order for the listing to ever be available on Zillow
- Zillow is defining public marketing as any promotion to consumers, regardless of the channel, including yard signs, social media, email blasts, and any marketing on a brokerage's public website
- Zillow confirmed that privately-marketed listings (Compass Private Exclusives) that are subsequently publicly marketed for one business day or less will not be banned
- However, Zillow has taken issue with the public advertising of Compass' Private Exclusive inventory even in the absence of a specific listing
- Zillow quickly followed Zillow's announcement stating that they would implement the same 'standards'

## Slide 15

- These listing access standards do not impact Compass Private Exclusives nor do they impact the ability to publicly market Compass Coming Soons for one business day
- This change means nothing for the 50% of our listing volume in MLSs that do not have rulesets that allow Compass Coming Soons to be publicly marketed for more than one business day
- For the other 50% of our listing volume, the standards will curtail the Compass Coming Soon period to just one business day, when it previously could have been longer (in some cases for as many days as the seller desires)
- When we look at our agents' relationship with Zillow more broadly, there are ~$110M of GCI and ~$12M of Net Company Dollar associated with teams who are a part of Zillow Flex program
- Zillow Flex program allows agents to pay a success fee (35-40% of the commission) for converted leads
- Teams engaged in this program are dependent on Zillow for a substantial portion of their business, which make them the greatest retention risk related to Zillow

## Slide 16 - Rory and Soham?

- Then

## Slide 17

- The crux of the different tradeoffs as we decide on a path forward in this dynamic is laid out in these three different paths
- I'll let Brad walk us through path 1 and I will walk through paths 2 & 3

## Slide 19

- Then

## Slide 20

- Then

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                        CZ_COMP_000025788