Message

| | |
|---|---|
| **From:** | Rory Golod [rory@compass.com] |
| **Sent:** | 6/23/2025 7:34:13 AM |
| **CC:** | Neda Navab [neda@compass.com]; Jacob Wells [jacob.wells@compass.com] |
| **BCC:** | nationalsalesleaders@compass.com |
| **Subject:** | Follow-Up: Compass is Sues Zillow For Abuse of Monopoly Power |

RVPs, DOOs, Sales Leaders & Brokers of Record,

As you've seen in Robert's note this morning, Compass is suing Zillow for abusing its monopoly power to ban homeowners and their agents for marketing homes off Zillow's website.

### Here's what you need to know:
- There are no immediate changes as a result of this lawsuit. **Private Exclusives and the Compass 3-Phased Marketing Strategy are still allowed under Zillow's ban and we encourage every agent to share the benefits of them with their clients.**
- This case is now in the courts and will take time. We will share any additional updates with you as they become available.
- Please reinforce with your agents that this action is about supporting them and protecting their clients' best interests. The message to them should be clear - Compass is going to tackle this fight and for them what matters most is staying focused on their clients and business
- **Given the pending litigation, should any of you or your agents be contacted by the press regarding this topic please refrain from engaging and immediately email Devin Daly at devin.daly@compass.com and Jason Carroll at jason.caroll@compass.com.**

### Resources for you:
- To help you address any questions with your agents, we've developed these Key Messages & FAQs. Please note, these are to be shared verbally and not in writing.
- If you'd like to send an email in addition to Robert's note, we've prepared this optional Sales Manager Email to Agents template. Please use this template with your agent roster as is and **do not make any edits.**
- We will be setting up calls this afternoon to further discuss this action, calendar invites to follow. Please prioritize this time today:
  - RVPs and DOOs: Today at 1pm ET
  - Sales Leaders: Today at 2:30pm ET
  - BORs: Today at 4:30pm ET

### What you can do to help:
- Encourage your agents to share the message with their clients that every listing is no longer on Zillow
  - Click here for the social media asset in Marketing Center
  - Click here for the social media asset in Google Drive
  - Click here for a digital newsletter in Marketing Center

Thank you for your leadership and for keeping our teams focused as we take the bold and important step forward.

Rory



**EXHIBIT 21**
Alexander
8/26/2025
Jessica Waack, CSR
RDR, CRR, NYACR, NYRCR

Compass, Inc. v. Zillow, Inc. et al.,
**DX021**
No. 1:25-cv-05201-JAV-SDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000046443

**Rory Golod**
President of Growth & Communications

www.compass-homeowners.com/



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CZ_COMP_000046444