# EXHIBIT DX022



COACHING AT
C◎MPASS

# What's Next: Zillow's New Listing Standards

*Everything You Need to Know to Confidently Guide Your Clients*

**May 2025**

Hello everyone
Today I want to make that everyone knows what Zillows new policy is so that you can confidently guide your clients through it



Compass, Inc. v.
Zillow, Inc. et al.,
**DX022**
No. 1:25-cv-05201-JAV-SDA

**EXHIBIT 22**
Alexander
8/26/2025
Jessica Waack, CSR
RDR, CRR, NYACR, NYRCR

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY          CZ_COMP_000036662

- Organized real estate – NAR + MLS + Zillow – is working really hard to prevent homeowner choice and to control all listings

- Zillow's standards are MORE restrictive than Clear Cooperation

COMPASS

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036663



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Seller Disclosure

**Slide updated on 5/20**

- The Compass 3-Phased Marketing Strategy Seller Disclosure will be **mandatory** for all listings as of Tuesday, May 27, 2025.

- Agents will start to see this form as a required item on their Compliance Checklist.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036665



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036666



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## What We Know

<mark>Slide updated on 5/20</mark>

A listing publicly marketed must be entered in the MLS within one business day for distribution and display on Zillow.

The standards apply to listings regardless of any applicable MLS rule.

COMPASS

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036668

## What We Know About Zillow's New "Listing Access Standards"

Slide updated on 5/20

1. Zillow's new standards applies to ALL agents at ALL brokerages

2. Your clients can still use the Compass 3-Phased Marketing Strategy

3. Compass Private Exclusives **are NOT impacted.** Zillow said Private exclusives shared 1:1 With agents outside of Compass will be banned from Zillow.

4. Compass Coming Soons can still be used **but only for 1 business day** for the listing to appear on Zillow (and Redfin)

5. New Construction listed *by a builder* are exempt from Zillow's new standards

6. The "notification period" for Zillow's standards goes from May 28 – June 30. Listings won't be banned for rule violations until June 30.

7. Zillow has adopted a "3 strikes – you're out" policy that starts on May 28; however, listings will not be banned before June 30.

8. Homes.com providing free $1,000+ "listing boost" for listings Zillow & Redfin ban.

CZ_COMP_000036669

## What We Know: Zillow's New Standards Applies to ALL Brokerages

- Zillow' new listing standards apply to listings at **all** brokerages, not just Compass.

- The rumors about Zillow banning all Compass listings are not accurate – *just an attempt by your competitors to win business.*

- If you search Zillow today (or after the listing standards go into effect), you will see thousands of active Compass listings.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036670

## What We Know: Your clients can still use the Compass 3-Phased Marketing Strategy `Slide updated on 5/20`

- Homeowners can continue to take advantage of the Compass 3-Phased Marketing Strategy to test price, gather insights, and generate early demand for their home.

  - Compass Private Exclusives are NOT impacted **however** Zillow is saying that Private Exclusives **cannot** be shared 1:1 with agents outside of Compass (contrary to what NAR and MLSs allow)

  - Compass Coming Soons publicly marketed for **1 business day** before being inputted into the MLS are NOT impacted

- **Don't worry!** Any listings currently using the Compass 3-Phased Marketing Strategy will **NOT** be impacted by Zillow's listing standards when they go into effect; Zillow will provide you a warning asking you to put the listing in the MLS by June 30th to appear on Zillow

COMPASS

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036671



## What We Know: Compass Private Exclusives are <u>NOT</u> Impacted

<span style="background-color: yellow">Slide updated on 5/20</span>

- Listings can be Compass Private Exclusives for <u>any</u> length of time

- 1:1 communication with agents outside of Compass is **NOT** permitted if your client wants to be on Zillow. This is counter to what NAR's CCP and MLSs allow.

- Compass Private Exclusives will not be banned from Zillow and Redfin as long as they are not publicly marketed. Examples include i) a sign in the yard, ii) a social media post, or iii) an agent website or consumer searable site

- In MLSs where you're currently allowed to publicly market a Private Exclusive (like with a yard sign or social media post), you'll need to stop that public marketing when Zillow's listing standards take effect—or the listing will be removed from Zillow

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036673



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036677

## What We Know: Zillow's "Notification Period"

**Slide updated on 5/20**

- There will be a "Notification Period" between May 28 through June 29.

- During this period, agents will begin receiving "listing violation notifications" directly from Zillow for listings that don't meet their standards, via email and phone call.

- According to Zillow, this period is "designed to give agents ample time to understand and ensure they're complying with the new listing access standards."

- Full enforcement of Zillow's new listing standards begins on June 30, no listings will be banned before then.

COMPASS

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036678

## What We Know: Zillow Is Adopting a "3-Strikes, You're Out" Policy

Slide updated on 5/20

- Zillow will be adopting a type of 3-strikes, you're out policy.

- Beginning on May 28, agents will receive warnings about a listing in violation of Zillow's new standards.

- Agents will receive warnings for their first two non-compliant listings, and then their third non-compliant listing – and all subsequent ones – will be banned from Zillow starting on June 30 without warning, for the life of a listing agreement between that listing broker (e.g. Compass) and seller.

- Zillow is tracking compliance at the agent level, but enforcing at the listing level. Listings that meet Zillow's standards – even if held by an agent who has received past violations – will be visible on Zillow.

COMPASS

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036679



According to Zillow, these are the items that are not allowed under their new policy
These are what would cause a listing to be banned by Zillow

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036680



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



The boost will have social media advertising across instagram, facebook and the internet

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036682



Have your listing show at the top of the search results on homes.com
94M people visited homes.com monthly in Q1 2024 compared to 200M on Zillow - so you still get half the exposure

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Priority placement on Homes.com Neighborhood, School, and Condo building pages
These are places on Homes.com where prospective buyers go to learn more about local communities

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036684



And a 3d Matterport included as well in select markets

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036685

## What Questions Are Our Agents Asking?

Slide updated on 5/20

1. "How will Zillow know if a Private Exclusive has been shared 1:1 with an agent outside of Compass? Are the hacking into my computer?"

