Message

**From:** Ashton Alexander [ashton.alexander@compass.com]
**Sent:** 7/11/2025 9:26:56 AM
**To:** Robert Reffkin [robert@compass.com]
**CC:** Brad Serwin [brad.serwin@compass.com]; Will Hardy [will.hardy@compass.com]; Neda Navab [neda@compass.com]; Rory Golod [rory@compass.com]; Dave Crosby [dave.crosby@compass.com]; Haley Marks [haley@compass.com]; Nina Walker [nina.walker@compass.com]; Kalani Reelitz [kalani@compass.com]
**Subject:** 3-Phased Marketing | Relaunch

## Privileged - Redacted

Robert,

We are full steam ahead helping homeowners achieve the benefits of the 3-Phased Marketing Strategy.

For context, we dropped 12 percentage points between April and June (37% → 25%). Unsurprisingly, we are seeing the largest drop in homeowners choosing not to use the strategy in markets that are newly encumbered by a one business day limitation, given Zillow's policy (New England 38% → 18%, Philadelphia 43% → 26%, Nashville 34% → 17%).

We believe that homeowners will choose to use 3-Phased Marketing more over the coming months. See here a detailed project plan that will help us revive focus in the field and re-educate our agents and their clients on the benefits of this approach. The "big three" items that we think will drive the most progress are:
1. Rollout of localized performance data (i.e. what Dave did in TX)
2. Fresh pitch / scripts materials consistently served to the field (i.e. sales meeting slides, executive roadshow)
3. Strengthened accountability measures (SM leaderboard emails, 1:1 RVP biweekly meetings with Will, etc)

Please let us know any thoughts or feedback. Otherwise, we are mobilizing on the project plan. I'm happy to walk through this live as well, if helpful.

Best,
Ashton

---

E. Ashton Alexander

110 Fifth Avenue, 3rd Floor
New York NY 10011

www.compass-homeowners.com/



Pre-market your home without accruing a single day on market
Learn how the Compass 3 Phased Marketing Strategy can maximize your home's value.
COMPASS
Let's talk.



Compass, Inc. v. Zillow, Inc. et al.,
**DX027**
No. 1:25-cv-05201-JAV-SDA

EXHIBIT 27
Alexander
8/26/2025
Jessica Waack, CSR
RDR, CRR, NYACR, NYRCR

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000120639