Case 1:25-cv-05201-JAV-SDA   Document 163-19   Filed 12/16/25   Page 1 of 4

Message

| | |
|---|---|
| From: | Ashton Alexander [ashton.alexander@compass.com] |
| Sent: | 4/15/2025 11:28:01 AM |
| To: | Errol Samuelson [errol@zillowgroup.com]; Jeremy Hofmann [jeremyhof@zillowgroup.com] |
| CC: | Robert Reffkin [robert@compass.com]; Roman Valiouline [roman@compass.com]; Kalani Reelitz [kalani@compass.com] |
| BCC: | Will Hardy [will.hardy@compass.com] |
| Subject: | Re: Post today's discussion |

Jeremy & Errol,

I'm also sharing below my notes on what we discussed yesterday and follow ups/next steps. Please add any additional thoughts or clarifications.

Best,
A

**Calls to be scheduled:**
- <u>Wed</u> — Call to discuss NYC & Hamptons reciprocal data feeds w/ Street Easy
- <u>Friday</u> — follow back up on this + street east

**Next Steps:**
- **Ask for Z to delay implementation of new listing standards. Compass requests that a decision on implementation date be made no later than 7 days before May 1st (April 21st).** Errol thinks pressure is a good thing, but not going to unleash chaos on the market.
- **Z to come back with a better sense of timing for the new Compass Coming Soon product** - it will not accrue DOM, no price drop history in that.
- **Z to come back w/ ideas on "Showcase Agent Premier/Plus"**- production criteria, inventory/capacity, differentiated pricing, etc.
- **Z to come back w/ view on leads partnership opportunities & view on how economics would vary for different leads types** (e.g., Compass Private Exclusives vs. Compass Coming Soon vs. Compass traditional listing — Compass receives leads from Z display of Compass listings, success fee pricing to vary depending on specific lead type and / or listing type)
- **Z to come back w/ Compass brand-building or co-branding opportunities** (e.g., backlinks to Compass.com on all Compass listing displays on Z, Compass brand banner / premium placement on Compass listing displays on Z, co-branding)
- **Z to come back with the economics of how overall partnership helps compass double growth.**

**Notes on how Z will implementation the new standard:**
- **Office Exclusive** — Z says OK
  - OK to:
    - Share w/in brokerage across agents
    - Compass agents can share with clients (1:1 can be calls, texted links, emailed links, and any truly 1:1 direct digital sharing tool — e.g., Compass Collection or similar tool)
    - Compass agent can share 1:1 with agents outside of Compass
  - Z takes issue with "black box" showing # of private exclusives with click through to learn more
    - "Public advertisement saying 'come see my private exclusives'"
    - Compass explained that this is a requirement / non-negotiable, fair housing attorney & legal guidance
- **Compass Coming Soon Listings**
  - Listing can be publicly marketed Off-MLS and off-Z for 1 business day — Z says OK



CONFIDENTIAL

CZ_COMP_000002127

DX033 - page 1 of 4

- Errol confirmed that 1 business day is OK (vs. 24 hours), and that if a listing is publicly marketed for 1 business day before going into MLS/on Zillow, it will not be ban/blocked by Zillow
  - In MLS status that allow public marketing for > 1BD w/o syndication - OK as long as Z still has the listing either via IDX or VOW or direct feed to Z
  - 2 Z criteria current:
    - Listing needs to be in MLS, searchable and sharable by all participants/agents
    - Listing needs to be shared w/ Zillow; better in IDX or VOW, but if not, it needs to be a direct feed from Compass; sounds like it needs to be a direct feed if not in IDX
    - **We've thought about this and agree that if it's in Zillow, it should be in the MLS & sharable across MLS participants.** Any listings Z is sharing that Z gets from agents or brokerages, Compass would want data reciprocity, so we'd get that data as/from Z w/ same sharability or display permissions/criteria.
- **Delayed Marketing Exempt Listings** — as long as they are in VOW, Z says it's OK
- **Active status** — in VOW and/or IDX is OK
- Zillow confirmed that this new standard only applies to Exclusive Listings (e.g., listings w/ an Exclusive Listing Agreement w/ seller)

E. Ashton Alexander

110 Fifth Avenue, 3rd Floor
New York NY 10011

www.compass-homeowners.com/



Sent via Superhuman

On Tue, Apr 15, 2025 at 9:11 AM, Ashton Alexander <ashton.alexander@compass.com> wrote:
Jeremy — for calls re: Street Easy, please include me, Roman, Adam and Kalani. Please have Lacey send us times that work on your side, and my EA Kai (cced) can help coordinate on our end. We will send over a draft/working summary of terms in advance of the call.

For the broader partnership call on Friday, please include Robert, Kalani, Roman and myself. I'm adding in Robert's EA, Veronica (cced), to help us coordinate.

Best,
Ashton

E. Ashton Alexander

110 Fifth Avenue, 3rd Floor
New York NY 10011

www.compass-homeowners.com/



Sent via Superhuman

On Tue, Apr 15, 2025 at 5:33 AM, Robert Reffkin <robert@compass.com> wrote:
Thank you Jeremy. I too think it was a constructive meeting. For NYC and Hamptons partnership, the right people would be Roman (our head of Product) and Adam (oversees all MLS integration work). Both are cc'd in this email.

For the larger potential partnership, it would be me / Ashton / Roman at this point. I'm in the road tomorrow (so please go without me) but can do Friday and every following Monday / Wednesday / Friday.

As a Black CEO, the fair housing issue is very important to me. Fair housing is also very important to our board as 50% of our board is Black. That's why we hired the #1 fair housing lawyer in the country. As discussed in the meeting, he specifically said we had to provide notice on the brokerage's public website that Compass has Private Exclusive listings, including how many were meeting the buyers' specific search criteria upon every search and that we encourage buyers to contact the brokerage for information on those specific listings. He outlined that by doing this, "nobody could claim that Compass is trying to hide" because we are letting people know with every search, how many private listings there are and encouraging them to contact Compass so we can connect them with an agent who can show it to them. Other than disclosure, he said this was the most important feature to ensure we don't have fair housing issues. Happy to discuss this topic more to answer any questions.

Robert


Robert Reffkin
Founder & CEO
Compass


On Mon, Apr 14, 2025 at 11:32 PM Jeremy Hofmann <jeremyhof@zillowgroup.com> wrote:
Thanks for the time earlier, thought it was constructive, sorry my internet crashed at the end. We owe you follow ups on the fair housing issues you brought up, and some more concrete thoughts re coming soons post our discussion.

In terms of next steps, we should plan to get a small group together on Wednesday for NYC discussions. For us, that will be some combination of Errol, me and Caroline Burton.

Who from your side should be there and who should Lacey (cc'd) coordinate schedules with?

For Wednesday, we were under impression Ashton would bring more concrete notes / terms to start to work towards, with goal of 4/30 as date. Is that correct?

CONFIDENTIAL                                                                                                                                   CZ_COMP_000002129

Second, we should follow up on national partnership along the lines of what we discussed today. We owe you all some concrete details there, and we'll move quickly to get what we think the partnership looks like + initial thinking on test markets. Assuming that sounds compelling enough, we can then fast follow with potential terms and economics.

From our side, will be some combination of me, Errol and a few key product and sales people.

Who from your side should be included and who is best for Lacey to coordinate with?

Let us know if anything else we missed, otherwise lookign forward to it.

Thanks,
Jeremy

CONFIDENTIAL

CZ_COMP_000002130