Message

| | |
|---|---|
| **From:** | Rory Golod [rory@compass.com] |
| **Sent:** | 4/20/2025 12:35:52 PM |
| **To:** | Communications [communications@compass.com] |
| **BCC:** | SLT@compass.com |
| **Subject:** | Biweekly Sales & Regional Leader Digest |

Team,



Please see below for this week's bi-weekly regional and sales leader digest.

------------------

### Spinning the Compass Flywheel Faster

There is never a dull moment in our industry and the news of the last two weeks highlights yet another attempt by aggregators and MLSs to tighten their grip on the industry — something we've been anticipating and discussing for months. While there has been a lot said, I wanted to provide a slightly different perspective on how this impacts Compass. Functionally, **nothing changes for us.** Our strategy remains intact, and we will continue to invest in what we know works — the Compass Flywheel.

It's crucial to understand that our inventory strategy is not just resilient to external challenges but it thrives in the face of them. Private Exclusives remain central to how we create better outcomes for our clients, drive success for our agents, and strengthen our recruitment and retention strategies. Even with all the headlines, social media posts, and drama nothing changes in our business. Private Exclusives and the Compass 3-Phased Marketing Strategy will always be core and integral to the Compass Flywheel. Actually, I believe this will strengthen adoption of the Compass 3 Phased Marketing Strategy because it shines a brighter light on how this isn't only a strategy, but an existential battle for the future of our industry. That can be a powerful rallying cry for those who are still not fully bought in.

We have already solved for all of the benefits that an aggregator might offer an agent or an agent's client. We provide our agents with tools that outperform what the aggregators promise for both exposure and lead generation. Homes that go through the Compass 3-Phase Marketing Strategy, which doesn't rely on immediate mass exposure, sell for 2.9% more and 8 days faster. Additionally, our agents have access to targeted lead generation tools, including action plans, digital ads, with a 5x return on investment, and Likely to Sell leads, with an 8.5% win rate — 3x higher than any other online lead. While Compass.com doesn't have the number of web visits and awareness among consumers (yet!), if we are talking about the business of buying and selling homes we have the best set of tools to do so. We sell homes, not leads.

We win by continuing to invest in our Flywheel: recruiting top agents, equipping them with the best technology and marketing tools, and providing an inventory strategy that creates value for their clients. This cycle produces more efficient, higher-performing agents and creates demand for other great agents to come here. As that flywheel turns, we get stronger and stronger while chipping away at the entities that are desperately trying to hang on to control. This strategy will take time and that is okay. We can handle that. We continue to build and build and then by the time things come to a crossroads we will be overwhelmingly in the drivers seat.

### Fulfilling Destiny - Rory and the Masters

This past weekend, I couldn't help but reminisce about Rory McIlroy's Masters win at Augusta and how it was a beautiful metaphor for life and business. His win wasn't just a long-awaited victory, it was a stunning reminder of what perseverance, resilience, and belief in yourself can ultimately deliver. After 11 years of near-misses, public scrutiny, and questions about whether he'd ever recapture his major-winning form, Rory never wavered in his pursuit. He kept showing up, kept refining his game, and kept believing. And just when he thought he had won, he was challenged again to replay the 18th hole in a playoff that seemed like it was just too much to overcome. His emotional quote after the final putt said it all: *"If you never give up, you never know what's*

CONFIDENTIAL

Compass, Inc. v.
Zillow, Inc. et al.,

**DX041**
No. 1:25-cv-05201-JAV-SDA

CZ_COMP_000002270

*possible."* That mindset — to keep going, even when the path is unclear — is a powerful metaphor for all pursuits in life.

This moment wasn't just about a green jacket. It was about the journey: the weight of expectations since his early 20s, the heartbreak of Augusta in 2011, and the pressure of an entire sport wondering if he'd ever finish this chapter. When your entire identity is wrapped up in one thing, failing at it can seem like an emotional drop that one can never recover from. And yet, in true Rory fashion, he did it his way — with grace, grit, and that signature swing. His win reminds us that setbacks aren't endings, they're setups for something greater. Keep showing up. Keep believing. Never give up.

**Rory Golod**
President of Growth & Communications
[redacted]
www.compass-homeowners.com/

Pre-market your home without accruing a single day on market
COMPASS
Learn how the Compass 3-Phased Marketing Strategy can maximize your home's value
Let's talk.