Message

| | |
|---|---|
| From: | Leah George [leah.george@compass.com] |
| Sent: | 5/5/2025 8:07:48 PM |
| To: | Robert Reffkin [robert@compass.com] |
| CC: | Will Hardy [will.hardy@compass.com] |
| Subject: | Re: Thank You For Using The Compass 3-Phased Marketing Strategy |
| Attachments: | 4.jpg; 3.jpg; 2.jpg; 1.jpg; 5.jpg; 7.jpg; 6.jpg; 8.jpg |

Hi Robert and Will,

Thank you for taking the time to hear these concerns. Some of it is going to be hard to read, so for that I apologize. Very unfiltered opinions! I labeled the screenshot files in order and censored any identifiable info as it's not relevant who said what and I'm not here to put anyone on blast.

I want to reiterate that I don't personally agree with these opinions, I've had good experiences with the three phase marketing. I am also the type of person who isn't afraid to go head to head on something really important and I stray very far from following the mainstream on pretty much everything, so I feel proud to work for a company with a CEO willing to step into the line of fire in this way. I understand how the media works (really *who the media works for*), so I see this negative press as the smear campaign that it is.

Thank you again,
Leah

On Fri, May 2, 2025 at 4:27 PM Robert Reffkin <robert@compass.com> wrote:
Wow - that's great Leah. Adding my chief of staff will hardy so he can see some of what you are saying

Robert Reffkin | Founder & CEO



On Wed, Apr 30, 2025 at 3:18 PM Leah George <leah.george@compass.com> wrote:
Hey Robert,

I'm in a huge group chat with almost 20 other compass agents and there's a pretty negative conversation going on right now about the three phase marketing. Personally, I like it so I'm not really able to provide first hand constructive feedback but I know you care about what your agents are experiencing. Would you like to hear some of the things that people are saying?

Best,
Leah

On Mon, Apr 28, 2025 at 4:21 PM Leah George <leah.george@compass.com> wrote:

**EXHIBIT 76**
Hardy
9/4/2025
Jessica Waack, CSR
RDR, CRR, NYACR, NYRCR



Hey Robert,

That's funny, I'm literally entering another one in private exclusive as we speak! We were really challenging the market with Dearborn, getting into the $500k range in that area is pretty rare. Another one had been recently listed for $470k that was a reasonable comp which made us nervous about trying to go much higher than that. We put it up on private exclusive and had a few showings/inquiries at $495k while off market which gave us the confidence to go live on MLS at that price. We ended up with 5 offers, 3 of which were over asking and ultimately accepted $501k cash with no appraisal contingency! And we just came to terms on inspection too, so we are solid at $501k. Without that confidence we got from the pre market period, we likely would have listed for a lower price and perhaps would not have hit that 5!

Thank you,
Leah

On Mon, Apr 28, 2025 at 3:52 PM Robert Reffkin <robert@compass.com> wrote:
Leah,

Thank you for talking to your client about using the Compass 3-Phased Marketing Strategy on your listing at ▓▓▓▓▓▓▓▓▓▓! Giving homeowners the benefit of pre-marketing and testing price before going in the MLS is a choice they deserve.

If you have any feedback or success stories about how it went for your client, please let me know.

Robert

**Robert Reffkin | Founder & CEO**



Pre-market your home without accruing a single day on market
Learn how the Compass 3-Phased Marketing Strategy can maximize your home's value.
COMPASS
Let's talk

Document Produced in Native Format

CONFIDENTIAL

CZ_COMP_000083674

> **Zillow's threat to ban 'private listings' sets stage for real estate battle over home listings**
> post-gazette.com

> Our MLS got rid of coming soon because agents were complaining about the fines because they didn't follow the rules of sending in the paperwork! I used it. Loved it and never got fined!

> I liked it too.

> Agree. Just a coming soon and then active on the MLS

> Is there a way agents can petition this?

> Well again after May and this most likely will be my last one but I'm not using 3 Phase marketing. I'll just start it as a Coming Soon and then straight to the MLS. I have sent these Ricky Caruthe videos to ▇ and ▇ and have voiced my concerns over them.

Document Produced in Native Format

CONFIDENTIAL

CZ_COMP_000083675

> Public is stupid at times and opinionated. It will settle down and I hope with positive change!
>
> Edited

> That's 100% what it is, they are behemoths in a lot of markets so they can pull it off there maybe but here it makes no sense

1 Reply

> We are going to have fair housing lawsuits

> > That's 100% what it is, they are behemoths in a lot of markets so they can pull it off there maybe but here it makes no sense

> Agree! Our MLS is privately owned!

👍

> Need to go back to basic coming soon to allow marketing period and then active on MLS.

Document Produced in Native Format

CONFIDENTIAL

CZ_COMP_000083676

> Reffkin is not greedy. He is trying to make a change in the industry. I don't agree with the amount of power has over my business and listings! I don't plan to use the 3 Phased Marketing after May either!

> I'm trying to get into Inman to see the article about compass suing the one MLS

> Regardless of other brokerages doing their own version of this compass is a national platform and Reffkin is very very vocal about all of this. It's a bad...

> And that's why Reffkin is taking the heat! He is vocal and out front. No different that pocket listings at other beverage which we all know goes on!

> He may not be greedy personally but it looks that way to the public

> It's being portrayed in the media that compass wants to double end that's the issue

**Document Produced in Native Format**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CZ_COMP_000083677

> I have not however I've Ben presenting it has until the end of May you get a free $100 of advertising and leaving it at that. After May Inmost likely won't use 3 Phase Marketing. It personally doesn't do a bit of difference for me

> It makes no sense at all for Pittsburgh and I don't agree with Robert Reffkin's stance on it at all

> I'm curious exactly what we can and can't do with syncing to Zillow now like what they'll be able to monitor... none of this is good for compass a lot of bad press. I had a client yesterday tell me he's been seeing the news and Reffkin looks greedy

> Regardless of other brokerages doing their own version of this compass is a national platform and Reffkin is very very vocal about all of this. It's a bad look.

1 Reply

> Reffkin is not greedy. He is trying to make a change in the industry. I don't agree with the amount of

**Document Produced in Native Format**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CZ_COMP_000083678

> I loved Coming Soon, I wish they'd bring it back.

> I got so many buyer clients off of my listings for the short period it was allowed.

👎

> The other reason Robert Rafkin is pushing private exclusives is because in these bigger markets, it's being used as a recruiting tool

> I'd like to read that Inman article referenced in the video too but I canceled my subscription renewal 😩

💗

> [redacted] Sorry but compass is not Hermes or Chanel, no brokerage is, we are selling homes not purses. Basic supply and demand. The more buyers that see it the more offers, the better the terms for the sellers. I feel like it's asking agents to put aside our fiduciary duty to the clients and putting the brokerage's financial interests first. I disagree with HH's private exclusives and really

CZ_COMP_000083679

# Document Produced in Native Format

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

> I really feel like Compass wants us to drink the kool aid and I'm not interested

> I never get any feedback on price from anyone at Compass anyway so it's worthless

> Exactly

> Not enough agents in this market

> Right, and if you want to use it briefly for a sort of pre-marketing to get the price right or for example I had a seller who was recently divorced and she was...

> I mean in that case does it even need to be listed anywhere? Just call agents you know who do business. It'll be sold.

Wednesday 12:02 PM

> Right 🩷

> I mean I happened to have the perfect buyer so it worked out really well 😆

> Yay!

Document Produced in Native Format

CONFIDENTIAL

CZ_COMP_000083680

private exclusives and really disagree with compass' push for them. IMO the only benefit is if you have a buyer and can get them in early to avoid multiples bc you know it would be a feeding frenzy.

Right, and if you want to use it briefly for a sort of pre-marketing to get the price right or for example I had a seller who was recently divorced and she was alone with the 3 kids and working & going to school did not want a ton of showings I sold her house off market for less than she could have gotten on the market, but her ex husband was demanding all of the proceeds above $750K anyway so she had 0 desire to sell for more.. in that situation, a private exclusive made sense. This is like .002% of people.

1 Reply 👍 🎯

Hes pushing it like it's some sort of miracle for sellers to save their official days on market count from being too high? It is a sellers market dawg. How about just tell them to price it right?

I really feel like Compass wants us to

iMessage

**Document Produced in Native Format**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CZ_COMP_000083681

