Message

**From:** John Bilek [john.bilek@compass.com]
**Sent:** 5/20/2025 8:06:21 PM
**To:** Will Hardy [will.hardy@compass.com]
**Subject:** Re: Zillow-- this is bullshit

Over half will. I'll pulse tomorrow on my call. My coaching thus far has been "show and educate the seller and let them decide" knowing that if you demo it properly most sellers will say "I don't think it's n my best interest to be on Zillow". That worked this morning at the sales mtg I spoke at with about 40 agents.

John Bilek
National Head of Sales Management
Regional Vice President

Compass RE
3701 Kennett Pike
Wilmington, DE 19807



On Tue, May 20, 2025 at 6:54 PM Will Hardy <will.hardy@compass.com> wrote:
I'm all into that strategy. Do you think agent's will respond positively to it?

Compass
Chief of Staff to CEO

110 5th Avenue, 5th Floor
New York, NY
10011

On Tue, May 20, 2025 at 4:08 PM John Bilek <john.bilek@compass.com> wrote:
It's improbable, but hard to coach to this; meaning we say unlikely, then the agent sets the wrong impression and it ends up getting banned and seller is upset. I'm leaning towards us taking a harder stance and coach sellers that their property will likely NOT be on Zillow and show them why that's a good thing.

John Bilek
National Head of Sales Management
Regional Vice President





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000091900

Compass RE
3701 Kennett Pike
Wilmington, DE 19807



On Tue, May 20, 2025 at 4:01 PM Will Hardy <will.hardy@compass.com> wrote:
yes - if the agent shows them, zillow is saying they will be banned. How they will determine if a listing is shown seems to rely on if someone rat them out?

On Tue, May 20, 2025 at 3:31 PM John Bilek <john.bilek@compass.com> wrote:
But if they're being shown (which most are) they are saying they are banned

John Bilek
National Head of Sales Management
Regional Vice President

Compass RE
3701 Kennett Pike
Wilmington, DE 19807



On Tue, May 20, 2025 at 3:28 PM Will Hardy <will.hardy@compass.com> wrote:
We're working on it right now. Please clarify private exclusives are not banned.

Compass
Chief of Staff to CEO

110 5th Avenue, 5th Floor
New York, NY
10011

On Tue, May 20, 2025 at 3:17 PM John Bilek <john.bilek@compass.com> wrote:
This is the sentiment from agents...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000091901

John Bilek
National Head of Sales Management
Regional Vice President
███████████

Compass RE
3701 Kennett Pike
Wilmington, DE 19807



--------- Forwarded message ---------
From: **Jeff City Block** <jeff@jeffcityblock.com>
Date: Tue, May 20, 2025 at 3:09 PM
Subject: Re: Zillow-- this is bullshit
To: John Bilek <john.bilek@compass.com>
Cc: Josh Solow <joshua.solow@compass.com>

Zillow is saying even PEs will be banned.

**EXPERT REAL ESTATE REPRESENTATION
SINCE 2001**

Jeff "City" Block, Esq, Associate Broker
City Block Team
Founding Member, Compass Philadelphia
1430 Walnut St, 3 FL, Phila, PA 19102
8204 Germantown Ave, Phila, PA 19118

jeff@jeffcityblock.com
www.cityblockteam.com

███████████
███████████

PA License No. AB065556


On May 20, 2025, at 3:08 PM, John Bilek <john.bilek@compass.com> wrote:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CZ_COMP_000091902

Agreed. We will get our interpretation of this out ASAP.

**John Bilek**
National Head of Sales Management
Regional Vice President

Compass RE
3701 Kennett Pike
Wilmington, DE 19807



On Tue, May 20, 2025 at 3:01 PM Jeff City Block <jeff@jeffcityblock.com> wrote:
https://www.zillow.com/c/info/zillow-listing-access-standards/

**EXPERT REAL ESTATE REPRESENTATION**
**SINCE 2001**

Jeff "City" Block, Esq, Associate Broker
City Block Team
Founding Member, Compass RE, Philadelphia

1430 Walnut St, 3 FL, Phila, PA 19102

8204 Germantown Ave, Phila, PA 19118

jeff@jeffcityblock.com
www.cityblockteam.com

PA License No. AB065556

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     CZ_COMP_000091903

--

**Compass**
Chief of Staff to CEO

110 5th Avenue, 5th Floor
New York, NY
10011
www.compass.com

**Pre-market your home without accruing a single day on market**

Learn how the Compass 3-Phased Marketing Strategy can maximize your home's value.

COMPASS

Let's talk.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000091904