Message

**From:** Liz Piccolomini [liz.piccolomini@compass.com]
**Sent:** 5/21/2025 9:11:17 AM
**To:** Will Hardy [will.hardy@compass.com]
**CC:** Melissa Valdez [melissa.valdez@compass.com]
**Subject:** Re: San Diego Three Phased Marketing Pulse Feedback 5.20.25

Hi Will

In San Diego, we are in a one day market anyway. We've discussed Zillow being a non-issue in our market so I don't want to do the training the way it's laid out. We have had six sales meetings between last week and this week and at each one of them, we are touching three phase and Zillow being a non-issue. I think this is the most effective way to handle it here. My concern about rolling out an additional training is that we are making it bigger than it is here. We will continue with one on one and small group discussions around three phase and Zillow.

Liz Piccolomini.                    Sent from my iPhone

On May 20, 2025, at 3:46 PM, Will Hardy <will.hardy@compass.com> wrote:

Thank you. Given the comms fatigue that exists how much do you think we should lean in right now the Zillows new policy and be communicating to agents what they can and can't do?

Compass
Chief of Staff to CEO

110 5th Avenue, 5th Floor
New York, NY
10011

On Tue, May 20, 2025 at 5:59 PM Melissa Valdez <melissa.valdez@compass.com> wrote:



*Agent Panels Work!*
*Steve Salinas office meeting sharing Three Phased Marketing successes.*

"What's Working"



EXHIBIT 94
Hardy
9/4/2025
Jessica Waack, CSR
RDR, CRR, NYACR, NYRCR



Compass, Inc. v. Zillow, Inc. et al.,
**DX094**
No. 1:25-cv-05201-JAV-SDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              CZ_COMP_000092057

Listing Metrics Summary by Week End

| Three Phased Marketing Adoption | 4/12/2025 | 4/19/2025 | 4/26/2025 | 5/3/2025 | 5/10/2025 | 5/17/2025 | 5/24/2025 | Total |
|---|---|---|---|---|---|---|---|---|
| Phase 1: % of new Compass listings launched as a PEX | 46.8% | 50.0% | 51.3% | 38.4% | 53.5% | 51.7% | | 48.8% |
| Phase 2: % of PEX moved to Compass Coming Soon | 58.3% | 66.7% | 57.5% | 64.5% | 76.0% | 54.1% | | 63.8% |
| Compass 3-Phased Marketing Adoption | 27.7% | 33.3% | 32.5% | 23.3% | 39.5% | 25.0% | | 30.9% |

- Continuous improvement
  - May week over week 39.4% → 24.6% (14.9%)
  - January 6.5% → May 31.2%
- Focus on moving PE to CCS. Regional PE Friday newsletter prompts AEM to send out congratulatory email and reminder, how to and offer to support moving listing to CCS.
- AEM team leveraging Reverse Prospecting to help drive targeted growth by enabling more precise outreach based on buyer activity and interest. Helping add another tool in the toolkit, especially during the early phases to help support agent insight for sellers on pricing and buyer demand.
- Eric Iantorno #1 Pacific Sotheby's agent joined Compass testimonial. Great interest and immediate adoption of Three Phased Marketing, with support from Luxury and local teams:
  - We'll be incorporating private exclusives into every single listing pitch strategy we present to them, with a slightly adjusted talk track that will align with the client profile they shared.
  - We have offered to attend their next listing pitches until they feel more comfortable speaking to private exclusives as a key differentiator.
  - They confirmed they will plan to launch their listings as private exclusives, even if they have to keep the PE time period short. They definitely see the value.
  - They also mentioned they have several existing clients who had asked Eric about partnering with a Compass agent to gain access to our private exclusive inventory. Additionally he shared that he was the competing agent pitching against Brett Dickinson for Sandcastle ($108 mil), and following losing that pitch he realised he was unable to compete with the strategy Brett presented to the client. A key component was the impact we could provide while the property was in PE, directly followed by a full press PR campaign that Eric referenced several times.

- TV slide shows in offices and sales meetings sharing agent testimonials

ONLY ON COMPASS

"My team has fully embraced Compass' 3-Phase Marketing System, and it's transformed the way we sell homes. Every listing we bring to market follows this strategic approach, and the results speak for themselves.

Recently, we launched one of our listings as a Private Exclusive—and before it ever hit the broader market, we secured a full-price offer. The seller was over the moon! Not only did they avoid the hassle of open houses and endless showings, but they also gained the flexibility to move on their own terms, without feeling rushed.

This system lets us focus on serious, qualified buyers—not random portal inquiries from agents who've never even set foot in the home. It's a game changer for saving time and creating a smoother experience for everyone involved. Most importantly, our clients love it because they stay in control of how their home is sold."



Todd Armstrong
Agent, Mission Valley

- 1:1 Principal Conversations with Sales Managers
  - SM/AEM/MA meeting with full teams where principal is a non-adopter
- Agents leveraging social media assets around Coming Soon and Private Exclusives
- Final push for free digital ad through office flyers, comms, meetings and 1:1s

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CZ_COMP_000092058



### "Continuing To Work"
- 1:1 Principal Conversations with Sales Managers
  - SM/AEM/MA meeting with full teams where principal is a non-adopter
- Friday RVP Private Exclusives email to entire region adding agent testimonials
- Agents leveraging social media assets around Coming Soon and Private Exclusives "Only on Compass.com"

### "What's Not Working"
- CRMLS threats of fining agents for following NAR new guidelines (Broker to Broker 1:1 conversations regarding Private Exclusives)
- Zillow threats causing uncertainty and fear in agents when facing their sellers.
- Fatigue of communication continues with messaging coming from too many sources.
- No Private Exclusives book requests yet, but teams are trained and ready to support inquiries.

### Top 400 Listing Agent Update
- Current adoption rate 29.19% (+1.99% QTD)
- Link: Q2 || Top 400 Listing Agents Three Phased Marketing

### AE/MA/OA Incentive Progress
- Tactics for Success:
  - Work with office pods in weekly syncs to review list and identify who from office should reach out
  - AEM focus and follow up with Reverse Prospecting
  - AEM focus and follow up on PE listings to CCS
  - SM/MA/AE collaborative meeting with all top 400 to educate, inspire and drive adoption.
  - Leverage digital ad incentive final month for $100 free ads.

Melissa Valdez
Director of Regional Operations, Agent Experience and Marketing
1953 San Elijo Avenue, Suite #100
Cardiff By The Sea, CA 92007

www.compass.com



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CZ_COMP_000092059

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000092060