Message

**From:** Robert Reffkin [robert@compass.com]
**Sent:** 4/12/2025 2:04:08 PM
**To:** Pamela D'Arc [pamela.darc@compass.com]
**CC:** Rebecca Mason [rebecca.mason@compass.com]
**Subject:** Re: Homeowner Choice Over Homeowner Control

Robert Reffkin
Founder & CEO
Compass

On Sat, Apr 12, 2025 at 12:05 PM Pamela D'Arc <pamela.darc@compass.com> wrote:
I agree, but we have to be mindful of the buyer side as many of us work with a lot of buyers as well as sellers. If we can't service them with all of the listings, they will need to work with multiple agents and the loyalty will be compromised.

On Apr 12, 2025, at 7:42 AM, Robert Reffkin <robert@compass.com> wrote:

Happy to. If they wanted to. But would still give seller choice. Some
Sellers may want more privacy, even a password protected code (like some early new developments)

I think compass should be knows as the company that gave sellers the most choice as to how to market your home.

Robert Reffkin
Founder & CEO
Compass

On Fri, Apr 11, 2025 at 5:12 PM Pamela D'Arc <pamela.darc@compass.com> wrote:
I agree, but is there a way that we can have an agreement with Douglas Elliman, Sotheby's Corcoran, etc. that we share our off market listings?

On Apr 11, 2025, at 11:59 AM, Robert Reffkin <robert@compass.com> wrote:

I agree with your concern. I don't know the solution. But I do believe a trade association or a portal shoudlnt be able to tell a homeowner how they must market their home.

**EXHIBIT 97**
Reffkin
9/5/2025
Jessica Waack, CSR
RDR, CRR, NYACR, NYRCR

Compass, Inc. v. Zillow, Inc. et al.,
**DX097**
No. 1:25-cv-05201-JAV-SDA

CONFIDENTIAL
CZ_COMP_000003923

Robert Reffkin | Founder & CEO



On Fri, Apr 11, 2025 at 8:46 AM Pamela D'Arc <pamela.darc@compass.com> wrote:
Good morning Robert –
My concern with this shifting listing scenario and private exclusives is that buyers are now concerned that we may not have access to Corcoran's private exclusives and Sothebys and it's making buyers concerned that they're not getting all of the listings upfront and they need to work with multiple brokers.
This has come up a number of times and I have assured them and showed them emails from people like Emily Beare at Core that says Off market but yesterday I was with Danny Davis and he spoke about possibly listing something off market and I asked him to please let me know. The bottom line is it concerns me that we won't have access to other brokers listings and all these paid listing services are popping up, that will list all the off markets, assuming brokers add them, so it's one more thing to spend money on and one more place to have to input search criteria. We are inundated between needing to put our clients needs on Compass and Streeteasy to make sure we get everything, along with checking in with our friends at other firms to make sure we're covered.
What is the solution here?
Thanks


On Apr 11, 2025, at 7:37 AM, Robert Reffkin <robert@compass.com> wrote:


Compass Team,

Yesterday, Zillow announced that any listing that has been publicly marketed (ie, Compass Coming Soon) by any agent in the industry must be input into the MLS within 1 day or else Zillow will never allow it on Zillow. As an agent said, this is like Zillow saying "We control the industry, homeowners and agents have no choice. If you try to circumvent Zillow putting a Zestimate on your clients listing, Zillow will boycott you. If you try to circumvent Zillow putting Days on Market and Price Drop History on your listing, Zillow will boycott you. If you try to circumvent Zillow selling your buyer inquiry to the highest bidder and taking 40% of your buyer commission, Zillow will boycott you."

<u>Know that this does not affect Compass Private Exclusives in any way.</u> In the midst of a busy spring market, my message to you is: *keep doing what you're doing, and continue helping your clients realize the benefits of the Compass 3-Phased Marketing Strategy.*

While you may read headlines that sensationalize this as a sweeping new policy shift, <u>the reality for Compass is that half of our markets already operate this way where Compass Coming Soons can only be done for 1 day because of MLS rules.</u>

For decades, you, as real estate professionals have been and will remain the trusted source of your clients. Every day, you perform for your clients and in their best interest. Rarely do you consider a portal's strategy as part of your client's strategy or your responsibility. Real estate is local and we understand this dynamic.

CONFIDENTIAL

CZ_COMP_000003924

It's wrong that agents are the largest group of "free" content creators in the world. In fact, you pay the MLS and portals to take your data and have them sell it back to you. MLSs and portals are working together to control and monetize your listings, and they say they are doing this for the consumer. They aren't doing this for the consumer, they are doing it because they want your content. **Your content is the source of their revenue.**

We are in the business of buying and selling homes. Portals are in the business of selling leads. Nowhere in an "exclusive listing agreement" does it say - **"Please upload this to a portal. Make my exclusive listing agent invisible. Have the portal sell leads on my home to people that do not know me or my agent and have never seen my home."**

Almost 90% of buyers use a real estate agent, and while portals like Zillow say they have 200 million visitors to their website every month, there were only 4.2 million homes sold in the United States last year. **This means the vast majority of people looking on Zillow are doing just that – "looking."**

Zillow's actions are designed to consolidate power and limit your ability to control your listings. So ask yourself:

*-- Does Zillow truly care about protecting consumers, or is this about controlling my listing's content?*
*-- Did my client ever give Zillow the permission to display damaging price drops or days on market that can affect how much they sell their home for?*
*-- Did I give Zillow permission to take the photos and floorplan that I paid for and own the rights to?*
*-- Did either my client or I give Zillow permission to steer leads of would-be buyers to the highest bidder for a 40% referral fee?*

This moment goes beyond a policy – it's about control versus choice. In February and March of this year, over 50% of Compass sellers chose to pre-market their listings with Compass Private Exclusives or Compass Coming Soons, and what Zillow is saying to those homeowners is: **Zillow knows what's best for you and if you disagree we will boycott you.**

Homeowners should have the right to choose the marketing strategy that works best for them – and no policy from the largest trade association in the United States (NAR) or the largest real estate portal in the United States (Zillow) should have the ability to take that right away.

Robert

**Robert Reffkin | Founder & CEO**

CONFIDENTIAL

CZ_COMP_000003925

**DX097 - page 3 of 3**