# EXHIBIT DX162

## Compass 3 Phased Marketing - Impact Measures
*2024 full-year*

Research Question: Is there a quantifiable difference in **outcomes** between pre-marketing a home (using Compass 3 Phased Marketing) vs. directly marketing on the MLS?

| Sales Price[1] | Days to Contract[2] | % Price Drops[2] |
|:---:|:---:|:---:|
| **2.9%** | **20%** | **30%** |
| more | faster | fewer |
| Compass pre-marketed listings are strongly associated with a 2.9% price improvement over Compass listings that go direct to the MLS | On average, sellers who utilized Compass pre-marketing received an offer 20% faster listings that go direct to the MLS | On average, Compass pre-marketed listings were 30% less likely to have a price drop than those listed directly on the MLS |

[1] Findings from the internal analysis were based on a hedonic regression model that examined Compass residential closed sell-side transactions from January 1, 2024 - December 31, 2024, nationally and for all residential property types (single-family, co-op, condo, townhouse, and condop). For 2024, Compass pre-marketed listings are associated with an average 2.9% increase in the final close price versus Compass listings that went directly to the MLS. The estimated effect has a 95% confidence interval ranging from 1.9% and 3.9%. This finding may vary depending on market conditions and seasonality. The results provided are based on current data and methodologies, and should not be interpreted as definitive predictions of future outcomes.

[2] Findings are descriptive statistics and compare the average of Compass residential listings that went active on a MLS and were pre-marketed as a Compass Private Exclusive and/or Compass Coming Sooner vs. the average of Compass residential listings that went active on a MLS but were not pre-marketed as a Compass Private Exclusive and/or Compass Coming Soon from January 1, 2024 - December 31, 2024. Price drop history is included for geographies where price drop history is available from MLS. Source Compass data.

COMPASS     April 2025                                    Board Materials, Confidential, Do Not Forward

---

Having pushed adoption of Compass 3 Phased Marketing starting in Q3, and heavily in Q4, our data team analyzed all of our 2024 closed transactions to understand if, and to what extent, there was a difference in outcomes between transactions "treated" with 3 Phased Marketing and those that were marketed directly on the MLS.

To analyze the price effect, and to neutralize claims of bias or cherry-picking, we did the following:
We leveraged the same regression model used by the Bright MLS in their study of on vs. off MLS price effects
We looked at the full year of 2024 (versus just the last 2 quarters where data began to increase)
Only outliers were removed, per normal statistical modeling ...
Full year 2024 was analyzed versus just the last 2 quarters where volume began to accelerate
All property types were anlyzed, versus just limiting to certain types

The analysis found that pre-marketing a property through the Compass 3 Phased Marketing program is strongly associated with a 2.9% increase in the close price, versus peer properties listed directly on the MLS.

In addition, we utilized our evolved data models to understand the differences in days to contract, and price drops, between pre-marketed and direct-to-MLS, finding that pre-marketed properties go under contracted 20% faster and are 30% less likely to experience a negative price-drop.

EXHIBIT 162

Reffkin
9/5/2025
Jessica Waack, CSR
RDR, CRR, NYACR, NYRCR

Compass, Inc. v.
Zillow, Inc. et al.,
**DX162**
No. 1:25-cv-05201-JAV-SDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000025879



Given the hard push for teams across the county to adopt the Compass 3 Phased Marketing program, we updated our analysis at the close of Q1. Here are some of our key findings:

We observed a 25% increase in the number of closed transactions that were part of the Compass 3 Phased Marketing Program

The observed association on improved sale price outcomes was 3.5%

Days to contract moved to 42%, and price drops were 55% less likely for Compass premarketed.



Discuss how compass one is being used to provide access to our unique inventory PE and CCS and how these insights are driving the benefits of the Compass 3-phased marketing strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Discuss how compass one is being used to provide access to our unique inventory PE and CCS and how these insights are driving the benefits of the Compass 3-phased marketing strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY