Message

**From:** Robert Reffkin [robert@compass.com]
**Sent:** 5/13/2025 11:14:11 AM
**To:** Soham Bhonsle [soham.bhonsle@compass.com]
**Subject:** JPM

Can you pleaseadd these notes in what you have and print for me.

This was the ideal outcome - CCP and the Zillow ban helps Compass financially
I don't think demand has been eliminated, its been deferred. Our budget for the year I expect to stay the same, revenue is moving from one month to another.
700 agents on, generating 2.5x more revenue then people that left.

**Robert Reffkin | Founder & CEO**







CONFIDENTIAL                                                                                     CZ_COMP_000033664