# EXHIBIT DX169

# JP Morgan TMT Conference Fireside Chat Prep

**THIS IS A PUBLIC AND RECORDED APPEARANCE**

**Location:** Westin Boston

**Time Allotted:** 35 minutes

**Moderator:** Dae Lee (SMID-Cap Internet Analyst) who also covers Zillow

**Topic: Compass Overview**

**Q. Robert, thank you for being here today. Maybe to kick it off for investors that are not as familiar with your Company and your story can you please provide an overview on Compass, your platform and industry?**

*Overview*

- Thanks for having us here today, Dae
- Compass is a tech-enabled real estate brokerage and we're the largest in the country
- We also provide other Integrated Services such as Title & Escrow and Mortgage into the transaction today
- For investors not familiar with our industry:
    - The Brokerage market is a **$100bln revenue opportunity** today;
    - When you add Title and Mortgage that's **another $80bln in TAM** so combined, a very large market to go after
    - We are the largest brokerage in the US by volume with **6% share** and we did roughly $215 billion is transaction volume and **$5.6 billion in revenue in 2024**




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CZ_COMP_000033781

- We currently **operate in 35 states** including DC and primarily operate at the higher-end of the market with an **average sales price of $1.1 million**

*Our Key Point of Differentiation:*

- We have **37,000 of the best real estate agents** in the industry
- The way Compass differentiates itself in the market is through our end-to-end technology platform where **we've invested $1.7 billion in over the past 12 years since our founding**
- Our tech platform helps real estate agents save time and make more money which in turn allows Compass to take more market share over-time
- To give you a sense, the average real estate agent uses 15 different tools today to close a transaction, but our platform is truly end-to-end with the agent able to perform MLS-level search, communicate with their clients, track their business and close the transaction all on one platform
- None of our competitors have a platform

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000033782

**Topic: Q1 Results**

**Q. You guys just reported record first quarter results last week, can you provide us with a quick recap of our results and then we'll dig into your business.**

- Yes so here are just a few stats I would share:
    - We delivered **29% revenue growth year-over-year** in a quarter where the overall housing market remained at trough levels
    - Our **total transaction outpaced the overall market by 30% and by 9%** on an organic basis
    - We produced **record Q1 for Adjusted EBITDA of $16** million, up from negative $20 million a year ago
    - We produced **record Q1 free cash flow which was up 230% from $5.9 million to $19.5 million year-over-year** in a quarter where most brokerages generate negative free cash flow due to the seasonality of the business
    - We also had another strong quarter on organic agents adds where **added 700 agents organically or up 35% year-over-year**
    - **Our Title & Escrow attach rate was up 700 basis points y/y**
- So as you can see the momentum in the business is really strong today

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Topic: Long-term Strategy**

**Q. On your call you highlighted your strong overall transaction growth. Can you provide more granularity on how you continue to plan on achieving transaction growth in the future?**

**There are 4 drivers to our transaction growth:**

1) First, is the overall housing market recovery
    - Total existing home sales remains at 4 million units which is a 29-year low, but we believe the mid-cycle of existing home sales is 5.4-5.6 million which is **35% higher from today's levels**
    - But at Compass we're looking to outgrow the market and that is going to be a function of:
2) Organic Agent Growth: we're **targeting 600-700 organic agent adds per quarter**
3) Accretive M&A:
    - The Brokerage market is highly fragmented today with **80% of the market generated less than $10 billion in GTV in 2024 compared to our $215 billion last year.**
    - Last year **we acquired 3 brokerages and we think we can continue that level of cadence this year** - we've already announced one acquisition.
    - We're having a number of conversations and we **target companies at 4-6x ebitda multiples pre-synergy and pre-mid cycle recovery so that turns in 2-3x over time**

4) Higher Agent Productivity: Through our platform we are constantly introducing new tools to make agents more productive and we see that the top-25% quartile of agents that spend more time on our platform are associated with higher productivity.

**Q. Compass achieved impressive agent growth & high retention in 2024 & so far in 2025. How will Compass maintain its agent value proposition & retention rates, particularly among top producers?**

- Yes, what we've seen on agent growth is an acceleration over the past few quarters and especially after the NAR settlement on August 17th
    - We've **attracted almost 700 agents per quarter for the past 3 quarters** and we feel good about that range going forward
    - Our **agent retention is at an industry-leading 97%** on a quarterly-basis which shows the stickiness of our platform and brand
    - But not only are we seeing more agents come to Compass, we're also seeing more top-producers looking to join Compass and here is an interesting stat:
        - **In Q1 the average gross commission of the agents we recruited compared to the agents we lost was 2.5x higher**
    - When we look at our total "TAM" for agents - **we have around 750,000 agents operating in our current markets** so there is plenty of opportunity for organic growth
- In terms of retention and maintaining value for agents - we are constantly building new tools to enhance our platform and coming out with innovative ways for them to stand out.
    - Over the past 12 months we've **rolled out more than 120 features on the platform and more than 70 in Q1 alone.**
- The best agents want to work with the best / most professional agents and at Compass we have a great agent referral network

## CCP/INDUSTRY DEVELOPMENTS

**Q. Let's discuss CCP now which was updated in late-March... there seems to be a misconception that CCP is a rule against private exclusives or office exclusives, but if you read the rules, it actually doesn't seem to be a rule against the office exclusive, so can you maybe help clear that up for investors?**

- Thank you for making that observation Dae
- So yes Office Exclusives, or what we call a Compass Private Exclusive is allowed under the updated CCP rule and has been a part of their Policy handbook since the 1970's
    - An office exclusive just to be clear, is when a listing is shared within the brokerage and not publicly marketed
    - However NAR, in their latest update also clarified that 1:1 sharing with other brokerages is okay per their policy
- **And so if you look at Q1, ~90% of our listings or ~17,500 of our listings that went through the Compass 3-phased marketing strategy STARTED as a Private Exclusive**
- **44% of our TOTAL listings started as a Private Exclusive**
    - These are listings that is only available to Compass agents

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CZ_COMP_000033786

**Q. This is maybe a good time to talk about the Compass 3-Phased Marketing Strategy. Almost half of your clients in Q1 went through the 3-phased marketing strategy ... Could you first explain what 3-phase marketing strategy is & how you've been able to find success so quickly as you've only been at it since late last year?**

- The Compass 3-Phased Marketing Strategy is a price discovery and pre-marketing tool for homeowners as they:
    1) Start a listing as a Private Exclusive and benefit from:
        a) Testing price
        b) No days on market
        c) No price drop history
        d) Building a buyer interest list
        e) No algorithmic valuations lower than the list price on the listing page
        f) No leads diverted to 3rd party agents that don't know the property
    2) With the full benefit of Price Discovery and insights from the first phase, the listing moves to Compass Coming Soon or Compass.com for a day or more depending on the MLS.
        a) This is when the listing becomes public for the first time, but the homeowner is coming to market with all the information they've gathered around pricing, demand from phase one.
    3) Full Market/Syndication

- The reason that we have seen **roughly ½ our clients in Q1 opt for the Compass 3-phased marketing strategy** is because there is NO DOWNSIDE.
    - The worst thing that happens is a home owner gets an offer, and they have an **OPPORTUNITY** to turn it down

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CZ_COMP_000033787

and then go to the public sites with the benefit of price discovery from pre-marketing.

**Q. Okay so cutting through all of the noise - how does all of this benefit your agents and ultimately Compass at the end of the day? Why is this something worth fighting for?**

- First, we just think this is the right thing to do for **homeowner choice** - they should have more options that just putting a listing on the MLS
- Homeowners should also not be forced to put their listing in the MLS or Portal and subject themselves to days on market, price drop history etc. if they don't have to.
- Our data shows that homes that went through the 3-Phased Marketing Strategy were associated with:
    - ***2.9% higher sale price** vs. transactions that were not that were not Compass Private Exclusives and/or Compass Coming Soons[1]*
    - ***20% faster days to contract***
    - ***30% fewer price drops***
- For Compass what we've observed is:
    - **170bps of better agent retention**
    - **800bps uplift in sides**
    - **740bps improvement in T&E attach**
    - Another quarter of strong agent adds with agents listing the Compass 3-Phased Marketing Strategy as the reason to come to Compass

**Note: the 3 stats above on agent retention, uplift, T&E have not been shared publicly previously**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CZ_COMP_000033788

**Q. I have to ask, Zillow has also taken a public stance on this with their Listing standards... How does their decision affect Compass?**
- Look, we are trying to work with them to find a solution that is mutually beneficial
- The most important thing though is: the Compass 3-phased marketing strategy can continue and;
- Again, we come back to homeowner choice - we homeowners should have a choice on how to list their home

**Topic: Housing Market Market**

**Q. The housing market is depressed so first just, what is your pulse on the housing market for the remainder of the '25 housing season?**

- First, I want to make clear that this is **my view of the national housing market** not Compass' markets because we do skew towards the higher-end and are not in all markets
    - So for the national market
        - **Pendings: +2.6% y/y** last week per Altos
        - **Inventory: +33% y/y** last week per Altos
        - Prices: Modestly below this time in 2024
            - **Price Cuts: 37% of listings** with a cut
    - Mortgage rates: 6.5-7% last few weeks
- It seems like we are moving to more of a buyers market today as inventory increases - **we are only 11% below 2018 levels**
- And I believe if mortgage rates can remain in the 6-7% range for the next year and we continue to get more inventory, then we have a chance of moving into the high-4 million unit range

**Topic: Compass Mid-cycle Math**

**Q. How should investors think about a more normalized level for Compass and what your earnings power is in that environment?**

- The framework investors can think about is:
    - **Control Organic OPEX:** 3-4% Growth Annually
    - **Market Recovery:** 4mln to 5.5mln existing home sales is **35-40% growth from current levels** and so we will participate in that recovery
    - **Outperforming the Market through Organic Agents Adds + Accretive M&A**
        - Over the past 4 quarters **we've grown market share by ~70 basis points** which includes the Christie's Acquisition
    - Attaching more Integrated Services such as:
        - Title & Escrow - **25-30% EBITDA margin** with similar unit economics to Brokerage
        - Mortgage - **25-30% EBITDA Margin at scale** with revenue per transaction higher than T&E in many cases
    - Affiliate Business Growth: We believe we can **5x the number of affiliates over time and they produce 30-35% EBITDA margin**
- When you put all of this together we believe we can generate hundreds of millions in free cash flow and Adjusted EBITDA

## Robert Notes

- This was the ideal outcome - CCP and the Zillow ban helps Compass financially
- I don't think demand has been eliminated, it's been deferred.
- Our budget for the year I expect to stay the same, revenue is moving from one month to another.
- 700 agents on, generating 2.5x more revenue than people that left.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CZ_COMP_000033791