# EXHIBIT DX171

## 3-Phased Marketing Strategy: Portal & Non-Portal Guides

As you know, Zillow recently announced their Listing Access Standards, which intends to "ban" listings from being listed on Zillow if the listing is not made available on Zillow within 1 business day of public marketing.

Given the recent announcement, many agents and sellers have become wary of their capability to leverage the 3-Phased Marketing Strategy to build hype and test price before going fully active on all platforms, due to the fear that the listing will be banned on Zillow. **However, this is not the case – there is a way to perform 3-Phased Marketing *without* experiencing a Zillow Listing Ban.**

The below documents provide clear instructions for members of each of the following MLSs to perform 3-Phased Marketing for the following scenarios:

1. **Zillow Path**: Seller wants to pre-market for a limited time period using 3-Phased Marketing, but still wants the listing up on Zillow in the final stage.
2. **Non-Zillow Path**: Seller wants to pre-market their listing and does not intend for the listing to ever be on Zillow.

*If your MLS is not listed below, please refer to the "Generic" Listing Guide for the explanation on how to perform 3-Phased Marketing without experiencing a Zillow Listing Ban.*

| MLS Name | 3-Phased Marketing Listing Guide |
|---|---|
| Generic - *for any MLS not listed below* | Generic 3-Phased Marketing Listing Guide |
| Realtracs | Realtracs 3-Phased Marketing Listing Guide |
| MLSPIN *(MLS Property Information Network)* | MLSPIN 3-Phased Marketing Listing Guide |
| BAREIS *(Bay Area Real Estate Information Services)* | BAREIS 3-Phased Marketing Listing Guide |
| West Penn Multi-List | West Penn 3-Phased Marketing Listing Guide |
| Garden State MLS | GSMLS 3-Phased Marketing Listing Guide |
| New Jersey MLS | NJMLS 3-Phased Marketing Listing Guide |
| Bright MLS | Bright 3-Phased Marketing Listing Guide |
| MRED *(Midwest Real Estate Data)* | MRED 3-Phased Marketing Listing Guide |
| HAR *(Houston Association of Realtors)* | HAR 3-Phased Marketing Listing Guide |
| MLSListings | MLSListings 3-Phased Marketing Listing |



EXHIBIT 171
Reffkin
9/5/2025
Jessica Waack, CSR
RDR, CRR, NYACR, NYRCR



Compass, Inc. v. Zillow, Inc. et al.,
**DX171**
No. 1:25-cv-05201-JAV-SDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000111290

|  | Guide |
|---|---|
| SFAR *(San Francisco Association of Realtors MLS)* | SFAR 3-Phased Marketing Listing Guide |
| Heartland MLS | Heartland MLS 3-Phased Marketing Listing Guide |
| Emerald Coast Association of Realtors MLS | ECAR MLS 3-Phased Marketing Listing Guide |
| Central Virginia Regional MLS | CVRMLS 3-Phased Marketing Listing Guide |
| realMLS *(Northeast Florida MLS)* | realMLS 3-Phased Marketing Listing Guide |
| Santa Barbara MLS | SBMLS 3-Phased Marketing Listing Guide |
| State-Wide MLS | State-Wide MLS 3-Phased Marketing Listing Guide |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000111291