# EXHIBIT DX200

Message

**From:** Joe Rath [joe.rath@redfin.com]
**on behalf of** Joe Rath <joe.rath@redfin.com> [joe.rath@redfin.com]
**Sent:** 4/11/2025 7:09:01 AM
**To:** Alina Ptaszynski [alina.ptaszynski@redfin.com]
**CC:** Glenn Kelman [glenn.kelman@redfin.com]; Christian Taubman [christian.taubman@redfin.com]; Anthony Kappus [anthony.kappus@redfin.com]
**Subject:** Re: Oops, I get it

P&C

I'm still struggling to understand why we're so quick to make this pledge when we could better understand the downstream impact by waiting and getting more listings on Redfin.com. The challenge in front of Compass (& Berkshire), Howard Hanna, and Douglas Elliman is how to get their listings on Zillow. While they debate next steps, we have a shot at getting those listings.

And while this pledge is decidedly good for buyers, we still don't have the answer for sellers that we want on suppressed days on market, price change history, and estimates.

If we **don't** make the pledge to ban these active listings (delayed marketing listings are active listings), we get:

- all delayed-marketing listings in VOW, by rule
- little-to-no scrutiny for collaborating with another broker to hide competitors' listings
- compliance with VOW rules that we fought for, where we tell our registered customers about all homes for sale on the site
- a better pitch for our agents to sellers that are looking for options to suppress DOM, the same pitch Compass will double-down on and that Zillow doesn't need because they don't have listing agents
- the second-order benefit of Zillow's pledge to ban these listings

**JOE RATH**
SENIOR DIRECTOR - BROKERAGE OPERATIONS

REDFIN | Direct: 216.534.5897 | License #: BRKP.2014002982 | He/Him
425 Literary Rd #100 | Cleveland, OH 44113

On Fri, Apr 11, 2025 at 9:31 AM Alina Ptaszynski <alina.ptaszynski@redfin.com> wrote:
Here's a round-up of the news coverage and some of the social commentary: https://docs.google.com/document/d/1IUq6LRxLRrbD6k4v7jWFNfOdfqYS97XxOQwZ8X3oAvQ/edit?tab=t.0

On Thu, Apr 10, 2025 at 10:10 PM Alina Ptaszynski <alina.ptaszynski@redfin.com> wrote:
We got one inbound from Paul McLeod, an antitrust reporter with The Capitol Forum. Anthony, [Redacted]
[Redacted]

A blog post makes sense if we're announcing that we will follow the same Zillow policy on display.

A statement is my preference if we are commending Zillow for taking a stand and committing, like EXP, to putting our listings on the MLS.

On Thu, Apr 10, 2025, 8:07 PM Glenn Kelman <glenn.kelman@redfin.com> wrote:

ATTORNEYS' EYES ONLY

Compass, Inc. v. Zillow, Inc. et al.,
**DX200**
No. 1:25-cv-05201-JAV-SDA

EXHIBIT #200

REDFIN_CZ00000662

I understand now how anti-VOW Compass is.
I can revise blog post but I think you want to make a statement instead Alina.
What's the difference? Is the statement an unsigned blog post?
It's not a reactive statement, we have no inbound...

--
Glenn Kelman (he) | Redfin | 206-819-7945 (cell)

--
**ALINA PTASZYNSKI | REDFIN | COMMUNICATIONS DIRECTOR**
alina.ptaszynski@redfin.com | 215-313-0754 | WASHINGTON, D.C.

Want the latest data on the housing market? Find it in our Data Center.

ATTORNEYS' EYES ONLY

REDFIN_CZ00000663