Message

| | |
|---|---|
| **From:** | Joe Rath [joe.rath@redfin.com] |
| on behalf of | Joe Rath <joe.rath@redfin.com> [joe.rath@redfin.com] |
| **Sent:** | 6/9/2025 9:00:05 PM |
| **To:** | Glenn Kelman [glenn.kelman@redfin.com] |
| **CC:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Lisa Taylor [lisa.taylor@redfin.com]; Paul Reid [paul.reid@redfin.com] |
| **Subject:** | Re: New submission: Slack #CEO Questions Suggestions |
| **Attachments:** | 2025 - Marketing Options Disclosure - R3.pdf |

Lisa or Paul might know the answer to this question. We created the attached seller disclosure that accurately describes our stance - a seller can choose between a public or private sale and we recommend the former as the most effective way to sell a home. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

**JOE RATH**
HEAD OF INDUSTRY RELATIONS & SENIOR DIRECTOR - BROKERAGE OPERATIONS

REDFIN | Direct: ▓▓▓▓▓▓▓7 | License #: BRKP.2014002982 | He/Him
425 Literary Rd #100 | Cleveland, OH 44113

On Mon, Jun 9, 2025 at 6:38 PM Glenn Kelman <glenn.kelman@redfin.com> wrote:
Is there a simple, clear document on our policy? It has been a source of confusion for me.

---------- Forwarded message ----------
From: **'Jotform' via #Operating Committee** <Operatingcommittee@redfin.com>
Date: Mon, Jun 9, 2025 at 6:37 PM
Subject: New submission: Slack #CEO Questions Suggestions
To: <Operatingcommittee@redfin.com>, <execassist@redfin.com>, <jz@rentpath.com>

**Redfin Company Meeting Question**

| **Question** | **Answer** |
|---|---|
| Question or Suggestion | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

ATTORNEYS' EYES ONLY

EX 215

REDFIN_CZ00000405

Glenn Kelman (he) | Redfin | ███████ ell)

ATTORNEYS' EYES ONLY

**REDFIN**

# Your listing options as a home seller

When selling your home, you get to choose whether to market it **publicly or privately**. While you may have heard that some brokerages are pushing sellers to list privately, at Redfin, we're here to empower you with information on your options and help you make the best choice for your unique situation.

## Listing publicly

The most effective way to sell your home and reach as many buyers as possible is to list it publicly on the Multiple Listing Service (MLS), which is a central database used by brokerages, including Redfin, to share information about homes for sale.

Listing on the MLS ensures your home appears not only on Redfin, but on other major home search sites like Zillow, Realtor.com, and more. **Most home sellers list publicly to help maximize competition, get the best price and terms, and sell quickly.**

Plus, when you list publicly with us, we'll help get your home in front of more buyers with preferred placement in search results on Redfin and targeted social media ads, app notifications, and emails.



**Your listing, your way**
We know some sellers have concerns about what information is displayed publicly. That's why we'll work closely with you to make sure you're fully satisfied with your listing details before anything is made public, and we NEVER share confidential information.

## Listing privately

We think you'll get the best results when your home is marketed on every real estate site and available to every buyer. But we know some sellers need extra privacy or are uncomfortable with a broad listing strategy and are willing to miss out on the significant value of public marketing described above.

In those cases, you can list your home as a Redfin exclusive. With Redfin exclusives, we'll market your home internally to Redfin agents and their buyers only. We won't list your home on Redfin, submit it to the MLS, or promote it in any public marketing.

If you wish to forgo the benefits of listing your property on the MLS, please sign below. (No signature is required if you are listing publicly.) By doing so, you acknowledge that you may negatively affect your final sale price or terms.

Name                                                    Date

Name                                                    Date

CONFIDENTIAL                                                                                          REDFIN_CZ00000407