# EXHIBIT DX239

# SELLER ADVISORY:
## Risks of Limited Market Exposure



**Selling a property privately—without inclusion in the Multiple Listing Service (MLS) or broader public marketing channels—can significantly limit visibility and reduce buyer competition, which may negatively impact your final sale price and terms.**

1.  **Limited Buyer Exposure:** A large pool of qualified buyers may never learn that your property is listed for sale because your property has not been given full market exposure.  With reduced market exposure comes reduced visibility, and with reduced visibility comes reduced demand for your property.

2.  **Financial Risk:** Limited market exposure may, and likely will, result in reduced competition for your property, and reduced competition means that you lessen your chances of receiving the highest sales price and best terms for your property.

3.  **Longer Time on Market:** In many markets, residential properties listed with *limited market exposure* tend to stay on the market longer than those given *full market exposure*.  This reality may adversely impact or otherwise frustrate plans to sell your property for the highest price and best terms within the shortest period of time.

4.  **No Public Portals:**  Withholding your property listing from public portals such as Zillow, Realtor.com, Redfin, and Homes.com may reduce its visibility, limit the pool of potential buyers, and negatively affect your chances of achieving optimal sales terms and net proceeds.

**eXp Realty® strongly encourages you to consider exposure to the broadest market possible which includes the Multiple Listing Service and broader public marketing channels available to all consumers, prior to accepting an offer.**

Prior to engaging in any form of "office exclusive" or "private listing network" or "pocket listing,"  it is imperative to establish priorities and assess the potential ramifications of restricted visibility on both buyer demand and transaction results.

Ultimately, the final choice of marketing direction is at your discretion.  You acknowledge your eXp Realty® agent has explained your options.  This is not a contract.

Seller 1:_____     _____    _____
                                 *(Signature)*                                                                   *(Typed/Print Name)*                                  *(Date)*

Seller 2:_____     _____    _____
                                 *(Signature)*                                                                   *(Typed/Print Name)*                                  *(Date)*

**(*Colorado Only*)**  This form has not been approved by the Colorado Real Estate Commission.

**(*Wisconsin Only*)**  This form has been drafted by Broker.



Compass, Inc. v.
Zillow, Inc. et al.,
**DX239**
No. 1:25-cv-05201-JAV-SDA

Version_R_USA_EN_04.10.2025

CONFIDENTIAL                                                                                                     EXP_SUBP_0000020