# EXHIBIT DX302



# Drivers of First Preference
## Refresh for H1 2021

Matthew Planesi, Insights and Innovation

April 2021

ZILLOW | TRULIA | STREETEASY | HOTPADS | NAKED APARTMENTS | REALESTATE.COM | OUT FAST

ZILLOWGROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00033356



Compass, Inc. v.
Zillow, Inc. et al.,
**DX302**
No. 1:25-cv-05201-JAV-SDA

# Drivers of first preference point toward the most-pressing challenges buyers, sellers, and renters have on their respective journeys

- **Buyers** are drawn to Zillow if they perceive that we are a trustworthy brand that provides the depth and quality of information they need
  - We perform well on tactical and relationship drivers of first preference, like being a **trusted resource** and **instilling excitement**, so we can focus on protecting those perceptions among buyers

- **Sellers** are more task-oriented – for them, preference is driven by factors specific to selling their homes more effectively
  - In addition to **trustworthiness** and **instilling confidence**, sellers are driven to prefer Zillow by the belief that Zillow is the **best place to list** their home and helps them **save time**
  - The best opportunity to improve first preference is by boosting perception that Zillow is a **'go-to' resource**

- For **Renters**, it's about the listings: volume, accuracy, reliability, trustworthiness – but developing emotional connections could be an opportunity for growth
  - Being a **'go-to' resource** that **understands renters' needs** is the best opportunity for growing first preference

ZILLOW | TRULIA | STREETEASY | HOTPADS | NAKED APARTMENTS | REALESTATE.COM | OUT EAST



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00033358

# Buyers are drawn to prefer Zillow by feelings of trust and informational quality

### Top 5 Most Important Relationship Drivers



| | |
|---|---|
| Trusted resource | 11% |
| Trustworthy information | 9% |
| Confident with trying new services | 8% |
| Makes me excited to find my new home | 7% |
| Makes me feel confident in process | 6% |

### Top 5 Most Important Experiential Drivers



| | |
|---|---|
| Is my 'go to' resource | 14% |
| Only site needed for all listings | 9% |
| Information to determine home I'd like to see | 7% |
| Most listings | 6% |
| Has the most accurate estimates | 5% |



ZILLOW | TRULIA | STREETEASY | HOTPADS | NAKED APARTMENTS | REALESTATE.COM | OUT EAST

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00033360

# Among buyers, we must protect our perceived trustworthiness to maintain our place as the most-preferred online real estate brand

- Because we perform well on relationship drivers for buyers, we should focus on **protecting** and **maintaining** our advantages:
  - Trusted resource with trustworthy information and reliable estimates
  - Instilling confidence in our new services and the real estate process as a whole
  - Making buyers excited to find their new home



Model r-squared: 0.279
Number of observations: 981

ZILLOW | TRULIA | STREETEASY | HOTPADS | NAKED APARTMENTS | REALESTATE.COM | OUT EAST



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00033361

## Buyers rate Zillow highly on key experiential drivers of first preference related to informational quality and exhaustiveness

- Similar to relationship attributes, we perform well on tactical drivers for buyers. Therefore, we should focus on **protecting** and **maintaining** our advantages:

  - Being buyers' go-to real estate resource — the only site needed for all listings

  - Providing all the information to decide to see a home and determine affordability

  - Having the most accurate estimates and listings

Model r-squared: 0.279
Number of observations: 981



ZILLOW | TRULIA | STREETEASY | HOTPADS | NAKED APARTMENTS | REALESTATE.COM | OUT EAST



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00033362