Message

| | |
|---|---|
| From: | Will Hardy [will.hardy@compass.com] |
| Sent: | 3/1/2025 4:07:47 PM |
| To: | Rory Golod [rory@compass.com] |
| CC: | Doug Gribbel [doug.gribbel@compass.com] |
| Subject: | Re: The Proof Is in the Data: Compass' 3-Phased Marketing Strategy Works |

Love it Doug, especially the below. It's what almost every industry outside of real estate does. Test price to determine demand and hone in from there.

There is real value to the homeowner to be able to conduct this skimming strategy without exposing the price move and days on market history to the broader buyer market, which has a negative effect on demand.

On Fri, Feb 28, 2025 at 7:01 PM Rory Golod <rory@compass.com> wrote:
Adding Will so he can see. Thanks so much for sending.


On Feb 28, 2025, at 6:46 PM, Doug Gribbel <doug.gribbel@compass.com> wrote:


Just had another thought about the 3-phased marketing strategy. In business school, I remember learning about the concept of "skimming" the market to maximize profit and that's, in a sense, what we are trying to accomplish with this strategy. We are pricing at a premium as a Private Exclusive for the buyers who are engaged with a (Compass) agent in searching (have usually already seen competing inventory) and are willing to pay a premium to avoid competing offers. Then we launch as a Coming Soon for broader exposure among engaged home searchers, not all of whom have engaged with a buyer's agent. Lastly, we launch as broadly as possible via the MLS with syndication to capture buyers at all stages of their search. There is real value to the homeowner to be able to conduct this skimming strategy without exposing the price move and days on market history to the broader buyer market, which has a negative effect on demand.

As background, here's a summary of skimming from Grok AI:

From a marketing perspective, **skimming** refers to a pricing strategy where a company sets a high initial price for a new product or service, targeting early adopters or customers willing to pay a premium, before gradually lowering the price over time to capture a broader market. This approach is often used to maximize revenue, particularly for innovative, unique, or technologically advanced products with little initial competition.

### How Skimming Works in Marketing
The skimming strategy leverages the concept of **price elasticity** and **market segmentation**. It starts by appealing to a small, less price-sensitive segment—typically affluent customers, enthusiasts, or those who value being the first to own something exclusive. As demand from this group wanes, the price is reduced in stages to attract more price-sensitive segments, effectively "skimming" revenue layer by layer from different customer groups. Key characteristics of skimming include:
1. **High Initial Price**: The product launches at a premium, signaling quality, exclusivity, or innovation.
2. **Gradual Price Reductions**: Prices drop over time to reach new market segments.
3. **Limited Initial Supply**: Often paired with controlled availability to maintain perceived value.
### How Skimming Maximizes Revenue

Compass, Inc. v. Zillow, Inc. et al.,
DX328
No. 1:25-cv-05201-JAV-SDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000001441

DX328 - page 1 of 5

1. **Captures Consumer Surplus**: Early adopters are willing to pay more, allowing the company to extract maximum value from this group before lowering prices for others.
2. **Recoups Development Costs Quickly**: For products with high R&D or production costs (e.g., tech gadgets like smartphones or gaming consoles), the initial high margins help recover investments faster.
3. **Builds Brand Prestige**: A high price can position the brand as premium or cutting-edge, enhancing long-term reputation and customer loyalty.
4. **Staggers Market Penetration**: By targeting different segments over time, the company avoids leaving money on the table from those willing to pay more while still expanding its customer base later.
5. **Manages Competition**: The high entry price can deter competitors initially, giving the company a head start to establish market dominance before price wars begin. ###
Example of Skimming in Action
Think of Apple's iPhone launches. A new iPhone often debuts at a premium price (e.g., $1,000+), attracting tech enthusiasts and loyal customers who want the latest model. After a few months, Apple introduces discounts, older models drop in price, or carriers offer deals, making the product accessible to a wider audience. This approach maximizes revenue from the high-end market first, then taps into the mass market later.
### When to Use Skimming
- **Innovative Products**: Works best when the product has unique features or a competitive edge (e.g., first-to-market advantage).
- **Inelastic Demand**: Ideal when early adopters aren't deterred by high prices.
- **Short Product Lifecycle**: Common in industries like tech, where products quickly become obsolete.
- **Brand Strength**: Companies with strong reputations can justify premium pricing. ### Potential Risks
- **Alienating Customers**: High prices might frustrate some segments, pushing them to competitors.
- **Competitor Entry**: If prices stay high too long, rivals might undercut with cheaper alternatives.
- **Limited Volume**: Initial sales may be low due to the narrow target audience.
 ### Conclusion
Skimming is a powerful tool to maximize revenue by strategically balancing high margins with expanding market reach. It's about timing—knowing when to extract value from premium buyers and when to broaden appeal—while maintaining the product's perceived value. When executed well, it turns a single product launch into a multi-phase revenue generator.

Doug Gribbel
Boston Real Estate Agent

CØMPASS
126 Newbury Street, 2nd Floor
Boston, MA 02116

On Thu, Feb 20, 2025 at 11:11 AM Doug Gribbel <doug.gribbel@compass.com> wrote:
 Also, to sell this internally at Compass, make sure you mention the tremendous network effect with 3-Phased Marketing...the value increases dramatically the more Compass agents start to list off-market first because more agents and their prospective buyers will want access to the large exclusive inventory. The larger the off market inventory, the more FOMO is created, the more demand to work with a Compass agent who has access to the large inventory. Plus, it increases the chances dramatically that you'll be working with a more professional Compass agent, as opposed to someone who only learns about it after it has been syndicated more broadly or because they are buying leads off the back of on-market listings.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    CZ_COMP_000001442

On Wed, Feb 19, 2025 at 10:09 PM Rory Golod <rory@compass.com> wrote:
This is so awesome, going to share with the team!

**Rory Golod**
President of Growth & Communications

www.compass-homeowners.com/



On Wed, Feb 19, 2025 at 9:55 PM Doug Gribbel <doug.gribbel@compass.com> wrote:
Rory,

I'm still smiling from the 28% pop in COMP today. After averaging down for years, my shares are finally in the money. :)

I spoke to prospective Sellers this week and they are waiting to get clarity on a job issue before committing to listing their Downtown Boston condo for sale. They were also nervous about not getting it listed in time to take advantage of the Spring market. I proposed the 3-Phased Marketing approach and how it would allow me to test their aspirational price now (while not accruing days on market) while they waited to feel more confident about selling. Then, their listing would be all set up and ready to go Coming Soon and then live in the MLS as quickly as necessary. They signed the listing agreement today and I've already had photos taken. It will go live as a Private Exclusive tomorrow. Here's what I included in my listing presentation: https://bit.ly/4ho2nbg

Hope this can help other agents! LFG Compass!

Doug

On Wed, Feb 19, 2025 at 5:48 PM Rory Golod <rory@compass.com> wrote:

Compass Agents,

During yesterday's earnings call, we shared early insights from an internal study that analyzed our 2024 sell-side transactions that were pre-marketed as a Compass Private Exclusive and/or a Compass Coming Soon before going active on the MLS. Compass listings that were pre-marketed:

1. Were associated with a **2.9% higher average close price**[1].

2. Received an accepted offer **20% or 8 days faster on average** once active on the MLS[2].

3. Created value for homeowners as **~30% fewer listings on average had a price drop** once active on the MLS[2].

We believe these strong proof points demonstrate that the Compass 3-Phased Marketing Strategy is associated with better outcomes for homeowners – click here to download and share social media assets.

I also want to acknowledge that Zillow recently released their own study that didn't actually analyze the impact of pre-marketing a home and is not relevant to the Compass study. **Their findings also hinge entirely on a comparison of the actual sales price to their Zestimate – which is exactly what it says, *an estimate* – not actual market value.** If you asked 100 agents if they would buy or sell a home for the Zestimate price, I doubt you would find one to say yes.

Looking ahead, Compass remains committed to protecting and maximizing the value of homes through the Compass 3-Phased Marketing Strategy – I'd love for you to email me how this strategy has helped you and your clients.

Rory

---

[1] Findings from the internal analysis were based on a hedonic regression analysis that examined Compass residential closed sell-side transactions from January 1, 2024 - December 31, 2024, nationally and for all residential property types (single family, co-op, condo, townhouse, and condop). For 2024, Compass pre-marketed listings are associated with an average 2.9% increase in the final close price versus Compass listings that went directly to the MLS. The estimated effect has a 95% confidence interval ranging from 1.9% and 3.9%. This finding may vary depending on market conditions and seasonality. The results provided are based on current data and methodologies, and should not be interpreted as definitive predictions of future outcome.

[2] Findings are descriptive statistics and compare the average of Compass residential listings that went active on a MLS and were pre-marketed as a Compass Private Exclusive and/or Compass Coming Sooner vs. the average of Compass residential listings that went active on a MLS but were not pre-marketed as a Compass Private Exclusive and/or Compass Coming Soon from January 1, 2024 - December 31, 2024. Price drop history is included for geographies where price drop history is available from MLS. Source: Compass data.

**Rory Golod**
President of Growth & Communications

www.compass-homeowners.com/



--
**View my bio, market reports and listings**

Doug Gribbel
Boston Real Estate Agent

**Compass**
126 Newbury Street, 2nd Floor
Boston MA 02116

--
**View my bio, market reports and listings**

Doug Gribbel
Boston Real Estate Agent

**Compass**
126 Newbury Street, 2nd Floor
Boston MA 02116

--

**Compass**
Chief of Staff to CEO

110 5th Avenue, 5th Floor
New York, NY
10011
www.compass.com



Pre-market your home without accruing a single day on market
Learn how the Compass 3-Phased Marketing Strategy can maximize your home's value.
Let's talk.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                          CZ_COMP_000001445