# EXHIBIT DX354

# Document Produced in Native Format



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00017773