# EXHIBIT DX371

## Internal Team Instructions for these slides:

- ⊘ These slides are not approved to share externally via screen share, a link or screenshot.
- ⊘ Do not edit or alter any of the wording or content positioning on the slides.
- ✓ DO use these slides a guide for your talk track and to address inbound questions from your teams.
- 💡 If you are struggling to answer additional questions, do not guess. Precision in messaging is key right now.
- 🏳 Flag to the Communications team if you are getting a repeated question that is not addressed in these slides.

ZILLOW GROUP



Compass, Inc. v. Zillow, Inc. et al.,
**DX371**
No. 1:25-cv-05201-JAV-SDA



ZG-00022389



# For months we've been vocal about listing transparency

**Inman Connect New York w/ Jeremy W and Errol S**

**Seller survey**

**IW PLN blog post**

Private listing networks are damaging the housing market, harming buyers, sellers and agents

**Inman sponsored content**

**Real Estate News**

Zillow exec: 'I don't see the benefit of hiding inventory, ever'

**Leadership videos promoted on Linkedin**

**Off–MLS Sales research**

**Agent PLN research**

**Arello webinar**

**PLN demographic research**

| January | February | March |
| --- | --- | --- |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00022390

# Then came NAR's CCP decision on 3/25

**NAR said they will maintain the Clear Cooperation Policy (CCP), with a few adjustments, including a new seller disclosure requirement and the ability to delay listing marketing.**

- NAR announced it will maintain the CCP, with a few adjustments, including a new seller disclosure requirement.

- The new policy, "Multiple Listing Options for Sellers" introduces a new category of exempt listings called "delayed marketing exempt listings" which allow a seller the option to instruct the listing agent to delay marketing a listing through Internet Data Exchange (IDX) and syndication for a period of time, <u>only if</u> the seller signs a disclosure form.

- As a result, there's been an uptick in brokerages creating their own version of exclusive consumer-facing networks, some doing so because they feel a need to compete

- The industry is largely looking to Zillow to take a stand against the anti-consumer practice of private listing networks (PLNs).

- Most sellers want broad access for their listings to maximize time to sell and price – we know this through extensive research.



**NAR opts to keep Clear Cooperation but adds a new option**

**NAR keeping Clear Cooperation — with a key addition**

A new complement to CCP will allow for "delayed marketing," giving home sellers the ability to keep their listings out of the IDX feed for a limited time.

Real Estate News Staff

**NAR unveils new MLS options policy, leaves CCP in place**

The policy allows for delayed marketing exempt listings, but it does not replace CCP.

ZILLOW GROUP

ZG-00022391

# Our goal with this announcement

1. Deter other brokerages from standing up new private networks publicly marketed to consumers
2. Encourage more brokerages to sign listing transparency agreements and align with our POV
3. Encourage MLSs to uphold NAR rules

**To do this, we focused on:**

- Highlighting Zillow Group's pro-consumer practices
- Educating consumers and media about the benefits of comprehensive and widely marketed home listings + the pitfalls of private networks
- Featuring Zillow's business resilience and brand power
- Creating noise about our stance with industry audiences

ZILLOW GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                              ZG-00022393

Key Messages:
## Zillow is committed to a fair, open and transparent marketplace

- At Zillow, we believe that every buyer, seller and agent deserves equal access to information. Our new listing access standards – requiring that a listing available to any buyer must be available to all buyers – reinforce this belief.
- A healthy housing market thrives on competition and transparency.
- When listings are made public, buyers can make the best decisions. Sellers benefit from a larger pool of potential buyers, which leads to better offers and a more efficient market.
- Posting in the MLS levels the industry playing field by giving small brokerages the same access to listings and exposure as the big players. That promotes more competition, not less.
- Many companies and individuals across the industry are joining us in committing to a transparent marketplace and we expect more to come.

ZILLOW CONFIDENTIAL

ZILLOW GROUP

# Zillow's listing access standards say:

**If a listing is publicly marketed to home shoppers, it should be marketed to all home shoppers.**

- When a listing is publicly marketed to consumers, it must be submitted to a MLS within one day and published on Zillow and other sites that receive listing feeds.
- These standards are in line with consumer interest and consistent with NAR's Clear Cooperation Policy with a few clarifications.
- Zillow's listing access standards outline how Zillow is implementing the NAR Clear Cooperation policy on our platform.
- Listings that don't meet these standards won't be published on Zillow and Trulia for the life of the listing.

ZILLOW GROUP

## Why our standards are important:

Everyone wins when we are all collectively focused on fostering a fair, open and transparent marketplace.

**The vast majority of agents and brokers already do the right thing for consumers. If that's you, there is nothing to worry about.**

- These standards are designed to ensure both consumers and all agents have equitable, timely access to real estate information.
- We know sellers want their home marketed to the widest audience of buyers. They want their home on Zillow because maximizing price and time to sell are important.
- Buyers want to see all available homes for sale in the market in one place.
- We've built in reasonable exemptions for TRUE private listings that are not publicly marketed, as long as there's written consent from the seller. The 'no internet' rule is already in place today in all MLSs and we understand some sellers may have a need for it.

ZILLOW GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00022396

# A few examples (not exhaustive):

| Allowed |
| --- |
| Office exclusives that are shared internally among agents within the same brokerage, but not marketed or available to consumers directly. |
| Coming soon listing if it is entered in the MLS and available to all MLS participants via IDX or VOW. |
| Delayed marketing listings if entered into the MLS and available to all MLS participants via IDX or VOW. |
| A private listing on the MLS, thus viewable to agents - but which a seller has opted out of all internet display and signed a disclosure.<br><br>• (and which the listing is not viewable to consumers, and is not publicly marketed) |

ZILLOW GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# How it's going:

- **No new PLNs** announced since 4/10
- Large and small **brokers publicly supporting our stance** (many not historically 'fans' of ZG)
- **CRMLS not going to support NAR delayed marketing** carveout (BrightMLS soon to follow)
- **Three primary detractors:** Compass/Reffkin, CoStar/Florance, Rob Hahn
- **Consumer Policy Center** & **Consumer Advocates in Real Estate** came out in support of our position (& continue to rebut the opposition)



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# What's happening now & next:



- **Large broker & franchisor conversations** (listing transparency agreements + product solutions)

- **Learning from MLSs** (how they're going to implement the NAR rules)

- **Ongoing drumbeat of news** (industry media is the battleground, consumer media for education and business media to mitigate competitor noise)

- **Activating our supporters** (online and with media)

- **Standards implementation planning** (details to publish, how we will operationalize implementation, edge case scenario-planning)

- **Broker-level product work** (coming soons, VOW, broker leads)

- **'Tuck in' Compass team leads** (helping them understand our POV and benefits of listing transparency)

- **Government and regulatory advocacy**

ZG-00022399



Appendix:

FAQs & Public Research

ZILLOW GROUP

# FAQs:

**Who has to follow these new listing access standards?**

These new listing standards apply to listings that are subject to an exclusive for sale listing agreement between a broker and a seller.

**Are coming soon listings allowed under these new standards?**

As long as a coming soon is entered into the MLS and available via IDX or VOW, it complies with our standards.

**Doesn't this limit options for consumers?**

On the rare occasion a seller has a legitimate reason to keep their listing fully private — whether for privacy, safety, or another personal reason — we support that. In those cases, the listing never gets publicly marketed (on Zillow or anywhere else online) and there is an existing path in the MLS for these unique sellers. It's the exception, not the norm.

But when a listing is marketed publicly, it should be marketed to every consumer and every agent.

**Are you sharing a copy of your listing standards?**

Prior to implementation of these standards in May we will publish additional information.

ZILLOW GROUP

ZILLOW CONFIDENTIAL

# FAQs:

**Do these new listing standards impact New Construction listings?**

No. Builder inventory is not impacted under these new listing standards unless they are for sale by agent listings which are already required to be in the MLS under the existing Clear Cooperation Policy.

**Do these new listing standards impact for sale by owner listings?**

No. For sale by owner listings are still able to be entered directly onto our sites. These new listing standards apply to listings that are subject to an exclusive for sale listing agreement between a broker and a seller.

**Do these new listing standards impact rentals listings on Zillow and Trulia?**

No. Rentals inventory is not impacted under these new listing standards. They are limited to for sale by agent listings.

**How will you enforce this/know if a listing doesn't meet our standards?**

As always, we monitor our listing quality. We have automated processes to audit listings that come through our feeds.

ZILLOW GROUP

# FAQs:

**What about [insert detailed] exception?**
Every question around exceptions or Zillow's listing access standards in general, is answered by going back to one simple principle: A listing marketed to any buyer should be marketed to every buyer.

Zillow remains focused on what matters most in this equation: buyers and sellers. We will continue to return to core pro-consumer tenets of listing transparency, fairness and equity in how we approach enforcement and monitoring. Specific terms and conditions of our listing standards will be published ahead of the deadline to implement them.

**Is Zillow doing this to protect Zillow and get access to listings?**
Our listing access standards, which are implementing NAR's Clear Cooperation policy, are designed to ensure both consumers and agents maintain equitable, timely access to real estate information— supporting and protecting a more open and competitive housing market.

These standards are about the listing going to all participants in the marketplace – including other real estate websites – because we believe that's best for consumers, agents and the industry at large.

We've always believed that a 'rising digital tide' lifts all boats – it's why we partner with other real estate brands to offer our tools and tech across the industry. We stand by and live out our belief that an improved, consumer-first real estate industry benefits all.

Zillow has always been committed to creating a fair and transparent real estate marketplace. We were founded on that very principle, and have not wavered in that commitment.

ZILLOW GROUP

ZILLOW CONFIDENTIAL

# Research on the impacts of off-MLS listings

***Off-MLS Home Sellers Left More Than $1 Billion on the Table the Past Two Years***
- Over the past two years, sellers who transacted off the MLS collectively left more than $1 billion on the table.
- The study examined home sales from 2023 and 2024, finding that homes sold off the MLS typically sold for $4,975 less than those listed on the MLS, a median loss of 1.5% nationwide.

***Privately Listed Homes Disproportionately Harm Sellers of Color***
- In 2023 and 2024, home sellers who opted to sell off the MLS typically lost out on nearly $5,000, selling their home for 1.5% less than those listed on the MLS.
- The impact was particularly severe in communities of color Homes sold off the MLS in these areas typically sold for **3.2% less than MLS-listed homes — more than double the 1.2% loss in majority white neighborhoods**.

***Seller survey data***
- More than two thirds of Americans who have worked with a real estate agent (68%) say an agent has not explained to them the difference between listing on the MLS versus listing on a private listing network.
- However, 63% of those who have sold a home within the past five years say their agent recommended listing on a private listing network. That's compared to 18% for those who sold more than five years ago.

***Agent survey data***
- About half of agents (51%) report that their brokerage has a private listing network. This share varies by agent experience: agents with 15+ years of experience are less likely to report their brokerage having a PLN (36%) than are agents with less than 15 years of experience.

ZILLOW GROUP
Zillow Confidential 2025

# Additional Public Resources

- **Zillow Resources**
  - Zillow Group Blog Post explaining industry standards
  - Press release – Announcing standards and eXp partnership
  - Press release – Announcing NextHome partnership
- **Additional Resources**
  - Consumer Policy Center – New Zillow Policy Will Help Protect Home Buyers and Sellers From Anti-Consumer Private Listing Networks
  - Consumer Advocates in Real Estate: Whitepaper – Zillow's Stand Against Private Listing Networks, Exposes Harm to Sellers, Buyers, and Market Competition
- **Press About Private Listing Network Research:**
  - Real Estate News – Private listings cost communities of color nearly $10K per home
  - Inman – Homesellers have lost $1B through private deals since 2023: Zillow
  - Axios – Homes for sale could become harder to find

ZILLOW GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY