# EXHIBIT DX372




Compass, Inc. v. Zillow, Inc. et al.,
DX372
No. 1:25-cv-05201-JAV-SDA

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Owner: Matt Kraft

**P0 Zillow has the most listings**

# Measuring "Most Listings"

*Note: We are still finalizing metric definitions, current values, and goals*

| | Motivation | Key Metric |
|---|---|---|
| 1 | Zillow needs to have the listings to show them to Beth (on-site + comms) as soon as the listings are "active" anywhere | Timely Listing Coverage<br>% of listings on Zillow within 24 hrs<br>Current: TBD \| Goal: 100% |
| 2 | Beth can only engage with listings if they are presented to her (i.e. not hidden due to geographic, price, or preference filtering) | Listing Exposure<br>% of listings w/100+ unique HDP PV's within 24 hrs<br>Current: 31% \| Goal: TBD |
| 3 | Beth will only engage with listings if they contain critical fields with accurate information | Quality Listings<br>% of listings with MVP fields accurately displayed<br>Current: TBD \| Goal: 100% |
| 4 | If Beth can find "the one" on Zillow more efficiently, she will be more likely to use Zillow's integrated services | Listing Relevance<br>% of transactors who viewed listing on Z<br>Current: TBD \| Goal: TBD |

**Workstream Goal**

Quality Listing Visibility
quality listings with HDP views within 24 hrs
Current: TBD | Goal: TBD

**Main Goal**

50%
Maintain First Choice Brand Preference

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]