# EXHIBIT DX388

Message
---

| | |
|---|---|
| **From:** | Matt Hendricks [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=523BD50BC7F1457AB41AB7A41D785B58-MATTHEW HEN] |
| **Sent:** | 4/12/2025 8:03:09 PM |
| **To:** | Brad Owens [brado@zillowgroup.com]; Jackie Mohr [jackiem@zillowgroup.com] |
| **CC:** | Errol Samuelson [errol@zillowgroup.com]; Jeremy Wacksman [jeremyw@zillowgroup.com]; Jeremy Hofmann [jeremyhof@zillowgroup.com]; Jun Choo [junc@zillowgroup.com]; Marissa Brooks [marissab@zillowgroup.com] |
| **Subject:** | Fw: Your Listing, Your Lead—Not Zillow's Lead |

Everyone in homes data base just got this email. Call to action to the DOJ at the end of it.

Matt Hendricks
480.628.5467

**From:** Homes.com <homes@email.homes.com>
**Sent:** Saturday, April 12, 2025 5:40 PM
**To:** ZINCCO <ZINCCO@zillowgroup.com>
**Subject:** Your Listing, Your Lead—Not Zillow's Lead

Dear Matt,

This week Zillow Executive Errol Samuelson announced that homes not listed on the MLS within 24 hours of public marketing—won't be published on Zillow "for the life of the listing." Simply put, if your listing is not on Zillow within 24 hours, Zillow will retaliate against you and your homeowner by turning off your ability to list on Zillow. It is an incredible move of audacity and a pure power play of epic proportion.

Delayed IDX syndication is allowed under NAR rules. But Zillow is asserting that they, not NAR, not your brokerage, not you the listing agent—and not even the homeowner whose house it is and is paying the commission—should decide how a listing is marketed. This isn't about protecting consumers. It's about protecting Zillow's ability to profit from your listings by selling your leads to competing agents.

Whether or not you support the Clear Cooperation Policy, it is never acceptable for a real estate portal to threaten agents this way. Real estate portals must remain neutral. Whether you're a buyer's agent, a listing agent, or both, we support all agents and believe you deserve better. And we believe



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ZG-00011618

every real estate professional deserves to be treated with fairness and respect—never bullied by a tech platform looking to control an industry.

Zillow's lead-diversion model is anti-consumer and anti-agent. Just last week, I listened to focus groups with home sellers who believed that when a buyer clicks the "Contact Agent" button on their listings in Zillow, they're contacting their listing agent. When they found out that wasn't true—and that their home was being used as bait to funnel buyers to competing agents—they were outraged. One seller exclaimed, "Holy hell!" Another said, "What the…?"

Zillow's lead diversion model hijacks your hard-earned listings to generate commission splits for them and grow their brand at your expense. As the listing agent you deserve clear, undisputed credit for your listings. When a buyer believes they are contacting the listing agent, that's exactly who they should reach.

Homes.com is agent-friendly. We always show the listing agent—and only the listing agent—on listings. We follow the principle of Your Listing, Your Lead. That means we only display your name, your photo, your brokerage, and connect potential buyers only to you. We never take a commission split or sell leads to competing agents. Instead, we earn revenue by promoting your listing to thousands of additional buyers across the internet.

Zillow's lame claim that "Your Listing, Your Lead" creates dual agency issues is a red herring. If having the listing agent's name on a listing truly caused dual agency, then Zillow should also be the only name on your open houses, your yard signs, and your marketing materials—which is obviously absurd.

Zillow has overplayed its hand. I believe they panicked at the thought that agents might have real choice in how they market their listings. And when agents have a choice, many won't rush to publish listings on a site that siphons off their leads.

Even if just a few agents hold back from listing on Zillow, buyers will quickly follow suit—and stop searching there. Zillow's lead diversion business model is coming under threat.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                  ZG-00011619

Meanwhile, Homes.com has invested billions of dollars into marketing to successfully attract over 110 million average monthly unique visitors to the Homes.com Network.* This past year the Homes.com Network drew one billion visits. With our "Your Listing, Your Lead" approach, agents finally have a better way to market their listings online.

Homes.com and the other major portals (Zillow, Redfin, and Realtor.com) together reach over 418 million monthly visitors. Zillow accounts for less than half of that audience—and many buyers use multiple sites when searching for homes. Rest assured, if Zillow does block your listing it will still be seen on Homes.com and the other sites.

If you are making a listing presentation and a homeowner asks if you will list on Zillow let them know that Zillow makes it harder to sell a home by diverting the potential buyers away from you, the listing agent, who knows the home the best and is the most motivated to sell that home.

These are your hard-earned listings. You deserve control. You deserve respect. You deserve a platform that helps you sell the home—not one that hijacks your leads for profit.

Sincerely,

Andy Florance
CEO, Homes.com

P.S. If you feel that Zillow's heavy handed attempt to use their market power to force agents like you to list on Zillow within 24 hours is anti-competitive, you can let the DOJ know by clicking United States Department of Justice Antitrust Division.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                              ZG-00011620



\* Homes.com Network traffic average monthly unique visitors for the quarter ended December 31, 2024, according to Google Analytics.

Homes.com | © 2025 CoStar Group
1201 Wilson Blvd., Arlington, VA 22209
View in Browser | Privacy Policy | Unsubscribe

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ZG-00011621