# EXHIBIT DX410

Message

**From:** Robert Reffkin [robert@compass.com]
**Sent:** 5/3/2025 7:34:42 AM
**To:** SLT [slt@compass.com]
**Subject:** Fwd: Private to Prominent – Answering Zillow's Ultimatum

SLT - There is so much that is incredblile in what Thad wrote below. Here is just one example: "Zillow has built its business around the illusion that it is essential to the home-selling process. But Zillow doesn't sell homes; it sells leads."

It's a small chance, but I could see Zillow's move backfirring for them in certain markets accross the country and them losing inventory and search to Homes.com and Realtor. 90% of buyers use an agent and agents don't search Zillow, they search the MLS.

At SLT on Monday we will walk through the narrative you can share with agents to help them communicate to sellers that they shoudln't worry about not being on Zillow.

**From:** Thad Wong <thadwong@atproperties.com>
**Sent:** Thursday, May 1, 2025 1:13:50 PM
**To:** Mike Golden <mikegolden@atproperties.com>
**Cc:** Amy Corr <amycorr@atproperties.com>
**Subject:** Private to Prominent – Answering Zillow's Ultimatum

Hello @agents:

Zillow's new policy banning listings unless they go into the MLS within one day of public marketing has sparked significant discussion within @properties. We want to briefly weigh in and let you know that we are developing a number of resources to help you address this issue. We'll have a lot more to say about this, but for now, understand that this is a pivotal moment in our industry…for us and our clients.

**Zillow's Power Move**

By choosing not to follow NAR's recent Clear Cooperation ruling, Zillow has taken the position that *they*—not real estate agents, brokerages or NAR—make policy for the industry. Zillow is trying to:

1. Challenge seller discretion
2. Dictate how listings can be marketed
3. Penalize anyone who does business outside their ecosystem
4. And, perhaps most offensively, suggest that any disagreement with their policy is unethical or discriminatory

All of this amounts to an unprecedented power move to force agents and consumers onto its platform.

**Selling Leads, Not Homes**

Zillow has built its business around the illusion that it is essential to the home-selling process. But Zillow doesn't sell homes; it sells leads.

- It takes buyers who are interested in a property and routs them to agents who may know nothing about that property. Obviously, this doesn't serve the best interests of buyers.
- Nor does Zillow serve the best interests of sellers, because the information it displays alongside listings—such as the Zestimate, market time, price-drop history, and desirability scores—can negatively influence market perception.

Compass, Inc. v. Zillow, Inc. et al.,

DX410

No. 1:25-cv-05201-JAV-SDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      CZ_COMP_000030086

- Zillow's standing as the dominant home search portal is slipping, and this could be one reason for their ultimatum. We are starting to see our listings get more engagement on other portals and even on our agents' own social media accounts.

**What's At Stake**

Notwithstanding any of the above, <u>*one thing matters more than anything else, and that is a homeowner's right to choose how they want to market their home to achieve their goals,*</u> whether those relate to price, market time, privacy or convenience. To that end, you offer the most compelling advantage, including:

- #1 market share
- #1 local listing inventory
- The largest pool of active buyers
- The @agent App
- Best-in-class marketing
- Your relationships with other agents
- Your ability to create urgency through a phased marketing approach

The time you have prior to a listing going on the open market offers some of the greatest insights and opportunities for sellers, while preventing market time accumulation or price reductions from being publicly highlighted.

<u>*This is your unique value proposition, and you shouldn't blunt it to the detriment of your clients—or for the benefit of a corporation that's worth more on paper than America's top 10 brokerage firms combined.*</u>

**Private to Prominent**

We will not allow Zillow's latest power move to diminish your value—or your clients' options. Instead, we will lean into what makes us better *and* what's best for our clients. Specifically, we have shown that we can create urgency and demand and deliver great results for clients when we leverage a phased marketing strategy that features:

- Private marketing through your SOI and the @agent App
- A "Coming Soon" listing on the @properties website
- Marketing through the PLN* and Zenlist
- Full MLS exposure and a public marketing campaign

*"Private to Prominent"* is an approach we have successfully leveraged for years. Now, we are going to brand it, expand it, and equip you with the resources to confidently highlight its benefits to sellers and buyers. We will show our clients that Zillow does not control their success—you do.

We will be following up with more info soon. In the meantime, if you have specific questions about how Zillow's new policy impacts the marketing of your listings, please reach out to your managing broker.

Stay tuned.

Thad, Mike and Amy

**IMPORTANT NOTICES**
**Never trust wiring instructions sent via email.** Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. **Always** independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. **Never** wire money without double-checking that the wiring instructions are correct. By opening this e-mail, you agree that you understand the risks of hacking and agree that At World Properties LLC shall have

no liability for the wiring of funds.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message. Although At World Properties LLC takes reasonable measures to prevent the transmission of computer viruses, by opening this email you agree that At World Properties LLC shall have no liability for any loss or damage caused by this email.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                     CZ_COMP_000030088