

# Notes



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                       CZ_COMP_000124947

May 7, 2025

# Virtual Discussion Session: Zillow/Redfin Dialogue and Info

Invited <u>All Greater Philadelphia Agents</u> <u>John Bilek</u> <u>PA NJ DE Pitt Agents</u>
Attachments <u>Virtual Discussion Session: Zillow/Redfin Dialogue and Info</u>
Meeting records <u>Transcript</u>

## Summary

John Bilek led a meeting to address upcoming Zillow and Redfin policy changes impacting Compass agents, particularly concerning private exclusives and the three-phase marketing strategy. The changes primarily affect third-party website marketing, with Zillow's alterations beginning later in May and requiring agents to adjust public marketing strategies accordingly while emphasizing the benefits of Compass's proven three-phase marketing approach. Agents should proactively educate sellers on these changes and the advantages of Compass's system, empowering them with informed choices.

## Details

- **Meeting Purpose and Overview:** John Bilek convened a meeting to discuss upcoming policy changes by Zillow and Redfin, aiming to equip agents with information to proactively address client concerns (00:00:00). The primary focus was on how these changes relate to Compass's three-phase marketing strategy and the use of private exclusives (00:01:58).

- **Impact on Private Exclusives and Three-Phase Marketing:** John Bilek clarified that the proposed changes do not prohibit private exclusives or impact the three-phase marketing strategy. They emphasized that "business as usual" continues, with the changes primarily affecting how properties are marketed on third-party websites (00:02:49).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY　　　　　　　　　　　　　　　　CZ_COMP_000124948

- **Timeline of Changes and Public Marketing:** Zillow's changes are expected later in May, with an educational period likely extending into June (00:03:29). The discussion highlighted the importance of clear cooperation guidelines, specifying that public marketing (mass emails, social media posts with addresses, or signs) of private exclusives for more than 24 hours may result in listings not being featured on Zillow (00:02:49). One-on-one communication with consumers and other brokers is permitted (00:14:54).

- **Zillow's Business Model and Data:** John Bilek presented data indicating that Zillow primarily sells leads, not homes, and that a small percentage (3%) of home sales are directly attributed to Zillow agents (00:07:47). They argued that Zillow's extensive marketing creates an illusion of necessity, while numerous other websites offer comparable exposure (00:06:40).

- **Advantages of Compass's Three-Phase Marketing:** The meeting highlighted the benefits of Compass's three-phase marketing, demonstrating a 2.9% price premium and a 20% reduction in days on market. The strategy offers sellers choice and flexibility in their marketing approach (00:05:39) (00:12:51).

- **Agent Dialogue with Sellers:** John Bilek encouraged agents to educate sellers about the implications of listing on Zillow, including potential negative impacts like Zillow's price estimates and display of days on market and price drop history (00:09:43). They emphasized empowering sellers with choices: three-phase marketing with or without syndication to third-party sites like Zillow (00:13:58).

- **Clarification on Social Media and Signage:** The meeting addressed questions regarding social media and signage. While current MLS rules permit signage, the new guidelines might restrict this for private exclusives listed on Zillow (00:16:00) (00:19:52). Social media posts with addresses are considered public marketing (00:16:00) (00:17:53). Joshua Solow clarified that Bright MLS rules remain unchanged (00:21:49).

- **Retroactive Application of Policies:** John Bilek confirmed that the new policies will not be applied retroactively (00:23:53), ensuring agents can continue their current practices without worry.

- **Key Takeaway and Conclusion:** John Bilek's closing statement emphasized that agents, not portals, sell homes. They reiterated the value of Compass's three-phase strategy and encouraged agents to confidently discuss options with sellers while focusing on winning listings and achieving positive seller outcomes (00:26:45).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    CZ_COMP_000124949

## Suggested next steps

- The group will proactively discuss with sellers the proposed changes by Zillow and Redfin and how Compass's three-phase approach offers flexible marketing options (with or without syndication).
- The group will use the statistic that only 3% of homes are sold via Zillow agent connections to educate sellers.

*You should review Gemini's notes to make sure they're accurate. Get tips and learn how Gemini takes notes*

*Please provide feedback about using Gemini to take notes in a short survey.*

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    CZ_COMP_000124950



May 7, 2025

# Virtual Discussion Session: Zillow/Redfin Dialogue and Info - Transcript

## 00:00:00

**John Bilek:** All right, good to see everybody. Welcome. Welcome. Uh, can you hear me? Okay, there out in the Compass universe. Yeah. Okay, great. Well, um, good to see you all. Thanks for joining us here. I'm live in the Wayne office. I've got a number of agents and sales leaders here with me in the room. So, we're doing a little live broadcast. Um today's discussion is
**Ruth Blaser:** He
**John Bilek:** around
**Ruth Blaser:** just ran.
**John Bilek:** the uh proposed changes that Zillow and Redf fin some of the thirdparty aggregator sites um will be doing later this month in May. So I thought it'd be a good time to bring the group together, have an open conversation. So we've got about 60 folks on the call. This is a small enough group that if you want to raise your hand and ask a question, please do. Um hopefully it'll be interactive. I'm going to give you some talking points. We'll start with some of the facts.

## 00:00:57

**John Bilek:** I'll do the agenda, but really want this to be interactive. Okay? So, you can answer any or excuse me, you can ask any question you have around clear cooperation, what we can and cannot do, what do these potential changes mean to us, what does it mean to our three-phase strategy, etc., etc. So, what I'd like to do is get through some of the talking points first and then open it up. Sound good? Okay. Got some thumbs up here in the room, so thank you for that. Uh, here we go. So, somebody wants to get in, let them in. All right. So, let's kind of start with um some of the facts. Actually, let me go back. Here's our agenda. We're going to go over some of the facts, I think. Um the first

things first, there's a lot of noise around this topic,
**Olivia Boswell:** He?
**John Bilek:** just around the three-phase strategy, around the changes at Zillow and Redfin. And because of that noise, our competitors are spinning it in different ways.

## 00:01:58

**John Bilek:** So part of the goal today is to arm you with the dialogue so you can be proactive when you're sitting with your client and make sure that they understand really what's going on so you're not caught flatfooted by what a comp say. So we'll talk about the re review some of the facts, talk about what relevance does this have on our current strategy,
**Ruth Blaser:** He?
**John Bilek:** and then we'll walk through what it actually means to be on these hurdles.

## Session ended after 00:02:20

## 00:02:49

**John Bilek:** are saying we are enforcing clear cooperation. And if you don't follow clear cooperation, we may not put your listing on our website. So, let's be really crystal clear on one thing. These
**Ruth Blaser:** I,
**John Bilek:** policy changes do not prohibit private exclusives. That is the first thing that our competitors are saying. Oh, don't go with because private exclusives aren't going to go on ZIL. That is a flatout fallacy. That is not what they're saying. Second thing is it doesn't impact our three-phase marketing. So you may have heard me say recently in an email, it is business as usual and it still is.

## 00:03:29

**John Bilek:** Okay, I'll get into the details, but for right now, nothing has gone into into effect. What Zillow has said is that their changes will come later this month. they've not

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                CZ_COMP_000124953

announced a date and that there's going to be some educational period after that which we interpret as at least a month. So in raw in all reality even when they make these policy changes nothing will actually happen until probably the end of June. So we have plenty of time get through the spring market to feel comfortable with our dialogue. Okay. What are they saying? They're saying you need to follow clear cooperation. Meaning if you publicly market a private exclusive or you have that property on your website for more than 24 hours during the coming soon phase, we will potentially not put you on Zo. Okay, so let's walk through. Currently, we encourage you to use our compass three-phase marketing. I think you all know a little bit about that. If anybody doesn't know about that, please shoot me a note on the side and we'll spend some time together.

## 00:04:36

**John Bilek:** um the changes that they are making do not prohibit us to do those three things. Now, in our market, bright I think most of you on this call are from the Bright Market or West Penn, which is Pittsburgh. Some of my market in central Jersey are in other MLS's, but for Bright and Westpen, they have not been um enforcing their market. They've allowed us to publicly market our private exclusives. Okay, you can still do that right now. You can still do that. In fact, you can still do that in the future. What this is going to now have us speak to is when you're sitting with a seller, you're going to say, "Seller, you now have options." And let me walk you through what it means to be on these three part third party websites. Okay. Before I move to the next phase, do you have any questions on any of the things I just mentioned? Any of those facts? Okay. So it doesn't impact our ability to use private private exclusives.

## 00:05:39

**John Bilek:** It does not impact our ability to do three-phase marketing. It does offer more options. So you need to talk to your sellers more. Okay, you guys are easy. So let me just as an aside talk to the you might be thinking, gosh, John, you guys talk about this so much. Well, we obsess about this so much because it's our duty to all of you as agents to give you um anything that can help you grow your business or give our sellers a better outcome. The facts are that the three-phase marketing strategy has been proven to generate a price premium of 2.9% and reduce days on market by 20%. But it's

fully customized to everybody's needs, right? Whether you we've got sellers who stay in private exclusive the whole time. We have some that only want to be there for a week or two days or that's fine. It's totally customizable. There's no there's no one-sizefits-all. That's the beauty of this approach. Everything we're doing is grounded in the fact that we think homeowners should have choice.

## 00:06:40

**John Bilek:** They should simply have the choice to do these things. Okay. Um but the reason we obsess about it is because we just it's been proven to work and it's been proven to help our agents get more listings. Right? when you go on a pitch by giving a more polished strategic presentation, you will win more listings. That's that's been the result of it. Now, I'll come back to some of the dialogue, but let's just talk about what it means to be on a third party website, a Zillow. So, you know, I think 20 years ago, Terry and I remember um Zillow was like one of the only main portals in town, so to speak, right? So, I would argue back then you kind of needed to be there. Let's fast forward to today. There are literally thousands of websites where homes are placed. Thousands. I'm going to give you some data in a minute. Zillow has built its business around this illusion that they are essential to the homeowner selling process.

## 00:07:47

**John Bilek:** Like you have to be there, right? They have spent literally hundred million dollars in marketing every single year for the past 20 years to program homeowners to think you have to be there to sell your home. But Zillow doesn't sell homes. What do they sell? They sell leads. They sell leads. No, that's good. That's fine. You can say you can say it out loud. Zillow doesn't sell homes. Zillow sell leads. Now, here are some of the stats you're going to see in print. Yeah, but John, they have 200 million views a month. Okay. Well, let's think about this. Only 4.2 million homes sold last year. So, 195 million 800,000 are simply viewers. That's all. That's just that's just all it is. So most people on Zillow are simply just, you know, newsy neighbors. They're looking at their own home. They're your seller who just wants to see it. You know, the way I think about this is a long time ago, I'll just like Don, I see Don H on the call.

00:08:51

**John Bilek:** Don, you and I know there was a time when sellers said, "I want to see my house in the paper." Right? They just want to see it in the paper. Right? Guess what didn't sell homes? The newspaper. But you had to be there because your seller wanted to open the Sunday paper. That's what Zillow is today. They just want to see their house and if it's not there, they think it's not being seen. Well, guess what? Now there's thousands of websites. Realtor.com gets 125 million viewers. Guess what? These are the same people. There's only 300 million people in this country. So, it's the same eyes. It's the same eyes. Only 3% of homes can actually be tied back to being sold by a Zillow agent. Okay? only 3%. And 90% of buyers, this is the N statistic, 90% of buyers, which is the highest ever by the way, use an agent who searches the MLS.

00:09:43

**John Bilek:** So, you've got to arm your seller with these, right? The seller says, "I have to be on Zillow." Well, tell me about that. Why do you feel that way? Right? Ask more questions and then be armed with the data because when you do go, so you can say, "Okay, I acknowledge that, Mr. Mrs. Seller, Mrs. Mrs. Seller. I I hear your point. You want to be on Zillow because you feel most of the eyes are going or they have 200 million. Let's just talk about what that looks like when you're on Zillow. Your home will be subject to their pricing opinion, something they call theirs estimate. When we list your home, do you want somebody else posting contradictory information to what you'd like to get for your for your home? Has anybody ever had that conversation with a seller? I mean, now it's like simple to me. It's like why why haven't we been talking about this in the past? And then days on market, price drop history, and other potentially negative insights.

00:10:37

**John Bilek:** So, I thought what I would do is actually show you um a real live listing here in our Wayne office and what it looks like on Zillow. So, check this out. I don't know whose listing this is, by the way. So, a little little extra advertising for whoever is listening is ███████████████. So, this is ███████████████. Now, this is a Compass listing. I would walk a seller through what it looks like to be on Zillow.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                CZ_COMP_000124956

Here's a house. Looks like a beautiful townhouse, right? 1.65 million. Well, Zillow says it's worth 1.598 million. So, immediately, like your seller's excited, you put it up, we feel good about this price, and Zillow says, "You're off by $50,000. Would you like that? Would you like that? I mean, what seller would say, "Yes, sign me up. I think my house is worth 1.65, but let's put it on a website that tells everybody," you're wrong. Now, scroll.

## 00:11:39

**John Bilek:** Here's what's even more interesting. Scroll down. It tells buyers what type of offer to make. Have you seen this? No. Oh, this you're going to love this. So, you scroll down. It says, "Here is what a strong offer looks like on this property. buyers, you should offer 1.57 million 80,000 below list. And then it says competitive offer would be, hold on, I got to click over 1.56 and a moderate offer is 1.55. What seller wants their home on a website that is telling potential buyers, lowball them? Lowball them. It's really powerful when you start looking at this. And not to mention, you can scroll down. Now, this one doesn't have a lot of negative insights. I will say it does show days on market. So, one of the reasons they're suggesting you come in low is because it's been 63 days on the market. Well, guess what? If it wasn't on Zillow, that doesn't need to be there, right?

## 00:12:51

**John Bilek:** And then you can scroll down. They have other things like walkability and stuff like that. Um, pricing history, blah blah blah, right? But my point is, we work so hard to get these listings. We do such a great job on working on our pricing. three-phase is a strategic way to get pricing feedback prior to going to the MLS or prior and I'm not saying we don't syndicate to websites. That's not what I'm saying. But let's not let Zillow or Redfing's power move here take us away from doing what's best for our clients. That that is what I'm that is what I'm getting at. So, let me go back to our discussion here. And I think you know as I mentioned price drop history um and days on market shows. Now our system it's a feedback based approach. It maximizes your exposure while protecting the value of your home. But at the end of the day it is about choice. I mentioned that earlier. What drives us is giving home owners choice.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    CZ_COMP_000124957

00:13:58

**John Bilek:** So I'm not saying go to every seller and say don't be on Zillow. All I'm saying is educate them on what it means to be there. And then when you turn to them and say, "Mr. Mrs. What would you like to do?" And if they say, "Well, you know, I hear what you're saying, John, but all my friends use Zillow." Great. We can still be on Zillow. All that means is we're going to do private exclusive Compass coming soon and active the MLS, but we're going to abide by no public marketing, private exclusive, compass coming soon for 24 hours and MLS. Same three-phase approach. It's just we're going to do it in the time frame. So now you've got two paths. The two paths aren't three-phase or not. The two the two paths are three-phase with syndicates, three-phase without syndicates. All right, let me pause there. I see people taking notes. That's a good sign. Unless they're making their grocery listing.

00:14:54

**John Bilek:** Okay, so ask a question. I've got a question here in the room. No public marketing for PE, meaning like we can't reach out and tell people it's there. We can't put a sign. Okay. So, the question is, and I'm going to take down the screen because I like seeing all your pretty faces. So, the question is, what does that mean, John? Public marketing. Clear cooperation was revised recently to allow for one-on-one communication to brokers in addition to consumers. So, right now on any private exclusive anywhere in the country except for Seattle, you can list a home private exclusive and share that one-on-one with a consumer, right? You can print it out and give it to somebody. You can set them up on a private collection, right? You can also one-on-one share it with all of your friends at Brand X, Y, and Z. And we encourage that. We encourage that. The next question is, can I do bulk email? You can do bulk email, but let's make sure everybody understands what bulk email is.

00:16:00

**John Bilek:** Bulk email is where sending you're sending an email to a bunch of people in your database and it comes across as one-on-one. Bulk email is not mass email. Those are two different things. mass email, social media post, or a sign on the property. That is public marketing. All right, I'm going to pause. Steph Ellis has a question.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                           CZ_COMP_000124958

**Stephanie Ellis:** So, what's the policy for social media?
**John Bilek:** So, you if you're going the path where your seller has said, "Hey, Steph, sounds great. I'm into three-phase, but I want to be on Zillow." Great. We're going to keep your private exclusive one-on-one only. We are not going to publish it via social media with an address. If you want to do a teaser, that's a whole different story. Let's let's not get too deep in the weeds on marketing tips. But in
**Stephanie Ellis:** Okay.
**John Bilek:** general, you can't post the address anywhere where more than one person can see it. But you can call your friend at Berkshire, you can share it in the office, you can do private collections, right?

## 00:17:04

**John Bilek:** Post on a workplace because you can do whatever you want within the brokerage. whatever you want within the brokerage. One to one consumer, one to one Brandex agent.
**Stephanie Ellis:** Do we have um is there like a one sheet on this? I'm sure I'm sure there's been some communication. I just want to make sure I have something that I can refer to.
**John Bilek:** Uh, no, but I will I will I will get it. Now, one of the reasons I wanted to get ahead of this because you're going on listing presentations now and your competitors are talking about it and sellers are actually looking at the news on this even though Zillow hasn't published a date, right? None of it's gone into effect, but I want you to be ahead of this so you can be armed. I think you need to be proactively talking with your sellers because what I don't want to happen is threephase as is you're in competition and you get the phone call to say, "Sorry, we're going with brand X because they said we can't be on Zillow if we listen with Compass." That's

## 00:17:53

**John Bilek:** just be prepared. That's what Compass is or competitors are going to say about us. It's it's not true, but that's what they're going to say. All right, I'm gonna go to Josh and then Carolyn.
**Joshua Solow:** Thanks, John. Uh, I I think you hit everything, but I just really wanted to emphasize and clarify that that nothing that we're even stating at this point is coming

from Zillow directly. This is simply reiterating what clear cooperation policy is, right? So, we are extrapolating what we know from clear cooperation policy based off of what Zillow has said that they are going to follow. We're still waiting for clarification from Zillow, right? We know that Brightite allows us to do this sort of marketing on social media, but you know by the letter of clear cooperation, it is if the address like I put in the chat is it is part of any social media outreach that does qualify as mass publication. So again, you know, like John said, there's going to be more details to come, but if there's any tweak that you're doing to your current social media strategy to just error on the side of caution, it would be make sure that addresses are not on any sort of open social media posts.

## 00:19:01

**Joshua Solow:** That's really the only very minor change at this point.
**John Bilek:** Yeah,
**Joshua Solow:** So,
**John Bilek:** good point. And listen, the question I'm getting is, John, how are how is Zillow going to know if I'm posting? Listen, we don't know. I don't know, and I can't guarantee they will, but we're sharing in real time as we have information. Um, I think Carolyn was next down in Delaware.
**Carolyn Figueroa - Delaware:** Hey, hey, John. Um, so, uh, can you explain again about the sign in the yard? Like, is
**John Bilek:** Yep.
**Carolyn Figueroa - Delaware:** is it so if we're in a private exclusive stage or coming soon compass coming soon stage, um, specifically to whether we can have a sign or not have a sign or,
**John Bilek:** You
**Carolyn Figueroa - Delaware:** um,
**John Bilek:** bet. Okay. So, Carolyn works in Delaware. She's in our bright footprint. So, this answer is going to be for our Bright and West Pittsburgh people. If you're in Monmouth, Ocean, Kate May counties, your rules are a little different.

## 00:19:52

**John Bilek:** I'll cover that in a second. Right now, you can put a sign on any phase

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    CZ_COMP_000124960

because those two MLS's are not enforcing clear cooperation. In the new world where you have two paths, if I'm working with a seller and they want to leverage three-phase marketing, but they still want to be on Zillow, you cannot have a sign on the private exclusive. and you can have a sign on a compass coming soon, but once you put it up 24 hours later, you need to go in the MLS. My understanding is it's 24 business hours. I believe he can still do the Friday to Monday. I would encourage you, just this is just John's marketing opinion. I actually don't believe in signs on private exclusives. I think it's confusing. I think if you're ready to put a sign on, you might as well just go to that next phase coming soon. I think you lose some of the appeal to private exclusive status when you put a sign on it. That's just my two cents.

## 00:20:47

**John Bilek:** Um, I don't know who was next, so I'm gonna go to Joan and then Siobhan and then Ryan
**Joan Mozenter:** Hi. about the sign. So, so if you have a a small building as an example and you have a sign up, it's a let's say it's a condo building. No one knows which unit that's for. There is no address except that it happens to be on the building. Now, unbeknownst to me, I violated the rules because I thought that we were allowed to put the sign up as long as we had the permission. So, I did that. I sold the unit rais. I have another one across the hall. I just went live as Josh knows in the MLS. And so, now I'm I'm good. I'm a good person, but if somebody went back, could they find fault with us? And the second part of my question is, whoops, I didn't realize that we couldn't put the address in social media. So,
**John Bilek:** Okay,
**Joan Mozenter:** can go back.

## 00:21:49

**Joan Mozenter:** You're in trouble.
**John Bilek:** good question, Joan. And Josh, you were fill me in. Fill in here if you want to help. You can put the sign on right now. Okay, you can still put the sign on in the future. Remember, Zillow isn't going to find anybody. It's it's purely they are saying if you publicly market for more than 24 hours we may not put your listing on Zillow.com. Okay. But you're Bright has not changed their rules. Westpen has not changed their rules.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                             CZ_COMP_000124961

Okay. Now to the question of an address on social media. You can do that today. This is what this is why I know it's so confusing. You can do that. But just know two months from now if you post that address on social media that is considered public marketing. If you do it for more and if you don't have that into the MLS within 24 hours Zillow may yank your listing from Zillow.
**Joshua Solow:** And John, just to jump in real quick, it it's important to constantly remind that, you know, Bright has publicly stated to us that they are in no way affiliated with any of these Zillow process.

## 00:22:59

**Joshua Solow:** changes,
**John Bilek:** Correct.
**Joshua Solow:** their rules are unchanged. So to your specific examples, Joan, everything that you did was compliant by Bright's rules.
**Joan Mozenter:** Okay.
**Joshua Solow:** Period.
**John Bilek:** Exactly. Yes.
**Joshua Solow:** You know, so 100% fine. The only things that we are talking about are how it will impact the potential to have that listing on Zillow when their policy is even rolled out. Right? So, you know, like John said earlier, it's all very hypothetical at this point, but the understanding is as long as Zillow's policy, Zillow's specific policy mirrors clear cooperation, that's where this question of address or no address comes in. Nothing we're discussing here has anything to do with Bright's rules. They remain
**John Bilek:** Correct.
**Joshua Solow:** unchanged. Period.
**John Bilek:** That's right. That's right. Um, I'm going to answer the chat and then I'm going to go to Siobhan next. But the question came up, is there a chance that Zilla is positive will be retroactive? No. So, don't worry about that.

## 00:23:53

**John Bilek:** I think Carrie Carr, you also asked that question. Will it be? No. So, anything you're doing now, don't worry about it. They said there's going to be this educational period. We will keep you informed. I don't want this to be a distraction for any of you.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                       CZ_COMP_000124962

Keep doing your business as usual. Keep your blinders on. Keep pitching really well. Win those listings. We will keep you posted. Okay. Go ahead, Siobhan. Oh, you're muted, Siobhan.

**Siobhan Cooney:** Sorry about that. Um, do do we know for sure whether it's one business day or 24 hours? Because I've seen it both ways in different emails and news reports online. And I think obviously it would advantage us if we could put it on compass coming soon on Friday and then switch it to the MLS on Monday because then you have the whole weekend to generate those leads through your Facebook ads or whatever. So, just curious if we know for sure that it's one or the other.

## 00:24:52

**John Bilek:** As of right now, go with the 24 business hour rule. If it if that changes, I will clarify and get the word out publicly. But I believe it's 24 business hours, which allows you to post on a Friday, have an open house if you'd like, go to the MLS on Monday. That's what we used to do in the early days. Think that's coming soon. Y Okay. Uh Ryan Nagel, what do you got?

**Ryan Nagle:** Thanks. I I think it probably pretty much got answered already, but um so the private exclusive doesn't affect it's if it's on Zillow or not, as long as it's marketed 101 like but if the going to the compass coming soon, that would then start the 24 hours for public marketing.

**John Bilek:** Correct. You got it.

**Ryan Nagle:** Got it. Thanks,

**John Bilek:** Good. Thank you, Sheila.

**Sheila Brennan:** Hi, John and everybody else. Forgive me for arriving late. Is this the same discussion we'll be having on Friday?

**John Bilek:** It is.

## 00:25:48

**Sheila Brennan:** Okay,

**John Bilek:** Yes.

**Sheila Brennan:** I'll I'll listen in to the full discussion then. I don't want to backtrack on questions. Thank

**John Bilek:** Okay.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                CZ_COMP_000124963

**Sheila Brennan:** you.
**John Bilek:** No worries. And if you can always put a question in the chat if we haven't heard it, we'll happy to answer it.
**Sheila Brennan:** Thank
**John Bilek:** Crystal.
**Chris Hill:** For uh those of us who have been dealing with this policy for a while in uh Mammoth County, Kate May, South Jersey Regional MLS, we've been getting away with uh putting everything compass coming soon um Friday 3:30 and as long as it's in the MLS by the middle of the afternoon on Monday, we have not been fined from any of the MLS's. They've been very aggressive with us uh in challenging our position. So the one
**John Bilek:** Awesome.
**Chris Hill:** business day has been the way it's been enforced. So a couple hours late Friday and as long as you're in before five o'clock on Monday, we've been in pretty good shape with that. So,
**John Bilek:** Thank you.

## 00:26:45

**John Bilek:** The big takeaway here is I want you to feel comfortable sitting with a seller and saying, "Listen, we've got an amazing three-phase marketing strategy that allows you to get feedback and give you optionality while you're preparing your home to go to market. During that period, we can build anticipation. We can get the word out. We can test price. We can get feedback. We can even put a sign on the property. So, you are in a better position when you go to the third phase to be priced accurately to sell with fewer days of market and a higher price. Now, there's something new to our industry. Some of our aggregators have said they will not be posting it. And what we're saying is you don't need to be you you don't need all those websites to be successful. Your house will still be on compass.com, realtor.com, homes.com, thousands and thousands of websites. And it's ultimately it's your choice what you'd like to do. I want you to feel confident having that conversation and leaning in, not oh there's new rules.

## 00:27:36

**John Bilek:** I have to change my process. Okay? It might take some time and practice. Um and you know if we need to do more and more of these calls, we're happy to do it.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    CZ_COMP_000124964

So ultimately, I'll just share my screen again. This is the um I think the last slide. Portals don't sell homes, agents do. You should probably close every listing appointment with that line. Portals don't sell homes, agents do. You are in good hands. You will get 97% of the exposure with 0% of the risk. You know where I came up with that? Only 3% are selling in Z. So you get 97% of the exposure, 0% of the risk of public price drops, days on market, and negative insights. As a betting person, I would take that bet all day long. Okay. What other questions, comments, concerns? Yes, whoever put in the chat, we don't need Zillow is correct. Kevin

**Kevin Reddington:** Yeah, my talking point's pretty simple.

## 00:28:47

**Kevin Reddington:** Mr. Mrs. Seller, your home will sell itself. You're hiring me to market your home and negotiate contracts. And the last site in the world that I will need will be a negative site that's going to cast a negative shadow through days on market, walkability scores, and that's Zillow. Let me do my work. I'll get your home sold.
**John Bilek:** I'd listen with you, Kevin. Now, there might be some of you on the call who work with Zillow and get leads from Zillow, and that's okay. Just so you know, we're not trying to take Zillow out, trying to take the MLS out. We want homeowners to have choice, and we want to be able to give homeowners a strategy that has been proven to give them results. If you're getting leads from Zillow, fantastic. Guess what? That's their job to get leads. So, I hope this was helpful. Let's see. Jenna, do you have a Oh, wait. Your hand is up here. You're You're in the room.

## 00:29:37

**John Bilek:** What's your question? Data source for us to back that 3% up. Okay. So, the question is, do I have a data source to back that up? It's actually right off of Zillow's website. Their 2021 study shows that um and I can't share this publicly, but it is on their website. Zillow only sells 3% of homes. This was 2021. Um in the most competitive market in recent history, only 3% of transactions began with a Zillow agent connection. The vast majority of buyers found their agent and their home elsewhere. So, interestingly enough, when you look at Zillow and you poke around, which please don't waste your time on this, but if you did and went on their website, they you actually post their training materials. They train agents who take Zillow leads to not even talk about

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    CZ_COMP_000124965

the listing and just build a relationship to take that buyer and go sell them something else. We know that that's internet lead conversion and that's fine. That's their business model. It's it's not our business model. Okay. So, um so my my last plug is just practice your pitch, have confidence. If you have questions, reach out to me, reach out to your sales manager. We're here to support you. The goal here is to help win more listings, not to put out Zillow, and give our sellers a better outcome. That's it. Any other questions? All right. Well, I hope this was helpful. Um, and I wish you all a great rest of your day. We'll see you soon.
**Sheila Brennan:** Thank you, Bye-bye.
**John Bilek:** Bye.
**Sheila Brennan:** See you Friday.
**John Bilek:** Sounds good.

## Transcription ended after 00:31:20

*This editable transcript was computer generated and might contain errors. People can also change the text after it was created.*

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    CZ_COMP_000124966