---

**Message**

---

**From:** Jonas Barrish [jonasbarrish@gmail.com]
**Sent:** 5/19/2025 3:27:36 PM
**To:** Robert Reffkin [robert@compass.com]
**Subject:** Re: Introducing: The Compass Private Exclusives Book

I understand the various reasons behind POE but here in our market, it makes our jobs so much harder. Other companies are doing their own POEs to keep up with us. Finding homes for buyers, especially in the upper bracket has become the wild west, where we, as buyers agents, have to hit the phones non-stop in hopes of discovering ever changing POEs from other companies. I suspect that this is different in markets where Compass has larger market share and dominance. When a POE with another company closes and gets reported in MLS as a sold sale, we get the calls from our clients..."Why didn't we see this one" and we look bad. It only seems to be getting worse too.

Jonas Barrish
Broker + Founding Partner
GRID | Compass
███████████████

Hours: 24/7
Click here to read my reviews.

- Kansas City Magazine | 2023 "Best of KC" Winner | Realtor
- Kansas City Magazine | 2024 "Best of KC" Winner | Team
- Real Trends America's Best | 2024 Top-1.5% Realtor/Team in U.S.
- The Kansas City Star | 2024 #1 Team in Kansas City
- Kansas City Business Journal | 2024 THE LIST | Top Producing Team
- Nextdoor | Neighborhood Favorite Winner | Realtor



On Fri, May 2, 2025 at 12:52 PM Robert Reffkin <robert@compass.com> wrote:
Compass,

Yesterday, we announced the launch of the Compass Private Exclusives Book – a collection of Private Exclusives available for 1:1 viewing by all agents and consumers at Compass offices. These books will be digital or physical and updated weekly in each Compass office so that agents outside of Compass can view our off-mls inventory.

We are doing this because I know that agents at other firms are telling you that "Compass is just trying to keep deals in-house". That is not true. The next time an agent from another firm claims you're using the Compass 3-Phased Marketing Strategy to double-end deals, you can invite them to view the Compass Private Exclusive Book.

With this added transparency, there's no basis for this claim. Going forward, here is how you can simply respond:

- "Compass is the only brokerage that has made its Private Exclusive listings available to any agent or consumer by visiting a Compass office. I don't know another brokerage that will let me visit their office to view their Private Exclusive listings?"

- "The majority of Compass Private Exclusives that sell off-MLS are co-brokered with non-Compass agents."
- "At Compass, we co-broke with everyone."

Some have also raised concerns that Private Exclusives present a fair housing issue, which is **simply not true**. The Compass Private Exclusives Book also supports fair housing by ensuring that any potential group of buyers, regardless of race, religion, sex, disability, or other characteristics protected by the Fair Housing Act and other civil rights statutes, can visit a Compass office to view these listings. And, every time buyers search Compass.com, they can see how many Compass Private Exclusives match their criteria, and how to access them by contacting a Compass agent.

Click here to view a video showing how Compass Private Exclusive listings can be seen by all: https://drive.google.com/file/d/1nq3A4VsKpgAN7HnGHhdgYs6zboJ6s_dF/view?usp=sharing

When the Compass Private Exclusive Book launches later this month, homeowners will also have the choice to exclude themselves for security or privacy reasons.

Robert

**Robert Reffkin | Founder & CEO**

