# EXHIBIT DX523

# Your Home.

COMPASS

PRE-MARKET ADVANTAGE

# Your Choice.

Compass puts homeowners first with a smarter, phased approach to selling, one that's designed to protect your privacy, maximize your price, and give you more control at every stage. The Compass 3-Phased Marketing Strategy is built to put you in charge of how, when, and where your home is seen so every step of your sale works in your favor.

Compass, Inc. v. Zillow, Inc. et al.,
DX523
No. 1:25-cv-05201-JAV-SDA

# Portals Don't Sell Homes, Agents Do

Source: Zillow Group Investor Presentation February 2022

## 1 Zillow Only Sells 3% of Homes

In the most competitive market with the highest level of home sales in almost 15 years, only 3% of transactions began with a Zillow agent connection. The vast majority of buyers found their agent, and their home, elsewhere.

2021, where 6.1 million homes were sold

## 2 90% of Buyers Work With Agents Who Don't Search Portals, They Search the MLS

## 3 Zillow Trains Agents to Divert Buyers Away From Your Home

A Compass listing agent's job is to sell **your** home. An agent purchasing leads on Zillow is trying to sell any home. Don't take our word for it. Zillow's own training script encourages agents to divert buyers away from the home they originally inquired about.

**PHONE SCRIPT FOR BUYERS[5]**

If the lead answers, it's a good idea to introduce yourself and tell them that Zillow notified you they're interested in purchasing a home.

Hi, this is [name] with [brokerage]. Zillow notified me that you're interested in the home at [address] — I'm calling to connect with you and share some more information about the property. I've also found some similar homes that I think you'll like, but if we're able to chat for a few minutes I can make sure they match your preferences.

Source: www.zillow.com/premier-agent/real-estate-agent-scripts/

## 4 Portal Views Don't Equal Results

Zillow attracts over 200 million monthly visitors but in 2024, only 4.2 million homes were sold nationwide. That means most people on Zillow are just browsing, not buying.

[1]12.2M represents both buy- and sell-side transactions for the estimated 6.1M home transactions in 2021 per National Association of REALTORS®. [2]Internal estimate derived from the annual number of home sales in 2021 per National Association of REALTORS® and Zillow Group internal data and estimates. [3]Estimated from Zillow Group internal data. [4]Zillow calculates "Customer Transactions" as each unique purchase or sale transaction in which the home buyer or seller uses Zillow Home Loans, Zillow Closing Services, and/or involves a Premier Agent that the buyer or seller connected with through Zillow, in each case excluding those transactions which occurred in connection with a Zillow Offers transaction. [5]Taken from Zillow's Premium Agent scripts page on May 5, 2025. https://www.zillow.com/premier-agent/real-estate-agent-scripts/

# How Your Home Appears on Portals

For sale · Price cut: $300K (5 days ago)

**175** Days on Market

## $3,150,000

32 Sunnyside Lane

Price estimate: $2,950,000

### About the Home

This spacious 4-bedroom, 3-bathroom home in Southern California offers modern living with ample natural light, an open-concept layout, and stylish finishes throughout. Perfect for families or entertaining.

**4** beds **3** baths **3,584** sqft

### Price History

| Date | Event | Price |
|---|---|---|
| **11/12/2024** | **Sold** | **$2,950,000 (-3.3%)** |
| 10/9/2024 | Contingent | $3,050,000 |
| 9/3/2024 | Listed for sale | $3,050,000 |
| 7/18/2024 | Listing removed | $3,050,000 |
| **7/9/2024** | **Price change** | **$3,050,000 (-7.7%)** |

### Additional Insights

| Walk Score | Climate Risks | Climate Risks |
|---|---|---|
| **Poor** | **Major** | **Major** |
| Car Dependent | Fire Factor | Wind Factor |
| 1 / 10 | Insurance: Critical | 6 / 100 |

Request a Tour · Contact Agent

For illustrative purposes only

## Days on Market

Accumulating days on market can diminish a home's perceived value. The longer a home sits on the market, the more it can be seen as undesirable or overpriced, potentially reducing buyer interest and lowering the final sale price.

## Negative Insights Added to Your Listing

Some public websites can add their own assessments and data to a listing, which may not accurately reflect the true value or desirability of the property.

## Visible Price Drop History

When a home's price is reduced, it can signal to buyers that something is wrong with the property, making them less willing to pay your list price.

## Missed Buyer Opportunities

Some public websites block buyers' ability to reach out to the listing agent directly. These buyer inquiries are sold to agents who may be unfamiliar with your home and the market. This can result in confusion and missed buyer inquiries.

# Encouraging Buyers to Offer Less, Before They Even Visit

**Balanced market**
The market in Hollywood Hills doesn't favor buyers or sellers.

**38 days on market**
Median days for a home to go pending in this area is 44 days.

**Offer strategy**
This home has been listed for fewer days than the median. Consider a competitive offer to stand out in a balanced market.

Connect with a local agent to get help with your offer strategies.

Contact | Request a tour (as early as today at 6:00 pm)

Source: From a live listing page in Los Angeles region on Zillow.com as of May 12, 2025.

## Automated Undervaluation

Your neighborhood, your street, your story — none of it factors into the algorithm. Your home stops being a carefully positioned product and starts being treated like searchable inventory with a built-in discount.

## Devalues Your Home from Day One

Rather than building anticipation and urgency, your home is positioned as negotiable or worse, overpriced, before a single buyer has even stepped inside.

## Negative Insights, Weaponized

These offer suggestions are powered by Zillow's own public-facing data-like price drops, climate risks, and walk scores-all fed into an algorithm that favors discounts over nuance.

# Protect Your Home's Value with The Compass 3-Phased Marketing Strategy

## Take Control of Your Most Valuable Asset

The Compass 3-Phased Marketing Strategy is designed to help you sell smarter—not just faster. Our mission is simple: give every homeowner more control, more clarity, and better results. By launching in distinct phases, we help you test pricing, build interest, and make the strongest possible public debut. This approach protects your home from premature exposure, price reductions, and days on market that can damage perception and value. With Compass, your selling journey is strategic, flexible, and entirely on your terms.

# Pre-market Advantage

Compass Private Exclusive

Compass Coming Soon

Public Websites

Phase 1

## Validate Pricing

Validate pricing through our broker network—without days on market or public pressure.

Phase 2

## Generate Early Demand

Generate demand before going live by showcasing your home exclusively on Compass.com

Phase 3

## Sell Better

Sell better with a strategic head start—launch your listing publicly after testing price and building demand.

# Pre-Marketing by the Numbers

Our research shows that Compass-sold homes that are pre-marketed before going active on the MLS, on average, are associated with these results:

**2.9%*** Higher Closing Price

**20%**** Faster to Contract

**30%***** Less Likely to Drop in Price

# As Long as Your Listing is in the MLS, You Have 90% Exposure

| | |
|---|---|
| PHASE 1 | PHASE 1 |
| Compass Private Exclusive | Compass Private Exclusive |
| PHASE 2 | PHASE 2 |
| Compass Coming Soon<br>For As Long As You Want | Compass Coming Soon<br>For Only 1 Business Day |
| PHASE 3 | PHASE 3 |
| Launch on the MLS and Nearly All Public Websites* | Launch on the MLS and All Public Websites |

## 90% Exposure. Zero Risk.

## 100% Expsoure. All the Risk.

*Only Zillow sites are actively telling agents that their specific listings will not be shown. Homes.com, Realtor.com, Redfin.com, Compass.com are currently displaying all listings.

# Compass Coming Soon Launch Options

| | Strategic Launch<br>Extended<br>Coming Soon Phase | Standard Exposure<br>1 Business Day<br>Coming Soon Phase |
|---|---|---|
| Private Exclusive Phase | ✓ | ✓ |
| Coming Soon Phase | ✓ | ✓ |
| Syndication on the MLS during Phase 3 | ✓ | ✓ |
| Ability to Test Price | ✓ | |
| Protection from High Days on Market | ✓ | |
| Protection from Price Drop History | ✓ | |
| Free Homes.com Listing Boost* | ✓ | |
| Syndication on Zillow, Trulia & Redfin | | ✓ |

*Listings that have been removed from Zillow for non-compliance with the portal's stricter MLS rules



# *Homes.com Boost* Invests Thousands to Keep Your Listing Top of Mind

**25%**

More likely to go under contract within the first 10 days*

**14K**

Average number of home buyers reached*

**32**

Average number of times a single home buyer sees the home*

## Premium Placement

Your property appears at the top of search results—capturing attention from millions of serious buyers. Homes.com reaches over 100 million unique visitors per month,** with listings averaging 120,000 views each.

## Intelligent Retargeting That Follows Interested Buyers

Once a buyer views your listing on Homes.com ads will follow them across the web, keeping your home top of mind no matter where they browse including sites like *Facebook, Instagram, CNN, The New York Times, ESPN,* and more.

*Based on a comparison between Homes.com Members and non-members.
**Homes.com Network traffic average monthly unique visitors for the quarter ended December 31, 2024, according to Google Analytics.

# Your Home.

COMPASS



PRE-MARKET ADVANTAGE


# Your Choice.

compass.com

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
CZ_COMP_000126109