# **EXHIBIT DX532**

**WILSON SONSINI**

Bonnie Lau
blau@wsgr.com
O: 415-947-2000

Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

# HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY

October 22, 2025

**VIA EMAIL**

Chahira Solh
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com

    Re:    *Compass, Inc. v. Zillow, Inc. et al*, Case No. 1:25-cv-05201-JAV (S.D.N.Y.)

Counsel:

Pursuant to the parties' agreement, Defendants disclose the data attached as Tables 1 through 3 regarding Zillow's enforcement of the Listing Access Standards as of October 15, 2025.

Zillow reserves all rights to amend or supplement this information at any time.

                                      Sincerely,

                                      */s/ Bonnie Lau*
                                      Bonnie Lau
                                      WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation



AUSTIN    BOSTON    BOULDER    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE

**WILSON SONSINI**

October 22, 2025         **HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY**
Page 2

**Table 1: Listing Violation Count and Total New Listings by Brokerage (May 28-Oct. 15, 2025)**

| Brokerage Brand | Listing Violations | Total New Listings | Listing Violation % of Total New Listings |
|---|---|---|---|
| Beacham and Company | 1 | 67 | 1.493% |
| Bend Premier Real Estate LLC | 1 | 60 | 1.667% |
| Berkshire Hathaway | 2 | 42,686 | 0.005% |
| Campos International Group | 1 | 18 | 5.556% |
| Century 21 | 8 | 35,544 | 0.023% |
| Coastal Life Realty Group LLC | 1 | 153 | 0.654% |
| Coldwell Banker Sun Country | 1 | 82,572 | 0.001% |
| Compass | 700 | 49,180 | 1.423% |
| Corcoran | 3 | 3,228 | 0.093% |
| Douglas Elliman Real Estate - Residential - Brokerage | 1 | 4,552 | 0.022% |
| Full Circle Texas -- 9009647 | 1 | 59 | 1.695% |
| Grant & Co., Realtors | 1 | 60 | 1.667% |
| Gucciardo Real Estate Group LLC | 1 | 56 | 1.786% |
| Howard Hanna | 17 | 13,923 | 0.122% |
| Iron Valley Real Estate North Florida | 1 | 1,811 | 0.055% |
| Real Broker | 1 | 21,093 | 0.005% |
| Serhant | 1 | 1,002 | 0.100% |
| Sothebys | 10 | 23,002 | 0.043% |
| Tierra Antigua Realty | 2 | 872 | 0.229% |

**WILSON SONSINI**

October 22, 2025　　**HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY**
Page 3

**Table 2: Agent Count by Cumulative Listing Violation Count (May 28-Oct. 15, 2025)**

| Brokerage Brand | Number of Agents by Cumulative Violation Count | | |
|---|---|---|---|
| | 1 | 2 | 3 or more |
| Beacham and Company | 1 | | |
| Bend Premier Real Estate LLC | 1 | | |
| Berkshire Hathaway | 2 | | |
| Campos International Group | 2 | | |
| Century 21 | 8 | | |
| Coastal Life Realty Group LLC | 1 | | |
| Coldwell Banker Sun Country | 2 | | |
| Compass | 679 | 68 | 18 |
| Corcoran | 5 | | |
| Douglas Elliman Real Estate - Residential - Brokerage | 1 | | |
| Full Circle Texas -- 9009647 | 1 | | |
| Grant & Co., Realtors | 1 | | |
| Gucciardo Real Estate Group LLC | 1 | | |
| Howard Hanna | 13 | | 1 |
| Iron Valley Real Estate North Florida | 1 | | |
| Real Broker | 1 | | |
| Serhant | 2 | | |
| Sothebys | 8 | 1 | |
| Tierra Antigua Realty | 3 | | |
| **Total** | **733** | **69** | **19** |

WILSON SONSINI

October 22, 2025     **HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY**
Page 4

**Table 3: Listings Suppressed Due to Listing Access Standards Violations (May 28-Oct. 15, 2025)[1]**

| Address | Brokerage Brand |
| --- | --- |
| 111 Canfield Hill Drive, Gaithersburg, MD 20878 | Compass |
| 1851 Columbia Road Northwest, Unit 305, Washington, DC 20009 | Compass |
| 1519 Church Street Northwest, Unit 2, Washington, DC 20005 | Compass |
| 902 T Street Northwest, Unit A, Washington, DC 20001 | Compass |
| 1709 Glastonberry Road, Potomac, MD 20854 | Compass |
| 4818 Chevy Chase Drive, Unit 303, Chevy Chase, MD 20815 | Compass |
| 10890 Symphony Park Drive, North Bethesda, MD 20852 | Compass |
| 5120 Wessling Lane, Bethesda, MD 20814 | Compass |
| 3206 5th Street Southeast, Washington, DC 20032 | Compass |
| 440 L Street Northwest, Unit 805, Washington, DC 20001 | Compass |
| 125 Driscoll Way, Gaithersburg, MD 20878 | Compass |
| 3 Tara Court, Selbyville, DE 19975 | Compass |
| 1682 Irving Street Northwest, Unit 2, Washington, DC 20010 | Compass |
| 1220 N Street Northwest, Unit 4B, Washington, DC 20005 | Compass |
| 10024 Vanderbilt Circle, Unit 10, Rockville, MD 20850 | Compass |
| 4813 Oglethorpe Street, Riverdale, MD 20737 | Compass |
| 1816 13th Street Northwest, Washington, DC 20009 | Compass |
| 521 Irving Street Northwest, Washington, DC 20010 | Compass |
| 3299 Sutton Place Northwest, Unit C, Washington, DC 20016 | Compass |
| 48 Murray Avenue, Annapolis, MD 21401 | Compass |
| 1652 Kalorama Road Northwest, Washington, DC 20009 | Compass |
| 9927 Miles Stone Court, Vienna, VA 22181 | Compass |
| 628 Greycliffe Lane, Ambler, PA 19002 | Compass |
| 7018 Poplar Avenue, Takoma Park, MD 20912 | Compass |
| 6728 Cardinal Woods Court, Lorton, VA 22079 | Compass |
| 1133 14th Street Northwest, Unit 802, Washington, DC 20005 | Compass |
| 7145 Promenade Drive, Unit 602, Boca Raton, FL 33433 | Compass |

---

[1] Zillow did not begin suppressing listings until June 30, 2025.