# EXHIBIT DX541



## DISCLOSURE REGARDING THE COMPASS THREE PHASED MARKETING STRATEGY

Compass offers a unique **Three Phased Marketing Strategy**, which gives you multiple opportunities to make a first impression prior to your property being offered on the Multiple Listing Service ("MLS"), if you so choose.

Depending on where you are located, the strategy's benefits may include: (1) Marketing your property without accumulating days on market and price drop history, which may devalue a property in the eyes of buyers; (2) Testing an aspirational price and/or validating a pricing strategy, while signaling that your listing is coming; (3) Using the time for staging, painting, and performing other market preparation while still building buyer demand; (4) Maintaining your privacy by keeping your property's photos and other identifiable information visible to a smaller audience until/if you decide to list on the MLS or put it on compass.com; and (5) The opportunity to create increased buyer demand for when/if the property is offered to a larger audience.

The strategy's phases include:
(1) Compass Private Exclusive, which markets your property privately to Compass agents and their clients 1:1.
(2) Compass Coming Soon, which markets your property publicly on compass.com, in compliance with MLS rules.
(3) Listing through an MLS to other public sites.

Please initial the option(s) below to advise and instruct Compass how you would like to market your property:

A) _____ I authorize Compass to list my property as a "Compass Private Exclusive" until _____. I understand that by listing as a "Compass Private Exclusive", the property will not be publicly advertised through the MLS until the date listed above or after the Compass Coming Soon phase, if selected below, but will be available to Compass agents, who can share the listing directly with their clients on a one-to-one basis and may also be shared on a one-to-one basis with agents from other brokerages depending on local MLS rules.

B) _____ I authorize Compass to list my property as a "Compass Coming Soon" (or the applicable status in the local MLS) within the timeframe allowed under the local MLS rules or for 1 business day. I understand that by listing the property as a "Compass Coming Soon", the property may or may not be available through the MLS during that period but will be available to anyone on compass.com and Compass may publicly market the property including through digital ads and newsletters. I also understand that, if per local MLS rules the Coming Soon period lasts more than 1 day, certain third party websites, including Zillow and Redfin, may not accept my listing at a later date. Initial here: _____ I direct Compass to solely list my property as a Compass Coming Soon for 1 day even if the MLS allows it to be advertised for longer in this phase.

*Initial here: _____ I understand that by choosing Compass Private Exclusive or Compass Coming Soon and not listing my property on the MLS, my property is not distributed to other brokerage firms and other public sites, which could reduce (i) the number of potential buyers who can learn about the property; (ii) the number of showings; (iii) the number of offers; and (iv) the final sale price for the property. I am also aware that I can instruct Compass to submit my property to the MLS at any time. I have been advised that while the property is in this off-MLS phase, I'm not obligated to accept an offer.*

C) _____ I authorize Compass to publicly advertise the property on the MLS and other public sites after utilizing A or B or both as outlined above.

D) _____ I authorize Compass to publicly advertise the property on the MLS and other public sites - I do not wish to list my property as a "Compass Private Exclusive" or "Compass Coming Soon" at this time.

I agree that, if I choose to list my property as a "Compass Private Exclusive" and/or "Compass Coming Soon", I do so for marketing, privacy, security, or other legitimate, nondiscriminatory reasons outlined in this disclosure unrelated to the potential group of buyers' race, color, religion, sex, familial status, national origin, disability, or other characteristics protected by the Fair Housing Act and other civil rights statutes and that Compass must and will follow national, state and local fair housing laws while marketing and selling the property.

_____   _____   _____
Seller         Date:              Seller         Date:              Agent:         Date:



Revised May 7, 2025

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CZ_COMP_000034873