# EXHIBIT DX576

# Zillow's 2025 Shopping Strategy

Beliefs, priorities and metrics for the next 12-18 months

**Doc Owner**: JT O'Loughlin

## Zillow Shopping

Zillow serves a broad spectrum of home seekers, from dreamers indulging in aspirational browsing, to serious buyers, renters, and sellers making critical market decisions. Some users treat Zillow as a fantasy playground, exploring luxury homes or envisioning future possibilities, while others rely on it as a high-utility tool to navigate buying, renting, or selling with precision. These experiences are deeply connected—today's dreamer may become tomorrow's buyer, and casual browsing sharpens market awareness for future decisions. Sellers, too, use Zillow to assess their home's value, while renters may transition into ownership. Zillow's role is to seamlessly bridge inspiration and action, ensuring every user, whether exploring for fun or transacting with intent, finds the information and support they need to move forward.

### Personas of People Using Zillow Shopping

People use real estate search for different reasons, from casual browsing to urgent transactions. The experience should adapt to who they are and what they need. The primary groups include entertainment-seekers, future buyers, serious buyers, sellers, and renters—each with distinct motivations and behaviors.

- **Entertainment-Seekers (Casual Dreamers):** Browse Zillow for fun, treating real estate like a social feed. They crave trending, outrageous, and luxury listings but have no built-in way to surface them. Features like viral home feeds and social sharing would keep them engaged.
- **Future Buyers (Renters Planning to Buy):** Tracking home prices, comparing neighborhoods, and refining preferences, but not ready to engage an agent. Zillow lacks structured ways to keep them engaged. Neighborhood tracking, price alerts, and AI-driven recommendations could help them stay in control.
- **Serious Buyers:** Checking Zillow daily (or hourly) to ensure they don't miss the right home. They want full market visibility with real-time updates, affordability guidance, and financing tools to accelerate decision-making.
- **Sellers:** Tracking home value or preparing to sell, relying on Zestimate but needing real buyer demand insights. A home value dashboard with local market trends and buyer interest tracking would improve pricing confidence.
- **Renters:** Operating on short timelines, they need real-time availability, fast applications, and transactability. Zillow could also ease the rent-to-buy transition, helping renters explore homeownership when ready.
- **Investors:** Seeking opportunities across various asset classes, from single-family rentals to large-scale multifamily and short-term vacation properties. They prioritize real-time market insights, cash flow analysis, and appreciation forecasts. Often current/future landlords.
- **Nosy Neighbors**: Monitoring their immediate neighborhood's real estate pulse—checking nearby listings, recent sales, and Zestimate changes out of curiosity about local values and neighbor activity. Zillow lacks dedicated tools to easily track just their specific street or block, or get notified proactively about nearby sold properties.

### Comments

**Commented [1]:** Differing POV related to the above comment, but a big realization last year was framing the responsibility of our experience in terms of JTBD, rather than distinct personas. Oftentimes the personas we apply are artificially constraining and not actually reflective of how people are searching/shopping.
3 total reactions
Dave Scheur reacted with ➕ at 2025-04-18 19:07 PM
Marta Rey Babarro reacted with ➕ at 2025-04-19 01:07 AM
Jennie Perri reacted with ➕ at 2025-02-21 14:10 PM

**Commented [2]:** Recommend linking up with GennyM in our ZRI team who can share her perspective here as well.

**Commented [3]:** There are also very handy and new updated JTBD (from Genny) that show the JTBD span personas: https://www.figma.com/board/oUGIiXT2MaU3ozYgHUBDaG/Cross-Persona-JTBD?node-id=265-5257&t=9rs1FmNxY6ZlCZpv-1

**Commented [4]:** @juliaka@zillowgroup.com @gennym@zillowgroup.com

I read through the doc and I disagree w/ the conclusion that there's no dreamer. There are 233M monthly active users on Zillow and there are only 4.5M USA home buyers, and 1M? folks renting on Z. That leave 227M unaccounted for customers that can only realistically be classified as a person who is browsing

**Commented [5]:** Try on this framing: What separates the 227M unaccounted for customers and ~5.5M active users who' buy or rent is the absence o

**Commented [6]:** Regardless of the framing though, the core statement here that the experience needs to blend inspiration, possibility, and real-world

**Commented [7]:** ^^ what Genny said :)
2 total reactions
Marta Rey Babarro reacted with ☐ at 2025-04-19 01:

**Commented [8]:** I agree with the JTBD framework. One thing I feel like we are missing are the nosy neighbors. All the people who come to Zillow to look

**Commented [9]:** If we are going to apply JTBD framework then we need to redo it for Z

**Commented [10]:** @gennym@zillowgroup.com @jonathanlim@zillowgroup.com
Jon - have you discussed this further with Genny? If

**Commented [11]:** Closing the loop here: @jonathanlim@zillowgroup.com and I chatted and aligned that non-movers have the same functional jot

**Commented [12]:** JTBD is a framework that we will be expanding across all Z from ZRI. For those teams that are using it, it is very useful for prioritizing work that

**Commented [13]:** Do we have a clear breakdown of what percentage of Zillow users fall into each stage of the following bucket? And do we know the total

**Commented [14]:** Is the following list meant to be a comprehensive representation or just a priority list of all Shopping users on Z? I'm wondering whether we are

**Commented [15]:** Is defining Future Buyers as being renters too narrow? I've liked the concept of hopeful homebuyers who are people that yes, may not be

Compass, Inc. v. Zillow, Inc. et al.,
**DX576**
No. 1:25-cv-05201-JAV-SDA

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032648

| Topic | For Dreamer | For Buyer | For Seller | For Renter |
|---|---|---|---|---|
| | | condition, layout, and value. | | |
| An Ever-Changing Market | Following market trends and new listings keeps the dream alive, even if they're not buying yet. | Limited inventory and market fluctuations require buyers to be strategic and act quickly. | Market conditions dictate pricing strategy, from competitive bidding to price reductions. | Rental availability shifts quickly, requiring renters to act fast when searching. |
| A Lengthy & Complex Journey | Revisiting listings helps refine what their dream home might look like over time. | Serious buyers go through months of research, home tours, and negotiations before purchasing. | Preparing, listing, and negotiating offers can take weeks or months. | Finding a rental involves researching listings, touring properties, and securing leases. |
| A Shared Experience | Dreaming is often shared—sending listings to friends and family sparks conversation and excitement. | Buyers collaborate with partners, real estate agents, and lenders to navigate the home-buying process. | Sellers work with agents, photographers, and stagers to present their home effectively. | Roommates, landlords, and lease agreements shape the rental experience. Renters are more likely to be pet owners than parents. |
| Financial & Legal Complexity | Dreamers may casually explore mortgage calculators and pricing to understand future possibilities. | Understanding financing, taxes, and legal paperwork is critical to securing the right home. | Legal paperwork, inspections, and contingencies add complexity to closing the sale. | Understanding lease terms, security deposits, and tenant rights is crucial. |
| The Search is Never Simple | AI recommendations and curated listings keep the experience fun, even if they're just browsing. | Buyers must rely on in-person visits, inspections, and market research to make confident choices. | Marketing, showings, and negotiations require patience and strategic timing. | Renters rely on virtual tours, reviews, and lease terms to make decisions. |

**Belief 2: Zillow needs the Most Comprehensive, Accurate, and Up-to-Date Listing Database**

A real estate portal must provide complete confidence that customers are seeing every available listing with real-time, accurate details—eliminating any fear of missing out on the perfect home. Because home buying and renting are high-stakes and time-sensitive activities, any gaps in coverage, delays in updates, or inaccuracies in data can lead to frustration, hesitation, and costly mistakes.

1. **All Listings in One Place:** Buyers and renters must trust that they're seeing every available home, not just a partial selection. If they believe hidden inventory exists elsewhere, they will lose confidence in the platform and look elsewhere for their search. There are no excuses for Zillow to be missing listings so we will work hard to build the true database of all homes: Coming-Soon, Off-Market & Pocket Listings, For Sale by Owner (FSBO),

**Comments:**

[28]: Do we want to account for the folks who are more desperate or hope-based? This isn't an escape as much as it's a prayer that something is possible or a way to visualize what is possible to inform tradeoffs. @edwardb@zillowgroup.com per some of our discussions on POVs we might be missing

[29]: Do we want to account for or try to serve those who come to Zillow and have their dreams crushed? Is there a way to keep them engaged, give them options, services, other considerations?

[30]: This is an increasingly large customer group. There's gotta be an innovative way of thinking about this dream we can provide, thereby building loyalty, some other form of conversion, etc. (again, per Jenny's Q about other types of user needs and values)

[31]: Curious why we bother talking about the seller here when none of our shopping priorities center any seller needs at all. We say the word 'sell' 19 times and 16/19 are in this table or above. Pushing shopping team to consider whether we should be prioritizing seller at all, or if dreamer, buyer and (to some extent) renter is focus.

[32]: 1 total reaction
Dipika Shrihari reacted with 👍 at 2025-03-26 14:04 PM

[33]: Connecting this to the previous belief, I think the listing completeness and accuracy belief is particularly important for the active buyers and sellers. If we were focusing on just the dreaming scenario, I don't know that the same level of listings completeness would be needed.

[34]: Food for thought: Not all users will be aware that some houses are missing. Have we done research on the % of users that believe / don't believe that we have all listings?
@genevievema@zillowgroup.com
@jennaha@zillowgroup.com
@jesusg@zillowgroup.com @jenh@zillowgroup.com
@edwardb@zillowgroup.com

[35]: @laurensp@zillowgroup.com @jennaha@zillowgroup.com Lauren, the research that you were proposing in our chat today regarding brand perception across the nation and how brand might be perceived differently in those cities where we don't have full listings will be very relevant

[36]: I think we could emphasis the renter needs here and how we are the only platform that has long-term and multi family. This is #1 strategy for the Rentals team and will reinforce the over approach for Zillow.
1 total reaction

[37]: With the current rentals strategy, we are syndicating out listings to several different brands and in the short term, we cannot differentiate on inventory.

[38]: In rentals, I think it's the "unique inventory" play that makes Zillow so favorable. Listings existing on Z & no where else, so renters are incentivized to always check Zillow.

[39]: 1 total reaction
Dipika Shrihari reacted with 👍 at 2025-03-26 14:13 PM

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00032650

The difficult tradeoffs & high-consequence of getting it wrong mean that Beth typically needs to work with real estate professionals. Beth is best served by her professionals that use Zillow's systems extensively.

# Our Priorities in Stack-Rank Order Of Importance

Home-buying is entering a new era shaped by shifts in policy, technology, and buyer behavior. Four major trends are converging to redefine how people search for and find homes. We rank these based on how we will prioritize creating novel experiences to support the future of Shopping.

**Priority 1: Comprehensive Listings in a Changing World:** Weakened rules that require people to broadly share MLS listings could lead to a resurgence of exclusive or off-market listings. As this wanes, more homes may be marketed as "pocket listings" available only to select clients or private networks. This shift fragments consumers' access to inventory, potentially creating an uneven playing field where only insiders see certain homes. Buyers without the right connections might miss out, while those plugged into exclusive networks face less competition per listing.

Competition in such a landscape becomes stratified. General buyers face a thinner public inventory, whereas well-connected buyers gain an edge with early or sole access to off-MLS properties. Industry experts warn that off-market listings reduce transparency and visibility, which can even harm sellers by limiting exposure. The marketplace could bifurcate into open listings versus closed exclusives, changing how bidding wars and pricing play out. Zillow must adapt to this new world. Zillow will have to work to ensure all listings stay on the site, and continue to demonstrate to all customers that Zillow is the best place to shop for homes. This may involve commingling listings with new construction listings, auction listings, IDX listings, VOW listings, rentals, and conditional logic (ex: permissions granted to a user based on their login & MyAgent relationship), as well as marketing throughout the search experience to encourage customers to log-in to see the full, comprehensive, and timely listings.

> **Metric**: Listings Coverage (*what % of For Sale listings are available on Zillow*)
> **Roughly Targeted Staffing Allocation**: As much as we need to do; no real upper bounds. However we will aim to spend ~40% of our time here.

**Priority 2: Real-Time Affordability, BuyAbility, and Financial Transparency:** Modern home searches are also being transformed by BuyAbility and affordability tools that deliver real-time financial transparency. These tools (exemplified by Zillow's new BuyAbility feature) give buyers an instant, personalized read on what they can afford, factoring in current mortgage rates, income, credit, and down payment. The result is heightened buyer confidence – shoppers know their true buying power and budget limits up front, rather than guessing or getting pre-qualified on paper weeks in advance. Having a "true understanding of their buying power" empowers buyers to house-hunt with clarity and less anxiety about financing. Even those hesitant to share financial details with a lender can safely gauge their price range in seconds, which demystifies the process.

Such transparency also speeds up decision-making. When affordability info is integrated into home search platforms, buyers can filter, find, and compare homes within budget in real time. For example, as buyers browse listings, they can immediately see which homes fall within their approved price range and what the monthly payments would be for them, given the latest rates. This instant feedback loop lets shoppers quickly identify viable options and confidently make offers, knowing the home truly fits their budget. In competitive markets, this speed is crucial – buyers armed with up-to-the-minute affordability data can act faster than those who must consult banks or recalculate manually. We can help the customer understand how to maximize their buying power/affordability to make it more manageable but also get them as close as possible to the life they're looking for.

**Margin comments:**

**Commented [48]:** The current metric (Listing Coverage) wouldn't capture any work supporting this part e.g. work that helps customers discover listings that we already have through experience improvements. If this part is important, we may want to consider a secondary metric here

**Commented [49]:** @mattmcc@zillowgroup.com
This is an excellent point. Matt?

**Commented [50]:** If I'm interpreting correctly, I think we would capture this through our brand preference metrics (though we may need to add a Listings specific question) and indirectly through retention metrics.

**Commented [51]:** That would be one way to do it, but for us to have clarity on our projects, I think it would be helpful to have something which is directly targeting this. Swami and I have been thinking about something along these lines:

We want to demonstrate that Zillow is the best place to shop for homes, and that Zillow has all the homes. If Zillow is the best place to shop for homes and has all the homes, then our users should find the home they actually buy on Zillow, easily.

We can define metrics around this e.g. % of FS shoppers who view the home they transact on, on Zillow, before placing the offer

Otherwise, if we want to go for something like TWE to try to capture this, then how do we capture that TWE leads up to a P1 instead of a P4?

**Commented [52]:** There is much more that we can do through the search experience to improve perception of our listing availability than just encouraging logins. We have to make sure the whole search experience is effective in supporting users to find the complete set of the listings that may be relevant for them as they make tradeoffs, find creative solutions to manage to afford a home, etc.

For example, the only way users can express a home feature or lifestyle preference today is through a filter. This means that users see a much smaller set of listings, rather than that complete set of potentially relevant listings. We need to make sure users can express preferences which influence the homes they see, without preventing them from seeing homes that don't exactly match that preference. This perhaps feeds into the suggestion Nate made below around prioritizing the best shopping experience as well.

One specific example of how this impacts perception[...]

**Commented [53]:** How will co-mingling projects be captured by this metric? No need to over-index on it but I do think we should measure "exposure"/impressions as well as listing coverage.

**Commented [54]:** Obviously a big believer in this. When we get to roadmap/tactics, lets have a follow-on to ensure my team can support what you want to do. I'm nervous that we'll become a bottleneck.

**Commented [55]:** Co-mingling for rentals belongs more so in this sections as it offer options and paths for folks at all stages of affordability

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00032652