# EXHIBIT DX590

# Document Produced in Native Format



CONFIDENTIAL

CZ_COMP_000092320

| MLS Name | Region | Subregion | Geo | Will Coming Soon work as-is, or be limited to 1BD by Zillow's new policy? Impacted by Z (Y/N) |
|---|---|---|---|---|
| REcolorado® | Southwest | Colorado | Denver & Boulder | N |
| IRES MLS | Southwest | Colorado | Denver & Boulder | N |
| Pikes Peak REALTOR® Services | Southwest | Colorado | Denver & Boulder | N |
| Colorado Real Estate Network | Southwest | Colorado | Telluride | N |
| Summit MLS | Southwest | Colorado | Denver & Boulder | N |
| Grand Junction Area REALTOR® Association | Southwest | Colorado | Denver & Boulder | N |
| Aspen Glenwood MLS | Southwest | Colorado | Aspen & Vail | N |
| Vail Multi-List Service | Southwest | Colorado | Aspen & Vail | N |
| Grand County Board of REALTORS® | Southwest | Colorado | Denver & Boulder | N |
| Telluride Association of REALTORS® | Southwest | Colorado | Telluride | N |
| Bright MLS | DMV & Southeast | DC, Maryland, & Virginia | DC, Maryland, & Virginia | Y |
| Central Virginia Regional MLS | DMV & Southeast | DC, Maryland, & Virginia | Richmond, VA | Y |
| Charlottesville Area Association of REALTORS® | DMV & Southeast | DC, Maryland, & Virginia | Richmond, VA | N |
| Roanoke Valley Association of REALTORS® | DMV & Southeast | DC, Maryland, & Virginia | Richmond, VA | N |
| Lynchburg Association of REALTORS® | DMV & Southeast | DC, Maryland, & Virginia | Richmond, VA | N |
| Stellar MLS | DMV & Southeast | Florida | Central Florida & Tampa Bay | N |
| BeachesMLS | DMV & Southeast | Florida | South Florida | N |
| MIAMI REALTORS® MLS | DMV & Southeast | Florida | South Florida | N |
| realMLS (Northeast Florida Multiple Listing Service) | DMV & Southeast | Florida | North Florida | Y |
| Florida Gulf Coast Multiple Listing Service | DMV & Southeast | Florida | Southwest Florida | N |
| Naples Area Board of REALTORS® | DMV & Southeast | Florida | Southwest Florida | N |
| Space Coast MLS (Space Coast Association of REALTOR | DMV & Southeast | Florida | South Florida | N |
| Emerald Coast Association of REALTORS® | DMV & Southeast | Florida | North Florida | Y |
| Pensacola Association of REALTORS® | DMV & Southeast | Florida | North Florida | N |
| Central Panhandle Association of REALTORS® | DMV & Southeast | Florida | Panhandle | N |
| Capital Area Technology & REALTOR® Services | DMV & Southeast | Florida | Panhandle | N |
| St. Augustine and St. Johns County Board of REALTORS | DMV & Southeast | Florida | North Florida | N |
| Daytona Beach Area Association of REALTORS® | DMV & Southeast | Florida | Central Florida & Tampa Bay | N |
| REALTORS® Association of Indian River County | DMV & Southeast | Florida | South Florida | N |
| Multiple Listing Service of Bonita Springs-Estero | DMV & Southeast | Florida | Southwest Florida | N |
| Martin County REALTORS® of the Treasure Coast | DMV & Southeast | Florida | South Florida | N |
| Florida Keys Board of REALTORS® | DMV & Southeast | Florida | South Florida | N |
| Amelia Island - Nassau County Association of REALTORS | DMV & Southeast | Florida | North Florida | N |
| Marco Island Area Association of REALTORS® | DMV & Southeast | Florida | Southwest Florida | N |
| Palm Beach Board of REALTORS® | DMV & Southeast | Florida | South Florida | N |
| Georgia MLS | DMV & Southeast | Georgia | Greater Atlanta | N |
| First Multiple Listing Service | DMV & Southeast | Georgia | Greater Atlanta | N |
| Savannah Multi-List Corporation | DMV & Southeast | Georgia | Savannah | N |
| Northeast Georgia Board of REALTORS® | DMV & Southeast | Georgia | Greater Atlanta | N |
| Columbus Board of REALTORS® | DMV & Southeast | Georgia | Greater Atlanta | N |
| Middle Georgia MLS | DMV & Southeast | Georgia | Greater Atlanta | N |
| HiCentral MLS (Honolulu Board of REALTORS®) | California | Hawaii | Hawaii | N |

| | | | | |
|---|---|---|---|---|
| Hawaii Information Service (MLS Hawaii) | California | Hawaii | Hawaii | N |
| Maui MLS (REALTORS® Association of Maui) | California | Hawaii | Hawaii | N |
| Midwest Real Estate Data | MidStates | MidStates North | Chicago | Y |
| NorthstarMLS | MidStates | MidStates North | Minnesota | N |
| MIBOR Broker Listing Cooperative® | MidStates | MidStates North | Indianapolis | N |
| Indiana Regional MLS | MidStates | MidStates North | Indianapolis | N |
| Metro MLS | MidStates | MidStates North | Milwaukee | N |
| RMLS Alliance | MidStates | MidStates North | Peoria, IL | N |
| South Central Wisconsin Multiple Listing Service | MidStates | MidStates North | Madison | N |
| Northwest Indiana REALTORS® Association | MidStates | MidStates North | Chicago | N |
| REALTORS® Association of Northeast Wisconsin | MidStates | MidStates North | Minnesota | N |
| Southern Indiana REALTORS® Association | MidStates | MidStates North | Indianapolis | N |
| NorthWest Illinois Alliance of REALTORS® | MidStates | MidStates North | Chicago | N |
| Lake Superior Area REALTORS® | MidStates | MidStates North | Minnesota | N |
| Southeastern Indiana Board of REALTORS® | MidStates | MidStates North | Cincinatti | N |
| Realtracs | MidStates | MidStates South | Tennessee | Y |
| MARIS MLS | MidStates | MidStates South | St. Louis | N |
| Heartland MLS | MidStates | MidStates South | Kansas City | Y |
| Knoxville Area Association of REALTORS® | MidStates | MidStates South | Knoxville | N |
| Memphis Area Association of REALTORS® | MidStates | MidStates South | Memphis | N |
| Greater Chattanooga REALTORS® | MidStates | MidStates South | Knoxville | N |
| Tennessee/Virginia Regional MLS | MidStates | MidStates South | Knoxville | N |
| Bagnell Dam Association of REALTORS® | MidStates | MidStates South | St. Louis | N |
| Sunflower Association of REALTORS® | MidStates | MidStates South | Kansas City | N |
| Lawrence Board of REALTORS® | MidStates | MidStates South | Kansas City | N |
| Las Vegas REALTORS® | Southwest | Nevada | Greater Las Vegas | N |
| MLS Property Information Network | Northeast | New England | Greater Boston | Y |
| PrimeMLS | Northeast | New England | Northern New England | N |
| Maine Listings | Northeast | New England | Northern New England | N |
| State-Wide MLS | Northeast | New England | Rhode Island | N |
| Cape Cod & Islands Association of REALTORS® | Northeast | New England | Greater Boston | N |
| LINK | Northeast | New England | Greater Boston | N |
| Berkshire County Board of REALTORS® | Northeast | New England | Greater Boston | N |
| Martha's Vineyard MLS | Northeast | New England | Greater Boston | N |
| Canopy MLS | DMV & Southeast | North Carolina | Greater Charlotte | N |
| Triangle MLS | DMV & Southeast | North Carolina | Raleigh-Durham | N |
| North Carolina Regional MLS | DMV & Southeast | North Carolina | Northeast NC & Outer Banks | N |
| Triad MLS | DMV & Southeast | North Carolina | Greensboro, NC | N |
| Greater Greenville Association of REALTORS® | DMV & Southeast | North Carolina | Greater Charlotte | N |
| Longleaf Pine REALTORS® | DMV & Southeast | North Carolina | Raleigh-Durham | N |
| Western Upstate Multiple Listing Service | DMV & Southeast | North Carolina | Greater Charlotte | N |
| Multiple Listing Service of Spartanburg | DMV & Southeast | North Carolina | Greater Charlotte | N |
| High Country Association of REALTORS® | DMV & Southeast | North Carolina | Greater Charlotte | N |
| Outer Banks Association of REALTORS® | DMV & Southeast | North Carolina | Northeast NC & Outer Banks | N |

| | | | | | |
|---|---|---|---|---|---|
| Alamance Multiple Listing Service | DMV & Southeast | North Carolina | Raleigh-Durham | N | |
| MLSListings | California | Northern California | Northern California | Y | |
| bridgeMLS | California | Northern California | Northern California | Y | |
| MetroList MLS | California | Northern California | Lake Tahoe & Reno | N | |
| Bay Area Real Estate Information Services | California | Northern California | Northern California | Y | |
| Northern Nevada Regional MLS | California | Northern California | Lake Tahoe & Reno | N | |
| San Francisco Association of REALTORS® MLS | California | Northern California | Northern California | Y | |
| Shasta Association of REALTORS® | California | Northern California | Northern California | N | |
| Tahoe Sierra Board of REALTORS® | California | Northern California | Lake Tahoe & Reno | N | |
| Santa Barbara Multiple Listing Service | California | Northern California | Santa Barbara, Montecito, & Central Coast | N | |
| North Santa Barbara County Regional MLS | California | Northern California | Santa Barbara, Montecito, & Central Coast | N | |
| South Tahoe Association of REALTORS® | California | Northern California | Lake Tahoe & Reno | N | |
| Plumas Association of REALTORS® | California | Northern California | Lake Tahoe & Reno | N | |
| Mammoth Lakes Board of REALTORS® MLS | California | Northern California | Lake Tahoe & Reno | N | |
| Incline Village REALTORS® | California | Northern California | Lake Tahoe & Reno | N | |
| Inyo County MLS | California | Northern California | Lake Tahoe & Reno | N | |
| Regional Multiple Listing Service | Northwest | Northwest | Oregon | N | |
| West Penn Multi-List | MidStates | PA, DE & SOUTH NJ | Greater Pittsburgh | Y | |
| Monmouth Ocean Regional Multiple Listing Service | MidStates | PA, DE & SOUTH NJ | Pennsylvania, Delaware, & South Jersey | N | |
| Greater Lehigh Valley REALTORS® | MidStates | PA, DE & SOUTH NJ | Pennsylvania, Delaware, & South Jersey | N | |
| Pocono Mountains Association of REALTORS® | MidStates | PA, DE & SOUTH NJ | Pennsylvania, Delaware, & South Jersey | N | |
| South Jersey Shore Regional MLS | MidStates | PA, DE & SOUTH NJ | Pennsylvania, Delaware, & South Jersey | N | |
| Cape May County Association of REALTORS® | MidStates | PA, DE & SOUTH NJ | PA, DE, & South NJ | N | |
| San Diego MLS | California | San Diego | San Diego | Y | |
| Northwest Multiple Listing Service | Northwest | Seattle | Seattle, Eastside, & Greater Puget Sound | N | |
| Spokane Association of REALTORS® | Northwest | Seattle | Eastern Washington | N | |
| MLS of Yakima Association of REALTORS® | Northwest | Seattle | Seattle, Eastside, & Greater Puget Sound | N | |
| CHS Regional MLS | DMV & Southeast | South Carolina | Charleston | N | |
| Coastal Carolinas Association of REALTORS® | DMV & Southeast | South Carolina | Myrtle Beach | N | |
| REsides | DMV & Southeast | South Carolina | Charleston | N | |
| California Regional Multiple Listing Service | California | Southern California | Southern California | N | |
| The MLS | California | Southern California | Southern California | Y | |
| Fresno MLS | California | Southern California | Bakersfield, CA | N | |
| Greater Palm Springs Multiple Listing Service | California | Southern California | Southern California | N | |
| Bakersfield Association of REALTORS® | California | Southern California | Bakersfield, CA | N | |
| Greater Antelope Valley Association of REALTORS® | California | Southern California | Bakersfield, CA | N | |
| Ventura County Regional Data Share | California | Southern California | Southern California | N | |
| Big Bear Association of REALTORS® | California | Southern California | Southern California | N | |
| Idyllwild MLS | California | Southern California | Southern California | N | |
| Ojai Valley Board of REALTORS® | California | Southern California | Southern California | N | |
| North Texas Real Estate Information Systems | Southwest | Texas | Dallas-Fort Worth | N | |
| Houston Association of REALTORS® | Southwest | Texas | Houston | Y | |
| Austin Central Texas Realty Information Service | Southwest | Texas | Austin & Central Texas | Y | |
| San Antonio Board of REALTORS® | Southwest | Texas | San Antonio | N | |

| MLS | Region | State/Area | Market | Flag |
|---|---|---|---|---|
| Central Texas MLS | Southwest | Texas | Austin & Central Texas | N |
| Greater Tyler Association of REALTORS® | Southwest | Texas | Dallas-Fort Worth | N |
| Greater McAllen Association of REALTORS® | Southwest | Texas | Laredo | N |
| Greater El Paso Association of REALTORS® | Southwest | Texas | Southeast New Mexico | N |
| South Texas MLS | Southwest | Texas | Corpus Christi | N |
| Lubbock Association of REALTORS® | Southwest | Texas | Texas Ranch & Land | N |
| Amarillo Association of REALTORS® | Southwest | Texas | Texas Ranch & Land | N |
| Bryan-College Station Regional Multiple Listing Service | Southwest | Texas | Austin & Central Texas | N |
| Waco Association of REALTORS® | Southwest | Texas | Austin & Central Texas | N |
| Highland Lakes Association of REALTORS® | Southwest | Texas | Austin & Central Texas | N |
| Laredo Association of REALTORS® | Southwest | Texas | Laredo | N |
| Kerrville Board of REALTORS® | Southwest | Texas | San Antonio | N |
| Central Hill Country Board of REALTORS® | Southwest | Texas | Austin & Central Texas | N |
| Galveston Association of REALTORS® | Southwest | Texas | Houston | N |
| OneKey® MLS | Northeast | Tri State | Westchester & Hudson Valley | N |
| Western New York Real Estate Information Services | Northeast | Tri State | Western New York | N |
| SmartMLS | Northeast | Tri State | Connecticut | N |
| Garden State MLS | Northeast | Tri State | North Jersey | Y |
| New Jersey MLS | Northeast | Tri State | North Jersey | Y |
| **Listing Editor Manual** | Northeast | Tri State | New York City (REBNY) | N |
| Global MLS | Northeast | Tri State | Albany Capital District & North Country | N |
| Central Jersey MLS | Northeast | Tri State | North Jersey | N |
| Staten Island Multiple Listing Service | Northeast | Tri State | New York City | N |
| Brooklyn Board of REALTORS® | Northeast | Tri State | New York City | N |
| Greater Binghamton Association of REALTORS® | Northeast | Tri State | Western New York | N |
| Columbia Greene Northern Dutchess MLS | Northeast | Tri State | Westchester & Hudson Valley | N |
| Ulster County Board of REALTORS® | Northeast | Tri State | Westchester & Hudson Valley | N |
| On-Line Residential | Northeast | Tri State | New York City | N |
| Greenwich Association of REALTORS® | Northeast | Tri State | Connecticut | N |
| East End Long Island | Northeast | Tri State | The Hamptons | N |
| Hamptons and North Fork REALTORS® Association | Northeast | Tri State | The Hamptons | N |
| New Canaan Board of REALTORS® | Northeast | Tri State | Connecticut | N |
| Darien Board of REALTORS® | Northeast | Tri State | Connecticut | N |
| Intermountain MLS | Northwest | Wyoming + Idaho | Sun Valley | N |
| Coeur d'Alene Multiple Listing Service | Northwest | Wyoming + Idaho | Eastern Washington | N |
| Snake River Regional MLS | Northwest | Wyoming + Idaho | Jackson, Star Valley & Teton Valley | N |
| Wyoming MLS | Northwest | Wyoming + Idaho | Jackson, Star Valley & Teton Valley | N |
| Teton Board of REALTORS® | Northwest | Wyoming + Idaho | Jackson, Star Valley & Teton Valley | N |
| Mountain Central Association of REALTORS® | Northwest | Wyoming + Idaho | Sun Valley | N |
| Sheridan County Board of REALTORS® | Northwest | Wyoming + Idaho | Jackson, Star Valley & Teton Valley | N |
| Sun Valley Board of REALTORS® | Northwest | Wyoming + Idaho | Sun Valley | N |

| Source | | | | | |
|---|---|---|---|---|---|
| Region | Subregion | Geo | MLS Name | MLS Restrictiveness<br><br>Scale 1 - 5<br>1 = most flexible (no enforcement of CCP)<br>2 = flexible / friendly (Coming Soon/PLN or similar)<br>3 = average (CCS marketed for 1 business day)<br>4 = restrictive (non-exclusives required to pre-market)<br>5 = hostile (more strict rules than CCP - no office exclusives, no public per-marketing) | Total Listings (LTM)  As of 1.15.25 |
| DMV & Southeast | DC, Maryland, & Virginia | DC, Maryland, & Virginia | Bright MLS | 2 | 313650 |
| DMV & Southeast | Florida | Central Florida & Tampa Bay | Stellar MLS | 3 | 303349 |
| Southwest | Texas | Dallas-Fort Worth | North Texas Real Estate Information Systems | 4 | 208061 |
| Southwest | Texas | Houston | Houston Association of REALTORS® | 2 | 204796 |
| California | Southern California | Southern California | California Regional Multiple Listing Service | 4 | 197803 |
| MidStates | MidStates North | Chicago | Midwest Real Estate Data | 2 | 184094 |
| DMV & Southeast | Georgia | Greater Atlanta | Georgia MLS | 4 | 173787 |
| DMV & Southeast | Georgia | Greater Atlanta | First Multiple Listing Service | 4 | 142348 |
| MidStates | MidStates South | Tennessee | Realtracs | 1 | 116707 |
| Northwest | Seattle | Seattle, Eastside, & Greater Puge | Northwest Multiple Listing Service | 5 | 111994 |
| MidStates | MidStates North | Minnesota | NorthstarMLS | 3 | 110914 |
| DMV & Southeast | Florida | South Florida | BeachesMLS | 3 | 99000 |
| DMV & Southeast | Florida | South Florida | MIAMI REALTORS® MLS | 3 | 90499 |
| DMV & Southeast | North Carolina | Greater Charlotte | Canopy MLS | 3 | 85485 |
| Northeast | New England | Greater Boston | MLS Property Information Network | 1 | 80825 |
| Northeast | Tri State | Westchester & Hudson Valley | OneKey® MLS | 3 | 81403 |
| Southwest | Colorado | Denver & Boulder | REcolorado® | 3 | 74431 |
| MidStates | MidStates South | St. Louis | MARIS MLS | 3 | 70355 |
| Northwest | | Oregon | Regional Multiple Listing Service | 3 | 67407 |
| Southwest | Texas | Austin & Central Texas | Austin Central Texas Realty Information Service | 2 | 66154 |
| Southwest | Texas | San Antonio | San Antonio Board of REALTORS® | 3 | 64053 |
| DMV & Southeast | North Carolina | Raleigh-Durham | Triangle MLS | 3 | 55940 |
| Northeast | Tri State | Western New York | Western New York Real Estate Information Services | 3 | 52457 |
| MidStates | MidStates South | Kansas City | Heartland MLS | 2 | 52347 |
| Southwest | Nevada | Greater Las Vegas | Las Vegas REALTORS® | 3 | 52215 |
| DMV & Southeast | North Carolina | Northeast NC & Outer Banks | North Carolina Regional MLS | 3 | 50688 |
| Northeast | Tri State | Connecticut | SmartMLS | 4 | 47884 |
| DMV & Southeast | Florida | North Florida | realMLS (Northeast Florida Multiple Listing Service) | 2 | 47423 |
| MidStates | MidStates North | Indianapolis | MIBOR Broker Listing Cooperative® | 3 | 47271 |
| MidStates | MidStates North | Indianapolis | Indiana Regional MLS | 3 | 45330 |
| DMV & Southeast | Florida | Southwest Florida | Florida Gulf Coast Multiple Listing Service | 3 | 42656 |
| California | Southern California | Southern California | The MLS | 2 | 41055 |
| California | San Diego | San Diego | San Diego MLS | 2 | 40720 |
| Northeast | Tri State | North Jersey | Garden State MLS | 1 | 39188 |
| MidStates | MidStates North | Milwaukee | Metro MLS | 3 | 39016 |
| MidStates | PA, DE & SOUTH NJ | Greater Pittsburgh | West Penn Multi-List | 2 | 38763 |
| Northeast | New England | Northern New England | PrimeMLS | 3 | 37610 |
| MidStates | MidStates South | Knoxville | Knoxville Area Association of REALTORS® | 3 | 35024 |
| Northwest | Wyoming + Idaho | Sun Valley | Intermountain MLS | 3 | 32657 |
| California | Northern California | Northern California | MLSListings | 2 | 32344 |
| California | Northern California | Northern California | bridgeMLS | 2 | 31079 |
| Northeast | New England | Northern New England | Maine Listings | 3 | 30690 |

| Region | Sub-region | Market | MLS | Tier | Count |
|---|---|---|---|---|---|
| DMV & Southeast | North Carolina | Greensboro, NC | Triad MLS | 3 | 29870 |
| DMV & Southeast | South Carolina | Charleston | CHS Regional MLS | 3 | 27002 |
| DMV & Southeast | South Carolina | Myrtle Beach | Coastal Carolinas Association of REALTORS® | 3 | 26679 |
| DMV & Southeast | North Carolina | Greater Charlotte | Greater Greenville Association of REALTORS® | 3 | 26461 |
| MidStates | MidStates North | Peoria, IL | RMLS Alliance | 3 | 26350 |
| MidStates | MidStates North | Madison | South Central Wisconsin Multiple Listing Service | 3 | 25414 |
| Southwest | Texas | Austin & Central Texas | Central Texas MLS | 3 | 25436 |
| DMV & Southeast | DC, Maryland, & Virginia | Richmond, VA | Central Virginia Regional MLS | 2 | 25409 |
| MidStates | PA, DE & SOUTH NJ | Pennsylvania, Delaware, & South | Monmouth Ocean Regional Multiple Listing Service | 3 | 25496 |
| DMV & Southeast | Florida | Southwest Florida | Naples Area Board of REALTORS® | 3 | 25961 |
| DMV & Southeast | Florida | South Florida | Space Coast MLS (Space Coast Association of REALTORS) | 3 | 24051 |
| Northeast | Tri State | North Jersey | New Jersey MLS | 1 | 23395 |
| Southwest | Colorado | Denver & Boulder | IRES MLS | 3 | 21301 |
| California | Northern California | Lake Tahoe & Reno | MetroList MLS | 3 | 51838 |
| MidStates | MidStates South | Memphis | Memphis Area Association of REALTORS® | 3 | 21036 |
| Northeast | Tri State | **New York City (REBNY)** | **Listing Editor Manual** | 4 | 11263 |
| DMV & Southeast | Florida | North Florida | Emerald Coast Association of REALTORS® | 2 | 19799 |
| Southwest | Colorado | Denver & Boulder | Pikes Peak REALTOR® Services | 3 | 19698 |
| MidStates | MidStates South | Knoxville | Greater Chattanooga REALTORS® | 3 | 26144 |
| California | Northern California | Northern California | Bay Area Real Estate Information Services | 1 | 18737 |
| Northeast | Tri State | Albany Capital District & North Co | Global MLS | 3 | 17869 |
| Southwest | Texas | Dallas-Fort Worth | Greater Tyler Association of REALTORS® | 3 | 16219 |
| Northeast | New England | Rhode Island | State-Wide MLS | 3 | 16883 |
| MidStates | MidStates North | Chicago | Northwest Indiana REALTORS® Association | 3 | 15710 |
| Northwest | Seattle | Eastern Washington | Spokane Association of REALTORS® | 3 | 16333 |
| Southwest | Texas | Laredo | Greater McAllen Association of REALTORS® | 3 | 16466 |
| MidStates | MidStates North | Minnesota | REALTORS® Association of Northeast Wisconsin | 3 | 15628 |
| DMV & Southeast | Florida | North Florida | Pensacola Association of REALTORS® | 3 | 15425 |
| California | Southern California | Bakersfield, CA | Fresno MLS | 3 | 14694 |
| Southwest | Texas | Southeast New Mexico | Greater El Paso Association of REALTORS® | 3 | 14236 |
| California | Southern California | Southern California | Greater Palm Springs Multiple Listing Service | 3 | 14029 |
| California | Northern California | Lake Tahoe & Reno | Northern Nevada Regional MLS | 3 | 13856 |
| DMV & Southeast | Florida | Panhandle | Central Panhandle Association of REALTORS® | 3 | 13647 |
| MidStates | MidStates South | Knoxville | Tennessee/Virginia Regional MLS | 3 | 13165 |
| DMV & Southeast | Georgia | Savannah | Savannah Multi-List Corporation | 3 | 12710 |
| California | Hawaii | Hawaii | HiCentral MLS (Honolulu Board of REALTORS®) | 3 | 12970 |
| MidStates | PA, DE & SOUTH NJ | Pennsylvania, Delaware, & South | Greater Lehigh Valley REALTORS® | 3 | 12580 |
| Southwest | Texas | Corpus Christi | South Texas MLS | 3 | 11885 |
| Southwest | Texas | Texas Ranch & Land | Lubbock Association of REALTORS® | 3 | 11750 |
| DMV & Southeast | North Carolina | Raleigh-Durham | Longleaf Pine REALTORS® | 3 | 11095 |
| Northwest | Wyoming + Idaho | Eastern Washington | Coeur d'Alene Multiple Listing Service | 3 | 11374 |
| DMV & Southeast | Florida | Panhandle | Capital Area Technology & REALTOR® Services | 3 | 10775 |
| DMV & Southeast | North Carolina | Greater Charlotte | Western Upstate Multiple Listing Service | 3 | 3259 |
| California | Southern California | Bakersfield, CA | Bakersfield Association of REALTORS® | 3 | 10741 |
| Northeast | Tri State | North Jersey | Central Jersey MLS | 3 | 10075 |
| DMV & Southeast | North Carolina | Greater Charlotte | Multiple Listing Service of Spartanburg | 3 | 10130 |
| DMV & Southeast | DC, Maryland, & Virginia | Richmond, VA | Charlottesville Area Association of REALTORS® | 3 | 9717 |
| DMV & Southeast | Florida | North Florida | St. Augustine and St. Johns County Board of REALTORS | 3 | 14289 |
| Southwest | Colorado | Telluride | Colorado Real Estate Network | 3 | 9432 |
| Southwest | Texas | Texas Ranch & Land | Amarillo Association of REALTORS® | 3 | 8851 |
| California | Northern California | Northern California | San Francisco Association of REALTORS® MLS | 2 | 8794 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DMV & Southeast | Georgia | Greater Atlanta | Northeast Georgia Board of REALTORS® | 3 | | 8147 |
| DMV & Southeast | DC, Maryland, & Virginia | Richmond, VA | Roanoke Valley Association of REALTORS® | 3 | | 8065 |
| California | Southern California | Bakersfield, CA | Greater Antelope Valley Association of REALTORS® | 3 | | 7978 |
| California | Hawaii | Hawaii | Hawaii Information Service (MLS Hawaii) | 3 | | 7962 |
| MidStates | PA, DE & SOUTH NJ | Pennsylvania, Delaware, & South | Pocono Mountains Association of REALTORS® | 3 | | 7617 |
| DMV & Southeast | South Carolina | Charleston | REsides | 3 | | 7568 |
| Southwest | Texas | Austin & Central Texas | Bryan-College Station Regional Multiple Listing Service | 3 | | 7629 |
| DMV & Southeast | Florida | Central Florida & Tampa Bay | Daytona Beach Area Association of REALTORS® | 3 | | 5036 |
| MidStates | PA, DE & SOUTH NJ | Pennsylvania, Delaware, & South | South Jersey Shore Regional MLS | 3 | | 7335 |
| MidStates | MidStates North | Indianapolis | Southern Indiana REALTORS® Association | 3 | | 7378 |
| DMV & Southeast | Florida | South Florida | REALTORS® Association of Indian River County | 3 | | 7277 |
| MidStates | MidStates North | Chicago | NorthWest Illinois Alliance of REALTORS® | 3 | | 6859 |
| Southwest | Texas | Austin & Central Texas | Waco Association of REALTORS® | 3 | | 6629 |
| Northwest | Wyoming + Idaho | Jackson, Star Valley & Teton Valle | Snake River Regional MLS | 3 | | 6549 |
| MidStates | MidStates South | St. Louis | Bagnell Dam Association of REALTORS® | 3 | | 5973 |
| DMV & Southeast | DC, Maryland, & Virginia | Richmond, VA | Lynchburg Association of REALTORS® | 3 | | 5661 |
| DMV & Southeast | Georgia | Greater Atlanta | Columbus Board of REALTORS® | 3 | | 5473 |
| Northeast | New England | Greater Boston | Cape Cod & Islands Association of REALTORS® | 3 | | 3425 |
| Northeast | Tri State | New York City | Staten Island Multiple Listing Service | 3 | | 2165 |
| Northwest | Wyoming + Idaho | Jackson, Star Valley & Teton Valle | Wyoming MLS | 3 | | 5396 |
| MidStates | MidStates North | Minnesota | Lake Superior Area REALTORS® | 3 | | 5264 |
| Northeast | Tri State | New York City | Brooklyn Board of REALTORS® | 3 | | 5396 |
| DMV & Southeast | Florida | Southwest Florida | Multiple Listing Service of Bonita Springs-Estero | 3 | | 5394 |
| DMV & Southeast | North Carolina | Greater Charlotte | High Country Association of REALTORS® | 3 | | 5195 |
| MidStates | MidStates South | Kansas City | Sunflower Association of REALTORS® | 3 | | 5053 |
| California | Northern California | Northern California | Shasta Association of REALTORS® | 3 | | 4644 |
| Southwest | Colorado | Denver & Boulder | Summit MLS | 3 | | 4620 |
| Southwest | Colorado | Denver & Boulder | Grand Junction Area REALTOR® Association | 3 | | 4426 |
| DMV & Southeast | Georgia | Greater Atlanta | Middle Georgia MLS | 3 | | 4286 |
| DMV & Southeast | Florida | South Florida | Martin County REALTORS® of the Treasure Coast | 3 | | 4235 |
| DMV & Southeast | Florida | South Florida | Florida Keys Board of REALTORS® | 3 | | 4103 |
| Southwest | Texas | Austin & Central Texas | Highland Lakes Association of REALTORS® | 3 | | 3761 |
| MidStates | PA, DE & SOUTH NJ | PA, DE, & South NJ | Cape May County Association of REALTORS® | 3 | | 3451 |
| Northeast | New England | Greater Boston | LINK | 3 | | 1123 |
| DMV & Southeast | North Carolina | Northeast NC & Outer Banks | Outer Banks Association of REALTORS® | 3 | | 3482 |
| DMV & Southeast | Florida | North Florida | Amelia Island - Nassau County Association of REALTORS | 3 | | 3385 |
| Northeast | Tri State | Western New York | Greater Binghamton Association of REALTORS® | 3 | | 3268 |
| Northeast | Tri State | Westchester & Hudson Valley | Columbia Greene Northern Dutchess MLS | 3 | | 3249 |
| Northeast | Tri State | Westchester & Hudson Valley | Ulster County Board of REALTORS® | 3 | | 3187 |
| Southwest | Texas | Laredo | Laredo Association of REALTORS® | 3 | | 3192 |
| Southwest | Colorado | Aspen & Vail | Aspen Glenwood MLS | 3 | | 3272 |
| Northeast | Tri State | New York City | On-Line Residential | 3 | | 2899 |
| Northwest | Seattle | Seattle, Eastside, & Greater Puge | MLS of Yakima Association of REALTORS® | 3 | | 2794 |
| Southwest | Texas | San Antonio | Kerrville Board of REALTORS® | 3 | | 2746 |
| Northwest | Wyoming + Idaho | Jackson, Star Valley & Teton Valle | Teton Board of REALTORS® | 3 | | 2682 |
| Northeast | New England | Greater Boston | Berkshire County Board of REALTORS® | 3 | | 2483 |
| Southwest | Texas | Austin & Central Texas | Central Hill Country Board of REALTORS® | 3 | | 2368 |
| California | Hawaii | Hawaii | Maui MLS (REALTORS® Association of Maui) | 3 | | 3537 |
| California | Northern California | Lake Tahoe & Reno | Tahoe Sierra Board of REALTORS® | 3 | | 2270 |
| California | Southern California | Southern California | Ventura County Regional Data Share | 3 | | 2396 |
| MidStates | MidStates South | Kansas City | Lawrence Board of REALTORS® | 3 | | 2123 |

| Region | State/Area | Subregion | MLS/Board | Count | Value |
|---|---|---|---|---|---|
| California | Northern California | Santa Barbara, Montecito, & Central | Santa Barbara Multiple Listing Service | 3 | 2200 |
| DMV & Southeast | Florida | Southwest Florida | Marco Island Area Association of REALTORS® | 3 | 2135 |
| Southwest | Colorado | Aspen & Vail | Vail Multi-List Service | 3 | 2019 |
| MidStates | MidStates North | Cincinatti | Southeastern Indiana Board of REALTORS® | 3 | 1687 |
| California | Southern California | Southern California | Big Bear Association of REALTORS® | 3 | 1889 |
| California | Northern California | Santa Barbara, Montecito, & Central | North Santa Barbara County Regional MLS | 3 | 1387 |
| Southwest | Colorado | Denver & Boulder | Grand County Board of REALTORS® | 3 | 1409 |
| Northwest | Wyoming + Idaho | Sun Valley | Mountain Central Association of REALTORS® | 3 | 1355 |
| Northeast | Tri State | Connecticut | Greenwich Association of REALTORS® | 4 | 1129 |
| DMV & Southeast | Florida | South Florida | Palm Beach Board of REALTORS® | 3 | 1229 |
| California | Northern California | Lake Tahoe & Reno | South Tahoe Association of REALTORS® | 3 | 1067 |
| Northwest | Wyoming + Idaho | Jackson, Star Valley & Teton Valley | Sheridan County Board of REALTORS® | 3 | 1084 |
| Northwest | Wyoming + Idaho | Sun Valley | Sun Valley Board of REALTORS® | 3 | 1070 |
| California | Northern California | Lake Tahoe & Reno | Plumas Association of REALTORS® | 3 | 1079 |
| Southwest | Colorado | Telluride | Telluride Association of REALTORS® | 3 | 905 |
| California | Northern California | Lake Tahoe & Reno | Mammoth Lakes Board of REALTORS® MLS | 3 | 712 |
| Southwest | Texas | Houston | Galveston Association of REALTORS® | 3 | 470 |
| California | Northern California | Lake Tahoe & Reno | Incline Village REALTORS® | 3 | 389 |
| Northeast | New England | Greater Boston | Martha's Vineyard MLS | 3 | 292 |
| Northeast | Tri State | The Hamptons | East End Long Island | 3 | 325 |
| California | Southern California | Southern California | Idyllwild MLS | 3 | 220 |
| California | Northern California | Lake Tahoe & Reno | Inyo County MLS | 3 | 273 |
| California | Southern California | Southern California | Ojai Valley Board of REALTORS® | 3 | 249 |
| Northeast | Tri State | The Hamptons | Hamptons and North Fork REALTORS® Association | 3 | 296 |
| Northeast | Tri State | Connecticut | New Canaan Board of REALTORS® | 3 | 166 |
| Northeast | Tri State | Connecticut | Darien Board of REALTORS® | 3 | 177 |
| DMV & Southeast | North Carolina | Raleigh-Durham | Alamance Multiple Listing Service | 3 | 78 |

[Source](#)

| Region | RVP | DOO |
| --- | --- | --- |
| DC, Maryland, & Virginia | Holly Worthington | Erika Sheridan |
| Florida | Jeff Polashuk | Erika Sheridan |
| Texas | Gabe Richter | Olivia Derr |
| Southern California | Parker Beatty | Nick Belardo |
| MidStates North | Fran Broude | Angela Smith |
| Georgia | Jeff Polashuk | Erika Sheridan |
| MidStates South | Kristy Hairston | Stephanie Clark |
| Seattle | Cris Nelson | Leland Nislow |
| North Carolina | Jeff Polashuk | Erika Sheridan |
| New England | Gordon Golub | Lilli Jonas |
| Tri State | Gordon Golub | Alexa Mullen |
| Colorado | Heather Bustos | Paige Lorenzen |
| Northwest | Cris Nelson | Leland Nislow |
| Nevada | Kevin Patsel | Jonathan Etheredge |
| San Diego | Liz Piccolomini | Melissa Valdez |
| PA, DE & SOUTH NJ | John Bilek | Angela Smith |
| Wyoming + Idaho | Cris Nelson | Leland Nislow |
| Northern California | Kevin Patsel | Jonathan Etheredge |
| South Carolina | Jeff Polashuk | Erika Sheridan |
| Hawaii | Parker Beatty | Nick Belardo |

| GEO | Can we target this GEO in MC |
|---|---|
| | |
| North Jersey | Yes - PUBLISHED |
| Austin & Central Texas | Yes - PUBLISHED |
| Houston | Yes - PUBLISHED |
| San Diego | Yes - PUBLISHED |
| Greater Pittsburgh | Yes - PUBLISHED |
| Tennessee | Yes - PUBLISHED |
| Kansas City | Yes - PUBLISHED |
| Chicago | Yes - PUBLISHED |
| DC, Maryland, & Virginia | Yes - PUBLISHED |
| Northern California | Yes - PUBLISHED |
| | |
| | |
| | |
| | |
| | |
| Richmond, VA | Central Virginia Regional MLS |
| Greater Boston | MLS Property Information Network |
| Northrn Florida | realMLS (Northeast Florida Multiple Listing Service) |
| | Emerald Coast Association of REALTORS® |
| Northern California | Bay Area Real Estate Information Services |
| | San Francisco Association of REALTORS® MLS |
| | MLSListings |
| | bridgeMLS |
| Socal | MLS Property Information Network |
| | the MLS |
| | |
| | |
| North Jersey | Central Jersey MLS (can't |