# **EXHIBIT DX591**

CONFIDENTIAL & INTERNAL USE ONLY
Clear Cooperation Policy Changes: Zillow Strategy Overview & Read-in Document

*Objective: This confidential document outlines what is going on in the industry regarding NAR's Clear Cooperation Policy, the implications for consumers and Zillow, and Zillow's strategy to ensure fair and transparent access to all listings.* **Consider this document as sensitive. This document is intended only for internal teams who are working on components of the strategy on an as-needed basis. Do NOT share this document with any internal team or individual not identified in the broader distribution list (LINK). Do NOT distribute, print or share this document externally.**

*Read-ins / Additions:*
- *Broad Group: Request to join the broad working group distribution list. Please also reach out to your workstream lead so they know to approve your request. Once you are on the distribution list, we can share access to this document*
- *Core Working Group: Program management (Jesse J, Natasha B, Neha P, Seth H, or Alice OS) to review and approve requests. Once approved, members will receive the ACP repository of key working group documents, and the invite to the weekly working group*

**What is the Clear Cooperation Policy?**
The Clear Cooperation Policy ("CCP") is a NAR rule that requires that all agents and brokers who are members of the MLS publish all of their listings to the MLS within 1 business day of it being publicly marketed (e.g., through advertising the listing on a brokerage website, for-sale yard signs, flyers, etc). This policy is a mandatory NAR rule - one of many that is required - meaning most MLSs (some exceptions) have adopted this rule.

This rule helps maintain the completeness of the MLS' listing data, which is then distributed through the MLS' IDX feed - the source of Zillow's listing data. This not only allows full transparency for buyers, letting them make the best choice that works for them, but it also allows the most potential buyers to view and make offers on houses, resulting in the best sale price for sellers.[1] These are critical components of an open and transparent marketplace, and are deeply embedded in our core values.

**What is the current situation regarding the Clear Cooperation Policy?**
We believe that NAR is leaning towards repealing (or significantly weakening) the CCP in their May meeting of board members, but potentially sooner. There are multiple reasons for this including:
- NAR has been involved in high profile class action lawsuits (see Moehrl, over agent commissions), and government investigations (a lawsuit with the DOJ) over their rules. These lawsuits are blows to NAR's financial resources, reputation and ability to hold sway over / appease the many large brokerages that make up NAR's member base.
- Some large brokerages are actively pushing for NAR to get rid of CCP. While they may have various reasons for wanting CCP removal, one reason is CCP removal would enable them to begin withholding listings from the MLS to instead be exclusive on their own website, resulting in more traffic, leads (clicks) and an increased opportunity for the brokerage to represent both buyer and seller, and get both

_____
[1]Source: BrightMLS Study

Compass, Inc. v.
Zillow, Inc. et al.,
**DX591**
No. 1:25-cv-05201-JAV-SDA

CONFIDENTIAL & INTERNAL USE ONLY

commissions. For example, Compass has been publicly anti-CCP and positioning their 'three-phased marketing strategy (Private Exclusives -> Compass Coming Soon -> MLS)' as a differentiator for them, and only fully possible without CCP (see their marketing page here).
  - CRMLS (largest MLS in U.S.) recently published this article disclosing pressure they are receiving from large brokerages to eliminate the CCP and to take other actions to withhold listings from the public.
- Other brokerages' stances on CCP are mixed. Many brokerages (especially smaller ones) see the value in CCP in allowing them complete access to listing inventory . However, some brokerages do not like CCP, if only because they don't like rules dictating how they market their listings - even if they are in favor of capturing all listings in the MLS.
- The MLS' ability to have a complete database of listings is one of their key value propositions to their paying members (who are brokers and agents) and the CCP rule helps to ensure that continued value is offered to members. However, MLS are generally balancing their own interests against those of large brokerage members, and therefore in markets with a high concentration of large anti-CCP brokerages, MLS may have a weaker stance on CCP.


**What are the implications for Zillow, consumers and the industry?**
We do NOT want NAR to remove CCP as we believe this would be very bad for consumers and agents who should be able to go to one place to see ALL real estate listings. Should CCP be weakened or eradicated it will likely result in a fragmented ex-post landscape of listing rules at the MLS level, with varying degrees of alignment to the prior CCP policy. This will play out on a market by market basis but we generally expect the fragmentation and large brokerage pressure could result in less listings available on Zillow over time. Many agents, particularly at smaller brokerages or those brokerages without private listings, will be disadvantaged without CCP as they would be locked out of an "exclusive club" and unable to show their clients all listings. This results in harm to sellers and harm to buyers.  Finally, Zillow today largely relies on the MLS IDX feed to get a complete inventory of listings for consumers and this could be severely impacted over time.


**What is Zillow's strategy?**
As an MLS member, Zillow is supportive of a continued CCP rule as we believe the rule is beneficial for consumers. Should CCP be weakened or eradicated Zillow will support efforts to maintain listing transparency for consumers by maximizing listings in the MLS, and thus in the IDX feed and on Zillow (and all other MLS members' IDX websites)[2].

Zillow is pursuing a multi-pronged approach:
1. Consumer marketing and product placement to ensure that consumers understand the benefits of publicly marketing their listings
2. Incentivize agents and brokers to continue supporting broad access to listings / listing transparency by offering products to agents, brokers and consumers that address some of the stated benefits of off market listings today (and that some brokerages cite as reasons to oppose continued CCP) including a range of new agent and broker software and advertising, including products already on the ASA

---
[2] We also plan to enable broker feed listings and listing directly through Zillow.

2

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                        ZG-00027030

CONFIDENTIAL & INTERNAL USE ONLY

    roadmap. The benefits of these products and the promise of broad exposure should encourage most brokerages and agents to seek more traditional broad public marketing approaches for their listings

3. Require that listings on Zillow meet certain listing access standards ("Standards") that align with our ARC principles.  In order to appear on Zillow, a listing subject to an exclusive listing agreement with a real estate agent must be made available within 1 calendar day (unless there is an approved exception) to the MLS or to Zillow directly through our listing products or a broker feed. If a listing later arrives to Zillow not having aligned to this standard, the listing may only be allowed on Zillow if listed with a different agent and brokerage.  We will make an exception if:
    a. The listing was not publicly marketed to consumers for more than one calendar day prior to being made available to MLS or Zillow;
    b. AND where the consumer / seller of such listing has signed a waiver which clearly discloses the impact of selling a property in a private manner
4. Require that users of Zillow advertising products, including our planned membership products, agree to the Standards as part of their T&Cs



3