# EXHIBIT DX601





## Open Discussion: Zillow impact on Seller Options

### Agenda:

- **Context**
- **Review facts of Zillow Policy and Lawsuit**
- **Relevance to Compass 3 Phase Marketing Strategy**
- **What it means to be on Zillow**
- **Dialogue for Sellers on a listing appointment**

**COMPASS**

Much of this is simply Noise
You don't NEED to be on Zillow
I want you to be able to comedy our competitors and win more listings

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Context

## This is about Homeowner choice:

- You need Discuss and Show with sellers what it means to be on Zillow, and then modify 3 Phase marketing, based on their decision

- Whether or not they want to be on Zillow, they can utilize and benefit from 3 Phased Marketing

- If they do not feel Zillow is in their best interest, it is business as usual, and the listing will be boosted by Homes.com

COMPASS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Seller Disclosure

- **The Compass 3-Phased Marketing Strategy Seller Disclosure is mandatory for all listings as of May 27, 2025.**

- **This disclosure gains consent for 3 Phased Marketing and informs Sellers that their listing may not be visible on some 3rd party websites**

- **You will see this form as a required item on your Compliance Checklist.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Open Discussion: Zillow impact on Seller Options

Fact:

- **Organized real estate - NAR + MLS + Zillow - is working really hard to prevent homeowner choice and to control all listings**
- **Zillow's policy change is <u>MORE</u> restrictive than Clear Cooperation**

COMPASS

What is the policy:  CCP; adhere to no public marketing of PEs and 24 hours on CCS
We need to walk our seller's through their options

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000110713

# Open Discussion: Zillow impact on Seller Options

**Facts:**

- **Zillow policy changes DO NOT prohibit Private Exclusive listings**

- **Zillow policy changes do not impact the ability to pitch and Use Compass 3 Phased Marketing**

**COMPASS**

What is the policy:  CCP; adhere to no public marketing of PEs and 24 hours on CCS
We need to walk our seller's through their options

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000110714

## Zillow's Policy, as of June 30th

- **A listing publicly marketed must be entered in the MLS within (1) business day for distribution and display on Zillow (applies to ALL brokerages).**

- **It does offer more options now, so you need to talk to your sellers more**

**C⬡MPASS**

What is the policy:  CCP; adhere to no public marketing of PEs and 24 hours on CCS
We need to walk our seller's through their options

CZ_COMP_000110715

- ○ **Compass Private Exclusives are <u>NOT</u> impacted however Zillow is saying that Private Exclusives cannot be shared 1:1 with agents outside of Compass (contrary to what NAR and MLSs allow)**

- ○ **Compass Coming Soons publicly marketed for 1 business day before being inputted into the MLS are <u>NOT</u> impacted**

**C⊙MPASS**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CZ_COMP_000110717



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## What We Know: Zillow's "Notification Period"

- There will be a "Notification Period" between May 28 through June 29.

- During this period, agents are receiving "listing violation notifications" directly from Zillow for listings that don't meet their standards, via email and <u>phone call</u>.

- Full enforcement of Zillow's new listing standards begins on June 30, <u>no listings</u> will be banned before then.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000110720



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

While we are preparing your property for the market, the property information can be posted in our Compass Private Exclusive network. The best agents in the market will see it and they can show it and give feedback on the price and condition. We can make sure we are in the right position for a public launch.

During this time we can install a sign and I can promote your home through phone calls, agent tours, email and social media, as you wish.

As you may know that there are some listing aggregator websites whose business is to generate buyer leads from property postings. They post another agents' name (who has paid them for that opportunity) on your listing. Some of these aggregators, such as Zillow and Redfin, may not post your property if it has been marketed publicly for more than one day before going public in the MLS. Most other websites, such as Realtor.com and Homes.com and the thousands of other websites who receive a data feed from the MLS will not interfere with the sharing of your listing information. This is a new issue in our industry. We feel it will have little to no impact on the successful sale of your property but we want you to know.

Some sellers observe that the negative insights that Zillow puts on your listing - in particular the inaccurate Zestimate, days on the market and price drops - can be damaging to you. Others prefer to have their property posted there. While these various websites get many eyeballs, statistically, they do not get many actual buyers. None of us actually can know which listings will be banned and how information is gathered by these aggregators to determine that a listing will be banned.

Once we have entered your property into our Private Exclusive network for a week or for the length of time you determine, you can choose to have us enter it into public-facing Compass Coming Soon on our website. This gives us a chance to offer showings to buyers and their agents who will see the property on our website. It will expose your property to the market without building up days on the market and public price reductions and it will enable us to potentially become the first to appear in a google search.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



I think it is irresponsible to not test a product with a focus group

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000110723

## Dialogue for Listing Appointments/Sellers

### What is means to be on Zillow:

- Zillow has 200 Million views/month, but only 4.2 Million homes sold last year in the US; most viewers are simply just that
- Realtor.com gets 125 Million views
- Listings are placed on 1,000's of websites
- Only 3% of homes were sold by a Zillow agent (2021)
- 90% of Buyers use an agent who searches the MLS

COMPASS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Dialogue for Listing Appointments/Sellers

**What it means to be on Zillow:**

- **Your home will be subject to their pricing opinion via the Zestimate**
- **Days on market, price drop history and other potentially negative insights will appear and we will not be able to remove them**

**COMPASS**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000110725

# Dialogue for Listing Appointments/Sellers

- We have a feedback based approach that maximizes your exposure, while protecting the value of your home
- Whether you would like to be on Zillow or not, we can adapt our 3 Phased Approach to your unique situation

COMPASS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Bottom Line...

### This is about Homeowner choice:

You will need to modify the timing of 3 Phase marketing if the seller wants to be on Zillow

If they do not feel Zillow is in their best interest, it is business as usual, and the listing will be boosted by Homes.com

**COMPASS**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

