# EXHIBIT DX602

# Robert & Kalani Appreciation Call for Sales Leaders and BOR's - 2025/05/13 15:42 EDT - Transcript

## Attendees

+1 415-***-**03, +1 847-***-**92, Adam Vellano, Amy Bennett, Amy Bowes, Amy Kramer, Andrea Loper, Andrea O'Callaghan, Andy Shiparski, Angelo Gallo, Annie Premis, Anthony Coleman, Antony Bitar, Ashley Donat, Ashley Hess (Central Maryland-Delaware), Ashley Nguyen, Bethany McDaniel, Beverly Tynes, Bill Cunningham, Bill Murray, Bob Gerlach, Bob Kohler, Bob Lightbourn, Brandi Huff, Brett Bushnell, Brian Maguire, Bryan Pacholski - Dallas Fort Worth, Texas, Callie Simon, Candy Miles-Crocker, Carolyn Dolese-Spray, Cheryl McAdam, Chris Hill, Chris Mattioli, Christina Abad, Christine Leduc, Christine Schoen, Christopher Balazs, Christy Loflin, Cindy Stanton, Clark Minker, Connie M Kyle, David Getson, David Robinson, David Vandenberg, Deana Scognamillo, Denise Freed, Dennis McCarthy, Dennis Wong, Don Faught, Donna LaPerla, Elizabeth Ann Stribling-Kivlan, Eric Pinckert, Erin Mulvaney, Fran Broude, Franco Demarco, Gabe Richter, George Rowe, Gina Castellano, Gus Perry, Heidi Marshall, Holly Worthington, Irene Cook, Irene Strange, Jackie Ball, Jacqueline Lechner - IL & WI Broker, James Keith, Jared Klein, Jason Heming, Jason Katzman, Jason Pashia, Jason Wilson, Jay Rubenstein, Jeff Stahlhut, Jenny Mäkivaara, Jenny Thiede, Jeri Dana, Jessica Black, Jessica Weston, Jill Silvas, Jim Souza, Jimmy Smith, Joanne Wondolowski, Joe Colucci, Joe Fuer, Joe Pasquesi, Joe Siciliano, Joe Stacy, John Bilek, John Coake, Jonathan Etheredge, Jonathan Satz, Joshua Solow, Julie Leonard, Kalani Reelitz, Kaley Barkley, Karen Greensweig, karen stephens, Kathleen Marshall, Kathy Mehringer, Kathy Murphy, Katie Kelly, Kavone Peterson, Keith Newman, Kelli Macatee, Kelly Cozzi, Kelsie Evans − Boston, MA, Ken Brand, Kevin Melody, Kevin Patsel, Kevin Reddington, Kimberly Matulaitis, Kimberly Smith, Kristian Brand, Kristy Hairston, Kristy King, Kylee Fishwick, Lacey Conway, Laura Duncan, Linda DeNovi, Lisa Cartolano, Lisa Mackey, Liz Piccolomini, Lori McCarthy, Marc Decker, Marc Feller, Marci Viviano, Maria Gonzales, Marianne Dillon, Matt Hughes, Matt Travaglini, Meg Andrews, Melanie Fontana, Michael Cohen, Michael Morabito, Michelle Lee (CA), mike murray, Nadia Jubran, Nancie Allen, Nancy Meister, Nathonas Duro-Castillo, Neda Navab, Nick Galvin, Nick Mancini, Olivia Derr, Patti Zurla, Raquel Davalos Blais, Rebecca Frazier, Regis Beattie - Pittsburgh, PA, Renee Smith, Reuben Gulledge, Richard Guderyon, Richard Tucker, Robert Reffkin, Robyn Barone, Ron Gable, Sara Collette, Sara Fisher, Scott Gibson, Sean Person, Seita Jongebloed, Shereen Wallace, Stephanie Clark, Stephanie Knight, Stephanie White, Stephen Wondolowski, Steve Salinas, Steve Withrow, Steven Busch, Steven Heravi, Sue Howarth, Susan Jacobs, Susan Swink, Susy Corona, Suzi Padgett, Tanner Milson, Taylor Nygaard, Terry Kirkwood, Theo McCaughey, Theresa Hill, Tina Tinnell, Troy Staten, Tyler Graham, West De Young, Will Klopp, Yvonne Mink

## Transcript

**Robert Reffkin:** Hey everybody, how's it going? Hey, we got 105 67. look, I wanted to just say thank you.

**Kimberly Matulaitis:**

**Robert Reffkin:** Hey, Steve, how you doing?

**Steve Withrow:** Hey, Robert.

Compass, Inc. v. Zillow, Inc. et al., **DX602** No. 1:25-cv-05201-JAV-SDA

CZ_COMP_000117459

**Robert Reffkin:** Hey, where are you? Is this hard? How's everybody doing? how are your agents feeling? How's the market? All right. What's the best thing happening right now?

**David Getson:** Three-phase marketing strategy.

**Robert Reffkin:** That's a test. Market is hard. A feeling. The Knicks. That's market mixed.

**Kimberly Matulaitis:** Mhm.

**Troy Staten:** Definitely not the Warriors.

**Robert Reffkin:** God, they're getting in fights here. New lenders in Chicago. That's good. origin point. Yeah, with ad properties Christies. They had a lot of great loan officers. Memes for Chicago Pope are keeping us alive here. Referral network. retreat in Two substantial private exclusives win this week. Great. Love the re loved the reo award. Interesting. Agents are a little concerned. Bill, how you doing, buddy? What are they concerned about? Follow fees. wow. What was that?

**Brian Maguire:** You know what that means, Robert? And

**Robert Reffkin:** Yeah, but I do direct quote from an agent today.

**Bill Murray:** Yeah, they're getting there.

**Robert Reffkin:** I told the team So, Bill, how are they doing? What's going on?

**Bill Murray:** They were concerned, but they know that they're not the only ones that are concerned. And they were really pumped yesterday with the stock market and the economic news and then the jobs report came out. So, they're pumped now, but they were feeling like everything was kind of caving in on them. and I said it's not them and it's not what they're doing. Just keep focused and keep in front of clients and talk the game.

**Robert Reffkin:** I like that. look, I wanted to come by and just first Thank you so much for all that you do. last quarter your agents helped 50,000 clients transact and successfully. That's an enormous amount of people that our agents helped in just three months. And I know all that you're at the front lines. You are going above and beyond for your clients every single day. Colania and I these earns calls. We get to say all these wonderful things, but really all we're able to talk about are your results and the things that you create every day. And just want to say thank you. your work doesn't go unnoticed.

**Robert Reffkin:** and in the same way agents are professional therapists right to their clients. I know that your professional therapists to yours are agents and that is not an easy job. there's someone I was talking to who said let's say he's at a senior person in a brokerage firm and let's just call him CEO of another brokerage firm and that we're thinking about acquiring just hypothetically but this person I was talking to he said look I can do this for more time if this all works out I'd want to be

**Robert Reffkin:** But he said I just don't want to have to pick up the phone for agents anymore. And I share that because it's a hard job, giving so much to people...

**Kimberly Matulaitis:** You're welcome.

**Robert Reffkin:** who are in themselves going through so much with transactions and life and everything else. And so I just want to say That's really all this is about. Thank you.

CONFIDENTIAL

**Holly Worthington:** You're welcome.

**Robert Reffkin:** Hey Karen.

**karen stephens:** Hi, I'm here in Connecticut and…

**Robert Reffkin:** Hey.

**Karen Greensweig:** Hi Karen.

**Robert Reffkin:** Is there anything that's on your mind? I'm more than happy to touch on anything.

**karen stephens:** we had an all office meeting today and we turned around our agents on the three-phase because of Doug, Joel and David and our entire leadership in Connecticut decided to label it two-day strate marketing strategy.

00:05:00

**karen stephens:** So, we got just everybody on board in my three offices to now do the two-day take it to private exclusives…

**karen stephens:** then to coming soon on Compass and…

**Robert Reffkin:** That's great.

**Kimberly Matulaitis:** Mhm.

**karen stephens:** then right after that turn it on either coming soon or active on the MLS because we only have the 48 hours to do something. and…

**karen stephens:** the information about the Google search and the optimization I really think made the difference. Mhm.

**Robert Reffkin:** That's great.

**Robert Reffkin:** Thank Anything else or any things on your minds or any questions about the company or anything that I can do to be helpful in any way at all?

**Kalani Reelitz:** Hey, Robert. it's Colani. can I just have two minutes with this group?

**Robert Reffkin:** Yeah. Hey, yeah.

**Kalani Reelitz:** Just want to echo the same message,…

**Robert Reffkin:** Yeah, please.

**Troy Staten:** Come on. Okay.

**Kalani Reelitz:** you heard from Just thank you. Robert and we get I guess the honor, but quite frankly, the easy job of explaining to everybody the results that you folks create. it's not lost on me that everything we're reporting is the result of the work you folks are doing with our agents to support our agents and all of it. I think the two things I'll just share with you just coming out of investor call. So just for those of you

CZ_COMP_000117461

who want to be bored, you can listen, What we have to do on a quarterly basis we have our earnings call and then post earnings call the night of we talk to about eight analysts who cover us.

**Kalani Reelitz:** They write reports for folks who are buying our stock. and they kind of report on it. And then probably several days to a week, we talk to about 30 or 40 Our largest investors. We make time for Robert and Soh from our investor relations team. we sit there and they get to quite frankly ask us any questions. for this group I think what's been really really interesting over the last few days are probably two things. One I can't tell you how many and Robert you've seen it firsthand with me. the amount of investors who start the call with you guys are absolutely on the right track. You folks are absolutely doing the right thing.

**Kalani Reelitz:** are the results executing the actual business. folks are seeing it and what we're seeing is just quarter over quarter. We're keeping our cost right where we need to be. We're keeping our agents production is outpacing the our market share gains are outpacing the market obviously. and then we are our productivity. They look at a lot of metrics around agent productivity.  they're seeing our productivity, higher than everyone. And again, back to this group, you folks are the ones that drive it. So, we're getting a lot of credit for that. And then the other thing we're getting credit for is just our ability, to outpace the market. and we are the clear leader. I think organically we had 7% transaction growth against an industry that was down 2%.

**Kalani Reelitz:** through our acquisitions which I know for many of you that are in acquisition markets folks are doing multiple jobs so a big thank you you that allows us to get our growth that allows us to win market share but I just wanted to make sure everybody hears again Robert and I have the easy job I think and we get to tell everybody of the work you folks are doing but it's resonating it's certainly investors I think continue to find more opportunity to buy into our stock we're getting a lot

**Kalani Reelitz:** more interest from investors that aren't in our stock yet that feel like it's the right time to come ors a lot of them are looking for companies that are innovating in a space that has opportunity for innovation. I think they see real estate as that. And then they're also looking at markets or industries where they believe the cyclical low is now and that they can see a real path to growth.  And so obviously that's our story. We're at 4 million estimated home sales. Midcycle is probably 5.5 million. And so we have 30 to 40% growth just ready for us once the darn market turns around. and so investors are really excited to talk to us and then we talk to them about the three-phase marketing.

**Kalani Reelitz:** you talk to them about technology and it resonates and you can kind of see just the head nods particularly as they think about the depth of our inventory coupled with the technology platform that we have they start to really unlock for them. So, I'll stop there. Just wanted to give you just a brief kind of where folks on the investor sides are talking to us about. But, …

## 00:10:00

**Kimberly Matulaitis:** ops. Good morning.

**Kalani Reelitz:** but the first thing they always start with is just the acknowledgement of just phenomenal execution. which Robert and I have zero input on. It's all of you. thank you. So, thanks Robert.

**Robert Reffkin:** Hey Brian, I see your hand raised.

**Robert Reffkin:** Anthony, I think What's

CONFIDENTIAL

**Bryan Pacholski - Dallas Fort Worth, Texas:** Hey, Robert.

**Bryan Pacholski - Dallas Fort Worth, Texas:** How are you, great great to talk with you all and congratulations on where we are. I want to say huge, and I appreciate Colon's statements about, it's this team on the ground that's driving a lot of this, but I'll tell you, we recently had Dave Crosby in Texas, and he did a presentation with our top listing agents here in Dallas, Fort Worth, and primarily it was centered on three-phase marketing, but the data that he was able to represent to us as sales leaders as well as our agents and the top listing agents in the market. This is what's making the difference.

**Bryan Pacholski - Dallas Fort Worth, Texas:** And so I just want to compliment you and your team for seeing the value of the data and how important it is, Robert, for you to know how important it is for us to be able to continue to drive and sell the initiatives like three-phase marketing and whatever comes next. to be able to tell stories of value that really do that not only support the narrative that we've been pushing but also really give a different perspective or a different visual to our buyers and sellers is extraordinarily important. We don't have that less compass you and your team having the foresight to have somebody like Dave and his team doing the work that they're doing to support us in the field.

**Bryan Pacholski - Dallas Fort Worth, Texas:** Additionally, I just want to say this, Robert, as a motivating piece maybe for you. I can't imagine how lonely the fight is for you with this going on with the clear compliance thing and National Association Realtors and Zillow. I just want to tell you if we are No one's doing the fight except You're leading something that is so important that I'll be gone in this business 5, seven, 10 years from now and my career will be over and my goal is to leave it better than I found it. You are doing the exact same thing. But your impact is Don't give up on the fight. Stay focused on what's important, which is our agents. And what that all means is us taking care of our agents and really supporting them in the way that you and your team are doing.

**Bryan Pacholski - Dallas Fort Worth, Texas:** And so I just want to give you the appropriate recognition and maybe even a little inspiration to keep fighting for us, keep driving. This is important work that you're doing.

**Bryan Pacholski - Dallas Fort Worth, Texas:** And for here, Dallas, Fort Worth, and Texas on behalf of my partners in Austin and Houston, I just want to say thank you for the work. and again calling out the importance of what Dave Crosby is doing for us right now. So thank you, Robert.

**Robert Reffkin:** Brian, I really appreciate…

**Robert Reffkin:** what you said. I'm just curious from the outside in what because again, we've known each other for a long time now, over seven years. and we've had hard times many times before. Compass is no stranger to negative headlines,…

**Robert Reffkin:** but I don't think you've ever said don't give up before. And is there something about this moment that makes this look more exhausting or overwhelming or more likely to give up on

**Bryan Pacholski - Dallas Fort Worth, Texas:** No, I don't say it in the way that I see you giving up.

**Bryan Pacholski - Dallas Fort Worth, Texas:** I say it because I think it's really important at this point in time, seeing what's happening with the National Association of Realtors and some of the things that they're talking and seeing what's happening with Zillow and how loud they're being really across our industry. there's got to be a counter voice to that. And whether you like it or not, Robert, you are the leader

CZ_COMP_000117463

of our industry.  At least as far as I can tell, there's no other leader that's out there that's doing the business calls and the news and all of the things that you're doing. as well as putting the call to action. I say and so there's that this is the responsibility that is beholden to you and Compass and that means all of our sales leaders that this is our responsibility to the industry and so we need to continue to do this.

**Bryan Pacholski - Dallas Fort Worth, Texas:** Additionally, …

**Kimberly Matulaitis:** Yeah. Who will

**Bryan Pacholski - Dallas Fort Worth, Texas:** because of the position that we've somehow found ourselves in, I have to look at if we're not doing this work, where is our industry going to be 10 years from now? and that is what this is about.  I think we just need to stay energized on the things that we're trying to do and how important they are for Compass in five or 10 years so that in five or 10 years everybody on this call can look back and say, "Yep, I was a part of something that was so significant that it actually had impact on building the new foundation of what our industry is." Not saying every agent in the world is going to be at Compass. That's not what we're aspiring for.

## 00:15:00

**Bryan Pacholski - Dallas Fort Worth, Texas:** But the way that we serve our agents and the way that our agents serve their clients and…

**Bryan Pacholski - Dallas Fort Worth, Texas:** the way that those agents are then compensated for that, that's the foundation we're building now. And it's so important to stay the course and stay focused on that.

**Robert Reffkin:** Look,…

**Robert Reffkin:** I really appreciate that. Holly must have been giving you some Ben Beno or PayPal money. did it.

**Bryan Pacholski - Dallas Fort Worth, Texas:** No, not at all. But I'll take it.

**Robert Reffkin:** And…

**Bryan Pacholski - Dallas Fort Worth, Texas:** I'll take it, Holly.

**Robert Reffkin:** look, I'll tell you I ran 50 marathons, one state, and it won a month. on average, it was a constant battle with your mind of saying no. Any of you, I'm sure some of you run marathons, it is every step after the first couple steps is just your mind telling you to give up.

**Robert Reffkin:** And when it's come to work, I think Kelly was interesting what you said. We've all had hard times. but everyone has hard times. This is another level. you're absolutely right. this is the first time I've ever felt question should I give up not so many times like six or seven when NAR comes out with their keeping guardian punch the stomach when…

**Bryan Pacholski - Dallas Fort Worth, Texas:** Yeah. Yeah.

**Robert Reffkin:** then when Northwest MLS takes our data feed and just cuts us off punch the stomach comes out with the listing band punch the stomach and the feeling is I remember sitting down during

CONFIDENTIAL

**Robert Reffkin:** the last one or two moments where I was I can't believe this is how many monopolies can you fight at the same time. Think about that question for a second. these are not dramatic. It's not like agents like compass is a atark better compass is the Monopoly means you have no choice. you must be a member. You must be an employee here. You could work nowhere else. That's a monopoly. You must be a customer. There's nowhere else. You have to be here. We have 2.5% of the listings in the country. But your MLS,...

**Bryan Pacholski - Dallas Fort Worth, Texas:** All right.

**Robert Reffkin:** do they have any competition? Is there anything but your MLS in your market? can your agent do their job if they're not a member of your MLS? That's a monopoly. And how many can fight at the same time? and then they're monopolies with so much money behind them.

**Robert Reffkin:** And I thought with my wife that night yeah, the night it was something you guys don't even know about, but after the Northwest MLS and I'm not going to share the whole thing, but after Northwest pulled her data feed, we were fighting with another MLS and they to the data feed and I capitulated and this is an MLS. I told them, "I'm not your slave. I don't work for Our agents aren't slaves to your MLS." And I've tried to fight, but at the end of the day, I was like, "You know what? I can't. But these are not if it's just me, that's fine." But in fact, all these agents and so I decided to against my morals, I guess. I gave in and...

**Bryan Pacholski - Dallas Fort Worth, Texas:** Amen. Oops.

**Robert Reffkin:** we are now I can't talk about at all structurally.

**Robert Reffkin:** I'll tell you this structurally I can't talk about it in the same way that agent was in all your agents are silenced if they ever talk about proceeding for NAR they ever talk about it they can get fined for ethics you think they just do that for them or do you think they do that for me too you think they do that for your company like this is wrong it is wrong and...

**Robert Reffkin:** what's crazy about this is they think they're right and if I were them maybe I would too maybe that's how the world works but let me ask you Why do you think an agent can't have their face in their photo? Why do almost all your MLS's find the agent up to $100 for having a face in their photo? was that for the consumer? Is that for transparency? Did the homeowner ask for that? Did the buyer ask for that? And why can't an agent have a video in they pay their videos. Hi, my name's Robert Reken. Let me show you the property.

**Bryan Pacholski - Dallas Fort Worth, Texas:** Yes, sir.

**Robert Reffkin:** go into every room. We see it on their websites. They pay thousands of dollars for it. We see it on their social media. How come that can't be Why won't the MLS take that? Why won't Zillow take that?

**Bryan Pacholski - Dallas Fort Worth, Texas:** Mhm. Yes.

**Robert Reffkin:** But the problem, look, the MLS and Zillow, they're fine. these are businesses. I get it. But the problem is they are trying to erase the They're trying to make agent How you can't watermark their own photos. They can't put their own logo on their photos. We created logos for them to put out to the world to empower them. They say, "No, no, no, no. I want you hide every one of those logos." You put a logo in one of your photos, We will ban you and...

CZ_COMP_000117465

00:20:00

**Bryan Pacholski - Dallas Fort Worth, Texas:** Yep.

**Robert Reffkin:** find you. Organized real estate working together. Do you know where the majority of the top 100 MLS are today? They're in Zillow's offices. ask the CEO of Emirred.

**Robert Reffkin:** of Esar. Go ask East Bay CEO Trisha, which by the way, I can't believe all this stuff. Go ask Rebecca Jensen. And they're all there for three-day offsite flying first class. Come in, let us take care of it. What brokerage firm? Remember, they're a Zillow. Taking our RDXP. What brokerage firm is paying first class flights to the top 100 MLOS's to be in the office for three days? you think they're not going to have a nice dinner tonight? You think I'm talking to great wine? Whining and dining. This is wrong.

**Robert Reffkin:** so that night when I talked to my wife and I was like it's so when I ran marathons is a con what I did and maybe in the life of work as well is this constant balance of dreaming for the future of positivity and being angry about the past or…

**Bryan Pacholski - Dallas Fort Worth, Texas:** What do you think?

**Robert Reffkin:** the way world is that would give me energy to keep running and so in this moment of wanting of saying how many MLS can you fight at the same time? we literally are not that strong. and Kathy, you're MLS, wouldn't it? There's two women that you guys all looking at social media from two weeks ago. One of them was kicked out of MLS. She's no longer unless they will not let her back in. This is wrong because all she did was put up she added to the MLS CEO's complaint.

**Robert Reffkin:** she added this president and CEO of NAR and that was disrupting the proceeding. he told Kathy, "You better apologize for her.

**Bryan Pacholski - Dallas Fort Worth, Texas:** Yeah.

**Robert Reffkin:** If you don't, The word won't be pretty." And Kathy calls me. I'm like, Let's just apologize." And she's like, "Really?" She like, "Look, this is simple enough. let's just apologize." But that was wrong. bullying us, an industry of these powerful monopolists,…

**Holly Worthington:** Robert, this is Isn't there a class action lawsuit in this somewhere that we can lead so that we don't get sued and we could lead it somehow? Is that possible?

**Robert Reffkin:** the class action lawsuit, which is There are The easy one actually is the 3A agreement. It is I mean obviously poor states got said it's not illegal, right? So that's the easy one. Now it costs money. We could do that.

**Robert Reffkin:** we'll break the system up, but we'd be spending lots of money, millions and millions of dollars to break the system. and that'd be a win for our agents, but I don't know. it cost lots of money, so I talked to her and when I was thinking about giving up, I told her that and I say give up on this fight. we don't need this fight. We're going to win regardless. our agents are gonna be successful why do we need to do this why does it does need to be this hard and there's a lot of other stuff this stuff really frustrates me I get really angry about it I can't help it because I can't believe that our agents people we fight for so hard are being used and abused and monetized and lied to it just it's so wrong Brian just so you're all aware Brian's if there are five MLS's that are for control Brian's in one of them

CZ_COMP_000117466

**Robert Reffkin:** Dallas Kathy's another CRMLS of course Chris and Brandy are in Northwest MLS but those are three and then Grenwich Connecticut is another one but these are the ones that will find your agent $5,000 after tax money give it to me the $2750 that the agent got fined in California that put on social media there was a $250 administration fee for the proceeding by the way on bottom it said thank you for your patronage that was in the chat or…

**Bryan Pacholski - Dallas Fort Worth, Texas:** That's right.

**Robert Reffkin:** the bill but

**Robert Reffkin:** told my wife what I told her is I could not feel good leaving this industry like this if I were to let's say retire I'm not retiring but if I were to retire in x amount of years cash out let's say and this industry is just like this where agents are being minimized in every single which way I feel so bad it's an industry that did so much for me for my mom to leave it like this that it would be and so look, where are we now? I think we have a chance. My goal is to empower the agents. I want our agents to have an edge. I want them to have every advantage. When they're happy and feeling great, I'm happy and feeling great. When they're unhappy, I'm miserable. when they're complaining about me, Robert, why do you have to pay NAR? And I have no good answer.

00:25:00

**Robert Reffkin:** There is no good answer of why you have to pay other than you have to access your MLS or to access your state association to get the purchase agreement. But there's no good answer. and it's really bad. and so look at what I'm going to share with you here. this is what we're going against. This is also around the same time. I didn't know this until last couple weeks.  Go to bby top government spender, whatever you want. It comes up with top spenders. This is 25 just year to date. But look at the last full year when it has the full year spending. NAR is the largest spender of any entity of any of any trade association on government lobbying in K Street. Pharmaceuticals is 31 million. NAR is three times as large.

**Robert Reffkin:** Meta which is Facebook is 24 million ARP 19 million by the other pharmaceuticals in this and there's still Alphabet is Google they're 14 million Amazon 19 million it is five times al Google that's your industry and then you look at stuff like the MLS antitrust compliance policy where it has not been changed since 2004 this not one word has changed  And it says boards and associations, realtors and their MLS shall not prohibit or discourage participants from taking office exclusive listings. Can I ask all of you does it look like they've tried to discourage office exclusive listings? What is this all about? when you really read this and anyone could go find we hired NAR's lawyer. So that's why we know all this now.

**Robert Reffkin:** But the whole purpose of this antitrust policy is saying this horizontal group of competitors that own every agent should not be able to come together and in any way change commissions or compensation or prices or listing agreements. We have MLS CEOs, general counsels telling us, don't worry, I won't mention their names.  people in here telling us if you have to make a listing agreement like this in order to they're all in our agreements refusing any listing look at this refuse to include any listing solely based on listing price this is designed to say do not interfere very specifically the board and association realers and their mult listing services shall not enact or enforce any rule which restricts we could pause there restricts but limits

**Robert Reffkin:** interferes with purchases in their relations with each other in their broker client relationship. Have they restricted us with our broker client relationship? I think Or in contact of business in the following areas. this is why I think we just have to keep it going where there's an investor who said, "Robert, please don't stop some." And he said, "You're doing the right thing. I want you to know that as one of your largest investors are behind you." I said morally I understand why you're saying that but can you tell me from a financial perspective why as an investor are you saying that and he said for me these aren't different things the moral and the financial are the same morally he said I had to sell a home in the middle of the market started going down in 2020 late 2022 and he said I got slaughtered by days on market price drop history and I pulled my listing I was not able to sell he said I'll never forget that I should not have been forced

**Robert Reffkin:** to put my listing in the MLS that I should have had choice and so he believes if that we are on the right side of history of course no home owner wants less choice they want more choice and he believes that that the market will see that now we are battling a tremendous amount of marketing you look at that $86 million that is all marketing those lobbying is marketing that's all it is is giving people money to get the message out I asked agents the text groups were there in

**Robert Reffkin:** Dallas and Austin in Austin and Houston every group let's say on average 100 or 200 people I asked them how many of you think raise your hand if you think clear corporation was a rule to stop private listings raise your hand 90% of them raised their hand then I asked them this how long can you do a private listing and they're all like as long as we want I said how long can you do a public coming soon on our site one day they say one day they said one day I say then why do you say clear operation

**Robert Reffkin:** as a rule against private listings. It literally' You can do it as long as you want because of that. You cannot discourage office exclusives. But think about it. They in the press, organized real estate, NAR, Zillow, everyone that makes money from our agents listings and creates control from our agents listings. They've got an entire public, even our own agents to believe clear corporation is a rule against private listings when it is literally not in any way a rule against private listings. You can do it for as long as you want. So if they can convince all of us in the world that,...

## 00:30:00

**Bryan Pacholski - Dallas Fort Worth, Texas:** All right. Right.

**Robert Reffkin:** what else can they convince us of? How about equals maximum price? We all know that to be true for 40 years. do we really know it's true? really? Do we really know max price? if it's true, why would Chanel put their bags on Amazon? If that were true, why would any developer not put their listing MLS? I mean, do we really know?

**Robert Reffkin:** Doubling is so bad. first of all, I am not trying to double deals. That's not The goal of Compass is give our agents advantage. But double it sounds so bad. you in you agent trying to double deal. If I asked a hundred sellers, I said, "How would you feel if your agent brought the buyer directly?" how do you think they would respond? Do you think they would be as angry about that as some of these brokerage, competitors? Or would they say, isn't that what I'm paying the agent to do? is now I'm paying the broker to do. They'd be confused by the question. Or what about pocket listings? They're so bad Why do they call them pocket listings? Why not calling them fully marketed offless listings? let's go to something else. I'll close here because I know we got a lot going on. But this is the narrative of the moment. It is just compass Choice versus control.

CZ_COMP_000117468

**Robert Reffkin:** You can't. The only thing that people can say about that is, " you're trying to steer deals. You're trying to steer them in." But let me ask you a question. Doesn't Clear Corporation find any agent that doesn't steer their client into MLS? You're saying we steer? What am I missing? of course, clear corporate per Zillow, private listings are still there. Obstacles are there.  new construction. They've been carved out of creek operation in the Zilla band the entire time because they know they can't bully big money. They can bowl an industry of individuals, but they can't bully big money. so of course the stats we're going to get every one of you that what Dave did. People loved it.

**Robert Reffkin:** this is what I want to kind of close on. Zillow has built its business around the illusion that it is essential to the home selling process. But Zillow doesn't sell homes, it leads. We are in a narrative battle of do portals sell properties or do professionals sell properties. but again, there's all this money marketing that portals sell homes. in the past, 15 years ago, we all lived in a world where sellers thought newspapers sold homes and we allowed them to believe that and we would spend money on print when they didn't sell homes, but now we're allowing them to believe that portals sell homes. we know that three pages and we'll be done. The risk of home, we're going to make these better and better, but hopefully we can share these sentiments with your agents. The risk of portal exposure.

**Robert Reffkin:** If you are 85 years old,...

**Bryan Pacholski - Dallas Fort Worth, Texas:** right?

**Robert Reffkin:** this is the last dollar you'll ever make. I'm saying it so you feel the responsibility of fiduciary duty. and you're trying to sell your home for 2.5 million. Do you want a Zestimate that says 2.2 million right below it? Of course Do you want days on market, the killer value? Do you want that? Of course not. Price drop history, two price drops. A buyer's going to ask one of two questions. Either how much do I have to pay to win this listing or how much do I get off list price? If there's two price drops, it's going to be the latter. in places like Austin, Florida where half the market can have a Walk score, climate risk, bike score somewhat bikable. I don't know what that means. The word risk is on every page on Zillow. There's no page on Zillow that doesn't have the word risk. Do you even know what's happening? And Contact a tour to agents that don't know the property. They're selling away from it. Page two of the last three pages. Portals don't sell homes. Agents do. Four points. One, Zillow on the left.

**Robert Reffkin:** in their own investor relations presentation, they say only three 360,000 homes were Zillow transactions. That's 3% of all homes because that's both sides. 90% of buyers work with agents who search the agents don't search portals, they search the Zillow trains agents to divert buyers away from your home. This is one of the most important.  So I was with a top agent in one of our markets and Holly was there. I'm jumping not so specific. but he said let me explain to you what happens and so you could because if everyone knew then no one would want He said Zillow publicly and this on their public website they say in their training for flex agents on how to respond to buyers that have buyer inquiries on the right.

00:35:00

**Robert Reffkin:** Hi, this is Name Zillow notified me that you're interested in this home address. I'm calling connect with you to share more information about the property. I've also found similar homes that I think you'll like. if I was a imagine you're $300 million developer. I'm in your building main 100 Barlays and you're right behind me, but I don't know that. And a buyer comes in says they want to see the penthouse. and I say, "Hey, I'd love to show you the penthouse here, but also I'd love to show you two other

developments that are coming on the market soon." If any developer heard me say that, I'm fired instantly. But every homeowner in the country, your agent will be fined and then you will be banned by both Zillow and Redb if you don't allow them to make money like this. just that is wrong.

**Robert Reffkin:** And then portal views don't equal results. Zillow got 200 million searches last month. Only four million people buy a year. So clearly these people are not buying. They're just looking. Lastly, this is the last thing. some of you you should all be aware of this. This is their newest thing. It doesn't sound like it's on all listings, but maybe it's just in certain markets, but on the listing is now says explore offer strategies. This home is listed by for 3.15 million.  And it says, "Choose the I want a strong offer type. That means 90% of the time I'm going to win." And then it says, "Put in an offer $200,000 less." so every homeowner has a listing with days on market, price drop history, climate risk, bike score, W score. None of this stuff is right. every lead's diverted to someone who's literally selling against the home. I don't want to talk to you about this. I want to show you other homes.

**Robert Reffkin:** And then on top of that, it's telling every buyer to offer less than the list price. And at Compass, we're the bad guys. so please help me in this moment. This is just about education, right? we're not forcing anyone to do anything.

**Robert Reffkin:** We just need to work with our agents to help them understand that homeowners are not being treated fairly.

**Bryan Pacholski - Dallas Fort Worth, Texas:** Hey, Robert.

**Bryan Pacholski - Dallas Fort Worth, Texas:** Last thing I'll say because I know that there's other people. I'll just say those marathons that you ran them in your head and on your own two feet. you've got at one point 160 70 sales leaders on this call. You've got almost 40,000 agents across the country plus another 100 thou or 100 sales leaders that aren't on the Consider that power for you to continue to drive. because along with you, every single one of us wants to leave this industry better just the way you described.

**Bryan Pacholski - Dallas Fort Worth, Texas:** Otherwise, we wouldn't be here at Compass. I believe that vision from you seven and a half years ago. I believe it today. And just know that's why I'm here doing the fight right on the ground in Dallas Fort Worth. Just like all these sales leaders across the country, we're going to do the work with you. you got to stay the course. Thank you, Robert. I'll shut up now.

**Robert Reffkin:** Thank you.

**Holly Worthington:** Anthony, you got Anthony and...

**Robert Reffkin:** All right.

**Holly Worthington:** you got Bill Murray.

**Antony Bitar:** Pete Robert, thank you so much. big shout out to John Bick, too. John Bick showed us that Zillow is now doing that, showing what a competitive offer is on our sales leader call. I showed that to my gosh.

**Robert Reffkin:** That's a gift from God for us. Anthony, I hope they actually never take that off.

**Antony Bitar:** I showed that in my sales meeting today and my agents were so pissed. They didn't see They were so livid. It was such great energy in the room, too. I know.

CZ_COMP_000117470

**Robert Reffkin:** If they could be arrogant enough to think that that's okay. It's What else do you need?

**Antony Bitar:** No, it's such a good tool for us to use now, too. it was great. So, thank you, John, for showing that to us. My question to you, Robert, we're fighting this fight with you, but you're having these conversations at a higher level than we are. knowing how do you see this fight ending? how do you see this all shaking out?

00:40:00

**Antony Bitar:** Do you see it as a 100% win for us ultimately? Do you see it settling somewhere in the middle?

**Antony Bitar:** Where do you see this all landing one day?

**Robert Reffkin:** I see it 100% win for great agents.

**Robert Reffkin:** Because we're not going to stop until that happens. it's be great a win for ing top agents, the people the best client service. remember there's 1.6  six million agents in the country. As of last month, 94% of them did not do The only transaction they did was pay NAR their MLS. So NAR and the MLS are in the business of volume. The rules they call it leveling the playing field, just designed to have as many agents as possible. We're designed as a company to have the best less agents.

**Robert Reffkin:** And so I think what's going to happen, we're not going to risk two things that'll risk getting cut off from the MLS again. That's just not worth it for our agents. And so one, you should all feel peace there. in Washington state, we have the perfect lawsuit. The way that, we didn't break any rules. Not one of our agents were fined. this market fines. If we had 70 or so listings, if we did something wrong, we would have been fine No, we followed their rules.  We did uninforceable listings and then we did non-exclusive listings which in their rules the online system would not take but then they changed the rules and they said we want everything even if it's non-exclusive. So now they're the only MLS that doesn't let you have an exclusive because they're not owned by NAR so they don't follow that policy and also they're the only MLS that says non-exclusives need to be in our system as well. Remarkable.

**Robert Reffkin:** but I think what we'll do in video is please no video audio, we will get more market share. if we had twice the market share in all of our markets, you can't bully us anymore. so I think that that's one.  we're going to get more market share and you're going to see us merge with more brokerages but I think within two years we will have more than 3% margin than top 30 cities and then we can be from a marketer standpoint our technology will get better and better and better and we will learn because really so much of this is just about freedom it's just freedom to be able to market how you want I mean that's all literally all we're asking for is just let us market how we want I can't believe that

**Robert Reffkin:** is what's debate. But what I believe now is the right way to market a property. I could be wrong. This is my belief is the way that if I were your agent, I would do what Ernesto Gomez did three weekends ago. and I'm hearing more and more agents talk about this. I listen to the market of what agents are saying gives them an advantage. And what I'm referring to now isn't just how to get the listing, but how to get it  the three days marketing strategy da da you can test an aspal price without a risk all that stuff yes it's great it gets the listing but how to get it sold this is what I would do because this Zillow stuff is never going to end red finan like that is not good for home owners that there's no doubt about it and they're going to give you more and more and more this is the way so I go it's Ernesto you're the seller

CZ_COMP_000117471

Tribeca record price per square foot for two bedrooms so I go there for the open house three two and a two and a half weeks ago on the weekend

**Robert Reffkin:** and he said there are three agents from different companies behind me. What he did is he told the seller we're going to test the highest price ever for a two-bedroom. What I'm going to do is because it's a private exclusive no days of market price of history. I'm going to do the showing only during the sunset time which is the best time. It's like an hour and a half. And he did showings just during that time. What he did is first the Compass agents all saw it.  Then he used the Compass network tool to email the top 50 agents in that have sold property in Tribecco oneonone. That is the best way to sell The compass there. There's no risk. The top agents have 90% of the buyers and everyone feels special. I asked the what he said my client thought I was a magician.

**Robert Reffkin:** Think about do you know how happy that made me? All I want is that agent to feel that way. My client thought I was a magician for what I did. That's what we should be doing.  And so the Top Agent Network lawsuit, which only cost $500,000, I'll stop the Connie, but the Top Agent Network lawsuit, what they got NAR to do, this is not fully public, but it's fine with us, is they had NAR as part of the settlement say that a broker to brokers were accepted. So now it's not just internal on on-one basis, you can do broker to broker.  The way Top Agent Network works is imagine you're an agent, you create a search for everything, but you can't see anything because that's not broker to broker. But anytime a new listing comes in, it goes through to you and with Then it lives with you. And then let's say we have 100 listings that come in, they all go over here, they live here.

00:45:00

**Robert Reffkin:** you can search your database but it's broker to broker every email every status change kind of like collections but it lives there. If a year from now let's just say we have 25 march in the top 25 cities we keep the stability of these rules we help our agents learn more and more of the narratives that we just talked about getting more listings selling them more.  But if in six months from now after top network has been doing that for so long.  If we do the same thing, then we can allow agents to come in for that

## Meeting ended after 00:45:56 🔲

*This editable transcript was computer generated and might contain errors. People can also change the text after it was created.*