Message

| | |
|---|---|
| From: | Robert Reffkin [robert@compass.com] |
| Sent: | 4/12/2025 10:16:23 AM |
| To: | Will Hardy [will.hardy@compass.com] |
| CC: | Ashton Alexander [ashton.alexander@compass.com] |

will - here is something to start with. Please work with top agents and then workplace to get the 10 best things you can say. please work with thad wong also

Absolutely. Here are **50 compelling reasons** you can give to your sellers to explain **why being on Zillow is not necessarily in their best interest**, and how your strategy is better. These can help counteract the idea that Zillow is a "must-have" and turn it into a potential *negative* instead of a *fear*. You can tailor these to your style—some are more consumer-protection-based, some are strategy-driven.

---

## 🔒 Trust, Transparency, and Control

1. **Zillow sells your data to third parties**, which may not act in your best interest.
2. **Zillow allows buyers' agents to advertise next to your listing**, confusing buyers about who actually represents the home.
3. Zillow has been known to **inaccurately value homes** (Zestimates), potentially hurting your perceived value.
4. Zillow's platform is built for **volume, not accuracy or quality**.
5. **I maintain full control over how your property is marketed** and represented. Zillow does not.
6. You won't know who's contacting Zillow about your home—**lead info often goes to agents who paid Zillow**, not me.
7. **Your home might be shown alongside incorrect information**, past photos, or outdated pricing.
8. Zillow isn't incentivized to sell your home—**they're incentivized to sell buyer leads to agents**.
9. On Zillow, your listing could **get buried among hundreds of others** with no personalized strategy.
10. Zillow doesn't filter for **qualified buyers**—you may get a flood of unqualified traffic.

---

## 💡 Strategy and Exposure

11. Zillow is just *one* of many platforms—I use **a full-spectrum digital marketing strategy**.
12. Serious buyers are working with agents and **looking on the MLS**, not just Zillow.
13. I use **targeted Facebook, Instagram, and Google ads** that outperform passive listing sites.
14. Listings on Zillow often attract **browsers, not buyers**—we want serious interest.
15. With me, your home will be marketed **direct-to-agent networks and buyer lists**, not just public sites.
16. I offer **open houses, video walkthroughs, and neighborhood targeting**, not just a static listing.
17. Zillow can't tell your home's story. **I build a narrative** that engages buyers emotionally.
18. The **MLS syndicates to dozens of platforms** (Realtor.com, Redfin, Homes.com)—you're not invisible.
19. I focus on quality over quantity—we don't want **nosy neighbors or window shoppers**, just qualified leads.

Compass, Inc. v. Zillow, Inc. et al., DX619 No. 1:25-cv-05201-JAV-SDA

20. I use **retargeting ads** so that buyers who look at your home see it again and again—Zillow doesn't do that.

## ⚠ Risks of Zillow Exposure

21. Too much early traffic from Zillow can **weaken your negotiating position**.
22. Zillow viewers often expect **low prices and "deals"**, which may hurt your value.
23. If your listing sits too long on Zillow, it can appear **"stale"** even if interest is still strong.
24. Zillow has been known to **mislabel homes as "off-market" or "pending"** incorrectly.
25. Your listing can be **used by other agents for their benefit**, not yours.
26. Zillow allows **FSBO and other competing listings** that might distract buyers from your property.
27. Zillow's user experience can mislead buyers into **focusing on price per square foot**, which isn't always relevant.
28. Their algorithms are not localized—they **don't understand the nuances of your neighborhood**.
29. **Zillow delays updates** from the MLS, meaning buyers might see outdated info.
30. If we want to **create urgency or do a "coming soon" strategy**, Zillow can work against that.

## ☐ Psychology & Buyer Behavior

31. Buyers on Zillow often **aren't emotionally invested yet**—they're casually browsing.
32. Your home is not a commodity—it needs **tailored positioning**, not a mass-market display.
33. We want to attract **motivated buyers**, not price-shoppers.
34. Zillow listings often lead to **lowball offers** because buyers think they have more power.
35. My marketing is built on creating **exclusivity and demand**, not just visibility.
36. Too much exposure too soon can backfire—**timing is everything** in real estate.

## 📊 Professional Differentiation

37. I don't rely on Zillow—I rely on **skill, negotiation, and marketing**.
38. Other agents may *need* Zillow because they don't have a strategy—I don't.
39. Zillow is just a tool, not a solution. I bring **expertise**, not algorithms.
40. Your listing deserves **intentional exposure**, not spray-and-pray marketing.
41. I'm accountable to you—not to Zillow's lead-gen business model.
42. My track record shows I don't need Zillow to sell homes for top dollar.
43. Zillow doesn't follow up, nurture leads, or manage showings—I do.
44. We can use Zillow strategically later, but **we don't need to depend on it up front**.
45. I'm not just putting your home online—I'm **building a campaign** around it.
46. Many top producers are pulling back from Zillow because they see the same thing I do.
47. It's more important that your home is **marketed right, not just everywhere**.
48. Our job is to create **demand and emotion**, not just exposure.
49. Zillow is a shortcut. I don't cut corners.

50.   We're selling your home—not just listing it. And that takes **more than a website**.

---

Want help turning this into a printed handout or an email template for your listing presentation? Or maybe turning a few of these into a video script or social post? I got you.

**Robert Reffkin | Founder & CEO**



CONFIDENTIAL                                                                                                               CZ_COMP_000022064