# EXHIBIT DX620

# The Risk of Your Home on a Portal



## Days on Market

Accumulating days on market can diminish a home's perceived value. The longer a home sits on the market, the more it can be seen as undesirable or overpriced, potentially reducing buyer interest and lowering the final sale price.

## Negative Insights Added to Your Listing

Some public websites can add their own assessments and data to a listing, which may not accurately reflect the true value or desirability of the property.

## Visible Price Drop History

When a home's price is reduced, it can signal to buyers that something is wrong with the property, making them less willing to pay your list price.

## Missed Buyer Opportunities

Some public websites block buyers ability to reach out to the listing agent directly. These buyer inquiries are sold to agents who may be unfamiliar with your home and the market. This can result in confusion and missed buyer inquiries

Compass, Inc. v. Zillow, Inc. et al.,
**DX620**
No. 1:25-cv-05201-JAV-SDA

# Portals Don't Sell Homes, Agents Do



Source: Zillow Group Investor Presentation

### ① Zillow Only Sells 3% of Homes

In the most competitive market in recent history (2021), only 3% of transactions began with a Zillow agent connection. The vast majority of buyers found their agent, and their home, elsewhere.

### ② 90% of buyers work with agents who search the MLS

### ③ Zillow Trains Agents to Divert Buyers Away From Your Home

A Compass listing agent's job is to sell **your** home. An agent purchasing leads on Zillow is trying to sell any home. Don't take our word for it. Zillow's own training script encourages agents to divert buyers away from the home they originally inquired about.

> **PHONE SCRIPT FOR BUYERS**[4]
>
> If the lead answers, it's a good idea to introduce yourself and tell them that Zillow notified you they're interested in purchasing a home.
>
> Hi, this is [name] with [brokerage]. Zillow notified me that you're interested in the home at [address] — I'm calling to connect with you and share some more information about the property. I've also found some similar homes that I think you'll like, but if we're able to chat for a few minutes I can make sure they match your preferences.

### ④ Portal Views Don't Equal Results

Zillow attracts over 200 million monthly visitors but in 2024, only 4.2 million homes were sold nationwide. That means most people on Zillow are just browsing, not buying.

[1] 12.2M represents both buy- and sell-side transactions for the estimated 6.1M transactions in 2021 per National Association of REALTORS® | [2] Internal estimate derived from the annual number of home sales in 2021 per National Association of REALTORS® and Zillow Group internal data and estimates. | [3] Estimated from Zillow Group internal data. | [4] Taken from Zillow's Premium Agent script page on May 5, 2025: https://www.zillow.com/premier-agent/real-estate-agent-scripts/