# EXHIBIT DX621



Hello everyone
Today I want to make that everyone knows what Zillows new policy is so that you can confidently guide your clients through it

Compass, Inc. v.
Zillow, Inc. et al.,
**DX621**
No. 1:25-cv-05201-JAV-SDA

Watch Recorded Webcast HERE.



CZ_COMP_000038544

# Disclaimer

The content of this training is being provided for education purposes only and does not constitute a Company policy or guideline that you are required to follow.

Compass agents are independent contractors with full discretion to run their businesses in the manner they see fit.

CONFIDENTIAL



You've seen what's happening in the press, but organized real estate (what we call NAR, MLSs, and Zilow) are working hard to eliminate homeowner choice
At Compass we believe that homeowners should have the right to choose how they pre-market their homes

CONFIDENTIAL

# Today's Agenda

- What we know about the value and impact of our Compass Three Phased Marketing Strategy.
- Zillow's new Anti-Seller-Choice Policy.
- How to WIN with Homes.com Pro-Seller-Choice Free Advertising Boost.
- How to Support Sellers in Shifting Markets
- Compass 3-Phased Marketing Disclosure

So here's what we're going to go through
1. What we know about Zillow's new policy
2. What we don't know about the new policy
3. And lastly how you can support sellers in shifting markets

CONFIDENTIAL

CZ_COMP_000038547



COMPASS 3-Phase Marketing Strategy Update

CONFIDENTIAL



## WE PUT THE HOMEOWNER FIRST

By launching your property not once but three times, you can price it accurately, amplify its exposure, and attract strong offers.

**Validate Pricing**

LAUNCH AS COMPASS PRIVATE EXCLUSIVE

Start the home-selling process with time on your side. Unlike traditional brokerages that immediately launch your listing to the public — exposing it to negative metrics that impact its value like days on market and price drop history — Compass gives you a strategic head start. We showcase your home to our network of top agents and their serious buyers, allowing us to gather honest feedback on pricing with time to make adjustments before going public.

**Generate Early Demand**

LAUNCH AS A COMPASS COMING SOON

Publicly launch your property as a Compass Coming Soon exclusively on Compass.com. This allows you to build buyer anticipation and interest, while staying protected from days on market and price drop history. I'll share key engagement insights on your listing, and all inquiries will come directly to me — rather than other agents who may prioritize their own listings.

**Sell Better**

LAUNCH ON ALL PUBLIC WEBSITES

Backed by a validated pricing strategy and early buyer demand, your home is positioned for an efficient, lucrative sale — delivering the best possible outcome when it goes live on all public websites.

## PRE-MARKETING BY THE NUMBERS

COMPASS

Our research shows that Compass-sold homes in Austin that are pre-marketed before going active on the MLS, on average, are associated with these results:

**16%**
Fewer Days to Contract

**11%**
Fewer Days on Market

**78%**
Fewer Listings with Price Drops

## ONE CONNECTED PLATFORM

Partnering with me gives you access to Compass One — our integrated dashboard where we collaborate though each phase of the listing strategy, monitor the market and engagement insights, and stay on top of the transaction. With all the moving parts in one place, you can minimize the stress of the selling process, giving you confidence and clarity at every turn.

CZ_COMP_000038549



CZ_COMP_000038550

**3-Phased Marketing Strategy Listing Presentation Inserts - <u>HERE in Market Center.</u>**
**3-Phased Marketing Strategy Listing Presentation Inserts - <u>HERE in a Folder.</u>**
**3-Phased Marketing Strategy Listing Presentation Inserts - <u>HERE in a Flipbook</u>**



Listing-Presentation-Inserts- 7C-...034Z-1.jpg
Listing-Presentation-Inserts- 7C-...034Z-2.jpg
Listing-Presentation-Inserts- 7C-...034Z-3.jpg
Listing-Presentation-Inserts- 7C-...034Z-4.jpg
Listing-Presentation-Inserts- 7C-...034Z-5.jpg
Listing-Presentation-Inserts- 7C-...034Z-6.jpg

Listing-Presentation-Inserts- 7C-...034Z-7.jpg
Listing-Presentation-Inserts- 7C-...034Z-8.jpg
Listing-Presentation-Inserts- 7C-...034Z-9.jpg
Listing-Presentation-Inserts- 7C-...034Z-10.jpg
Listing-Presentation-Inserts- 7C-...034Z-11.jpg

CZ_COMP_000038551



**3-Phased Marketing Strategy Listing Presentation PDF/JPEG Inserts**
HERE in a Folder and HERE in a Flipbook

CONFIDENTIAL

CZ_COMP_000038552

## Zillow's Anti-Seller-Choice Policy



You MUST give us your listing within one business day!

Zillow believes that ALL listings should be visible to everyone on planet earth. If you don't submit and surrender your listing Zillow will ban your listing from being visible to everyone on planet earth.

If you don't submit and surrender Zillow won't be able to sell leads generated from your listing.

Zillow doesn't sell homes, they sell leads. Listings displayed on Zillow generate Zillow's income.

Zillow fears loss of income, therefore YOU MUST OBEY and submit your listings in one business day of public marketing to receive their blessing and display.

Should you care?  Is it a better strategy to exclude Zillow?

So let's start with what we know
ON april 10th Zillow announced their new listing access standards policy that requires a listing to be input into the MLS within 24 hours of any public marketing so that it can be seen on Zillow

CONFIDENTIAL

# How Zillow HARMS, Not Helps!







Get Pages HERE.

CZ_COMP_000038554



CZ_COMP_000038555



New Listing Presentation Inserts
Flipbook - **HERE**



CONFIDENTIAL



And here's what we know
Zillow's new policy applies to ALL brokerages
You clients can still use the Compass 3-Phased Marketing Strategy
Compass Private Exclusives Are NOT Impacted
New Construction listings are exempt from Zillow's new policy
Compass Coming Soons can still be used but only for 24 hours for the listing to appear on Zillow and Redfin
When Zillow's new policy starts, there will be an "education period" — listings won't be banned right away for rule violations.
Listings currently publicly marketed (right now) will not be immediately impacted.
Homes.com will offer a free "listing boost" for any listing who is banned from Zillow and Redfin.

CONFIDENTIAL

# Here's what to expect

- **Initial rollout:** We are rolling our standards out in phases starting with many large markets in the U.S. and expanding nationally throughout the summer.
- **Listing violation notifications:** Starting May 28, agents will receive notifications if a listing doesn't meet our listing access standards. Each non-compliant listing will be logged as a single violation and the listing agent will be notified directly on each violation.
- **Blocking of violating listings:** We will not start blocking listings until June 30. Beginning then, an agent's third non-compliant listing – and any subsequent non-compliant listings – will be blocked from Zillow and Trulia for the life of the listing agreement between that listing broker and seller.
- **Listings that meet the standards will remain visible:** Listings that align with the listing access standards will be on Zillow and Trulia, regardless of an agent's past violations.

CONFIDENTIAL

CZ_COMP_000038558

## Compass Private Exclusives - YES

**Are office exclusives allowed under the standards?**

Office exclusive listings are permitted as long as a homeowner signs a seller disclosure, and the office exclusive is limited within a single brokerage company and shared only amongst agents within that brokerage or 1:1 communication with current clients, but not marketed publicly.

## Compass Coming Soons - YES

**Are coming soon listings allowed under the standards?**

As long as a coming soon is entered into the MLS within one business day of public marketing and available via IDX or VOW to all participants, it complies with our standards.

CONFIDENTIAL

## What's allowed under the listing access standards

- Office exclusive listings are permitted as long as a homeowner signs a seller disclosure, and the office exclusive is limited within a single brokerage company and shared only amongst agents within that brokerage or 1:1 communication with clients, but not marketed publicly.
- Coming soon listings entered into the MLS within one business day and made available to all MLS participants and available via IDX or VOW, comply with our standards.
- Posting a sneak peek of a listing on social media or in an email newsletter to buyers as long as it doesn't include details that could approximate a listing, like price and address, and doesn't include a call to action - like an invitation to tour the home or a callout to receive the link to the listing via a direct message.

**What is the definition of "one business day"?**

Business days are Monday through Friday, excluding Saturdays, Sundays, and any federal holidays.

CONFIDENTIAL

# What's not allowed under the listing access standards

- A social media post sharing a listing is considered public marketing - and would not be in compliance with our standards - if the post includes things like the following:
  - **Call to action around selective marketing of the listing.**
    - Example: A social media post of 123 Main Street with a link to visit the brokerage site, which is gated behind a customer log-in.
  - **Listing details which could approximate a listing with an accompanying call to action.**
    - Example: A social media post of 123 Main Street for $500,0000

CONFIDENTIAL

**FAQs**

**If I post a listing on social media, and if it's not in the MLS within 1 business day, it will be blocked from ever appearing on Zillow?**

- If a social media post includes the following, it is considered public marketing - and would not be in compliance with our standards:
  - **Call to action around selective marketing of the listing.**
    - Example: A social media post of 123 Main Street with a link to visit the brokerage site, which is gated behind a customer log-in.
    - Example: Agent posts a photo of an image of 123 Main Street and asks clients to comment with the neighborhood name to get a link to the private listing.
  - **Listing details which could approximate a listing with an accompanying call to action.**
    - Example: A social media post of 123 Main Street for $500,0000 with a call to direct message the agent to tour the home.
- Alternatively, if a social media post about an upcoming listing does not include the call to action or listing details, it is compliant with our standards.
  - Example: A social media post including an image of a home giving an agent's followers a sneak peek before it goes live on the MLS.

CONFIDENTIAL

CZ_COMP_000038562



Consider This Option…

**Exclude**
Anti-Seller Zillow

**Include**
Pro-Seller Homes.com

CONFIDENTIAL

## Zillow's Anti-Seller-Choice Policy



When you wake up tomorrow morning
if Zillow suddenly didn't exist, would anyone care?

Would it have any impact on your
Sellers, YOU or the market?

Any impact on your growth or business?

Would sales in Austin fall?

Would Days On Market spike?

Would prices fall?

Nope. Zillow sells leads, not homes.

Pros like YOU sell homes.

So let's start with what we know
ON april 10th Zillow announced their new listing access standards policy that requires a listing to be input into the MLS within 24 hours of any public marketing so that it can be seen on Zillow

CONFIDENTIAL



**SELLER STRATEGY BRIEF**

**Why Sellers Win with the Compass 3-Phased Marketing Strategy**

**SUMMARY**

The real estate landscape is shifting fast. And in a market where control, timing, presentation, and pricing precision separate the winners from the worn out, the Compass 3-Phased Marketing Strategy stands alone.

Also, Zillow—once a helpful platform—has swerved into harmful territory with their new anti-seller-choice policies. They now brute-force premature listing exposure, encourage lowball offers, peddle buyer leads to strangers, and showcase value-eroding content that works against the seller.

The smartest, sharpest move?

Embrace the Compass 3-Phased Strategy!

Maybe opt-out of Zillow! Zillow sells leads, not houses.

Turn up the volume with Homes.com's pro-seller, free-boost advantage. More exclusive exposure for the seller and listing advisor.

**THE POWER OF THE COMPASS 3-PHASED MARKETING STRATEGY**

**Proven. Professional. Profitable.**

This isn't about "maximum eyeballs." This is about maximum outcome.

It's about the right message, to the right buyers, at the right moment—on your terms.

**Phase 1: Private Exclusive**

A low-key, high-trust preview shared within Compass and select networks across Austin and Texas. It's prep mode with a purpose—refining the pricing, presentation, and positioning without racking up days on market.

**Phase 2: Compass Coming Soon**

A strategic tease. We generate anticipation and buyer buzz, letting curiosity and desire build before the full debut. Think of it as our cinematic trailer before the feature film.

**Phase 3: MLS Launch + Full Syndication**

Lights, camera, listing. This is where the story goes wide—polished, persuasive, and marketed for premium results. By the time we go live, the groundwork has been laid, demand stirred, and the path to top-dollar paved.

In this Seller Brief we outline the benefits of a marketing strategy that excludes Anti-Seller Zillow display and include Pro-Seller Boost on Homes.com.

Read it **HERE**.



CONFIDENTIAL

## HOMES.COM Pro-Seller-Choice Policy
## FREE Advertising Boost



CoStar boss Andy Florance said:

"Homes.com is going to support any agent who gets blackballed or blacklisted on Zillow, and boost their listing. We don't think it's right to ban people's listings for your economic interest.

Last week Homes.com came out and said that any listing banned by Zillow and Redfin will get a free Listing Boost that they typically charge $260 per listing for
A 'boosted listing'  will include it on the first page of a homebuyer's search results and prominently featured in emailed neighborhood, community and school content, and listing alerts.
Boosted listings are also prioritized in Homes.com's targeted ads across all social media platforms and sites like CNN, ESPN, or The New York Times. The boost will last until the listing closes.
According to Homes.com, boosted listings are 25% more likely to go under contract within the first 10 days, reach 14,000 buyers on average, and are seen 32 times by a prospective average buyer.

CONFIDENTIAL
CZ_COMP_000038566



CZ_COMP_000038567



CZ_COMP_000038568



### Homes.com

## Your Listing, Everywhere Buyers Look

Enroll in the Strategic Launch Coming Soon phase and your home is automatically supported by a professionally executed marketing campaign through Homes.com's Listing Boost.

This multi-channel engine is designed to help your home sell faster and for more money, combining premium placement, intelligent retargeting, and high-intent buyer reach, without exposing your home's value to the risks of traditional real estate websites.

**Listings with Boost are 25% more likely to go under contract within the first 10 days.**

### Premium Placement

Your property appears at the top of search results, capturing attention from millions of serious buyers.

**200M monthly users on Homes.com**

**25,000 average views per listing**

Retail value: $XXX

### Intelligent Retargeting That Follows Interested Buyers

Once a buyer views your listing on Homes.com ads will follow them across the web, keeping your home top of mind no matter where they browse.

**Paid Advertising** across major sites like Facebook, Instagram, CNN, The New York Times, ESPN, and more.

**16,000+ high-intent buyers** reached per listing on average. Each buyer sees an ad for your home an average of 32 times.

Retail value: $XXX

### Free Interactive Virtual Tours

Included in your Boost, we will create a free Matterport 3D tour and interactive floor plan, allowing buyers to explore the property virtually 24/7.

Homes with 3D tours achieve sale prices that are **4% to 9% higher,** depending on the market.

Retail value: $750+



CZ_COMP_000038569



The boost will have social media advertising across instagram, facebook and the internet

CZ_COMP_000038570



Have your listing show at the top of the search results on homes.com
94M people visited homes.com monthly in Q1 2024 compared to 200M on Zillow - so you still get half the exposure

CONFIDENTIAL

CZ_COMP_000038571



The boost will have social media advertising across instagram, facebook and the internet



Priority placement on Homes.com Neighborhood, School, and Condo building pages
These are places on Homes.com where prospective buyers go to learn more about local communities

CONFIDENTIAL

# How to Articulate This To Sellers - <u>Scripts</u>

*"I want to make you aware of a new Zillow policy that has recently been in the headlines and has caused some confusion.*

*This new policy applies to all brokerage and all listings, not just Compass. In order for listings to appear on Zillow, they must be entered into the MLS within 24 hours of any public marketing (i.e. yard sign, social media post).*

*The confusion stems from Zillow who has not announced a specific date for how when they  they will  implemented their policy. We do not have any control over what Zillow decides to do with the listings that they display or the policies they implement.*

*My goal is to secure the best price and the most value for your home through strategic exposure. Let's review our Compass 3-Phased Marketing Strategy together so you feel confident about listing with me."*

CONFIDENTIAL

CZ_COMP_000038574

# Additional Persuasive Conversation Tips



CZ_COMP_000038575



Properly pricing a listing is one of the most important responsibilities we have as agents and can often be one of the most challenging - especially when markets shift. Right now, our market is experiencing an increase in days on market and price reductions [INSERT LOCAL STAT]. Raise your hand if you have ever had difficult pricing a home or ever reached out to a colleague asking for advice on pricing. We all have. Let's review a few solutions that you have to help better support sellers, and improve your pricing strategy.

CONFIDENTIAL

## 2 Solutions to Avoid Excessive Days on Market

1. During shifting markets where pricing and managing seller expectations are challenging, implement Compass 3-Phased Marketing Strategy to gain better feedback on current market demands and pricing prior to MLS launch
   - Begin by using Compass Private Exclusives
     i. Gather feedback from Compass agents <u>using Reverse Prospecting</u>
     ii. Generate feedback with non-Compass agents using network tool

1. Move Active MLS Listings into Compass Private Exclusive status during "slow-season" or summer months with low buyer activity

As we all just saw, every single one of us have asked for advice and feedback before when pricing a home. The good news is, is you have a great solution to gain even more insights on pricing feedback prior to launching on the MLS that also helps make sure we are positioning our sellers to limit their days on market and make the best first public impression. As Compass agents, you have the ability to leverage focus groups during the Private Exclusive Phase to collect feedback on pricing and demand using your Reverse Prospecting Tool - specifically by leveraging the 7 buyer demand signals in the linked flyer. Don't just spam your colleagues, if you want feedback and you are talking to your sellers about gaining better insights to better price and position their home, send the Reverse Prospecting email focusing on the 7 buyer demand signals and then pick up the phone and call the agent.

[ONLY APPLICABLE IN SOME MARKETS] As we have seen historically, the month of July can be very slow for real estate sales and similar to how agents take their listings off of the MLS during the holiday season, if applicable to your listing and your market, you can use Private Exclusives to still build demand without accumulating unnecessary days on market during the Summer months  - if your seller chooses.

CONFIDENTIAL

## Effective Pricing - Script

*"Effective pricing ensures a successful outcome, and right now, we are seeing an increased number of price reductions locally. Compass Private Exclusives provide us with a unique opportunity to conduct the ultimate focus group prior to our MLS launch:*

- *We test your list pricing & promotional messaging by sharing it privately with Compass agents and 1:1 with a few agents outside of Compass to gather feedback and test buyer demand at our current price.*
- *We will bring in interested buyers to privately tour your home prior to bringing it to market – and make adjustments as needed.*

*The feedback gained during our Private Exclusive phase will allow us to better align on pricing prior to publicly marketing during our Compass Coming Soon Phase and launching on the MLS when days on market begin to accrue and price drops are visible for everyone to see. This helps us better position and price your home to maximize your value."*

[EMPLOYEES  for more resources on how Compass 3-Phased Marketing help supports better pricing and position, please check out this recording from Certified Thursdays with Agent Coach Kevin Sneddon and MOMENTum Monday with Ashley Donat on how to best price and position your listings. Reach out to ashley.donat@compass.com if you would like assistance with this type of training in your region]

CONFIDENTIAL

# Private Exclusives As An Alternative To Taking The Property Off Market - Script

*"Traditionally, summer tends to be a slower time in our market—with fewer buyers actively looking and more sellers competing for attention. Instead of continue to accumulate days on market which can negatively impact the perceived value of your home on the MLS and portal sites, I recommend we move your listing to* **Compass Private Exclusive** *status until X date.*

- **We preserve your home's 'days on market'**—*which is important. Long days on market can signal to buyers that a home might be stale or overpriced, even if that's not the case.*

- **We maintain exclusivity and control** *over how your home is presented, without losing momentum. We can share your home privately with motivated buyers and trusted agents—keeping it top-of-mind without overexposing it.*

- **We gather valuable feedback** *during this quiet period, allowing us to fine-tune pricing or presentation for a stronger re-launch.*

- *Then, when market activity picks up—whether that's late summer or early fall—we'll be in a perfect position to go back on the MLS with fresh energy and a 'new' listing feel.*

*This approach is proactive and can help protect your home's value. Let's walk through the timing together so you can feel confident that we're making the most of both the market and your home's potential."*

CONFIDENTIAL

# Compass 3-Phased Marketing Disclosure





<u>Click Here</u>

CZ_COMP_000038580



We have plenty to process.

Timeblock to educate and empower yourself.

Any questions?

CONFIDENTIAL



CONFIDENTIAL