03/14/2025

(425) REDACTED Barton Rich;(609) REDACTED Hofmann Jeremy;(847) REDACTED Wacksman Jeremy;(971) REDACTED Berroth Katie; REDACTED @gmail.com Hofmann Jeremy Chats

**(847) REDACTED Wacksman Jeremy** 01:42:36 AM

Nothing earth shattering. Topic 1 was rentals - wanted to make sure 4/30 wasn't at risk for go live and pleaded to go sooner but knows our team said not likely. Topic 2 was compass and CCP and unsurprisingly he's culturally aligned with our approach

**(609) REDACTED Hofmann Jeremy** 01:45:23 AM

Sounds good - thanks

**(847) REDACTED Wacksman Jeremy** 01:47:02 AM

Can share a bit more live on CCP - but they have also talked to DOJ and they have been approached by compass and told compass to stop pitching them. Implied that paper trail of collusion pretty apparent if "anyone were to look"

**(609) REDACTED Hofmann Jeremy** 01:47:35 AM

Got it - was there any ask there or just more notes sharing

**(847) REDACTED Wacksman Jeremy** 01:49:16 AM

Note sharing - but feeling me out if we'd do more aggressive counter tactics (secret shop them and try to pitch media or lawyers)

**(971) REDACTED Berroth Katie** 02:28:26 AM

Thanks for update. Glad you hit the rentals timing - we will charge to 4/30

Compass, Inc. v. Zillow, Inc. et al., No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-006**