

December 16, 2025

**VIA CM/ECF**

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***Compass, Inc. v. Zillow, Inc. et al*, Case No. 1:25-cv-05201 (S.D.N.Y.)**

Dear Judge Vargas:

Pursuant to the parties' agreed-upon sealing procedures detailed in their Joint Letter dated October 27, 2025, which the Court adopted on October 30, 2025, *see* ECF Nos. 100, 107, Compass, Inc. ("Compass") hereby re-files copies of the following documents incorporating Plaintiff's, Defendants', and non-parties' requests for continued sealing. These documents were previously filed provisionally under seal.

- Plaintiff's Proposed Findings of Fact and Conclusions of Law (originally filed at ECF No. 151).

- Plaintiff's Pre-Hearing Brief in Support of its Motion for a Preliminary Injunction (originally filed at ECF No. 110).

- Declaration of Chahira Solh (originally filed at ECF No. 111).

The parties and non-parties shall have until December 22, 2025, to file individual letter motions to the Court explaining the need to maintain their information under seal.

 /s/ *Chahira Solh*
Chahira Solh (*admitted pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com