April 2025

# AOP 2026 & Strategy Planning
## April ZRetreat Sessions



Confidential – Internal Use Only.

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
PLAINTIFF'S
P.I. HEARING EXHIBIT
**PX-001**

# Listing Transparency Discussion

ZILLOW CONFIDENTIAL

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Listing Transparency and the MLS Landscape

The U.S. market is unique because brokerages cooperate and share listings with each other via the MLS, thus allowing for a more transparent marketplace and level playing field for smaller brokerages

The NAR rule that enables this is the Clear Cooperation Policy (CCP), though we refer to this issue as Listing Transparency now because it transcends the single NAR rule

*Confidential*

ZILLOW GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030113

# What is / was Happening?

<u>NAR</u>: considering changing or repealing the Clear Cooperation Policy (have since changed)
- Don't like rulemaking / enforcing, liability

<u>Compass</u>: Have made an aggressive bet on a landscape without CCP
- 'Three-phased marketing strategy' (Private Exclusives -> Compass Coming Soons -> MLS)
- Agitating throughout the industry

<u>Other players</u>: Mixed stances
- CoStar could do some damage
- Without intervention, CCP would erode due to MLS and brokerage positions

<u>Why do we care</u>: Listing inventory is **critical** to our value proposition, and our business

*Confidential*

ZILLOW GROUP

## Our Approach

We kicked off a working group with the goal of understanding:

1. What do we think is going to happen, as a result of these industry shifts?

1. What do we want to do about it?
    a. *Note that there are multiple "correct" answers to this*

*Confidential: This is an attorney work product created for the purpose of receiving legal guidance.*



# What do we think is going to happen?

**Step 1**: NAR is going to fold on CCP, leaving the rule and enforcement up to individual MLSs

**Step 2**: Because brokers want fewer rules and more freedom, they don't like CCP and they will pressure MLSs to to increase the listing windows

**Step 3**: This will result in a proliferation of "Coming Soon" listings at large brokerages, starting with Compass but with a contagion effect across all other large brokerages
- This will functionally remove the CCP rule, severely reducing the value of the IDX feed and our listing supply

*Confidential*

ZILLOW GROUP

# What do we do about it: Our Strategy

Our Goal: **Maximize timely & accurate listing availability to all consumers on Zillow**, by **preventing** degradation of listing availability

**1** ☑ **Carrot**: Incremental product features for agents & brokerages

**2** ☑ **Stick**: Listing Access Standards (and as needed enforcement)



Confidential

ZILLOW GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                      ZG-00030117

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030118

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030119

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030121

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030122

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030126

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030129

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00030130

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030131

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030132

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030137

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030140

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030142

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030143

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00030146

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030148

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030149

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030150

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030152

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030153

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030156

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030157

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030158

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030159

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030160

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030162

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030165

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030167