Strategy Synthesis



Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-002

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

# Post Clear Cooperation Strategy

*Questions: Alice Oliveira Soens and Katie Berroth*
*Purpose: Summarize post CCP strategy, key strategic decisions made / outstanding and operational plan*
*As of 12/15/2024*

NOTE - STRATEGY IS OUTDATED AS OF 12/17/24, TO BE UPDATED ASAP

## Summary
It is probable that the Clear Cooperation Policy (CCP) will go away. Timing is most likely May 2025 during the NAR legislative conference, but changes could happen sooner depending on DOJ conversations around a potential settlement and / or a Supreme Court review.

Without a NAR CCP rule it would be down to the MLSs to set standards. Large brokerages hold a lot of power, since MLSs are dependent on them for driving membership / dues, and we therefore expect brokerages to drive towards an erosion of MLS' CCP rules. We believe it is largely inevitable that most MLSs will widen the private marketing window to 14 days, opening up markets to exclusive listings. Additionally, CoStar and Compass can be expected to continue to relentlessly support PLNs / Coming Soons, with potentially negative implications for Zillow without appropriate preparation and action. .

Zillow has two goals in our efforts post CCP:
- **Maintain open access to all listings for consumers**
- Leverage / support **existing industry infrastructure** where possible (e.g. MLS, brokerages that support listing access, legislative pathways) but **innovate around existing infrastructure and / or status quo where necessary** to accomplish listing access (e.g. broker direct / consumer direct alternative products)

Our response is shaped as follows:

| Tenets | Objectives |
|---|---|
| **Maintain open, timely access to all complete listings for consumers** | • Consumers believe Zillow is the best place to sell their home |
| **Nurture/foster a cooperative marketplace** | • Ensure all market participants prioritize consumer listing access |
| **Agents are our primary customer, Brokers are our partners in serving agents** | • Create an open line of listing access between large brokerages, Zillow, and MLSs<br>• Sellers and their agents [in top 100 MSAs] demand their listing on Zillow |
| **Build platform for the industry, with a focus on empowering MLSs** | • Develop listing input / Coming Soon / featured listing product that syndicates to MLSs / portals, is friendly to their other needs |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00026159

---

**Commented [1]:** @REDACTED@zillowgroup.com does it make sense to keep this goal at all anymore?

**Commented [2]:** yes. I think it still makes sense though a good discussion to have on how much effort. Worth flagging that we still want to support the infrastructure - e.g. even with a coming soon product we would want stuff to route back to MLS which would be maintaining the infrastructure.

**Commented [3]:** Chatting with Lloyd at the zRetreat, his view seemed to be that this is the most important objective. He wants us to try and maintain/force the status quo. i.e. listings continuing to go into the MLS and being distributed to all brokers -- even over getting these listings for Z directly from brokers. He was open to threatening Compass that we would block their other listings from display on Z if they pulled significant numbers from the MLS -- with the goal of having them back in the MLS (vs. a direct feed to Z). He acknowledged that we would likely end up negotiating direct feeds --- but really wanted an effort to prop up keeping listings in the MLS.

**Commented [4]:** It's a long shot but it's possible that with enough pressure, NAR and/or the MLSs will keep some form of CCP.

Even if CCP ultimately gets overturned, it's important for us to push for transparency and equitable access to listings. It's core to who we are - turning on the lights. Also, the MLSs will continue to perform an important (although likely diminished) function in a post-CCP environment, and demonstrating our support for them will yield dividends in the future.

**Commented [5]:** no, our consumers are our primary customers and we can't ever forget that

**Commented [6]:** This is a good first step, but it doesn't meet the demands of Compass or other large brokerages. They want to keep listings off the MLS for an indefinite period of time, not just during a pre-marketing period before tours are possible (coming soon). They also want to receive all leads from those listings in an attempt to double-end them.

Already some MLSs support this functionality - where a broker "registers" a listing in the MLS, but that listing [...]

**Commented [7]:** would it be more accurate to just say "listing input product" and leave it at that for this high level summary? Then we can take some the detail in your comment here down to the following sections

**Commented [8]:** No, I don't think so. While I believe that direct-entry into Zillow is our preferred approach, this is less about how we get the listings and more about how we treat the listings.

We need to be crisp and prescriptive about what the [...]

**Commented [9]:** @REDACTED@zillowgroup.com @REDACTED@zillowgroup.com @REDACTED@zillowgroup.com flagging for viz. based on the product preview a couple of weeks back I *think* Errol's points are being taken into account with our current thinking on a Coming Soon type product but [...]

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

### Background

Clear Cooperation is a mandatory NAR rule that requires all listings go on the MLS within 24 hours of public marketing. An exception to this rule allows brokerages to advertise private listings to other agents of the same brokerage (not to the public, other than one-to-one communications with a client), a practice known as Office Exclusives. We anticipate NAR will remove the CCP rule (or make compliance with it optional). Furthermore, even if NAR keeps the rule, some MLSs will choose not to enforce it.

### What is influencing NAR to remove CCP?

# REDACTED: Privileged

### Possible CCP Scenarios

We are operating on the assumption that NAR will remove the Clear Cooperation rule in May, with some possibility that it happens sooner. The range of scenarios is below and we are focused on scenario 0.



| Scenario | CCP Impact | Overall Likelihood | Timeline |
|---|---|---|---|
| **#0 May 31- June 5 legislative conference (aligned to meeting but leadership decision)** | | | |
| **#1 - NAR changes CCP as after Supreme Court Review OR part of a DOJ settlement** | | | |

## REDACTED: Privileged

2

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

| Scenario | CCP Impact | | Overall Likelihood | Timeline |
|---|---|---|---|---|
| **#2** - NAR changes CCP through the **Leadership Committee**, independent of the DOJ settlement | **REDACTED: Privileged** | | | |
| **#3** - NAR changes CCP through the **Rules Committee**, independent of the DOJ settlement | **50 / 50** <br> *There is a chorus of voices on both sides* | | NEAR ZERO- NAR has been keeping members largely in the dark, involving only leadership | May 2025 |

NAR typically gives 3 months notice to allow MLSs to work with vendors to prep to implement any changes. However, in this case there wouldn't be any changes needed if MLSs choose to eliminate CCP, which may mean that NAR makes the change effective immediately upon announcement.

**Post-CCP Landscape**
**Key Points**:
- MLSs will eliminate or not enforce their CCP rules, regardless of how strongly pro-CCP they are today
- All brokerages are operating under a short term profit mindset - making them susceptible to deals that weaken them in the long term (i.e. a CoStar's deal - see below)
- Larger brokerages ultimately hold the power - MLSs and smaller brokerages will mostly capitulate
- Small and Medium brokers don't have a vision or strategy (but could be open to be guided)
- CoStar will target large brokerages to sign deals for exclusive listings, in exchange for money and other short-term benefits for brokerages

**MLS**
If NAR does revoke the CCP rule, it will be up to individual MLSs to keep or get rid of their CCP rules. We believe that most MLSs in markets with any level of risk (which is most markets, i.e. with high brokerage concentration or simply the presence of national brokerages even if not highly concentrated) will keep a **liberal / eroded version** of the CCP rule that allows for a large **window for listings to be marketed exclusively** (e.g. 14 days) before being posted to the MLS. Although MLSs should be incentivized to preserve CCP, we believe they will likely capitulate to loudest (i.e. largest) brokerages that make up their membership base and boards and / or neighboring MLS competitive pressure and amend CCP to a more liberal version. MLSs will be willing to make these changes as long as they don't damage MLS membership, which is the MLS' source of revenue and their highest near term strategic priority. In order to satisfy large brokers, we expect they will implement a 14 day window as long as brokers agree to provide those listings post the 14 day listings period, including closed listings so that they continue to have the data. It is possible that there are still a small portion of fully off market PLNs or pocket type listings but those become LESS likely given that the extended window will largely accomplish what most pro-PLN agents / brokers are looking to accomplish. This persistent off market / PLN type activity is most likely in luxury markets (as we've already seen historically).

Note that today, most MLSs are in theory in favor of keeping some form of a CCP rule, as losing CCP represents an existential threat to the MLSs (i.e. if they lose access to all listings, as well as the ability to show compensation

3

**Confidential & Attorney-Client Privileged.**   Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

from the Moehrl settlement, what value are they providing agents). However, we anticipate that large brokerage interests will ultimately win out.

### Large Brokerages

Large brokers are short term profit minded and will look for money, marketing and exposure to support their goals which are productive agent recruitment & retention and maximized economics on transactions. Large brokers will favor MLS changes and / or portal product offerings that help them gain money, leads, ability to recruit agents and exposure to consumers. Large brokerages want a window of time (14 days is roughly the threshold given that most homes sell within the first [x] days on average) where they can list their properties in a manner that maximizes their profit interest (e.g. private listing / brokerage only listing, with leads routing back within the brokerage). **They will push MLSs for a change in the CCP rule to accommodate this, and we believe they will successfully do so in many markets** . Brokerages (especially large ones) have strong control over many MLSs, to varying degrees, because they make up the boards and membership bases of MLSs.

Large national brokerages are also developing their strategies across ALL their markets. This means additional considerations, such as:

- They likely need to involve portals and a tech vendor to execute a broader national strategy around Coming Soon and private network products
- They will commit to the strategy (14-day exclusives) even in markets where they have low market share - this means they will likely push MLS' CCP rules in ALL markets they operate in, despite those markets looking like lower risk markets for ZG due to lower share concentration
- Some brokerages (e.g. Howard Hanna) also have title and mortgage businesses that compete with Zillow, setting them further at odds with our business model and making them potentially interested in portal partnerships away from Zillow
- Finally, it's relevant to note that we believe that while brokerages do NOT want to be acquired (e.g. by CoStar), but they do want cash, investment, and exposure from portals

Note that we do not believe that the majority of brokerages want to keep listings off-MLS entirely, in a private listing network. They simply want to be able to market their listings initially as a way of price testing and capturing leads. As such, we do not believe that private listing networks will proliferate to the same extent as other approaches, though the impact to Zillow may be largely the same in terms of listing access if not managed around.

### Small and Medium Brokerages

Brokerages that do not have dominant market share in a given market and / or can't compete financially with the biggest brokerages will be at the whim of larger brokerage interests and the MLS reactions. They have no ability to control the MLSs to the extent that the large brokerages can, and they are also operating under a very short term mindset with regards to profit and general strategy. They will view a 14 day window as a compromise that 'levels the playing field' with the big brokerages (as opposed to no requirement to list at all). In rare / limited instances, they may band together to create cooperatives and / or look to form an MLS- or vendor-operated PLN of their own but there will be friction to this happening successfully. This is possible in some markets, but unlikely at scale.

4

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

Small and Medium brokers are also the least knowledgeable about what to do and where to go in this situation, and they are the most swayed (out of all the actors here) by whoever gets to them first and shows them what to do. As such, there is an opportunity for a company like Zillow to step into this space with messaging and / or deals for small and medium brokers. If liberal CCP becomes more normalized, smaller broker access to listings will be hampered and there is a strong likelihood that we see consolidation of brokerages, as small and medium brokers get acquired by large brokers, are put out of business or have their best agents recruited away. However, there will always be a demand for small, niche brokerages, especially in luxury markets - consolidation will only go so far. Many small brokerages in these markets operate with in-depth local knowledge and connections, and do not feel that their business is at risk from any of this.

**Government**

# REDACTED: Privileged

| State-Level Segment | Overview |
|---|---|
| **Regulators** | |
| **Fair Housing and Consumer Advocates** | ## REDACTED: Privileged |
| **State Attorney Generals (AGs)** | |
| **Legislators** | |

Note that due to the balance of power over MLSs that is favorable towards brokerages, government relationships with REALTOR associations, as well as the long timelines required for government action, we do NOT believe that government action will significantly change or affect the expected outcomes (which are that a majority of MLSs allow a 14-day pre-listing window). Any government intervention, even in model markets, is a long term play.

5

**Confidential & Attorney-Client Privileged.**  Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

**Listing Portals**

Portals broadly want to protect their access to listings. CoStar stands out as a new entrant who has a listing driven business model (aligned to their commercial business model) and we expect they will be motivated to adopt a more aggressive exclusive listing approach.

**CoStar's Anticipated Playbook:**
- Step 1: Pay brokerages directly for exclusive listings
  - Ensure all listings are My Listing My Lead - route leads back to the brokerage
  - Potentially provide listings back to the MLSs after the 14+ day window - act as a good partner (at first) to ensure ongoing IDX access for the balance of listings
  - We assume that they will attempt to solve the multiple-data-entry problem and also act as syndication to other listing input systems, with their direct listing input system
  - They will lead with a partnership with Compass
- Step 2: Require Matterport photography services for exclusive listings, which can be offered at steep discounts or even free
  - This ensures that CoStar owns the IP, even after the listing goes back into the MLS
- Step 3: Commit to a massive in-market advertising spend, to boost traffic on Homes.com and address the potential objective to exclusive listings (i.,e. That exclusive with CoStar would be at the expense of audience exposure)
  - CoStar would pursue partnerships with media companies, networks, blogs, influencers, etc
  - Create the appearance that Homes.com is the biggest player in that given market
  - Could be co-branded marketing with the brokerage
  - Extreme, hyperlocal SEM is a low CPC way to generate leads.
- Step 4: Support and advertise the brokerages' own preferred lender and title companies
- Step 5: Sue anyone who uses CoStar's IP improperly (Matterport, photographs), including some of the content received through IDX
- Other considerations
  - CoStar could try to build or acquire the technology that can power national private listing networks in order to position themselves upstream from MLSs through a vendor relationship (note: they previously attempted to acquire Corelogic assumably on this thesis)
  - CoStar aim for longer dated 3-5 year agreements on favorable terms with brokerages
    - After 3 years, assuming the balance of power (consumer eyeballs) has shifted toward CoStar, contracts can be renewed on much less favorable terms

> **Commented [10]:** assume that they will attempt to solve the multiple-data-entry problem and also act as syndication to other listing input systems

> **Commented [11]:** there's probably a strong backlink strategy somewhere here.

> **Commented [12]:** Could you elaborate more on what this is?

> **Commented [13]:** When other websites link to you it boosts you on search engines

**Consumer Response**

Even though sellers should be incentivized to have their listings on Zillow, various market forces could mitigate their interest, resulting in a listing gap for Zillow.
- Post CCP realities today would be different than the no-CCP world of five years ago (see below).
  - Big brokers and CoStar have signalled intent to disrupt the status quo
  - Litigation has weakened NAR and MLS' resolve to enforce rules
- While the majority of sellers DO want their listings published widely, sellers also trust their agent to the extent that a subsegment will go along with Coming Soons / PLNs
  - The marketing pitch for Coming Soons / PLNs is to sell faster and test pricing

6

**Confidential & Attorney-Client Privileged.**  Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

- Brokerages don't need to take the majority of listings private: Once brokerages can claim (even a small number of) exclusive listings, they start a flywheel in that market
- CoStar will be spending big market by market, to erode consumer trust in Zillow, market their exclusives, and promote their brokerage partners
- The effect of this on Zillow will be erosion of traffic, and eventually revenue
  - While we can combat this with direct to consumer / seller marketing to convince sellers to get their listing on Zillow, but this could gain enough traction in the mean time to hurt us

<u>**Pre-CCP Era: Why is today different?**</u>

CCP was implemented only five years ago. Before that, Zillow's business and the industry landscape looked very different from today:

- ZG was getting separate data feeds from each MLS, and some individual brokers, as well as manual submissions from agents directly and FSBO (bigger during this period)
  - This required a large, manual effort to maintain deals with hundreds of MLSs & brokers
- In some markets where the MLSs didn't have a deal with us, we had to go to brokers and we didn't have complete inventory in those markets (i.e. Seattle)
- MLSs would throttle our feeds
- ZG only had ~78% of national listings, compared to 99% today

This state of the industry was difficult, cumbersome and led to lower quality experiences and less listing transparency for consumers. However, we lived with it.

This time, there are additional factors that would hurt Zillow's position in the market:

- CoStar - a platform exists today that is willing to leverage and fund exclusives and off-MLS listings
  - They will aggressively market, spend a lot of cash, and hurt us directly
- Compass is agitating, and has a clear plan of attack for a post-CCP market
- NAR and the MLSs are weary of litigation, and do not want to enforce of rules
  - They are unpopular with brokers
  - MLSs have lost a key value proposition (sharing commission)
- Real estate market is weaker, dual-siding is more attractive for brokerages

Overall, the landscape without CCP represents a real threat to Zillow and consumers.

<u>**Market Archetypes**</u>

While we expect a fragmented landscape, there will largely be two types of markets:

- **Model Markets & States:**  Where MLS / associations / states are aligned to preserve CCP, AND no single brokerage has a high concentration of listings
  - Examples: California, Seattle WA
  - We believe many of these markets could still face significant pressure to adopt a longer Coming Soon window
- **Risk Markets:** Where a variety of factors - existing PLN concentration, brokerage concentration, MLS stance on CCP, brokerage stance on CCP -  make it highly probably that anything from no CCP to a weak form of CCP are possible
  - Examples: Nashville TN, Cleveland OH

7

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

Even within risk markets, we expect a large spectrum of possibilities for how listing availability and transparency plays out but have distilled the possibilities into three primary archetypes. Markets that have a high likelihood of losing listings to private listing networks fall into three archetypes:

| Risk Market Archetype / Implementation | Risk Markets Conditions | Impact to Zillow | Likelihood / Reach |
|---|---|---|---|
| <u>No CCP and / or Weak Implementation:</u><br>• Brokerages start their own PLNs | • Large brokerage concentration<br>• Compass top 30 mkts<br>• Existing PLNs are high<br>• The MLS is controlled by those brokers OR is weak / needs favor | Highest | Medium - market conditions make this difficult in all but the markets with the highest concentration |
| <u>Weak CCP:</u><br>• There is a liberal pre entry period before listings go in MLS<br>• Other portals (Homes) more likely to try exclusive deals<br>• OR MLS creates database of listings that can only be accessed by the office ID that posted the listing (MRED) | • Large brokerage concentration<br>• Compass top 30 mkts<br>• MLS has some balance of power | High | High likelihood |
| <u>Moderate CCP:</u><br>• Short pre entry period<br>• OR all things need to be entered, but not all published to IDX - could be accessed by VOW | • Brokerage concentration med/high, possibly more likely in multipolar market? | Medium | High likelihood |

*Note: Not including a strong CCP which would be covered by Model Markets*

## Zillow High Level Strategic Goals in Post-CCP World

As Zillow navigates the post-CCP landscape, we will have the following **primary goals**:

• Maintain open access to all listings for consumers
• Leverage / support existing industry infrastructure where possible (e.g. MLS, brokerages that support listing access, legislative) but innovate around existing infrastructure / status quo where necessary to accomplish listing access (e.g. broker direct alt products)

Our response is shaped as follows:

| Tenets | Objectives |
|---|---|
| **Maintain open, timely access to all complete listings for consumers** | • Consumers believe Zillow is the best place to sell their home |
| **Nurture/foster a cooperative marketplace** | • Ensure all market participants prioritize consumer listing access |

8

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                           ZG-00026166

Confidential & Attorney-Client Privileged.    Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

| Agents are our primary customer, Brokers are our partners in serving agents | • Create an open line of listing access between large brokerages, Zillow, and MLSs<br>• Sellers and their agents [in top 100 MSAs] demand their listing on Zillow |
|---|---|
| Build platform for the industry, with a focus on empowering MLSs | • Develop listing input / Coming Soon / featured listing product that syndicates to MLSs / portals, is friendly to their other needs |

## Working Plan Overview

To operationalize our strategy, we will execute four workstreams (against each tenet) as follows:

| Workstreams / Tenets (Owner) | Priorities: Now to May | Priorities: May Onward (i.e. post CCP) | Workstreams Inputs (Responsible) | Workstream Outputs (Responsible) | Timing |
|---|---|---|---|---|---|
| Maintain open, timely access to all complete listings for consumers (MichaelB) | • Start Consumer / Seller marketing campaign | • Continue Consumer / Seller marketing campaign | • Seller Investment Case (MichaelB) | • Seller Marketing Campaign (MichaelB) | |
| Nurture/foster a cooperative marketplace (MarissaB) | • Set groundwork for gov't regulation push | • Lobby for government legislation / regulation | • Comms plan (Camille)<br>• GR priorities (Luke)<br>• Industry priorities/calendars (MattH)<br>• Existing broker/MLS connections formal and informal for Q125 (MattH/SaraB) | • Reworked industry event plan to support objectives (Hadley)<br>• Q1 2025 key talking points, priority messages, and rollout to all external speakers (Hadley) | Ready by week of Jan 23 2025 (inputs and outputs) |
| Agents are our primary customer, Brokers are our partners in serving agents (MikeL) | • Broker, MLS outreach strategy, using talking points / clarifying Zillow's goals and plans<br>• Define escalation framework for hardline tactics / switch to participation | • Provide carrots and sticks for brokers and agents to continue submitting listings to MLS For highest risk markets, build relationships to help sell product | • Large broker strategy (MattH, TG)<br>• MLS strategy (MattH, Turan)<br>• Agent strategy (MattH)<br>• Small broker strategy (MattH)<br>• Competitive strategy and mitigation for | • A detailed plan for how we will navigate by market and by participant (Natasha w/ Kelly)<br>• Who does what on the plan (detail out potential scope changes for Hendricks or TGG or Turan team) (MikeL) | Work is ongoing; Inputs ready week of Jan 23 2025 - Outputs to start after this |

**Commented [14]:** This is a good first step, but it doesn't meet the demands of Compass or other large brokerages. They want to keep listings off the MLS for an indefinite period of time, not just during a pre-marketing period before tours are possible (coming soon). They also want to receive all leads from those listings in an attempt to double-end them.

Already some MLSs support this functionality - where a broker "registers" a listing in the MLS, but that listing can only be seen by the brokerage's agents. If we want those listings on Zillow, the brokerage will demand that they receive all generated leads.

Therefore, we'll likely also need a "featured listing" product where we receive off-MLS listings (or non-visible registered listings). These listings either come to us via an MLS feed (if registered), a broker feed or via direct entry (we've tested a few approaches at StreetEasy and have settled on direct entry to ensure listing timeliness and quality).

Leads from these listings go back to the listing brokerage (although not to the listing agent), and the listings include enhanced agent and brokerage branding.

Other portals (e.g., Homes.com, RealEstate.com.au) include a "search boost" component with their featured listings. We may choose not to do that if it interferes with the consumer experience.

**Commented [15]:** would it be more accurate to just say "listing input product" and leave it at that for this high level summary? Then we can take some the detail in your comment here down to the following sections

**Commented [16]:** No, I don't think so. While I believe that direct-entry into Zillow is our preferred approach, this is less about how we get the listings and more about how we treat the listings.

We need to be crisp and prescriptive about what the product / engineering teams need to build.

Anti-CCP brokers want a 'Featured Listing' product where they get the leads (rather than us sending the leads to a PA). Without that feature, we won't get PLN listings.

Coming Soon is a great first step (and an interesting) product but it won't be enough to win over the die-hard anti-CCP crowd. They want a Featured Listing product.

**Commented [17]:** @REDACTED@zillowgroup.com @REDACTED@zillowgroup.com @REDACTED@zillowgroup.com flagging for viz. based on the product preview a couple of weeks back I *think* Errol's points are being taken into account with our current thinking on a Coming Soon type product but leave it to you all to spell out.

9

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

| | | | Compass and CoStar (AliceOS) | | |
|---|---|---|---|---|---|
| **Build platform for the industry, with a focus on empowering MLSs (CynthiaT)** | • Build & test product and GTM | • Launch product, roll out GTM plan | • Understand industry landscape of MLS tech providers (SteveL)<br>• Understand consumer products in the Coming Soon / Private Listing space (SteveL) | • Product roadmap, design, and engineering scope… then resource allocation (**Lauren** w/ Cameron)<br>• GTM strategy for coming soon product, taking agent, broker, MLS, and seller distribution into account (**Jim**)<br>• Product packaging, positioning, and pricing (e.g. w/ Showcase) (**Jim**)<br>• Flex program participation and partnership rule (**Lauren**) | Roadmap ready by week of Jan 23 2025; Target week of May 13th for GTM |

The following tab will be the master repository for all deliverables related to these workstreams.

## Tactics & Whether to Lean Into Them

We have developed a long list of tactics that we could take (across all orgs) to help us reach our goals. We will not use all of these tactics. As we work through detailed planning, teams will choose from these tactics as part of our toolbox

However, we do need to align on some guiding principles / questions. For tactics that are more "hardline" or stick vs carrot, we need to understand how hardline do we want to lean? Key considerations around employing these tactics are:

- How likely are these tactics to be successful?
- Does it harm our primary strategy (oriented more towards brokerages) in any way?
- How much do we invest?

Examples of these hardline tactics (from least to most punitive / risky) are:

| Example Hardline Tactics |
|---|
| Offer carrots (i.e. "good data" fund, access to ZG products / data services, in-market advertising, etc) to brokers and MLSs that maintain CCP |

10

 ZG-00026168

**Confidential & Attorney-Client Privileged.**   Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

| |
|---|
| Threaten hardline tactics (below) |
| Suppress listings from uncooperative brokerages in Zillow sort order, throttle data quality (listings still remain on ZG, but are harder to find) |
| Remove listings from uncooperative brokerages, for a given (lower risk) market |
| Remove ALL listings from uncooperative brokerages |
| Suppress ZG lead delivery from uncooperative brokerages |
| Forbid uncooperative brokerages from buying other ZG products (Flex, ASA, FUB, etc) |
| Sue (or support a lawsuit against) an agent or brokerage for violation of fiduciary duty |

Decision forthcoming on which tactics are absolute no-go's, and which ones are to remain tools in our toolbox as we develop our detailed plans and roadmaps.


## Product Overview

See here for a detailed product strategy breakdown. Zillow should offer a listing input / Coming Soon / Featured listing product.

> **Commented [18]:** NOTE: These bullets are a placeholder. We will build this back out following the product doc build out.

[Add text from slide when ready]

11

**Confidential & Attorney-Client Privileged.**   Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

## Appendix

### Model Market Playbook

**Objective**: Influence new efforts / amplify existing efforts of a few markets and states to be "model" post-CCP operators, use as an example in national-level conversations and leverage partners within those markets in more aggressive plays against non-cooperating stakeholders. Normalize informed consent and other interventions to limit full off-MLS / PLN activity.

**High Level Strategy:**
- State Level: Pursue legislation, regulations, or public guidance regarding brokers' fiduciary duties to advertise sellers' listings and "informed consent" waivers for sellers to direct listing exposure
  - Requires building a coalition of regulators, consumer advocates, MLSs, brokers, and state REALTOR associations
- Market Level: Work with friendly MLS' to implement "informed consent" waivers and policies
  - Goal of Informed Consent is to increase friction at the seller <> agent relationship level
- MLS with strong informed consent waivers in place:
  - BrightMLS
  - Maris
  - Northstar MLS
  - MLS-PIN
  - MLSs with strong stances: CMLS 236 members

**GR engagement plan**: focused on "fair and transparent access" to real estate information
- **Identify and activate third-party validators.** Continue gathering intel from relevant stakeholders, and recruiting third-party validators that can be leveraged to amplify our messaging (in collaboration with Comms) to target political and regulatory decisionmakers.
- **Regulatory guidance.** Engage with regulators to publish clarification on existing rules, and/or issue written warnings to brokers and agents on their existing fiduciary obligation to represent sellers' best interests.
- **New regulations or legislation.** Propose public policy that requires brokers and agents to ensure listing transparency and give sellers informed choice on listing exposure.
- **Consumer advocate scrutiny.** Mobilize local and national organizations to publicly warn brokers and agents on the fair housing risks of reduced access to real estate information.

**IA/MLS/Broker Engagement Plan:** Continue messaging ARC platform and influence market stakeholders

- **Engage with local leadership and influencers.** If not already identified, establish contact with MLS/Assoc execs, Board members and associated brokers from the makeup of the Board(s).
- **In market broker outreach.** Work in tandem with TG's Broker dev team to mobilize power brokers in each identified market. Identify, inform, educate, and activate.
- **Engagement with local PAs, teams, Opus partners etc.** Scaled down roadshow approach.
- **Identify any current or upcoming local PLN plans.** Based on above outreach, gain information on any local existing or upcoming PLNs, talk of specific brokers wanting PLNs, etc.

12

**Confidential & Attorney-Client Privileged.**  Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

**Target States:**

- **California**: Strong relationship with the regulator, CRMLS is a strong partner
  - Model MSAs: Los Angeles, Riverside,  San Diego
  - Risk MSAs (Top Compass mkts): San Francisco, San Jose, San Diego, LA
    - *Note: San Diego and LA both have a high percentage of listings in Pro-CCP brokerages and pro-CCP MLSs, AND are top Compass markets*
- **North Carolina**: Strong relationship with the regulator
  - Model MSAs: Myrtle Beach (not strong model market)
  - Risk MSAs: Charlotte
- **Illinois** *(on the cusp - see comments)*: GR is close with the regulator, and NAR is headquartered in this state, so it would make a statement
  - Model MSAs: TBD
  - Risk MSAs: Chicago, St Louis (partially)
- Other top states:
  - GR / IR agree - CO, FL, TX
  - GR - AZ / NY; IR - WA

**Timelines (see detail in timelines tab):**

1) Discovery Phase (complete by early Dec 2024)
2) Activation Phase (Dec 2024 - 1H 2025)

> **Commented [19]:** Note carryover: CLAW / LA Westside has said they'll eliminate CCP if NAR makes it optional.

> **Commented [20]:** Note carryover: we might want to move IL to a risk market, but GR still planning to put pressure there via regulators and advocates.

> **Commented [21]:** note Carryover: GR is aligned that WA is a potential model market. We don't have as strong a relationship with the WA regulator, but it's a good target.

13

# Workstreams & Deliverables

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

# Workstreams and Deliverables

*Questions: Alice Oliveira Soens and Katie Berroth*
*Purpose: Detailed operational plan*

This section outlines the post-CCP working plan, and is a repository for all deliverables created as part of this working group. Each workstream owner will be responsible for maintaining their section and completing pieces of work per the working plan.

**Table of Contents:**

Workstream 1: Maintain open, timely access to all complete listings for consumers
Workstream 2: Nurture/foster a cooperative marketplace
Workstream 3: Agents are our primary customer, Brokers are our partners in serving agents
Workstream 4: Build platform for the industry, with a focus on empowering MLSs

**Confidential & Attorney-Client Privileged.**   Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

## Workstream 1: Maintain open, timely access to all complete listings for consumers

Owner: Michael Brandt

**Confidential & Attorney-Client Privileged.**   Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

## Workstream 2: Nurture/foster a cooperative marketplace

Owner: Marissa Brooks

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

## Workstream 3: Agents are our primary customer, Brokers are our partners in serving agents

Owner: Mike Lane

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

## Workstream 4: Build platform for the industry, with a focus on empowering MLSs

Owner: Cynthia Taylor

Roles & Responsibilities

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00026178

# Roles & Responsibilities



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Timeline

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00026180

# Timelines

### Model Market Timelines

1) **Discovery Phase (complete by early Dec 2024)**

| Actions | Possible Outcomes |
|---|---|

# REDACTED: Privileged

**Regulator outreach.** Understand their views on private listings and gauge their willingness to work on this issue.

- **If yes,** pursue guidance, regulation or legislation based on research findings (above).
- **If no,** pivot to other states since we'll likely need regulator support to be successful.

**Consumer advocate outreach.** Engage local consumer and fair housing advocates to determine level of influence and support for regulatory/legislative initiatives.

- **Advocacy.** Amplify messaging, send letters of support to decision-makers.
- **Fair housing enforcement.** Conduct investigations regarding disparate impact and issue warnings, fines, litigate where appropriate.

**Industry outreach.** Meet with MLSs and state realtor associations to see if they'd be willing to partner on regulatory/legislative engagement.

- **If yes,** highly increases likelihood of regulatory/legislative success.
- **If not,** label as "risk" market and **be mindful that our conversations/intent becomes public**

> **Commented [22]:** comment carryover
> - @REDACTED@zillowgroup.com We need to flag that these conversations will have to include something like, "if CCP goes away, this is what Z would be forced to do..." so we can give the business space to act accordingly and give regulators a heads up on the reality/urgency of the situation.

2) **Activation Phase (Dec 2024 - 1H 2025)**



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Updated Plan

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**Confidential & Attorney-Client Privileged.**   Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

### Escalation Framework:

Who do we target?

| | Pro | Con | Desired Outcomes (by targeting) |
|---|---|---|---|
| **Individual Listings** | Highly targeted, less collateral damage | Affects the seller, who may or may not be informed | Get seller to switch agents, put listing on Zillow |
| **Individual Agents** | Targets the decisionmaker in pulling listings off MLS | Affects sellers who did everything right, want listings on ZG | Get agent to put all listings on IDX or ZG product |
| **Entire Brokerages** | More collateral damage = more impact, more outrage (if directed at brokerage) | More collateral damage = more innocent parties affected, potential to get more angry at Zillow | Get agents to switch brokerages, get brokerage to change policy |
| **MLSs** | | | |

**Commented [23]:** Also potentially easier to do under IDX rules.  May technically be in violation of rules -- but easier to get a pass from the MLS under a policy of "we are objectively not displaying listings that didn't start in IDX or on Zillow"

**Commented [24]:** This is an outcome, but I believe the more effective outcome will be to stop agents from suggesting an off-mls strategy to their sellers because they know Zillow will not take the listings later.   Agents that do convince their sellers to go off-MLS but do NOT advise these sellers that they will be precluded from display on Zillow -- could very well be liable to the sellers for damages.

**Commented [25]:** Creates inter-office peer pressure to not have/allow off-MLS listings.

What tactics do we have?

| Category | Description |
|---|---|
| **REDACTED: Privileged** | |
| **Remove / Don't Show Listing** | Don't include the listing on Zillow |
| **Forbid purchase of ZG products** | Make the targeted party ineligible for ZG products, including - FUB, ASA products, ZG leads, etc. <br> • Overall: most effective to lean into products that are high value for agents, most connected with the Zillow brand (so we don't erode the value of the other brands) <br>   ○ TBD on if the agents that are most likely to take listings private are also purchasing these ZG products - positive, negative, or no correlation? <br> • MBP Leads: Very valuable for many agents, not all agents purchase them <br> • Flex participation: would hurt our business but also the agents' business |

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

|  |  |
|---|---|
|  | <ul><li>ASA products: Showcase valuable lever, not all agents purchase</li><li>Aryeo, FUB, Dotloop: Very valuable products (for agents and ZG), less connected to ZG name and therefore brand value could erode if they were used as tools in this fight, but would be extremely effective</li></ul> |
| **Other** | Options include:<ul><li>Sue an agent or brokerage, or support a lawsuit, for violation of fiduciary duty</li><li>Targeted anti-brokerage messaging</li></ul> |

Put it together - what does the plan look like?

| | Goals | Recommended Plan | How do they get on the punishment list? | How do these parties get back on our good list? |
|---|---|---|---|---|
| **Individual Listings** | We need to keep listings that were pre-listed in a private network off Zillow | Remove unacceptable listings | If listing was posted anywhere publicly but not on the IDX or through Zillow's public, for any period of time<ul><li>How to measure?</li></ul> | Sellers - need communication with them?<ul><li>Do they need a new agent? Or their agent just has to get back on our good list</li></ul>Individual listing - how different does it need to be to get back on Zillow? |
| **Individual Agents** | <ul><li>We need agents to put all their listings on Zillow, not use PLNs & private Coming Soon windows.</li><li>We want to punish the agent for choosing to put their listings on alternate networks.</li><li>However, we need to be very careful about punishing sellers that DO want their listings on Zillow /</li></ul> | <ul><li>Forbid agent from purchasing ZG products after they have proven they are not heeding our warnings - make purchase freeze last as long as there are listings that are privately listed (ideally)</li><li>We could also throttle listing quality of all of the agent's other listings - but this would hurt the</li></ul> | X | Prove all listings are on MLS |

ZG-00026185

**Confidential & Attorney-Client Privileged.**  Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

|  | the MLS | consumer |  |  |
|---|---|---|---|---|
| **Entire Brokerages** | ● We want brokerages to not enable Coming Soons / PLNs from a technology standpoint<br>● We don't want brokerages to have messaging or incentives around private listings or dual agency<br>● We want agents to leave these offending brokerages if they do not change<br>● | ● Sue<br>● Targeted anti-brokerage messaging<br>● Do we want to remove or throttle ALL brokerage listings? | X |  |

Key Questions:
- Do we EVER want to remove listings that are NOT against our rules? I.e. ALL listings from a brokerage

**Confidential & Attorney-Client Privileged.** Created for Legal to provide confidential legal guidance on Zillow Industry Strategy. Any requests to add individuals on an as-needed basis should be made through Legal.

SLT Meeting 12/17 Takeaways:

- We want to be more aggressive with hardline tactics to keep ALL listings in IDX, on Zillow
  - Break glass: Still need to do work to prepare for a world of 14-day windows
- New Strategy: a hard line that we hold to forestall 14-day windows from appearing, can list one of two ways
  - Exception: sign a waiver
  - Can get listing to us via IDX or direct listing on day 0 (product A - define)
    - Product is similar to listing today
  - Product B is still in play (more liberal listing product that maybe has leads that go back to brokerage or agent, test the market)
    - When is this interesting to us? Only if proliferation elsewhere, we start losing the battle
- Key Questions
  - What constitutes holding back listings? What is good vs bad behavior?
  - What does the listing input product look like on the hardline tactics?
    - Captures all the things Reffkin says are important to consumers in a non-CCP world, but leaving out dual agency (gives moral high ground)
    - Interesting product things we could do (listing prep package, etc)
    - Consider listings public good / data - basic data is owned by a consortium? Does the listing get input directly to Zillow or to a nonprofit that licenses the data
  - What does "or else" look like?
    - Who do we punish, with which tactics?
    - What is the "out" for people who want to make good?
  - How do we measure this?
  - How are we going to market with this for different industry players?
    - Consortium angle perspective (Realtor, Redfin, Bright, CRMLS, etc)
    - Who is the audience (brokers, MLS, agents, consumers) and what are we saying to them? Seller Marketing Strategy slide
  - Which markets are highest risk?
    - Pull in risk mkts slides, outline WHY this is true
- Everything about the hardline plan assumes we can be successful at using a hammer to keep sellers and agents on our site
  - Spell out risks, tactics
  - Include blowback from various parties (i.e. MLSs - we're not relying on them)
- IF we "lose the battle"
  - Different product - broker and agent friendly features that don't necessarily serve the seller
  - When do we turn to this - what does losing the battle look like?
    - Define threshold - CoStar success? Agents are convincing sellers? % of markets nationally?
  - What do we prepare?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY