Message
---

**From:** Steve Lake [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=120A25CE89C7499F9D2A0B8E7796BA2F-STEVE LAKE]
**Sent:** 3/13/2025 6:28:59 PM
**To:** Arsentiy Shcherban [REDACTED@zillowgroup.com]
**CC:** Carl Norberg [REDACTED@zillowgroup.com]
**Subject:** RE: Compass One

This is great, thx for the work here Arsentiy! I'd recommend sharing with Cameron as well and then can set up 30m for the group of us to review/discuss.

Steve

**From:** Arsentiy Shcherban <REDACTED@zillowgroup.com>
**Sent:** Thursday, March 13, 2025 8:17 AM
**To:** Steve Lake <REDACTED@zillow.com>
**Cc:** Carl Norberg <REDACTED@zillowgroup.com>
**Subject:** RE: Compass One

Hi Steve,

I hope you're doing great! Apologies for the delay on this, I was on DTO and then at a conference for a couple of days.

Here is a link to my research doc on Compass One.

I broke out the write-up into four sections (i.e. the same four questions that you proposed we answer for CameronS):
1. What is Compass One?
2. How does it compare/overlap with our products?
3. What risks do we think it presents to Zillow?
4. Any recommendations on how to navigate those risks?

Please let me know what makes sense for you—would you like to have some time to read the doc async and I can schedule a meeting for us to connect in a few days?

Carl, please feel free to comment with any ideas/suggestions that you may have.

Let me know if you have any questions in the meantime.
Thank you!
Arsentiy

**ARSENTIY SHCHERBAN**
Sr. Strategic Affairs & Investor Relations Analyst

**ZILLOW**GROUP
ZILLOW | TRULIA | STREETEASY | HOTPADS | NAKED APARTMENTS | OUT EAST

**From:** Steve Lake <REDACTED@zillow.com>
**Sent:** Monday, February 24, 2025 1:48 PM
**To:** Arsentiy Shcherban <REDACTED@zillowgroup.com>
**Subject:** RE: Compass One

You're on sir!



*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-003**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00006860

**From:** Arsentiy Shcherban <REDACTED@zillowgroup.com>
**Sent:** Monday, February 24, 2025 10:35 AM
**To:** Steve Lake <REDACTED@zillow.com>
**Subject:** RE: Compass One

Hi Steve, thank you for letting me know! Apologies, I also realized there was a glitch with the invite late last week.

I will send another Zoom link for 11 am PT tomorrow—please let me know if that time doesn't work for you.

Thanks,
Arsentiy

**ARSENTIY SHCHERBAN**
Sr. Strategic Affairs & Investor Relations Analyst

**ZILLOW**GROUP
ZILLOW | TRULIA | STREETEASY | HOTPADS | NAKED APARTMENTS | OUT EAST

---

**From:** Steve Lake <REDACTED@zillow.com>
**Sent:** Monday, February 24, 2025 1:05 PM
**To:** Arsentiy Shcherban <REDACTED@zillowgroup.com>
**Subject:** RE: Compass One

Hey man – I feel like I saw something on the calendar and then it disappeared. Either way, let me know if helpful to connect.

---

**From:** Arsentiy Shcherban <REDACTED@zillowgroup.com>
**Sent:** Monday, February 17, 2025 8:14 AM
**To:** Steve Lake <REDACTED@zillow.com>
**Cc:** Carl Norberg <REDACTED@zillowgroup.com>
**Subject:** RE: Compass One

Hi Steve,

Sure! Happy to do some research on this topic. I can also schedule a time for the three of us to connect.

Best,
Arsentiy

**ARSENTIY SHCHERBAN**
Sr. Strategic Affairs & Investor Relations Analyst

**ZILLOW**GROUP
ZILLOW | TRULIA | STREETEASY | HOTPADS | NAKED APARTMENTS | OUT EAST

---

**From:** Steve Lake <REDACTED@zillow.com>
**Sent:** Friday, February 14, 2025 8:05 PM
**To:** Arsentiy Shcherban <REDACTED@zillowgroup.com>
**Cc:** Carl Norberg <REDACTED@zillowgroup.com>
**Subject:** Compass One

Hey Arsentiy,

Got one I was hoping you could lend a hand on.

Looking to do a bit of a competitive teardown on Compass One (or One Compass – or whatever its called).
- What is it? How does it compare/overlap with our products (ZIBS/FUB/ST+ Platform)?
- What risks do we think it might present for Zillow – especially around integrated txn and ST+ Platform? For example: given that some meaningful %% of our agents are Compass agents, is there a bit of a Sophie's Choice around which platform to use?
- Any recommendations for how to navigate those risks?

Is that something you'd be able to dig into a bit?

Have a great weekend!
Steve

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                              ZG-00006862