# Compass One



Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT**
**PX-004**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

1. What is Compass One?

Launched in February 2025, Compass One is a client-facing digital platform that is part of Compass's plan to create a comprehensive transaction platform for agents and their clients.

Compass One offers a timeline of the transaction with key dates and tasks, a repository for documents, and continuous agent-client communication before, during, and after the sale. Clients get 24/7 access to their transaction information – from pre-sale market analyses and customized milestones to real-time tracking of escrow steps and post-closing document access. In a nutshell, Compass One platform is the client-facing extension of Compass's end-to-end agent platform, which Compass built with over $1.7 billion of tech investment to integrate CRM, marketing, and transaction management. (4Q24 Earnings Call)

Management views "Compass One as a major differentiator, comparing its impact to the difference between "a Bloomberg Terminal and Yahoo Finance". With Compass One, the company expects to further strengthen it's competitive positioning by improving agent efficiency and client engagement." (UBS Compass Note)

The company views Compass One as a centralized hub for the client-agent interaction before, during, and after the transaction:

"Before the transaction: Compass agents invite their clients to the platform, where they gain access to a curated dashboard and customized timeline. Buyers can easily review their home search collection, view their home tour, review personalized market analyses, and access Compass-exclusive inventory. Sellers gain access to a custom market valuation of their home, real-time visibility into neighborhood trends, and powerful pre-marketing tools like Compass' 3-Phased Marketing Strategy.

During the transaction: Compass One becomes the single access point to keep clients informed once the home is in contract. Agents can share upcoming steps, key dates, tasks for clients to complete, and essential documents, ensuring clients stay organized and informed.

After the transaction: Compass One offers an easy way for clients to access documentation and stay connected with their agents, who can provide regular market updates and guidance on homeownership or future real estate needs." (Compass One Launch Press Release)

**Value Proposition for Buyers** (source)

- Search–access listings from a personalized dashboard, including properties that are only on Compass.com
- Collaboration with an agent–organize, share, and comment on your favorite homes. Stay on top of new listings, request tours, and view your tour schedule
- Transaction timeline–view your timeline for a comprehensive overview of upcoming steps, recent updates, and pending tasks

- <u>Contact information</u>–access contact information for all parties involved in your transaction, including your agent team, loan officer, and closing partners like title and escrow
- <u>Document organization</u>–easily reference your signed documents, forms, and other relevant paperwork all from one place

**Value Proposition for Sellers** (*source*)

- <u>Collaboration</u>–communicate with your Compass agent in one shared space
- <u>Transaction timeline</u>–view your timeline for a comprehensive overview of upcoming steps, recent updates, and pending tasks
- <u>Know your team</u>–find contact information for your agent team, loan officer, and closing partners like title and escrow
- <u>Document organization</u>–easily reference your signed documents, forms, and other relevant paperwork all from one place
- <u>Gain insights on your listing</u>–track your property's traffic and engagement metrics to inform decisions and potential price adjustments

## 2. How does it compare/overlap with Zillow's software products? (Eg. Showingtime+, Follow Up Boss)?

See the Appendix for screenshots of Compass One UX for buyers and sellers.

Evidently, Compass One is a part of the company's bid to increase revenue per transaction and provide a "one-stop-shop" under the Compass umbrella. The company refers to Compass One as "the only platform designed to connect you and your agent through every phase of your real estate journey" (<u>source</u>), aiming to wrap the search-to-close process into a single login experience for Compass clients.

However, while Compass has a more developed client-facing portal than Zillow, it seems that Zillow leads in backend software as Compass currently lacks tour scheduling technology, and FUB is widely touted as the best CRM platform in the industry.

**Transaction management and tracking**

While dotloop is a transaction management tool that allows agents to collaborate on docs, Compass One also gives clients a better insight into transaction steps. Buyers and sellers receive real-time updates on tasks, deadlines, and documents during a deal, all displayed in an easy-to-understand timeline.

**CRM and lead nurturing**

Compass's platform CRM platform stems from its 2019 acquisition of Contactually CRM (<u>source</u>) enables agents to upload contacts, set automated follow-up email campaigns, and

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

remind them to stay in touch with past clients. However, many Compass agents likely still use FUB, despite Compass trying to compete directly against Zillow in the space.

**Showing scheduler**

Notably, Compass did not build its own nationwide showing scheduler, so many Compass agents continue to rely on Zillow's ST+ offering.

**Pricing intelligence**

As an alternative to the Zestimate, Compass One offers sellers a "Comparative Market Analysis" tool, helping the agents and their clients set the right listing price. Additionally, Compass's

**Mortgage integration**

Compass is also competing against Zillow in the mortgage space, primarily through OriginPoint, a joint venture that Compass (49.9% ownership) launched with Guaranteed Rate in July 2021. With tighter integration of the transaction process and greater control of agent-client communications, it is reasonable to expect higher financing attach rates on Compass-led transactions.

By keeping the client on the platform, Compass can cross-sell or refer other services like title & escrow, insurance, or home improvement (for example, Compass offers the Compass Concierge service for pre-sale renovations).

**AI Capabilities**

It appears that Compass is also leveraging AI to enhance agent-client communication by assisting agents with more targeted reachouts:

"Our "Likely to Sell" feature uses machine learning to recommend contacts to our agents with the highest likelihood of selling their homes within the next 12 months." (4Q24 Earnings Call)

"7% of our transactions that closed in the quarter were likely to sell AI recommendations in the Compass CRM from the prior 12 months." (2Q24 Earnings Call)

**Customer Retention**

It is possible that one of the key value propositions of Compass One to agents is the ability to stay engaged with the customer post-transaction, potentially capturing additional revenue opportunities. *After* closing, the platform keeps the client engaged with their agent via market updates or home valuation trends, encouraging future referrals and repeat business investors.compass.com. Compass One is a way to leverage that investment to *lock in clients* the way the agent platform helped lock in agents.

ZG-00030330

3. What risks can Compass One present for Zillow, especially around integrated transaction/Enhanced Markets and Showingtime+ platform? (For example, given that some meaningful % of Zillow agents are Compass agents, is there a bit of Sophie's Choice around which platform to use?)

> **Commented [1]:** big risk: what happens to zillow leads that are connected with a compass agent

Compass One might pose the greatest risk to Zillow's ASA platform if the following scenario plays out:

1. Clear Cooperation Policy is overruled
2. Compass convinces a substantial percentage of their sellers to list through the 3-phased marketing strategy
3. Hence a meaningful portion of Compass's listing start on the private listing network (PLN)
4. Compass restricts agents' ability to use 3rd party CRMs (FUB) and transaction management software (dotloop) during the first two stages of their 3-phased marketing strategy (Private Exclusives and Compass Coming Soon)

> **Commented [2]:** how do we think this plays out w/ FUB mandate for Membership/Flex?
> does it lead to less Membership/Flex adoption w Compass agents?
> do Compass agents do the absolute minimum possible w/ FUB to remain eligible - but focus most attn on One?

5. Compass agents have limited choice but to use internal CRM and transaction management tools, such as Glide
6. Agent-seller/buyer communication and document collaboration starts on Compass's platforms, making the later transition to Zillow ASA tools cumbersome (assuming the listing makes it to the MLS)
7. If Compass agents have no choice but to use Compass's tools for some of their listings, agents would likely question if ASA products are significantly better to offset the inconvenience of using two distinct software systems for different clients, potentially leading to the abandonment of ASA among Compass agents
8. If PLNs gain material traction, the brokerage industry should consolidate as 1) agents will want to have access to large PLNs (will only be available at large brokerages) and 2) more sellers will seek out agents with access to such networks, creating a flywheel effect
9. Hence, other brokerage firms might follow Compass's lead and acquire (or develop in-house) software systems to exclusively power PLN transactions
10. This could result in an even lower TAM for ASA if other brokerages follow Compass's footsteps, developing in-house tools and blocking out ASA tools from PLN listings

#9-10 could present a meaningful risk to Zillow because according to our internal research, of all the transactions that our partners do (Zillow and non-Zillow), 56% and 72% come only from the top 5 and 10 brokerages, respectively, highlighting the high concentration of our agent partners among large brokerage firms.

ZG-00030331

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030332

4.  How would you recommend Zillow to navigate those risks?

> **Commented [3]:** advantages/disadvantages for Zillow vs. Compass

To avoid the above scenario playing out, Zillow should consider several risk-mitigation strategies:

1. Proactively partner with large brokerages
   a. It seems that out of all brokerages, Compass has developed the most comprehensive software toolkit for its agents. Zillow can consider partnering with Compass's competitors to create a "win-win-win" scenario for brokerages, agents, and Zillow:
      i. Brokerages: by using Zillow's software, they can save on R&D and agent training costs as most high-caliber agents currently use FUB; if Zillow offers software discounts to agents on an exclusive basis at certain brokerages, those brokerages can see higher talent retention rates
      ii. Agents: can continue using the best-in-class CRM (FUB) and don't need to learn a new system every time they switch brokerage firms
      iii. Zillow: get ahead and prevent other brokerages from "wall-gardening" agent-client communications and gain insights into the PLN market dynamics
2. Accelerate the development of Zillow's client-facing dashboard and leverage Zillow's proprietary data to create the best-in-the-industry experience for agents and their clients
   a. One of the best strategies against brokerage-developed tools could be to continue providing best-in-class agent software products through ASA. Similar to the idea of sellers seeking agents with Zillow Showcase subscriptions, agents should be seeking brokerages that allow them to use Zillow's software. Accelerating the development of a fully integrated, client-facing dashboard should help Zillow create a more compelling value proposition, raising the agents' switching costs.

Ultimately, it may not be Compass One's product features but rather a change in the CCP ruling that would make brokerage software a more credible threat to Zillow. If a significant portion of listings goes to PLNs first, and brokerages can control software integration with their portals, there may be a reasonable trade-off for agents between the quality of their CRM/software and the extra pool of business they can access through PLNs.

| Key Competitive Advantages | |
|---|---|
| Zillow | Compass |
| 1.  FUB is widely regarded as the best-in- | 1.  Compass One is a comprehensive |

| | |
|---|---|
| class CRM by RE agents<br>2. Compass has yet to develop a touring scheduler that can compete with RTT<br>3. ZIBS does not tie down agents into the software ecosystem of one brokerage, making team transitions smoother<br>4. Zillow is a meaningful source of leads for Flex agents–leverage that can be used to drive ZIBS adoption | client-facing communication and transaction management tool<br>2. Compass has more leverage over Compass Agents to drive the adoption of internal software tools and attach rates for their ancillary products (e.g. OriginPoint mortgages)<br>3. Agents can save by not paying out-of-pocket for 3rd party software solutions |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Appendix

**Seller View**



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



**Buyer View**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00030336



ZG-00030337



## Documents and resources     View all

Your agent may share documents for review or to complete e-signed transaction items

📄 Recommended Vendors  NEW                              >
   Published 15 minutes

📄 123 Mills Street - Inspection Report            >
   Published 3 hours

📄 123 Mills Street - Sales Agreement             >
   Published 2.8 days

📄 Buyer Broker Agreement                          >
   Published 57 days

## More

Recently viewed homes

Collections



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00030338