PRD



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031093

Document Owner: Sun Sneed  Beth Side: Sumathi Kadambi - latest update Mar 10, 2025
For MVP & Sizing go here: Alan SS Alert MVP Project Plan Share Out

## Customer Problem & Strategic Opportunity

Zillow is the top platform for home browsing and shopping in the US. We currently provide excellent home shopping tools, but they lack functionality to support the relationship between a potential buyer and an agent once that connection is made. This lack of Agent Co-Shopping tools (which would allow an agent more directly to participate in the home search process) means that agents transition their clients away from Zillow and to their own MLS or branded IDX sites. Providing these tools is essential to Zillow's ZIBS vision and integrated transaction strategy - without them, agents won't participate and Zillow won't reach its goals. Follow Up Boss (FUB) the premier CRM for real estate agents in the US, a foundational piece to bring Agent - Buyer collaboration to life today lacks property awareness. In 2025 we want to integrate the core of real estate – properties – into the FUB experience. As part of FUB's property awareness strategy this project aims to bring to life a MLS search for Alan as well as the ability to save that search and set up automated search alerts.

Today, Beth connects with her agent Alan but after the initial connection, her interaction with Alan is disconnected, and lacks a streamlined documentation of her journey with Alan. Alan receives her saved searches but primarily relies on messages and conversations throughout the process. Beth connects with Alan (and establishes MAR) and expects Alan to provide personalized experience in her home buying journey. She shares her preferences and dreams for her home with Alan with the hope to receive actionable insights and recommendations from Alan, which help her make informed decisions. Beth prefers convenience and timely communication methods, targeted recommendations,  summarized insights on market conditions and exclusive listings as well. She appreciates her autonomy in her search process but also believes that her agent will bring value with his uniquely curated lists, help with quick tours and effective negotiations.

### North Star Vision

We are striving to help Alan help Beth with property discovery and collaborate on the home search. The near universal first step an agent takes after getting a new lead is setting up a saved search for that lead (via the MLS and/or their IDX website).  This is a key step to building a relationship between Beth and Alan; it ensures he is a constant presence in that lead's email inbox (or texts); it ensures he gets client insights if the lead clicks through on his search. To achieve this, we'll enable Alan to create a saved search on Beth's behalf -- this will provide a common set of updating properties that Beth & Alan can communicate about using Zillow/ ZIM & FUB. This communication will take place in multiple forms: (a) as automated listing alerts, (b) as individually curated and shared listings via text, email or ZIM and based on Alan's manual selection of search results. This experience will also build the foundation for AI suggested listings, that Alan can then manually or automatically send to Beth.



ZG-00031094

**MVP:** The initial phase of development involves building functionality that enables Alan to create and save a search in FUB, and set up automated email alerts (for new listings) to Beth. These emails will contain new listings that match the search criteria that Alan selected and saved and will link to Zillow HDPs, which Beth can click on to view and save those homes on Zillow. Alan will receive insights from those interactions in FUB, so that he can connect and communicate with Beth about them.

Beth might receive duplicate alerts if Alan creates Saved Searches for her on FUB, and she already has Saved Searches created by her on Zillow or receives Home Recs emails from Zillow (this is also true if Beth uses other competitive real estate search portals). This issue will not be addressed in the MVP phase.

## Possible barriers to Adoption

While supporting the multiplayer ZIBS vision, we have to be aware of the fundamentals of B2B sales and possible barriers to adoption of new/ alternative property technology solutions for Audrey and Alan.
- Alan needs a solution for his full book of business (Z leads and other lead sources incl. Sphere of influence SOI)
  - MVP approach: Alan needs to have a MAR with Beth in place to use this feature set
    - MAR can be initiated via submit-connect path (Zillow sourced) or CYOL (Sphere of Influence - SOI)
  - 
- Alan wants a solution that is effective (drives conversion) & efficient (cost of learning for new agents on the team)
  - While we don't plan to price this feature, we need to deliver value good enough that Alan would be willing to pay money (he does today when he chooses Ylopo, Zenlist, Realscout etc.)
  - The simple inclusion of a new, ~~free~~ feature into FUB (even if we were not to put a price tag on it) will not guarantee adoption, FUB needs to offer a competitive feature set with an easy to use, easy to learn user experience
  - Our solution should also be able to prove in the sales / marketing material that it indeed drives faster and more conversion
  - Our solution must solve for Alan's needs: if we over-optimize for Beth's experience to e.g., prevent her from receiving what she perceives as too many emails or to avoid duplication of listing alerts with her existing Zillow searches and home recs, then Alan will continue to use IDX (as it better solves his needs).
- Alan fears "sell away" when driving traffic to Zillow.com/ or Zillow app rather than his own controlled home search experience (MLS / IDX / whitelabel app) - more detailed discussion here: Strategy: Saved Search & MAR

**Possible barriers for Beth:**
- Alan is too pushy: Alan's goal should be to build the relationship with Beth, understand her needs and support her through the entire process. Anyway Beth feels Alans is just focused on her closing the house and not necessarily helpful in 'finding the one', Beth could lose trust and go silent.
- Alan is too silent/disconnected: Lack of communication from Alan or not making the effort to know her enough to support her could leave Beth feeling that she is on her own.
- Irrelevant home recommendations: Beth feels that homes Alan recommends are not aligned with what she initially shared with him over the first conversation or she has to share multiple times what she likes and dislikes about the homes that Alan recommends. There might be a risk that Alan's search is duplicative to Beth's search. For Post MVP we strive to discover ways of prioritizing relevant content for Alan SS emails over Z Beth emails.

2

**Commented [1]:** Beyond the MAR, are we relying on Bridge Container Team and Permission constructs to back any required API authentication/authorization needs?

**Commented [2]:** I don't know - you tell me. This would be a great question for eng to answer cc: @REDACTED@zillowgroup.com

**Commented [3]:** OK, I'm assuming yes, but will look to @REDACTED@zillowgroup.com for answers as he has been looking at this. CC @REDACTED@zillowgroup.com

**Commented [4]:** @REDACT@zillowgroup.com

**Commented [5]:** For the MVP, a MAR is sufficient to decide whether or not Alan has the ability to create saved searches for Beth and Brandon -- both of whom are mapped to Alan within MAR.

If future iterations require more detailed permissions checks or configuration, a more granular permission look may be necessary. I don't see this as 1-way door at this moment in time.
1 total reaction
Ryan Lohan reacted with 👍 at 2025-03-20 11:46 AM

**Commented [6]:** On the other hand, the same check can be accomplished with the Bridge Container Team instead of MAR. The potential benefit is that Bridge Container does not require either Alan or Beth to be a Zillow user... which better positions FUB to service Alan's full book of business. (See my comment thread above about this concern.)

**Commented [7]:** @REDAC@zillowgroup.com any tradeoffs to consider for checking BC vs MAR? Should we recommend BC going forward because it has capabilities that MAR doesn't?

**Commented [8]:** FWIW - I had a bunch of discussions with leaders and the direction is, we do want to require Beth, Brandon and Alan to be Zillow user (Alan being PA) and for Alan's non-Zillow sourced leads we'd want to use the CYL path with a special welcome message:

Hi Beth, it's Alan - here are some homes, click to view

**Commented [9]:** @REDACTED@zillowgroup.com Yes, BC should be a more durable point of integration because it covers future relationships beyond what MAR supports. (Larry, Chloe, and external agent/lender/closer relationships.)

**Commented [10]:** Thanks, Sam. Would be good to incorporate this into the FUB integration doc here once we can steelman the proposal.

https://docs.google.com/document/d/1Z-

**Commented [11]:** @REDACTED@zillowgroup.com who will drive this decision and by when?

@REDACT@zillowgroup.com we should take this into our dependency tracker and then close out this comment

**Commented [12]:** @REDAC@zillowgroup.com : @REDACT@zillowgroup.com and I plan to meet this week to review Sam's sketch out short and long-term plans. I'll update you later this week on outcomes from that discussion.

ZG-00031095

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00031096

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031097

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY ZG-00031099

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031102

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031103

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031106

# REDACTED

14

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031107

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

16

ZG-00031109

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

18

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031112

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031113

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031117

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031118

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031119

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031122

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031123

# REDACTED

**Compass (Tech Platform)**

*Compass's "Collections" feature is a collaborative workspace for agents and clients, offering real-time status updates (price changes, new listings) on saved properties. The Compass platform uses AI to **monitor** and notify users of market changes in real time, keeping clients engaged within the Compass app.*

inman.com

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00031124

- **MLS/IDX Integration:** Compass is a full-service brokerage, and its consumer-facing search platform aggregates listing data from all the MLS markets where Compass operates. Buyers using Compass's website or mobile app can search the active MLS inventory similar to any major portal. In addition, Compass offers **"Compass Exclusives"** (formerly called Private Exclusives and Coming Soon) – these are off-market or pre-MLS listings available only to Compass agents and their clients inman.com. This gives Compass clients a potentially broader set of properties (including those not yet on the public MLS). Because Compass has a presence in most major U.S. markets, its platform effectively has nationwide MLS coverage (over 300 MLS feeds). The integration is proprietary (not an IDX plugin sold to others), so only Compass agents and clients can use Compass's search – but from a client perspective, it's on par with portals for data completeness.
- **CRM Compatibility:** Unlike the other solutions, Compass's technology is **all in-house** and exclusive to Compass realtors. Compass agents use an integrated CRM that Compass provides (Compass acquired the CRM maker *Contactually* in 2019 to power this) inman.com. This means external CRM compatibility is not relevant – if you're using Compass's tools, you'll be using Compass's CRM. The platform syncs contacts, listings, and client interactions automatically within the Compass ecosystem. According to Compass, their CRM (often referred to now as Contactually by Compass) connects with the rest of the Compass suite (marketing center, Collections, etc.) so that agents have a single system of record moxiworks.com. For an independent agent or team, Compass's tech isn't something you can plug into – you'd have to **join Compass** to get it. Therefore, in competitive terms, Compass's approach is a closed, all-in-one platform: the upside is a tightly integrated experience, but the downside is you can't mix and match it with other CRM or search tools. (For example, a Compass agent cannot use RealScout or Ylopo with Compass data – they are expected to use Compass's own solutions.)
- **AI-Driven Property Recommendations:** Compass heavily markets its use of AI in enhancing the client search experience. In 2019, Compass launched **"Recommended For You" and "Similar Homes"** features on its site/app, which use AI algorithms to suggest listings to consumers inman.com. These recommendations consider the properties a user has viewed or saved and then surface others with similar characteristics (price range, style, location, etc.). Essentially, Compass built its own version of the kind of recommendation engine you'd find on Zillow or Amazon ("if you liked that, you might like this"), keeping clients engaged on their platform. The AI also takes into account a user's search history and updates suggestions in real time as the person's preferences become clearer inman.com. Beyond buyer-facing search, Compass uses AI for agent-facing insights: notably, the **"Likely to Sell"** tool in the Compass CRM analyzes data to predict which contacts in an agent's sphere are likely to become sellers soon compass.com. This is an AI-driven seller lead recommendation that Compass introduced in 2020, and it helps agents prioritize outreach (for example, it might flag a past client whose neighborhood has rising prices as "likely to sell"). Additionally, Compass engineers have implemented AI for marketing tasks – for instance, an AI that can automatically generate property listing descriptions and social media posts for agents (launched in 2023) realestatenews.com compass.com. In summary, Compass's AI investments are two-fold: improving the *consumer experience* (property matching and personalization) and improving *agent productivity* (automation and predictive insights).
- **Mobile App:** Compass offers a polished **consumer mobile app** on iOS and Android for home search and agent-client collaboration compass.com. The app allows users to do everything the website does – search listings with

ZG-00031125

filters, browse high-resolution photos, and create shareable **Collections** of favorite homes. A signature feature, *Compass Collections*, is essentially a Pinterest-like board of properties where the client and agent can comment, react with emojis, and see updates; this is fully accessible in the mobile app, enabling on-the-go collaboration. The Compass app also pushes real-time notifications (e.g. *"Price dropped on 432 Park Street, unit 1"* as shown above) so clients get instant alerts about changes. On the agent side, Compass's mobile offerings include their internal "Compass Real Estate" app (which agents can use to perform searches and create Collections for their clients) and separate apps for marketing or open house sign-in. Compass launched its first mobile app in 2016 en.wikipedia.org and has continually improved it; it's highly rated for its design. Essentially, Compass's app is competitive with other national real estate apps, blending search and CRM-like collaboration features in one.

- **Analytics & Insights:** Compass provides a range of data-driven tools to its agents. One is **Compass Insights** (often accessible via the Compass platform's dashboard), which gives sellers and agents real-time data on how their listings are performing – e.g. number of views, saves, and comparisons on the Compass site. Agents can use this to demonstrate interest to their sellers or adjust pricing. The **Collections** tool also doubles as a market-tracking tool: within a Collection, both client and agent can monitor real-time market data for those properties (such as status changes, days on market, competing offers, etc.), and even see neighborhood market trends like median prices over time inman.com. For broader analytics, Compass's platform includes a business tracker showing each agent's pipeline (volume of upcoming deals, conversion rates, etc.). The aforementioned Likely-to-Sell AI gives insight into an agent's database by highlighting which contacts may list soon, effectively turning raw data into actionable intelligence compass.com. Moreover, Compass has invested in market research tools – for example, they have a **"Compass Markets"** app (for agents and clients) that offers real-time housing market stats, and they produce proprietary market reports that agents can share. In short, Compass's tech suite is not just about search – it's also about informing strategy with data, from individual client behavior up to macro market conditions.

- **Market Share / Users:** Compass is the only company on this list that is a **brokerage**, not just a software vendor. By the end of 2024, Compass had **approximately 29,000 agents** across the U.S. on its platform en.wikipedia.org (all of whom use Compass's tech as part of their affiliation). In terms of transaction volume, Compass is the #1 brokerage in the country by sales volume; in 2023 it handled about **4.5% of U.S. residential real estate transactions** en.wikipedia.org . This gives a sense of its market share. Its tech platform is used internally by those 29k agents and their clients – Compass reported 178,000+ transactions in 2023 through the platform en.wikipedia.org , implying a very large number of consumers interacting with its search tools. While independent agents can't buy Compass's software, Compass as a competitor represents a well-funded, end-to-end solution combining brokerage services with proprietary technology. The company's high agent count and ~$186B in transaction value en.wikipedia.org illustrate the scale at which its tools (Collections, CRM, marketing center, etc.) are being used. Compass's success has, in turn, pressured other brokerages to invest in tech or partner with solutions like the ones below (RealScout, Zenlist, etc.) to offer similar capabilities.

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031127

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031130

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031133

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031134

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031136

# REDACTED

## 3. Recommended Integrations

To deliver the rich features above and ensure a seamless experience, the app should integrate with various external systems. These integrations will provide real-time data, streamline transactions, and connect the app to the broader real estate ecosystem. Key integrations include:

- **Multiple Listing Service (MLS) Integration:** Tapping directly into MLS databases is crucial for real-time, accurate property listings. The app will integrate with MLS systems (via IDX feeds or APIs) for the regions it serves so that buyers and agents can **search the full inventory of available homes with up-to-the-minute accuracy**. This means every price change, new listing, status update (pending, sold) is reflected in the app immediately, just as an agent would see on their professional MLS. By using official MLS

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

data, we ensure reliability (no stale or incorrect listings), addressing a common trust issue with some public real estate sites. Many successful real estate apps attribute their usefulness to MLS-backed data (), which keeps clients informed with **the same info "the pros use"**. Technical approach: Initially, integrate with MLSs in target launch markets (possibly via a service that aggregates MLS feeds to simplify development). Ensure compliance with MLS rules (display requirements, data refresh intervals). In the future, as the app expands, connect to additional MLS regions to maintain coverage. The MLS integration underpins the property search feature and the alert system for new matches. It is the **foundation of the home search experience**.

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031139

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031141

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031142

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031143

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031144

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031145

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031148

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031149

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031151

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031152

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00031157

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY