05/20/2025
(206)REDACTED,(847) REDACTED @gmail.com
Chats

**(206)**REDACTED 11:48:06 PM

Hi there! It's Glenn from Redfin. Any chance we can talk for five minutes? I'm free now, on a plane in 45 minutes, available (or able to step out) Wednesday from 1:30 PDT onward.

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S**
**P.I. HEARING EXHIBIT**
**PX-007**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                   ZG-00033989