05/21/2025

(206) REDACTED Owens Brad;(609) REDACTED Hofmann Jeremy;(847) REDACTED Wacksman Jeremy; REDACTED @gmail.com Hofmann Jeremy
Chats

**(847) REDACTED Wacksman Jeremy** 05:16:41 AM

Brad I wonder if you just try to get Anthony since it's going to be hard for me to coordinate?

**(847) REDACTED Wacksman Jeremy** 05:16:41 AM
Attachment file: **Screenshot 2025-05-21 at 6.15.55_AM.jpeg**



**(206) REDACTED Owens Brad** 06:08:59 AM

Yeah, will reach out to him now.

**(847) REDACTED Wacksman Jeremy** 06:22:00 AM

I told him tomorrow morning your time works for me too

**(847) REDACTED Wacksman Jeremy** 06:22:45 AM

So will call him at 8am

**(206) REDACTED Owens Brad** 12:42:02 PM

OK, Anthony told me he'd synch with Glenn this morning, and then would follow up with me as necessary. If it's a stretch for you to call Glenn today then I can cover with Anthony.



Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-008**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00017562

**(847)** REDACTED **Wacksman Jeremy** 12:44:33 PM

I can get him at 4. 7 dudes will be in a shuttle van with me listening :)

**(206)** REDACTED **Owens Brad** 12:50:14 PM

Nice. Not sure what it could be about. Their SH meeting to approve the Rocket deal is scheduled for 6/4. After that, they can close. Maybe it's about his transition? Could be about regulators, but he'd probably route those topics via Anthony.

**(609)** REDACTED **Hofmann Jeremy** 02:07:54 PM

Lmk if I can help

**(847)** REDACTED **Wacksman Jeremy** 02:12:30 PM

I can try to get him. Brad if I fail I'll let you know. And will report back with what it was

**(206)** REDACTED **Owens Brad** 04:09:10 PM

We're going to add a FAQ to address the concern we discussed this morning

**(847)** REDACTED **Wacksman Jeremy** 04:11:29 PM

Liked "We're going to add a FAQ to address the concern we discussed this morning"

**(847)** REDACTED **Wacksman Jeremy** 04:11:35 PM

Did I have it right?

**(206)** REDACTED **Owens Brad** 04:14:32 PM

Close. We're currently not planning to syndicate back to the MLS. Instead, will clarify that we'll only accept a direct feed if the MLS won't send a displayable IDX/VOW feed. Will also clarify that broker can't send a direct feed to bypass the MLS at their discretion.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00017563

**(847)** REDACTED **Wacksman Jeremy** 04:14:59 PM

Perfect

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00017564



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00017565