04/17/2025
(602) REDACTED (609) REDACTED (847) REDACTED (971) REDACTED @gmail.com Chats

---

**(971) REDACTED** 03:08:34 AM

Nothing looks high likelihood for this week. EOD wrap from Greyson:

**(971) REDACTED** 03:08:44 AM

Windermere got pushed to tomorrow but they have the contract so hopefully we get that one post meeting. John L Scott sent us some comments back team is working through them

**(971) REDACTED** 03:08:54 AM

TG had a productive meeting with Hanna and they will sign but no PR announcement. A Few other meetings teed up for rest of the week with west USA / Keyes

**(971) REDACTED** 03:09:04 AM

I know Errol had a few meetings on his list today as well but haven't heard from him yet

**(609) REDACTED** 03:09:06 AM

Got it

**(847) REDACTED** 03:09:09 AM

Bummer - but not sure what we can do

**(847) REDACTED** 03:09:17 AM

Just have to keep pushing to get them as soon as we can

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-009**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00010306

**(609)** REDACTED 03:09:20 AM

Just have to keep playing everything out

**(609)** REDACTED 03:09:21 AM

Yep

**(602)** REDACTED 03:10:37 AM

We will have oped ready to publish tomorrow

**(847)** REDACTED 03:13:01 AM

We are largely getting support even if we aren't getting deals signed that fast, so I think just very important to keep pushing media narrative and getting others to as much as we can.

**(847)** REDACTED 03:13:04 AM

Liked "We will have oped ready to publish tomorrow"

**(609)** REDACTED 03:13:18 AM

👊

**(609)** REDACTED 03:13:38 AM

Not a lot of new PLN announcements this week…:

**(609)** REDACTED 03:13:44 AM

So seems to be going just fine

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00010307

**(602)** REDACTED 03:28:13 AM

That was our goal...to stop the PLNs

**(971)** REDACTED 03:28:26 AM

Reacted 🖤 to "That was our goal...to stop the PLNs "

**(609)** REDACTED 03:28:37 AM

Indeed

**(847)** REDACTED 03:30:30 AM

Good thing to remind ourselves

**(609)** REDACTED 03:31:23 AM

Exactly - will have to duke it out with all these folks all over, but goal was to stop the PLN floodgates given how atrocious for consumers. And so far so good there.

**(602)** REDACTED 03:32:50 AM

Reacted 👊 to "Exactly - will have to duke it out with all these folks all over, but goal was to stop the PLN floodgates given how atrocious for consumers. And so far so good there. "

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00010308