# Meeting info & attendees

| | |
|---|---|
| Eric Chesin | Chief Strategy Officer, Anywhere (8 years) |
| Kacie Ricker | SVP, Product, Anywhere (4 years), lives in Alamo // entire career: CBR (26 years); SJSU |
| Kamini Lane | President & CEO, Coldwell Banker Realty (2 years) // previously: Sotheby's, Compass |
| Grant Devine | Vice President, Corporate Development (almost 6 years) |
| Jun | |
| Cynthia | |
| Cameron | |
| TG | |

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT**
**PX-010**

# Think / Feel / Do

Think
- Zillow is building something Anywhere must have

Feel
- Zillow is providing something special for Anywhere

Do
- Sign listing feed agreement

Ultimate decision maker on feed agreement
- Ryan Schneider – ultimate decision maker
- Sue Yannacone and Eric – need to want the benefits presented and influence

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Prepared for Anywhere / Coldwell Banker

## Anywhere Product Walkthrough:
- **Showcase**
- REDACTED



# Agenda

1. **Quick intros**

1. **Anywhere + Zillow Advantage**
   **5 min**

1. **Zillow Showcase**
   **15 min**
   a. Elevated media
   b. Elevated listing
   c. Elevated agent marketing
   d. Accelerated path to Zillow Flex

2. **Unique Anywhere + Zillow benefits**
   **15 min**
   a. **Broker touring leads for Anywhere**

3. **Z Coming Soon**
   **15 min**
   a. **High-impact buzz generation**
   b. **Low-risk price discovery**

ZILLOW CONFIDENTIAL                                              **ZILLOW**GROUP

**Anywhere + Zillow:** Partnership advantages

1. **Recruit and retain agents with Zillow Showcase**
   a. Grow Anywhere listing market share in valuable regions by offering the best visibility to sellers
   b. Retain and recruit the best listing agents with end-to-end offering and unique marketing package
   c. Create accelerated path to qualify for Zillow Flex

1. **Provide agents with unique Anywhere + Zillow benefits**
   a. Build network effects in top markets through unique access to touring leads on Showcase listings

1. **Grow Anywhere revenue and brands**
   a.

REDACTED

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

- Recruit and retain Anywhere agents
  - a. Differentiated marketing products and services
  - b. Path to flex
- Supercharge Anywhere revenue
  - a. Grow market share

- grow anywhere listing market share in most valuable regions by offering best visibility to sellers
- retain and recruit the best listing agents with end to end offering & unique marketing package
- build network effects in top markets through unique access to touring leads
- create accelerated path to qualify for Zillow flex - most coveted lead gen program in market

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

- # REDACTED

- We give them a unique way to grow their business and recruit/retain agents

ZG-00027726

# Recruit and retain agents with Zillow Showcase

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP



(Note - Grant is already familiar with Showcase, having met with TG and Bobby previously)

- As markets evolve, your agents need tools and resources that help them get noticed.
- Zillow Showcase is a unique listing experience featuring AI-powered immersive imagery and marketing opportunities to showcase homes in the best possible light, while also reinforcing your agents' and brand's market presence.
- It's designed to help your agents stand out from the crowd through:
  - Increased visibility on Zillow with prioritized placement in personalized search results, special map stickers and dedicated email alerts to Zillow's customer database.
  - Powerful exposure on the one residential website that hosts over 194 million average monthly unique users.
  - A wide-scale photo display, including immersive media like interactive floorplans, that entices potential buyers to your agents' listings.

ZG-00027728

What does Listing showcase do?

- <u>Listing promotion</u> —priority placement in Zillow search and dedicated emails to consumers considering similar properties.
- <u>Enhanced, immersive media on Z</u>. 3D tour and interactive floor plan.
- <u>Agent/broker branding</u>-on your listing and on direct, custom email marketing to consumers

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

*Live Nationwide*

# Expanded
## marketing reach

Your agent's company name, brand, and photo shown prominently and consistently across Showcase listings

**Showcase agents get over 25% more views on their agent profile** on Zillow compared to similar non-Showcase agents

Consumers sent **dedicated listing alert emails for Showcase listings**

On average, **agent brand and agent information get over 600 impressions** in each Showcase email alert



ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## **Easy** for agents



Using the Showcase agent app, agents:

- Order media
- Review media
- Set up their Showcase listings
- Review Showcase listing performance

- (optional) Connect to their ShowingTime and dotloop accounts if they also use those products

## **Easy** for photographers



Using the Aryeo app, photographers:

- Manage media orders
- Fulfill / upload media for delivery to agents
- Free accounts for photographers fulfilling Showcase media orders

- (launching Q2 2025) Direct integrations with MLS vendors to auto-post media to the MLS from Aryeo

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



*Launching Spring 2025*

# Next Generation
## Immersive Media

SkyTour takes your listing to new heights

An exclusive Showcase differentiator to enhance your agents' listing pitches



**ZILLOW**GROUP

ZILLOW CONFIDENTIAL

*Launching Summer 2025*

# Video
## On Showcase Listings

Short-form video is coming back to Zillow!

Add your sizzle reel to any Showcase listing



ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Provide agents with unique Anywhere + Zillow benefits

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027736

# For Anywhere agents:
## Broker Touring Leads on Showcase Listings

You've seen the power of Showcase listings

For Anywhere Showcase listings, **route interested consumers to excellent agents within your own brokerage**

Accelerated path to Flex to support dual contact flows



→ To the listing agent

→ To an agent participating in Flex within your brokerage

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00027737

# Grow Anywhere revenue and brands

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027739

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027740

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027741

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027742

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Next Steps

1. ☑ Cynthia to send Eric and Jun (a) updated listing feed agreement and ~~(b) this slide deck~~ (update 4/9 not sending deck)

1. Anywhere leadership team to share thoughts with Ryan on broker touring lead routing for Showcase listings

1. Zillow leadership team to continue internal discussions on Anywhere suggestions for lead routing for Showcase listings in pre-market status

1. Set next meeting date and decision timelines

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027745



- In 2023, we launched new products in a new space; in addition to our core software offerings, we are now helping agents win more listings and market the listings they win.
- We offer products that support the full life cycle of a listing and the home buying journey. Today, I want to focus on these new listing marketing solutions, the foundation of which are the rich media technologies we've developed in house. These are experiences like our interactive floor plans, and 3D home.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027747

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027748

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027749

## Zillow broker products are in development

- **Brand amplification:** Broker branding on all broker listings, Showcase, and agent profiles

- **Demand insights:** Access to predictive analytics and engagement insights for all listings, giving agents intel for price discovery and marketing strategies

- **Recruitment & retention:** Enable brokerages with these tech-forward tools to grow



*Coming summer 2025: broker branding on premium agent profiles*

*Coming fall 2025: extended broker branding capabilities in software platform (including colors, logos, and email), broker co-branding on listings*

ZILLOW CONFIDENTIAL

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00027752

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY