# 05/02/2025
(206) REDACTED (847) REDACTED @gmail.com
Chats

**(847) REDACTED 01:06:55 AM**

Should I assume Compass call wasn't productive?

**(206) REDACTED 01:15:46 AM**

It was long. We ended up going an hour and a half. This was the first time that Ashton seemed to be actually serious about getting a deal done.

She put together a 2 1/2 page term sheet which we walked through, line by line. The first part was defining what would and would not be workable under our listings access standard. She understood where we were coming from and on a couple of points, she thought that Robert might be challenged, but she didn't argue.

Then we went through business terms. I'd say that about 3/4 of what they were looking for was OK and the other quarter we are going to discuss further tomorrow.

So overall, not a bad call. I just wish we could've had this call two weeks ago instead of wasting so much time.

On the topic of REBNY, she said they reached an 11th hour agreement yesterday to keep the feed live, but are still unhappy and would prefer to transition to us if we can work through the other issues.

Finally, she said that the CCP one to one marketing provision from NAR is related to a yet unannounced settlement they made._

**(847) REDACTED 01:16:33 AM**

What does that last point mean?

**(206) REDACTED 01:22:29 AM**

WhenNAR issued their revised CCP policy a few weeks ago, they added that a office exclusive listing could be shared with an agent from another brokerage so long as it was on a one-to-one basis. Previously, you could only share office exclusives inside your own brokerage. This change struck all of us has very strange. Apparently, according to Ashton, it was related to legal settlement that NAR entered into, but has not yet announced.

Compass, Inc. v. Zillow, Inc. et al., No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-012**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                    ZG-00017714

**(847)** REDACTED 01:22:54 AM

Legal settlement with who? Compass??

**(847)** REDACTED 01:22:58 AM

That is nuts.

**(847)** REDACTED 01:23:25 AM

Does Ashton understand that a deal with us requires them to scrap phase 1 and phase 2 of their marketing?

(206) REDACTED 01:33:14 AM

She wouldn't say.

**(847)** REDACTED 01:33:36 AM

I guess get that info to Brad and Beau to investigate

(206) REDACTED 01:37:43 AM

I think what she's trying to head towards is a three phase marketing program, which would be compliant with CCP and our policy.

Phase one is a true office exclusive, not publicly marketed in anyway, including, not even marketing which says "we have private exclusives,, ask us about them"

Phase 2 would be delayed marketing available in the MLS and via VOW.

PHASE 3 would be a regular active listing in the MLS, and available through IDX

We spent probably the first 45 or 50 minutes talking about what they wanted to do in phase one, as she continued looking for loopholes that would allow them to selectively market the listings somehow to buyers. I think towards the end of the call, she understood that no marketing means no marketing

–

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00017715

**(847)** REDACTED 01:38:49 AM

Yeah she just has to clearly understand they have to abort the entire "we have stuff come see it" or there is no deal. The way you always outline it is legal by our policy - but it just means Robert has to give up his game - which I don't believe he ever will

**(206)** REDACTED 01:56:39 AM

She understands that there is no way he can market individual listings or even the fact that he has private exclusive listings compliant with our listing access standard

I agree with you. I don't think he's going to go for it.

But at least we finally got past her trying to come up with creative loopholes that would allow them to say that they were complying while not actually complying

**(847)** REDACTED 02:30:07 AM

The hard part for them is we will not tolerate them even marketing "we have a bunch of exclusives come work with us" - which he will just never agree to. But we can keep trying

**(206)** REDACTED 02:43:27 AM

Agreed. Basically, they can talk about their marketing plan to sellers - here are your options, but they can't market office exclusives to buyers...unless there is equal access to those listings for everyone.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                  ZG-00017716