Messages in mpdm-jeremyw--katiebe--errol-marissab--jeremyhof-junc--brado-1 on 2025-04-03

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-03 02:22 PM

Question for this group - I think in my head we would have lined up a group of deals (say EXP, KW, Anywhere) and then jointly announced them AND announced our stick plans publicly. But given how fast things are moving - should we consider just announcing each deal as it comes? So as soon as we sign EXP we announce it and our plans? Worth a debate - what helps us knock all the deals down...waiting and bulk announce or go one at a time (and go faster)?

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:23 PM

I'd prefer faster

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:23 PM

And being clear publicly on what our policy will be

**MB**

**marissab (Marissa Brooks)**

2025-04-03 02:24 PM

This is what I was advocating for in your staff mtg yesterday.

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:24 PM

Great sounds like we are aligned and Errol I think there too

**MB**

**marissab (Marissa Brooks)**

2025-04-03 02:25 PM

IMO announcing one gives others the nudge to sign as well. we can prop up each one and then, instead of the narrative being about new PLNs it's about people who are electing NOT to do them

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:25 PM

Can we get moving on this stuff in a way that is not 25 person working groups from here? And fast?

**BO**

**brado (Brad Owens)**

2025-04-03 02:26 PM

Makes sense. Also, firms typically don't want to be the first mover. If eXp is on board with an announcement then that could clear the way for other deals

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:26 PM

Exactly

**JH**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                    ZG-00016809

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-013**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:26 PM

And let's go

**ES**

**errol (Errol Samuelson)**

2025-04-03 02:30 PM

I like this approach. Almost daily we see another PLN. We need to give people pause.

**ES**

**errol (Errol Samuelson)**

2025-04-03 02:30 PM

https://www.sothebysrealty.com/ttrsir/eng/private-exclusives

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-03 02:31 PM

ok then let's get EXP signed and in parallel let's build an announce plan

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:31 PM

great so let's get EXP signed as soon as we can, get the press release drafted, and in that press release we are clear as day on what our policy will be

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:31 PM

jinx

**JC**

**junc (Jun Choo)**

2025-04-03 02:33 PM

Ok should i be more explicit with Anywhere about the "not on Zillow, never on Zillow" in the next convo - or wait for EXP? Sounds like my call with Eric at Anywhere got pushed to Monday but I'm still trying to see if I can talk to him tomorrow.

**MB**

**marissab (Marissa Brooks)**

2025-04-03 02:35 PM

I would suggest move on having that convo with Anywhere. dual track it

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:35 PM

i think whenever you have next convo, i'd be explicit and show some teeth so he knows we are dead serious. i think the risk to being specific is it gets back to reffkin. i think that's unlikely to happen with his competitors.

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 02:36 PM

and wouldn't wait for exp

**JW**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                              ZG-00016810

**jeremyw (Jeremy Wacksman)**

2025-04-03 02:36 PM

yes don't wait on EXP to have the convo.

junc (Jun Choo) reacted with: +1

**katiebe (Katie Berroth)**

2025-04-03 02:41 PM

I am working on setting up 3x week meeting next 2 week: for just this crew to stay in sync

**errol (Errol Samuelson)**

2025-04-03 02:43 PM

I think probably OK to share with anywhere, given that I've already shared it with RE/Max and KW. I'm not sure how we would say this nicely, but it would be better to have anywhere not share this with Pam at Corcoran. She doesn't like us and I wouldn't put it past her to leak this.

junc (Jun Choo) reacted with: +1

**errol (Errol Samuelson)**

2025-04-03 04:08 PM

I spoke with Leo just now. They had only 3 questions about the contract, 2 of which were easy to the resolve. The third isn't thorny and we'll figure it out. eXp is **very excited** to do a press release with us. Leo believes he can use the press release to recruit top teams, position it as eXp "aligning with Zillow". He believes that PAs at companies operating PLNs are worried about the impact of their brokerage's strategies on their own relationship with Zillow. The moment the release hits he and his recruiters are going to hit the phones to suggest these agents move to a Zillow-friendly brokerage. Should be interesting to watch this play out.

**jeremyw (Jeremy Wacksman)**

2025-04-03 04:09 PM

So what we have to war game out - does announcing only EXP make it easier or harder for you to sign Keller or Remax? Or us to sign anywhere?

**errol (Errol Samuelson)**

2025-04-03 04:14 PM

I think easier. In the case of RE/MAX, they didn't want to be "alone" in providing us a feed. Much harder for an MLS to cut off the feeds for several brokers / franchisors in the same market. In the case of KW (who has long-standing bad blood with eXp - eXp's founder was originally with KW and KW feels he copied their model), they won't want to be disadvantaged in recruiting /retaining top PAs / PA Teams. They'll want to "neutralize" any advantage that eXp may have. It was clear during my call with KW that they recognize the value in having more FLEX teams.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00016811

**jeremyw (Jeremy Wacksman)**

2025-04-03 04:15 PM

Ok if we think it helps then even more reason to go

**MB**

**marissab (Marissa Brooks)**

2025-04-03 05:04 PM

I have Camille thinking through comms strategy which we will circulate tomorrow to align on media plan, announcement assets, internal comms. Right now, I am thinking we will do two separate news pieces (Exp contract + our policy) so we have a source of truth on the policy and can point back to that without the Exp news in it. More to come on all that tomorrow.

jeremyw (Jeremy Wacksman) reacted with: +1

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-03 05:05 PM

Great

**MB**

**marissab (Marissa Brooks)**

2025-04-03 05:09 PM

errol (Errol Samuelson) let's also do another pass on the Industry Forum agenda as well next week. We may want to adjust the legal section, listing transparency section and Curt's closing

**JC**

**junc (Jun Choo)**

2025-04-03 05:10 PM

I think it will help with Anywhere too. They will ask for something more - but we can do accommodate that.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00016812