Message

| | |
|---|---|
| **From:** | Jeremy Wacksman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ff1c1c95b574ed8ab602f3e9dbd83fa-REDACTED] |
| **Sent:** | 4/8/2025 11:02:41 AM |
| **To:** | Jeremy Hofmann [REDACTED@zillowgroup.com] |
| **Subject:** | FW: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck |

**From:** Jeremy Wacksman <REDACTED@zillowgroup.com>
**Date:** Tuesday, April 8, 2025 at 7:44 AM
**To:** Jun Choo <REDACTED@zillowgroup.com>
**Subject:** FW: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

# REDACTED

**From:** Jeremy Wacksman <REDACTED@zillowgroup.com>
**Date:** Tuesday, April 8, 2025 at 7:39 AM
**To:** Cynthia Taylor <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Cameron Swiggett <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Overall it's better. I assume we are going to voice over the point that our Z/MLS supported Coming Soon is an OR vs Compass's private exclusives (i.e. use this and we won't allow that)? That's an important point here, since I don't believe we should be giving away the farm of features in Coming Soon (my comments in Slide 19). We are simply giving listing agents an MLS and Z-supported pre-marketing alternative – we don't want to incent heavy usage of it. We want the incentive to be "on Zillow vs not on Zillow"

**From:** Cynthia Taylor <REDACTED@zillowgroup.com>
**Date:** Tuesday, April 8, 2025 at 5:17 AM
**To:** Errol Samuelson <REDACTED@zillowgroup.com>, Cameron Swiggett <REDACTED@zillowgroup.com>, Jeremy Wacksman <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Thank you all – read through thread in detail and have layered in edits into the deck.

Link here again for quick access: link to deck here

A few notable changes for you all to review on your next pass:
- Reworked agenda slide to match content changes
- **Addition of "Anywhere + Zillow: Partnership advantages" slide** immediately after the agenda
    - Content on this slide is a synthesis of several suggestions from this thread

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-015**

- Reworked Showcase section – hid 3 feature slides (listing performance dashboards, SkyTour, and video on Showcase listings) - @Cameron Swiggett suggest we cover these in the live demo and skip the slides
    - This is to get to the unique benefits section faster
- Added a sub-section title slide "Provide agents with unique Anywhere + Zillow benefits" to highlight the broker touring leads
    - Added a bullet on broker touring leads slide to call out accelerated pathway to Flex
    - Only one slide in this section that we can park on for the discussion
- Reworked coming soon product slides to make it more clear that there are 2 paths (standard coming soon listing + Showcase coming soon listing)
    - Pending updated mockup on this slide
- Updated to just one suggested next step slide at the end

On your next pass – would especially appreciate your attention on:
- Framing on slide 5 **"Anywhere + Zillow: Partnership advantages" slide**
    - Especially on how I've grouped the concepts
- Overall flow
- Words on suggested next step slide (note that I've removed any mention of Anywhere's Listing Concierge program from the next step slide to keep it to the point on the 2 things we need them to do next)

Cynthia

---

**From:** Errol Samuelson <REDACTED@zillowgroup.com>
**Date:** Tuesday, April 8, 2025 at 1:09 AM
**To:** Cameron Swiggett <REDACTED@zillowgroup.com>, Jeremy Wacksman <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

I added a couple of comments in the slides. I agree with Soumya's comment about mentioning FLEX (either verbally or in the slides).

---

**From:** Cameron Swiggett <REDACTED@zillowgroup.com>
**Date:** Monday, April 7, 2025 at 9:09 PM
**To:** Jeremy Wacksman <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Love it. We will layer in a slide right after the intros to set the stage more explicitly for how partnering with Zillow at a brokerage level has positive knock-on effects for their brand, recruiting, bottom line, and ability to stand out amongst noisy competitors. From there we can use it to set the stage for the agent-centric product offerings.

Thanks for all the quick feedback.

Cameron Swiggett
925-REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00015341

**From:** Jeremy Wacksman <REDACTED@zillowgroup.com>
**Date:** Monday, April 7, 2025 at 8:27 PM
**To:** Soumya Tulloss <REDACTED@zillowgroup.com>, Cameron Swiggett <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Agree with all of this. And that all ladders up to two major things I think Anywhere will care about for choosing to partner with us (vs. not):
1. We give them an alternative to combat Compass (Z Coming Soons are MLS-supported pre-marketing with the power of Zillow, not private, bad-for-consumer Compass private exclusives)
2. We give them a unique way to grow their business and recruit/retain agents (all of Soumya's points below)

**From:** Soumya Tulloss <REDACTED@zillowgroup.com>
**Date:** Monday, April 7, 2025 at 8:04 PM
**To:** Cameron Swiggett <REDACTED@zillowgroup.com>, Jeremy Wacksman <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Thanks Cynthia!

Cameron - my suggestion for the what's unique for anywhere would be to focus on their goal of agent recruitment and retention, especially as it relates to securing more listing share in their top markets. When I read the slides, the value points are more about the agents themselves (and how showcase agents win more) but I think you need to squint to see why it makes sense for the broker to provide this across the board.

A up front partner slide could look like

unique partnership benefits:
- grow anywhere listing market share in most valuable regions by offering best visibility to sellers
- retain and recruit the best listing agents with end to end offering & unique marketing package
- build network effects in top markets through unique access to touring leads
- create accelerated path to qualify for Zillow flex - most coveted lead gen program in market

unsolicited but I would have this up front and tie into each of your solid product sections that come after.

Get Outlook for iOS

**From:** Cameron Swiggett <REDACTED@zillowgroup.com>
**Sent:** Monday, April 7, 2025 7:55:43 PM
**To:** Jeremy Wacksman <REDACTED@zillowgroup.com>; Jun Choo <REDACTED@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>; Jeremy Hofmann <REDACTED@zillowgroup.com>; Errol Samuelson <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Brad Owens <REDACTED@zillowgroup.com>; Jackie Mohr <REDACTED@zillowgroup.com>; Soumya Tulloss <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00015342

Sounds good, should be easy enough to update the visuals. Expect updates to the deck no later than 8am PT tomorrow in case anyone wants to check back in prior to the 9am meeting.

Cameron Swiggett
925-REDACTED

---

**From:** Jeremy Wacksman <REDACTED@zillowgroup.com>
**Date:** Monday, April 7, 2025 at 7:51 PM
**To:** Cameron Swiggett <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

We should make it clear that, by default, a coming soon is a standard listing that doesn't get agent benefits (branding, listing leads).

---

**From:** Cameron Swiggett <REDACTED@zillowgroup.com>
**Date:** Monday, April 7, 2025 at 7:49 PM
**To:** Jeremy Wacksman <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Cynthia and I are meeting early tomorrow morning and will take a crack at making the "what is unique for Anywhere" more self-evident earlier in the slide flow.

# REDACTED

Cameron Swiggett
925-REDACTED

---

**From:** Jeremy Wacksman <REDACTED@zillowgroup.com>
**Date:** Monday, April 7, 2025 at 7:20 PM
**To:** Jun Choo <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <REDACTED@zillowgroup.com>, Cameron Swiggett <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Slide 18 makes it seem like Coming Soon is a showcase listing (listing agent branding, motion video hero image) – that isn't our plan right?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00015343

**From:** Jun Choo <REDACTED@zillowgroup.com>
**Date:** Monday, April 7, 2025 at 7:14 PM
**To:** Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Jeremy Wacksman <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <@zillowgroup.com>, Cameron Swiggett <REDACTED@zillowgroup.com>, Soumya Tulloss <@zillowgroup.com>
**Subject:** Re: [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Cynthia, this looks good, but my only comment is that they are going to be antsy to get to the "what is unique for Anywhere" part of this discussion, and we don't hit that until slide 13. I think we need a setup at the beginning to address that and explain that we are going through the showcase details so that they fully understand the benefit of the unique opportunity for Anywhere.

Jun

---

**From:** Cynthia Taylor <REDACTED@zillowgroup.com>
**Date:** Monday, April 7, 2025 at 1:47 PM
**To:** Jun Choo <REDACTED@zillowgroup.com>
**Cc:** Katie Berroth <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, Jeremy Wacksman <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jackie Mohr <@zillowgroup.com>, Cameron Swiggett <REDACTED@zillowgroup.com>, Soumya Tulloss <@zillowgroup.com>
**Subject:** [For review] Tuesday 4/8 Anywhere product discussion - Draft deck

Hi @Jun Choo (and all others from broker deal decision meeting on CC),

Link here for draft Anywhere product discussion deck.

Our key considerations for content in this deck:
1. Help Eric Chesin understand the power of Showcase listings
2. Help the Anywhere leadership team understand they are getting something very special with Showcase broker touring leads

## REDACTED

Success in this meeting tomorrow will be sharing just enough on our product offerings such that Anywhere thinks Zillow has built / is building products that they must have, and that Zillow is providing something special for Anywhere specifically. The ultimate goal is to get Anywhere to sign the listing feed agreement.

@Soumya Tulloss – for the Showcase section, I tried to work in suggested next steps that could dovetail well with discussions TG has had previously with Grant Devine.

For REDACTED section, my suggested next step might be a little too on the nose, but included that there on the slide because that's what we would like them to do next.

Call with Anywhere is tomorrow (Tuesday morning) at 9am Pacific. Please review / comment / ping me and Cameron directly with thoughts.

Thank you,
Cynthia & Cameron

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00015344