Message
---

**From:** TG Gallaudet [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C9BDD1C8F7784E83ADAF714CE46676EB-REDACTED]
**Sent:** 3/7/2025 9:07:43 PM
**To:** Errol Samuelson [REDACTED@zillowgroup.com]; Marissa Brooks [REDACTED@zillowgroup.com]; Rebecca Warner [REDACTED@zillowgroup.com]; Sara Bonert [REDACTED@zillow.com]; Soumya Tulloss [REDACTED@zillowgroup.com]; Mike Lane [REDACTED@showingtime.com]
**CC:** Laura Gillespie [REDACTED@zillowgroup.com]
**Subject:** Re: The Agency Sponsorship

I'm with you on the severity and intent of the threat. Just trying to think through best way to navigate.

I agree to pull away from Mauricio speaking on our behalf.

I don't see any upside in proactively pulling away from their event or our showcase contract. But they likely pull away from us in the next several months (and our marketing agreement protects us here thanks to Rebecca). It's not a strong position, but it feels better than being proactive and potentially creating noise.

Thoughts?

Get Outlook for iOS

---

**From:** Errol Samuelson <REDACTED@zillowgroup.com>
**Sent:** Friday, March 7, 2025 7:54:02 PM
**To:** TG Gallaudet <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Rebecca Warner <REDACTED@zillowgroup.com>; Sara Bonert <REDACTED@zillow.com>; Soumya Tulloss <REDACTED@zillowgroup.com>; Mike Lane <REDACTED@showingtime.com>
**Cc:** Laura Gillespie <laurag@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

Interested in your perspective here TG…

Mauricio publicly endorses a plan to pull listings from Zillow (and in fairness, other portals as well). Listings are the lifeblood of our company. No listings, no eyeballs, no sales. But it's not even a case of "no-listings"; even a degradation of our listing content will reduce leads and PA revenues. And we can't sell showcase for a listing we don't have. We lived this reality from 2008 to 2021.

So, it seems to me that having Mauricio as a spokesperson is a non-starter but I'm truly open to other points of view if you disagree.

And, as I said in my previous email, I'm fine with continuing to sell products to individual agents and teams. So, the question is whether you want to do the breakout sessions at their event. The endorsement money is already spent – we won't get it back. It depends upon what we consider to be the optics of attending or not attending the event. It is your and your team's call.

---

**From:** TG Gallaudet <REDACTED@zillowgroup.com>
**Date:** Friday, March 7, 2025 at 4:39 PM
**To:** Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Rebecca Warner <REDACTED@zillowgroup.com>, Sara Bonert <REDACTED@zillow.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-017**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                              ZG-00003232

**Cc:** Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

The Agency event is in 10 days – the week of 3/17 in Palm Springs, and we're planning on doing 2 break out sessions with them to support their corporate purchase of Showcase. Our marketing agreement spend supports this. (I'm planning to do this because I'll be in Palm Springs visiting my parents.)

The common thread here obviously is that Mauricio is the founder of both the Agency and this organization. Are we saying that we want to pull out of this marketing agreement and the Agency event completely? Or, just remove Mauricio from speaking to his use of our products, or?

If we pull out, this will likely escalate things pretty quickly with the Agency, may make some news, and may give momentum to this movement. This is tough – I'm having trouble seeing the upside, other than making the first move in a war that we feel is inevitable? But, it's a war where we don't have many friends. Thoughts?

---

**From:** Errol Samuelson <REDACTED@zillowgroup.com>
**Date:** Friday, March 7, 2025 at 5:57 PM
**To:** Marissa Brooks <REDACTED@zillowgroup.com>, Rebecca Warner <REDACTED@zillowgroup.com>, Sara Bonert <REDACTED@zillow.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, TG Gallaudet <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>
**Cc:** Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

+1 Marissa.

Here is the policy they are proposing:

*"The proposed Clear Collaboration Policy, however, would change that. Agents would still need to input listings into an MLS under the proposal, but those listings would not automatically or necessarily get syndicated to consumer-facing portals. The documents describe this approach as "public portal opt-in, not forced opt-out."*

This is a direct attack on Zillow. There's no middle ground.

If their individual agents want to buy our products, fine (at least, fine for now), but there is no scenario where I think we can, with good conscience, send them marketing dollars or do 'endorsements' with them.

---

**From:** Marissa Brooks <REDACTED@zillowgroup.com>
**Date:** Friday, March 7, 2025 at 1:24 PM
**To:** Rebecca Warner <REDACTED@zillowgroup.com>, Sara Bonert <REDACTED@zillow.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, TG Gallaudet <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>
**Cc:** Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

It sounds like you've all made a decision here about sponsorship but, this article from today is why I am wary of leveraging Mauricio as a spokesperson about our products. We are fundamentally misaligned on other issues.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                ZG-00003233

**MARISSA BROOKS**
Vice President, Communications
M 602-REDACTED
@ZillowGroup

# ZILLOWGROUP

ZILLOW | TRULIA | STREETEASY

---

**From:** Rebecca Warner <REDACTED@zillowgroup.com>
**Sent:** Tuesday, March 4, 2025 4:05 PM
**To:** Sara Bonert <REDACTED@zillow.com>; Errol Samuelson <REDACTED@zillowgroup.com>; Soumya Tulloss <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; TG Gallaudet <REDACTED@zillowgroup.com>; Mike Lane <REDACTED@showingtime.com>
**Cc:** Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

We can certainly ask!

---

**From:** Sara Bonert <REDACTED@zillow.com>
**Sent:** Tuesday, March 4, 2025 4:13 PM
**To:** Errol Samuelson <REDACTED@zillowgroup.com>; Rebecca Warner <REDACTED@zillowgroup.com>; Soumya Tulloss <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; TG Gallaudet <REDACTED@zillowgroup.com>; Mike Lane <REDACTED@showingtime.com>
**Cc:** Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** RE: The Agency Sponsorship

Could we add a deliverable that Maurico does a 15-30 min meet-and-greet in our Inman booth in San Diego? He is typically there anyway. We could use an Agency listing and agent testimonial in our booth materials. Agents will absolutely line up to get their picture taken with him.

---

**From:** Errol Samuelson <REDACTED@zillowgroup.com>
**Sent:** Tuesday, March 4, 2025 2:58 PM
**To:** Rebecca Warner <REDACTED@zillowgroup.com>; Soumya Tulloss <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; TG Gallaudet <REDACTED@zillowgroup.com>; Mike Lane <REDACTED@showingtime.com>; Sara Bonert <REDACTED@zillow.com>
**Cc:** Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

I'm not in the trenches with all of you, but this feels sensible. The Agency seems like a company that we can move to our side of the ledger.

---

**From:** Rebecca Warner <REDACTED@zillowgroup.com>
**Date:** Tuesday, March 4, 2025 at 6:50 AM
**To:** Soumya Tulloss <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, TG Gallaudet <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>, Sara Bonert <REDACTED@zillow.com>

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00003234

**Cc:** Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

Thank you all for the feedback. Laura and I met with Burke Smith, from The Agency last week and we would like to move forward with a sponsorship agreement with them, with a structure that ensures ROI and reinforces our strategic positioning.

**Key Adjustments & Approach**
- **Event Strategy:** We are shifting focus away from main stage product discussions and instead using breakout sessions and a dedicated breakout room to go deeper on Showcase adoption.
- **Expanded Product Marketing:** In addition to the event presence, we have requested quarterly updated to rosters and will drive an email campaign, allowing us to track engagement and ensure stronger ROI on Showcase and MBP.
- **Sponsorship Structure:** The second half of the sponsorship ($25K for the Leadership Summit) is contingent on The Agency renewing their Showcase agreement at the same or greater level. This ensures we are investing based on tangible product adoption and partnership growth.
- **Leadership Engagement:** We've secured an interview with Mauricio to publicly endorse Showcase, reinforcing our value to The Agency's network and his support for Zillow.

**Proposed Sponsorship Investment**
- **$15K for The Agency Forum** (Breakout session, Showcase activation room, guest passes)
- **$25K for The Leadership Summit** (Conditional on Showcase contract renewal, breakout session included)

This approach strengthens our position while mitigating risk, ensuring that any additional investment is tied directly to measurable business outcomes. Let me know if you have any questions or thoughts before we finalize next steps.

---

**From:** Soumya Tulloss <REDACTED@zillowgroup.com>
**Sent:** Friday, February 21, 2025 1:01 PM
**To:** Errol Samuelson <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; TG Gallaudet <REDAC@zillowgroup.com>; Mike Lane <REDACTED@showingtime.com>; Sara Bonert <REDACTED@zillow.com>
**Cc:** Rebecca Warner <REDACTED@zillowgroup.com>; Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

Awesome – thank you for the context and insight – this is Extremely Helpful and informative

---

**From:** Errol Samuelson <REDACTED@zillowgroup.com>
**Date:** Friday, February 21, 2025 at 9:59 AM
**To:** Marissa Brooks <REDACTED@zillowgroup.com>, TG Gallaudet <REDACTE@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>, Sara Bonert <REDACTED@zillow.com>
**Cc:** Rebecca Warner <REDACTED@zillowgroup.com>, Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

TG -

Yes, Mauricio is both anti-CCP and pro-PLN.  In 2017, he started his own national PLN, ThePLS.com (https://blog2.theagencyre.com/2017-08-theplscom-launches-first-private-national-off-market-listing-platform/).  This was different from Compass' PLN in that it was open to agents from various brokerages; it was similar to the movement in the early 2010's when top producing agents would form private facebook groups to share listings among themselves but withhold the listings from the MLS.

When NAR instituted CCP, ThePLS.com sued NAR, CRMLS, BrightMLS and MRED.  The three MLSs settled in January last year (https://www.realestatenews.com/2024/01/25/major-mlss-reach-settlement-in-lawsuit-over-nar-policy) and ThePLS.com dropped the case against NAR in June (https://www.realestatenews.com/2024/01/26/clear-cooperation-suit-ends-without-any-rule-changes).  But the case was dropped without prejudice – leaving the door open for ThePLS.com to refile the suit if CCP is not revoked.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

My point in the earlier email about Mauricio being anti-CCP but pro-Zillow is that yes (as TG points out), he'd like to have the option to put some of his listings in a PLN. But he's not anti-Zillow like Reffkin. He doesn't deride our PA model where we connect buyers with buyside agents. He doesn't believe that all leads should go to the listing agent. He doesn't believe that NAR and the MLSs "sold out" by allowing listings to go to portals. He's happy to have his brokerages leverage our Showcase product to market/merchandise their listings on Zillow.

**From:** Marissa Brooks <REDACTED@zillowgroup.com>
**Date:** Friday, February 21, 2025 at 9:36 AM
**To:** TG Gallaudet <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>, Sara Bonert <REDACTED@zillow.com>
**Cc:** Rebecca Warner <REDACTED@zillowgroup.com>, Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

The issue (for us) is not brokerages who are anti-CCP. It becomes an issue for us when a broker is PRO-PLN...which The Agency is. Yes, Mauricio is stumping on CCP to rile people up who are anti-NAR but, he's doing it bc he wants The Agency agents to benefit from their PLN and double-end deals. Additionally, we should also keep in mind Mauricio is a co-founder of the American Real Estate Assoc. W/ Jason Haber.

IMO product-focused main stage sessions aren't worth the money. 1:Many mainstage session aren't the best venue for selling bc agents hear them as a Zillow commercial. I believe we should be using main stage sessions to share broader messages about the market/consumer housing trends/tangible proof points for how Zillow can (and is) helping agents meet the moment of the market to grow their businesses. Yes, there is light product highlight in that discussion but it's more focused on giving the audience content they can apply in their businesses. We do this through econ discussions, branding advice, sharing AI trends, etc. The other way we should be using selective main stage opps is for creating affinity with our senior execs within friendly audiences. Then, breakout opps are where we can (and should!) go deeper on product features and bennies.

If you want to go deep on Showcase and how agents can best capitalize on it, I would suggest a breakout on the topic at the event or (maybe even better) an email campaign to their agents which can be tracked for engagement to get more product integration for the money.

**MARISSA BROOKS**
Vice President, Communications
M 602-REDACTED
@ZillowGroup

ZILLOWGROUP

ZILLOW | TRULIA | STREETEASY

**From:** TG Gallaudet <REDACTED@zillowgroup.com>
**Sent:** Friday, February 21, 2025 10:01 AM
**To:** Soumya Tulloss <REDACTED@zillowgroup.com>; Errol Samuelson <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Mike Lane <REDACTED@showingtime.com>; Sara Bonert <REDACTED@zillow.com>

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00003236

**Cc:** Rebecca Warner <REDACTED@zillowgroup.com>; Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

Re: Pro Z, but Anti-CCP: Many anti-ccp brokers will say that they believe in exposure, but don't like the rigidity of any ruleset imposed on them to market their listings – they'll lean on the edge cases to why CCP isn't a fit. They will also point to the office exclusives loop hole, and the NAR lawsuit as reasons that CCP as defined today isn't good and why NAR shouldn't impose rules at all (this opens them up to increased liability).

What's ultimately behind this is that they want more control so they can better differentiate from the crowd and in doing so appease to all sellers and recruit more agents with their unique approach (more agents, more transactions). They aren't as centered on Zillow as we are, and they will think when they market listings publicly, they should eventually be on Zillow, but would proabably agree that they may not get their on day 1 and Zillow might only end up with 90% of the listings – and that's ok – so they are still pro Z in that way. @Errol Samuelson, does that line up with your take?

For the Agency, I agree that it would be great to even have a product focused main stage session, but that the sales upside isn't there to support $40k. Rebecca, I'm going to try to get a roster over to you so you can do a better analysis and come back to the group.

---

**From:** Soumya Tulloss <REDACTED@zillowgroup.com>
**Date:** Thursday, February 20, 2025 at 11:09 PM
**To:** Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, TG Gallaudet <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>, Sara Bonert <REDACTED@zillow.com>
**Cc:** Rebecca Warner <REDACTED@zillowgroup.com>, Laura Gillespie <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

Thanks!

Errol / TG | would be curious to hear / understand more about Mauricio's position as I'm curious to understand how one can both be pro Zillow yet anti CCP.

@Rebecca | outside of the listing transparency communications value, there may be value in a more traditional talk on the future of digital marketing / branding and setting that up on Zillow, esp if Mauricio is pro Zillow. However, the information below doesn't necessarily help us evaluate that business case (e.g. if we want to get at least 1x ROI in sales, we need to generate probably $200K in pipeline w a 20% conversion to get to $40K incremental sales) and we'd need a POV on how to get there. Let me know if you're able to swag out what makes sense based on the type of owners they have and the incremental opportunities to sell other products outside their already largr contract

---

**From:** Errol Samuelson <REDACTED@zillowgroup.com>
**Date:** Thursday, February 20, 2025 at 4:47 PM
**To:** Marissa Brooks <REDACTED@zillowgroup.com>, TG Gallaudet <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>, Sara Bonert <REDACTED@zillow.com>
**Cc:** Rebecca Warner <REDACTED@zillowgroup.com>, Laura Gillespie <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

I don't believe they'd let us talk about listing transparency from mainstage (or a breakout session for that matter) as Mauricio Umansky has been so outspoken against the Clear Cooperation Policy. Mauricio is different from Compass/Reffkin, mind you. He's generally pro-Zillow; it's just that he wants to run his own private listing network and therefore is anti-CCP.

---

**From:** Marissa Brooks <REDACTED@zillowgroup.com>
**Date:** Thursday, February 20, 2025 at 4:21 PM
**To:** TG Gallaudet <REDACTED@zillowgroup.com>, Mike Lane <REDACTED@showingtime.com>, Sara Bonert <REDACTED@zillow.com>, Errol Samuelson <REDACTED@zillowgroup.com>

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                       ZG-00003237

**Cc:** Rebecca Warner <REDACTED@zillowgroup.com>, Laura Gillespie <REDACTED@zillowgroup.com>, Soumya Tulloss <REDACTED@zillowgroup.com>
**Subject:** Re: The Agency Sponsorship

+@Errol Samuelson as well for viz.

Is the agenda published for the event so we can see the topics?

**MARISSA BROOKS**
Vice President, Communications
M 602-REDACTED
@ZillowGroup

**ZILLOW**GROUP

ZILLOW | TRULIA | STREETEASY

---

**From:** TG Gallaudet <REDACTED@zillowgroup.com>
**Sent:** Thursday, February 20, 2025 5:00 PM
**To:** Marissa Brooks <REDACTED@zillowgroup.com>; Mike Lane <REDACTED@showingtime.com>; Sara Bonert <REDACTED@zillow.com>
**Cc:** Rebecca Warner <REDACTED@zillowgroup.com>; Laura Gillespie <REDACTED@zillowgroup.com>; Soumya Tulloss <REDACTED@zillowgroup.com>
**Subject:** FW: The Agency Sponsorship

Hi Team,

The Agency wants us to spend too much money on two events coming up. They do have high producing agents, but not a lot of agents. They are an active Showcase Enterprise customer ( REDACTED just as an FYI – this is not a reason to spend a bunch of money with them -- but frankly a reason they should want us at the event.

We are going to see if we can find common ground here and come back to you with a proposal we feel justified in, but before we do that, here's the question: Is there any value in negotiating for a main stage speaking opp with the Agency? This would likely be about Listing Transparency, and we should be clear about that, and see what they say, if we're interested. Please let us know.

(Soumya, Laura is trying to line up a meeting at LRE with CEO on Tuesday as well…)

**$40k for two events:**
- The Forum, March = 700 top global agents
- The Leadership Summit, Summer = 150-200 broker owners

**The Forum Details:**
- **Date**: March 18-19, 2025

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00003238

- **Location**: JW Marriott, Palm Desert, CA
- **Sponsoring Brand:** Zillow Group
- **Audience/Purpose**: 700 top global agents
- **Highlights of sponsorship:**
    - Breakout session 3/19
    - Dedicated event sponsor for The Agency "Fueling Station" coffee station active 3/18 and
    - 3/19 from 9am-5pm.
    - One invite to The Agency's Chairman Dinner with a dedicated post-event eblast to
    - dinner attendees
    - *Post-event:*
        - (4) Dedicated Eblasts
        - Educational Webinar Q2 & Q4
        - Opportunity to visit The Agency's corporate office sales meetings

# The Agency *In Numbers*

$72B IN GLOBAL SALES VOLUME

120+ OFFICES, 12+ COUNTRIES, 1 CONNECTED COMMUNITY

CONSISTENTLY RECOGNIZED BY INMAN AS A TOP LUXURY BROKERAGE

490K+ INSTAGRAM FOLLOWERS AS ONE OF THE WORLD'S MOST-FOLLOWED RESIDENTIAL BROKERAGES

RANKED #16 ON THE 2024 REALTRENDS500 LIST OF TOP RESIDENTIAL BROKERAGES

OFFICES ACROSS THE U.S., CANADA, MEXICO, CENTRAL AMERICA, THE CARIBBEAN & EUROPE

RANKED #1 AMONG TOP 50 FIRMS FOR AVERAGE SALES PRICE BY REALTRENDS

Full sponsorship details can be found here:
https://issuu.com/theagencyre/docs/ta_sponsorship_deck_2025_r5?fr=xIAEoAT3_NTU

**REBECCA WARNER**
Director, Channel Partnerships
M: 323-REDACTED

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                   ZG-00003239