**MB**

**marissab (Marissa Brooks)**

2025-04-02 12:59 PM

I also think we need to get clear on next steps for SE coming out of yesterday's mtg. they're pushing forward with preparing for an EOM activation to remove agents from violating brokerages. and lots of folks are getting read in over there.

**ES**

**errol (Errol Samuelson)**

2025-04-02 01:44 PM

I got a call just now from someone connected saying they're hearing that a couple of the large franchisors are lobbying NAR to all office exclusives at the **franchise** level. That means that KW could create a national database of PLN listings from their thousands of individual brokerages (not saying, that KW is the one doing the lobbying...just using them as an example).

**MB**

**marissab (Marissa Brooks)**

2025-04-02 01:45 PM

if you give a mouse a cookie...

**ES**

**errol (Errol Samuelson)**

2025-04-02 01:45 PM

That is the perfect analogy. Also, I miss that book. My daughter loved it.

marissab (Marissa Brooks) reacted with: heart

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-02 01:47 PM

Can we call NAR and lobby the opposite?

**ES**

**errol (Errol Samuelson)**

2025-04-02 01:47 PM

Yes. That was going to be my next call.

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-02 01:47 PM

Also we should include that in our DOJ note

**ES**

**errol (Errol Samuelson)**

2025-04-02 01:49 PM

It would explain why RE/MAX is building PLN tech. I was wondering about their rationale - were they simply building a tool so that each of their smallish brokerages (usually not more than 100 agents) could operate local-market PLNs? BUT a national PLN would work for them. They have a higher listings-per-agent ratio than any other brand, and if they could aggregate listings nationally I could see them potentially **a lot** of off-MLS listings.

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)

**PLAINTIFF'S
P.I. HEARING EXHIBIT

PX-018**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00016802

**jeremyhof (Jeremy Hofmann)**

2025-04-02 01:50 PM

how does this square with all the brokerage convos we are having?

**errol (Errol Samuelson)**

2025-04-02 01:54 PM

I have been asking myself that question. I think the answer is that while these large organizations prefer having all the listings in the MLS, they also need to respond to Compass' poaching their agents, winning listings, and attracting buyers. Unless we step in, they don't really have a choice but try to beat Compass at their own strategy. Which is precisely what we predicted would happen if NAR didn't step up and strengthen CCP. Which speaks to the need for us to get our listing syndication agreements signed and being able to announce our new strategy.

**jeremyhof (Jeremy Hofmann)**

2025-04-02 02:05 PM

great - what do we need to do to do that over the next week or two? with you on all

**errol (Errol Samuelson)**

2025-04-02 04:18 PM

eXp is shooting for a signature by EOD tomorrow (we'll see). KW said earlier today they'd get back to me with a go/no-go by Friday. RE/MAX is mulling things over (only pitched them today).

**errol (Errol Samuelson)**

2025-04-02 04:22 PM

Separately, I spoke with Sherry at NAR just now. She said she's not aware of NAR contemplating opening up the office exclusive to include franchisors, not just brokers. She said they are also looking at eliminating the new provision in CCP where a broker can share an office exclusive listing with another broker on a 1-to-1 basis. The original idea was, "You're at the country club, you run into another agent, and say - hey I have this listing your buyer might like". But they are quickly realizing that some will want to weaponize the rule change. For example a broker could build an automated system to send out 500 emails to other "preferred" agents on a 1-to-1 basis.

**errol (Errol Samuelson)**

2025-04-02 04:24 PM

Finally, she said she appreciated the fact that we haven't publicly criticized CCP 2.0. I told her that we will continue to talk about the need for listings transparency but that we don't have plans to comment on NAR's rule. She thanked us for showing "leadership". She's frustrated with Dwiggins right now because he continues to rail against CCP. NAR feels that he needs to move on (translation: they don't like public criticism in any form).

**jeremyhof (Jeremy Hofmann)**

2025-04-02 04:24 PM

Got it on all. Getting a few of these to hit will feel real good

**jeremyw (Jeremy Wacksman)**

2025-04-02 04:25 PM

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00016803

Does she understand we don't like the loophole?

**ES**

**errol (Errol Samuelson)**

2025-04-02 04:27 PM

Yes, I was very clear about that. And privately, I think she personally agrees with us on our CCP stance. She's an old-school broker. They just don't like these conversations happening in public forums.

**MB**

**marissab (Marissa Brooks)**

2025-04-02 04:59 PM

They literally opened themselves to the public scrutiny. I heard they're hiring a comms person…worst job ever.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00016804