**06/12/2025**
(206) REDACTED Samuelson Errol;(609) REDACTED Hofmann Jeremy; REDACTED @gmail.com Hofmann Jeremy
Chats

---

**(609) REDACTED Hofmann Jeremy** 04:11:26 PM

You have a few to chat this am?

---

**(206) REDACTED Samuelson Errol** 05:05:22 PM

TG spoke with Hoby Hanna just now. The tone of the conversation was positive. Hoby and his family are flying to Europe later today. They get back a week from this Saturday. We are going to send a term sheet to him and his team and then work with his team over the next week on the details.

He has finally accepted the difficult news that we will require him to adhere to our listing standards. At the same time, we are going to provide him with some real commercial benefits.

He made an interesting comment. He said that in his markets, Compass continues to be successful in recruiting agents and gaining market share. He said that if they report meaningful growth during their next earnings call, then we (Z) have a real problem on our hands. It was an interesting observation. I'm going to ask Tim Hunt to rerun the Compass market share report for us And see if what Hoby is saying is real or just anecdotal. The reality is that compass is not particularly active in the Midwestern markets where Hoby dominates._

---

**(609) REDACTED Hofmann Jeremy** 05:05:51 PM

Yep - this is my concern

---

**(206) REDACTED Samuelson Errol** 09:41:13 PM

I'm in a meeting, but feel free to text me and I can respond.

---

**(609) REDACTED Hofmann Jeremy** 09:49:57 PM

Sorry pocket dial

---

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-019**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00010122

(206) REDACTED **Samuelson Errol** 09:52:39 PM

Got it. :-)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00010123