# REDACTED



**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-020**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00005457

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                ZG-00005458