*Privileged & Confidential*

## CCP Considerations

This document is prepared by the Zillow Legal team for the purpose of providing legal guidance sought by Company stakeholders in consideration of contemplated actions in connection with possible changes to the Clear Cooperation Policy.

**Scenario 1 - CCP as currently constructed stays in place.**

Strategy - strong comms, legal, GR, industry and PR, limited product changes and business strategy changes.

Execution - in process, no changes.

**Scenario 2 - CCP is modified, we are using a variety of carrots and sticks at escalating levels to preserve consumer transparency and listings access. Stay on the side of consumers, draw a clear line between "on internet" vs. "off internet" such that Compass (or other bad actors) can't become IDX+, and use tactics to allow other brokerages to better compete for Compass agents (or those of other bad actors). Goal is 90%+ listings on Zillow, and isolate Compass and any other bad actors that emerge.**

**Initial strategy with friends:** mix of carrots and sticks to isolate Compass (and others as needed). Work with other brokerages to find areas of cooperation to keep the current system of listings transparency intact. Products like broker power leads, CMA data, consumer-friendly pre-marketing (i.e. coming soons) become carrots to stay within confines of Z expectations on listing transparency.

**Initial strategy with foes:** Listings in PLNs are not allowed onto Zillow at a listings level (vs. a brokerage level ban). Lose access to Zillow advertising products as a means to help friends grow agent count.

**Execution**: Actively having discussions on the product solutions with brokerages and MLSes with goal of a read on these tactics by end of March; Errol is directly responsible individual for ensuring convos are had, contracts begin to get written and negotiated, assessment is made (Katie, Mar, BradO, Jun's team supporting as needed)

—

**Escalated strategy:** Post-CCP rule modifications, if initial tactics look to be insufficient we will escalate carrots to friends and sticks to foes. Carrots = more direct payment for content; Sticks = listings ban and Z products ban at brokerage level (local or national to discuss). Current recommendation is deploy tactics on a local level with clear rubric for engagement.

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-021**

*Privileged & Confidential*

Market Type 1: Friendly MLS, weak Compass / Premier Agent market - most aggressive. All Compass listings (or those of other bad actors) are taken off of Zillow at brokerage level, access to Premier Agent is cut off.

    Examples: Houston, CRMLS, New York City (with caveats given market structure)

Market Type 2: Friendly MLS, strong Compass / Premier Agent market - moderately aggressive. Line is drawn that any listing that goes into a Compass PLN (or PLNs of other bad actors) will never go on Zillow. Access to Premier Agent stays intact. Goal here is to have agents of bad actors not participate in PLN from the inside of the bad actor, and preserve Premier Agent relationships.

    Examples: Bright MLS(?)

Market Type 3: Non friendly MLS. Look to co-opt other brokerages with products like broker power leads, turn off access to Premier Agent in specific markets. Consider pulling out of IDX entirely (how feasible and still get long tail brokerage listings?).

> **Commented [1]:** is there any play in these markets with medium / small brokers to pull out an form an alternative MLS / IDX? Maybe we could pull in a friendly MLS (e.g. CRMLS into SF) to drive this?

    Examples: San Francisco, Chicago

**Open Questions to Debate:**
- Do we consider any of the escalated strategy tactics sooner? By design, our engagement strategy is reactive and stay on pro-industry, pro-consumer media/GR high ground, only respond as forced.
- How should we think about when to deploy listings level ban on Zillow vs. brokerage level?
- How do we navigate non friendly MLS markets who will look to support Compass (and other bad actors) and write rules to disadvantage us?
- How do we navigate and / or prepare for our own potential loss of IDX due to inconsistent application of our own listing policy market by market?

> **Commented [2]:** there might be friendly MLS markets (based on other factors) but they're not willing to stand up to compass and we need to determine which MLS actions we care most about

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

*Privileged & Confidential*

Work in progress thoughts for legal review. Work in progress.

I'm using imagination here, assuming a scenario where we could strike BD deals with every company supporting a zip code. If we need to go full-stick then here's a way we might consider it...

Data we need
- Every GA and every ZMA needs to provide the entire org chart for every team they support. Must have contact information (personal email, personal phone num) for all Ops Directors, Sales Managers, Transaction Coordinators, etc.

Goal
1. Make it incredibly painful for Alan to stay with their current brokerage

Methods
1. Off-ramp
   a. Daily drip campaign to encourage Alan to switch brokerages or teams
   b. Cash buyout if Alan leaves for a different team
2. Cut off lead gen sources
   a. No Zillow leads
   b. Turn off their website (Ylopo, AgentFire, etc)
   c. Turn off ability to use paid lead gen (Ylopo)
   d. Bid against them for SEM & other paid ads
   e. SEO-optimize to win against their own names on Google search
3. Cut off all Alan's productivity tools & make them less effective
   a. IDX-SaaS: cannot access IDX collaboration teams (Matrix, Paragon, RealScout, Zenlist)
   b. Lockbox entry & lockbox codes: cannot enter homes or schedule tours (Supra, ShowingTime)
   c. Comps data: cannot provide comps data for home listing (CloudCMA, CoreLogic, Black Knight, Rapzatoni, FBS, RPR)
   d. Listing package
   e. Transaction tools: no access to closing documents or signing capability in Dotloop (Skyslope, Sisu, BrokerMint, Ziptorms, TransactionDesk)
   f. Tour scheduling
   g. Cut off MLS data access
4. Increase Alan's cost of doing business
   a. Price increases on everything
   b. CRM: $500/mo price increase. Turn off ability to export data via API or data export unless you switch brokers.
   c. Sponsor lawsuits from damaged sellers

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00024749

**Privileged & Confidential**

   d. Snitch reward. Pay people to find policy violations or other violations
 5. Service providers
   a. Sign deals with various appraisers, title & escrow companies, mortgage companies, and home insurance companies so that Alan can't get support
   b. Arryeo & VRX
 6. Encourage Alan's customers to leave them
   a. Sponsor lawsuits
   b. Any buyers get support from a specialized Zillow negotiator who helps you win the house for less money
   c. Any buyer who wants to back out of a deal get support from a specialized Zillow lawyer who helps cancel deals or renegotiate during closing
   d. Mass emails
   e. In-app encouragement
   f. In-app warnings about bad agents
 7. Make it embarrassing for Alan to stay with his broker
   a. SEO optimize for embarrassment
   b. Agent Directory embarrassment
   c. VirtualStagingAI to make the houses look worse
   d. Zestimate reveals that listing agent is weak

LIV Golf

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY  ZG-00024750