# 4/1 Key Talking Points

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-024**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00025169

*Privileged & Confidential*

## CCP Discussion Preparation for 4/1 Meeting

This document is prepared by the Zillow Legal team for the purpose of providing legal guidance sought by Company stakeholders in consideration of possible discussions with industry participants, including Compass, regarding the Clear Cooperation Policy and other industry topics.

1. **Congrats on NAR new delayed marketing status; we have some products that support that we will talk through**

   > Commented [1]: ? IMO we shouldn't congratulate them and instead lean into -- we have products that can meet the needs he has identified.

2. **We want to work with the best agents, you have best agents (we already work with many of them) and Zillow + Compass can be complementary in our efforts**

   > Commented [2]: agreed - we won't
   >
   > Commented [3]: similar note here as above...I would assume anything we say in the meeting could be used externally so if he has us saying his agents are the best and that leaks we would disenfranchise others

3. **Zillow is a powerful partner to Compass today on lead generation and advertising**
   - A large share of your most productive agents use and love Zillow
     i. 50% of Compass transactions come from 15% of Compass agents
     ii. Zillow is a lead generation and advertising partner with over 20% of those most productive Compass agents
   - Zillow lead generation and advertising delivers outsized value to those most productive Compass agents
     i. Zillow Partner Compass agents close 65% more transactions than other Compass agents on average
     ii. Zillow delivers 15% of their transactions on average

   > Commented [4]: NOTE: confirming whether the below stats are flex only or flex + MBP
   >
   > Commented [5]: Confirmed flex + mbp+ seller. Will update notes to reflect
   >
   > Commented [6]: Does this mean they are either FLEX or MBP or does partnership include using other Zillow products (e.g., FUB)?
   >
   > Incidentally, it would be helpful to understand how many Compass agents are on FUB. Roberts indicated that a number of his top teams use FUB rather than Compass' native solution.
   >
   > Commented [7]: I am confirming if just flex or flex and MBP. it is not FUB but I will get those stats and added another bullet below for that.

4. **Zillow is also a powerful technology partner to Compass today**
   - [To update with FUB statistics if available - hearing it will be tough to get]

5. **Zillow could be an even more powerful partner for Compass going forward, driving revenue and cost savings**

| Product | Value to Compass |
|---|---|
| Flex | <ul><li>We are rapidly moving further / faster into Flex</li><li>Right now is large opportunity for Compass to engage</li><li>Flex is a powerful recruiting tool for Compass AND for Compass agent teams</li><li>Access to the best leads</li><li>Pay for success only</li><li>Potential for access to seller leads in addition to buyer leads</li></ul> |

> Commented [8]: @REDACTED@zillowgroup.com @REDACTED@zillowgroup.com to eyeball my writeup of products
>
> Commented [9]: As noted above, a number of Compass teams are already in FLEX. What incremental benefit are we suggesting here?
>
> That Compass could nominate teams for FLEX and we'd agree to interview them? Or we'd look to Compass first when sourcing new teams - and so long as their teams had the same or better performance than other brokerages' teams we'd choose the Compass team? Or that we'll route more leads to their existing FLEX teams? Or ?

1

*Privileged & Confidential*

| Product | Value to Compass |
|---|---|
| **Follow-up Boss** | • Best CRM tool in the real estate industry bolstered by unique Zillow insights<br>• New features shipping include Claim Your Own Lead, allowing Compass to better convert existing leads |
| **Showcase** | • Win More Listings - via an additional marketing tool for seller agent pitch<br>• Close More Listings - premium placement results in higher closing prices faster<br>• Advertising - prominent agent placement on listings increases lead generation on and off site |
| **Media Capture** | • Platform approach to media capture makes booking / managing media easier<br>• Competitive rates and national scale can help Compass consolidate spend<br>• Clear licensing with no shenanigans<br>• Syndications to Realtor and Redfin |
| **ZHL** | • Potential to extend our Flex partnerships into a larger partnership that includes ZHL |

**Commented [8]:** @REDACTED@zillowgroup.com @REDACTED@zillowgroup.com to eyeball my writeup of products

**Commented [10]:** Robert's philosophy on the company paying is: "I'll do it so long as I can at least break even". I didn't get the sense that he's willing to invest now (e.g., do an enterprise deal for Showcase) in the hope of future ROI - win more listings, recruit more agents. But still worth educating him on Showcase. Maybe there's a "take or pay" deal where we give his agents a Showcase discount (he looks like a hero) and he guarantees a minimum take-rate - otherwise he needs to make us whole on the discount.

**Commented [11]:** Need to clarify that we'd syndicate the media to any source that Compass specifies (albeit under our T's & C's), including Homes.com, if they want to take the syndication feed.

REDACTED

2

# REDACTED

3

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                  ZG-00025172

REDACTED

4

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                              ZG-00025173

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
ZG-00025175

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
ZG-00025176

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00025177

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                                              ZG-00025178

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
ZG-00025179

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00025180

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
ZG-00025182

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                ZG-00025183

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00025184

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
ZG-00025185

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00025186

REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00025187

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY    ZG-00025188