**Message**

| | |
|---|---|
| **From:** | Errol Samuelson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f6a9d96657ed4d18ab06f6ad34b47149-REDACTED] |
| **Sent:** | 4/3/2025 4:48:27 PM |
| **To:** | Jeremy Wacksman [REDACTED@zillowgroup.com]; Marissa Brooks [REDACTED@zillowgroup.com]; Curt Beardsley [REDACTED@zillowgroup.com]; Matt Hendricks [REDACTED@zillow.com]; Brad Owens [REDACTED@zillowgroup.com] |
| **Subject:** | Re: James Dwiggins Update |

He said that their body language seemed to indicate they were 'hearing him'. Separately Sherry told me yesterday that NAR is super-frustrated that Dwiggins simply won't let this go and move on.

In Dwiggins' mind this is existential. He believes that if PLNs proliferate, he can't compete.  REDACTED
REDACTED

---

**From:** Jeremy Wacksman <REDACTED@zillowgroup.com>
**Date:** Thursday, April 3, 2025 at 12:21 PM
**To:** Errol Samuelson <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Curt Beardsley <REDACTED@zillowgroup.com>, Matt Hendricks <REDACTED@zillow.com>, Brad Owens <REDACTED@zillowgroup.com>
**Subject:** Re: James Dwiggins Update

Did he say how that NAR convo went and what their response was?

---

**From:** Errol Samuelson <REDACTED@zillowgroup.com>
**Date:** Thursday, April 3, 2025 at 11:40 AM
**To:** Jeremy Wacksman <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Curt Beardsley <REDACTED@zillowgroup.com>, Matt Hendricks <REDACTED@zillow.com>, Brad Owens <REDACTED@zillowgroup.com>
**Subject:** James Dwiggins Update

1. James called me this morning to let me know that he met with NAR's entire leadership team yesterday (Zoom), urging them to reconsider their recent CCP decision and ban office exclusives completely. He told them that unless they do that, they will be presiding over the collapse of the US real estate industry as we know it.

2. He sent me the attached op-ed under embargo which was supposed to be published tomorrow but it looks like Inman dropped it just now. It's long but he gets to his arguments at the end of the piece.

He believes that the large franchisors won't stand by idly, allowing large brokers to operate PLNs. He said he knows of 2 franchisors planning to build PLN tech, 'just in case' (based on my conversation yesterday, we know RE/MAX is one of these). He thinks if Compass and others continue to get traction with their PLNs, then the franchisors will ignore the MLS rules and launch their own PLNs. We talked about this possibility in Slack yesterday. I'm not sure, however, the franchisors would go that route unless NAR expanded the office exclusive loophole (which they claim they aren't going to do).



Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-025**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                                  ZG-00012740