## 04/03/2025
(609) REDACTED Hofmann Jeremy;(847) REDACTED Wacksman Jeremy
Chats

---

**(609) REDACTED Hofmann Jeremy** 12:29:13 AM

2 mins getting REDACTED set up on zoom

---

**(847) REDACTED Wacksman Jeremy** 12:29:18 AM

No rush

---

**(847) REDACTED Wacksman Jeremy** 04:04:25 PM

Any free windows?

---

**(609) REDACTED Hofmann Jeremy** 04:06:55 PM

Yup in 2 if works til 930 my 2 are

LL follow up convo
Stone point at 11

---

**(847) REDACTED Wacksman Jeremy** 04:08:11 PM

Yep free

---

**(847) REDACTED Wacksman Jeremy** 04:08:15 PM

Gimme a FTA

---

**(609) REDACTED Hofmann Jeremy** 05:01:55 PM

If you were choosing a dessert between chocolate cake and cheesecake what would you prefer

---

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-028**

**(847)** REDACTED **Wacksman Jeremy** 05:02:10 PM

Is that a joke about this slide?

**(609)** REDACTED **Hofmann Jeremy** 05:02:22 PM

Answer so I can hit my punchline pls

**(847)** REDACTED **Wacksman Jeremy** 05:02:30 PM

Cheesecake

**(609)** REDACTED **Hofmann Jeremy** 05:02:48 PM

Great let me provide you a 40 page deck on the decisions and all the sensitivities around it

**(847)** REDACTED **Wacksman Jeremy** 05:02:53 PM

I know man

**(847)** REDACTED **Wacksman Jeremy** 05:02:55 PM

How do we fix

**(609)** REDACTED **Hofmann Jeremy** 05:02:58 PM

(I'll be here all week)

**(609)** REDACTED **Hofmann Jeremy** 05:03:34 PM

Need to think about

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**(847)** REDACTED **Wacksman Jeremy** 05:03:43 PM

Like these people

**(847)** REDACTED **Wacksman Jeremy** 05:03:47 PM

Just…sell shit. Cheaper.

**(847)** REDACTED **Wacksman Jeremy** 05:03:53 PM

Lower price, more volume, go

**(609)** REDACTED **Hofmann Jeremy** 05:03:59 PM

We are on same page

**(609)** REDACTED **Hofmann Jeremy** 05:04:55 PM

I like cheesecake better as well fwiw

**(609)** REDACTED **Hofmann Jeremy** 05:12:42 PM

In another - debriefing on that meeting?

**(847)** REDACTED **Wacksman Jeremy** 05:13:11 PM

REDACTED

**(609)** REDACTED **Hofmann Jeremy** 05:14:45 PM

REDACTED

**(609) REDACTED Hofmann Jeremy** 05:38:02 PM

REDACTED

**(847) REDACTED Wacksman Jeremy** 05:38:31 PM

REDACTED

**(847) REDACTED Wacksman Jeremy** 05:38:40 PM

I just had him for 20 prepping for this

**(609) REDACTED Hofmann Jeremy** 05:38:42 PM

Yes agree w that

**(847) REDACTED Wacksman Jeremy** 05:38:47 PM

That is what he was saying

**(609) REDACTED Hofmann Jeremy** 05:38:50 PM

Ok cool

**(847) REDACTED Wacksman Jeremy** 05:39:10 PM

We all read the deck. I think we can jump to the meat

**(609) REDACTED Hofmann Jeremy** 05:39:17 PM

Yep taking 2 min here

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**(847)** REDACTED **Wacksman Jeremy** 05:39:37 PM

Slide 20

**(847)** REDACTED **Wacksman Jeremy** 06:13:14 PM

I didn't learn anything there - did you?

**(609)** REDACTED **Hofmann Jeremy** 06:13:28 PM

Pure PE so far

**(847)** REDACTED **Wacksman Jeremy** 06:15:12 PM

REDACTED

**(609)** REDACTED **Hofmann Jeremy** 06:15:27 PM

Yup

**(609)** REDACTED **Hofmann Jeremy** 06:16:46 PM

I'm going to keep pushing and then when they ask us stuff you chime in

**(847)** REDACTED **Wacksman Jeremy** 06:17:42 PM

Yep will do

**(847)** REDACTED **Wacksman Jeremy** 06:17:55 PM

Keep trying to figure out how they grow. Brokerage is race to bottom, even franchise

**(847)** REDACTED **Wacksman Jeremy** 06:20:20 PM

There it is. Turnaround story a bit?

**(609)** REDACTED **Hofmann Jeremy** 06:20:27 PM

Yep

**(609)** REDACTED **Hofmann Jeremy** 06:26:51 PM

This guy is the worst

**(847)** REDACTED **Wacksman Jeremy** 06:28:35 PM

He is terrible.

**(609)** REDACTED **Hofmann Jeremy** 06:32:27 PM

I don't mind rest of them

**(847)** REDACTED **Wacksman Jeremy** 06:32:39 PM

Seems like there might be interest in a deal here

**(609)** REDACTED **Hofmann Jeremy** 06:32:46 PM

Yup

**(847)** REDACTED **Wacksman Jeremy** 06:34:07 PM

Do they have a software stack they still force?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                    ZG-00033967

**(847)** REDACTED **Wacksman Jeremy** 06:46:22 PM

So we don't go down road of "not on Zillow, never on Zillow"?

**(609)** REDACTED **Hofmann Jeremy** 06:46:33 PM

I'm not sure

**(847)** REDACTED **Wacksman Jeremy** 06:46:45 PM

I think we signal we won't stand for it

**(609)** REDACTED **Hofmann Jeremy** 06:46:49 PM

I think yes

**(609)** REDACTED **Hofmann Jeremy** 06:47:19 PM

Bc they are clearly waffling and better understanding better

**(847)** REDACTED **Wacksman Jeremy** 07:09:15 PM

These guys are almost as bad

**(847)** REDACTED **Wacksman Jeremy** 08:39:38 PM

I'm so confused here. When are we getting this shit done in NYC?

**(609)** REDACTED **Hofmann Jeremy** 08:39:59 PM

I literally have no idea dude

**(847)** REDACTED **Wacksman Jeremy** 08:43:22 PM

I'm so confused

**(847)** REDACTED **Wacksman Jeremy** 08:45:16 PM

Can you help me here?

**(847)** REDACTED **Wacksman Jeremy** 08:45:26 PM

We need to get these guys to sign the deal as is no?

**(609)** REDACTED **Hofmann Jeremy** 08:45:28 PM

Yes

**(847)** REDACTED **Wacksman Jeremy** 08:48:57 PM

This room is too big

**(847)** REDACTED **Wacksman Jeremy** 08:49:04 PM

I can't focus or understand anything. You?

**(609)** REDACTED **Hofmann Jeremy** 08:49:09 PM

These people are fucking killing me

**(609)** REDACTED **Hofmann Jeremy** 08:49:27 PM

Like everyone is afraid of their shadows

**(847)** REDACTED **Wacksman Jeremy** 09:06:36 PM

Am I like way off base?

**(847)** REDACTED **Wacksman Jeremy** 09:06:52 PM

It felt like we were moving forward in SE land and then it is like "well now we have all this new shit"

**(847)** REDACTED **Wacksman Jeremy** 09:11:20 PM

Was I too harsh there?

**(609)** REDACTED **Hofmann Jeremy** 09:11:22 PM

No

**(609)** REDACTED **Hofmann Jeremy** 09:11:31 PM

Team is just absolutely stuck in the weeds

**(847)** REDACTED **Wacksman Jeremy** 09:13:39 PM

REDACTED

**(847)** REDACTED **Wacksman Jeremy** 09:15:03 PM

You free at 230? Need a cleanser before soup szn 😊

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                ZG-00033970

**(609)** REDACTED **Hofmann Jeremy** 09:16:37 PM

So I thought that was valuable. I'll free up at 235 for you

Here are my concerns:
1 way too much nuance on bullshit. We will write the policies to make sense for consumers and to sit within the nar rules.
2 these pln's are going to start popping up everywhere very quickly
3 they are only popping up bc of compass
4 we have to say we are going to stomp that out
5 we probably need to say publicly what the policy is going to be to send a chilling effect in next week, even if we aren't entirely across finish line on brokerage deals _

**(847)** REDACTED **Wacksman Jeremy** 09:17:13 PM

Agree on 5 - was just thinking we needed a few deals signed

**(609)** REDACTED **Hofmann Jeremy** 09:17:25 PM

Yep and I think it's 10 days or less regardless

**(847)** REDACTED **Wacksman Jeremy** 10:01:53 PM

REDACTED

**(609)** REDACTED **Hofmann Jeremy** 10:02:10 PM

No part

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                ZG-00033971