Message

**From:** Katie Berroth [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5DAE9699F6D74B278B5A165AD7BAE30E-REDACTED]
**Sent:** 4/7/2025 12:35:03 AM
**To:** Jeremy Hofmann [REDACTED@zillowgroup.com]
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

Thank you. I almost didn't send bc it felt obvious but then I thought "well maybe it isn't" so glad that was helpful.

---

**From:** Jeremy Hofmann <REDACTED@zillowgroup.com>
**Sent:** Sunday, April 6, 2025 7:30:29 PM
**To:** Katie Berroth <REDACTED@zillowgroup.com>
**Subject:** RE: Comms Planning -- Listing Standards & Exp Agreement

Really, really good email.


**JEREMY HOFMANN**
Chief Financial Officer
M 609-REDACTED

**ZILLOW GROUP**
ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

---

**From:** Katie Berroth <REDACTED@zillowgroup.com>
**Sent:** Sunday, April 6, 2025 7:30 PM
**To:** Errol Samuelson <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Jeremy Hofmann <REDACTED@zillowgroup.com>; Jeremy Wacksman <REDACTED@zillowgroup.com>; Brad Owens <REDACTED@zillowgroup.com>; Jun Choo <REDACTE@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

# REDACTED

REDACTED

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-029**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00016027

**From:** Errol Samuelson <REDACTED@zillowgroup.com>
**Sent:** Sunday, April 6, 2025 6:46 PM
**To:** Marissa Brooks <REDACTED@zillowgroup.com>; Jeremy Hofmann <REDACTED@zillowgroup.com>; Jeremy Wacksman <REDACTED@zillowgroup.com>; Brad Owens <REDACTED@zillowgroup.com>; Jun Choo <REDACTED@zillowgroup.com>; Katie Berroth <REDACTED@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

# REDACTED

**From:** Marissa Brooks <REDACTED@zillowgroup.com>
**Date:** Sunday, April 6, 2025 at 2:04 PM
**To:** Jeremy Hofmann <REDACTED@zillowgroup.com>, Camille Chotzen <REDACTED@zillowgroup.com>,

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                           ZG-00016028

Jeremy Wacksman <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Katie Berroth <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Jill Simmons <REDACTED@zillow.com>, Hadley Stecker <REDACTED@zillowgroup.com>, Erika Riggs <REDACTED@zillow.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

One additional thing — we are planning to announce our Showcase partnership with HomeServices of America next week as well via a press release so will have a couple large broker hits next week.


**MARISSA BROOKS**
Vice President, Communications
M 602-REDACTED
@ZillowGroup

**ZILLOW**GROUP

ZILLOW | TRULIA | STREETEASY

---

**From:** Jeremy Hofmann <REDACTED@zillowgroup.com>
**Sent:** Sunday, April 6, 2025 10:48 AM
**To:** Camille Chotzen <REDACTED@zillowgroup.com>; Jeremy Wacksman <REDACTED@zillowgroup.com>; Brad Owens <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Errol Samuelson <REDACTED@zillowgroup.com>; Jun Choo <REDACTED@zillowgroup.com>; Katie Berroth <REDACTED@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Jill Simmons <REDACTED@zillow.com>; Hadley Stecker <REDACTED@zillowgroup.com>; Erika Riggs <REDACTED@zillow.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

Awesome - all makes sense to me. Thank you all.

---

**From:** Camille Chotzen <REDACTED@zillowgroup.com>
**Sent:** Sunday, April 6, 2025 1:47:53 PM
**To:** Jeremy Wacksman <REDACTED@zillowgroup.com>; Brad Owens <REDACTED@zillowgroup.com>; Jeremy Hofmann <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Errol Samuelson <REDACTED@zillowgroup.com>; Jun Choo <REDACTED@zillowgroup.com>; Katie Berroth <REDACTED@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Jill Simmons <REDACTED@zillow.com>; Hadley Stecker <REDACTED@zillowgroup.com>; Erika Riggs <REDACTED@zillow.com>
**Subject:** RE: Comms Planning -- Listing Standards & Exp Agreement

These are good pushes, thanks for the feedback.

The team has been scenario planning over the weekend, and we'd like to continue pushing forward on a Thursday announcement for the Standards + eXp announcement, with the goal of starting reporter outreach and

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00016029

shifting the news cycle in our favor. The urgency is driven by a need to get ahead of competitors—particularly to deter moves like Corcoran's and stop additional PLN announcements.

If Anywhere signs quickly and is ready this week, we'll announce everything together. That said, we don't believe their inclusion is critical for strong coverage. We'll continue rolling out press releases for each new partnership to maintain momentum and keep the conversation active with both industry and mainstream media.

Regarding @Jeremy Hofmann's question about blog post vs. press release for Standards: We're focused primarily on the industry and brokerage-level audiences, so a press release isn't going to be essential to secure coverage (including in mainstream media). A blog gives us more flexibility to update messaging, add FAQs, and include supplemental resources as the policy evolves.

More to come soon.

Camille

**CAMILLE CHOTZEN**
Sr. Director, Real Estate & Employee Communications
M 516.REDACTED
@ REDACTED
**ZILLOW**GROUP

---

**From:** Jeremy Wacksman <REDACTED@zillowgroup.com>
**Sent:** Sunday, April 6, 2025 9:52 AM
**To:** Brad Owens <REDACTED@zillowgroup.com>; Jeremy Hofmann <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Errol Samuelson <REDACTED@zillowgroup.com>; Jun Choo <REDACTED@zillowgroup.com>; Katie Berroth <REDACTED@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Camille Chotzen <REDACTED@zillowgroup.com>; Jill Simmons <REDACTED@zillow.com>; Hadley Stecker <REDACTED@zillowgroup.com>; Erika Riggs <REDACTED@zillow.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

I agree with announcing EXP and listing rules now. I was just pushing on how much non-industry/mainstream media we target in this first round

---

**From:** Brad Owens <REDACTED@zillowgroup.com>
**Date:** Sunday, April 6, 2025 at 9:26 AM
**To:** Jeremy Hofmann <REDACTED@zillowgroup.com>, Jeremy Wacksman <REDACTED@zillowgroup.com>, Marissa Brooks <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Katie Berroth <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Camille Chotzen <REDACTED@zillowgroup.com>, Jill Simmons <REDACTED@zillow.com>, Hadley Stecker <REDACTED@zillowgroup.com>, Erika Riggs <REDACTED@zillow.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

Agree with JH. Want to get the coverage as soon as possible to initiate the snowball effect with the other broker deals, but seems like OK to wait until Thursday on the national coverage push if we can get multiple deals (more meaningful).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                    ZG-00016030

**From:** Jeremy Hofmann <REDACTED@zillowgroup.com>
**Sent:** Sunday, April 6, 2025 8:47:21 AM
**To:** Jeremy Wacksman <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Errol Samuelson <REDACTED@zillowgroup.com>; Brad Owens <REDACTED@zillowgroup.com>; Jun Choo <REDACTED@zillowgroup.com>; Katie Berroth <REDACTED@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Camille Chotzen <REDACTED@zillowgroup.com>; Jill Simmons <REDACTED@zillow.com>; Hadley Stecker <REDACTED@zillowgroup.com>; Erika Riggs <REDACTED@zillow.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

I think if we get to thurs and it's super clear anywhere is going to sign shortly after, I'd argue put it out with exp and then fast follow with anywhere release, and it'll look like a snowball and we get two cycles of it and then get others moving. And each new one after is another cycle of momentum. I think the sooner we get this out, the better vs the news being all about new pln's. Just completely changes the narrative.

Very curious for others thoughts - could see it working either way.

---

**From:** Jeremy Wacksman <REDACTED@zillowgroup.com>
**Sent:** Sunday, April 6, 2025 11:37:54 AM
**To:** Jeremy Hofmann <REDACTED@zillowgroup.com>; Marissa Brooks <REDACTED@zillowgroup.com>; Errol Samuelson <REDACTED@zillowgroup.com>; Brad Owens <REDACTED@zillowgroup.com>; Jun Choo <REDACTED@zillowgroup.com>; Katie Berroth <REDACTED@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Camille Chotzen <REDACTED@zillowgroup.com>; Jill Simmons <REDACTED@zillow.com>; Hadley Stecker <REDACTED@zillowgroup.com>; Erika Riggs <REDACTED@zillow.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

I get the idea of having our policy stuff be an industry message (blog post vs release). I think my question is whether we want to push the big national media converage on this when we just have EXP landed. Do we wait to do that after we sign Anywhere? Then the story is more how Z is aligning with pro-consumer brokerages (plural), and maybe is more credible?

---

**From:** Jeremy Hofmann <REDACTED@zillowgroup.com>
**Date:** Saturday, April 5, 2025 at 12:31 PM
**To:** Marissa Brooks <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Jeremy Wacksman <REDACTED@zillowgroup.com>, Brad Owens <REDACTED@zillowgroup.com>, Jun Choo <REDACTED@zillowgroup.com>, Katie Berroth <REDACTED@zillowgroup.com>, Cynthia Taylor <REDACTED@zillowgroup.com>
**Cc:** Camille Chotzen <REDACTED@zillowgroup.com>, Jill Simmons <REDACTED@zillow.com>, Hadley Stecker <REDACTED@zillowgroup.com>, Erika Riggs <REDACTED@zillow.com>
**Subject:** Re: Comms Planning -- Listing Standards & Exp Agreement

Love all of this. My only question is why not a press release for the listings access one? Everything else sounds great to me. Thank you.

---

**From:** Marissa Brooks <REDACTED@zillowgroup.com>
**Sent:** Saturday, April 5, 2025 3:06:12 PM
**To:** Errol Samuelson <REDACTED@zillowgroup.com>; Jeremy Wacksman <REDACTED@zillowgroup.com>; Jeremy Hofmann <REDACTED@zillowgroup.com>; Brad Owens <REDACTED@zillowgroup.com>; Jun Choo <REDACTED@zillowgroup.com>; Katie Berroth <REDACTED@zillowgroup.com>; Cynthia Taylor <REDACTED@zillowgroup.com>

**Cc:** Camille Chotzen <REDACTED@zillowgroup.com>; Jill Simmons <REDACT@zillow.com>; Hadley Stecker <REDACTED@zillowgroup.com>; Erika Riggs <REDACTED@zillow.com>
**Subject:** Comms Planning -- Listing Standards & Exp Agreement

Hi All --

Below is a summary of our proposed comms strategy for next week when we plan to announce our listing standards and the Exp listing feed agreement. We want to get your feedback and review first and then will bring others along on messaging and tactics (IR, GR, Industry, agent, SE, etc.). High level of what we're proposing:

<u>Announcement</u>: Two separate but simultaneous announcements (Zillow's Listing Access Standards + the eXp partnership) for credibility and significant media attention. This unified announcement underscores Zillow's strategic vision and commitment to industry improvement. StreetEasy will also simultaneously publish its standards for NYC to ensure clarity and unity across Zillow Group brands.

<u>Target timing:</u> Thursday, 4/16. We need three days next week to build assets and educate frontline industry teams about the messaging.

## <u>Goals</u>:

- Deter other brokerages from creating their own Private Listing Networks (PLNs)
- Encourage more brokerages to sign agreements with us
- Encourage MLSs to uphold NAR rules

## <u>Narrative Focus Areas</u>:

- Highlight Zillow Group's stand against anti-consumer PLNs
- Continue educating consumers and media about the benefits of comprehensive home listings and the pitfalls of PLNs
- Showcase Zillow's business resilience and brand power

## <u>Tactics</u>:

### Owned Assets:

- Press release announcing eXp partnership, linking to blog post with listing standards
- Corporate blog post as a high-level source of truth for industry audiences
- StreetEasy blog post to clarify standards and ensure unified stance
- Agent-facing materials, including a video, as a calm source of truth
- LinkedIn/social assets to reinforce messaging

### Earned Media:

- Anchor media narrative with a top-tier national publication (e.g., WSJ, NYT, WaPo, USA Today) and all industry trades (Inman, Real Estate News, HousingWire, The Real Deal, RISMedia + select industry pundits)
- Follow up with other business and consumer outlets

### Internal Comms + FAQs:

- Prepare agent (down to manager level)/broker/MLS frontline teams to address listing transparency and the announcement
- Help teams understand they may not have all answers immediately (we're intentionally dropping big news without the T&Cs of our standards as a means of deterring others from going down the PLN path)
- Guide teams on discussing the spirit of our policy and announcement vs. getting into the details of various scenarios

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                    ZG-00016032

Full outline of comms planning and assets in progress here...drop your feedback and questions in there. Ideally, we would dual track the Exp release with them even if they're still reviewing the agreement. @Errol Samuelson can you ask Leo if it's Wendy Forsythe we should work with on that or someone else on the team?

**MARISSA BROOKS**
Vice President, Communications
M 602-REDACTED
@ZillowGroup



ZILLOW | TRULIA | STREETEASY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                  ZG-00016033