**KB**

**katiebe (Katie Berroth)**

2025-04-09 07:26 AM

~~errol (Errol Samuelson) can you share a copy of signed agreement here~~? (ignore - jackie sent)

**MB**

**marissab (Marissa Brooks)**

2025-04-09 11:20 AM

errol (Errol Samuelson) can you let me know after you speak with James so we know if he's keen to be included tomorrow?

**ES**

**errol (Errol Samuelson)**

2025-04-09 11:21 AM

Will do. I'm in an industry forum call but wrapping that up shortly.

**MB**

**marissab (Marissa Brooks)**

2025-04-09 12:42 PM

Latest here:
1. Errol spoke with James Dwiggins and he's in for signing agreement. We are drafting a net new press release which we would drop FRIDAY morning (to show momentum :ocean:)
2. Leo and team are reviewing press release and blog post now. They are planning their own comms as well and will publish a blog post and social posts tomorrow. Errol and I are reviewing their blog post
3. Team is beginning embargoed media call downs in 15 mins


ctaylor (Cynthia Taylor) reacted with: thankyou_

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-09 12:42 PM

great

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-09 12:43 PM

i've got Glenn at 3 and Damian at 445

**ES**

**errol (Errol Samuelson)**

2025-04-09 12:43 PM

I've got HSOA at 1 pm.

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-09 12:43 PM

ill call reffkin back around 2

**KB**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT PX-033**

ZG-00016844

**katiebe (Katie Berroth)**

2025-04-09 12:59 PM

errol (Errol Samuelson) did you tee up nda? Wil shoot across when you say

**ES**

**errol (Errol Samuelson)**

2025-04-09 01:00 PM

As an aside, Ed Zorn says the CRMLS may ignore NAR and not implement the "delayed marketing" status. Having a board meeting at 2 pm Pacific to discuss.

**MB**

**marissab (Marissa Brooks)**

2025-04-09 01:04 PM

I just spoke with Wendy Forsythe (CMO) and Noor Marzook (head of comms) from eXp. Minor edits from them to the press release which we will incorporate. I also talked them through the distinction of how we're defining what their office exclusive network is vs. the bad actors. They are aligned and plan to use our media briefing doc for Leo as well

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-09 01:11 PM

Awesome Mar

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-09 01:11 PM

Errol - I don't think that bothers us. Any MLS that is even more strict just means we won't get any DMEL listings....and therefore won't display them. Right?


ctaylor (Cynthia Taylor) reacted with: this2


**MB**

**marissab (Marissa Brooks)**

2025-04-09 01:27 PM

Exp social video they plan to publish tomorrow :tada:

489237317_28832881043022578_3574887246136639565_n

MP4 · 4.94 MB

https://zillowgroup.enterprise.slack.com/files/U47ABP5C1/F08N5UP6KSL/489237317_28832881043022578_3574887246136639565_n.mov


junc (Jun Choo) reacted with: fire


**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-09 01:38 PM

They are going to want to spell visibility right before pushing send on that video

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00016845

JH

**jeremyhof (Jeremy Hofmann)**

2025-04-09 01:39 PM

And would give that feedback

replies: 1

JW

**jeremyw (Jeremy Wacksman)**

2025-04-09 02:07 PM

Just had Damian (did it early). All positive there. He's excited to read that details and didn't commit to anything but expects they will be supportive and look to support

JH

**jeremyhof (Jeremy Hofmann)**

2025-04-09 02:08 PM

Great

ES

**errol (Errol Samuelson)**

2025-04-09 03:11 PM

I spoke with Home Services (Chris Kelly). Very supportive of our stance. Appreciated the heads up about tomorrow's announcement. Appreciative of all the work that TG and all of Jun's team is doing for them. Said he'd be willing to send us a listing feed. I'm going to wait until after tomorrow's announcement to send him the agreement. Will add some urgency, I think.

JH

**jeremyhof (Jeremy Hofmann)**

2025-04-09 03:19 PM

Great. I had good chat with Reffkin again. Told him we are excited about nyc, gave him heads up here so he wasn't surprised. He was def taken aback initially and then got more comfortable as I explained there will be a deal to do with us, but we are going to be really public about all the stuff we've told him. He was appreciative of the heads up and we both finished saying plenty for us to do.

Next steps are moving forward on nyc stuff and then getting the broader partnership stuff scheduled. I have those

MB

**marissab (Marissa Brooks)**

2025-04-09 03:20 PM

any indication reffkin will try to beat us to the punchline tomorrow?

JW

**jeremyw (Jeremy Wacksman)**

2025-04-09 03:20 PM

great chat with Glenn. He is THRILLED we are doing this - and said he likely will do the same

ES

**errol (Errol Samuelson)**

2025-04-09 03:20 PM

That's awesome.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00016846

**jeremyw (Jeremy Wacksman)**

2025-04-09 03:21 PM

he thought I was calling to yell about his quote in the BI article, Mar :slightly_smiling_face:

**marissab (Marissa Brooks)**

2025-04-09 03:24 PM

I KNEW it was about us

replies: 3

**katiebe (Katie Berroth)**

2025-04-09 03:24 PM

well at last nobody is drinking their own urine!

**jeremyhof (Jeremy Hofmann)**

2025-04-09 03:30 PM

I was way too opaque with Reffkin to give him much


marissab (Marissa Brooks) reacted with: sunglasses


**jeremyhof (Jeremy Hofmann)**

2025-04-09 03:58 PM

can someone send me the form nda we've been using

**jeremyhof (Jeremy Hofmann)**

2025-04-09 03:58 PM

so i can send to compass

**USLACKBOT**

2025-04-09 04:01 PM

jackiem (Jackie Mohr) has been added to the conversation by Marissa Brooks.

**marissab (Marissa Brooks)**

2025-04-09 04:01 PM

jackiem (Jackie Mohr) can you please send JH the one-way NDA?

**katiebe (Katie Berroth)**

2025-04-09 04:03 PM

I will do it.


marissab (Marissa Brooks) reacted with: thank

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00016847

**MB**

**marissab (Marissa Brooks)**

2025-04-09 04:10 PM

One nit I want to confirm here:

The **current press release says 'listings should be in the MLS within one day of public marketing'\* which is the exact language in our T&Cs. *Do we want to leave it that way?***

Or, could alternatively back it down to the below in this week's comms with the ability to crank it up:

*Listings must be entered in the MLS at the point of public marketing to consumers or we won't take them on Zillow and Trulia for the life of the listing.*

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-09 04:23 PM

i like the latter vs 1 day but don't feel super strongly

**JM**

**jackiem (Jackie Mohr)**

2025-04-09 04:25 PM

I like either - but 1 day feels more supportive of NAR/CCP

**MB**

**marissab (Marissa Brooks)**

2025-04-09 04:29 PM

errol (Errol Samuelson) can you weigh in before we make a call?

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-09 04:30 PM

I like latter too - gives us more flexibility and we can still say 1 day in private convos and negotiations

**ES**

**errol (Errol Samuelson)**

2025-04-09 04:37 PM

Option 2 is actually stricter, no? Option 1 says you can start public marketing and then within 1 day the listing needs to be in the MLS. Option 2 seems to say the listing must be entered 'at the point of public marketing' - that is contemporaneously with the start of ("point of") public marketing. I may be misreading this, though. Generally speaking, aligning with CCP seems to be the right way to go.

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-09 04:38 PM

I defer to Errol judgment here

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-09 04:52 PM

Same - Errol and Mar, you have my proxy. Option 2 sounded more generic to me, but if it will be misinterpreted that's a problme

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                           ZG-00016848

**marissab (Marissa Brooks)**

2025-04-09 05:13 PM

Errol and I chatted --- leaving it at 'within one day of public marketing'

jeremyw (Jeremy Wacksman), jackiem (Jackie Mohr) reacted with: +1

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-09 05:32 PM

Ok caught Ryan Schneider. He is excited about the stick. Bummed he wasn't launch partner but he gets it - and isn't too fussed it's just EXP and Nexthome (would have been more bummed if it was a collection of larger competitors). Remains focused on us hammering out our deal, and said he will say something in support of the stick tomorrow

marissab (Marissa Brooks) reacted with: tada

ctaylor (Cynthia Taylor) reacted with: +1

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-04-09 05:48 PM

Great

**KB**

**katiebe (Katie Berroth)**

2025-04-09 06:15 PM

Hi all! Mar doc / email from Camille is the definitive tiktok for next 24-48. As mentioned, we are also tracking status of NDAs, agreements, etc. including links here. Green = done. Yellow = some form of in progress. Eyeball if anything missing and slack here or add note / color change / links directly.

https://docs.google.com/document/d/1pSjTXv8jDVuQQs2iOMztXjEg5q0mVTS3PDs9ai6xad4/edit?tab=t.0

**MB**

**marissab (Marissa Brooks)**

2025-04-09 06:20 PM

Camille is sending this separately to Soumya/Zuhairah but flagging https://next.frame.io/share/bec663e5-efdc-4827-880f-174e7365a3cb/view/9e83d009-69c9-49d4-b62a-ffc2a398170a|this agent-facing video for viz to you all. It will go out via the PA blog and newsletter and is designed to settle any nerves within our agent partners. It's a great message IMO

**JW**

**jeremyw (Jeremy Wacksman)**

2025-04-09 06:21 PM

errol (Errol Samuelson) did you get Sherry today?

**ES**

**errol (Errol Samuelson)**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                ZG-00016849

[Confidential] Yes. She was flying back from a conference in Texas. I connected with her around 4:15 Pacific when she landed. 1. She appreciated the heads up (she had not yet heard the news from NAR's GC likely due to them both traveling today). 2. She felt that what we were doing was philosophically aligned with NAR (similar to what NAR's GC told Brad). 3. News: Reffkin has asked for / is having a meeting with NAR CEO Nykia on Friday (I believe in Chicago). He's bringing some other large brokers who were not covered in the Sitzer settlement, including Dan Duffy (United Realty). United Realty has slim margins and while their payout was small ($3.7M) given their margin profile, this upset Dan's investors. Sherry didn't know who the other participants would be or what their "ask" was. She did note that Nykia does not seem to be in the mood to make further changes to CCP. Sherry felt that the timing of our news, prior to the Friday meeting, was good.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                                              ZG-00016850