Message

| | |
|---|---|
| **From:** | Errol Samuelson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f6a9d96657ed4d18ab06f6ad34b47149-Errol Samue] |
| **Sent:** | 5/1/2025 4:15:55 PM |
| **To:** | Katie Berroth [REDACTED@zillowgroup.com]; Paras Mehta [REDACTED@zillowgroup.com]; Jeremy Hofmann [REDACTED@zillowgroup.com]; TG Gallaudet [REDAC@zillowgroup.com] |
| **CC:** | Jon Lim [REDAC@zillow.com]; Cameron Swiggett [REDACTED@zillowgroup.com]; Greyson Gardlik [REDACTED@zillowgroup.com] |
| **Subject:** | Re: ZenList - Outreach on Listing Transparency |

When I spoke with eXp about this feature, they said they operate as a true Office Exclusive - the listings are shared among eXp agents via Zenlist but not marketed publicly. And eXp has asked Zenlist to send us a listing feed of these Office Exclusive listings  REDACTED  (that work is in progress – we don't have the feed yet).

It's worth asking ZenList, however, if other brokerages use the feature differently.

---

**From:** Katie Berroth <REDACTED@zillowgroup.com>
**Date:** Thursday, May 1, 2025 at 11:34 AM
**To:** Paras Mehta <REDACTED@zillowgroup.com>, Errol Samuelson <REDACTED@zillowgroup.com>, Jeremy Hofmann <REDACTED@zillowgroup.com>, TG Gallaudet <REDACTE@zillowgroup.com>
**Cc:** Jon Lim <REDACT@zillow.com>, Cameron Swiggett <REDACTED@zillowgroup.com>, Greyson Gardlik <REDACTED@zillowgroup.com>
**Subject:** ZenList - Outreach on Listing Transparency

Hi Paras,

I know we have been in active dialogue with Zenlist lately REDACTED side and we are looking for your help reaching out to them on an separate topic – Listing Transparency.

Their product today has a feature / capability that supports private listing networks. You can see an example of how exp markets this capability at the bottom of this page and in this press release. This feature / capability in the marketplace is facilitating brokerages in being out of step with the Zillow Listing Transparency standards and we would like to work with Zenlist to evolve / remove the feature / capability so that they are not driving adverse outcomes for consumers. @Paras Mehta we are looking for you to drive that conversation with ZenList given you have the most recent / proximate relationship there.

@TG Gallaudet @Errol Samuelson can give more specifics on exactly how the Zenlist feature / capability works and what our ask would be and may be able to join the call as well. I will look to you all to connect on next steps / timeline there. Ideally we would have the discussion with them in the next week so that they have sufficient time to make changes before our standards go live [end of May]. @Jeremy Hofmann @Errol Samuelson let me know if I missed anything.

Best,

Katie

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-035**