Direct Messages between Errol Samuelson and Jon Lim on **2025-04-14**

**JL** **hanlim (Jon Lim)** 2025-04-14 01:06 PM
ou do this?

https://www.redfin.com/news/buyers-should-see-all-the-listings-sellers-should-control-how-their-listing-appears-online/|https://www.redfin.com/news/buyers-should-see-all-the-listings-sellers-should-control-how-their-listing-appears-online/
  Because we believe that all buyers should be able to see all listings, http://Redfin.com|Redfin.com will not publish any listings that have been publicly marketed before being shared with all real estate websites via the MLS. To encourage home-sellers to market their listings via the MLS, Redfin is also asking MLSs to create a coming-soon designation […]
  Buyers Should See All the Listings, Sellers Should Control How Their Listing Appears Online
  https://www.redfin.com/news/buyers-should-see-all-the-listings-sellers-should-control-how-their-listing-appears-online/
  Written by
  Glenn Kelman
  Est. reading time
  1 minute

**ES** **(Errol Samuelson)** 2025-04-14 01:20 PM
made a point of not contacting Redfin. But I'm pleased that they're getting on board. I hoped they would. Glenn has always been pro-consumer, so good for him.

**JL** **hanlim (Jon Lim)** 2025-04-14 01:21 PM

**JL** **hanlim (Jon Lim)** 2025-04-14 01:21 PM
did compass go

**ES** **(Errol Samuelson)** 2025-04-14 01:22 PM
ave another meeting at 2:30 pm today. We're trying to extend the olive branch. If they stopped and thought about it, what we're doing is pro-consumer. If you want private (Taylor Swift) be private. But be private. Not a message to every last person on the internet "wink wink, you can see my private listing, so long as you work with me". How private is that. Anyway, we'll see.

**JL** **hanlim (Jon Lim)** 2025-04-14 01:23 PM
Helpful that Redfin landed somewhere similar to us before your meeting

**JL** **hanlim (Jon Lim)** 2025-04-14 01:24 PM
build a private listing detecting system we should make it available to folks like Redfin too

**ES** **(Errol Samuelson)** 2025-04-14 01:24 PM
ld be generous but I disagree and can explain next time we talk live. Also, they're smart. They'll figure it out.

jonathanlim (Jon Lim) reacted with: +1

**JL** **hanlim (Jon Lim)** 2025-04-14 01:25 PM
your judgment

**PLAINTIFF'S P.I. HEARING EXHIBIT PX-036**
Compass, Inc. v. Zillow, Inc. et al., No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                ZG-00009459