Messages in **mpdm_bradbe--camilleo--jeremyw--brado--errol--matthewhe--marissab--jeremyhof--katiebe-1** on **2025-03-25**

**MB**

**marissab (Marissa Brooks)**

2025-03-25 08:44 AM

Final statement for industry media --- speak now with final edits:

NAR's decision to uphold its Clear Cooperation Policy, including strengthening transparency with a required seller disclosure form for office exclusives, reinforces what we have long known: withholding listings off the MLS and behind a velvet rope limits competition, reduces transparency, and disadvantages buyers, sellers and agents. The updated policy ensures homes either remain available to the public or be entirely private at the seller's direction, eliminating the gray area where listings could be selectively shared for a company's advantage. Requiring a formal seller disclosure further underscores that privately listing a property should be the exception, not the rule. This decision is a win for consumers, since broad listing exposure remains the most reliable and more equitable way for sellers to maximize price and minimize time on the market, while ensuring buyers have equal access to housing inventory and all agents in a market can compete fairly to earn business. We're encouraged by this outcome and continue to support policies that put the consumer first."

**MB**

**marissab (Marissa Brooks)**

2025-03-25 08:50 AM

"NAR's decision to uphold its Clear Cooperation Policy, including requiring a seller disclosure form for office exclusives and pre-marketing, reinforces what we have long known: withholding listings off the MLS and behind a velvet rope limits competition, reduces transparency, and disadvantages buyers, sellers and agents. Requiring a formal seller disclosure further underscores the risk of holding listings off-market and that privately listing a property should be the exception, not the rule. Broad listing exposure remains the most reliable and more equitable way for sellers to maximize price and minimize time on the market, while ensuring buyers have equal access to housing inventory and all agents in a market can compete fairly to earn business. We will continue working with brokers and MLSs to support policies that put the consumer first."

matthewhe (Matt Hendricks) reacted with: +1

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 09:14 AM

https://www.realestatenews.com/2025/03/25/nar-keeping-clear-cooperation-with-a-key-addition
A new complement to CCP will allow for "delayed marketing," giving home sellers the ability to keep their listings out of the IDX feed and off search sites.
NAR keeping Clear Cooperation — with a key addition
https://www.realestatenews.com/2025/03/25/nar-keeping-clear-cooperation-with-a-key-addition

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 09:14 AM

this is what I was worried about. we need to make sure these articles don't all say "not on zillow"

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 09:14 AM

that's not the policy

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                                                       ZG-00016691

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-038

**bradbe (Brad Berning)**

2025-03-25 09:15 AM

bradbe (Brad Berning) has joined the conversation Invited by jeremyhof (Jeremy Hofmann)

**marissab (Marissa Brooks)**

2025-03-25 09:15 AM

Im talking to Jackie and she and Melissa are pushing on us saying the disclosure identifies 'legal risk'

**errol (Errol Samuelson)**

2025-03-25 09:15 AM

Im fine with "legal risk"

**jeremyhof (Jeremy Hofmann)**

2025-03-25 09:15 AM

Same

**jeremyhof (Jeremy Hofmann)**

2025-03-25 09:16 AM

Let's get it out

**marissab (Marissa Brooks)**

2025-03-25 09:16 AM

done

**jeremyw (Jeremy Wacksman)**

2025-03-25 09:16 AM

marissab (Marissa Brooks) camillec (Camille Chotzen) we need to get REN to change this to say "not available via IDX, but available to search sites like Zillow via VOW for customers that login"

**marissab (Marissa Brooks)**

2025-03-25 09:17 AM

on it

**jeremyw (Jeremy Wacksman)**

2025-03-25 09:18 AM

or even just remove that entirely and say "available to MLS participants, which include the portals"?

**errol (Errol Samuelson)**

2025-03-25 09:18 AM

I prefer not mentioning "VOW" per se. I like JW's language

**jeremyw (Jeremy Wacksman)**

right. let's avoid IDX/VOW - but let's get them to remove the "won't be available to sites like Zillow" language - since that's not true. we are MLS participants, we have access

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 09:27 AM

"NAR is also clarifying its policy interpretation that one-to-one, broker-to-broker communications about listings do not trigger CCP requirements," NAR wrote. "However, multi-brokerage communications about a listing will constitute public marketing under CCP."

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 09:27 AM

From the Inman write-up. that seems like a pretty strong clarification that Reffkin can't do what he wants to do

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-03-25 09:34 AM

I haven't seen a compass quote yet

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-03-25 09:35 AM

Will be quite curious whether they declare victory or something different

**MB**

**marissab (Marissa Brooks)**

2025-03-25 09:38 AM

they haven't talked to any of the reporters we've talked to

**MB**

**marissab (Marissa Brooks)**

2025-03-25 09:38 AM

no statement from them yet to any industry or consumer reporters

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 10:16 AM

Glenn called me. "We talked to enough MLSs...the VOW thing isn't going to be enforced"

**MH**

**matthewhe (Matt Hendricks)**

2025-03-25 10:16 AM

meaning they won't allow them to be shown in VOW?

**ES**

**errol (Errol Samuelson)**

2025-03-25 10:16 AM

What does he mean by that?

**JW**

**jeremyw (Jeremy Wacksman)**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00016693

2025-03-25 10:16 AM
they won't enforce that they will be in VOW

**ES**

**errol (Errol Samuelson)**

2025-03-25 10:17 AM

Yeah, well, the DOJ won't stand for that. So they better rethink their plans.

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 10:20 AM

Errol - can you call Ed and find out what they plan to do?

**BO**

**brado (Brad Owens)**

2025-03-25 10:22 AM

# REDACTED: Privileged

**BB**

**bradbe (Brad Berning)**

2025-03-25 10:23 AM

Assuming we have standing as an MLS participant to enforce VOW access as well?

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 10:26 AM

NAR was clear they expect these listings to be made available to all participants. So if a given MLS chooses not to enforce that or implement this delayed marketing status in a way that isn't available to all participants, that feels like a situation where we have leverage (privately or publicly) to change that. My flag here is we should just do our own call downs to get our own read.

marissab (Marissa Brooks) reacted with: 100

**ES**

**errol (Errol Samuelson)**

2025-03-25 10:46 AM

I spoke to Ed Zorn. He will include the listings in VOW. He said that if an MLS didn't include listings in VOW, it would be a violation of NAR policy and we could appeal to NAR. He also said it would be an anti-trust violation and we could sue the MLS.

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-03-25 10:46 AM

Like that last sentence

**BO**

**brado (Brad Owens)**

2025-03-25 10:51 AM

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                                                              ZG-00016694

**REDACTED: Privileged**

**marissab (Marissa Brooks)**

2025-03-25 10:52 AM

Is he willing to talk to reporters? We could guide them to call him

**jeremyw (Jeremy Wacksman)**

2025-03-25 10:59 AM

We should call a few others too

**camillec (Camille Chotzen)**

2025-03-25 11:11 AM

https://www.instagram.com/p/DHobQ0KvLIq/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA%3D%3D

**jeremyw (Jeremy Wacksman)**

2025-03-25 11:12 AM

i don't follow

**camillec (Camille Chotzen)**

2025-03-25 11:12 AM

same, i'm trying to understand what he's trying to do here. errol (Errol Samuelson)?

**errol (Errol Samuelson)**

2025-03-25 11:13 AM

in back-to-back calls here. Sorry for the delay. He said that Art is going to do an op-ed now that the rules are out. And yes, will call a few other MLSs. HAR has a similar status (only 55 listings) today and those listings **aren't in VOW.** I suggested they should rethink that (spoke to Bob Hale a few minutes ago).

**marissab (Marissa Brooks)**

2025-03-25 11:21 AM

I'm reading it as:

1. he's calling out Ob/Windermere and baiting him for board seats in NWMLS
2. he's conflating NAR's CCP policy to INCLUDE the new carveout which the current NWMLS rule doesn't and pushing them to adopt the new NAR rule

**jeremyw (Jeremy Wacksman)**

2025-03-25 12:14 PM

Has he publicly commented on the rule changes anywhere yet?

**marissab (Marissa Brooks)**

2025-03-25 12:20 PM

not that we've seen

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00016695

**camillec (Camille Chotzen)**

2025-03-25 12:51 PM

It looks like Reffkin gave an email statement to RIS.

> "Robert Reffkin, CEO of Compass and one of the most vocal critics of Clear Cooperation from within the industry, told RISMedia via email that the new rule is a tacit acknowledgement by NAR that the Clear Cooperation Policy "restricted home seller choice."
>
> "Expanding choice means that NAR is still not letting homeowners choose precisely how to market their homes, but this is a small step in the right direction," he said. "MLSs shouldn't restrict how homeowners market their homes at all, but by providing them with a longer period of unrestricted public marketing, like 30 days, MLSs reduce their legal risk and homeowners gain more choice that they need and deserve."

**jeremyhof (Jeremy Hofmann)**

2025-03-25 12:52 PM

30 days as an opening salvo

**jeremyw (Jeremy Wacksman)**

2025-03-25 12:59 PM

"small step in the right direction" <-- but i thought he went around promising his investors CCP would be repealed in 30 days?

**marissab (Marissa Brooks)**

2025-03-25 01:01 PM

im shocked he didn't take a stronger POV with the statement given it took them so long to get it out

**errol (Errol Samuelson)**

2025-03-25 01:02 PM

He's signalling the next front for this fight: how long will the windowing period be? CRMLS is thinking 7 days (subject to board approval).

**marissab (Marissa Brooks)**

2025-03-25 01:03 PM

and he is acknowledging it's an MLS fight now

**bradbe (Brad Berning)**

2025-03-25 01:06 PM

DOJ put him on his heels. Could not be stronger.

**errol (Errol Samuelson)**

2025-03-25 01:31 PM

eXp it's about to release the following statement:

Preservation of cooperation is a win for consumers.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00016696

I truly believe that the highest value a seller can receive comes from exposing their property to as many buyers as possible. While there are always exceptions—and sellers have always had the right to choose—I do believe that if a seller prefers not to have their property advertised, they should absolutely have that option.

My biggest concern is the practice of steering sellers into believing that limited exposure is the best option, even when empirical data suggests otherwise.

I support maximum transparency, education and disclosure, always keeping our consumers' best interests in mind, and fulfilling the fiduciary responsibilities we all agreed to uphold when we earned our real estate licenses.

jeremyw (Jeremy Wacksman), bradbe (Brad Berning), matthewhe (Matt Hendricks) reacted with: +1

**JH**

**jeremyhof (Jeremy Hofmann)**

2025-03-25 01:32 PM

good one

**MB**

**marissab (Marissa Brooks)**

2025-03-25 01:37 PM

LOVE the steering comment

bradbe (Brad Berning) reacted with: heart

**ES**

**errol (Errol Samuelson)**

2025-03-25 01:44 PM

He wrote this himself. He told me he purposely chose words like "steered"

**JW**

**jeremyw (Jeremy Wacksman)**

2025-03-25 01:52 PM

Fun one

**image.png**

PNG · 2.33 MB

https://zillowgroup.enterprise.slack.com/files/U12F1NM52/F08KMCZU341/image.png

marissab (Marissa Brooks), bradbe (Brad Berning) reacted with: tada

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                                      ZG-00016697