



Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-046

# Summary of Findings

*Overarching assumption: If Zillow maintains both listing supply and audience, our business remains strong*

- <u>Listing Supply</u>: The settlement bring minimal changes other than brokerage & industry agita, but CoStar's strategy is a threat, and the unrest in the industry can be a tailwind to their efforts
  - ○ Threats: CoStar building Listing Add/Edit, Broker Consortium partnering with CoStar

- <u>Audience</u>: Audience is dependent on listing supply and so the #1 **risk** to audience is listings. We have to continue building an engaging path for buyers (as is our current strategy) through potential shifts from the settlement
  - ○ Threats: Listing access (above), competition via innovation in offerings for an engaging path for buyers

2                                                              *Zillow* GROUP

## Defensive "Must Do's"

| Listing Access | Audience Experiences / Retention |
|---|---|
| ● Monitor for CoStar acquisitions (tech, data) in service of their listing input platform<br><br>● Lobby to remove Co-mingling rule<br><br>● Maintain strong connectivity via Industry team with Broker / Franchisors who may look to break away from MLS / form a consortium; i.e. which brokers:<br>　○ Have 2bn+ TTV<br>　○ Already have a PLN<br>　○ Already positioned and unhappy<br>　○ Have PA overlap with their agents | ● Monitor landscape for any competitors who aggregate information on buyer agreements and / or support alternative models<br><br>● Monitor consumer adoption of different buyer's agent models<br><br>● Continue to invest in consumer experience |

3

≈ Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032297

# Additional Offensive Opportunities to Discuss

- Accelerate ZG Listing Creation / Management products to become source of truth for industry listings
    - Augment / hedge these efforts via a 'bear hug' partnership with input software providers (e.g. CoreLogic), to ensure strong and independent + well placed for M&A should the opportunity / need arise

- Accelerate Showcase adoption so more individual agents are bought in and more likely to stay with Zillow even if their brokerage decides to pursue an exclusive strategy (in house or with a competitor)
    - Heightened importance in light of CoStar acquisition of Matterport (announced 4/22)

- Accelerate ZIBS strategy (ZHL and Spruce attach) and prioritize exploration into new incremental ancillary revenue (e.g. insurance), enhancing margin profile and positioning Zillow to support alternative buying models/economics

- Establish Zillows position on the influence it will have on buying agent commission structure and the value of the buying agent services
    - Critical decision prior to further investments into aided buyer/self service business models

4

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



## Listings Takeaway

The settlement bring minimal changes other than brokerage & industry agita, but CoStar's strategy is a threat, industry dislocation can be a tailwind

| Key Threats | Potential Zillow Plays |
|---|---|
| ● CoStar building Listing Add/Edit<br><br>● Broker Consortium partnering with CoStar | ● Accelerate our own Listing Add/Edit product<br>  ○ Lobby to remove Co-Mingling which can improve portal positioning<br>  ○ Input software 'bear hug' through partnerships<br>● Accelerate Showcase Adoption - more bought in individual agents likely to stay with Zillow even if their brokerage goes exclusive |

6

*Zillow* GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00032300

# Listing Access: Impact from NAR Settlement

The following MAY occur due to the settlement, affecting ZG listing supply

| Potential Change | Details & Impact |
|---|---|
| Co-mingling and/or Clear Cooperation rules goes away, due to weakened NAR's inability to fight and / or further DOJ inquiry | Zillow and other portals would be able to show non-MLS listings on the same page as MLS listings. This *could* encourage more FSBO and Alt Networks that cut out the MLS entirely |
| Requirements to list on the IDX are reduced (to potentially just a license, not "actively endeavoring") | Consumers might be able to find workarounds (through a low cost / inactive agent) to list directly on the MLS. This could encourage more FSBO listings, though the impact on ZG's listing supply would be small |
| MLS value proposition for brokers changes because compensation is not entered | Is this enough to convince brokers to try another listing entry platform? That platform still wouldn't list compensation, only broker websites (if no MLS feed) Note: MLS still has other value props for subscribers / participants, e.g.: <br>● Mid-transaction functions (lockboxes, etc) <br>● Ensuring data quality & IDX rule compliance of individual agents |
| Large brokerages (>$2bn TTV) are frustrated with NAR and are open to MLS alternatives | Do they feel that NAR has abandoned them with the settlement and are open to listing entry alternatives / Rightmove-esque consortiums? Or do they understand that plaintiffs never would have given NAR a settlement that covered them? |

7

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Listing Access Change Scenarios

| | Scenario | Description | Likelihood | Biz Risk |
|---|---|---|---|---|
| | | | Recommend to Prioritize | |
| 1 | **Listing Add / Edit** | Listings are entered in a separately-owned platform (not in the MLS) before being syndicated to the MLS and others. This could lead to limited listing supply, restrictions on data usage / quality, or litigation against Zillow | Medium | High |
| 2 | **Private Listing Networks/ New Brokerage Consortium** | Large brokerages opt out of syndicating listings to the MLS and either:<br>- Create a private platform for listings with exclusive supply<br>- Form a new consortium to aggregate their listings (a la Rightmove) | Low | High |
| 3 | **Co-Mingling Rule Change** | All properties (incl. FSBO) can appear on the same tab. *This increases both the upside opportunity for ZG and risk from Listing A/E and PLNs (above)* | Medium | Low |
| 4 | **IDX terms change** | Zillow loses access to the IDX by losing our broker license, or terms become less favorable (a la BrightMLS threats) | Low | Medium |
| 5 | **Small MLSs break syndication** | In smaller markets where ZG does not have an MLS membership (thus no IDX access), ZG still has individual syndication agreements with those MLSs, which could be broken | Low | Low |

8  ***For more details on each scenario, see*** *below section*

Zillow GROUP

# Double Click: Highest Opportunity Scenarios

We recommend solving for the following scenarios, due to high risk and/or upside for ZG

| Scenario | Potential Downside | Potential Upside |
|---|---|---|
| Listing Add / Edit | Another portal (e.g. CoStar) creates or acquires a listing add / edit platform, and owns a significant amount of listing data and exerts control that threatens our business (details in below section). A Brokerage Consortium could be an adoption channel for CGSP's listing input platform | ZG creates the listing input platform of record: ZG owns a significant amount of listing data, has exclusive listings, and is the source of truth for all listings |
| Private Listing Networks/ Brokerage Consortium | PLNs will require separate agreements with one-off brokerages to display private listings, resulting in potentially unfavorable terms - *consumers preference make this difficult to scale* | Opportunity to build a strong listing platform with exclusive listings |
| Co-Mingling Rule Change | <ul><li>Could increase private listings; need for separate agreements with one-off brokerages</li><li>FSBO properties could increase, quality of listings may decline if we do not own them</li></ul> | ZG has opportunity to build exclusive listing product, including for FSBO properties, that can be displayed on the same tab as MLS properties |

9

*Zillow GROUP*

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



# Audience Takeaway

Audience is dependent on listing supply - the #1 **risk** is listings. We have to continue building an engaging path for buyers (current strategy) through potential shifts from the settlement

## Key Threats

- Listing access (previous section)

- Competition innovation in buyside offerings

## Potential Zillow Plays

- Continue investment into ZIBS and new attach revenue, providing margin to support alternative buyer models

- Innovate on buyer experience, supporting a powered by Zillow, agent optional, buying model

11

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                      ZG-00032305

# Audience Retention: Impact from NAR Settlement

The NAR settlement impact may affect consumer's needs in the buying process, and thus cause audience retention risks if we do not react

| Potential Change | Details & Impact |
|---|---|
| Buying process for everyone changes due to buyer agreement requirement at touring | The buying process now has a new step, that buyers need help understanding and completing |
| More consumers use low-cost or alternative models | There are two key questions:<br>● [Demand] How many consumers will demand a substantially different way of paying agents?<br>● [Supply] What other options will be available to them?<br>　○ How will existing agents react, and what new business models will arise to fill these needs? |

12

≋Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                ZG-00032306

# Audience Retention Threats

There is a **very small threat to the volume of our top of funnel audience** who only browse our listing supply - as long as we maintain the marketplace
- There is a **larger threat to the QUALITY of our audience** - i.e. the higher intent audience gets locked in with another agent or process, and carved away early

| Scenario | Threat | Description | Rationale |
|---|---|---|---|
| Fragmented Buyer Experience | Med | Zillow's website does not help buyers research and select representation, leading to a more fragmented / offline experience for buyers and lower quality traffic for ZG | We make choices on what content / products to surface, and if those choices are alienating an increasingly large segment of buyers, then we could lose quality traffic |
| Competitive Agent Directory / Marketplace | Med | Alternative site and / or offline experience intercepts customers before they click a CTA on Zillow and work with a Zillow PA, leading to lower quality traffic (already have agents) | Difficult for a new entrant to get the data on agent profiles / buyer agreements to create a marketplace, but could happen through a competitor like CoStar, Redfin or Realtor |

13

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                              ZG-00032307

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032308

# Alternative Business Models - Assumptions and Competition

| | Buyer Driven Agency | Services Marketplace | Brokerage First |
|---|---|---|---|
| What needs to be true for this model to be successful? | • Pressure on buy side agent commission continues and some buyers seek alternative path to purchase<br>• Buying agents remain relevant to a subset of buyers that are willing to negotiate fees directly with agents | • Buyers seek a self service path to purchase that supports the completion of the transaction within a single platform<br>• As self directed buyers navigate the transaction they are willing to pay/opt into services and products | • Agents remain an integral part of the transaction, however commissions are compressed and agents are no longer willing pay hefty splits to traditional brokerages<br>• Agents seek a "partner" with the best tech products to support their business |
| Who is currently positioned well to support this model? | • Existing platforms with high consumer traffic volume (**Redfin, Realtor**) that can facilitate a DTC AND agent supported buying process<br>• Those with **strong attach revenue** and margin to supplement buying agent commissions where needed | • Portals with high traffic, strong consumer engagement, and technical sufficient teams, such as **Realtor, and Homes.com**<br>• Platforms that have ancillary products to generate attach revenue and can support the entire transaction | • Platforms and hi-tech brokerages with technically capable teams/products and flexible models such as **Side**<br>• An attractive recruiting pitch enabled by better commission splits and attach incentives such as **Redfin** |

15

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



ZG-00032310



# What is the scenario?

<u>Scenario</u>: Zillow's access to a significant portion of listings is lost or another party gains ownership of the listing data, meaning the terms become unfavorable to Zillow.

This threatens the **supply** side of our marketplace.

*Detailed document <u>here</u>*

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                              ZG-00032312

# Current State Listing Process

| Listing Creation in the MLS | How a listing makes it onto Zillow |
|---|---|
| 1. Listing agent gets licensed as a real estate agent, joins a brokerage, and then joins the various MLSs for their region<br>2. Listing agent meets with home sellers, executes right to sell agreement on a property<br>3. Listing agent logs into MLS add/edit software to create listing<br>4. Listing agent enters required fields for the home (can take anywhere from 45 mins to multiple hours, repeat if multiple MLSs) - cumbersome process for agents<br>    a. Note: MLSs use their databases to autofill many fields so agents don't have to fill it out from scratch (i.e. county record or tax information)<br>5. Home gets photographed<br>6. Agent attaches photos to the listing, then it goes out for display in MLS and IDX which is where Zillow picks up the listing | 1. If a home is listed on an MLS then we get the listings through one of these methods:<br>    a. IDX (because ZG is a broker)<br>    b. Syndication agreements with the MLS (where ZG is not an MLS member OR if the MLS is not part of IDX)<br>2. If a home is not listed on an MLS or if a home is listed on an MLS but is opted out of IDX, then one of the following occurs:<br>    a. Zillow displays the listing on a separate tab (FSBO, New Construction)<br>    b. Zillow has separate agreements to display the listing on our platform (i.e. Howard Hanna)<br>    c. Zillow does not display the listing |

19

≥ Zillow GROUP

ZG-00032313

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032314

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032315



# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
ZG-00032317

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                        ZG-00032318

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032320



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032321

## What are Private Listing Networks?

- A Private Listing Network is similar to an Alternative Listing Network (new listing input system where agents enter their listings directly into that system), with the additional caveat that this system would NOT syndicate listings to the MLS or other third parties.

- This would create exclusive listings for that platform.

- This is currently banned per NAR's Clear Cooperation rule, but given recent rulings and the DOJ's negative stance on this rule, it would likely be a losing battle for NAR.

# REDACTED: Privileged

28

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00032322

## Would a Private Listing Network work?

*Private listing networks may work in individual markets where a given brokerage (e.g. Compass) has overwhelming market share, however, we don't believe these are a threat at scale. **Sellers will always want their homes syndicated broadly** - which is why ALNs are more of a threat than PLNs*

| Why it might work | Why it wouldn't work |
|---|---|
| • Exclusive markets: In luxury markets, private listing networks sometimes gain adoption - when the seller *wants* exclusivity<br>• Compass example: When a brokerage has high market share (>70%) in a given market, they can attempt a PLN - but this does not scale | • Anti-consumer: Sellers overwhelmingly want broad distribution (esp. on Zillow) of their listings, and would not work with an agent that couldn't give them this<br>  ○ Rapattoni example: agents were more concerned about ZG listings updating than MLS listings when the system went down |

**Mitigation**: Create separate agreements with PLNs to display their listings on Zillow's platform, though depending on comingling rules we may need to display those listings on a different tab.

29

≥ Zillow GROUP



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032324

# What is the Co-Mingling Rule?

- Co-mingling is the practice of displaying or combining listings from multiple sources on a single website or platform. This could involve aggregating listings from various MLSs (Multiple Listing Services), brokerages, or other real estate data providers.

- Commingling is an optional rule from NAR and each MLS decides if they will adopt it. The majority of MLSs have prohibited co-mingling, which means that MLS data must be displayed on a different tab than other listings (rentals, FSBO, NewCon) on Zillow's platform

31

*Zillow* GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                ZG-00032325

## Could Co-Mingling Rules Change?

Co-mingling is more likely to be banned as a fast follow to the NAR settlement, as the ruling has created a swell of pro-consumer focus in the industry. Co-mingling is not considered to be a consumer-friendly rule because it's not in the best interest of the consumer to toggle between pages when searching for a home
- Many MLSs have already banned the co-mingling rule, however more still prohibit co-mingling than don't

**REDACTED: Privileged**

32

*Zillow* GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00032326

# The Upside for Zillow if Co-Mingling is Banned

If the co-mingling rule is banned, all listings could appear on the same tab on Zillow's platform, which makes non-traditional listing solutions, such as For Sale by Owner (FSBO), more attractive to home sellers who do not want to pay a seller's commission yet still want their listings to be seen by as many consumers as possible.

If Zillow is able to build a strong and user-friendly add/edit tool for FSBO properties, we could capitalize on a consumer base who may not have otherwise wanted to list their home and create Zillow-exclusive listings for these customers

33

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032327



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# What is a Brokerage Consortium?

A Brokerage Consortium would be a group of brokerages with large combined market share of listings who create a company together that captures listings and publishes them - either exclusively (a PLN) or that then syndicates broadly (a listing input system).

An example of this is Rightmove, the dominant property portal in the UK.

A consortium would not need to build a new portal from the ground up - they could buy an existing portal (Redfin, etc) or partner with a competitor (Homes.com)

35

≈Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                    ZG-00032329

# Rightmove Example

Rightmove became the dominant listing portal in the UK in three steps:

| 1. Found a broker consortium, with supply-side data advantage | 2. Focus on quality of content while attracting consumers | 3. Get lucky - Broadband increases traffic |
|---|---|---|
| • Rightmove was founded in 2000 by the four largest estate agent brokerages in the UK<br>• This gave them 25% of listing stock off the bat, while their competitors had 2-5% | • While building their platform, Rightmove focused on quality content and search functionality to attract consumers<br>• Competitors (from media backgrounds) focused on ads, and built a worse product | • Once broadband became widespread in the UK (around 2007), Rightmove traffic took off<br>• From there, Rightmove's market dominance was locked in a positive feedback loop |

A large part of Rightmove's success is due to both their initial listing data advantage, as well as the lack of credible competition (which doesn't exist today in the U.S.)

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST | SHOWINGTIME

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032330

# Brokerage Market Share Today

Today, the top five brokerages have ~40% market share, while the top two alone have ~22% share

| Rank | Name | Transaction Sides 2022 | % US Transaction Sides |
|------|------|------------------------|------------------------|
| 1 | Keller Williams (includes Canada) | 1,100,000 | 11.5% |
| 2 | Re/Max (includes Franchise Group) | 988,480 | 10.4% |
| 3 | Anywhere Brand (Franchise Group only) | 911,077 | 9.5% |
| 4 | eXp Realty | 444,376 | 4.7% |
| 5 | Anywhere Advisors (owned brokerage) | 317,600 | 3.3% |
| -- | **Total** | **3,761,533** | **39.4%** |

*Source*

37

Zillow GROUP

# What would this look like?

Options:
- Build themselves (unlikely)
- Get friendly with Homes.com
  - Highest risk, best tech, worst case scenario for ZG
- Get friendly with Compass
  - Compass did have a strategy to externalize the platform to sell it as a SasS product to other brokerages, but this was paused (vision is get to a SaaS multiple)
  - Lots of tech debt, bad financial position
- Get friendly with Redfin

38

*Zillow* GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032332

## Would a Brokerage Consortium work?

| Why it might work | Why it wouldn't work |
|---|---|
| • Broker market share: Large brokerages have 40% market share, and market-by-market some may have more sway (e.g. Howard Hanna in Cincinnati)<br>• Leverage: Brokers don't need to create a totally separate listing input platform, but the large ones could gain leverage by banding together, forcing favorable (and anti-ZG) rule change in the IDX, for example | • Technology requirements: too onerous for brokerages, see Upstream example below<br>• Existing competition: Portals like Zillow that already exist make it difficult to gain audience (see CoStar's tactics and spend)<br>• Upstream: In 2013, REALTY led push to develop alternative listing input platform, but the tech infrastructure was too difficult and expensive - never got off the ground |

**Summary**: Brokerages Consortiums are unlikely to develop a competitive PLN or ALN, however, the largest brokerages could have significant bargaining power if they band together

39

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032333



# Double Click: Highest Priority Scenarios

We recommend solving for the following scenarios, due to high risk and/or upside for ZG

| Scenario | Potential Downside | Potential Upside |
|---|---|---|
| **Listing Add / Edit** | CoStar owns a significant amount of listing data and exerts control that threatens our business (details in below section) - *can be mitigated* | ZG owns a significant amount of listing data, has exclusive listings, and is the source of truth for all listings |
| **Private Listing Networks** | Will require separate agreements with one-off brokerages to display private listings, potential for unfavorable terms - *consumers unlikely to allow at scale* | Opportunity to build a strong direct listing platform with exclusive listings |
| **Co-Mingling Rule Change** | • Could increase private listings; need for separate agreements with one-off brokerages<br>• FSBO properties could increase, quality of listings may decline if we do not own them | ZG has opportunity to build exclusive listing product for FSBO properties that can be displayed on the same tab as MLS properties |

41

*Zillow* GROUP



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## What is the scenario?

Scenario: Our top of funnel audience is threatened (or can be improved) by NAR Settlement fallout.

This threatens the **demand** side of our marketplace.

43

*Zillow* GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                     ZG-00032337

# NAR settlement will change consumer needs

Consumer needs will change in two critical ways

| Potential Change | Details & Impact |
|---|---|
| Buying process changes significantly due to buyer agreement requirement | The buying process now has a new step, that buyers need help understanding and completing |
| More consumers use low-cost or alternative models | There are two key questions:<br>• [Demand] How many consumers will demand a substantially different way of paying agents?<br>• [Supply] What other options will be available to them?<br>  ○ How will existing agents react, and what new business models will arise to fill these needs? |

When **consumer's needs** change, this changes how our top of funnel audience uses ZG

44

Zillow GROUP

## How will this affect our audience?

There are three main value drivers for our audience, that will be affected to various degrees:

1. **Product UX**: Not affect by the settlement

1. **Listing Supply**: *See previous section*
   Focus of this scenario

1. **Other Relevant Content / Experiences**: Audience needs will change, especially for high intent movers, therefore there is some risk and (greater) opportunity here

45

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00032339

# Change 1: Buyer's Agreements

| Consumer Needs | Potential Solutions (not just ZG) |
|---|---|
| ● Guidance on how to pick a buyer's agreement / agent<br><br>● Transparency on their options as a consumer<br><br>● Will selecting a buyer agreement / agent be a new step that requires browsing, similar to looking for listings? | ● Buyer agreement guidelines - standards, how-to's, templates available directly to consumers to propose to agents, etc<br><br>● Marketplace to browse agents and their buyer's agreements, and other information used to make their selection |

46

*Zillow* GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00032340

# Change 2: Adoption of New Models

| Consumer Needs | Potential Solutions (not just ZG) |
|---|---|
| • Cheaper ways of paying buyer's agents for the same services (high touch)<br><br>• Different / fewer services from buyer's agents for even cheaper prices (low touch) | • Marketplace to browse agents and buyer agreement, **including** new models (below)<br><br>• New models for buyer's agent services, such as DIY platforms, or a la carte services that offer individual aspects of the buyer's agent job, no commission |

47

Zillow GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00032341



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032345

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032346

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032347

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032348



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032349