Message

**From:** Leo Pareja [REDACTED@exprealty.net]
**Sent:** 4/17/2025 5:24:51 PM
**To:** Errol Samuelson [REDACTED@zillowgroup.com]
**Subject:** Fwd: ✨ Just dropped: 1 Exclusive home in Durham & more

Leo Pareja

Begin forwarded message:

> **From:** Marti Hampton <[REDACTED]>
> **Date:** April 17, 2025 at 4:53:37 PM EDT
> **To:** Leo Pareja <[REDACTED]@exprealty.net>
> **Subject: Fwd: ✨ Just dropped: 1 Exclusive home in Durham & more**
>
> **Leo - if we do have that conversation about Clear Corporation Policy, here's something Zillow's partner, Opendoor, is doing to increase inventory NOT in MLS. it's called Opendoor Exclusives and i hope the details come through on this email. If we have Zillow's partner working against us in such a blatant way, why should we bow to their dictates? Why not make a killer deal with Home.com verse zillow?**
>
> --
>
> **Marti Hampton**
> Broker Owner & Team Leader, Marti Hampton Real Estate - Brokered by eXp Realty
>
> **A** 100 Lynn Road, Raleigh, NC 27609
> **M** [REDACTED]
> **E** [REDACTED]
> **W** www.martihampton.com
>
> AGENTS → We're hiring! Learn more about eXp Realty
>
> ----- Forwarded Message --------
> **Subject:** ✨ Just dropped: 1 Exclusive home in Durham & more
> **Date:** Thu, 17 Apr 2025 14:01:22 +0000
> **From:** Opendoor Exclusives <contact@opendoor.com>

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-051**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ZG-00011471

Reply-To: exclusive@opendoor.com
To: marti@martihampton.com

# ✨ Just Dropped: 1 new home for you

**See new homes**

**$555,000**  ~~$598,000~~

3 bd · 2.5 ba · 2,575 sqft



**See new homes**

# 🔥 Trending homes: Tour these before they're gone!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ZG-00011472

**$318,000**  ~~$340,524~~

3 bd · 1 ba · 929 sqft

**$285,000**  ~~$316,000~~

3 bd · 2.5 ba · 1,574 sqft

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**$406,000**  ~~$435,000~~

4 bd · 2.5 ba · 2,206 sqft

**$298,000**  ~~$322,000~~

3 bd · 2 ba · 1,478 sqft

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ZG-00011474

**$755,000** ~~$781,944~~

4 bd · 3.5 ba · 2,945 sqft

███████████████████████

## Stay ahead with exclusive homes, not listed on the MLS

**Lead the way**

Show your buyers homes they won't see anywhere else

**Get paid up to 3%**

Earn up to 3% when your client buys an Exclusives home

**Data drives deals**

We've priced more than 2M homes so we know what moves the market

## Get more relevant Exclusive homes in your inbox.

Tell us what you're looking for

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ZG-00011475

## Questions?
### We're here to help. Reach us 9am - 7pm

exclusive@opendoor.com



©2025 Opendoor Labs Inc. All Rights Reserved.
Opendoor, 410 N. Scottsdale Rd. Suite 1600
Tempe, AZ 85288

Opendoor Exclusives program provided by Opendoor Labs Inc. and its affiliated companies. Licensed advertising and marketing services provided by Opendoor Connect to the Opendoor Exclusives Program.



View our Privacy policy and Terms of service

Unsubscribe

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ZG-00011476