**WILSON SONSINI**

Bonnie Lau
blau@wsgr.com
O: 415-947-2000

Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

# HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY

October 22, 2025

**VIA EMAIL**

Chahira Solh
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com

Re:   *Compass, Inc. v. Zillow, Inc. et al*, Case No. 1:25-cv-05201-JAV (S.D.N.Y.)

Counsel:

Pursuant to the parties' agreement, Defendants disclose the data attached as Tables 1 through 3 regarding Zillow's enforcement of the Listing Access Standards as of October 15, 2025.

Zillow reserves all rights to amend or supplement this information at any time.

Sincerely,

*/s/ Bonnie Lau*
Bonnie Lau
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y.)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-056**

**WILSON SONSINI**

October 22, 2025  **HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY**
Page 2

### Table 1: Listing Violation Count and Total New Listings by Brokerage (May 28-Oct. 15, 2025)

| Brokerage Brand | Listing Violations | Total New Listings | Listing Violation % of Total New Listings |
|---|---|---|---|
| Beacham and Company | 1 | 67 | 1.493% |
| Bend Premier Real Estate LLC | 1 | 60 | 1.667% |
| Berkshire Hathaway | 2 | 42,686 | 0.005% |
| Campos International Group | 1 | 18 | 5.556% |
| Century 21 | 8 | 35,544 | 0.023% |
| Coastal Life Realty Group LLC | 1 | 153 | 0.654% |
| Coldwell Banker Sun Country | 1 | 82,572 | 0.001% |
| Compass | 700 | 49,180 | 1.423% |
| Corcoran | 3 | 3,228 | 0.093% |
| Douglas Elliman Real Estate - Residential - Brokerage | 1 | 4,552 | 0.022% |
| Full Circle Texas -- 9009647 | 1 | 59 | 1.695% |
| Grant & Co., Realtors | 1 | 60 | 1.667% |
| Gucciardo Real Estate Group LLC | 1 | 56 | 1.786% |
| Howard Hanna | 17 | 13,923 | 0.122% |
| Iron Valley Real Estate North Florida | 1 | 1,811 | 0.055% |
| Real Broker | 1 | 21,093 | 0.005% |
| Serhant | 1 | 1,002 | 0.100% |
| Sothebys | 10 | 23,002 | 0.043% |
| Tierra Antigua Realty | 2 | 872 | 0.229% |

**WILSON SONSINI**

October 22, 2025     **HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY**
Page 3

### Table 2: Agent Count by Cumulative Listing Violation Count
### (May 28-Oct. 15, 2025)

| Brokerage Brand | Number of Agents by Cumulative Violation Count | | |
|---|---|---|---|
| | 1 | 2 | 3 or more |
| Beacham and Company | 1 | | |
| Bend Premier Real Estate LLC | 1 | | |
| Berkshire Hathaway | 2 | | |
| Campos International Group | 2 | | |
| Century 21 | 8 | | |
| Coastal Life Realty Group LLC | 1 | | |
| Coldwell Banker Sun Country | 2 | | |
| Compass | 679 | 68 | 18 |
| Corcoran | 5 | | |
| Douglas Elliman Real Estate - Residential - Brokerage | 1 | | |
| Full Circle Texas -- 9009647 | 1 | | |
| Grant & Co., Realtors | 1 | | |
| Gucciardo Real Estate Group LLC | 1 | | |
| Howard Hanna | 13 | | 1 |
| Iron Valley Real Estate North Florida | 1 | | |
| Real Broker | 1 | | |
| Serhant | 2 | | |
| Sothebys | 8 | 1 | |
| Tierra Antigua Realty | 3 | | |
| **Total** | **733** | **69** | **19** |

**WILSON SONSINI**

October 22, 2025  **HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY**
Page 4

### Table 3: Listings Suppressed Due to Listing Access Standards Violations (May 28-Oct. 15, 2025)[1]

| Address | Brokerage Brand |
|---|---|
| ▓▓▓ Gaithersburg, MD 20878 | Compass |
| ▓▓▓ Washington, DC 20009 | Compass |
| ▓▓▓ Washington, DC 20005 | Compass |
| ▓▓▓ Washington, DC 20001 | Compass |
| ▓▓▓ Potomac, MD 20854 | Compass |
| ▓▓▓ Chevy Chase, MD 20815 | Compass |
| ▓▓▓ North Bethesda, MD 20852 | Compass |
| ▓▓▓ Bethesda, MD 20814 | Compass |
| ▓▓▓ Washington, DC 20032 | Compass |
| ▓▓▓ Washington, DC 20001 | Compass |
| ▓▓▓ Gaithersburg, MD 20878 | Compass |
| ▓▓▓ DE 19975 | Compass |
| ▓▓▓ Washington, DC 20010 | Compass |
| ▓▓▓ Washington, DC 20005 | Compass |
| ▓▓▓ Rockville, MD 20850 | Compass |
| ▓▓▓ Riverdale, MD 20737 | Compass |
| ▓▓▓ Washington, DC 20009 | Compass |
| ▓▓▓ Washington, DC 20010 | Compass |
| ▓▓▓ Washington, DC 20016 | Compass |
| ▓▓▓ Annapolis, MD 21401 | Compass |
| ▓▓▓ Washington, DC 20009 | Compass |
| ▓▓▓ Vienna, VA 22181 | Compass |
| ▓▓▓ Ambler, PA 19002 | Compass |
| ▓▓▓ Takoma Park, MD 20912 | Compass |
| ▓▓▓ Lorton, VA 22079 | Compass |
| ▓▓▓ Washington, DC 20005 | Compass |
| ▓▓▓ Boca Raton, FL 33433 | Compass |

---

[1] Zillow did not begin suppressing listings until June 30, 2025.