

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT**
**PX-081**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## 2024 Objectives and Key Results

| | 2024 Objective | Key Result (KR) | Key Results Metric | 2024[3] FY Actuals |
|---|---|---|---|---|
| Free Cash Flow Positive | We deliver on the Company's commitments to our employees, customers and investors to be Free Cash Flow positive on a full year basis. | Enterprise Cash Flow | 2024 FCF Budget: +$30M | $105.8M +$75.8M |
| Agent Growth and Retention | Talented customers choose Compass as the best place to grow their business and we provide so much value to our customers through exceptional technology, products, and services that they choose to remain affiliated with Compass. | Net Agent Growth & GCI Retained | Net Principal Agents/Qtr: 100 GCI Retained >90% | Net Principal Adds: 693[4] +293 GCI Retained: 94.51% +141bp |
| Company Gross Margin % | Customers recognize that we help them grow their business through in person connectivity, technology and services resulting in improved economics for our customers at Compass. | Increasing Company Gross Margin YoY | 2024 Gross Margin: 17.86%[1] | 17.67% (19)bp |
| Technology Adoption | Usage of the Compass technology platform increases in both frequency and depth, as customers recognize the ways the platform helps them run their business more effectively and drive business growth. | Average Weekly Sessions Per Agent | Sessions Per Agent Per Week: 15.3 | 16.0 +0.7 |
| Integrated Services | Deliver even more value to our customers and their clients through an improved transaction experience by adding integrated services. | Attach Rate (%) | 2024 Attach Rate[2]: 35.4% | 34.00% (140)bp |
| Employee Experience | I would recommend my manager to another employee at Compass. | % of Employees Would Recommend Their Manager | % Recommended: 86%[1] | 86% 0bp |

COMPASS    February 2025

Notes:
(1) OKR budget finalized after Q1 board meeting.
(2) Calculated on a 'same store sales' basis for all active T&E entities in 2023.
(3) 12 city rep; except employee OKR which is a single annual measurement.
(4) Excludes agents who joined via M&A transactions during 2024.

Board Materials, Confidential, Do Not Forward

Agenda Slide 01

CZ_COMP_000111663

# Why the Compass 3-Phased Marketing Strategy is Good for Homeowners

COMPASS

Board Materials, Confidential, Do Not Forward

# The Problem

COMPASS

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



CZ_COMP_000111666

# Homeowners Want Off-MLS Exposure

There is significant seller demand to market off-MLS. Off-MLS listings are not new. Nearly every brokerage in the country has off-MLS listings.

In a January 2025 Zillow survey of US Consumers, "31% say they would prefer to have it listed on a private listing network," if they were selling a home they owned.

Board Materials, Confidential, Do Not Forward

Source: Zillow January 2025 survey of 2,000 US Consumers. https://www.zillow.com/research/pln-sellers-survey-34755/

https://www.zillow.com/research/pln-sellers-survey-34755/
"Americans are split on where they prefer their home to be listed. If they were selling a home they owned, 39% say they would prefer to have it listed on a consumer real estate website, such as Zillow or Redfin, 31% say they would prefer to have it listed on a private listing network and 31% had no preference. "

There isn't a single thing Compass advocates for that the most sophisticated sellers of real estate - developers and homebuilders - aren't doing every day. They have been carved out of the Clear Cooperation Policy the entire time.

COMPASS

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111668

## If "Maximum Exposure equals Maximum Price" why did real estate developers & homebuilders sell 300,000+ homes without listing on the MLS & Zillow last year?

### Listing on Pulte site (top 10 developer)



### No Listing on Zillow



### Pulte Protects Listing:

- No Days on Market
- No Price Drop History
- No Zestimate
- No Weather Statistics
- No Hiding Agents Contact Info
- All Listing Inquiries go to Listing Agent
- 100% of buyer engagement visible (unlike when buyers are on portals)
- Ensures photos can be taken of internet

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# The Solution

COMPASS

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# The 3-Phased Marketing Strategy

COMPASS

Board Materials, Confidential, Do Not Forward

CZ_COMP_000111671

# The 3-Phased Marketing Strategy

**Phase 1:** Start listing as a *Private Exclusive*

---

**Phase 2:** Move listing to *Compass Coming Soon*

---

**Phase 3:** Go 'active' on MLS & live on Portal sites with benefit of price discovery from Phase 1+2

COMPASS

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**Phase 1:** Agent Script

"With **Compass Private Exclusive**, I can privately market your home to the largest network of top agents—without the risks of public price drops or accumulating days on market. **This phase allows us to test price, gain critical pricing insights, and generate early demand**. The pre-market exclusivity creates urgency among serious buyers—all while keeping us in full control to adjust strategy as needed. Sometimes you find a buyer that will pay a premium for certainty or pay a premium to not have competition"

## Private Exclusives come up **1st** when Agents search on Compass.com (a free sponsored ad)



Board Materials, Confidential, Do Not Forward

CZ_COMP_000111674



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Improve Your Ranking on Google

*You can increase the chance that Google ranks your listing link **first** in search results because you brought the property to the internet first*





HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**Phase 2:** Agent Script

"Next, we broaden your reach with a second "pre-market" phase through **Compass Coming Soon** on Compass.com. In this phase the home is showcased to all agents and consumers on the internet, without the risk of exposure from the MLS and Portal Sites, where days on market and price drops are publicly displayed."

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



## **Phase 3:** Agent Script

"Armed with feedback from agents and buyers, we strategically launch your home to the public market. By this stage, we'll have refined pricing, addressed any concerns, and optimized the presentation of your property. This ensures we enter the market with maximum demand and confidence to achieve the best outcome for you."

"This phased marketing approach is far more effective than a single public launch because in the same way movies launch multiple trailers to build excitement and demand, the 3 phased marketing strategy allows us to launch your listing multiple times, to build excitement and demand."

COMPASS

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Compass will buy billboards for any office that uses phased marketing on **80%** of listings



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## How a Top Agent Communicates the Value of *Private Exclusives* To Sign Buyer Agency Agreements

"At Compass, our team has access to a wide range of listings that match your criteria, including many exclusive properties not publicly advertised and exclusive to Compass. To provide you with the most comprehensive home search experience and ensure we can show you these off-market opportunities, we require signing a buyer agency agreement. This agreement allows us to fully represent your interests and offer you our complete range of services."

Board Materials, Confidential, Do Not Forward

CZ_COMP_000111682



CZ_COMP_000111683



CZ_COMP_000111684



We are engaging 150+ MLSs across the country to advocate for more flexibility on how sellers market their homes, prioritized by Compass listing volume.

We are asking for new or updated MLS entry statuses that can be publicly marketed and shown for a reasonable time, do not accrue DOM or price history, and do not syndicate to portals via IDX but are available in back-office feeds.

These requested rule changes allow Compass agents to perform pre-marketing through Private Exclusive and Compass Coming Soon listings.

9 MLSs have already shifted their rules from our engagement, unlocking an additional ~17% of listings that are available to be pre-marketed through the 3-Phased Marketing Strategy.

Top ~30 MLSs - Engagement led by Central Team

Led by Central Ops team - partnering w/ local teams as needed

Focused on top 20 MLSs remaining by listing volume where we cannot do Compass Coming Soons for more than 1 business day today, accounting for 44% of Compass listing volume

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Title with all text block





HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



I'm winning more business + positions better for seller
16% Faster to Accepted Offer
Listings that are pre-marketed receive an accepted offer 6 days faster once active on the MLS.

17X More Direct Inquiries
Coming Soon listings on Compass.com receive more clicks on 'Contact Agent' compared to other listings on our site.

16% More Open House Traffic
Once on the MLS, Compass listings that are pre-marketed receive more Open House traffic than those that are not.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Footnote: Listings following 3-Phased Marketing consist of listings that were previously in a Private Exclusive status and a Compass Coming Soon status during their lifespan.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



CZ_COMP_000111691



I'm winning more business + positions better for seller
16% Faster to Accepted Offer
Listings that are pre-marketed receive an accepted offer 6 days faster once active on the MLS.

17X More Direct Inquiries
Coming Soon listings on Compass.com receive more clicks on 'Contact Agent' compared to other listings on our site.

16% More Open House Traffic
Once on the MLS, Compass listings that are pre-marketed receive more Open House traffic than those that are not.

**Sales leaders believe The Compass 3-Phased Marketing Strategy is improving Agent Productivity, Retention and Growth – particularly in "enhanced" markets.**

We expect sentiment will translate into measurable financial improvements attributable to our unique inventory in the future.

| | Jan 2025 Compass SM / SGM Survey | Enhanced Markets[1] (NYC, SF, DMV, PHI) | All Other Markets |
|---|---|---|---|
| **$ Agent Productivity** | % of SMs who agree that "Compass inventory strategy is helping agents win more business with buyers" | **84%** | 57% |
| | % of SMs who agree that "Compass inventory strategy is helping agents win more business with sellers" | **81%** | 66% |
| **$ Agent Retention** | % of SMs who believe "Compass' exclusive inventory is compelling for overall agent retention" | **100%** | 96% |
| **$ Agent Growth** | % of SGMs who believe "Compass' exclusive inventory is compelling in recruiting prospective agents" | **100%** | 92% |

COMPASS    1. "Enhanced Markets" are those with structural advantages for exclusive inventory - e.g., depth of inventory, adoption, favorable ruleset, etc.    Board Materials, Confidential, Do Not Forward

Market dynamics to be a voiceover (GCI of the market buckets)
Renewals to be a voiceover





Board last saw: 155% uplift (9% to 23%)
Back up - include listing volume for each market

CZ_COMP_000111695



Listings that completed 3 phase marketing in the time period
Approximate share in each market (include in the TPs)

CZ_COMP_000111696