

**Board Meeting**

April 2025

COMPASS

Board Materials, Confidential, Do Not Forward

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-082**



# Agenda

| Start Time | End Time | Allotted Time | Topic | Presenters | Non-Director Attendees |
|---|---|---|---|---|---|
| 10:00AM | 10:05AM | 5 mins | Board Chair Opening Remarks | Mr. Reffkin | All Management |
| 10:05AM | 10:10AM | 5 mins | 1. Legal and Administrative Matters:<br>   1.1. Board Minutes | Mr. Serwin | All Management |
| 10:10AM | 10:25AM | 15 mins | 2. Q1 Operations Update | Mr. Reefkz | All Management |
| 10:25AM | 11:55AM | 90 mins | 3. CEO Update / Strategy Review | | |
| | | |    3.1. Market Conditions & Our Strategy | Mr. Reffkin<br>Ms. Alexander | All Management |
| | | |    3.2. Inventory Update | Ms. Alexander<br>Mr. Crosby | All Management |
| 11:55AM | 12:40PM | 45 mins | Lunch | | |
| 12:40PM | 1:05PM | 25 mins | 4. Q1 Finance Update | Mr. Reellzz<br>Mr. Wahlers | Mr. Serwin<br>Ms. Lichtman |
| 1:05PM | 1:15PM | 10 mins | 5. Committee Readouts -<br>Compensation and Nominating &<br>Corporate Governance Committees | Mr. Phillips<br>Mr. Thomas-Graham | Mr. Reellzz<br>Mr. Serwin<br>Ms. Lichtman |
| 1:15PM | 2:00PM | 45 mins | 6. Executive Session<br>   6.1. M&A Update (Pipeline and M&A Update)<br>   6.2. Approval of Amendment to CIRB Merger<br>      Agreement<br>   6.3. Approval of M&A Committee Minutes<br>   6.4. Approval of AWS Contract<br>   6.5. Other matters, if any | Independent Directors | Mr. Reellzz<br>Mr. Serwin<br>Ms. Lichtman<br>Ms. Oliver<br>Mr. Golden<br>Mr. Wong |
| 2:00PM | | | Adjournment | | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111586



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Agenda Slide 01

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Agenda Slide 01

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111591



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111593

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111595

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111598

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111603



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111610



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



**NAR's announcement has minimal impact on Compass' inventory strategy.**

*The Compass 3-phased Marketing Strategy is not limited/restricted by NAR's announcement, and we remain focused on seller adoption & minimizing confusion/distraction in the field.*

- ~50% of Compass' listing volume is in MLSs with rules permitting public marketing of Compass Coming Soons publicly for more than 1 business day. Most of these MLSs do not currently plan to change course based on NAR's new policy requirement.

- MLS engagement remains a priority to:

  - 1) ensure favorable rules are maintained by MLSs currently allowing more than 1 business day of public marketing of Compass Coming Soons, and

  - 2) advocate for favorable rules changes at other MLSs where NAR's new policy requirement is a catalyst for change.

COMPASS    April 2025

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111613

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111614



**Zillow's policy restricts public marketing of Compass Coming Soons to one business day, unless sellers are comfortable with their home never being marketed on Zillow and Redfin.**

> *Compass Private Exclusives are not impacted; our ability to publicly market Compass Coming Soons on Compass.com for more than 1 business day is hindered.*

- Compass Private Exclusives are not impacted, as we are able to continue to privately market listings.
- This will change nothing in markets representing ~50% of our listing volume, where Compass Coming Soons already can only be publicly marketed for one business day, based on MLS rules.
- The other ~50% of our listing volume is in markets where the MLSs permits more than one business day of public marketing, which is not allowed with the new Zillow's standards.
- ~$110M of Gross Commission Income (GCI) and ~$12M of Net Company Dollar (NCD) is associated with teams who are part of the Zillow Flex program, where Zillow is paid a success fee (35-40% of the gross commission) for converted leads. A substantial portion these agent's business is dependent on leads from Zillow, making them the greatest retention risk related to Zillow.
    - A subset of Compass agents participate in Zillow's Premier Agent program, which allows agents to purchase leads by zipcode upfront (variable, market-based pricing model). Impact needs to be sized.

COMPASS   April 2025

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Content Summary

CEO Update

Market Conditions & Our Strategy

**Inventory Update**



COMPASS    April 2025

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Appendix

Bond Materials, Confidential, Do Not Forward

CZ_COMP_000111626



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111628



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111629

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111630



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



**Lunch**

| Start Time | End Time | Allotted Time | Topic | Presenters | Non-Director Attendees |
|---|---|---|---|---|---|
| 10:00AM | 10:05AM | 5 mins | Board Chair Opening Remarks | Mr. Reifkin | All Management |
| 10:05AM | 10:10AM | 5 mins | 1. Legal and Administrative Matters:<br>1.1. Board Minutes | Mr. Serwin | All Management |
| 10:10AM | 10:25AM | 15 mins | 2. Q1 Operations Update | Mr. Roelitz | All Management |
| 10:25AM | 11:55AM | 90 mins | 3. CEO Update / Strategy Review | | |
| | | | 3.1. Market Conditions & Our Strategy | Mr. Reifkin<br>Ms. Alexander | All Management |
| | | | 3.2. Inventory Update | Ms. Alexander<br>Mr. Crosby | All Management |
| 11:55AM | 12:40PM | 45 mins | Lunch | | |
| 12:40PM | 1:05PM | 25 mins | 4. Q1 Finance Update | Mr. Roelitz<br>Ms. Wahlen | Mr. Serwin<br>Ms. Lichtman |
| 1:05PM | 1:15PM | 10 mins | 5. Committee Readouts -<br>Compensation and Nominating &<br>Corporate Governance Committees | Mr. Phillips<br>Ms. Thomas-Graham | Mr. Roelitz<br>Mr. Serwin<br>Ms. Lichtman |
| 1:15PM | 2:00PM | 45 mins | 6. Executive Session<br>6.1. M&A Update (Pipeline and M&A Update)<br>6.2. Approval of Amendment to CERE Merger Agreement<br>6.3. Approval of M&A Committee Minutes<br>6.4. Approval of AWS Contract<br>6.5. Other matters, if any | Independent Directors | Mr. Roelitz<br>Mr. Serwin<br>Ms. Lichtman<br>Ms. Oliver<br>Mr. Golden<br>Mr. Wong |
| 2:00PM | | | Adjournment | | |

COMPASS

CZ_COMP_000111636



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111637



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111641

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111651



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Board Slide Backup

CZ_COMP_000111655



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000111660



CZ_COMP_000111661