

# CEO Update

Robert Reffkin, CEO

COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT**
**PX-083**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122043

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - CEO Update



71

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - CEO Update



72

CZ_COMP_000122045

# What I'm Particularly Focused On

1. **Cost Efficiency Initiatives**
   a. **Reducing 2026 OpEx and Improving Agent Economics**
      i. Exploring a $50-75M efficiency program with a focus on further OPEX reductions and improvement in agent economics

1. **Gross Margin Improvement**
   a. **Improving brokerage PCM to drive improved financials**
      i. Our PCM is 18.16% in Q2, up 80 bps vs the prior year and up 10 bps to consensus but there is still room for improvement.
      ii. Drivers of opportunity are title, escrow, mortgage, agent pricing, and fees

1. **Seller Choice**
   a. **Re-focusing on our commitment to seller choice & ensuring agents share the choices and benefits available to sellers**

1. **Christie's International Real Estate**
   a. **CIRE is driving outsized financial performance**
      i. CIRE is outperforming financially and outperforming on the brokerage side.
      ii. Technology integration is more difficult than expected given social issues (seeing improvement in this area but challenges remain)

1. **Delivering M&A Opportunities**
   a. **30x30x30**
      i. Capitalizing on the moment where other brokerage CEO's are tired and more willing to sell

1. **Culture**
   a. **Fostering an environment that is diverse & inclusive**
   b. **Building world class agent and employee retention and obsession culture**

---

COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122046

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - CEO Update



74

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - CEO Update



75

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - CEO Update



76

CZ_COMP_000122049



# Inventory Update

Ashton Alexander, SVP Head of Corporate Strategy
Crowell & Moring, Counsel

COMPASS     July 2025

77

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Inventory Update & Zillow Lawsuit

# Content Summary

## Legal Update

Appendix: M&A Brand Framework



COMPASS    July 2025

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY                    CZ_COMP_000122051

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET · Inventory Update & Zillow Lawsuit

## Zillow's Listing Ban: Policy Was Clarified by Zillow in May 2025.

**Both Compass Private Exclusives and Compass Coming Soons are at risk of being banned by Zillow.**

- In May, Zillow published policy details for the '<u>Zillow Listing Access Standards</u>' (initially announced April '25).
- Policy bans listings that are marketed <u>off-Zillow</u> for more than 1 business day:
  - **Compass Private Exclusives are banned because Zillow defines public marketing incredibly broadly to include "*consumer-facing marketing about the existence of inventory only available by working with a specific agent or brokerage.*"**
  - **Compass Coming Soons are banned if they are on Compass.com for more than 1 business day**.
- Zillow's policy is more restrictive than NAR/MLS's Clear Cooperation Policy implementation.
  - Multi-day marketing of Compass Coming Soon is allowed in many MLSs (but Zillow doesn't get data feed)
  - 1:1 sharing of Private Exclusives across different brokerages is allowed by NAR (Zillow bans practice)
  - Marketing the *existence* of Private Exclusives (e.g., "the black box" showing # of Private Exclusives for your search on Compass.com) is NAR/MLS compliant, but is banned by Zillow.

---

COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122052

**REDACTED FOR PRIVILEGE**

**REDACTED FOR PRIVILEGE**



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122053

**REDACTED FOR PRIVILEGE**

**REDACTED FOR PRIVILEGE**



Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122054

**REDACTED FOR PRIVILEGE**

# REDACTED FOR PRIVILEGE

COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

82

CZ_COMP_000122055

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET · Inventory Update & Zillow Lawsuit



COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122056

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET · Inventory Update & Zillow Lawsuit

# REDACTED FOR PRIVILEGE

COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

84

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET · Inventory Update & Zillow Lawsuit



COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

85

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET • Inventory Update & Zillow Lawsuit

## Zillow's Listing Ban Enforcement: What We've Seen So Far…

**Zillow has been slow to implement their ban, resulting in limited violations or banned listings to date.**

- Zillow began banning some non-compliant listings on June 30, 2025.
- Their policy rollout has been slow and geographically selective (not yet nationally implemented).
- Violations Issued:
  - Pre-Enforcement (May 28 - June 30): 110 violations issued to 92 Compass agents nationwide.
  - Post-Enforcement (Since June 30): At least 26 violations issued to 23 Compass agents.
- Initial Bans: Only 6 listings from 2 agents in the DMV area have been banned from Zillow platforms since enforcement began.
  - One active listing is now banned and appears "off-market" on Zillow.
  - The remaining five, currently in Coming Soon status, will be blocked from Zillow upon activation.

COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

86

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122059

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Inventory Update & Zillow Lawsuit

## We've Seen a Considerable Decline in the % of Sellers Choosing Compass' 3-phased Marketing.

**Pre-marketing of Compass listings declined measurably given confusion/fear seeded by Zillow Ban.**



| Compass Markets | Difference (% points) from April '25 to July '25 |
|---|---|
| Philadelphia Area | *-20.1%* |
| Greater Nashville | *-18.7%* |
| New England | *-18.0%* |
| Washington, DC Area | *-17.8%* |
| San Francisco Bay Area | *-16.7%* |

1. "Listings following 3-Phased Marketing" consist of all listings that were previously in a Private Exclusive status AND a Compass Coming Soon status during its' lifespan.

**COMPASS**   July 2025

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122060

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET · Inventory Update & Zillow Lawsuit

# REDACTED FOR PRIVILEGE

COMPASS    July 2025

Board Materials, Confidential, Do Not Forward

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122061



89

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



90

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



91

CZ_COMP_000122064

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Operations Update



92



93

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Operations Update



94

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



Appendix - Individual "Can't Miss" Program Scorecards

COMPASS    July 2025

95

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Operations Update



96

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Operations Update

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122070



98

CZ_COMP_000122071



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Operations Update



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122073

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Operations Update



101

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122074

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Operations Update



102

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122075

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Operations Update



103

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



# Scaling, Cost Saving, and AI

Shay Artzi, SVP, Head of Engineering

COMPASS    July 2025

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122077

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



105

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122078

Board Meeting | July 31, 2025 | 12:00 PM–4:00 PM ET – Technology Strategy



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122079



107

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122081



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122082

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



110

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122083

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122084



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122085

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



113

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



114

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



115

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122088



116

CZ_COMP_000122089



117

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122091



119

CZ_COMP_000122092

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



120

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122093



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122094



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122095



123

CZ_COMP_000122096



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122097



125



126

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



127

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122100

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



128

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



129

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



130

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122103



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122104



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122105



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122106



134

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



135

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



136

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122109



137

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



138

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122112



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122113



141

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122114



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



143

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Technology Strategy



144

CZ_COMP_000122117



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET · Q2 Finance Update



# Finance Update

Kalani Reelitz, CFO
Scott Wahlers, CAO

COMPASS    July 2025

146

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122119

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Finance Update



147

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Finance Update



148

CZ_COMP_000122121



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122122



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122123



151

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Finance Update



152



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY                    CZ_COMP_000122126

Board Meeting | July 31, 2023 | 12:00 PM-4:00 PM ET - Q2 Finance Update



154

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122127



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122128



156

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122130



158

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Finance Update



159

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Finance Update



160

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



FY 2025 6+6

COMPASS    July 2025

161

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



162

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



163

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



164

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



165

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



166

CZ_COMP_000122139

Board Meeting | July 31, 2025 | 12:00 PM-4:00 PM ET - Q2 Finance Update



167

CZ_COMP_000122140



168

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

CZ_COMP_000122142



170

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY