Message

| | |
|---|---|
| From: | Holly Worthington [holly@compass.com] |
| Sent: | 3/16/2025 3:28:59 PM |
| To: | scott.wahlers@compass.com |
| CC: | kristy@compass.com; Ashley Donat [ashley.donat@compass.com]; Robert Reffkin [robert@compass.com]; SLT [slt@compass.com] |
| Subject: | Re: PE case studies - winning in NC |

Great thinking Scott!

**Holly Worthington**
Regional Vice President and Principal Broker DMV
COMPASS
5471 Wisconsin Avenue, Suite 300
Chevy Chase, Maryland 20815

▬▬▬▬▬▬▬▬▬▬

Holly@Compass.com

On Sun, Mar 16, 2025 at 2:54 PM Scott Wahlers <scott.wahlers@compass.com> wrote:
> *I was pretty good at getting listing agreements signed before, but I'm now unstoppable.*
>
> Incredible examples of how private exclusives and 3-phased marketing, paired with the technology platform is separating us from the competition and will allow us to gain share. These private exclusive examples show real value being provided to the clients which supports that agents should not need to discount the commission rates. I also recall seeing in some of these agent messages that some clients asked if access to PE's cost more.
>
> Think of it this way - Compass will do north of $200 billion of Gross Transaction Value in 2025. If we can move the average commission rate charged to clients by just 10 basis points from about 2.5% to 2.6% by charging what we are worth, that 10 basis points converts to over $200 million of gross revenue, or after our average split, over $35 million dropping to bottom line EBITDA.
>
> I know @Ashley Donat is doing training on "charging what you are worth" --- massive opportunity here.
>
> Scott Wahlers
> SVP Finance & Chief Accounting Officer
> 110 Fifth Avenue, New York, NY 10011

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-084

On Sat, Mar 15, 2025 at 4:53 PM Kristy Hairston <kristy@compass.com> wrote:
Shenandoah's email does a great job of highlighting the advantages of Compass's 3-Phased Marketing strategy to consumers.

The seamless connectivity between our agents, their clients, contacts, and cooperating agents truly set us apart.

The momentum seems to be growing based on the agent's emails, videos, and social posts. Let's keep pushing.

Kristy Hairston
COMPASS

On Sat, Mar 15, 2025 at 2:54 PM Parker Beatty <parker@compass.com> wrote:
Excellent insights that are very relatable for agents.

On Sat, Mar 15, 2025 at 12:31 PM Robert Reffkin <robert@compass.com> wrote:
I know a lot is here, but please try and watch the video as well as read her email

---------- Forwarded message ---------
From: **Robert Reffkin** <robert@compass.com>
Date: Sat, Mar 15, 2025 at 12:50 PM
Subject: Fwd: PE case studies - winning in NC
To: SLT <slt@compass.com>

"I've got agents now coming to me asking about Compass, and I'm telling them it's magical. Which is true."

---------- Forwarded message ---------
From: **Shenandoah Nieuwsma** <shen.nieuwsma@compass.com>
Date: Sat, Mar 15, 2025 at 12:39 PM
Subject: Re: PE case studies - winning in NC
To: Robert Reffkin <robert@compass.com>
CC: Nate Cocanour <nathan.cocanour@compass.com>, Brett Bushnell <brett.bushnell@compass.com>, Rory Golod <rory@compass.com>

You can for sure share anything you like, and I don't have to be anonymous, but up to you!

Connectivity answers in the video. Not sure why it sounds like I'm on speed; sorry about that.

**Creating Lucrative Synergy with PEs** 💡 - Watch Video



In this video, I share insights from my recent talk at the Chapel Hill office about the advantages of private market listings and how they differ across firms. I discuss my experiences with boutique firms, Keller Williams, and eXp, highlighting the challenges they face in managing private listings. I emphasize how Compass's integrated system enhances visibility and efficiency for agents and clients alike.

One more thing I didn't mention in this video but is true is that Compass agents work at a higher price point, so the chance of sellers selling well on the PE market is better because of that, too.

I've got agents now coming to me asking about Compass, and I'm telling them it's magical. Which is true.

Shen

Shenandoah Nieuwsma, PhD
Broker-in-Charge, Shenandoah Realty

https://www.compass-sell.com/



Every homeowner has a price.
I can help bring buyers ready to meet it.
Let's discuss Compass Make Me Sell.
COMPASS

On Sat, Mar 15, 2025 at 10:36 AM Robert Reffkin <robert@compass.com> wrote:
Also, when you say we have "connectivity" that others don't have, can you please share more explicitly what you mean.


Robert Reffkin

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                    CZ_COMP_000000697

Founder & CEO
Compass

On Sat, Mar 15, 2025 at 7:13 AM Shenandoah Nieuwsma <shen.nieuwsma@compass.com> wrote:
Hi there. I wanted to pass along some case studies about my experience with 3 phased marketing, and specifically, with the PE phase.

First though - I joined Compass at the end of December 2024. Since then, I have published 14 listings on the private market, with more coming. I was pretty good at getting listing agreements signed before, but I'm now unstoppable. I know for a fact now if I lose a listing appointment (which has yet to occur), it will be because that person is insane :) I have also signed buyer agreements faster and easier.

1. My very first PE was with a seller who had bought high two years ago. She knew she bought high, and I didn't equivocate on agreeing with her. Normally, I do not take clients who want more money than the data suggest, but I told her we'd put it on the private market and see what happens - there was zero risk to her as she'd never have a failed sales history to haunt her, and nearly no risk to me, as there was little work I'd have to do. About two days after posting it as a PE, we were under contract. We were sold within weeks, and she didn't even have to paint. We didn't have photos or measurements! It was incredible all around. This one was priced high by the comps, and my client was happy.

2. Not long after, I met someone who was selling in distress. She had just lost her job and had to move FAST. Normally it takes me a while to get a property on the market. I do NOT just toss a property up with bad photos, etc. because it doesn't serve my client well in the end. But I told her we could list on the private market as we got ready for the public and see what happens. I listed it right after getting a listing agreement signed, and again in about two days and one showing, we were under contract for cash with a close in less than three weeks. There is NO WAY this would have happened otherwise! We used old pictures that she had (which of course was disclosed) and I didn't have measurements (also disclosed). This one was priced fairly by the comps, I'd say.

3. I have clients whose home is currently under contract as a PE. They have a baby and a toddler and are bursting at the gills. They also needed to buy a house, and we had no idea when a house would pop up in a very desireable neighborhood that we knew we'd have to fight for. All to say - their timeline was very uncertain, but it certainly seemed that going on the public market would be really difficult to do in the right way. So we put it on the private market because I told them we might have the greatest flexibility this way and let's just see what happens. We were on for a few weeks and had one very interested buyer come along. We were able to leisurely set up a showing, and they were interested in buying and making a full-price offer. I told the other agent that we were waiting to go under contract on a house in this other neighborhood and then we'd know our timeline better. Well, within about two weeks a house popped up and I won it in a bidding war. Within 24 hours of going under contract on THAT house, I was able to get their house under contract with the interested buyer, and we threaded the needle, getting them under contract with a close date BEFORE their other house closed so they could use the proceeds on that house. I mean, you couldn't have planned this better. The reason why this all worked so well is because we had dangled this house out on the PE market in advance, so that when we were ready to go buy, we had a buyer for their house all queued up already. The price for this house I think is at least fair to potentially slightly high.

4. I have a luxury house under contract as a PE right now. We were going to hit the public market, but we priced it very aspirationally as a PE, and interestingly enough, we had a buyer come along who wanted it so bad that they were willing to pay big money for it. I got great photos and am definitely going to use

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
CZ_COMP_000000698

this one in marketing later, as a "look what you're missing if you're not signed with a Compass agent" thing. Sellers are very happy, buyer is very happy!

5. I have another that may be going under contract this weekend. Divorce situation, and the house isn't all that easy to show. Another luxury home. I don't even have pictures.

Here's the bottom line - the connectivity that Compass has for the private market creates opportunities that wouldn't otherwise be there. Other firms sell off-market too, but they don't have the connectivity we have, so their potential for success isn't as high.

It offers a win-win-win: Win for sellers because it allows them one more chance to sell WELL and in circumstances that the public market doesn't afford; win for buyers because they don't have to fight others for a property and it gives them timeline flexibility they wouldn't otherwise have; and it's a win for me because my $/hr went from about $250 to easily over 1k/hr.

Happy weekend!

**Shenandoah Nieuwsma, PhD**
Broker-in-Charge, Shenandoah Realty

https://www.compass-sell.com/



Every homeowner has a price.
I can help bring buyers ready to meet it.

Let's discuss Compass Make Me Sell.   COMPASS