Message

**From:** Will Hardy [will.hardy@compass.com]
**Sent:** 3/15/2025 7:08:38 PM
**To:** Robert Reffkin [robert@compass.com]
**CC:** Roman Valiouline [roman@compass.com]; Shay Artzi [shay.artzi@compass.com]; Ashton Alexander [ashton.alexander@compass.com]
**Subject:** Re: PE case studies - winning in NC

Roman - the connection I'm drawing is this agent is saying that she's doing a lot of transactions while listings are in pe status. If agents could see all pe's outside their geo, maybe they'd be reaching out more to their network sharing that ability which could lead to more transactions. Even for example nyc agents seeing pe listings in ct and Long Island and nj where they know they have clients moving. Just opens up another convo.

Compass
Chief of Staff to CEO

■■■■■

110 5th Avenue, 5th Floor
New York, NY
10011

On Sat, Mar 15, 2025 at 3:11 PM Robert Reffkin <robert@compass.com> wrote:
> Agree with you Roman. I would do what you think is best as it relates to prioritization within inventory but think we should recognize ilinventory should've prioritized

Robert Reffkin
Founder & CEO
Compass

■■■■■

On Sat, Mar 15, 2025 at 2:59 PM Roman Valiouline <roman@compass.com> wrote:
> Hi all, we are already moving resources from the rest of S&L roadmap towards these items. For example, we are delaying all the search filter work. We'll have updated timing after Q2 planning, which will be done by end of the month. There is a ton to do, including for M&A, and we do have constraints. That said, I don't think I fully see the connection between these success stories and the need for access to national PEs asap (sorry if I missed it in one of the examples the agent shared). Am I missing something?

On Mar 15, 2025, at 2:45 PM, Robert Reffkin <robert@compass.com> wrote:

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-085**

+ Roman and Shay. I do agree we should see how to accelerate inventory strategy work overall.


Robert Reffkin
Founder & CEO
Compass


On Sat, Mar 15, 2025 at 2:33 PM Will Hardy <will.hardy@compass.com> wrote:
In my opinion this shows that we need to accelerate the roadmap for the nationwide agent search of PE listings. If it's creating opportunities like this locally it could do the same nationally, maybe at a smaller scale. In a year that could be more challenging given the climate, the sooner we get this the better.

Right now Roman has told us "end of Q4"

On Sat, Mar 15, 2025 at 10:28 AM Robert Reffkin <robert@compass.com> wrote:
Please read. Seeing emails like this daily gives me increasing conviction that helping our agents pitch The Compass 3 Phased Marketing Strategy at every listing and Compass Private Exclusives and Compass Coming Soons to every buyer is their number 1 thing we can do to help agents grow their business and support their clients.

RVPs - please make this your #1 priority. It is the best way to grow your market and make your agents successful.



---------- Forwarded message ---------
From: **Shenandoah Nieuwsma** <shen.nieuwsma@compass.com>
Date: Sat, Mar 15, 2025 at 7:13 AM
Subject: PE case studies - winning in NC
To: Nate Cocanour <nathan.cocanour@compass.com>, Brett Bushnell <brett.bushnell@compass.com>, Rory Golod <rory@compass.com>, Robert Reffkin <robert@compass.com>


Hi there. I wanted to pass along some case studies about my experience with 3 phased marketing, and specifically, with the PE phase.

First though - I joined Compass at the end of December 2024. Since then, I have published 14 listings on the private market, with more coming. I was pretty good at getting listing agreements signed before, but I'm now unstoppable. I know for a fact now if I lose a listing appointment (which has yet to occur), it will be because that person is insane :) I have also signed buyer agreements faster and easier.

1. My very first PE was with a seller who had bought high two years ago. She knew she bought high, and I didn't equivocate on agreeing with her. Normally, I do not take clients who want more money than the data suggest, but I told her we'd put it on the private market and see what happens - there was zero risk to her as she'd never have a failed sales history to haunt her, and nearly no risk to me, as there was little work I'd have to do. About two days after posting it as a PE, we were under contract. We were sold within weeks, and she didn't even have to paint. We didn't have photos or measurements! It was incredible all around. This one was priced high by the comps, and my client was happy.

2. Not long after, I met someone who was selling in distress. She had just lost her job and had to move FAST. Normally it takes me a while to get a property on the market. I do NOT just toss a property up with bad photos, etc. because it doesn't serve my client well in the end. But I told her we could list on the private market as we got ready for the public and see what happens. I listed it right after getting a listing agreement signed, and again in about two days and one showing, we were under contract for cash with a close in less than three weeks. There is NO WAY this would have happened otherwise! We used old pictures that she had (which of course was disclosed) and I didn't have measurements (also disclosed). This one was priced fairly by the comps, I'd say.

3. I have clients whose home is currently under contract as a PE. They have a baby and a toddler and are bursting at the gills. They also needed to buy a house, and we had no idea when a house would pop up in a very desireable neighborhood that we knew we'd have to fight for. All to say - their timeline was very uncertain, but it certainly seemed that going on the public market would be really difficult to do in the right way. So we put it on the private market because I told them we might have the greatest flexibility this way and let's just see what happens. We were on for a few weeks and had one very interested buyer come along. We were able to leisurely set up a showing, and they were interested in buying and making a full-price offer. I told the other agent that we were waiting to go under contract on a house in this other neighborhood and then we'd know our timeline better. Well, within about two weeks a house popped up and I won it in a bidding war. Within 24 hours of going under contract on THAT house, I was able to get their house under contract with the interested buyer, and we threaded the needle, getting them under contract with a close date BEFORE their other house closed so they could use the proceeds on that house. I mean, you couldn't have planned this better. The reason why this all worked so well is because we had dangled this house out on the PE market in advance, so that when we were ready to go buy, we had a buyer for their house all queued up already. The price for this house I think is at least fair to potentially slightly high.

4. I have a luxury house under contract as a PE right now. We were going to hit the public market, but we priced it very aspirationally as a PE, and interestingly enough, we had a buyer come along who wanted it so bad that they were willing to pay big money for it. I got great photos and am definitely going to use this one in marketing later, as a "look what you're missing if you're not signed with a Compass agent" thing. Sellers are very happy, buyer is very happy!

5. I have another that may be going under contract this weekend. Divorce situation, and the house isn't all that easy to show. Another luxury home. I don't even have pictures.

Here's the bottom line - the connectivity that Compass has for the private market creates opportunities that wouldn't otherwise be there. Other firms sell off-market too, but they don't have the connectivity we have, so their potential for success isn't as high.

It offers a win-win-win: Win for sellers because it allows them one more chance to sell WELL and in circumstances that the public market doesn't afford; win for buyers because they don't have to fight others for a property and it gives them timeline flexibility they wouldn't otherwise have; and it's a win for me because my $/hr went from about $250 to easily over 1k/hr.

Happy weekend!

**Shenandoah Nieuwsma, PhD**
Broker-in-Charge, Shenandoah Realty

https://www.compass-sell.com/



--

**Compass**
Chief of Staff to CEO

110 5th Avenue, 5th Floor
New York, NY
10011
www.compass.com

