**Message**

**From:** Robert Reffkin [robert@compass.com]
**Sent:** 3/14/2025 7:35:00 AM
**To:** roman@compass.com
**CC:** Mark McLaughlin [mark.mclaughlin@compass.com]; slt@compass.com
**Subject:** Re: Platform Adoption - February 2025

This isn't a surprise to me as it's core to how we sell The Compass 3 Phased Marketing Strategy. We say that when it's a coming soon it makes your listing insights look better because Compass is the only site that has traffic for that period of time

"Listing Insights is again seeing very strong growth this month at +84.7% YoY, which frankly makes me suspicious and we'll investigate if anything funny is going on there"

Robert Reffkin
Founder & CEO
Compass

On Thu, Mar 13, 2025 at 5:27 PM Roman Valiouline <roman@compass.com> wrote:
Thanks, Mark. Also confirming here that BT usage (including Compass One) by impersonating staff is not included in our PowerBI metrics.

Roman Valiouline
Head of Product

110 5th Ave, Floor 5
New York NY 10011



On Thu, Mar 13, 2025 at 5:00 PM Mark McLaughlin <mark.mclaughlin@compass.com> wrote:
Solid performance Roman, Shay & Team!

It's amazing to see the platform performance increase with Back to Basics, Three Phase and Compass One.

Make Me Sell will do the same! Think of trying to do this without the end to end platform...?

The Gap Widens!

Compass, Inc. v. Zillow, Inc. et al., No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
PLAINTIFF'S P.I. HEARING EXHIBIT
PX-086

Mark

On Thu, Mar 13, 2025 at 6:40 AM Roman Valiouline <roman@compass.com> wrote:
Hi team,

Please see below for our February 2025 platform adoption metrics. Usage remains strong and accelerated in terms of YoY growth from January. We're also seeing some encouraging acceleration at the product level below.

- **Our OKR (avg. weekly sessions per agent) growth in February accelerated from January with a strong 22.5% YoY (above +15% target)**
  - The growth, as usual, was completely a function of higher frequency of use for active agents (+18.8% YoY monthly sessions, which includes a negative impact from 2024 being a leap year), with relatively stable % active at 88.2% in February 2025
- Generally similar trends to prior months at the product level, but seeing some amount of acceleration in key products:
  - Business Tracker continues to show the strongest growth (+55.3% YoY) amongst all of our major products, accelerating from +43.1% YoY in January
    - Documents continues to drive this growth (+132.7% YoY), which also accelerated from +120.7% YoY in January
    - It is encouraging to see big usage growth in Tasks & Events (+44.0%) which can be attributed to the Compass One launch in early February, as the timeline is powered by these
    - The team investigated the Compliance & Commissions drops last month, and uncovered an instrumentation issue, resulting from rolling out the new simplified workflow; February numbers are still incorrect until we implement the new instrumentation
  - CRM accelerated to +9.7% YoY in February (compared to +3.7% YoY in January), which is particularly impressive considering we are facing very difficult compares from last year that saw a big spike in CRM usage in Q1 due to Back to Basics
  - Search accelerated to +11.0% YoY (compared to +8.5% YoY in January), as did CMA to +11.3%
  - Marketing Center showed the strongest YoY growth in months at +7.4%
  - Compass AI has decelerated to +5.0% YoY, and is in more of a mature state growth at this point
  - Performance Tracker usage shrunk -13.7% YoY, but we just went into GA with the #1 ask from our agents (production allocation options), and are hoping we can reinvigorate some usage this year between this feature and improving the data quality
  - Listing Insights is again seeing very strong growth this month at +84.7% YoY, which frankly makes me suspicious and we'll investigate if anything funny is going on there
  - Following up from last time, we did discover another instrumentation issue with push notifications which resulted in bad Collections, Listings, and Saved Search usage data; this has been fixed as of earlier this week, but February numbers are incorrect

Thanks, and happy to answer any questions,

Roman

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                   CZ_COMP_000000420

| Avg. Weekly Sessions/Total User (Agents/Individuals) Month of February 1, 2025 | Sessions (Agents/Individuals) Month of February 1, 2025 | Total Users (Agents/Individuals) Month of February 1, 2025 | Active Users (Agents/Individuals) Month of February 1, 2025 |
|---|---|---|---|
| **20.28** | **2,265,953** | **28,390** | **25,047** |
| ▲ 11.07% (18.26) Last Month | ▲ 3.59% (2,189,370) Last Month | ▼ (0.81)% (28,621) Last Month | ▼ (0.98)% (25,295) Last Month |
| ▲ 22.48% (16.56) Last Year | ▲ 21.89% (1,859,885) Last Year | ▲ 3.39% (27,460) Last Year | ▲ 2.59% (24,415) Last Year |
| App: 12.46    Web: 7.82 | App: 1,390,812    Web: 875,141 | App: 25,047    Web: 25,047 | App: 19,115    Web: 24,352 |
| ▲ 12.67% MoM    ▲ 2.67% MoM | ▲ 4.90% MoM    ▲ 1.33% MoM | ▼ (0.83)% MoM    ▼ (0.81)% MoM | ▲ 3.62% MoM    ▼ (1.05)% MoM |
| ▲ 26.93% YoY    ▲ 16.52% YoY | ▲ 26.13% YoY    ▲ 15.58% YoY | ▲ 3.39% YoY    ▲ 3.39% YoY | ▼ (5.09)% YoY    ▲ 4.48% YoY |

| % Active Users (Agents/Individuals) Month of February 1, 2025 | Sessions/Total User (Agents/Individuals) Month of February 1, 2025 | Sessions/Active User (Agents/Individuals) Month of February 1, 2025 |
|---|---|---|
| **88.2%** | **79.82** | **90.47** |
| ▼ -15 bps (88.4%) Last Month | ▲ 4.34% (76.50) Last Month | ▲ 4.52% (86.55) Last Month |
| ▼ -69 bps (88.9%) Last Year | ▲ 17.64% (67.73) Last Year | ▲ 18.76% (76.18) Last Year |
| App: 67.3%    Web: 85.8% | App: 48.99    Web: 30.83 | App: 72.76    Web: 35.94 |
| ▲ 148 bps MoM    ▼ -21 bps MoM | ▲ 5.90% MoM    ▲ 1.95% MoM | ▲ 3.54% MoM    ▲ 2.26% MoM |
| ▼ -601 bps YoY    ▲ 90 bps YoY | ▲ 22.00% YoY    ▲ 31.79% YoY | ▲ 32.89% YoY    ▲ 10.62% YoY |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                           CZ_COMP_000000421

| Month | | | | | 2025-02-01 | | |
|---|---|---|---|---|---|---|---|
| Product | Total Users | Active Users | % Active Users | Sessions | Sessions per Total User | Sessions per Active User | Avg Weekly Sessions per Total User |
| * Overall | 28,390 | 25,047 | 88.2% | 2,265,953 | 79.8 | 90.5 | 20.28 |
| Unspecified | 28,390 | 28,390 | 100.0% | 2,236,394 | 78.8 | 78.8 | 20.02 |
| Listings & Buildings | 28,390 | 22,664 | 79.8% | 1,137,767 | 40.1 | 50.2 | 10.17 |
| Core Platform | 28,390 | 23,981 | 84.5% | 867,117 | 31.2 | 37.0 | 7.92 |
| Search | 28,390 | 22,359 | 78.8% | 781,620 | 27.5 | 35.0 | 6.99 |
| Collections | 28,390 | 18,438 | 64.9% | 502,770 | 17.7 | 27.3 | 4.49 |
| Notifications | 28,390 | 17,469 | 61.5% | 717,914 | 25.3 | 41.1 | 6.29 |
| CRM | 28,390 | 23,363 | 82.3% | 551,222 | 19.4 | 23.6 | 4.92 |
| Business Tracker Platform | 28,390 | 22,198 | 78.2% | 428,302 | 15.1 | 19.3 | 3.83 |
| Marketing Center | 28,390 | 18,439 | 64.9% | 178,121 | 6.3 | 9.7 | 1.59 |
| Saved Search | 28,390 | 11,387 | 40.1% | 96,026 | 3.4 | 8.4 | 0.86 |
| Compliance & Commissions | 28,390 | 12,579 | 44.3% | 52,361 | 1.8 | 4.2 | 0.47 |
| Documents | 28,390 | 11,117 | 39.2% | 132,780 | 4.7 | 11.9 | 1.19 |
| Agent Discovery & Referrals | 28,390 | 15,533 | 54.7% | 98,932 | 3.5 | 6.4 | 0.88 |
| Marketing Pages | 28,390 | 11,294 | 39.8% | 83,227 | 2.9 | 7.4 | 0.74 |
| CMA | 28,390 | 11,411 | 40.2% | 63,427 | 2.2 | 5.6 | 0.57 |
| Media Library | 28,390 | 12,556 | 44.2% | 53,607 | 1.9 | 4.3 | 0.48 |
| Tours | 28,390 | 7,858 | 27.7% | 58,969 | 2.1 | 7.5 | 0.53 |
| Tasks & Events | 28,390 | 11,966 | 42.1% | 67,002 | 2.4 | 5.6 | 0.60 |
| Payments | 28,390 | 5,371 | 18.9% | 50,380 | 1.8 | 9.4 | 0.45 |
| Compass AI | 28,390 | 8,306 | 29.3% | 31,329 | 1.1 | 3.8 | 0.28 |
| Business Growth Insights | 28,390 | 7,424 | 26.2% | 26,712 | 0.9 | 3.6 | 0.24 |
| Market Insights | 28,390 | 4,630 | 16.3% | 25,868 | 0.9 | 5.6 | 0.23 |
| Collections in BT | 28,390 | | | | | | |
| Collaboration | 28,390 | 4,395 | 15.5% | 23,878 | 0.8 | 5.4 | 0.21 |
| Marketing in BT | 28,390 | 6,140 | 21.6% | 13,452 | 0.5 | 2.2 | 0.12 |
| Performance Tracker | 28,390 | 7,125 | 25.1% | 13,995 | 0.5 | 2.0 | 0.12 |
| Client Dashboard | 28,390 | 14,371 | 50.6% | 70,729 | 2.5 | 4.9 | 0.64 |
| Listing Insights | 28,390 | 4,229 | 14.9% | 13,355 | 0.5 | 3.2 | 0.12 |
| Open House | 28,390 | 2,789 | 9.8% | 9,318 | 0.3 | 3.3 | 0.08 |
| Video Marketing | 28,390 | 4,329 | 15.2% | 9,673 | 0.3 | 2.2 | 0.09 |
| Digital Ads | 28,390 | 3,544 | 12.5% | 8,643 | 0.3 | 2.4 | 0.08 |
| Resources | 28,390 | 3,488 | 12.3% | 4,877 | 0.2 | 1.4 | 0.04 |
| Concierge | 28,390 | 1,357 | 4.8% | 1,789 | 0.1 | 1.3 | 0.02 |
| Connections | 28,390 | 903 | 3.2% | 1,479 | 0.1 | 1.6 | 0.01 |
| Sign Center | 28,390 | 854 | 3.0% | 1,376 | 0.0 | 1.6 | 0.01 |
| Leads | 28,390 | 240 | 0.8% | 311 | 0.0 | 1.3 | 0.00 |
| Compass Services | 28,390 | 1,503 | 5.3% | 2,154 | 0.1 | 1.4 | 0.02 |
| Title & Escrow | 28,390 | 455 | 1.6% | 629 | 0.0 | 1.4 | 0.01 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CZ_COMP_000000422

| Product | Total Users | Active Users | %Active Users | Sessions | Sessions/Total Users | Sessions/Active Users | Avg Weekly Sessions/Total User |
|---|---|---|---|---|---|---|---|
| | | | | | YOY % Changes Change between Month February 01, 2024 & February 01, 2025 | | |
| Payments | 3.39% | 1,425.85% | 1,764 bps | 13,817.13% | 13361.23% | 812.09% | 15429.39% |
| Compass Services | 3.39% | 358.23% | 430 bps | 355.23% | 349.99% | 1.53% | 364.65% |
| Title & Escrow | 3.39% | 135.75% | 90 bps | 150.20% | 142.00% | 6.13% | 142.16% |
| Documents | 3.39% | 21.40% | 581 bps | 132.61% | 124.99% | 91.60% | 132.74% |
| Listing Insights | 3.39% | 56.46% | 505 bps | 85.30% | 79.29% | 18.48% | 84.72% |
| Digital Ads | 3.39% | 51.78% | 398 bps | 75.67% | 69.92% | 15.74% | 81.05% |
| Business Tracker Platform | 3.39% | 9.71% | 451 bps | 54.87% | 49.80% | 41.16% | 55.34% |
| Collaboration | 3.39% | 82.29% | 670 bps | 51.64% | 46.67% | -16.82% | 53.54% |
| Tasks & Events | 3.39% | 36.37% | 1,066 bps | 41.31% | 36.70% | 2.14% | 44.03% |
| Unspecified | 3.39% | 3.39% | bps | 21.95% | 17.96% | 17.96% | 22.58% |
| * Overall | 3.39% | 2.59% | (69) bps | 21.83% | 17.84% | 18.76% | 22.46% |
| Marketing Pages | 3.39% | 17.22% | 469 bps | 20.33% | 16.39% | 2.65% | 21.11% |
| Resources | 3.39% | 14.02% | 135 bps | 16.17% | 12.37% | 1.89% | 16.14% |
| CMA | 3.39% | 9.52% | 225 bps | 10.68% | 7.24% | 1.24% | 11.32% |
| Search | 3.39% | 2.15% | (96) bps | 10.85% | 7.20% | 8.50% | 10.97% |
| CRM | 3.39% | 5.64% | 176 bps | 8.67% | 5.11% | 2.86% | 9.66% |
| Tours | 3.39% | 11.54% | 202 bps | 7.80% | 4.27% | -3.35% | 8.35% |
| Business Growth Insights | 3.39% | 5.26% | 49 bps | 5.55% | 2.09% | 0.16% | 8.02% |
| Notifications | 3.39% | (3.48)% | (437) bps | 9.58% | 5.99% | 13.53% | 7.64% |
| Marketing in BT | 3.39% | 14.06% | 233 bps | 8.04% | 4.50% | -6.02% | 7.50% |
| Marketing Center | 3.39% | 5.24% | 134 bps | 5.62% | 2.16% | 0.36% | 7.38% |
| Core Platform | 3.39% | 4.27% | 72 bps | 5.91% | 2.44% | 1.57% | 6.30% |
| Sign Center | 3.39% | 12.61% | 25 bps | 5.93% | 2.46% | -6.10% | 5.58% |
| Compass AI | 3.39% | (9.00)% | (398) bps | 3.87% | 0.47% | 14.14% | 5.06% |
| Concierge | 3.39% | 5.06% | 7 bps | 2.88% | -0.49% | -2.05% | 4.67% |
| Market Insights | 3.39% | 10.32% | 102 bps | 2.77% | -0.60% | -6.84% | 4.03% |
| Media Library | 3.39% | 3.34% | (2) bps | 0.88% | -2.44% | -2.40% | 2.85% |
| Agent Discovery & Referrals | 3.39% | 0.86% | (137) bps | 2.21% | -1.14% | 1.33% | 2.44% |
| Client Dashboard | 3.39% | | 5,062 bps | | 0.00% | 0.00% | |
| Collections in BT | 3.39% | | (2,478) bps | | 0.00% | 0.00% | |
| Open House | 3.39% | 9.42% | 54 bps | -2.85% | -6.04% | -11.22% | -6.33% |
| Connections | 3.39% | (3.74)% | (23) bps | -7.21% | -10.25% | -3.61% | -7.22% |
| Listings & Buildings | 3.39% | 3.49% | 8 bps | -11.11% | -14.02% | -14.11% | -10.96% |
| Performance Tracker | 3.39% | 2.70% | (17) bps | -13.40% | -16.24% | -15.68% | -13.65% |
| Video Marketing | 3.39% | (11.46)% | (256) bps | -20.40% | -23.04% | -10.13% | -19.17% |
| Collections | 3.39% | 6.06% | 164 bps | -29.52% | -31.82% | -33.55% | -29.38% |
| Saved Search | 3.39% | 3.11% | (11) bps | -34.09% | -36.25% | -26.08% | -33.52% |
| Compliance & Commissions | 3.39% | (12.46)% | (802) bps | -56.80% | -58.22% | -50.65% | -56.91% |
| Leads | 3.39% | (61.66)% | (143) bps | -68.65% | -69.66% | -18.23% | -68.26% |

Roman Valiouline
Head of Product

110 5th Ave, Floor 5
New York NY 10011
■ ████████



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CZ_COMP_000000424