Message

| | |
|---|---|
| From: | Rory Golod [rory@compass.com] |
| Sent: | 3/8/2025 9:02:18 PM |
| To: | Robert Reffkin [robert@compass.com] |
| CC: | Tara Littell [tara.littell@compass.com]; Brandon Bohn [brandon.bohn@compass.com] |
| Subject: | Re: 3-phase marketing that knocked my sellers socks off! |

This is so amazing to hear, congrats Tara! Thank you so much Brandon for helping to make this happen.

On Mar 8, 2025, at 8:52 PM, Robert Reffkin <robert@compass.com> wrote:

That's so great to hear Tara. and thank you so much Brandon for helping her. The biggest surprise for me is how the sellers feel like you're going above and beyond and doing more work when you have a three phased approach. they feel like you're doing three times the effort and they really appreciate it. Some sellers ask if the Compass 3-Phased Marketing Strategy costs more commission, reflecting how much they value it.

Robert Reffkin
Founder & CEO
Compass

On Sat, Mar 8, 2025 at 7:28 PM Tara Littell <tara.littell@compass.com> wrote:
Good afternoon Rory and Robert,

I just want to say I did the whole three-phased marketing on a new listing of mine. It kept me busy doing some sort of phase each day during the 5 days leading up to the home going on the market....but it was amazing. We had an open house this morning and all the buyers who came in were buyers for the home! These were real buyers for this home and they came because they kept seeing the home in different ways.

We are expecting multiple offers on the home.

But the biggest thing was how blown away the seller was! He was just amazed at how much we put into getting his home in front of the right buyers. He was expecting to be on the market for weeks.

Now he wants me to get licensed in Michigan to help him sell his home up there this summer...

Thanks for putting together all the materials to make it easy for me to do.

And a big shout out to Brandon, my AE in Boulder, for sending me a step-by-step email on my next steps after I had put the home on private exclusive.

Let's rock this spring market!

*Compass, Inc. v. Zillow, Inc. et al., No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)*
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-090**

CONFIDENTIAL                                                                                                   CZ_COMP_000000208

*Tara Littell*

**Tara Littell**
Broker Associate

<u>1470 Walnut Street, Suite 201</u>
<u>Boulder CO 80302</u>



CONFIDENTIAL

CZ_COMP_000000209