Message

**From:** Rory Golod [rory@compass.com]
**Sent:** 3/7/2025 1:09:51 PM
**To:** Dan Jaugey [dan.jaugey@compass.com]
**CC:** Marisa Saucedo [marisa.saucedo@compass.com]; Joining New Agent [newagentjoining@compass.com]; Robert Reffkin [robert@compass.com]; Nick Naus [nick.naus@compass.com]; Nick Belardo [nick.belardo@compass.com]; Patricia Heller [pat.heller@compass.com]; Yanulis Larkin [larkin.yanulis@compass.com]; Jacob Wells [jacob.wells@compass.com]; Theresa Bruno [theresa.bruno@compass.com]; Kevin Melody [kevin.melody@compass.com]; Evelyn Aviles [evelyn.aviles@compass.com]; Alex Head [alexandra.head@compass.com]; Dana Azadegan [dana.azadegan@compass.com]
**Subject:** Re: New Agent Joining Compass - Hermosa Beach

Way to go Marisa!

On Mar 7, 2025, at 2:09 PM, Dan Jaugey <dan.jaugey@compass.com> wrote:

Great job Marisa, congratulations!

Dan Jaugey
Head of Growth



On Fri, Mar 7, 2025 at 10:07 AM Marisa Saucedo <marisa.saucedo@compass.com> wrote:
Hi Team,

I am absolutely thrilled to announce that Tim Meza has officially joined Compass in Hermosa Beach!

**Agent Name:** Tim Meza
**GCI:** $306,976
**PC:** $32,702
**Former Brokerage:** Coldwell Banker
**Email Address:** timmeza2020@gmail.com
**Phone:**
**Compass Sales Manager:** Theresa Bruno & Kevin Melody
**Office:** Hermosa Beach

<rk5a8gbjva8cwl8s6nry.webp>

Compass, Inc. v. Zillow, Inc. et al., No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
PLAINTIFF'S P.I. HEARING EXHIBIT
PX-091

**Background**: Tim comes from ophthalmology and entered real estate on a whim a few years ago, quickly discovering a passion for it. He has built a strong foundation but needs more support and strategic guidance to reach his full potential. After exploring a move to Compass for over a year, the timing was never quite right. The stars finally aligned, or more like a comet crashing into the stars, as he needed to transition by the end of the week due to pending offers. He joins Compass with a $13.4M listing and is excited to bring fresh energy and a new strategy to get it sold by leveraging Private Exclusives and our Luxury Marketing division. Huge thanks to our onboarding and local teams for making this happen so quickly!

**Why they're joining Compass:**

**The Big 3:**

1.  **Three Phase Marketing** - Initially, Tim didn't realize this would be his main driver, but once I introduced him to our Three Phase Marketing, he was sold. He knew about our tech and support, but he hadn't seen the strategy that could truly transform his business. He is going to leverage this for his listing that he has had on the market with no action.

2.  **Marketing & Branding** - Tim appreciates our ready-to-use assets but was truly blown away by the offerings within our luxury division and how we utilize targeted marketing to get in front of the right people.

3.  **Tech & Tools** - Tim currently uses 4 different systems, including Zillow Premier, and is excited to get rid of them all and move into our seamless platform!

**Special Acknowledgements:**
@Larkin Yanulis Thank you for helping me navigate this!
@Jacob Wells Thanks for reconnecting Tim and I when he reached out!
@Alex Head Your willingness to hop on a last minute call at 8:30am and talk about our Luxury Marketing really sealed the deal! Tim was super impressed and is really excited to work with you and the team! Thank you!
@Theresa Bruno & @Kevin Melody Thank you for being so helpful yesterday when Tim ran into some issues with his previous brokerage!
@Evelyn Aviles Your support here really made a difference, thank you for all you do!
@Dana Azadegan Thank you for all that you do and helping keep this one on track!

**Call to Action:** Tim finished his onboarding early this morning and is excited to jump right into things! Please reach out and give him a warm welcome to Compass!


--
Marisa Saucedo
Strategic Growth Manager
South Bay and Greater Coachella Valley

Success Stories of Compass Agents

Pre-market your home without accruing a single day on market
COMPASS
Learn how the Compass 3-Phased Marketing Strategy can maximize your home's value.
Let's talk.

CONFIDENTIAL

CZ_COMP_000000193