Message

| | |
|---|---|
| From: | Jason Carroll [jason.carroll@compass.com] |
| Sent: | 5/13/2025 12:47:34 PM |
| To: | undisclosed-recipients: |
| BCC: | lt@compass.com |
| Subject: | Social Share: Compass.com Delivers More Visits |

Team-

Please help share the news! Compass.com is the most visited traditional brokerage website, attracting over 21 million visits between January and March 2025. This gives Compass listings more exposure to potential buyers than any other traditional brokerage. This visibility is a key advantage of the Compass 3-Phased Marketing Strategy, helping sellers create early demand, test pricing, and drive stronger offers. The traffic on Compass.com gives our agents a real advantage because, at the end of the day, it's agents that sell homes, not portals.

Please post this to your respective social channels and encourage your agents, sales managers, and employees to do the same.

## National Assets
- 2025 Web Visits - Marketing Center
  - National Web Visits - All Social Assets
  - National - Web Visits 2025 - Social Square
  - National - Web Visits 2025 - Social Post
  - National - Web Visits 2025 - Social Story
- 2025 Web Visits - Google Drive
  - National - Web Visits 2025 - Social Square
  - National - Web Visits 2025 - Social Post
  - National - Web Visits 2025 - Social Story

## Regional Assets
- 2025 Web Visits - Marketing Center
  - Marketing Center Search

**Social Caption:**

Compass.com attracted over 21 million visits between January and March 2025 alone (SimilarWeb) – surpassing every other traditional brokerage in connecting your listings with serious buyers!

This expanded reach is a core pillar of the Compass 3-Phased Marketing Strategy: generating strong early demand, strategically testing pricing, and safeguarding seller privacy while avoiding the risks of public days on market or price reductions.

Ready to leverage this powerful strategy to achieve your real estate goals? Connect with a Compass agent today! #ThisIsCompass

*Compass, Inc. v. Zillow, Inc. et al.,*
*No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)*
**PLAINTIFF'S**
**P.I. HEARING EXHIBIT**
**PX-093**