Message

**From:** Robert Reffkin [robert@compass.com]
**Sent:** 5/16/2025 5:55:22 PM
**To:** Michael Holt [mholt@compass.com]
**Subject:** Re: Thank You For Using The Compass 3-Phased Marketing Strategy

Thanks for sharing this michael. Yes I am looking forward to that as well

**Robert Reffkin | Founder & CEO**



On Thu, May 8, 2025 at 12:55 AM Michael Holt <mholt@compass.com> wrote:
> Hi Robert!
>
> The 3-Phased Marketing Strategy is a huge edge for us as agents, shareholders, and the clients themselves.
>
> Its helped me win both buyers and sellers alike, most recently a townhouse buyer who has been scouring the market and is curious about what he's not seeing (private exclusives). I am meeting a seller tomorrow to discuss first listing as a private exclusive to test pricing especially seeing the unit has a tenant in place. This will avoid the DOM market too as you know. CompassNY actually featured one of my success stories on instagram which was a fun collab.
>
> I mentioned to Gordon that this is more proof of Compass being the pioneer of the future in real estate. Overall I think this will help the brokerage community in a big way while increasing the online traffic to Compass.com amongst other things.
>
> On another note I am looking forward to the development of Compass Leads. I had closed over 10 deals when it was in early beta stages. The program has taken a pause it seems however I'm super bullish on it seeing not only the success I had in it but the fact that Zillow has about 65% of its revenue from selling its leads it presents a huge source of income potential for Compass.
>
> Looking forward to seeing you soon and appreciate your leadership Robert!
>
>
> - Michael
>
> **Michael Holt**
> Licensed Associate Real Estate Broker
> Top 1% Nationwide - Real Trends
> The Holt Team
> NYC & FL

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-096**

Website
Why Buy With Me | Why Sell With Me





Sent via Superhuman

On Wed, May 07, 2025 at 12:38 PM, Robert Reffkin <robert@compass.com> wrote:

Michael,

Thank you for talking to your client about using the Compass 3-Phased Marketing Strategy on your listing at ▮▮▮▮▮▮▮▮▮▮! Giving homeowners the benefit of pre-marketing and testing price before going in the MLS is a choice they deserve.

If you have any feedback or success stories about how it went for your client, please let me know.

Robert

**Robert Reffkin | Founder & CEO**



Pre-market your home without accruing a single day on market — COMPASS
Learn how the Compass 3-Phased Marketing Strategy can maximize your home's value. Let's talk.

CONFIDENTIAL

CZ_COMP_000006583