Message

| | |
|---|---|
| From: | Mike DelPrete [mdelprete@gmail.com] |
| Sent: | 5/30/2025 8:30:32 AM |
| To: | Ashton Alexander [ashton.alexander@compass.com] |
| CC: | Ryan Jensen [ryan.jensen@compass.com] |
| BCC: | robert@compass.com |
| Subject: | Re: Compass PX Secret Shop Summary |

Hey Ashton,

Moving Robert to BCC for now.

Hold on, hold on. You said that "the number of Private Exclusives that match their search criteria, which Zillow considers public marketing." Are you saying that just displaying the NUMBER of private listings, and not the listings themselves, is "public marketing" according to Zillow? If true, that's 100% insane.

Let's get a call organized. Let me chat with my folks and circle back. You want to aim for next week or the week after?

Mike


On Wed, May 28, 2025 at 2:31 PM Ashton Alexander <ashton.alexander@compass.com> wrote:
> Mike,
>
> Thank you for sharing this feedback. We'd love to dive deeper with the relevant folks on your team. Who can I connect with to set this up?
>
> We recognize that our lead processes are not fully optimized. We are rolling out some process improvements this year, but as Robert indicated, we are waiting to see what happens with Zillow before making more substantial investments. As you shared in the screenshot below, an unattached buyer or an agent from another brokerage can see the number of Private Exclusives that match their search criteria, which Zillow considers public marketing (although CCP/MLS do not).
>
> Regarding the buyer agent leads not being responded to - this is a known issue. There are two drivers here:
> 1. Many MLSs – including CRMLS and SFAR – have not yet implemented NAR's new rule around 1:1 sharing of Office Exclusives with agents at other brokerages. Agents operating in these MLSs may be hesitant to respond given that it could result in a Clear Cooperation violation. In markets where 1:1 sharing is permitted by the local MLS, we will ensure agents know they are able to respond to these leads and will monitor this more closely.
> 2. Given that these leads are not listing-specific, they are routed to an agent in the market who is not necessarily a listing agent of a Private Exclusive. These agents may not respond since it's not a listing-specific inquiry, and the buyer is already working with a buy-side agent. We are exploring ways to improve this process, including to route Private Exclusive inquiries to agents with active Private Exclusive listings such that our agents are more likely to respond to such inquiries.
>
> Best,
> Ashton
>
> E. Ashton Alexander

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-099

███████
110 Fifth Avenue, 3rd Floor
New York NY 10011

www.compass-homeowners.com/



Sent via Superhuman

On Tue, May 27, 2025 at 7:55 AM, Mike DelPrete <mdelprete@gmail.com> wrote:
Hi Robert,

Apologies for not being more clear. The start of this test was the call to action to "Learn More" to access PX listings through the Compass website:

The results highlighted a few things for me:

- If Compass is spending so much time and energy promoting the fact that it has exclusive listings to drive consumer traffic to its website, this call to action and collecting those leads is super important.

- If Compass says it "co-brokes with everyone" but fails to engage with buyer's agents that reach out via the above form, something is broken (or at least could be optimized).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CZ_COMP_000039011

Your second question is funny (agents aren't very good at responding to leads), but the entire flow here is bigger and includes ISAs to lead transfer, something Ashton and I have spoken about in the past. It's hard. It's leaky. But it could and should be improved over time.

If Zillow's ban forces even more listings to go private, and more agents and consumers go to the Compass website to get access to them, this entire process becomes even more important.

In any case, I appreciate being able to have a candid conversation with you about it. If you want to dig deeper, we can loop in my secret shopping team and provide suggestions to tighten up the process.

Thanks,

Mike

On Mon, May 26, 2025 at 11:18 AM Robert Reffkin <robert@compass.com> wrote:
> Thank you Mike. I appreciate you not sharing this as the 3 phased marketing program was launched in November. Can I ask:
> 1.How did you find the PX listings? Compass Private Exclusives arent consumer searchable. Are you referring to Compass Coming Soon Listings
> 2. I'm curious if the results of the test would be any different if they weren't PX listings. My sense is agents don't respond to their own active / MLS listings the majority of the time.
>
> We definitely want our agents responding to any one that reaches out. Zillow is saying that they will ban any listing that can be made visible in any way. Given that, I'm not sure how much investment is worthwhile. The Zillow ban is going to force all listings to be more private (no social, no public sites for more than 1 business day, etc. We will likely wait to see how agents react to decide how much more to invest in this area.
>
> Robert Reffkin | Founder & CEO



On Mon, May 26, 2025 at 8:08 AM Mike DelPrete <mdelprete@gmail.com> wrote:
> Hi Robert and Ashton,
>
> A few weeks ago we conducted a secret shopping exercise on Compass Private Exclusives, posing as unrepresented buyers and buyer's agents. I wanted to see what happens when someone reaches out via the Compass website.
>
> The results are attached, and highlight several areas for improvement:
> - 90% of the time a buyer's agent was ghosted or refused PX listings
> - The funnel is leaking potentially valuable leads
>
> I'm not planning to publish this -- it feels unfair since the program is so new. But hopefully this is useful and you can use it to refine your processes going forward.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CZ_COMP_000039012

Best,
Mike

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CZ_COMP_000039013