Message

| | |
|---|---|
| From: | Matt Sevenau [matt@mattsevenau.com] |
| Sent: | 4/17/2025 11:33:44 AM |
| To: | Will Hardy [will.hardy@compass.com] |
| CC: | Jill Silvas [jill.silvas@compass.com]; Zachary Hom [zachary.hom@compass.com]; Kimberly Matulaitis [kimberly.matulaitis@compass.com]; team@livinginwinecountry.com |
| Subject: | Re: Zillow and Redfin IDX feed drama |

100% we're still using the three phase, but if at the end of the month, we find out our coming soons will get blocked from the portals, we're going to have to make a hard decision. The sellers will not understand and for now that's a fight that we will lose. I have no problem picking a battle with Zillow, but it's our sellers that I'm worried about because they do care and they are constantly focusing on Zillow to see how their properties are doing, etc. This is not an overnight transition, and hopefully by the end of the month we have clarity regarding coming soons. Thanks for all you do Will and I know you guys are fighting the good fight at the top.

Full support on this fight, but we have to support our clients and I know they will be unhappy if they don't see their listings on the feeds.

Handcuffed,
Matt


**Matt Sevenau**
Living in Wine Country Group

COMPASS S+E | REALM Global

matt@mattsevenau.com
livinginwinecountry.com
DRE#01890164



On Apr 17, 2025, at 8:25 AM, Will Hardy <will.hardy@compass.com> wrote:


Zillow is getting rid of consumer choice. Telling them "it doesnt matter what you want to do, we know what's best".

matt - keep using The Compass 3-Phased Marketing Strategy!!

On Thu, Apr 17, 2025 at 11:04 AM Jill Silvas <jill.silvas@compass.com> wrote:
> One more way they are trying to control OUR business.  Now I'M gettin pissed.


Jill R. Silvas
Napa Valley Sales Manager

Managing Director Wine Country
DRE# 00770453

On Thu, Apr 17, 2025 at 7:38 AM Matt Sevenau <matt@mattsevenau.com> wrote:
<image0.png>
<image1.png>
<image2.png>

**Matt Sevenau**
Living in Wine Country Group

COMPASS S+E | REALM Global

matt@mattsevenau.com
livinginwinecountry.com
DRE#01890164

On Apr 17, 2025, at 7:21 AM, Matt Sevenau <matt@mattsevenau.com> wrote:

I know right! I always fight the right fight, but we will lose this one for now with sellers that will not understand. I just know we will lose if they are not on the portals...

This will all work itself and I find it all very interesting and exciting. Let's regroup before the first to make sure our coming soons do not get blocked. And I know this is a moving target right now.

I've been on LinkedIn and Insta fighting the fight against the haters of Compass on this subject.

**Matt Sevenau**
Living in Wine Country Group

matt@mattsevenau.com
livinginwinecountry.com
DRE 01890164

<Outlook-aziwdune.gif>

**From:** Jill Silvas <jill.silvas@compass.com>
**Sent:** Thursday, April 17, 2025 7:07 AM
**To:** Matt Sevenau <matt@mattsevenau.com>
**Cc:** Zachary Hom <zachary.hom@compass.com>; Kimberly Matulaitis <kimberly.matulaitis@compass.com>; team@livinginwinecountry.com <team@livinginwinecountry.com>; Will Hardy <will.hardy@compass.com>
**Subject:** Re: Zillow and Redfin IDX feed drama

Morning All:

Matt...I'm surprised that you are not more willing to at least try to "die on that hill" 😊 because I know you hate bullies. I remember you taking one down at the Barking Dog one day...and I'm sure that's not the only time you've done so. 🙂

Seriously though, at this point, we do not know how/if this will affect us. There are more and more areas in the country that have removed the requirements that were originally implemented as a result of the NAR settlement - ie. putting the listing in MLS within 1 business day of any public marketing. We do not even know if because we are not subject to those rules with BAREIS, Zillow will block anything we do to publicly market even during the Private Exclusive phase...like even putting up a sign during Private Exclusive.

As you may have read (because you read everything), more and more regions are refusing to bend to the MLS rules that have been implemented. Zillow is scared and now Redfin is scared...we (and others) are finding a way to take back our business and cut into their profits. I know this will not be an easy conversation to have with clients, but let's just see what happens over the next couple of weeks. Maybe, like what happened with the tariffs, Zillow will blink! Once it is realized that all listings are not one Zillow, they will turn to other sources...US.

I am in communication with KB at BAREIS to find out what their take is on this and hopefully we will find some clearer direction in the near future. We will continue to arm you with facts to present to your sellers. It would be interesting if your team were to "test" the waters with your clients and let us know how that goes. Obviously, your team will have a huge influence on the rest of the Wine Country.

Thanks for your leadership.
*Jill*

Jill Silvas
Napa Valley Sales Manager
Managing Director, Wine Country

DRE #00770453
Compass



On Thu, Apr 17, 2025 at 5:15 AM Matt Sevenau <matt@mattsevenau.com> wrote:

Good morning all,

A few questions before May 1:

- Since we're not affected by Clear Cooperation, will our Coming Soon listings still feed to Zillow?

- Can you confirm that Private Exclusives won't be affected?

- For now, we plan to move our Coming Soon listings back to Private Exclusive if there's a risk they'll be blocked. Our sellers are very attached to having their homes on Zillow, and that's not a hill I'm willing to die on. We'll wait for more clarity before risking any disruption to the IDX feed on Zillow or Redfin.

This isn't a fight we want to bring our clients into yet—none of them would understand why their property wouldn't be showing up, and they wouldn't be happy.

We're handcuffed for now. Zack, if we move all Coming Soon listings back to Private Exclusive before May 1, will they still make the feed assuming we will fall into the 1 day camp?

Thanks,
Matt


**Matt Sevenau**
Living in Wine Country Group

matt@mattsevenau.com

livinginwinecountry.com
DRE 01890164

<Outlook-xhl5jqkb.gif>

--

**Compass**
Chief of Staff to CEO

110 5th Avenue, 5th Floor
New York, NY
10011
www.compass.com



# Document Produced in Native Format

CZ_COMP_000071606

# Document Produced in Native Format

CONFIDENTIAL
CZ_COMP_000071607

# Document Produced in Native Format

CONFIDENTIAL
CZ_COMP_000071608