Message

| | |
|---|---|
| **From:** | Abel Ramos [abelramos@compass.com] |
| **Sent:** | 6/27/2025 11:56:04 AM |
| **To:** | Will Hardy [will.hardy@compass.com] |
| **CC:** | Nathonas Duro-Castillo [nathonas.duro@compass.com] |
| **Subject:** | Re: Zillow's New Listing Policy Update |
| **Attachments:** | Zillow-Listing-Access-Standards.pdf |

Hi Will,

I wanted to check in and see if you have any updated information since the last email exchange we had on this topic.

I'm not sure if you've seen this yet, but I've uploaded the attached PDF for visibility. It provides more detailed information than what was shared in their blog post on 4/20. I noticed the blog now marks this as an "Update," as I've been monitoring it regularly for any new content.

After reviewing this document, it appears that all our PEX listings **could potentially be viewed as violating their rules**, since they're visible to select clients registered to search with our agents on the Compass platform.

I have **a couple of top agents considering pulling out of our 3PM Strategy** due to client pushback and misinformation circulating about listings being "shadow banned." Given that our office is leading Southern California with over 80% adoption in the 3PM initiative, this is a significant issue for me, and I'm committed to keeping our momentum strong.

I'd love to connect for 5 minutes to hear your perspective and discuss how we should navigate this.

Thanks so much for your time and support.

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT**
**PX-101**

On Thu, May 1, 2025 at 3:29 AM Will Hardy <will.hardy@compass.com> wrote:
Sales Leaders & Regional Operations,

Thank you for providing our agents with clarity and support over the past 3 weeks since Zillow announced its new policy. I'm sharing some information we've confirmed with Zillow, along with an email that you can copy and paste to share with your agents.

Zillow's new policy does not go into effect today, May 1st. It will not go into effect until "later in May" and that there will be an "educational period" before it rolls out so that listings will not immediately be banned from their site. We will inform you in advance of the policy going into effect.

We do not know more about what this 'educational period' will be, but its purpose will be to ensure agents learn their new rules before any listings are banned. **There is certainly confusion amongst agents about when this policy will go into effect, so hopefully this provides clarity.**

As you know, each phase of the Compass 3-Phased Marketing Strategy is completely allowed when Zillow's new policy is rolled out, and we will be working with each of you on more localized specifics in the coming weeks to ensure you and your agents are fully prepared.

If any of you need additional support, have questions, comments, or concerns, please call or text me at ▊▊▊▊▊▊▊▊

Please see an email you can copy and paste to your agents below

https://docs.google.com/document/d/1Is1EfgeaY6e-IsP2IaEUMbQydvldD8e3Bt2bpG2j01M/edit?usp=sharing

CONFIDENTIAL

We have also added a slide with talking points in the weekly sales meeting presentation here -
https://docs.google.com/presentation/d/1LCzCljjmSIIKEUItBudYiinmcyhUEI6W7jD38d1g_ns/edit?slide=id.g34
856b19fba_0_189#slide=id.g34856b19fba_0_189

Thank you,

Will


--
**Abel Ramos**
**DRE# 01821789**
Managing Broker
1101 Coast Village Rd Suite B, Montecito, CA 93108
801 Chapala Rd. Santa Barbara, Ca. 93101
Learn more about **COMPASS ONE**



**⌂ Zillow**

# If a listing is marketed to some buyers, it should be marketed to all buyers.

**Publicly marketed listings should be entered in the MLS within one business day and published on Zillow as well as other sites that receive MLS feeds so it is viewable to all buyers and participants in the market.**

Listings that don't align with these standards will not be published on Zillow or Trulia for the life of the listing agreement between the listing broker and seller.

## What's compliant?

✓ **Office exclusive listings** – If your homeowner signs a seller disclosure, and your office exclusive is limited to your brokerage, and only shared amongst agents within your brokerage or in 1:1 communication with clients.

✓ **Coming soon listings** – Must be entered into the MLS within one business day and made available to all MLS participants via IDX (Internet Data Exchange) or VOW (Virtual Office Websites).

✓ **A sneak peek of a listing on social media or in an email newsletter** – As long as it doesn't include listing details like price or address and direct calls to action (like an invitation to tour the home).

## What constitutes public marketing?

Publicly marketed refers to any promotion or advertising of a listing that makes it accessible to consumers. This means:

● Flyers, yard signs, and mailers

● Social media and public-facing websites or apps

● Emails, newspapers, open houses, previews, and showings

● Brokerage private listing networks, if accessible to consumers, including those behind registration walls or login requirements

● Multi-brokerage listing sharing networks and virtual tours

## What about seller privacy?

Zillow fully supports homeowners who wish to keep their listing private — whether for safety, or another personal reason. We will continue to respect the existing paths in your MLS for these unique sellers.

*Please note: Properties which are not publicly marketed must also have a seller-signed waiver or opt-out form that includes clear information about the decision, directs you not to publicly market the home and outlines the potential drawbacks of keeping the listing off public platforms.*

If you have a concern about a listing that doesn't align with our listing access standards please let us know at **zillow.com/listing-contact-form**.

## Learn more




Zillow Listing Access Standards

CONFIDENTIAL