Message

---

**From:** Tony Sargent [tony.sargent@compass.com]
**Sent:** 3/8/2025 3:59:32 PM
**To:** Robert Reffkin [robert@compass.com]
**CC:** Will Hardy [will.hardy@compass.com]
**Subject:** Re: For Your Sunday 1-3pm Consideration Greenwich Village Loft | 2.995M ;)

Thanks Robert!
Have an amazing weekend! (Both of you).

Will, looking forward to connecting for when it's right.

Warmly,
Tony


**Tony Sargent**
**COMPASS**

Licensed Associate Real Estate Broker
Licensed as: Antony Sargent

Luxury Real Estate Specialist
Member of N Y R A C
NYRS REBNY Accreditation

110 Fifth Avenue, 3rd Floor
New York NY 10011

**Explore Listings & Learn More**
Follow Me on Social Media for *Coming Soon* Properties

   



*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S**
**P.I. HEARING EXHIBIT**
**PX-104**

On Sat, Mar 8, 2025 at 1:47 PM Robert Reffkin <robert@compass.com> wrote:
Hi Tony,

Thanks for all you do on The Compass 3 Phased Marketing Strategy. It will transform our company, our industry and our agents ability to give their clients an edge. Unfortunately I'm booked this week but would

definitely like to in the future. Adding Will who can coordinate a future time. At this point I'm only going to open houses for listings that started as Compass Private Exclusives which should be easy for your listings given your support of the program

Best,
Robert

Robert Reffkin
Founder & CEO
Compass

On Sat, Mar 8, 2025 at 11:37 AM Tony Sargent <tony.sargent@compass.com> wrote:
Hi Robert,
Not sure if you're doing your open house your Sunday but we have this beautiful GV loft for sale. Near the office

We already have a contract signed for the buyer on the buy side for over $7M (hush hush for privacy). They contacted me as we staged and sold something in their building last year.

They were talking about selling but I also asked, where are you going to move to? Let's talk about that and develop the plan for you.

We discussed their needs and got them out first week of Jan before the market took off. Worked to prep their home, having discussed the three phase marketing, which we did.

Our first weekend, we had 16 parties (!) at the open house. Last week 9 parties. It would be sold already but there's a new building just announced going to be built yo their west, so it's going to take the right buyer. Clients are amazing to work with.

I'm working this weekend to get them teed up in the next week with Compass One which I believe they'll love.

I imagine your schedule is full tomorrow and I'm not sure how you pick your opens but I thought, they'd just be thrilled to know that our CEO popped by!

Our strategy and plan stood out for them compared to 3-4 other agents from Murillos firms that they interviewed with including some of our own. Their neighbor asked them: "Your brokers are doing all this for you? Our agent (Sothebys) hadn't even hosted an open house for us in a month of being on the market.

Open house or private preview? Happy to show. Thanks for bringing us the tools to help us win and grow our business while helping our clients feel cared for and happy to have hired us and Compass!

Two more 5-12M private exclusives (only private exclusive for privacy ressons) coming next ten days. PE allowed my clients to feel comfortable to work to sell their home privately. Fingers crossed. Have a lead for

something $20M+ and working to build a plan to share with my contact so they may share with their lead. Would be PE also,

Happy Saturday!!! Hope Benis and the kids are all well! Loved our dinner at your home last year!

Warmly,
Tony

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ - 2 BD/2 BA - $2,995,000
https://www.compass.com/listing/1779992846198466345/view?agent_id=5a561b6e2744b57142041f36

**Tony Sargent**
**COMPASS**

Licensed Associate Real Estate Broker
Licensed as: Antony Sargent

Luxury Real Estate Specialist
Member of N Y R A C
NYRS REBNY Accreditation

110 Fifth Avenue, 3rd Floor
New York NY 10011

Explore Listings & Learn More
Follow Me on Social Media for *Coming Soon* Properties

   

