
# Document Produced in Native Format

