**Message**

**From:** Robert Reffkin [robert@compass.com]
**Sent:** 6/28/2025 8:39:28 AM
**To:** Adrian Wright [adrian.wright@compass.com]
**CC:** Jordan Wright [jordanwright@compass.com]
**Subject:** Re: REQUESTING CONVERSATION WITH ROBERT AND ZILLOW SCARED CLIENT!

Great. Just let me know.

Robert Reffkin
Founder & CEO
Compass

On Fri, Jun 27, 2025 at 4:57 PM Adrian Wright <adrian.wright@compass.com> wrote:
Hi Robert,

That would be awesome! Saturday most likely works. I am checking with her. The list price is $4.5M.

Best regards,

**Adrian Wright**

**The Wright Way Team**
Team Lead | Estate Director
CalBRE#: 00935559

Compass
24903 Pacific Coast Hwy #200
Malibu, CA 90265
www.compass.com


Delivering a modern real estate experience from coast to coast. — COMPASS — compass.com

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-114**



On Thu, Jun 26, 2025 at 3:42 PM Robert Reffkin <robert@compass.com> wrote:
Happy to. How much is the listing. One thing you can say to her is that Zillow has given warnings all month to agents from all brokerage firms. Compass agents have only been warned on Compass Coming Soons that have been coming soon for more than one business day. Does Saturday work to speak. Can it be a phone call or does it need to be a VC?


Robert Reffkin
Founder & CEO
Compass


On Thu, Jun 26, 2025 at 6:13 PM Adrian Wright <adrian.wright@compass.com> wrote:
Hi Robert,

Happy Summer! We had so much fun in Denver! I'm guessing you made a lot of promises to agents at the Denver Retreat! I'm checking to see if you can make this one happen some time this week or next!

When you grabbed a bite at our table at the Que Pasa party, Jordan Wright mentioned to you that we had a $4.5 million client who did not want to use Private Exclusives because she heard something on NPR about Zillow, and is scared to be banned from Zillow. She insisted we write into the contract that we would not go on Compass Private Exclusives or Compass Coming Soon.

This was a first for us as most of our listings since Private Exclusives debuted, have utilized both! We've been using the three phase marketing for years now! You said you'd be happy to hop on a call with her and I. I am wondering if there's any time this week? I want to get it on private exclusives next week, if possible.

We are in the worst market in our area since 2009 and we know that she will be much better served by using the 3 phase marketing plan and we will be far more likely to have a successful sale.

Hope you are doing great. Let us know your thoughts. Thank you!


Be safe, be well.

**Adrian Wright**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CZ_COMP_000110879

*Sent from my iPhone*

Estate Director
CalBRE#: 00935559
[redacted]

**Compass**
24903 Pacific Coast Hwy #200
Malibu, CA 90265
www.compass.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CZ_COMP_000110880