# S&L Q2-2025 Quarterly Plan

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S**
**P.I. HEARING EXHIBIT**
**PX-116**

CONFIDENTIAL

# S&L Q2-2025 Quarterly Plan

Group Leads: Adam Beckerman, Josh Snyder
Last Updated: Mar 28, 2025 Document status: Ready for Review

Reference Plan: S&L 2025 ANNUAL PLAN [Final]

### Executive Summary

In Q2, S&L will continue to focus on rapidly delivering Inventory initiatives that lean into our structural advantages and support the 3-Phased Marketing strategy. The biggest change to our plan is a material insertion to onboard M&A brands in a way that gives them a positive on-platform experience and adds incremental Private Exclusive inventory onto the platform. We'll execute on these priorities, while also working to reduce AWS costs and improve stability and operational health.



CZ_COMP_000034769



CZ_COMP_000034770



Cost Reduction

Risks & Needs

CZ_COMP_000034771



Impact of shifting industry

Due to NAR's recent Multiple Listing Options for Sellers policy statement, REBNY's increased scrutiny/enforcement of UCBA compliance rules/contracts, changes in MLS policy/enforcement of Clear Cooperation or our efforts to work around it, or other industry drivers, our rest of year plan could be at further risk of delays if any of these factors necessitate incremental S&L P&E investment. These impacts are somewhat challenging to predict, in terms of sizing and timing, but we will continue to leverage all available resources to push back on the industry and be ahead of / influencing changes whenever possible. This is mainly a callout, but P&E leadership can assist us, via the above-noted intake process, to ensure that the impact of these industry shifts do not pose a significant distraction from our strategic focus.

CZ_COMP_000034772



CONFIDENTIAL



CZ_COMP_000034774

## Updated 2025 Milestones Timeline Table

Current Status Prefixes for Milestones

[Done] - completed

[Not Started] - still on the same timeline as from latest quarterly plan; engineering work has not yet begun (even if Product/Design work has)

[In Progress] - item in current or future quarters being worked on in current quarter; engineering work has started, or even finished, but the initiative has not yet been delivered

[At Risk] - initiative has a potential to be off-track/miss timing

[Won't Do] - fully abandoned work that is unlikely to be picked up later, even in the following year

Timing changes:

[Previously QX] - for anything accelerated, delayed, or removed from the year, use this to denote the timing projected in the last plan



No Prerequisites

Low

Medium

High

Source Table: S&L 2025 Q2 Planning Exhibits



CZ_COMP_000034775



]: Nice one

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Goal Performance Summary





CONFIDENTIAL

## OE Goal Performance

As a part of the incidents and bugs audit, we are continuing to re-tag tickets (ETA 4/4). Q1 actuals may change as a consequence.





## Infra Cost Report

Last S&L cost report: S&L Bi-Weekly Cost Report: 3/1/2025 - 3/22/2025
Quarterly S&L cost report: S&L Quarterly Cost Report: Q1 2025

CZ_COMP_000034782

## Appendix

Q1 Look-back



CZ_COMP_000034783



CONFIDENTIAL





CONFIDENTIAL