Message

**From:** Jason Carroll [jason.carroll@compass.com]
**Sent:** 5/13/2025 3:21:07 PM
**To:** Will Hardy [will.hardy@compass.com]
**Subject:** Re: 2025 Web Visits: Robert LinkedIn

Gracias!

On Tue, May 13, 2025 at 11:51 AM Will Hardy <will.hardy@compass.com> wrote:
Yes! going to post this tomorrow for him on social media

On Tue, May 13, 2025 at 12:54 PM Jason Carroll <jason.carroll@compass.com> wrote:
Hi Will-

Can you please post this to Robert's LinkedIn? Thanks!

**Robert Reffkin - LinkedIn Post**

**Date:** Tue 13 May 25
**From:** Robert Reffkin

I'm proud to share that Compass.com attracted over 21 million visits between January and March 2025 (according to SimilarWeb), making it the most visited traditional brokerage website in the industry.

This isn't just a number to me. This showcases the meaningful advantage for every Compass agent and their clients. As a core part of our Compass 3-Phased Marketing Strategy, this visibility helps sellers create early demand, test pricing, and protect their privacy, without the risks of public days on market or visible price reductions.

At Compass, we're committed to empowering agents with the best tools, technology, and platform to deliver exceptional results for their clients.

If you're thinking of selling or simply want to learn more about how you can achieve your goals, connect with a Compass agent today.

#ThisIsCompass

**Social Assets:**
- National - Web Visits 2025 - Social Post

--
**Compass**
Jason Carroll
Vice-President, Communications & Events



CONFIDENTIAL                                                                                                               CZ_COMP_000087839

--

**Compass**
Chief of Staff to CEO

110 5th Avenue, 5th Floor
New York, NY
10011
www.compass.com



--

Jason Carroll
Vice-President, Communications & Events

