# PX-121

# FILED UNDER SEAL