Message

| | |
|---|---|
| From: | Joe Rath [joe.rath@redfin.com] |
| on behalf of | Joe Rath <joe.rath@redfin.com> [joe.rath@redfin.com] |
| Sent: | 4/14/2025 2:54:36 PM |
| To: | Glenn Kelman [glenn.kelman@redfin.com]; Christian Taubman [christian.taubman@redfin.com]; Alina Ptaszynski [alina.ptaszynski@redfin.com]; Kelly Lennox [kelly.lennox@redfin.com]; Anthony Kappus [anthony.kappus@redfin.com]; Jason Aleem [jason.aleem@redfin.com] |
| Subject: | P&C Clarification on Zillow's rule of VOW and private listings |

*Privileged & Confidential*

I spoke with Errol Samuelson who was happy to hear that we have our own rule on the display of private listings. He also provided clarification on how Zillow treats certain types of listings under its new rule. Some we knew, some we didn't.

- **"If it's VOW, it's fine."** If a listing is available in VOW via the MLS, it will still be allowed on Zillow. Also, NAR has been updating their FAQ on delayed-marketing listings and said MLSs **cannot** exclude delayed-marketing listings from appearing in VOW feeds.

- **Zillow has no problem with private exclusives**, like in the case of a federal judge or Taylor Swift, for sellers that do not want any public advertising.

- However, Zillow considers any ad urging buyers to contact an agent or sign up to see more homes as public advertising. Meaning, **Compass phase 1 private exclusives that are pocketed but advertised with a CTA would not be allowed on Zillow.** Christian, I'm not sure how Zillow tracks listings that only exist internally at Compass?

Alina told me the press is asking us questions about how we'll display listings under certain scenarios.

[redacted]

**JOE RATH**
SENIOR DIRECTOR - BROKERAGE OPERATIONS

REDFIN | Direct: [redacted] | License #: BRKP.2014002982 | He/Him
425 Literary Rd #100 | Cleveland, OH 44113

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-122**

ATTORNEYS' EYES ONLY                                                     REDFIN_CZ00000209