## Short Message Report

| Conversations: 1       | Participants: 2           |
| ---------------------- | ------------------------- |
| Total Messages: 4      | Date Range: 3/13/2025     |

## Outline of Conversations



**GKelman-Mobile-0000022** • 4 messages on 3/13/2025 • Glenn Kelman <+■■■■■■■■> • Jeremy Wacksman <+■■■■■■■■>

**Messages in chronological order** (times are shown in GMT -07:00)

### GKelman-Mobile-0000022

**GK** — Glenn Kelman <+▮▮▮▮▮▮▮▮▮>  —  3/13/2025, 4:16 PM
Jeremy, it's Glenn; can you call if you have a minute?

**GK** — Glenn Kelman <+▮▮▮▮▮▮▮▮▮>  —  3/13/2025, 4:17 PM
I'm free tonight except 4:45 - 5:30 and 8 - 9 am tomorrow

**JW** — Jeremy Wacksman <+▮▮▮▮▮▮▮▮▮>  —  3/13/2025, 4:19 PM
Hey Glenn - post 5:30 works. Will try you around 5:45

**GK** — Glenn Kelman <+▮▮▮▮▮▮▮▮▮>  —  3/13/2025, 4:28 PM
Liked "Hey Glenn - post 5:30 works. Will try you around 5:45"