Message

**From:** Glenn Kelman [▮▮▮▮@redfin.com]
**on behalf of** Glenn Kelman <▮▮▮▮@redfin.com> [▮▮▮▮@redfin.com]
**Sent:** 4/15/2025 3:52:27 PM
**To:** Kelly Lennox [▮▮▮▮@redfin.com]
**CC:** Joe Rath [▮▮▮▮@redfin.com]; Alina Ptaszynski [▮▮▮▮@redfin.com]; Christian Taubman [▮▮▮▮@redfin.com]; Anthony Kappus [▮▮▮▮@redfin.com]; Jason Aleem [▮▮▮▮@redfin.com]
**Subject:** Re: P&C Clarification on Zillow's rule of VOW and private listings

I concur.

On Tue, Apr 15, 2025 at 11:54 AM Kelly Lennox <▮▮▮▮@redfin.com> wrote:
Same here.

**KELLY LENNOX | REDFIN | VP - LEGAL**
▮▮▮▮@redfin.com | (she/her pronouns)
1099 Stewart Street, Suite 600 | Seattle, WA 98101

The contents of this email may be attorney-client privileged and confidential. Any unauthorized review or use of this email is strictly prohibited. Please do not forward. If you have received this message in error, please tell the sender and destroy this message.

On Tue, Apr 15, 2025 at 11:19 AM Joe Rath <▮▮▮▮@redfin.com> wrote:
This is consistent with my understanding.

**JOE RATH**
SENIOR DIRECTOR - BROKERAGE OPERATIONS

REDFIN | Direct: ▮▮▮▮ License #: BRKP.2014002982 | He/Him
425 Literary Rd #100 | Cleveland, OH 44113

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S P.I. HEARING EXHIBIT**
**PX-125**

On Tue, Apr 15, 2025 at 2:09 PM Alina Ptaszynski <▮▮▮▮@redfin.com> wrote:
Hey, Received another follow up question, this time from HousingWire, about specifics of our policy: *Could Redfin offer some clarification on if delayed market exempt listings would be able to be posted on Redfin once their delayed marketing period is over. Additionally, could you provide me with some examples of what would be allowed under this policy and what would get a property banned from Redfin under this policy?*

Is this answer below consistent with how you all are thinking of this?

The policy applies to any listing that is marketed publicly on select sites without also being shared on the MLS and available to all buyers on all real estate sites. If a delayed marketing exempt listing is marketed on the listing brokerages site, but not shared with other sites in IDX or VOW via the MLS, then it would be banned on Redfin for the life of the listing. If a listing is shared with all participants for public marketing at the same time, then it would be allowed.

Listings that are publicly marketed as "Private Exclusives" are also subject to the policy and risk not being displayed on Redfin if they are later submitted to the MLS and syndicated.

ATTORNEYS' EYES ONLY                                                                         REDFIN_CZ00000230

On Mon, Apr 14, 2025 at 8:03 PM Joe Rath <███@redfin.com> wrote:
I agree with you and ███

**JOE RATH**
SENIOR DIRECTOR - BROKERAGE OPERATIONS

REDFIN | Direct ███ | License #: BRKP.2014002982 | He/Him
425 Literary Rd #100 | Cleveland, OH 44113

On Mon, Apr 14, 2025 at 7:46 PM Christian Taubman <███@redfin.com> wrote:
OK, these CTAs just dump you into a standard "contact a Compass agent" form. That means there's no connection between the CTAs and any particular listings. So the only way to get at them is to start to work with a Compass agent and to ask for some of these listings.

███. It will be challenging for us to detect this, and we certainly won't be able to get 100% of them. But I think just the idea that a listing could disappear from Zillow and Redfin without notice and without recourse (because it was truly in violation of the policy) will be enough to give listing agents pause.

Best, Christian

On Mon, Apr 14, 2025 at 4:32 PM Joe Rath <███@redfin.com> wrote:
Yes, but I think more specifically it's when Compass refers to a subset of hidden listings like the 125 mentioned here (bottom right of screenshot):



**JOE RATH**
SENIOR DIRECTOR - BROKERAGE OPERATIONS

REDFIN | Direct ███ | License #: BRKP.2014002982 | He/Him
425 Literary Rd #100 | Cleveland, OH 44113

ATTORNEYS' EYES ONLY

REDFIN_CZ00000231

On Mon, Apr 14, 2025 at 7:18 PM Christian Taubman <​█████@redfin.com> wrote:
Can you clarify Joe, when you say "Compass phase 1 private exclusives that are pocketed but advertised with a CTA," are you thinking of CTAs like the one below?



On Mon, Apr 14, 2025 at 2:55 PM Joe Rath <​█████@redfin.com> wrote:
Privileged & Confidential

I spoke with Errol Samuelson who was happy to hear that we have our own rule on the display of private listings. He also provided clarification on how Zillow treats certain types of listings under its new rule. Some we knew, some we didn't.

- **"If it's VOW, it's fine."** If a listing is available in VOW via the MLS, it will still be allowed on Zillow. Also, NAR has been updating their FAQ on delayed-marketing listings and said MLSs **cannot** exclude delayed-marketing listings from appearing in VOW feeds.

- **Zillow has no problem with private exclusives**, like in the case of a federal judge or Taylor Swift, for sellers that do not want any public advertising.

- However, Zillow considers any ad urging buyers to contact an agent or sign up to see more homes as public advertising. Meaning, **Compass phase 1 private exclusives that are pocketed but advertised with a CTA would not be allowed on Zillow.** Christian, I'm not sure how Zillow tracks listings that only exist internally at Compass?

Alina told me the press is asking us questions about how we'll display listings under certain scenarios.

- ████████████████████████████████████

**JOE RATH**
SENIOR DIRECTOR - BROKERAGE OPERATIONS

REDFIN | Direct: ████████ License #: BRKP.2014002982 | He/Him
425 Literary Rd #100 | Cleveland, OH 44113

--

ATTORNEYS' EYES ONLY
REDFIN_CZ00000232

**CHRISTIAN TAUBMAN** | **REDFIN** | CHIEF GROWTH OFFICER
███████@redfin.com | Tel: ███████ | he/him

--

**CHRISTIAN TAUBMAN** | **REDFIN** | CHIEF GROWTH OFFICER
███████@redfin.com | Tel: ███████ | he/him

--

**ALINA PTASZYNSKI** | **REDFIN** | COMMUNICATIONS DIRECTOR
███████████ ██████ | WASHINGTON, D.C.

Want the latest data on the housing market? Find it in our Data Center.

ATTORNEYS' EYES ONLY