# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 4/9/2025 |

## Outline of Conversations



**GKelman-Mobile-0000028** • 3 messages on 4/9/2025 • Glenn Kelman <+███████████> • Jeremy Wacksman <+███████████>

ATTORNEYS' EYES ONLY                                                                                            REDFIN_CZ00000612

**Messages in chronological order** (times are shown in GMT -07:00)

💬 **GKelman-Mobile-0000028**

JW — **Jeremy Wacksman** <+▮▮▮▮▮▮▮▮▮▮> — ▶ 4/9/2025, 11:44 AM
You have 5 mins to chat this afternoon? I could make anything after 3pm work

GK — **Glenn Kelman** <+▮▮▮▮▮▮▮▮▮▮> — ◀ 4/9/2025, 11:45 AM
Let's do 3!

JW — **Jeremy Wacksman** <+▮▮▮▮▮▮▮▮▮▮> — ▶ 4/9/2025, 11:45 AM
Perfect - will call you then

ATTORNEYS' EYES ONLY                                                                                              REDFIN_CZ00000613