# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 4/10/2025 |

## Outline of Conversations



**GKelman-Mobile-0000031** • 7 messages on 4/10/2025 • Glenn Kelman <​​​​​> •
Sender/Recip Name Not Available <+​​​​​>

ATTORNEYS' EYES ONLY                                                                                                                                                  REDFIN_CZ00000614

**Messages in chronological order** (times are shown in GMT -07:00)

### 💬 GKelman-Mobile-0000031

**GK** — **Glenn Kelman** <+ ████████████  4/10/2025, 1:41 PM

Hi there Robert. It's Glenn from Redfin. Let me know when you want to catch up? Free from 5 - 6 p.m. EDT today or any time before 1 p.m. EDT Friday, or over the weekend whenever you break free.

**SA** — **Sender/Recip Name Not Available** ████████████  4/10/2025, 2:32 PM

Would be nice to connect. Sunday or Monday works. Would probably be smart to have our counsels on.

**GK** — **Glenn Kelman** ████████████  4/10/2025, 2:32 PM

Better schedule it then

**GK** — **Glenn Kelman** ████████████  4/10/2025, 2:33 PM

Why don't you name a time that works for you and your GC and I'll see if ours can make it? As a starting point: best time for me Sunday is after 6 p.m. EDT; best time Monday is before 9 - 11 a.m. EDT.

**SA** — **Sender/Recip Name Not Available** ████████████  4/10/2025, 2:47 PM

Can you share by email and then I can add him. I think that time Sunday works for me

**SA** — **Sender/Recip Name Not Available** ████████████  4/10/2025, 3:00 PM

Maybe we should talk tonight. Could that work?

**GK** — **Glenn Kelman** ████████████  4/10/2025, 3:01 PM

GC and I are free except 9 - 9:30 p.m. EDT and after 11 p.m. EDT

ATTORNEYS' EYES ONLY                                                                                                    REDFIN_CZ00000615