# PX-133

# FILED UNDER SEAL