| | |
|---|---|
| Message | |
| From: | Joe Newstreet [Redacted - PII] |
| on behalf of | Joe Newstreet [Redacted - PII] |
| Sent: | 4/14/2025 11:37:42 PM |
| To: | Leo Pareja [leo.pareja@exprealty.net] |
| CC: | expertcare@exprealty.net |
| Subject: | Re: Listing Power, Consumer Trust, and What Comes Next - Join Us Live Wednesday |

Thank you for the quick response Leo. I'll watch tomorrow but there can't be any good explanation for siding with Zillow.




**Joe Newstreet**
Realtor, EXP Realty
407 [Redacted - PII] | [Redacted - PII]
www.joenewstreet.com
422 North Main Street Windermere, Florida 34786

On Apr 14, 2025, at 5:40 PM, Leo Pareja <leo.pareja@exprealty.net> wrote:

Joe I appreciate your passion. Please join me on Wednesday and hear me out, because it is probably very different than what you expect. Happy to jump on call with you afterwards one on one.

Leo Pareja
703 [Redacted - PII]

On Apr 14, 2025, at 5:03 PM, Joe Newstreet [Redacted - PII] wrote:

Leo, I completely disagree with EXP standing with Zillow. They are terrible for real estate and it's not always in the best interest of the client to not be able to market their property without putting it on the MLS. For instance, I sell a lot of homes in a golf community and for years I was able to put a sign in their yard for golfers to see a house that was coming for sale.  Sometimes the sellers needed a couple weeks to get it fully ready for the market but if there was someone out there who really wanted it, they could come see it. They of course would pay top dollar to not have it on the market. I have years of data to show these sales sold for more and the sellers net more money because the I could give them a break too because I didn't have to spend money on marketing and other things. To be proud that you stand up with probably the worst company in regards to how they treat realtors, I find absolutely despicable. Please maybe read the room a little bit before sending out emails like this that most realtors are embarrassed by. Sorry to be blunt, but I'm not one to sugar coat things. EXP has done some great things but this is not one of them. I am mainly sending this email because I feel like you only hear from the "yes" people who will only tell you what you want to hear and that every idea is great. But I think it's a good thing to hear from what I guarantee you is the majority of us who think this is a terrible stance. Thanks for the time,



**Joe Newstreet**
Realtor, EXP Realty
407- Redacted - PII
www.joenewstreet.com
422 North Main Street Windermere, Florida 34786



On Apr 14, 2025, at 4:30 PM, Leo Pareja <leo.pareja@exprealty.net> wrote:

Hey Joseph,

eXp Realty is the first brokerage to sign onto Zillow's new transparency standards, ensuring that every listing publicly marketed gets full market exposure on the MLS, on Zillow, and in front of every buyer. We're not just watching the industry shift — we're leading it.

We didn't wait to be forced. We didn't hide behind the noise. We stepped up, because it's right for the consumer, and critical for our industry.

But this is just the beginning. So I'm going live with Holly Mabery this Wednesday, April 16 from 12 - 1 p.m. PT / 3 - 4 p.m. ET, live on YouTube and you *need* to be there.

We'll break down:

- What the new Zillow standards really mean for agents
- Why eXp is doubling down on open, accessible marketplaces
- How this impacts your business, your clients, and your bottom line
- Why this strengthens—not limits—seller choice

- Where we go from here as the #1 brokerage in the country by transactions

This isn't theory. This is industry reform in real-time and we're setting the pace.

<u>RSVP Now</u>.

See you Wednesday,

Leo



Leo Pareja
Chief Executive Officer

leo.pareja@exprealty.net
www.exprealty.com



#1 Transactions
Best Brokerages
5 Year Top Movers Sides & Volume
Public Independent

*REAL TRENDS 03/2024