## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 4/7/2025 |

## Outline of Conversations

 **d68f021448f8634cabe4aee6845ccbe2** • 8 messages on 4/7/2025 • Errol Samuelson (█████) • Leonardo Pareja (█████)

CONFIDENTIAL  EXP_SUBP_0000197

**Messages in chronological order** (times are shown in GMT -04:00)

---

 **d68f021448f8634cabe4aee6845ccbe2**

**LP**   **Leonardo Pareja (** ▓▓▓▓▓▓▓▓ **)**   ◀ 4/7/2025, 9:52 AM
Let me know when you can connect today. I can chat at noon ET. I think I figured a version of that protects us both incase the world changes drastically:

**LP**   **Leonardo Pareja (** ▓▓▓▓▓▓▓▓ **)**   ◀ 4/7/2025, 9:53 AM
Material Change in Business Model.
Provider shall have the right to terminate this Agreement upon thirty (30) days' written notice if Zillow materially alters its current economic or operational model in a manner that significantly impacts Provider's business operations or economics. Such material changes may include, but are not limited to: (a) Zillow terminating or substantially modifying the Flex program in a way that eliminates or diminishes team leader participation; (b) Zillow bypassing broker or team lead structures to engage directly with individual agents; or (c) Zillow significantly increasing fees or altering compensation structures applicable to Provider or its affiliated agents. In the event of such a change, Provider may elect to terminate this Agreement without penalty.

**LP**   **Leonardo Pareja (** ▓▓▓▓▓▓▓▓ **)**   ◀ 4/7/2025, 9:54 AM
This was what me and chatGPT came up with. 🪙🪙🪙

**LP**   **Leonardo Pareja (** ▓▓▓▓▓▓▓▓ **)**   ◀ 4/7/2025, 10:14 AM
I think we both need an out incase either of us are pivoting based on all these changes that could happen.

**LP**   **Leonardo Pareja (** ▓▓▓▓▓▓▓▓ **)**   ◀ 4/7/2025, 12:14 PM
Modifying more, but this should be another punch in the mouth to launch this week.

**ES**   **Errol Samuelson (** ▓▓▓▓▓▓▓▓ **)**   ▶ 4/7/2025, 12:18 PM
On a call. Will call you back

**LP**   **Leonardo Pareja (** ▓▓▓▓▓▓▓▓ **)**   ◀ 4/7/2025, 12:18 PM
I got 12 mins until my next call

**LP**   **Leonardo Pareja (** ▓▓▓▓▓▓▓▓ **)**   ◀ 4/7/2025, 12:46 PM
Got 14 mins now