# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 24 | Date Range: 3/25/2025 |

## Outline of Conversations



**24c1a02c261e5e8fdb9dc304da0808c6** • 24 messages on 3/25/2025 • Holly Mabery (■■■■■■■) • Leonardo Pareja (■■■■■■■)

**Messages in chronological order** (times are shown in GMT -04:00)

**24c1a02c261e5e8fdb9dc304da0808c6**

| | | |
|---|---|---|
| HM | **Holly Mabery (████████)** <br> NAR just release the ccp | 3/25/2025, 11:11 AM |
| LP | **Leonardo Pareja (████████)** <br> Have you seen it? | 3/25/2025, 11:13 AM |
| LP | **Leonardo Pareja (████████)** <br> I got a text from Sheryl said I getting an email any minute | 3/25/2025, 11:13 AM |
| HM | **Holly Mabery (████████)** <br> They are releasing multiple options for sellers. <br> 1. Delayed /exempt (outside and idx) <br> 2. Each mls will have their own discretion to determine delayed marketing period <br> 3. Listing agents rep sellers must secure a signed disclosure | 3/25/2025, 11:14 AM |
| HM | **Holly Mabery (████████)** <br> Forwarding email | 3/25/2025, 11:14 AM |
| LP | **Leonardo Pareja (████████)** <br> Did they write it? | 3/25/2025, 11:14 AM |
| LP | **Leonardo Pareja (████████)** <br> I like that | 3/25/2025, 11:14 AM |
| HM | **Holly Mabery (████████)** <br> It's effective March 25 and implemented by Sept 30 | 3/25/2025, 11:14 AM |
| HM | **Holly Mabery (████████)** <br> https://www.nar.realtor/the-facts | 3/25/2025, 11:16 AM |



*Image: 0FB943E0-00CB-441D-B24E-2ABF244A3A7E.jpg (67 KB)*



*Image: B99E352C-85C3-4080-8A09-148CF897BAD2.jpg (60 KB)*


Image: BD987068-787B-4984-9D1E-18EF95248D11.jpg (66 KB)


Image: 5AA6ACAA-3C0C-43B0-906A-96BB146AD395.jpg (76 KB)

LP **Leonardo Pareja (** ▓▓▓▓▓▓▓ **)**  ◀ 3/25/2025, 11:16 AM
Reading this super quickly, this looks like Reffkin got his way

HM **Holly Mabery (** ▓▓▓▓▓▓▓ **)**  ▶ 3/25/2025, 11:16 AM
Ris media got the scoop and just dropped an article

HM **Holly Mabery (** ▓▓▓▓▓▓▓ **)**  ▶ 3/25/2025, 11:16 AM
Yes he did

HM **Holly Mabery (** ▓▓▓▓▓▓▓ **)**  ▶ 3/25/2025, 11:16 AM
This will be up to local control

LP **Leonardo Pareja (** ▓▓▓▓▓▓▓ **)**  ◀ 3/25/2025, 11:17 AM
That's why he made the post he made last week

HM **Holly Mabery (** ▓▓▓▓▓▓▓ **)**  ▶ 3/25/2025, 11:17 AM
So I will get to work on our disclosure

HM **Holly Mabery (** ▓▓▓▓▓▓▓ **)**  ▶ 3/25/2025, 11:17 AM
Liked "That's why he made the post he made last week"

HM **Holly Mabery (** ▓▓▓▓▓▓▓ **)**  ▶ 3/25/2025, 1:18 PM
This is a short version:

HM **Holly Mabery (** ▓▓▓▓▓▓▓ **)**  ▶ 3/25/2025, 1:18 PM
Consumers have always had a choice. The importance of today's announcement from NAR is the clarity Clear Cooperation does play a pivotal role in providing the consumer with the most visibility and promotion of their property. The introduction of "Delayed Marketing Exempt" provides a path for specific consumer needs that was not the majority. It provides consumer choice with an explanation in the required disclosure. Providing a path for consumers has always been at the forefront. Transparency in the process with an education of what a decision could mean to a consumer is key.

HM **Holly Mabery (** ▓▓▓▓▓▓▓ **)**  ▶ 3/25/2025, 1:30 PM

I made it a bit longer in a different version

**HM**  **Holly Mabery (▮▮▮▮▮▮▮▮▮▮)**    ▶ 3/25/2025, 1:39 PM
On with Keith pike

**HM**  **Holly Mabery (▮▮▮▮▮▮▮▮▮▮)**    ▶ 3/25/2025, 2:08 PM
Here's longer. Going to call in 5 if that works:

**HM**  **Holly Mabery (▮▮▮▮▮▮▮▮▮▮)**    ▶ 3/25/2025, 2:08 PM

Consumers have always had a choice. The importance of today's announcement from NAR is the clarity Clear Cooperation does play a pivotal role in providing the consumer with the most visibility and promotion of their property. The introduction of "Delayed Marketing Exempt" provides a path for specific consumer needs that was not the majority. It provides consumer choice with an explanation in the required disclosure. Providing a path for consumers has always been at the forefront. Transparency in the process with an education of what a decision could mean to a consumer is key. Consumers have always had a choice when it comes to selling their property. The significance of the recent announcement from NAR regarding Clear Cooperation lies in its emphasis on providing consumers with maximum visibility and exposure for their listings. This policy ensures that all listings are readily available to potential buyers, promoting a fair and transparent marketplace.

The introduction of the "Delayed Marketing Exempt" category addresses specific consumer needs that may not align with the majority. This exemption allows for flexibility while still maintaining transparency through a required disclosure. This approach prioritizes consumer choice and acknowledges that individual circumstances may necessitate alternative marketing strategies.

The core principle underlying these changes is a commitment to empowering consumers through education and transparency. By providing clear information about the potential implications of their decisions, consumers can make informed choices that best suit their needs and goals. This emphasis on transparency and consumer education fosters trust and confidence in the real estate process.

**LP**  **Leonardo Pareja (▮▮▮▮▮▮▮▮▮▮)**    ◀ 3/25/2025, 4:04 PM
Thoughts on this:

**LP**  **Leonardo Pareja (▮▮▮▮▮▮▮▮▮▮)**    ◀ 3/25/2025, 4:04 PM
Preservation of cooperation is a win for consumers.
I truly believe that the highest value a seller can receive comes from exposing their property to as many buyers as possible. While there are always exceptions—and sellers have always had the right to choose—I do believe that if a seller prefers not to have their property advertised, they should absolutely have that option.

My biggest concern is the practice of steering sellers into believing that limited exposure is the best option, even when empirical data suggests otherwise.

I support maximum transparency and disclosure, always keeping our consumers' best interests in mind, and fulfilling the fiduciary responsibilities we all agreed to uphold when we earned our real estate licenses.