OCT 13, 2025

# Broad exposure continues to be a winning strategy for agents

Industry

The vast majority of agents today choose to broadly market listings, giving sellers maximum visibility and ensuring buyers have a fair chance at every available home.

That's the right thing for most clients, and Zillow's early data confirms this: since introducing Zillow's Listing Access Standards in April 2025, the vast majority of agents continue to provide broad exposure for their clients. And for those agents who do receive a listing access standards notice, it's typically a one-time occurrence. Most agents don't market their listings selectively, and don't make their listings available only to those who have access to a brokerage portal. They want to ensure their clients have the broadest exposure and their listings are live on Zillow, Trulia and other consumer-focused platforms.

Since Zillow began sending notifications to agents over the summer, early data has confirmed this trend:

- **≈90%** of agents who received a Listing Access Standards notice from Zillow only received one, meaning the initial notice resulted in most agents making sure their next listing was available widely and aligned with the Zillow standards.
- Only about 10.5% of agents who received notices get two — meaning almost 9 in 10 agents who received a notice from Zillow are first-timers who do not continue to only selectively market their listings through private listing networks.

The majority of agents already want to **keep their clients' listings broadly visible.** And agents who receive a notification about a listing that doesn't meet the Zillow Listing Access Standards decide to broadly market their next listing to benefit buyers and sellers alike.

## Repeated issues are the rare outlier

We continue to see what we've always believed: the vast majority of agents act in the best interest of their clients by maximizing exposure. Zillow has continued to share resources for agents, so they understand the standards and the fact that selectively marketing listings to advantage some buyers is harmful to others. The number of listings that end up not qualifying to publish on Zillow and Trulia is small.

Importantly, agents have multiple opportunities to understand Zillow's Listing Access Standards. Listings only stop qualifying to publish on Zillow and Trulia beginning with an agent's third violation and beyond. One-time instances do not cost agents or sellers exposure — enforcement is narrowly reserved for repeated, intentional behavior, and our early data shows this education is working.

Experienced agents understand that promoting a listing widely is what moves the needle to get a seller to the closing table and buyer into their next home. Zillow has resources to explain the benefit of marketing a listing widely.

## Broad exposure remains the norm

Sellers want maximum visibility, buyers want access to all homes on the market, and agents want to compete fairly. Zillow's Listing Access Standards reinforce that standard and most agents agree.

About Zillow

Media Room

Investors

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-142**

Careers

Privacy Policy

Terms of Use

Our Brands

- Zillow
- Trulia
- StreetEasy
- Hotpads
- Zillow Rentals
- Zillow Premier Agent
- Zillow Home Loans
- ShowingTime+
- Follow Up Boss
- Aryeo

Our Blogs

- Corporate
- Consumer
- Research
- Tech
- Mortgage Learning
- Agent Resources
- Landlord Resources

Follow Us

© 2006-2023 MFTB Holdco, Inc., a Zillow affiliate