APR 10, 2025

# If a listing is online, it should be online everywhere: Zillow's new listing access standards

If a listing is marketed to any home shoppers, it should be marketed to all home shoppers.

Announcements    Consumer Advocacy

*Compass, Inc. v. Zillow, Inc. et al.,*
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)
**PLAINTIFF'S
P.I. HEARING EXHIBIT
PX-143**



*This article was updated May 20, 2025 with details about implementation of our listing standards.*

At Zillow, our mission is to make buying, selling and renting a home easier for everyone. That means helping consumers access all available listings — without barriers, bias or backroom deals. It also means creating a more transparent, fair and efficient marketplace for agents and brokers.

That's why we've established Zillow's listing access standards, which outlines how Zillow is implementing the NAR Clear Cooperation Policy on our platform. At the core of these standards is one simple principle: ***A listing marketed to any buyer should be marketed to every buyer.*** This means in the MLS, on Zillow and even on non-Zillow portals or brokerage sites. Why is this important? Because consumers deserve fair access to listings without having to get access behind a velvet rope controlled by any one company.

This means when a listing is publicly marketed to consumers — whether through a sign in the yard, an Instagram post or on a brokerage website behind the lure of exclusive inventory behind a consumer login — it must be submitted to a Multiple Listing Service (MLS) within one day and published on Zillow and other sites that receive listing feeds. This is consistent with NAR's Clear Cooperation Policy and reflects our belief in fair access for all.

For a seller to get maximum exposure with their listing on Zillow, an agent will need to enter it in the MLS at the point of publicly marketing. Our standards are straightforward: If a listing is marketed directly to consumers without being listed on the MLS and made widely available where buyers search for homes, it will not be published on Zillow.

A listing publicly marketed to some buyers must be entered in the MLS within one business day and published on Zillow as well as other sites that receive MLS feeds. Listings that don't meet these standards won't be published on Zillow or Trulia for the life of the listing agreement between that listing broker and seller.

## How our listing standards will work

Zillow's listing access standards will be implemented starting May 28. Our goal is to provide ample time for everyone to understand these standards — ensuring that for-sale listings are posted on the MLS and then published on Zillow and other sites that receive MLS feeds.

To help agents understand these listing access standards so they can market their listings in meaningful ways for consumers, we published a variety of resources, including an online course, blog posts and detailed FAQs.

We are rolling out our standards in phases starting with many large markets in the U.S. and expanding nationally throughout the summer. Starting May 28, agents will receive notifications if a listing doesn't meet our listing access standards. Each non-compliant listing will be logged as a single violation and the listing agent will be notified directly about each violation. As of June 30, an agent's third non-compliant listing — and any subsequent non-compliant listings — will be blocked from Zillow and Trulia for the life of the listing agreement between that listing broker and seller. Listings that comply with the standards will be on Zillow and Trulia, regardless of an agent's past violations.

These new listing access standards apply to all listings subject to an exclusive for-sale listing agreement between a broker and a seller and therefore do not apply to builder inventory represented directly by the builder, rental listings or for sale by owner listings.

Listings meeting the following conditions are allowed:

- If the listing is also only shared among agents within the listing brokerage and the seller has signed a waiver or opt-out form, specifically asking for the listing to be withheld from the MLS and MLS participant sites — and the waiver details any potential drawbacks to marketing the home in this way.
- Delayed marketing or coming soon listings entered into the MLS and available to all MLS participants.

As we always strive to do, we'll work to ensure agents and others in the real estate community not only understand our standards but also are empowered to join us in our work to promote a fairer and more transparent marketplace for all.

- Read more about about Zillow's listing access standards
- Review the FAQs
- Check out research showing the importance of listing on the MLS

## The problem with pick-and-choose access

Listings shouldn't be used as leverage to control who gets to participate in the home-buying process. Practices that selectively share listings — such as with buyers or sellers who agree to work with an agent due to the promise of exclusive access — create confusion, harm consumers and erode trust in the marketplace. It's a bait-and-switch move, where agents or brokerages try to get the best of both worlds — dangling a listing to gain more business, only to turn around and market it widely later.

On the rare occasion a seller has a legitimate reason to keep their listing fully private — whether for privacy, safety or another personal reason — we support that. In those cases, the listing never gets publicly marketed (on Zillow or anywhere else online) and there is an existing path in the MLS for these unique sellers. It's the exception, not the norm. But when a listing is made public, it should be accessible to every consumer and every agent. Anything less creates an uneven playing field.

## Our commitment: Consumers come first

Consumers should not have to wonder whether the home that might be perfect for them is hidden behind a gate they didn't know existed. And agents shouldn't have to jump through hoops just to show their clients all the homes available to buy.

Zillow was founded on the principle of free and fair access to real estate information and listings and we have not wavered in that commitment. We are the most trusted consumer brand in real estate, with the largest audience of movers who expect to see *all* the publicly available listings on Zillow. We have a responsibility to deliver what consumers demand and deserve. We will continue to advocate for the best interests of consumers, as we always have.

By requiring timely listings in the MLS and on other sites that receive MLS feeds, Zillow aims to prevent the disadvantages that arise from private listing networks and restricted inventory, which limit visibility and have an added impact for first-time buyers, lower-income groups and communities of color.

## What this means for the industry

Zillow's listing access standards reinforce what most in the real estate community already believe: transparency and equal access are essential for a healthy marketplace. When listings are made equally available to all agents and all consumers, everyone benefits. If you're already doing the right thing for your buyers and sellers, nothing changes for you.

Our standards say it's okay to share office exclusives among agents within the same brokerage, or to have delayed marketing or coming soon listings that are entered into the MLS and available to all MLS participants. And, of course, it's okay to maintain a seller's privacy when necessary by keeping a listing off the internet entirely. But when it's time to market to buyers, that means all buyers.

These standards also reduce confusion for consumers. Fragmented listing access — in which a home is available on one platform but not another, or shared with some agents but not others — creates frustration and distrust.

Zillow is committed to consistency, clarity and fairness, and to empowering brokerages, like eXp Realty, and agents who are dedicated to raising the bar for access. Zillow and eXp Realty encourage other industry leaders — brokerages, MLSs and tech platforms alike — to commit to transparent practices prioritizing access for all consumers and agents, not just a select few.

That's what consumers expect, and what they deserve.

About Zillow

Media Room

Investors

Careers

Privacy Policy

Terms of Use

Our Brands

- Zillow
- Trulia
- StreetEasy
- Hotpads
- Zillow Rentals
- Zillow Premier Agent
- Zillow Home Loans
- ShowingTime+
- Follow Up Boss
- Aryeo

Our Blogs

- Corporate
- Consumer
- Research
- Tech
- Mortgage Learning
- Agent Resources
- Landlord Resources

Follow Us

© 2006-2023 MFTB Holdco, Inc., a Zillow affiliate