

Compass, Inc. v. Zillow, Inc. et al.,
No. 1:25-cv-05201-JAV-SDA (S.D.N.Y)

**PLAINTIFF'S
P.I. HEARING EXHIBIT**

**PX-147**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



## CoStar's commercial strategy has led to a monopoly

CoStar took over commercial real estate by doing the following:

**1** First, establish a de-facto monopoly of critical data

**2** Offer tools WITHIN the walled garden of the CoStar ecosystem

**3** Bankrupt and bully competitors and customers through litigation

- Collect data through both organic methods and acquisitions
- Offer a portal (LoopNet) to allow customers to access this data at high rates, with many tiers of pricing

- Tools: CRM, website listing integration, website creation and transaction management
- Don't allow external integrations
- Raise prices whenever possible, as you build leverage

- Competitors: most common reason for litigation revolves around use of CoStar data
- Customers: willing to make an example of customers who password share or try to form separate data consortiums

**With so much power, CoStar's goal is not to be liked, but to scare the industry into compliance**

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST                     ZILLOW GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                     ZG-00032395



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
ZG-00032396

# CoStar's Core Commercial Business

CoStar built/acquired unique proprietary content and continues to leverage its dominant market positioning to sell services to industry participants.

\*\*This is CoStar's most durable and mature business. It is highly cash-generative allowing Costar to make large investments elsewhere\*\*



ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032397







HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032400

## For-Sale Business Is Ramping Up Marketing Spend....

**With Neighborhood content built Homes.com launched the "largest marketing in real estate history," pledging to spend ~$1 Billion to try and build audience**



ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

ZG-00032401

# ....Which is Resulting in Low Quality Audience

While Homes.com was able to grow traffic to its platform, average Homes.com user **spends less time vs. an average Zillow user = low-quality traffic so far...**



**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                 ZG-00032402

## Member Agent Interviews Confirm Low Quality Audience...

(Source: Tegus)

*I am a customer of homes.com, I do not see the value at this time... I'm also a customer of Zillow because of the ROI.*

*"If I don't answer the phone enough times or set enough appointments, they're not going to give me any more leads on Zillow, they track all that. Homes.com doesn't care."*

*"We're just in our third month now. **Honestly, the leads that have been coming in are all garbage.** I've received, I think, about 35, 40 leads, and we haven't even met with any of them. We had one appointment set and they didn't show up to the appointment."*

*"I'm three months in, I know I signed a 12-month contract, but I will not be honoring the contract and I'll be pulling out after six months."*

*"We're paying more than most, about $1,700, $1,800 a month, and that's because we got about 100 listings last year. **We haven't seen any value out of that yet."***

*"I'm month three into it now, and I've received nothing, just a bunch of **just really bad, nonresponsive, low funnel leads."***

*"Homes.com ran on the Super Bowl, so you actually have all this traffic coming in, but how many of those people are really buying a home? Where is the intent? Now, you've got to sift through all of that, and they're no help at all."*

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032403



ZG-00032404



## Media Executive POV on Homes.com Marketing Push



TAKE MY MONEY

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST



### CoStar to spend a billion dollars on marketing in fight for portal crown

CoStar plans to advertise during this Sunday's Super Bowl, running 4 commercials, and at major cultural events in what it describes as "the biggest marketing campaign in real estate history"



**CoStar's Super Bowl spots kick off Homes.com marketing blitz**
CEO Andy Florance recently teased "the biggest marketing campaign in real estate history"

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Estimated Q1 Media Marketing Spend

- **Homes.com flooded the Linear TV marketplace** and dominated TV moments (~$40M across Super Bowl, Grammys, Oscars, etc.).

- Zillow continues prioritizing CTV vs. Linear based on consumption pattern

- **Digital investment continues to grow and made up ~60%** of reported Q1 spend (excluding Super Bowl/Events spend). YouTube was the top partner across the category.



Estimated Q1'24 Spend & Media Mix

Use spend directionally
Date Range: 1/1/24 – 3/31/24
Competitors: Zillow, Rocket Mortgage, Redfin, Realtor, Homes, Apartments
Sources: Sprat (National TV), Pathmatics (Digital, CTV, Social)
Not included: TikTok, Snap, LinkedIn, Pinterest, Sponsorships, Podcasts, Streaming Audio, Offline channels, SEM

ZILLOW GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032407



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Rising tide...

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

# Homes.com Value Proposition

- Tagline: We've done your homework
- Focus on neighborhoods, customer experience and agent quality



# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
ZG-00032412



## Audience Share



ZG-00032414

# Recap

- **Homes.com got a short-term spike in audience but quality remains lower than Zillow**

- **We feel really good about our differentiated strategy and positioning, and we'll keep running our playbook**

- **Continue to monitor their efforts but keep focus on serving our customers and our partners**

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032415



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY





HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



ZG-00032419

# Rocket's AI Efficiency Gains

| Rocket Logic | Rocket Synopsis | Explore Spaces | Auditory Search |
|---|---|---|---|
| **2.5**$\times$ | **70**% | **2**$\times$ | **10**% |
| Faster loan closing times than industry average | Of client interactions are fully self-serve | Visit duration improvement | Of the US population experiences visual impairment |
| • Reduced the number of times a team member interacts with a loan by nearly 2.5% Y/Y<br>• Out of 4.3 million data points extracted from documents, including W2s and bank statements in February, nearly 90% were automatically processed | • Already led to a nearly 10% increase in resolutions reached during a client's first call to Rocket<br>• Works behind the scenes, transcribing and tagging client interactions, logging client preferences for communication method, time to be contacted, all-purpose, sentiments, and more | • Enables users to discover their next dream home by displaying photos based on features that are important to them<br>• Users that engage with Explore Spaces return 6x more often | • Generates detailed captions for listing each photo that can actually be read aloud through AI-powered voice transcription |

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00032420

# Rocket Homes Recent Launch Explore Spaces

The Explore Spaces search experience shows a user's search results by photos of home features they prefer:

- Bedrooms
- Bathrooms
- Kitchens
- Living rooms



ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                                                                    ZG-00032422

# Redfin AI search assistant, Ask Redfin, launches nationwide

Ask Redfin is now available nationwide on Redfin's iOS home search app. Ask Redfin can answer a range of questions about listings, market trends and much more



ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Ask Redfin Overview



- Primary focus on home information during evaluate phase

- Connection to RF agent directly within conversation

- Few dead ends - suggested queries ease work and engage user

- Positioning: Ask Redfin saves you time by quickly getting the answers you need

- Messaging: Powered by AI. Superpowered by Agents.

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032425

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032426

## What's Next

- Consumers will get more comfortable and familiar with AI and conversational experiences specifically over time, but **we're not there yet**

- Experiences will be judged based on the **value they're adding** - we must be useful and responsible in our approach

- Remain **focused on customer needs** to inform our experiences - our scale affords default leadership but can't take for granted

### iOS 18 iPhone Update Will Harness AI For Crucial New Features, Report Says

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST



**Concern about artificial intelligence in daily life far outweighs excitement**

*% of U.S. adults who say the increased use of artificial intelligence in daily life makes them feel ...*

| | 2021 | 2022 | 2023 |
|---|---|---|---|
| More **excited** than concerned | 18 | 15 | 10 |
| Equally excited and concerned | 45 | 46 | 36 |
| More **concerned** than excited | 37 | 38 | 52 |

Note: Respondents who did not give an answer are not shown.
Source: Survey conducted July 31-Aug. 6, 2023.

**PEW RESEARCH CENTER**



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Why Now

Generative AI's advanced capabilities and collision with the recent NAR ruling's disruption of the home buying process has already sprouted several new experiences offering a different approach to agent representation and home shopping.





ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032429



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00032430

## Summary

- AI-focused experiences are starting to appear, addressing **various stages of the home buying process**

- Several are very new or still not yet launched/not working properly

- These experiences are beginning to explore **new business models** (e.g. paperwork approvers, human agent escalation/consultation, agent final sign offs, etc.)

- Though none of these experiences represent a significant threat now, more are coming and **should impact how we think about our customers and partners**

- Buyers will be faced with **more options and will need help navigating** this new landscape

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032431

## Landy.ai

- Offer creation, negotiation and paperwork completion
- Val Prop: Heavy focus on value/savings



ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY                    ZG-00032432



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Landy.ai

- "Offer Genius" tool that completes PSA
- "New home joy just hits different when it's commission free"



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Joy.ai (not yet launched)

- Claims it can do all agent tasks
- Val Prop: Refunds buyer 70% of agent commission



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



Human authorized last output

ZG-00032436

## Homescore

- Analyzes short list of homes before offer
- Val Prop: Deep insights about a home before you buy so there are no surprises



ZG-00032437

# Homescore

- Lifestyle-focused HDP experience
- Property Comparison and renovation estimates



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## Homescore

- Inspection report analysis
- Co-shopping enabled



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

## So Now What?

- The landscape is starting to shift for our customers and our partners - what's our role in education and advancement of new AI-powered experiences?

- How should we think about functional and aspirational opportunities to use AI to help our customers and partners going forward?

- Act as a leader. Show up like a challenger.

(Selfish plug - Please send me any new consumer-facing AI experiences that pop up - @davesc ☺)

ZILLOW | TRULIA | STREETEASY | HOTPADS | OUT EAST

**ZILLOW**GROUP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY





# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032443

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032444

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032445

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032446

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032447

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032448

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032449

# REDACTED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

ZG-00032450