UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA, LLC,<br><br>*Defendants.* | Case No. 1:25-cv-05201-JAV |

**CERTIFICATE OF SERVICE**

I, Chahira Solh, affirm that the following documents were served on Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC ("Defendants"):

- Plaintiff's Letter Motion to Seal, ECF No. 168.
- Declaration of Terence Leong and its affixed sealed, unredacted exhibits, ECF Nos. 168-1 through ECF 168-34.

The foregoing documents were served, with Defendants' consent, via e-mail to all counsel of record who have appeared in this action:

- Bonnie Lau, blau@wsgr.com
- Beau William Buffier, bbuffier@wsgr.com
- Erin Preston Tuttle, eric.tuttle@wsgr.com
- Nicholas Sidney, nsidney@wsgr.com

I further affirm that I served copies of the foregoing documents with non-party Redfin, Corp.'s ("Redfin") confidential information unredacted via-email to Redfin's counsel:

- Gerald A. Stein, GeraldStein@dwt.com
- Robert J. Maguire, RobMaguire@dwt.com
- MaryAnn Almeida, MaryAnnAlmeida@dwt.com
- Emily Parsons, EmilyParsons@dwt.com

I further affirm that I served copies of the foregoing documents with non-party eXp Realty, LLC's ("eXp") confidential information unredacted via-email to eXp's counsel:

- Stephen J. Siegel, SSiegel@Atllp.com
- Elizabeth C. Wolicki, EWolicki@Atllp.com

Dated: December 22, 2025

Respectfully submitted,

/s/ *Chahira Solh*

Chahira Solh (*admitted pro hac vice*)
Daniel A. Sasse (*admitted pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com

Kenneth Dintzer (NY Bar No. 2476687)
(*admitted pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
kdintzer@crowell.com

Luke Taeschler (NY Bar No. 5308325)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
ltaeschler@crowell.com

*Attorneys for Plaintiff Compass, Inc.*