UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS, INC.,<br><br>        Plaintiff,<br><br>    -v-<br><br>ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA, LLC,<br><br>        Defendants. | Case No.: 1:25-cv-05201-JAV-SDA<br><br>**ORDER GRANTING JOINT MOTION TO CORRECT PRELIMINARY INJUNCTION HEARING TRANSCRIPTS** |

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the parties' joint letter motion and stipulation, the Court orders that the following corrections be made to the transcripts of the hearing on Plaintiff's Motion for a Preliminary Injunction in this matter:

| Page/Line (Witness) | Change From | Change To |
|---|---|---|
| 125:19 (Reffkin) | DX 436 | DX 438 |
| 125:22 (Reffkin) | DX 436 | DX 438 |
| 496:12 (Navab) | DX 367 | DX 667 |
| 218:9 (Samuelson) | "MLS listing fees" | "MLS listing feeds" |
| 218:12 (Samuelson) | "MLS listing fees" | "MLS listing feeds" |
| 218:22 (Samuelson) | "MLS listing fees" | "MLS listing feeds" |
| 226:2 (Samuelson) | DX 226 | DX 326 |
| 259:19 (Samuelson) | DX 160 | DX 610 |
| 261:13 (Samuelson) | DX 143 | DX 483 |
| 618:7 (Wu) | "Exhibit 457" | "Exhibit 657" |
| 659:8 (Wu) | "paragraph 144, footnote 115" | "paragraph 114, footnote 158" |

-1-

| Page/Line (Witness) | Change From | Change To |
|---|---|---|
| 671:18 (Wu) | "paragraph 88" | "page 88" |
| 672:12-13 (Wu) | "lines 21 to 149" | "lines 21 to page 149, line 4" |
| 672:15 (Wu) | "line 10" | "line 2" |
| 703:20 (Wu) | "Exhibit 50" | "DDX 1.50" |

The Clerk of Court is directed to terminate ECF No. 183.

SO ORDERED.

Dated: February 9, 2026

                                                                     _____
                                                                     JEANNETTE A. VARGAS
                                                                     United States District Judge