UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

COMPASS, INC.,     Plaintiff,     Case No. 1:25-cv-05201-JAV

-against-

ZILLOW, INC., ZILLOW GROUP, INC.,
and TRULIA, LLC,     Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Gerald A. Stein
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GS0766     My State Bar Number is 2585537

I am,

☑ An attorney for Defendant, Redfin Corporation
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Davis Wright Tremaine LLP
                  FIRM ADDRESS: 1251 Avenue of the Americas, 21st Floor, New York, NY 10020
                  FIRM TELEPHONE NUMBER: 212.489.8230
                  FIRM FAX NUMBER: 212.489.8340

NEW FIRM:     FIRM NAME: Davis Wright Tremaine LLP
                  FIRM ADDRESS: 1251 Avenue of the Americas, **42nd Floor**, New York, NY 10020
                  FIRM TELEPHONE NUMBER: 212.489.8230
                  FIRM FAX NUMBER: 212.489.8340

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/25/2026                          /s/ Gerald A. Stein
                                                       ATTORNEY'S SIGNATURE