**WILSON SONSINI**

Bonnie Lau
blau@wsgr.com
O: 415-947-2000

Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

March 5, 2026

<u>*Via CM/ECF*</u>

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  **Re: <u>*Compass, Inc. v. Zillow, Inc. et al.*, Case No. 1:25-cv-05201-JAV (S.D.N.Y.)</u>**

Dear Judge Vargas:

  Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC (collectively, "Zillow") respectfully submit this letter motion to set deadlines for Plaintiff Compass, Inc. ("Compass") to amend its Complaint and for Zillow to file a responsive pleading.

  The Court previously ordered that Zillow's responsive pleading would be due 30 days after the Court's ruling on Compass's Motion for a Preliminary Injunction. *See* Dkt. 65. The Court ruled on the Motion for a Preliminary Injunction on February 6, 2026. Dkt. 184. Thus, Zillow's deadline to respond is currently Monday March 9, 2026. No other extensions have been granted, and the parties currently have no appearances scheduled before the Court.

  On March 2, 2026, Compass informed Zillow that Compass intends to amend its Complaint and proposed that the parties jointly move the Court to set a schedule for Compass's amendment and Zillow's answer/response. Compass proposed April 23 to amend and May 23 to respond. Zillow countered with March 13 to amend and April 13 to respond, and requested that the joint motion be filed by March 5 to allow the Court sufficient time to enter the extension before Zillow's March 9 motion deadline. Compass then reversed itself and took the position that Zillow should nevertheless file its motion to dismiss—as to a complaint that Compass already said it intended to amend. That process would be inefficient and needlessly waste party resources. Compass refused subsequent efforts to negotiate deadlines for amendment and to answer, so Zillow requests that the Court enter the following schedule:

- March 13, 2026: Deadline for Compass to file an amended complaint
- April 13, 2026: Deadline for Zillow to answer or move to dismiss the operative complaint

The Honorable Jeannette A. Vargas
March 5, 2026
Page 2

      Zillow respectfully requests that the Court enter the foregoing deadlines in the attached order.

                Sincerely,

*/s/ Bonnie Lau*
Bonnie Lau (admitted pro hac vice)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: 415-947-2414
blau@wsgr.com

Beau Buffier (NY Bar No. 3932050)
WILSON SONSINI GOODRICH & ROSATI, P.C.
31 West 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
bbuffier@wsgr.com

Eric P. Tuttle (admitted pro hac vice)
Nicholas R. Sidney (admitted pro hac vice)
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2513
eric.tuttle@wsgr.com
nsidney@wsgr.com

*Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC*