

**Chahira Solh**
CSolh@crowell.com
(949) 798-1367  direct

Crowell & Moring LLP
3 Park Plaza
20th Floor
Irvine, CA 92614
+1.949.263.8400  main
+1.949.263.8414  fax

March 6, 2026

**VIA CM/ECF**

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Compass, Inc. v. Zillow, Inc. et al.*, Case No. 1:25-cv-05201-JAV (S.D.N.Y.)

Dear Judge Vargas:

      Plaintiff Compass, Inc. ("Compass") respectfully submits this response to the unilateral letter motion filed by Defendants Zillow, Inc., Zillow Group, Inc., and Trulia, LLC (collectively, "Zillow") on March 5, 2026. Compass respectfully requests that the Court set **April 23, 2026**, as the deadline for Compass to file an amended complaint.

      Zillow's characterization of the parties' discussions is incomplete. While Zillow suggests that a March 13 deadline for Compass to amend its complaint is necessary for efficiency, Zillow fails to account for the timeline that would have been in effect under the Court's rules. Indeed, had Zillow filed its motion to dismiss by the current March 9 deadline, Compass would have 21 days from the service of that motion to amend as a matter of right, or until March 30, 2026. Court's Individual Rules and Practices 5(I) and Fed. R. Civ. P. 15(a)(1)(B). Zillow's current proposal of a March 13, 2026 deadline to amend its complaint provides Compass with *less* time than it would have received under the relevant rules.

      Compass's requested timeframe is also warranted because Compass is currently in the process of retaining new lead counsel.

      To avoid further inefficiency, Compass respectfully requests that the Court adopt the following schedule included in the enclosed proposed order:

- **April 23, 2026**: Deadline for Compass to file an amended complaint.
- **May 23, 2026**: Deadline for Zillow to answer or move to dismiss the operative complaint.

      Compass notes that it tried to resolve this scheduling dispute with Zillow without involving the Court. Compass offered Zillow the exact schedule above, which resolves any scheduling issue that Zillow could raise while giving Compass sufficient time to make important decisions on

counsel and pleadings. But, instead of trying to find a mutually agreeable schedule, Zillow threatened to file a motion to dismiss. A few days later, Zillow changed its mind, decided not to file its unwarranted motion to dismiss, and instead filed the instant letter.

                    Respectfully submitted,

*/s/ Chahira Solh*
Chahira Solh (admitted pro hac vice)
Daniel A. Sasse (admitted pro hac vice)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com

Kenneth Dintzer (NY Bar No. 2476687)
(admitted pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
kdintzer@crowell.com

Luke Taeschler (NY Bar No. 5308325)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
ltaeschler@crowell.com

*Attorneys for Plaintiff Compass, Inc.*