UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
COMPASS, INC.,                                                     :
                                                                   :
                                        Plaintiff,                 :        25-CV-05201 (JAV)
                        -v-                                        :
                                                                   :             ORDER
ZILLOW, INC., et al.                                              :
                                                                   :
                                        Defendants.                :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        On March 5, 2026, Defendants submitted a motion to set deadlines for Plaintiff to amend the Complaint and for Zillow to file a responsive pleading.  ECF No. 187.

        It is hereby ORDERED that by **March 23, 2026**, Zillow shall submit a response to the Complaint.  If Zillow files a motion to dismiss, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, by **April 2, 2026**, the non-moving party must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked.

        If Plaintiff elects to amend the complaint, Plaintiff shall file any amended complaint by **April 13, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

        If Plaintiff does amend, by **May 4, 2026**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by **May 18, 2026**, and any reply shall be filed by **May 26, 2026**.

        If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to the motion to dismiss by **April 13, 2026**.  Defendants' reply, if any, shall be filed by **April 20, 2026**.

SO ORDERED.

Dated:  March 6, 2026
        New York, New York                          _____
                                                    JEANNETTE A. VARGAS
                                                    United States District Judge