**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| COMPASS, INC., | Case No. 1:25-cv-05201-JAV |
| *Plaintiff,* | |
| *v.* | **NOTICE OF VOLUNTARY** |
| | **DISMISSAL** |
| ZILLOW, INC., ZILLOW GROUP, INC., and TRULIA, LLC | |
| *Defendants.* | |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Compass, Inc.,

through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily

dismissed, without prejudice, against Zillow, Inc., Zillow Group, Inc. and Trulia, LLC.

Dated: March 18, 2026

Respectfully submitted,

**CROWELL & MORING LLP**

/s/ *Chahira Solh*

Chahira Solh (*admitted pro hac vice*)
Daniel A. Sasse (*admitted pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com

Kenneth Dintzer (NY Bar No. 2476687)
(*admitted pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
kdintzer@crowell.com

Luke Taeschler (NY Bar No. 5308325)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
ltaeschler@crowell.com

*Attorneys for Plaintiff Compass, Inc.*