**VIA OVERNIGHT MAIL — URGENT EX PARTE COMMUNICATION FROM AMICUS CURIAE RE: PENDING VOLUNTARY DISMISSAL — RULE 41**

The Honorable Jeannette A. Vargas United States District Judge Southern District of New York, 300 Quarropas St. **White Plains**, **NY** 10601-4150

**Re: Compass, Inc. v. Zillow Group, Inc., et al. Case No. 1:25-cv-05201-JAV Urgent Communication Prior to Court's Action on Voluntary Dismissal**

Your Honor:

I am Gregory V. Alkema, REALTOR® CRB, California DRE #01915968. I am 81 years old. I have practiced real estate for 50 years. I filed an Amicus Curiae brief in this matter on December 1, 2025, which is on Your Honor's docket. **I am writing today because what I warned this Court about in December has now occurred, and the parties are attempting to walk away before this Court can act.**

## I. THE STANDING VACUUM THIS COURT MUST FILL

Compass Inc. filed this lawsuit claiming to represent the interests of its real estate agents. In Section VIII of my Amicus brief I demonstrated, and this Court has on record that Compass's agents are independent contractors, not employees. Under *Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992), standing requires individualized, particularized harm. Compass obtained no written consent from its thousands of independent contractor agents authorizing it to represent their rights, their fiduciary duties, or their claims of irreparable harm.

Zillow Group, Inc. argued before this Court that off-MLS listing practices harm consumers. This Court agreed. Zillow had to make that argument. Zillow then used that standing, and this Court's ruling, as cover to launch the identical practice under a different name.

Neither Compass nor Zillow has standing to speak for 1,500,000 NAR REALTOR® members.

The National Association of REALTORS®, chartered to represent those 1,500,000 members, did not intervene. NAR settled the *Sitzer/Burnett* litigation without a vote of its membership. NAR responded to the *Compass v. Zillow* litigation with silence. NAR's own leadership has described mandatory membership policy as "a matter of local discretion" effectively abandoning its governance responsibility at the precise moment its members needed leadership most.

This abdication leaves 1,500,000 individual REALTORS® without standing in a case that is deciding the future of their profession, their fiduciary duties, and their livelihoods.

One man filed an amicus brief in December 2025.

**That is the entirety of the representation of 1,500,000 REALTORS® on this Court's record.**

## II. WHAT HAS HAPPENED SINCE DECEMBER 2025

On March 17, 2026, while this case remained open and Your Honor's February 6, 2026 Opinion and Order remained in force, Zillow Group publicly announced "Zillow Preview," a program allowing brokerages to display "Coming Soon" listings on Zillow, Trulia, and affiliated sites before those listings appear on the MLS.

Keller Williams Realty signed on as lead partner. RE/MAX, HomeServices of America, Side, and United Real Estate followed.

**This is the precise off-MLS pre-marketing practice this Court found Zillow was entitled to reject. Zillow argued about consumer harm. Zillow won. Zillow then launched the product — not because it was forced to — but because it chose to — for competitive and financial advantage — while Your Honor's ink was barely dry.**

**On March 18, 2026 — one day later — Compass, Inc. filed for voluntary dismissal without prejudice under Rule 41.**

**The timing is not coincidental.**

**The conspiracy completed itself in 48 hours, on this Court's watch, and both parties are now attempting to exit before this Court can respond.**

## III. THE RICO PATTERN THIS COURT NOW HAS ON RECORD

What this Court has witnessed is not a business dispute between two competitors.

It is a coordinated pattern:

Compass proposed off-MLS as "innovation." Zillow opposed it publicly and won an injunction. Zillow launched the identical product with industry's largest partners. Compass dismissed the lawsuit. NAR said nothing. MRED, the eighth largest MLS in America, voted March 16, 2026 to make NAR membership optional, further dismantling the structural protections that have governed this profession for 100 years.

The result, Wall Street venture capital controls listing data, consumer access, and the economic future of 1,500,000 independent REALTORS®, is identical regardless of which party prevailed in this courtroom.

Under 18 U.S.C. § 1962, a RICO pattern requires a minimum of two predicate acts forming a continuous course of coordinated conduct. This Court now has on its record evidence of:

Coordinated off-MLS suppression causing documented financial harm to elder homeowners, an average loss of $302,000 per transaction per SFAR/RealReports data, November 2025.

Judicial estoppel, Zillow arguing one position before this Court and immediately acting in direct contradiction of that position.

Fraud on the Court, launching the enjoined practice while the case remained open.

A coordinated industry rollout, Keller Williams, RE/MAX, HomeServices, Side, United Real Estate, suggesting pre-planned conspiracy, not spontaneous market response.

This pattern does not disappear because Compass files a Rule 41 notice.

## IV. THE FIDUCIARY DUTY THIS COURT MUST PROTECT

Every REALTOR® in America operates under Article 1 of the NAR Code of Ethics — a fiduciary duty to represent the seller's best interest, including obtaining the highest and best price through full market exposure.

The 1976 NAR standard, timely, full MLS exposure, was established precisely because off-MLS practices demonstrably reduce seller proceeds.

What Compass, Zillow, Keller Williams, and their partners have now constructed, through "Coming Soon," "Preview Listings," and coordinated off-MLS networks, forces 1,500,000 individual REALTORS® into an impossible position:

Comply with their broker's demands and violate their fiduciary duty.

Or honor their fiduciary duty and risk termination.

Neither Compass nor Zillow obtained the consent of 1,500,000 independent contractor REALTORS® before placing them in this position.

Neither Compass nor Zillow has standing to make 1,500,000 REALTORS® complicit in what the SFAR data demonstrates is systematic elder financial abuse under California Welfare and Institutions Code § 15610.30, a standard that applies to the California members of this national conspiracy.

## V. REQUESTED SUA SPONTE RELIEF

Your Honor has both the power and, I respectfully submit, the responsibility to act before this case is administratively closed.

Rule 41 requires Your Honor's review before dismissal is granted at this stage of proceedings. That review is the window.

I respectfully request that before granting the voluntary dismissal, this Court consider the following "Sua Sponte" relief:

**First:** An Order requiring the National Association of REALTORS® to appear before this Court and demonstrate what steps it has taken to represent the interests of its 1,500,000 members in this litigation or explain its failure to do so.

**Second:** An Order requiring NAR to conduct a full membership vote, with complete informed disclosure of the SFAR elder abuse data, the off-MLS financial harm evidence, and the terms of the *Sitzer/Burnett* settlement, on the question of mandatory first-day MLS listing.

I submit with confidence that no less than 85% of informed REALTORS® will vote to protect the MLS. That vote is the only legitimate democratic expression of what this profession stands for, and it has never been taken.

**Third:** A referral to the United States Department of Justice for investigation of the coordinated off-MLS strategy as a potential RICO conspiracy under 18 U.S.C. § 1962, targeting both the real estate profession and the American consumer, with particular attention to the financial exploitation of elder homeowners.

**Fourth** — That this Court's record, including this communication and my December 2025 Amicus brief, be preserved and made part of any public record associated with this case, regardless of the outcome of the Rule 41 dismissal.

## VI. WHAT IS AT STAKE

Your Honor — I have spent 50 years in this profession.

I have watched it built.

I am watching it be stolen.

Not by market forces.

Not by consumer preference.

By a coordinated conspiracy of Wall Street venture capitalists who do not hold a fiduciary duty, do not subscribe to the REALTOR® Code of Ethics, and did not ask 1,500,000 independent professionals for permission before placing them in legal and ethical jeopardy.

The MLS was built over 100 years to bring transparency, fairness, and maximum value to the American homeowner. It works. The SFAR data proves it. The $302,000 average loss from off-MLS transactions proves what happens when it is bypassed.

If this Court allows this dismissal to close the record without action, the conspiracy wins.

Not because justice was served.

Because no one was watching.

**I am watching.**

**I have been watching it since December 2025.**

**And this Court has it on the record.**

Respectfully submitted,

Gregory V. Alkema, REALTOR® CRB 81 Hancock Drive Roseville, California 95678
Greg@GregAlkema.com (916) 626-9464 Dated: March 18, 2026

---

**Attachments:**

1. Amicus Curiae Brief — December 1, 2025

2. Letter to 16 Members of Congress — February 2026

3. Zillow Preview Public Announcement — March 17, 2026

4. Compass Voluntary Dismissal Filing — March 18, 2026

5. MRED Membership Vote Report — March 16-18, 2026

6. SFAR/RealReports Elder Abuse Data — November 2025 (in with Amicus)