**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

COMPASS, INC.,

               *Plaintiff,*

     *v.*

ZILLOW, INC., ZILLOW GROUP, INC., and
TRULIA, LLC

             *Defendants.*

---

Case No. 1:25-cv-05201-JAV


**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Compass, Inc.,

through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily

dismissed, without prejudice, against Zillow, Inc., Zillow Group, Inc. and Trulia, LLC.


Dated: March 18, 2026

          Respectfully submitted,

          **CROWELL & MORING LLP**

          */s/ Chahira Solh*
          Chahira Solh (*admitted pro hac vice*)
          Daniel A. Sasse (*admitted pro hac vice*)
          CROWELL & MORING LLP
          3 Park Plaza, 20th Floor
          Irvine, CA 92614
          Telephone: (949) 263-8400
          csolh@crowell.com
          dsasse@crowell.com

The Clerk of Court is directed to close this case.

**SO ORDERED:**

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: March 20, 2026

          Kenneth Dintzer (NY Bar No. 2476687)
          (*admitted pro hac vice*)
          CROWELL & MORING LLP
          1001 Pennsylvania Avenue, NW
          Washington, DC 20004
          Telephone: (202) 624-2500
          kdintzer@crowell.com

Luke Taeschler (NY Bar No. 5308325)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
ltaeschler@crowell.com


*Attorneys for Plaintiff Compass, Inc.*