## UNITED STATES DISTRICT COURTSOUTHERN DISTRICT OF NEW YORK
### In Pro Per, White Plains Division

COMPASS, INC.,
Plaintiff,

v.

ZILLOW, INC., et al.,

Defendants. Case No. 1:25-cv-05201-JAV-SDA



---

## SUPPLEMENTAL AMICUS CURIAE OF GREGORY V. ALKEMA, PRO SE, IN SUPPORT OF REOPENING THE CASE UNDER FRCP 60(b) FOR FRAUD ON THE COURT AND NEWLY DISCOVERED EVIDENCE

Submitted by:
Gregory V. Alkema, Pro Se
REALTOR®, CRB
California DRE #01915968
81 Hancock Drive
Roseville, CA 95678
Telephone: (916) 626-9464
Email: Greg@GregAlkema.com Date: April 13, 2026

---

### I-INTRODUCTION

I, Gregory V. Alkema, appearing pro se, respectfully submit this Supplemental Amicus Curiae to request that the Court reopen this case under Federal Rule of Civil Procedure 60(b)(3) (fraud, misrepresentation, or misconduct) and the Court's inherent authority to address fraud on the court.

The record now shows a clear contradiction: Defendant Zillow argued in this Court that off-MLS and pre-market practices harm consumers and transparency. Immediately after the preliminary injunction was denied — and after my Amicus Curiae evidence of massive seller harm was filed — Zillow launched the very product it had opposed. Zillow's own Chief Operating Officer later admitted the idea had been in development for approximately two years.

This is not speculation. It is supported by court dates, public announcements, and Zillow's own words. The voluntary dismissal should not shield this conduct from judicial review.

## II. UNDISPUTED TIMELINE

- June 23, 2025: Compass files the antitrust complaint. Zillow defends its Listing Access Standards as necessary to protect buyers and transparency.

- November 2025: Preliminary injunction hearing. Zillow argues against off-MLS / delayed-visibility practices.

- February 6, 2026: This Court denies the preliminary injunction.

- March 17, 2026: Zillow launches Zillow Preview, a pre-marketing product providing early visibility.

- March 18, 2026: Compass voluntarily dismisses the lawsuit.

- April 11, 2026: Zillow COO Jun Choo states publicly that the Preview concept had been under development since Zillow Showcase "two years ago" and that Zillow "needed a version" of a pre-marketing product.

## III-"PRE-MARKETING" IS A FRAUDULENT TERM AND BREACH OF FIDUCIARY DUTY

"Pre-marketing" is a misleading and fraudulent term. True marketing means exposing the property to the whole market — the broadest possible audience through full MLS listing from Day One — to achieve the highest and best price via open competition.

Any deliberate restriction of visibility (whether called Preview, Coming Soon, Private Reserve, or 3-Phase) without a clear, prominent, data-backed written warning to the seller is sandbagging and a breach of fiduciary duty.

The San Francisco Association of REALTORS® / RealReports study shows that off-MLS or restricted-visibility sales cause sellers an average loss of $302,000 (18.6% equity reduction on $1.4 million homes), with heavy impact on seniors.

In California, this systematic practice constitutes elder financial exploitation under Welfare & Institutions Code §15610.30, carrying treble damages and, in many cases, no statute of limitations.

## IV. ZILLOW'S CONDUCT CONSTITUTES FRAUD ON THE COURT

Zillow took one position before this Court while the case was active. After the injunction was denied and after my Amicus evidence was filed, Zillow immediately implemented the

opposite practice. Its COO's admission confirms this was not a sudden reactive change but a planned initiative withheld or downplayed during litigation.

This prevented a full merits determination and deprived the Court and the public of material facts. The voluntary dismissal should not prevent the Court from addressing this inconsistency.

V. REQUESTED RELIEF

The Court should:

1. Reopen this case under FRCP 60(b).

2. Allow supplemental briefing on the new evidence and admissions.

3. In its discretion, make findings on the apparent fraud or inconsistency, or refer related issues (including patterns of elder financial exploitation) to appropriate authorities.

4. Grant any other relief the Court deems just.

Respectfully submitted,

/s/ Gregory V. Alkema
Gregory V. Alkema, Pro Se
REALTOR®, CRB
California DRE #01915968
April 13, 2026

  **Real Estate News**

Subscribe



Illustration by Lanette Behiry/Real Estate News

INDUSTRY

# Zillow COO: 'Preview' idea first conceived 2 years ago

Jun Choo explains how Preview is different from other "Coming Soon" products — and decidedly pro-consumer. "We're not backtracking on any of our philosophy."

 **Meghan Roos**

April 11, 2026   ⊙ 4 mins

    

A few weeks after Zillow introduced Preview, Chief Operating Officer Jun Choo is making the rounds on industry podcasts to emphasize that the new pre-marketing product doesn't signal a change to the home search giant's pro-consumer values.

"We are shifting a little bit in saying that, maybe sellers do need more choices and more options on how they want to market their home — which is fair," Choo said during a recent Real Estate Insiders Unfiltered episode. What Zillow doesn't want is a product "that does that at the expense of a buyer's experience."

Instead, "we built our own version" that helps buyers, sellers and listing agents, Choo explained. "We're not backtracking on any of our philosophy."

**Zillow Preview's beginnings:** The company had been considering an offering like Preview long before the industry debate about pre-marketing and private listings ratcheted up in recent months, Choo said.

"The product team had actually been thinking about this from the time we launched Zillow Showcase two years ago," he explained. Zillow "listened to the marketplace" and realized it "needed a version" of a pre-marketing product — one that will work with MLSs and "within whatever rules are out there in the market."

"One thing we can do at Zillow with any listing product is make sure it gets the broadest exposure possible, which is really what sellers care about," he added.

**Preview isn't a 'bait-and-switch':** In February, Compass announced a partnership with Rocket to display the brokerage's "Coming Soon" and "Private Exclusive" listings on Redfin. So how is Preview different?

"From the consumer angle, we're not hiding anything behind a [registration] wall. We're not using this as a bait-and-switch to try and get people to work with our agents, because we're working with partner agents anyway," Choo said.

Another notable difference is "Preview listings actually have two ways that a consumer can contact the agent," he added. "They can contact the listing agent, in which case the lead will go to the listing agent. But if they want to schedule a tour of the home, that goes into our Preferred program and goes to one of our Preferred partners."

Aside from Preview listings appearing on Zillow before they are active on the MLS, "there are almost no similarities to the other 'Coming Soon' products."

**What Zillow doesn't want to become:** The industry may be starting to fragment, but Zillow is determined "to try to find some way for consumers to have a place to go where they can see all of those things" available to them, Choo said.

But Zillow is, first and foremost, a tech company, he emphasized. "We don't want to be a compliance-enforcing body — it's not what we're built for, and we don't enjoy doing it," Choo said. "Hopefully we're able to maintain a set of rules and standards here that work for everybody."

Ultimately, Zillow's goal is "to make sure that the consumers have choice," he added. "We're going to continue to create more options for sellers to market their homes on Zillow, and we're going to find every avenue to make sure that all the available inventory is there for buyers to see."

**The 'frustrating' side of innovation:** Choo's approach for product development is "to build a prototype quickly and get it in market quickly" because "you could sit there and do focus groups and research and try to get it perfect — and it won't be, no matter how long you take."

For Choo, the "frustrating part" is building around constraints. Instead, he prefers to "imagine that there are no rules or regulations" — "just build the thing, and then we'll figure out how to make it fit the rules." It's the approach his team took when developing what became Zillow Showcase.

"As long as we can continue to build and innovate, we're happy to comply with a complex set of rules. But we can't start building with those rules in mind," he said.

**How AI is improving home search:** Choo also made an appearance on Mike DelPrete's Context podcast, where he referenced Zillow's new AI mode as an example of how AI can make the home search process a bit easier.

Zillow "kind of knew what homes you looked at" based on saved searches and likes, but "we didn't know what you were thinking," Choo said.

With conversational AI tools, Zillow can "understand what your situation is in a way that, when you come back, you're not starting from scratch."



REMAX could be the key to unlocking your business. **RE/MAX**

©2026 RE/MAX, LLC. Each Office Independently Owned and Operated. 26_184

## More Industry News