2. "Our MLS allows Coming Soon for more than 1 business day. What do NAR and MLSs think about Zillow creating standards more restrictive than CCP?"

3. "If my client doesn't want to be on Zillow anymore. My client told me they don't want to be on Zillow anymore. What do they have to do?"

COMPASS

## How to Articulate This To Sellers - Scripts

Slide updated on 5/20

"Some listing platform have chosen to restrict the way we can publicly market your home. I want to make you aware of new Zillow standards and talk through the options I can present to you.

These new standards applies to all brokerage and all listings, not just Compass. In order for listings to appear on Zillow, they must be entered into the MLS within 1 business day of any public marketing (eg. yard sign, social post, consumer searchable site).

My goal is to secure the best price and the most value for your home through strategic exposure. Let's review our Compass 3-Phased Marketing Strategy together so you feel confident about listing with me."

COMPASS

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Compass 3-Phased Marketing Disclosure

Click Here to View Disclosure

https://drive.google.com/file/d/19Algekx2KMNuFUn8qRj7W046r5rowEZ9/view

COMPASS

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036688

**Updated Listing Presentation Pages -**

# RVPs ONLY - - use in markets where CCS is now allowed >1 business day

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036691





CZ_COMP_000036693



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Properly pricing a listing is one of the most important responsibilities we have as agents and can often be one of the most challenging - especially when markets shift. Right now, our market is experiencing an increase in days on market and price reductions [INSERT LOCAL STAT]. Raise your hand if you have ever had difficult pricing a home or ever reached out to a colleague asking for advice on pricing. We all have. Let's review a few solutions that you have to help better support sellers, and improve your pricing strategy.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036695

## 2 Solutions to Avoid Excessive Days on Market

Slide updated on 5/20

1. During shifting markets where pricing and managing seller expectations are challenging, implement Compass 3-Phased Marketing Strategy to gain better feedback on current market demands and pricing prior to MLS launch
   - Begin by using Compass Private Exclusives
     i. Gather feedback from Compass agents using Reverse Prospecting

1. Move Active MLS Listings into Compass Private Exclusive status during "slow-season" or summer months with low buyer activity

COMPASS

As we all just saw, every single one of us have asked for advice and feedback before when pricing a home. The good news is, is you have a great solution to gain even more insights on pricing feedback prior to launching on the MLS that also helps make sure we are positioning our sellers to limit their days on market and make the best first public impression. As Compass agents, you have the ability to leverage focus groups during the Private Exclusive Phase to collect feedback on pricing and demand using your Reverse Prospecting Tool - specifically by leveraging the 7 buyer demand signals in the linked flyer. Don't just spam your colleagues, if you want feedback and you are talking to your sellers about gaining better insights to better price and position their home, send the Reverse Prospecting email focusing on the 7 buyer demand signals and then pick up the phone and call the agent.

[ONLY APPLICABLE IN SOME MARKETS] As we have seen historically, the month of July can be very slow for real estate sales and similar to how agents take their listings off of the MLS during the holiday season, if applicable to your listing and your market, you can use Private Exclusives to still build demand without accumulating unnecessary days on market during the Summer months  - if your seller chooses.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Effective Pricing - Script

**Slide updated on 5/20**

*"Effective pricing ensures a successful outcome, and right now, we are seeing an increased number of price reductions locally. Compass Private Exclusives provide us with a unique opportunity to conduct the ultimate focus group prior to our MLS launch:*

- *We test your list pricing & promotional messaging by sharing it privately with Compass agents to gather feedback and test buyer demand at our current price.*
- *If you'd like, we will bring in interested buyers to privately tour your home prior to bringing it to market – and make adjustments as needed.*

*The feedback gained during our Private Exclusive phase will allow us to better align on pricing prior to publicly marketing during our Compass Coming Soon Phase and launching on the MLS when days on market begin to accrue and price drops are visible for everyone to see. This helps us better position and price your home to maximize your value."*

COMPASS

[EMPLOYEES  for more resources on how Compass 3-Phased Marketing help supports better pricing and position, please check out this recording from Certified Thursdays with Agent Coach Kevin Sneddon and MOMENTum Monday with Ashley Donat on how to best price and position your listings. Reach out to ashley.donat@compass.com if you would like assistance with this type of training in your region]

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036697

**Using Private Exclusives During Slower Months - Script**

Slide updated on 5/20

"Traditionally, summer tends to be a slower time in our market—with fewer buyers actively looking and more sellers competing for attention. Instead of continue to accumulate days on market which can negatively impact the perceived value of your home on the MLS and portal sites, we might consider moving your listing to **Compass Private Exclusive** status until X date.

- **We preserve your home's 'days on market'**—which is important. Long days on market can signal to buyers that a home might be stale or overpriced, even if that's not the case.

- **We maintain exclusivity and control** over how your home is presented, without losing momentum. We can share your home privately with motivated buyers and trusted agents—keeping it top-of-mind without overexposing it.

- **We gather valuable feedback** during this quiet period, allowing us to fine-tune pricing or presentation for a stronger re-launch.

- Then, when market activity picks up—whether that's late summer or early fall—we'll be in a perfect position to go back on the MLS with fresh energy and a 'new' listing feel.

This approach is proactive and can help protect your home's value. Let's walk through the timing together so you can feel confident that we're making the most of both the market and your home's potential."

Would you like a version of this tailored for email or text follow-up?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000036698



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY